# APPENDIX A – PROMISSORY NOTES

| Note | Date Signed | Amount | Borrower | Payable to: |
|---|---|---|---|---|
| 785 | 08/06/2014 | $1,500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 788 | 08/06/2014 | $14,293,096 | ZAO Financial Group "Life" | Igor Feliksovich Renich |
| 792 | 08/15/2014 | $500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 798 | 09/08/2014 | $1,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 800 | 08/06/2014 | $6,000,000 | ZAO Financial Group "Life" | Igor Feliksovich Renich |
| 802 | 09/12/2014 | $1,000,000 | ZAO Financial Group "Life" | Igor Feliksovich Renich |
| 806 | 10/02/2014 | $500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 813 | 10/10/2014 | $500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 825 | 11/05/2014 | $1,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 826 | 11/14/2014 | $1,500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1902 | 12/3/2014 | $2,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1904 | 12/10/2014 | $1,500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1906 | 12/15/2014 | $500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1907 | 12/17/2014 | 500,000 EUR | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1908 | 12/24/2014 | 2,300,000 EUR | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1929 | 01/12/2015 | $1,110,904 | ZAO Financial Group "Life" | Igor Feliksovich Renich |
| 1936 | 12/29/2014 | $1,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1937 | 01/19/2015 | $2,500,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1938 | 01/19/2015 | 1,500,000 EUR | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1941 | 02/02/2015 | $1,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1948 | 03/05/2015 | $1,000,000 | ZAO Financial Group "Life" | Karen Kamoevich Avagumyan |
| 1953 | 06/22/2015 | $1,500,000 | Vennop Trading Limited | Karen Kamoevich Avagumyan |
| 1954 | 6/29/2015 | $2,000,000 | Vennop Trading Limited | Karen Kamoevich Avagumyan |
| 1955 | 04/4/2015 | $1,000,000 | Vennop Trading Limited | Diana Saakovnna Karapetyan |
| 1956 | 05/22/2015 | $1,000,000 | Vennop Trading Limited | Diana Saakovnna Karapetyan |
| 1957 | 06/24/2015 | $1,000,000 | Vennop Trading Limited | Diana Saakovnna Karapetyan |
| 1958 | 06/30/2015 | $1,000,000 | Vennop Trading Limited | Diana Saakovnna Karapetyan |
| 1962 | 07/13/2015 | $500,000 | Vennop Trading Limited | Karen Kamoevich Avagumyan |
| 2000 | 04/16/2015 | 700,000 EUR | Vennop Trading Limited | Karen Kamoevich Avagumyan |