# APPENDIX B – LOAN AGREEMENTS

| Loan Agreement No. 1812/08 (dated 12/18/2008) & Amendments | | | | |
|---|---|---|---|---|
| **Agreement** | **Date** | **Lender** | **Borrower** | **Amount** |
| Original Agreement | 12/18/2008 | ZAO New York Motors Moscow | Ambika Investments Limited | Original amount: $19,900,000.<br><br>Debt discharged by 12/09/2014 Agreement which added the outstanding principal and interest amount to Loan No. 0109/11. |
| Additional Agreement #1 | 06/30/2009 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #2 | 06/30/2009 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #3 | 12/20/2010 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #4 | 12/20/2011 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #6 | 12/20/2013 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #7 | 12/09/2014 | ZAO Avilon AG | Ambika Investments Limited | |
| Unnumbered Agreement | 12/09/2014 | ZAO Avilon AG | Ambika Investments Limited | |
| **Loan Agreement No. 0109/11 (dated 09/01/2011) & Amendments** | | | | |
| | **Date** | **Lender** | **Borrower** | **Amount** |
| Original Agreement | 09/01/2011 | ZAO Avilon AG | Ambika Investments Limited | Original amount: $6,625,000.<br><br>Outstanding amount per Additional Agreement #8: $27,601,156.17. |
| Additional Agreement #1 | 03/02/2012 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #2 | 09/03/2012 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #3 | 09/03/2013 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #4 | 09/16/2013 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #5 | 11/05/2014 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #6 | 12/09/2014 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #7 | 01/19/2015 | ZAO Avilon AG | Ambika Investments Limited | |
| Additional Agreement #8 | 01/26/2015 | ZAO Avilon AG | Ambika Investments Limited | |