**APPENDIX C – GUARANTEES OF LOAN AGREEMENTS**

| Guarantee No. | Underlying Loan No. | Guarantor | Original Borrower | Original Lender | Date Signed | Expiration Date |
|---|---|---|---|---|---|---|
| 127-188 | 1812/08 | OAO AKB 'Probusinessbank' | ZAO Avilon AG | Ambika Investments Limited | 12/18/2008 | 01/18/2010 |
| 127-622 | 1809/09 | OAO AKB 'Probusinessbank' | ZAO Avilon AG | Ambika Investments Limited | 09/22/2009 | 02/18/2010 |
| Unnumbered | 1812/08 | OAO AKB 'Probusinessbank' | ZAO Avilon AG | Ambika Investments Limited | 12/20/2010 | 01/24/2012 |
| 127-762 | 0109/11 | OAO AKB 'Probusinessbank' | ZAO Avilon AG | Ambika Investments Limited | 09/03/2012 | 10/04/2013 |
| 127-945 | 0109/11 | OAO AKB 'Probusinessbank' | ZAO Avilon AG | Ambika Investments Limited | 11/05/2014 | 12/04/2015 |