UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SERGEY LEONTIEV,

            Plaintiff,

            - v. -

ALEXANDER VARSHAVSKY,

            Defendant.

-------------------------------------------------------------- X

Case No. 1:16-cv-03595-JPO

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Sean Hecker of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated: New York, New York
        June 3, 2016

                                            DEBEVOISE & PLIMPTON LLP

                                            By: /s/ Sean Hecker
                                                    Sean Hecker

                                            919 Third Avenue
                                            New York, New York 10022
                                            Tel:  (212) 909-6052
                                            Fax: (212) 521-8852
                                            shecker@debevoise.com

                                            *Counsel to Defendant Alexander Varshavsky*