UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
SERGEY LEONTIEV,                                                :
                                                                :
                    Plaintiff,                                  :
                                                                :  Case No. 1:16-cv-03595-JPO
            - v. -                                              :
                                                                :
ALEXANDER VARSHAVSKY,                                           :
                                                                :
                    Defendant.                                  :
                                                                :
--------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas C. Tompkins of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated: New York, New York
       June 3, 2016

                                    DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Nicholas C. Tompkins
                                          Nicholas C. Tompkins

                                    919 Third Avenue
                                    New York, New York 10022
                                    Tel:  (212) 909-6949
                                    Fax: (212) 521-7949
                                    ntompkin@debevoise.com

                                    *Counsel to Defendant Alexander Varshavsky*