UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SERGEY LEONTIEV,                                               :
                                                               :
                Plaintiff,                                    :
                                                               :  Case No. 1:16-cv-03595-JPO
                - v. -                                        :
                                                               :
ALEXANDER VARSHAVSKY,                                          :
                                                               :
                Defendant.                                    :
                                                               :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Peter S. Ross of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated: New York, New York
            June 3, 2016

                                                    DEBEVOISE & PLIMPTON LLP

                                                    By: /s/ Peter S. Ross
                                                            Peter S. Ross

                                                    919 Third Avenue
                                                    New York, New York 10022
                                                    Tel:  (212) 909-6520
                                                    Fax: (212) 521-7401
                                                    pross@debevoise.com

                                                    *Counsel to Defendant Alexander Varshavsky*