UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SERGEY LEONTIEV,                                   :
:
Plaintiff,              :
:   No. 16-CV-03595 (JPO)
:
-against-                              :
:
ALEXANDER VARSHAVSKY,                              :
:
Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for plaintiff Sergey Leontiev and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of plaintiff Sergey Leontiev.  The undersigned is admitted to practice in this Court.

Dated:  New York, New York
        June 6, 2016

                                    Respectfully submitted,

                                    GIBSON, DUNN & CRUTCHER LLP

        By:        s/ Marshall R. King
                        Marshall R. King

                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    Telephone: (212) 351-4000
                                    Facsimile: (212) 351-4035
                                    mking@gibsondunn.com

                                    *Attorney for Plaintiff*