UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
SERGEY LEONTIEV, :
:
            Plaintiff, :
: Case No. 1:16-cv-03595 (JSR)
           - v. - :
:
ALEXANDER VARSHAVSKY, :
:
           Defendant. :
:
----------------------------------------------------------------- X

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that William H. Taft V of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated:  New York, New York
         June 23, 2016

                              DEBEVOISE & PLIMPTON LLP

                              By: /s/ William H. Taft V
                                    William H. Taft V

                              919 Third Avenue
                              New York, New York 10022
                              Tel:  (212) 909-6877
                              Fax: (212) 521-7877
                              whtaft@debevoise.com

                              *Counsel to Defendant Alexander Varshavsky*