UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SERGEY LEONTIEV,                                              :
                                                              :
           Plaintiff,                                 :
                                                              :  Case No. 1:16-cv-03595 (JSR)
           - v. -                                     :
                                                              :
ALEXANDER VARSHAVSKY,                                         :
                                                              :
           Defendant.                                 :
                                                              :
------------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Alisa Melekhina of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated:  New York, New York
        June 23, 2016

                                    DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Alisa Melekhina
                                            Alisa Melekhina

                                    919 Third Avenue
                                    New York, New York 10022
                                    Tel:  (212) 909-6517
                                    Fax: (212) 521-7983
                                    amelekhina@debevoise.com

                                    *Counsel to Defendant Alexander Varshavsky*