Sean Hecker
William H. Taft V
Nicholas C. Tompkins
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax: (212) 521-6836
shecker@debevoise.com
whtaft@debevoise.com
ntompkin@debevoise.com
*Counsel to Defendant Alexander Varshavsky*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                          :

SERGEY LEONTIEV,                         :

                  Plaintiff,           :

                  - v. -              :      Case No. 1:16-cv-03595 (JSR)

                          :

ALEXANDER VARSHAVSKY,        :

                  Defendant.       :

                          :

---------------------------------------------------------------- X

## NOTICE OF MOTION
## TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated June 24, 2016, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Defendant, respectfully move this Court for an order dismissing Plaintiff's second cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6).  As set by the Court, Plaintiff's answering papers shall be served and filed by July 8, 2016; Defendant's reply papers shall be served and filed by July 15, 2016; and oral argument on the motion shall be heard at 4:00 p.m. on July 26, 2016.

Dated:  New York, New York
        June 24, 2016

                                DEBEVOISE & PLIMPTON LLP

                                /s/ Sean Hecker
                                Sean Hecker
William H. Taft V
Nicholas C. Tompkins
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax: (212) 521-6386
shecker@debevoise.com
whtaft@debevoise.com
ntompkin@debevoise.com

*Counsel to Defendant Alexander Varshavsky*

2