UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
SERGEY LEONTIEV,                                                  :
:
                Plaintiff,                            :
:
    -against-                                                   : No. 16-cv-03595 (JSR)
:
ALEXANDER VARSHAVSKY,                                             :
:
                Defendant.                            :
:
:
------------------------------------------------------------------x

## DECLARATION OF ROBERT L. WEIGEL IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION

      I, ROBERT L. WEIGEL, an attorney duly admitted to practice before the Courts of the State of New York, declare under penalty of perjury as follows:

      1.      I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am counsel of record for Plaintiff Sergey Leontiev.  As such, I am fully familiar with the facts set forth in this Declaration.

      2.      I respectfully submit this Declaration in opposition to Defendant's motion to dismiss Plaintiff's second cause of action.

      3.      A true and correct copy of the corporate registration records of OOO Agro-Invest ("Agro-Invest") as available on Russia's United State Registry of Legal Entities (EGRUL), dated March 21, 2016, and a certified English translation thereof, is attached hereto as Exhibit A. Exhibit A shows that Maxbond Limited ("Maxbond") is the sole shareholder of Agro-Invest.

      4.      A true and correct copy of Defendant Alexander Varshavsky's affidavit filed in *Renova Industries Ltd. v. New York Motors Corp.*, No. 13-cv-3424 (KM) (D.N.J.), dated

1

September 13, 2013, is attached hereto as Exhibit B.  Paragraph 14 of Exhibit B shows that Mr. Varshavsky controls Maxbond.

5.      A true and correct copy of Severny Morskoy Put ("SMP") Bank's disclosure of a 3.5 billion RUR loan to Agro-Invest, as filed with Interfax's Center for the Disclosure of Corporate Information, dated September 1, 2014, and a certified English translation thereof, is attached hereto as Exhibit C.

6.      A true and correct copy of the "Shareholders" page on SMP Bank's English-language website, available at http://smpbank.com/node/6 and last accessed on July 7, 2016, is attached hereto as Exhibit D.  Exhibit D shows that Arkady and Boris Rotenberg control more than 77% of the shares of SMP Bank.

7.      A true and correct copy of a press release issued by the United States Treasury Department, dated March 20, 2014, is attached hereto as Exhibit E.  Exhibit E shows that the United States Treasury's Office of Foreign Assets Control ("OFAC") designated Arkady and Boris Rotenberg on its sanctions list because they are "controlled by, ha[ve] acted for or on behalf of, or ha[ve] provided material or other support to, [] senior Russian government official[s]."

8.      A true and correct copy of a press release issued by the United States Treasury Department, dated April 28, 2014, is attached hereto as Exhibit F.  Exhibit F shows that OFAC designated SMP Bank on its sanctions list because it is "controlled by Arkady and Boris Rotenberg who were designated on March 20, 2014."

3

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 8, 2016.

                                               /s/ Robert L. Weigel  
                                                Robert L. Weigel