# Exhibit C

## Notice of a material fact
## concerning the execution of a related party transaction by the issuer

| 1. General information ||
|---|---|
| 1.1. Issuer's full business name (for non-profit organizations – the issuer's name) | **Open Joint Stock Company Bank "Severny Morskoy Put"** |
| 1.2. Issuer's abbreviated business name | *OJSC "SMP Bank"* |
| 1.3. Issuer's location | *115035 Moscow, 71 ul. Sadovnicheskaya, Bldg. 11* |
| 1.4. Primary State Registration Number of the issuer | *1097711000078* |
| 1.5. Issuer's Taxpayer Identification Number | *7750005482* |
| 1.6. Unique code assigned to the issuer by the registering authority | *03368B* |
| 1.7. URL of the web page used by the issuer for information disclosure | *www.smpbank.ru, http://www.e-disclosure.ru/portal/company.aspx?id=26869* |

| 2. Content of the Notice |
|---|
| 2.1. Category of the transaction: **Related party transaction** |
| 2.2. Type and subject of the transaction: **Surety Agreement**. |
| 2.3. Content of the transaction, including civil rights and obligations whose establishment, modification, or termination the completed transaction was intended to achieve: **The Surety jointly with Limited Liability Company "Agro-Invest" (Debtor) undertakes before the Creditor to bear full liability for the performance of all the Debtor's obligations arising from the Loan Agreement concluded between the Debtor and the Creditor.** |
| 2.4. Period of performance of the obligations under the transaction, the parties and beneficiaries under the transaction, the amount of the transaction in monetary terms and as a percentage of the issuer's assets: **Period of performance of the obligations under the transaction: the surety is valid through 08/29/2025. Parties to the transaction: JSC "SMP Bank" (Creditor) and Pavel Grigoryevich Balsky (Surety). Amount of the transaction: 3,500,000,000 rubles and 00 kopecks, 1.72% of the issuer's assets.** |
| 2.5. The value of the issuer's assets as of the end of the reporting period (quarter, year) preceding the execution of the transaction (conclusion of the contract), in respect of which the deadline for the submission of accounting (financial) statements has expired: **RUB 203,231,518,000 as of 06/30/2014.** |
| 2.6. Date of the transaction (conclusion of the contract): **08/29/2014.** |
| 2.7. Information on the approval of the transaction in the event that the transaction has been approved by the issuer's authorized governing body: **The transaction was approved by the general meeting of shareholders of JSC "SMP Bank" on 06/30/2014. Minutes No. 02-2014 dated 06/30/2014.** |

| 3. Signatures ||
|---|---|
| 3.1. Head of the Legal Department supporting corporate activities acting on the basis of power of attorney No. 1791/13-Yur [1791/13-Юр] dated 12/26/2013 | P.Yu. Merkulova _____ (signature) |
| 3.2. Date   September 1,   2014 | Place seal here |

**Сообщение о существенном факте**
**о совершении эмитентом сделки, в совершении которой имеется заинтересованность**

| 1. Общие сведения ||
|---|---|
| 1.1. Полное фирменное наименование эмитента (для некоммерческой организации – наименование) | *Открытое акционерное общество Банк «Северный морской путь»* |
| 1.2. Сокращенное фирменное наименование эмитента | *ОАО «СМП Банк»* |
| 1.3. Место нахождения эмитента | *115035, г. Москва, ул. Садовническая, дом 71, строение 11* |
| 1.4. ОГРН эмитента | *1097711000078* |
| 1.5. ИНН эмитента | *7750005482* |
| 1.6. Уникальный код эмитента, присвоенный регистрирующим органом | *03368В* |
| 1.7. Адрес страницы в сети Интернет, используемой эмитентом для раскрытия информации | *www.smpbank.ru, http://www.e-disclosure.ru/portal/company.aspx?id=26869* |

| 2. Содержание сообщения ||
|---|---|
|2.1. Категория сделки: *Сделка, в совершении которой имелась заинтересованность*.||
|2.2. Вид и предмет сделки: *Договор поручительства*.||
|2.3. Содержание сделки, в том числе гражданские права и обязанности, на установление, изменение или прекращение которых направлена совершенная сделка:||
|*Поручитель обязуется перед Кредитором солидарно с Обществом с ограниченной ответственностью «Агро-Инвест» (Должник) отвечать за исполнение всех обязательств Должника, возникших на основании Кредитного договора, заключенного между Должником и Кредитором.*||
|2.4. Срок исполнения обязательств по сделке, стороны и выгодоприобретатели по сделке, размер сделки в денежном выражении и в процентах от стоимости активов эмитента:||
|*Срок исполнения обязательств по сделке: поручительство действует до 29.08.2025.*||
|*Стороны по сделке: ОАО «СМП Банк» (Кредитор) и Бальский Павел Григорьевич (Поручитель).*||
|*Размер сделки: 3 500 000 000 рублей 00 копеек, 1,72% от стоимости активов эмитента.*||
|2.5. Стоимость активов эмитента на дату окончания отчетного периода (квартала, года), предшествующего совершению сделки (заключению договора), в отношении которого истек установленный срок представления бухгалтерской (финансовой) отчетности: *203 231 518 000 рублей на 30.06.2014.*.||
|2.6. Дата совершения сделки (заключения договора): *29.08.2014.*||
|2.7. Сведения об одобрении сделки в случае, когда такая сделка была одобрена уполномоченным органом управления эмитента: *Сделка одобрена общим собранием акционеров ОАО «СМП Банк» 30.06.2014 года, Протокол от 30.06.2014 №02-2014.*||

| 3. Подписи |||
|---|---|---|
| 3.1. Начальник управления правового обеспечения корпоративной деятельности действует на основании доверенности от 26.12.2013 № 1791/13-Юр | _____ (подпись) | П.Ю. Меркулова |
| 3.2. Дата " 01 " сентября 20 14 г. | | М.П. |



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA      )
                         )
                         )
COUNTY OF SAN FRANCISCO  )    ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached "Notice of a material fact concerning the execution of a related party transaction by the issuer," dated September 1, 2014.

Jennifer Allen, Senior Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 6th day of July, 20 16, by Jennifer Allen, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

KURT ADAM SHULENBERGER
Commission No. 2039095
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 27, 2017

New York          Washington, D.C.      Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris                 Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143