# Exhibit D

**Search form**

Search 

RU
EN

Search

- For Financial Institutions
- For Corporate Customers
- For Individuals
- For Municipalities

You are here

Home » About SMP Bank



TOP-30 largest Russian banks by assets in 2014 (source: Interfax - 100)

## Shareholders

| Holder | Share, % |
|---|---|
| Rotenberg Arkady Romanovich | 38,1431606 |
| Rotenberg Boris Romanovich | 39,2592724 |
| LLC "SGM" | 11,5819627 |
| LLC «Poseidon» | 5,3978170 |
| Vasilyeva Irina Leonidovna | 1,5743633 |
| Gilmutdinova Iraya Kimovna | 1,5743633 |
| LLC «Altex» | 1,3494542 |
| Kalantyrskaya Julia Nikolaevna | 1,1020543 |
| Others | 0,0175522 |
| **Total** | **100** |

Profile
Milestones
Shareholders
Corporate Governance
Financial Statements
Ratings and Rankings
Documents
Standard Settlement Instructions
Bank Branch Network
Contacts

**Internet Banking**

**Remote Banking Services**

ENTER

SMP Bank participates in the mandatory deposit insurance system, in accordance with the Federal law «On the Insurance of Household Deposits in Banks of the Russian Federation»

All deposits insured

Copyright © 2016 SMP Bank

General License by
Bank of Russia №3368
of 18 June 2012