# Exhibit E

**U.S. DEPARTMENT OF THE TREASURY**

## Press Center

**Treasury Sanctions Russian Officials, Members Of The Russian Leadership's Inner Circle, And An Entity For Involvement In The Situation In Ukraine**

3/20/2014

*Sanctions Target Russian Government Officials, the Inner Circle that Supports Them, and Bank Rossiya, the Personal Bank for Officials of the Russian Federation*

WASHINGTON – The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) today designated sixteen Russian government officials, members of the Russian leadership's inner circle, including a Russian bank pursuant to Executive Order (E.O.) 13661, which was signed by President Obama on March 16, 2014.  E.O. 13661 authorizes sanctions on, among others, officials of the Russian Government and any individual or entity that is owned or controlled by, that has acted for or on behalf of, or that has provided material or other support to, a senior Russian government official.

The sixteen individuals being sanctioned as Russian government officials are:  Viktor Ozerov, Vladimir Dzhabarov, Evgeni Bushmin, Nikolai Ryzhkov, Sergei Zheleznyak, Sergei Mironov, Aleksandr Totoonov, Oleg Panteleev, Sergey Naryshkin, Victor Ivanov, Igor Sergun, Sergei Ivanov, Alexei Gromov, Andrei Fursenko, Vladimir Yakunin, and Vladimir Kozhin

Those being designated for acting for or on behalf of or materially assisting, sponsoring, or providing financial, material, or technological support for, or goods or services to or in support of, a senior official of the Government of the Russian Federation are: Gennady Timchenko, Arkady Rotenberg, Boris Rotenberg, Yuri Kovalchuk and Bank Rossiya.  In addition to being designated for providing material support to Russian government officials, Bank Rossiya is also being designated for being controlled by designated inner circle member Kovalchuk.

"With its currency near an all-time low, its stock market down twenty percent this year and a marked rise in interest rates, Russia has already started to bear the economic costs of its unlawful effort to undermine Ukraine's security, stability, and sovereignty," said Under Secretary for Terrorism and Financial Intelligence David S. Cohen.  "As President Obama has made clear, we will continue to impose costs in direct response to Russia's provocative acts, even as we have made clear there is a path to de-escalate the situation in Ukraine that respects Ukraine's sovereignty and territorial integrity and takes account of Russia's legitimate interests."

**Russian Government Officials and Members of the Inner Circle:**

*Government Officials*

The following sixteen individuals are being designated because they are officials of the Russian government.  Although not the basis for the designation, several are also very close advisors to senior Russian government officials.

**Viktor Ozerov** is the Chairman of the Security and Defense Committee of the Federation Council of the Russian Federation.  On March 1, 2014, Ozerov supported Russian President Vladimir Putin's appeal regarding the use of the Russian Armed Forces in Ukraine.

**Vladimir Dzhabarov** is the First Deputy Chairman of the International Affairs Committee of the Federation Council of the Russian Federation.  On March 1, 2014, Dzhabarov supported the Putin's appeal regarding the use of the Russian Armed Forces in Ukraine.

**Evgeni Bushmin** is the Deputy Speaker of the Federation Council of the Russian Federation.  On March 1, 2014, Bushmin publicly supported the deployment of Russian forces in Ukraine.

**Nikolai Ryzhkov** is a Senator in the Russian Upper House of Parliament (Federation Council).  Ryzhkov publicly supported the deployment of Russian forces in Ukraine.

**Sergei Zheleznyak** is the Deputy Speaker of the State Duma of the Russian Federation.

**Sergei Mironov** is a Member of the Council of the State Duma, a Member of the State Duma Committee on Housing Policy and Housing and Communal Services, and Leader of the Fair Russia Faction in the Duma of the Russian Federation.

**Aleksandr Totoonov** is a Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation.  On March 1, 2014, Totoonov publicly supported the deployment of Russian forces in Ukraine.

**Oleg Panteleev** is the First Deputy Chairman of the Committee on Parliamentary Issues. On March 1, 2014, Panteleev publicly supported the deployment of Russian forces in Ukraine.

**Sergey Naryshkin** has been the Chairman of the Government Duma of the Federal Gathering of the Russian Federation since December, 2011. Additionally, he is a member of the National Security Council of the Russian Federation and of the United Russia party.

**Victor Ivanov** has been director of the Federal Drug Control Service (FSKN) of the Russian Federation since May 15, 2008; he was appointed as a member of the Security Council of the Russian Federation on May 25, 2008. Ivanov has served in a number of other government positions prior to that; he was Assistant to the President of the Russian Federation from 2004 - 2008; and Deputy Chief of the Administration of the Russian Federation from 2000 - 2004. Ivanov joined the KGB in 1977 and eventually rose to become the Deputy Director of the Federal Security Service. Ivanov is a close ally of Putin and served alongside Putin as the chief of staff of the St. Petersburg Mayor's office in 1994 when Putin was first deputy head of the city's administration.

**Igor Sergun** is the head of Russia's military intelligence service (GRU) and is Deputy Chief of the General Staff.

**Sergei Ivanov** is the Chief of Staff of the Presidential Executive Office.

**Alexei Gromov** is the First Deputy Chief of Staff of the Presidential Executive Office.

**Andrei Fursenko** is an aide to the President of the Russian Federation and has been in that position since May 21, 2012. Fursenko has held a number of positions in the Government of the Russian Federation since 2001, including Minister of Education and Science from 2004 - 2012. Although not being designated for being a member of the Russian leadership's inner circle, Fursenko first met Putin in 1993 and they remain closely associated.

**Vladimir Yakunin** was appointed as chairman of the board of the Russian state-owned company Russian Railways on June 15, 2005; he has remained as head of the company ever since. Yakunin is being designated because of his official position in the Russian government, but he is also a close confidant of Putin. Yakunin regularly consults with Putin on issues regarding the Russian Railways company. In addition, Yakunin accompanies Putin on many domestic and international visits. Yakunin met Putin while both were working in St. Petersburg. Yakunin decided to create a business center in the city and contacted Putin for his support. In addition, Yakunin became a member of the board of the Baltic Maritime Steamship Company on Putin's instructions. Yakunin and Putin were also neighbors in the elite dacha community on the shore of Lake Komsomolsk and they served as cofounders of the Ozero Dacha Cooperative in November 1996.

**Vladimir Kozhin** was appointed the Head of Administration under the President of the Russian Federation by Putin on January 21, 2000. He has served continuously in that position until the present time. Kohzin is responsible for overseeing a staff of 60,000, over a hundred enterprises and institutions including the Kremlin and several other government buildings, and over four thousand vehicles. Kohzin's positions have been variously referred to as Head of Administration, Head of the Presidential Affairs Office, Head of the Presidential Business Management Directorate of the Russian Federation, and head of the Presidential Property Management Directorate.

*Members of the Inner Circle*

The following individuals are being designated because each is controlled by, has acted for or on behalf of, or has provided material or other support to, a senior Russian government official.
**Gennady Timchenko** is one of the founders of Gunvor, one of the world's largest independent commodity trading companies involved in the oil and energy markets. Timchenko's activities in the energy sector have been directly linked to Putin. Putin has investments in Gunvor and may have access to Gunvor funds.

**Arkady Rotenberg** and **Boris Rotenberg** have provided support to Putin's pet projects by receiving and executing high price contracts for the Sochi Olympic Games and state-controlled Gazprom. They have made billions of dollars in contracts for Gazprom and the Sochi Winter Olympics awarded to them by Putin. Both brothers have amassed enormous amounts of wealth during the years of Putin's rule in Russia. The Rotenberg brothers received approximately $7 billion in contracts for the Sochi Olympic Games and their personal wealth has increased by $2.5 billion in the last two years alone.

**Yuri Kovalchuk** is the largest single shareholder of Bank Rossiya and is also the personal banker for senior officials of the Russian Federation including Putin. Kovalchuk is a close advisor to President Putin and has been referred to as one of his "cashiers."

The following entity is being designated because it is controlled by, has acted for or on behalf of, or has provided material or other support to, senior Russian government officials.

**Bank Rossiya (ОАО АБ РОССИЯ)** is the personal bank for senior officials of the Russian Federation. Bank Rossiya's shareholders include members of Putin's inner circle associated with the Ozero Dacha Cooperative, a housing community in which they live. Bank Rossiya is also controlled by Kovalchuk, designated today. Bank Rossiya is ranked as the 17th largest bank in Russia with assets of approximately $10 billion, and it maintains numerous correspondent relationships with banks in the United States, Europe, and elsewhere. The bank reports providing a wide range of retail and corporate services, many of which relate to the oil, gas, and energy sectors.

As a result of Treasury's action, any assets of the persons designated today that are within U.S. jurisdiction must be frozen. Additionally, transactions by U.S. persons or within the United States involving the individuals and entity designated today are generally prohibited.

Identifying Information

Name:  Viktor Alekseevich Ozerov
DOB: January 5, 1958
POB:  Abakan, Khakassia, Russia
Chairman of the Security and Defense Committee of the Federation Council of the Russian Federation

Name:  Vladimir Michailovich Dzhabarov
AKA: Vladimir Dzhabarov
DOB: September 29, 1952
Title:    First Deputy Chairman of the International Affairs Committee of the Federation Council of the
           Russian Federation

Name:  Evgeni Viktorovich Bushmin
AKA: Evgeny Bushmin
AKA: Yevgeny Bushmin
DOB: October 10, 1958
POB:  Lopatino, Sergachiisky Region, Russia
Title:   Deputy Speaker of the Federation Council of the Russian Federation

Name:  Nikolai Ivanovich Ryzhkov
AKA: Nikolai Ryzhkov
DOB: September 28, 1929
POB:  Duleevka, Donetsk Region, Ukraine
Title:   Member of the Committee for Federal Issues, Regional Politics and the North of the Federation
          Council of the Russian Federation
Title:   Senator in the Russian Upper House of Parliament

Name:  Sergei Vladimirovich Zheleznyak
AKA: Sergei Zheleznyak
AKA: Sergey Zheleznyak
DOB: July 30, 1970
POB:  Saint Petersburg, Russia
Title:   Deputy Speaker of the State Duma of the Russian Federation

Name:  Sergei Mikhailovich Mironov
AKA: Sergei Mironov
DOB: February 14, 1953
POB:  Pushkin, Saint Petersburg, Russia
Member of the Council of the State Duma, Member of the State Duma Committee on Housing Policy and Housing and Communal Services, and Leader of the Fair Russia Faction in the Duma of the Russian Federation

Name:  Aleksandr Borisovich Totoonov
AKA: Alexander B. Totoonov
AKA: Alexander Totoonov
DOB: March 3, 1957
POB:  Ordzhonikidze, North Ossetia, Russia
POB:  Vladikavkaz, North Ossetia, Russia
Title:    Member of the Committee on Culture, Science, and Information, Federation Council of the
           Russian Federation

Name:  Oleg Evgenevich Panteleev
AKA: Oleg Panteleev
DOB: July 21, 1952
POB:  Zhitnikovskoe, Kurgan Region, Russia
Title:   First Deputy Chairman of the Committee on Parliamentary Issues

Name: Sergey Yevgenyevich Naryshkin
AKA:  Sergei Naryshkin
DOB:  October 27, 1954
POB:  Saint Petersburg, Russia

Name: Victor Petrovich Ivanov
AKA: Viktor Ivanov
DOB: May 12, 1950
alt. DOB: 1952
POB:  Novgorod, Russia

Name:  Igor Dmitrievich Sergun
DOB:  March 28, 1957
Title:    Lieutenant General; Chief of the Main Directorate of the General Staff (GRU), Deputy
           Chief of the General Staff

Name:  Sergei Ivanov
AKA:       Sergey Ivanov
DOB:  January 31, 1953
POB:   Saint Petersburg, Russia
Title:   Chief of Staff of the Presidential Executive Office

Name:  Alexei Gromov
DOB: 1960
POB:   Zagorsk (Sergiev, Posad), Moscow Region, Russia
Title:   First Deputy Chief of Staff of the Presidential Executive Office
Title:   Presidential Administration Deputy Chief of Staff
Title:   First Deputy Presidential Chief of Staff

Name: Andrei Alexandrovich Fursenko
AKA: Andrei Fursenko
AKA: Andrey Fursenko
DOB: July 17, 1949
POB:  Saint Petersburg, Russia
Title:   Aide to the President of the Russian Federation

Name: Vladimir Ivanovich Yakunin
DOB: June 30, 1948
POB:   Zakharovo Village, Gus-Khrustalnyy Rayon, Vladimir Oblast, Russia
alt. POB: Melenki, Vladimir Oblast, Russia

Name:  Vladimir Igorevich Kozhin
DOB:  February 28, 1959
POB:   Troitsk, Chelyabinsk Oblast, Russia
Name: Gennady Timchenko
AKA: Gennadiy Nikolayevich Timchenko
AKA: Gennady Nikolayevich Timchenko
AKA: Guennadi Timtchenko
Address: Geneva, Switzerland
DOB: November 9, 1952
POB:   Leninakan, Armenia
alt. POB: Gyumri, Armenia
Nationality: Finland, Russia, Armenia

Name:  Arkady Rotenberg
DOB:   December 15, 1951
POB:    Saint Petersburg, Russia

Name:  Boris Rotenberg
DOB:   January 3, 1957
POB:   Saint Petersburg Russia

Name:  Yuri Valentinovich Kovalchuk
AKA:   Yury Valentinovich Kovalchuk
DOB:   July 25, 1951
POB:    Saint Petersburg, Russia

Name:  Bank Rossiya
FKA:   Aktsionerny BANK Russian Federation
Address: 2 Liter A Pl. Rastrelli, Saint Petersbrug, 191124, Russia
E-mail: bank@abr.ru
Web Site: www.abr.ru
SWIFT/BIC: ROSY RU 2P