# Exhibit F

U.S. DEPARTMENT OF THE TREASURY

## Press Center

**Announcement Of Additional Treasury Sanctions On Russian Government Officials And Entities**

4/28/2014

*Sanctions Target Seven Russian Government Officials, Including Members of the Russian Leadership's Inner Circle, and 17 Entities*

**WASHINGTON** – The U.S. Department of the Treasury today designated seven Russian government officials, including two key members of the Russian leadership's inner circle, and 17 entities pursuant to Executive Order (E.O.) 13661.  E.O. 13661 authorizes sanctions on, among others, officials of the Russian Government and any individual or entity that is owned or controlled by, that has acted for or on behalf of, or that has provided material or other support to, a senior Russian government official.

"In the April 17 Geneva Joint Statement, Russia agreed to take concrete steps to deescalate the situation in Ukraine, but has thus far utterly refused to do so," said Under Secretary for Terrorism and Financial Intelligence David S. Cohen.  "From the very outset of Russia's illegitimate and unlawful actions in Ukraine, we have been clear: The United States, acting on its own and alongside our international partners, will impose increasing costs on Russia if it persists in its efforts to destabilize Ukraine and will hold Russia accountable for its provocative actions."

*Russian Government Officials*

The following individuals are being designated because they are officials of the Russian government.

**Oleg Belavantsev** was appointed Russia's Presidential Envoy to Crimea on March 21, 2014, by President Putin.

**Sergei Chemezov** was appointed by a presidential decree on November 26, 2007 as the Director General of the State Corporation for Promoting Development, Manufacturing and Export of Russian Technologies High-Tech Industrial Products, also known as Rostec.  Rostec is a Russian state-owned holding company and has not been sanctioned.  Chemezov is a trusted ally of President Putin, whom he has known since the 1980s when they lived in the same apartment complex in East Germany.  Sergei Chemezov was one of the Russian Government's nominees for the Board of Directors of Rosneft, a Russian state-owned oil company.  He was selected for the Rosneft Board on June 20, 2013.

**Dmitry Kozak** is a Deputy Prime Minister of the Russian Federation, a position that he has held since October 2008, and to which he was reappointed by presidential decree in May 2012.  Kozak has served in a number of capacities in the Russian Federation since 1999, including as Chief of the Government Staff and Minister of Regional Development.

**Evgeniy Murov** is the Director of Russia's Federal Protective Service and an Army General.  Murov has worked in Russian state security services since 1971 and became Head and Director of the Federal Protective Service in May 2000.

**Aleksei Pushkov** has been a Deputy of the State Duma since December 4, 2011.  He is also the Chairman of the State Duma Committee on International Affairs.

**Igor Sechin** is the President and Chairman of the Management Board for Rosneft, Russia's leading petroleum company, and one of the world's largest publicly-traded oil companies.  Rosneft is a state-owned company and has not been sanctioned.  Sechin was formerly the Deputy Prime Minister of the Russian Federation from 2008 until 2012.  Additionally, from 2004 until 2008, Sechin was the Deputy Chief of Staff for President Putin.  Sechin has shown utter loyalty to Vladimir Putin - a key component to his current standing.

**Vyacheslav Volodin** is the First Deputy Chief of Staff of the Presidential Executive Office. Russian President Vladimir Putin's decision to move into Crimea is believed to have been based on consultations with his closest advisors, including Volodin.

*Entities*

The following entities are being designated because they are owned or controlled by persons (either individuals or entities) whose property and interests in property are blocked pursuant to E.O. 13661.

**InvestCapitalBank** and **SMP Bank** are controlled by Arkady and Boris Rotenberg who were designated on March 20, 2014 pursuant to E.O. 13661 for acting for or on behalf of or materially assisting, sponsoring, or providing financial, material, or technological support for, or goods and services to or in support of, a senior official of the Government of the Russian Federation.

**Stroygazmontazh (SGM Group)** is a gas pipeline construction company owned or controlled by Arkady Rotenberg. Rotenberg created SGM Group in 2008 after acquiring multiple Gazprom contractors.

The **Volga Group** is being designated for being owned or controlled by Gennaddy Timchenko. Timchenko was designated on March 20, 2014 pursuant to E.O. 13661 for acting for or on behalf of or materially assisting, sponsoring, or providing financial, material, or technological support for, or goods and services to or in support of, a senior official of the Government of the Russian Federation. Timchenko is the sole shareholder of the Volga Group, an investment strategy group that holds interest in a variety of assets on behalf of Timchenko.

**Transoil** is a Russia-based rail freight operator that specializes in the transportation of oil and oil products. Transoil is designated for being owned or controlled by the Volga Group and Timchenko.

**Aquanika (Russkoye Vremya LLC)** is a Russia-based mineral water and soft drink company. Aquanika is being designated because it is owned or controlled by the Volga Group and Timchenko. Aquanika produces drinks under several trade names including Aquanika.

**Sakhatrans LLC** is a transportation company engaged in the construction of the bulk terminal for coal and iron ore exports in Muchka Bay near Vanino in Russia's far east. Sakhatrans LLC is designated for being owned or controlled by the Volga Group and Timchenko.

**Avia Group LLC** is involved in ground infrastructure for the Business Aviation Center at Sheremetyevo International Airport in Moscow offering aircraft maintenance services, including aircraft storage and organization support services for flight operations. Avia Group LLC is designated for being owned or controlled by the Volga Group and Timchenko.

**Avia Group Nord LLC** provides management services for corporate aviation at Pulkovo International Airport in Saint Petersburg, Russia. Avia Group Nord LLC is designated for being owned or controlled by the Volga Group and Timchenko.

**Stroytransgaz Holding** is a holding company for construction assets. Stroytransgaz Holding is designated for being owned or controlled by the Volga Group and Timchenko.

**Stroytransgaz Group** is a Russian construction group, comprising a number of business entities that specialize in different aspects of the construction industry. Stroytransgaz Group is designated for being owned or controlled by the Volga Group and Timchenko.

**Stroytransgaz OJSC** is an electricity construction company. Stroytransgaz OJSC is designated for being owned or controlled by the Stroytransgaz Group, the Volga Group, and Timchenko.

**Stroytransgaz-M LLC** is an industrial construction company focused on oil, gas, petrochemical, and other civil engineering projects. Stroytransgaz-M LLC is designated for being owned or controlled by the Stroytransgaz Group, the Volga Group, and Timchenko.

**Stroytransgaz LLC** is an infrastructure construction company. Stroytransgaz LLC is designated for being owned or controlled by the Stroytransgaz Group, the Volga Group, and Timchenko.

**The Limited Liability Company Investment Company Abros** is owned or controlled by Bank Rossiya.  Bank Rossiya was designated on March 20, 2014 pursuant to E.O. 13661 for acting for or on behalf of or materially assisting, sponsoring, or providing financial, material, or technological support for, or goods and services to or in support of, a senior official of the Government of the Russian Federation.  Bank Rossiya was also designated for being owned or controlled by Yuri Kovalchuk, who was designated on March 20, 2014 pursuant to E.O. 13661.

**CJSC Zest** is being designated for being owned or controlled by Bank Rossiya.

**JSB Sobinbank** is being designated for being owned or controlled by Bank Rossiya.

As a result of today's action, any assets of the individuals and entities designated today that are within U.S. jurisdiction must be frozen.  Additionally, transactions by U.S. persons or within the United States involving the individuals and entities designated today are generally prohibited.

**Identifying Information**

| | |
|---|---|
| Name: | Oleg Evgenyevich Belavencev |
| AKA: | Oleg Belaventsev |
| DOB: | 15 Sep 1949 |
| Title: | Russian Presidential Envoy to the Crimean District |
| Title: | Member of the Russian Security Council |

| | |
|---|---|
| Name: | Sergei Chemezov |
| AKA: | Sergey Viktorovich Chemezov |
| DOB: | 20 Aug 1952 |
| POB: | Cheremkhovo, Irkutsk, Russia |

| | |
|---|---|
| Name: | Dmitry Kozak |
| DOB: | 07 Nov 1958 |
| POB: | Kirovograd, Ukraine |
| Title: | Deputy Prime Minister of the Russian Federation |

| | |
|---|---|
| Name: | Evgeniy Alekseyevich Murov |
| AKA: | Evgeny Murov |
| AKA: | Yevgeniy Murov |
| AKA: | Yevgeny Murov |
| DOB: | 18 Nov 1945 |
| POB: | Zvenigorod, Moscow, Russia |
| Title: | Director of the Federal Protective Service of the Russian Federation |
| Title: | Army General |

| | |
|---|---|
| Name: | Aleksei Konstantinovich Pushkov |
| AKA: | Alexei Pushkov |
| DOB: | 10 Aug 1954 |
| Title: | Chairman of State Duma Committee on International Affairs |

| | |
|---|---|
| Name: | Igor Sechin |
| DOB: | 07 Sep 1960 |
| POB: | St. Petersburg, Russia |

| | |
|---|---|
| Name: | Vyachesla Volodin |
| DOB: | 04 Feb 1964 |
| POB: | Alexeyevka, Khvalynsk district, Saratov, Russia |
| Title: | First Deputy Chief of Staff of the Presidential Executive Office |

| | |
|---|---|
| Name: | InvestCapitalBank |
| AKA: | Open Joint Stock Company InvestCapitalBank |
| AKA: | OJSC InvestCapitalBank |
| AKA: | InvestKapitalBank |
| Address: | 100/1, Dostoevskogo Street, Ufa 450077, Bashkortostan Republic, Russian Federation |
| Website: | http://www.investcapitalbank.ru |
| Swift/BIC: | INAKRU41 |
| License #: | 2377 |

| | |
|---|---|
| Name: | SMP Bank |
| AKA: | SMP Bank Open Joint-Stock Company |
| AKA: | Bank Severny Morskoy Put |
| Address: | 71/11 Sadovnicheskaya Street, Moscow 115035 Russian Federation |
| Email: | smpbank@smpbank.ru |

```
SWIFT/BIC:      SMBKRUMM
Reuters:        BSMP
BIK(RU):        044583503
Reg. No.        3368
Website:        www.smpbank.ru

Name:           Stroygazmontazh
AKA:            Limited Liability Company Stroygazmontazh
AKA:            Stroygazmontazh Corporation
AKA:            SGM
Website:        www.ooosgm.com
Website:        www.ooosgm.ru
Address:        53 Prospekt Vernadskogo
                Moscow 119415, Russian Federation
Email:          info@oosgm.ru

Name:           Volga Group
AKA:            Volga Group Investments
FKA:    Volga Resources
FKA:            Volga Resources Group
Address:        3, rue de la Reine L-2418, Luxembourg
Address:        Russia

Name:           Transoil
AKA:            Limited Liability Company Transoil
FKA:            Obshchestvo S Ogranichennoi Otvetstvennostyu Transoil
AKA:            Transoil LLC
AKA:            Transoyl SNG Ltd.
Address:        18A Petrogradskaya nab., St. Petersburg 197046, Russia
Website:        http://www.transoil-spb.ru
Website:        http://transoil.com
Email Address:  info@toil.spb.ru
Registration ID:  1037835069986

Name:           Aquanika
AKA:            Aquanika LLC
AKA:            LLC Russkoye Vremya
AKA:            Obshchestvo S Ogranichennoi Otvetstvennostyu Russkoe Vremya
AKA:            Russkoe Vremya OOO
AKA:            Russkoye Vremya LLC
Address:        47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia
Address:        1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya
                oblast 607007, Russia
Website:        http://www.aquanika.com
Website:        http://aquanikacompany.ru
Email Address:  office@aquanika.com
Registration ID:  1075247000036

Name:           Sakhatrans LLC
AKA:            Obshchestvo S Ogranichennoi Otvetstvennostyu Sakha (Yakutskaya)
                Transportnaya Kompaniya
AKA:            Sakhatrans OOO
Address:        14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion
                Khabarovski Krai, Russia

Name:           Avia Group LLC
AKA:            Avia Group LTD
Address:        Terminal Aeroport Sheremetyevo Khimki, 141400 Moskovskaya obl.,
Russia
Website:        http://www.avia-group.su/

Name:           Avia Group Nord LLC
Address:        17 A, Stratoyava St., Saint Petersburg, Russia
Website:        http://www.ag-nord.ru

Name:           Stroytransgaz Holding
AKA:            STG Holding Limited
AKA:            STG Holdings Limited
AKA:            Stroytransgaz Holding Limited
AKA:            "STGH"
Address:        33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus

Name:           Stroytransgaz Group
AKA:            Stroytransgaz
```

AKA:        "STG Group"
Address:    3 Begovaya Street, Building #1, Moscow 125284, Russia
Website:    www.stroytransgaz.ru

Name:       Stroytransgaz OJSC
AKA:        OAO Stroytransgaz
Address:    House 58, Novocheremushkinskaya St., Moscow 117418, Russia

Name:       Stroytransgaz-M LLC
Address:    26th Meeting of the Communist Party Street, House 2V, Novy Urengoy, Tyumenskaya Oblast, Yamalo-Nenetsky Autonomous Region 629305, Russia

Name:       Stroytransgaz LLC
AKA:        OOO Stroytransgaz
Address:    House 65, Novocheremushkinskaya, Moscow 117418, Russia

Name:       The Limited Liability Company Investment Company Abros
AKA:        LLC IC Abros
Address:    2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia
            Government Gazette Number:  72426791
Telephone:  7812 3358979

Name:       CJSC Zest
AKA:        ZEST Leasing
Address:    pr. Medikov 5, of. 301, St. Petersburg, Russia
Address:    2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia
Website:    http://www.zest-leasing.ru
Registration ID:  1027809190507
Government Gazette Number:   44323193

Name:       JSB Sobinbank
AKA:        Sobinbank
Address:    15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia
Address:    15/56 Rochdelskaya Street, Moscow 123022, Russia
Swift Code:  SWIFT/BIC SBBARUMM
Website:    http://www.sobinbank.ru
Registration ID:  1027739051009
Government Gazette Number:  09610355

###