UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                      :
SERGEY LEONTIEV,                                      :
                                                      :
               Plaintiff,                           :  No. 16-cv-03595 (JSR)
                                                      :
   -against-                                         :  **NOTICE OF MOTION**
                                                      :
ALEXANDER VARSHAVSKY,                                 :  **ORAL ARGUMENT REQUESTED**
                                                      :
               Defendant.                           :
                                                      :
                                                      :
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 3, 2016; the accompanying declaration of Marshall R. King, dated August 3, 2016, together with the exhibits thereto; the accompanying declaration of Andreas Haviaras, dated July 22, 2016, together with the exhibits thereto; the accompanying declaration of Yuri Monastyrsky, dated July 28, 2016; all prior pleadings and proceedings herein, and such argument as may be received by this Court at the time of a hearing, Plaintiff Sergey Leontiev, by and through his undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, United States District Judge, in Courtroom 14B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on September 21, 2016 at 4:00 pm, for an order, pursuant to Federal Rule of Civil Procedure 12(c), granting judgment on the pleadings in favor of Plaintiff as to the Complaint's first cause of action and for such other relief as this Court may deem just and proper.

      Pursuant to the schedule set by this Court, any answering papers shall be served on or before August 26, 2016, and any reply papers shall be served on or before September 7, 2016.

Dated: August 3, 2016
New York, New York

                GIBSON, DUNN & CRUTCHER LLP

                By: /s/ Robert L. Weigel
                    Robert L. Weigel
                    Marshall R. King

                200 Park Avenue
                New York, New York 10166
                Telephone: 212.351.4000
                Facsimile: 212.351.4035

                *Attorneys for Plaintiff Sergey Leontiev*