# Exhibit A

Series  AV

No. **000785**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **August 6, 2014**

at   **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million five-hundred thousand and 00/100 US dollars plus interest at the**
*(amount in words)*
**rate of 10 (ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
*(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**A.D. Zhelezynak**          [signature]          [illegible seal]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of

Avalizer's signature

Date                                                    Affix seal

Series  AV                                                                              No. **000788**

## PROMISSORY NOTE

In the amount of   **14,293,096.00 US dollars**
*(amount in figures)*

Promissory note made on:   **August 6, 2014**

at                                    **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Fourteen million two-hundred ninety-three thousand ninety-six and 00/100 US dollars**
*(amount in words)*
**plus interest at the rate of 11 (eleven) percent per annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs Dept of Moscow on 04.06.2007**
*(full name and address of payee)*
**Supplement on 09.12.14 in the amount of 106,904.00 (one-hundred six thousand nine hundred four**
**and 00/100) US dollars. Total amount of promissory note: 14,400,000.00 (fourteen million four-**
**hundred thousand and 00/100) US dollars**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**A.D. Zheleznyak**

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of

Avalizer's signature

Date                                                                                      Affix seal

Series  AV                                                                                   No. **000792**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
<em>(amount in figures)</em>

Promissory note made on:   **August 15, 2014**

at                                         **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
<em>(full name and full address of maker)</em>

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**
<em>(amount in words)</em>

**percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
<em>(full name and address of payee)</em>

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 17, 2015**

<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
<em>(city, town, etc.)</em>

*Maker*

**A.D. Zheleznyak**          [signature]               [illegible seal]

                                                                                  Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

Series  SN

**PROMISSORY NOTE**

No. **000798**

In the amount of   **1,000,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **September 8, 2014**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
_____
*(amount in words)*

**annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**
_____

**of Moscow on 07.24.2009**
_____*(full name and address of payee)*

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on September 8, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

_____

*Maker*

**A.D. Zheleznyak**          [signature]          [illegible seal]
_____     _____     _____

_____     _____     Affix seal


**FOR AVALIZATION (payment guarantee)**

Issued on behalf of _____

Avalizer's signature _____

Date _____   Affix seal

Series  AV

No. **000800**

## PROMISSORY NOTE

In the amount of   **6,000,000.00 US dollars**

*(amount in figures)*

Promissory note made on:   **August 6, 2014**

at   **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Six million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**

*(amount in words)*

**annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs**

*(full name and address of payee)*

**Department of Moscow on 04.06.2007**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**

*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**        [signature]        [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC [signature]**

Date   **August 6, 2014**                                        Affix seal

[seal:] Probusinessbank Joint-Stock Commercial;
Bank Open Joint-Stock Company, Moscow

Series  SN                                                                                    No. **000802**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
<br>*(amount in figures)*

Promissory note made on:   **September 12, 2014**

at                                    **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
<br>*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
<br>*(amount in words)*

**annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs**
<br>*(full name and address of payee)*

**Department of Moscow on 04.06.2007**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on September 14, 2015**
<br>*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
<br>*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]              [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]   **A.D. Zheleznyak**

Date    **September 12, 2014**                                      Affix seal

[seal:] Probusinessbank Joint-Stock Commercial;
<br>Bank Open Joint-Stock Company, Moscow

Series  OK                                                                    No. **000806**

## PROMISSORY NOTE

In the amount of  **500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **October 2, 2014**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**
*(amount in words)*
**percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
*(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on October 2, 2015**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*
_____

*Maker*

**N.Yu. Abramova**         [signature]              [seal:] Life Financial Group [illegible]
_____    _____    _____

                                                         Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]  **A.D. Zheleznyak**
_____

Date   **October 2, 2014**                                    Affix seal
_____

                        [seal:] Probusinessbank Joint-Stock Commercial;
                        Bank Open Joint-Stock Company, Moscow

Series  OK                                                                                   No. **000813**

# PROMISSORY NOTE

In the amount of  **500,000.00 US dollars**
_____
                                                    *(amount in figures)*

Promissory note made on:   **October 10, 2014**

at                              **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
                                                    *(full name and full address of maker)*
                              **6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**
                                                    *(amount in words)*
**percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
                                                    *(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on October 12, 2015**

                        *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
                                                    *(city, town, etc.)*

*Maker*
   **N.Yu. Abramova**            [signature]            [seal:] Life Financial Group [illegible]

                                                              Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC [signature]    A.D. Zheleznyak**

Date   **October 10, 2014**                              Affix seal
                                                              [illegible seal]

Series NB

No. **000825**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars** _____

*(amount in figures)*

Promissory note made on:   **November 5, 2014** _____

at _____   **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC** _____

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow** _____

_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**

*(amount in words)*

**annum. Interest payable monthly** _____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**

*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on November 5, 2015** _____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow** _____

*(city, town, etc.)*

_____

*Maker*

**N.Yu. Abramova** _____   [signature] _____   [seal:] Life Financial Group [illegible]

_____   Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC** _____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]   A.D. Zheleznyak

Date   **November 5, 2014** _____   Affix seal

[illegible seal]

Series  NB                                                                            No. **000826**

### PROMISSORY NOTE

In the amount of    **1,500,000.00 US dollars**
_____
                                    *(amount in figures)*

Promissory note made on:    **November 14, 2014**
_____

at    **6A Ul. Belomorskaya, Moscow**
_____

The company (person):    **Life Financial Group CJSC**
_____
                                    *(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million five-hundred thousand and 00/100 US dollars plus interest at the rate of 10**
                                    *(amount in words)*
**(ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):    **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
                                    *(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:    **on November 16, 2015**
_____
            *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:    **6A Ul. Belomorskaya, Moscow**
                                    *(city, town, etc.)*

**Maker**
    **N.Yu. Abramova**          [signature]              [seal:] Life Financial Group [illegible]
_____    _____    _____
                                                                        Affix seal

### FOR AVALIZATION (payment guarantee)

Issued on behalf of    **Life Financial Group CJSC**
_____

Avalizer's signature    **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak
_____

Date    **November 14, 2014**                                    Affix seal
_____        [illegible seal]

Series  DB                                                                                          No. **001902**

## PROMISSORY NOTE

In the amount of   **2,000,000.00 US dollars** _____

*(amount in figures)*

Promissory note made on:   **December 3, 2014** _____

at _____   **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC** _____

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Two million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**

*(amount in words)*

**annum. Interest payable monthly** _____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**

*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009** _____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 3, 2015** _____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow** _____

*(city, town, etc.)*

*Maker*

   **N.Yu. Abramova**          [signature]               [seal:] Life Financial Group [illegible]

_____      _____      _____

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC** _____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak _____

Date   **December 3, 2014** _____          Affix seal

[illegible seal]

Series  DB                                                                                    No. **001904**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **December 10, 2014**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million five-hundred thousand and 00/100 US dollars plus interest at the rate of 10**
_____
*(amount in words)*

**(ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):     **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
_____
*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 10, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

**Maker**

**N.Yu. Abramova**        [signature]                [seal:] Life Financial Group [illegible]
_____   _____   _____

_____   _____        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of ___**Life Financial Group CJSC**_____

Avalizer's signature __**Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak_____

Date   **December 10, 2014**_____        Affix seal
                                                                                    [illegible seal]

Series  DB                                                                              No. **001906**

## PROMISSORY NOTE

In the amount of  **500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **December 15, 2014**
_____

at   **6A Ul. Belomorskaya, Moscow**
_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the**
_____
*(amount in words)*

**rate of 10 (ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service**
_____
*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 15, 2015**
_____

_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

_____

*Maker*

**N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]
_____     _____     
                                                            Affix seal
_____     _____


## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zhelezynak
_____

Date   **December 15, 2014**                                 Affix seal
_____     [illegible seal]

Series  DB                                                        No. **001907**

## PROMISSORY NOTE

In the amount of   **500,000.00 euros**
_____
*(amount in figures)*

Promissory note made on:   **December 17, 2014**
_____

at   _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 euros plus interest at the**
_____
*(amount in words)*
**rate of 10 (ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*
**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 17, 2015**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*
_____

*Maker*
  **N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]
_____     _____     _____
_____     _____                 Affix seal


## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak
_____

Date   **December 17, 2014**                              Affix seal
_____        [illegible seal]

Series  DB                                                                          No. **001908**

## PROMISSORY NOTE

In the amount of   **2,300,000.00 euros**
_____
*(amount in figures)*

Promissory note made on:   **December 24, 2014**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Two million three-hundred thousand and 00/100 euros plus interest at the**
_____
*(amount in words)*

**rate of 10 (ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
_____
*(full name and address of payee)*

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 24, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

_____

*Maker*

**N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]

_____       _____       Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of ___**Life Financial Group CJSC**_____

Avalizer's signature ___**Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak__

Date ____**December 24, 2014**_____          Affix seal
[illegible seal]

Series  YaN                                                                                  No. **001929**

## PROMISSORY NOTE

In the amount of   **1,110,904.00 US dollars**
<br>*(amount in figures)*

Promissory note made on:   **January 12, 2015**

at                                              **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
<br>*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million one-hundred ten thousand nine hundred four and 00/100 US dollars plus**
<br>*(amount in words)*
<br>**interest at the rate of 11 (eleven) percent per annum. Interest payable upon maturity**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs Dept of Moscow on 04.06.2007**
<br>*(full name and address of payee)*

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 12, 2016**
<br>*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
<br>*(city, town, etc.)*

*Maker*
<br>   **N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC**          A.D. Zheleznyak

Date   **January 12, 2015**                              Affix seal
<br>[illegible seal]

Series  DB                                                                      No. **001936**

## PROMISSORY NOTE

In the amount of  **1,000,000.00 US dollars** _____

*(amount in figures)*

Promissory note made on:  **December 29, 2014** _____

at _____ **6A Ul. Belomorskaya, Moscow** _____

The company (person):  **Life Financial Group CJSC** _____

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**

*(amount in words)*

**annum. Interest payable monthly** _____

directly to the company (person):  **Karen Kamoyevich Avagumyan** _____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**

*(full name and address of payee)*

**Moscow on 07.24.2009** _____

or, at the latter's request, to any other company (person).

This promissory note is payable:  **on December 29, 2015** _____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:  **6A Ul. Belomorskaya, Moscow** _____

*(city, town, etc.)*

*Maker*

**N.Yu. Abramova** _____ [signature] _____ [seal:] Life Financial Group [illegible]

_____      _____      Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of ___ **Life Financial Group CJSC** _____

Avalizer's signature ___ **Probusinessbank JSCB OJSC** [signature] ___ A.D. Zheleznyak

Date ___ **December 29, 2014** _____      Affix seal

[seal:] Probusinessbank [illegible]

Series   YaN                                                                                                No. **001937**

## PROMISSORY NOTE

In the amount of   **2,500,000.00 US dollars**
                              *(amount in figures)*

Promissory note made on:   **January 19, 2015**

at                              **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
                              *(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Two million five-hundred thousand and 00/100 US dollars plus interest at the rate of 11**
                              *(amount in words)*
**(eleven) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                              *(full name and address of payee)*
**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 19, 2016**
                              *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
                              *(city, town, etc.)*

*Maker*
  **N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]

                                                                          Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC**          A.D. Zhelezniak

Date   **January 19, 2015**                                        Affix seal

                                          [seal:] Probusinessbank [illegible]

Series  YaN

No. **001938**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 euros**
_____
*(amount in figures)*

Promissory note made on:   **January 19, 2015**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million five-hundred thousand and 00/100 euros plus interest at the rate of 11**
_____
*(amount in words)*

**(eleven) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
_____
*(full name and address of payee)*

**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 19, 2016**
_____

_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*


*Maker*

  **N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]
_____        _____        _____

_____        _____        Affix seal


## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC [signature] A.D. Zheleznyak**
_____

Date   **January 19, 2015**                            Affix seal
_____
                                   [seal] Probusinessbank [illegible]

Series  FV                                                                No. **001941**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **February 2, 2015**

at                                    **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent**
*(amount in words)*

**per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on February 2, 2016**
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**                [signature]                [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak

Date   **February 2, 2015**                                Affix seal

[seal:] Probusinessbank [illegible]

Series  MR                                                                                                    No. **001948**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars** _____
*(amount in figures)*

Promissory note made on:   **March 5, 2015**

at _____ **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on March 4, 2016**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**            [signature]            [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC [signature] A.D. Zheleznyak**

Date   **March 5, 2015**                                        Affix seal

[seal:] Probusinessbank [illegible]

Series  IN                                                                                                    No. **001953**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars** _____

*(amount in figures)*

Promissory note made on:   **June 22, 2015** _____

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED** _____

*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**

*(amount in words)*

**annum. Interest payable monthly** _____

directly to the company (person):   **Karen Kamoyevich Avagumyan** _____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**

*(full name and address of payee)*

**Moscow on 07.24.2009** _____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 22, 2016** _____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

*(city, town, etc.)*

_____

*Maker*

__**N.Yu. Abramova**____      __[signature]_____      [seal:] Vennop Trading Limited

_____      _____          Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____          Affix seal

Series  IN                                                                    No. **001954**

## PROMISSORY NOTE

In the amount of   **2,000,000.00 US dollars**
_____
                          *(amount in figures)*

Promissory note made on:   **June 29, 2015**

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED**
                          *(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**Two million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
                          *(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                          *(full name and address of payee)*

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 29, 2016**
_____
        *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
                          *(city, town, etc.)*

*Maker*

_____**M. Zvyagin**_____        _____[signature]_____        [seal:] Vennop Trading Limited

                                                                  Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

Series  AP                                                                  No. **001955**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars** _____
                                                    *(amount in figures)*

Promissory note made on:   **April 4, 2015** _____

at _____ **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

The company (person):   **VENNOP TRADING LIMITED** _____
                                                    *(full name and full address of maker)*

_____ **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
                                                    *(amount in words)*

**annum. Interest payable monthly** _____

directly to the company (person):   **Diana Saakovna Karapetyan** _____

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
                                                    *(full name and address of payee)*

**Moscow on 01.12.2005** _____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on April 4, 2016** _____

_____ *(on demand, within a certain period after it is presented or made, or on a specific day)* _____

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____
                                                    *(city, town, etc.)*

_____

*Maker*

_____ **M. Zvyagin** _____   [signature] _____   [seal:] Vennop Trading Limited

_____   _____   _____
                                                    Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____   Affix seal

Series  MA                                                                              No. **001956**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars** _____

<em>(amount in figures)</em>

Promissory note made on:   **May 22, 2015** _____

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED** _____

<em>(full name and full address of maker)</em>

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**

<em>(amount in words)</em>

**annum. Interest payable monthly**

directly to the company (person):   **Diana Saakovna Karapetyan**

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**

<em>(full name and address of payee)</em>

**Moscow on 01.12.2005**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on May 23, 2016** _____

<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

<em>(city, town, etc.)</em>

*Maker*

_____**M. Zvyagin**_____       [signature]_____       [seal:] Vennop Trading Limited

_____       _____       Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____       Affix seal

Series  IN                                                                  No. **001957**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **June 24, 2015**

at _____ **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

The company (person):   **VENNOP TRADING LIMITED**
_____
*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
_____
*(amount in words)*

**annum. Interest payable monthly**
_____

directly to the company (person):   **Diana Saakovna Karapetyan**

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
_____
*(full name and address of payee)*

**Moscow on 01.12.2005**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 24, 2016**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
*(city, town, etc.)*

*Maker*

**M. Zvyagin** _____   [signature] _____   [seal:] Vennop Trading Limited

_____   _____   _____

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____   Affix seal

Series  IN                                                                No. **001958**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
<em>(amount in figures)</em>

Promissory note made on:   **June 30, 2015**

at                                    **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

The company (person):   **VENNOP TRADING LIMITED**
<em>(full name and full address of maker)</em>

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
<em>(amount in words)</em>

**annum. Interest payable monthly**

directly to the company (person):   **Diana Saakovna Karapetyan**

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
<em>(full name and address of payee)</em>

**Moscow on 01.12.2005**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 30, 2016**
<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
<em>(city, town, etc.)</em>

***Maker***

**M. Zvyagin**          [signature]          [seal:] Vennop Trading Limited

                                                           Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____          Affix seal

Series  IL

No. **001962**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
_____

*(amount in figures)*

Promissory note made on:   **July 13, 2015**

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED**
_____

*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten) percent**

*(amount in words)*

**per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**

*(full name and address of payee)*

**of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on July 13, 2016**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

*(city, town, etc.)*

*Maker*

**M. Zvyagin**_____    [signature]_____    [seal:] Vennop Trading Limited

_____    _____    Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____    Affix seal

Series  AP                                                                    No. **002000**

## PROMISSORY NOTE

In the amount of   **700,000.00 euros**
_____
                                    *(amount in figures)*

Promissory note made on:   **April 16, 2015**
_____
at                         **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
The company (person):      **VENNOP TRADING LIMITED**
_____
                              *(full name and full address of maker)*
                        **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**Seven-hundred thousand and 00/100 euros plus interest at the rate of 10**
                                    *(amount in words)*
**(ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**
                              *(full name and address of payee)*
**of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on April 18, 2016**
_____
                *(on demand, within a certain period after it is presented or made, or on a specific day)*


The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
                                    *(city, town, etc.)*
_____


*Maker*
    **M. Zvyagin**            [signature]              [seal:] Vennop Trading Limited
_____    _____    _____
_____    _____
                                                        Affix seal


## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____    Affix seal



# ПРОСТОЙ ВЕКСЕЛЬ

Серия **АВ**

№ **000785**

На сумму _____ **1 500 000-00 долларов США** _____
<span style="font-style:italic">(сумма цифрами)</span>

Дата, место составления векселя: _____ **06  августа  2014 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
<span style="font-style:italic">(полное наименование и полный адрес векселедателя)</span>
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
<span style="font-style:italic">(сумма прописью)</span>
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно  предприятию(лицу):  **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан  УФМС по г. Москве, 24.07.2009 г.**
<span style="font-style:italic">(полное наименование и адрес получателя)</span>

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:  **«06» августа 2015 г.**

<span style="font-style:italic">(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)</span>

Местом платежа является:  **г. Москва, ул. Беломорская, д.6А**
<span style="font-style:italic">(город, село и т.п.)</span>

*Векселедатель*

**Железняк А.Д.**

М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                   М.П.

**Серия АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000788**

На сумму ___ **14 293 096-00 долларов США** ___
*(сумма цифрами)*

Дата, место составления векселя: ___ **06 августа 2014 года** ___

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): ___ **ЗАО «Финансовая группа «Лайф»** ___
*(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___

**Четырнадцать миллионов двести девяносто три тысячи девяносто шесть 00/100 долларов США**
*(сумма прописью)*

**плюс проценты из расчета 11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально**

**Ренич Игорь Феликсович**

непосредственно предприятию(лицу) ___

**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

**Пополнение 12.09.14 в сумме 106904,00 (Сто шесть тысяч девятьсот четыре 00/100) долларов США.**

**Общая сумма векселя 14400000,00 (Четырнадцать миллионов четыреста тысяч 00/100) долларов США**

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ **«06» августа 2015 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

**Векселедатель**

**Железняк А.Д.** ___

М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан ___

Подпись авалиста ___

Дата ___ М.П.

Серия **АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000792

На сумму _____ 500 000-00 долларов США _____
(сумма цифрами)

Дата, место составления векселя: ___ 15 __ августа _____ 2014 года _____

_____ г. Москва, ул. Беломорская, д.6А _____

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф» _____
(полное наименование и полный адрес векселедателя)

_____ г.Москва, ул.Беломорская, д.6А _____

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Пятьсот тысяч 00/100** долларов США плюс проценты из расчета 10
(сумма прописью)

**(Десять)** процентов годовых. Выплата процентов ежемесячно

непосредственно предприятию(лицу) _____ Авагумян Карен Камоевич _____

**Паспорт 45 10 505095** выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу). _____

Этот вексель подлежит оплате в следующий срок: «17» августа 2015 г. _____

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А _____
(город, село и т.п.)

**Векселедатель** _____

_____ Железняк А.Д. _____

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.

**Серия** СН

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000798**

На сумму ___ **1 000 000-00 долларов США** ___
(сумма цифрами)

Дата, место составления векселя: ___ **08   сентября   2014 года** ___

<b>г. Москва, ул. Беломорская, д.6А</b>

Предприятие(лицо): ___ **ЗАО «Финансовая группа «Лайф»** ___
(полное наименование и полный адрес векселедателя)
<b>г.Москва, ул.Беломорская, д.6А</b>

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___
**Один миллион 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ **«08» сентября 2015 г.** ___

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: ___ **г. Москва, ул. Беломорская, д.6А** ___
(город, село и т.п.)

**Векселедатель**
   **Железняк А.Д.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____      М.П.

| Серия **АВ** | ПРОСТОЙ ВЕКСЕЛЬ | № 000800 |

На сумму __6 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя __06   августа   2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
г.Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

__Шесть миллионов 00/100 долларов США или для процентных расчётов__
(сумма прописью)
__11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.__

непосредственно предприятию(лицу) __Ремих Игорь Феликсович__

__Паспорт 45 09 074131  выдан  ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.__
(наименование или фамилия и адрес получателя)

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок:   «06» августа 2015 г.

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

*Векселедатель*
__Абрамова Н.Ю.__

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__
Дата __06 августа 2014 г.__