**Серия** СН

# ПРОСТОЙ ВЕКСЕЛЬ

**№** 000802

На сумму ___1 000 000-00 долларов США___
*(сумма цифрами)*

Дата, место составления векселя «12» сентября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___ЗАО «Финансовая группа «Лайф»___
*(полное наименование и точный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчёта**
*(сумма прописью)*
**11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.**

___Репин Игорь Феликсович___
непосредственно предприятию(лицу)
Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок «14» сентября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___г. Москва, ул. Беломорская, д.6А___
*(город, село и т.п.)*

**Векселедатель**

Абрамова Н.Ю.

**ДЛЯ АВАЛЯ** (вексельное поручительство)
За кого выдан ___ЗАО «Финансовая группа «Лайф»___
Подпись авалиста ___ОАО АКБ «Пробизнесбанк»___
Дата 12 сентября 2014 г.

| Серия ОК | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000806 |

На сумму _____ 500 000-00 долларов США _____
(сумма цифрами)

Дата, место составления векселя: __02__ __октября__ __2014 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф» _____
(полное наименование и полный адрес векселедателя)

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «02» октября 2015 г.

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А _____
(город, село и т.п.)

*Векселедатель*

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____ ЗАО Финансовая группа «Лайф» _____

Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____   А.Д. Железняк

Дата _____ 02 октября 2014 г. _____   М.П.

Серия ОК

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000813

На сумму: 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 10 октября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «12» октября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

*Векселедатель*
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан
Подпись авалиста   ОАО АКБ «Пробизнесбанк»         А.Д.Железняк

Дата   10 октября 2014 г.                              М.П.

| Серия ПБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000825 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 05 ноября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «05» ноября 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан ЗАО «Финансовая группа «Лайф»
Подпись авалиста ОАО АКБ «Пробизнесбанк»    А.Д.Железняк
Дата 05 ноября 2014 г.    М.П.

Серия **НБ** ## ПРОСТОЙ ВЕКСЕЛЬ № 000826

На сумму _1 500 000-00 долларов США_
(сумма цифрами)

Дата, место составления векселя: _14 ноября 2014 года_
_г. Москва, ул. Беломорская, д.6А_

Предприятие(лицо): _ЗАО «Финансовая группа «Лайф»_
(полное наименование и полный адрес векселедателя)
_г.Москва, ул.Беломорская, д.6А_

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
_Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10_
(сумма прописью)
_(Десять) процентов годовых. Выплата процентов ежемесячно._

непосредственно предприятию(лицу) _Авагумян Карен Камоевич_
_Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г._
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _«16» ноября 2015 г._
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _г. Москва, ул. Беломорская, д.6А_
(город, село и т.п.)

**Векселедатель**
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**
За кого выдан _ЗАО «Финансовая группа «Лайф»_
Подпись авалиста _ОАО АКБ «Пробизнесбанк»_ А.Д.Железняк
Дата _14 ноября 2014 г._ М.П.

**Серия ДБ**     **ПРОСТОЙ ВЕКСЕЛЬ**     № 001902

На сумму __2 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __03   декабря   2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Два миллиона 00/100 долларов США плюс проценты из расчета 10__
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: __«03» декабря 2015 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**
ЗАО «Финансовая группа «Лайф»

За кого выдан __ОАО АКБ «Пробизнесбанк»__     А.Д.Железняк

Подпись авалиста
Дата __03 декабря 2014 г.__

М.П.

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001904 |
|---|---|---|

На сумму __1 500 000-00 долларов США__
                          *(сумма цифрами)*

Дата, место составления векселя: __10 декабря 2014 года__
                                   __г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
                    *(полное наименование и полный адрес векселедателя)*
                    __г. Москва, ул. Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
                          *(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
                    *(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«10» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
                          *(город, село и т.п.)*

Векселедатель

__Абрамова Н.Ю.__

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан __ЗАО «Финансовая группа «Лайф»__

Подпись авалиста __ОАО АКБ «Пробизнесбанк»__          __А.Д.Железняк__

Дата __10 декабря 2014 г.__                            М.П.

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001906

На сумму __500 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __15 декабря 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г. Москва, ул. Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«15» декабря 2015 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан __ЗАО «Финансовая группа «Лайф»__

Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д. Железник

Дата __15 декабря 2014 г.__

М.П.

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001907 |

На сумму: 500 000-00 евро
*(сумма цифрами)*

Дата, место составления векселя: 17 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять)**
*(сумма прописью)*
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «17» декабря 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста ОАО АКБ «Пробизнесбанк» А.Д.Железняк
Дата 17 декабря 2014 г.
М.П.

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 001908 |

На сумму ___ 2 300 000-00 евро ___
(сумма цифрами)

Дата, место составления векселя: __ 24 декабря 2014 года __
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ ЗАО «Финансовая группа «Лайф» __
(полное наименование и полный адрес векселедателя)
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___
Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 10 (Десять)
(сумма прописью)
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __ «24» декабря 2015 г. __

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __ г. Москва, ул. Беломорская, д.6А __
(город, село и т.п.)

Векселедатель

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ ЗАО «Финансовая группа «Лайф» __
Подпись авалиста __ ОАО АКБ «Пробизнесбанк» __ А.Д. Железняк
Дата __ 24 декабря 2014 г. __ М.П.

Серия ян

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001929

На сумму: 1 110 904-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 12 января 2015 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион сто десять тысяч девятьсот четыре 00/100 долларов США плюс проценты
*(сумма прописью)*
из расчета 11(Одиннадцать) процентов годовых. Выплата процентов в конце срока.

непосредственно предприятию(лицу): Ренич Игорь Феликсович
Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «12» января 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан ЗАО «Финансовая группа «Лайф»

Подпись авалиста ОАО АКБ «Пробизнесбанк»                                     А.Д.Железняк

Дата  12 января 2015 г.                                                                                    М.П.