Серия ДБ   **ПРОСТОЙ ВЕКСЕЛЬ**   № 001936

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __29   декабря   2014 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: __Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__
*(сумма прописью)*

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«29» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

*Векселедатель*
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан _____
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__
А.Д.Железняк
Дата __29 декабря 2014 г.__

М.П.

| Серия ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001937 |

На сумму: __2 500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __19   января   2015 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г. Москва, ул. Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета__
*(сумма прописью)*
__11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«19» января 2016 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.                    [подпись]

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан _____

Подпись авалиста    ОАО АКБ «Пробизнесбанк»    А.Д. Железняк

Дата    __19 января 2015 г.__

М.П.

| Серия ян | # ПРОСТОЙ ВЕКСЕЛЬ | № 001938 |

На сумму: **1 500 000-00 евро**
*(сумма цифрами)*

Дата, место составления векселя: **19 января 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион пятьсот тысяч 00/100 евро плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«19» января 2016 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан **ЗАО Финансовая группа «Лайф»**
**ОАО АКБ «Пробизнесбанк»**
Подпись авалиста _____ **А.Д.Железняк**
Дата **19 января 2015 г.**

М.П.

| Серия ФВ | ПРОСТОЙ ВЕКСЕЛЬ | № 001941 |

На сумму: __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __02 февраля 2015 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 11__
(сумма прописью)
__(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: __«02» февраля 2016 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан _____
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__       А.Д.Железняк
Дата __02 февраля 2015 г.__
М.П.

Серия МР **ПРОСТОЙ ВЕКСЕЛЬ** № 001948

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 05 марта 2015 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 11**
*(сумма прописью)*
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «04» марта 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан ЗАО «Финансовая группа «Лайф»
Подпись авалиста ОАО АКБ «Пробизнесбанк» А.Д. Железняк
Дата 05 марта 2015 г.

М.П.

| Серия ИН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001953 |

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 22 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета
*(сумма прописью)*
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «22» июня 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    *[подпись]*                    *[печать: VENNOP TRADING LIMITED]*
                                                             М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____      М.П.

| Серия ИН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001954 |

На сумму: 2 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 29 июня 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Два миллиона 00/100 долларов США плюс проценты из расчета**

**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «29» июня 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель

Звягин М.             [подпись]             [печать: VENNOP TRADING LIMITED М.П.]

**ДЛЯ АВАЛЯ** (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                М.П.

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001955 |

На сумму ___1 000 000-00 долларов США___
*(сумма цифрами)*

Дата, место составления векселя: ___04 апреля 2015 года___

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): ___ВЕННОП ТРЕЙДИНГ ЛИМИТЕД___
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
___Один миллион 00/100 долларов США плюс проценты из расчета 10___
*(сумма прописью)*
___(Десять) процентов годовых. Выплата процентов ежемесячно.___

непосредственно предприятию(лицу) ___Карапетян Диана Сааковна___
___Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.___
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«04» апреля 2016 г.___
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___3106, Лимассол, Кипр, Гр. Ксенопулу, 17___
*(город, село и т.п.)*

*Векселедатель*
   Звягин М.        [signature]                    М.П. [stamp: VENNOP TRADING LIMITED]

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                    М.П.

| Серия МА | # ПРОСТОЙ ВЕКСЕЛЬ | № 001956 |

На сумму: __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __22 мая 2015 года__
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
*(полное наименование и полный адрес векселедателя)*
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Карапетян Диана Сааковна__
__Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«23» мая 2016 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
*(город, село и т.п.)*

Векселедатель
Звягин М.                    [подпись]                    [печать: VENNOP TRADING LIMITED]
                                                                                М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                                М.П.

| Серия ин | ПРОСТОЙ ВЕКСЕЛЬ | № 001957 |

На сумму __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __24   июня   2015 года__

__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
(полное наименование и полный адрес векселедателя)
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Карапетян Диана Сааковна__

__Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«24» июня 2016 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
(город, село и т.п.)

Векселедатель
Звягин М.                    _[подпись]_                    М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                    М.П.

**Серия ИН**   **ПРОСТОЙ ВЕКСЕЛЬ**   **№ 001958**

На сумму: 1 000 000-00 долларов США
(сумма цифрами)

Дата, место составления векселя: 30 июня 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
(полное наименование и полный адрес векселедателя)

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион 00/100 долларов США плюс проценты из расчета 10
(сумма прописью)
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Каранетян Диана Сааковна

Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «30» июня 2016 г.
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
(город, село и т.п.)

Векселедатель
Звягин М.                    [подпись]                    М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                М.П.