| Серия ил | | № 001962 |
|---|---|---|

# ПРОСТОЙ ВЕКСЕЛЬ

На сумму 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 13 июля 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «13» июля 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления; в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    *[подпись]*           *[печать: VENNOP TRADING LIMITED * М.П.]*

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан _____
Подпись авалиста _____
Дата _____                                          М.П.

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 002000 |

На сумму: 700 000-00 евро
*(сумма цифрами)*

Дата, место составления векселя: 16 апреля 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Семьсот тысяч 00/100 евро плюс проценты из расчета
*(сумма прописью)*
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «18» апреля 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

*Векселедатель*
Звягин М.                    [подпись]                    М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                М.П.



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Promissory Notes.

_____

Mirna Turina, Senior Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 29th day of July, 2016.

_____

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York              Washington, D.C.        Chicago               Houston                San Francisco
t: +1.212.631.7432    t: +1.202.828.1267      t: +1.312.242.3756    t: +1.713.353.3909     t: +1.415.576.9500
London                Paris                   Stockholm             Frankfurt              Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47    t: +46.8.463.11.87    t: +49.69.7593.8434    t: +852.2159.9143