# Exhibit B

| | |
|---|---|
| г. Москва        18 декабря 2008г. | Moscow        18 December 2008 |

ЗАО "Нью-Йорк Моторс – Москва" (ИНН 7705133757, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности №12 от 17.11.2006 ,с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:

CJSC "New York Motors-Moscow" (INN 7705133757, KPP 772201001 ), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 12 dated 17.11.2006, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), represented by its Director Petros Livanios , acting on the basis Memorandum and Articles of Association , hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течении 3 дней с момента подписания договора на срок до 19.12.2009 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).

1.2. Заем предоставляется Заемщику на пополнение оборотных средств.

## 1. SUBJECT OF THE AGREEMENT

1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 19/12/2009 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof.

1.2. The Loan shall be advanced to the Borrower to replenishment current assets turnover.

## 2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА

2.1. Займ предоставляется путем перечисления денежный средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата получения денежных средств на указанный счет Заемщиком и подтверждается выпиской с этого счета.

2.2. Процентная ставка за пользование Займом устанавливается в размере 14 (Четырнадцать) процентов годовых.

2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов. Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по дату погашения ссудной задолженности по Займу включительно.

## 2. TERMS AND CONDITIONS OF THE LOAN

2.1. The Loan shall be advanced by the Lender to the Borrower's 40807840400000030269 account with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement.

2.2. The loan interest rate shall be 14 (Fourteen) % p.a.

2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual. The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive.

## 3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ

3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца.

3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания

## 3. LOAN PRINCIPAL AND INTEREST REPAYMENT

3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account.

3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds

денежных средств со счета Заемщика на соответствующий счет Займодавца.

Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 19/03/09, 19/06/09, 18/09/09.

Погашение Займа и процентов, начисленных за пользование займом за период с 19/09/09 по 18/12/09, производится Заемщиком одновременно 19/12/09.

Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа.


## 4  ОТВЕТСТВЕННОСТЬ СТОРОН

Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором.

В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1. срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Заимодавцу.

В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки.

Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора.


## 5. РАЗРЕШЕНИЕ СПОРОВ

5.1.   Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров.

5.2.   При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством.

5.3.   Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством.


## 6. ПРЕКРАЩЕНИЕ ДОГОВОРА

6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору.

6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору.


## 7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

7.1.   Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными

---

from the Borrower's account to the Lender's account.

Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 19/03/09, 19/06/09, 18/09/09.

Repayment of the loan and interest, added for using by the loan for the period from 19/09/09 till 18/12/09 is made by Borrower at the same time within the 19/12/09 banking day.

The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment.


## 4  RESPONSIBILITIES OF THE PARTIES

The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement.

In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full.

In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party.

In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement.


## 5  SETTLEMENT OF DISPUTES

5.1.   All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations.

5.2.   In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation.

5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law.


## 6. TERMINATION OF THE AGREEMENT

6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder.

6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder.


## 7. CLOSING PROVISIONS

7.1.   Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties.

представителями сторон.

7.2. Все уведомления и сообщения должны направляться в письменной форме.

7.3. Настоящий договор составлен в двух экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон.

## 8. АДРЕСА И РЕКВИЗИТЫ СТОРОН

**ЗАИМОДАВЕЦ:**
ЗАО "Нью-Йорк Моторс – Москва"

ИНН 7705133757
КПП 772201001
Адрес: Москва, Волгоградский проспект д. 43/1
Счет: 40702840600000011141 в ОАО АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM
Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США
SWIFT: AEIBUS33

_____/ Монахова Ирина Николаевна /

_____/Семенова Юлия Юрьевна/

**ЗАЕМЩИК:**

AMBIKA INVESTMENTS LIMITED

Адрес: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus
Банковские реквизиты:
AMBIKA INVESTMENTS LIMITED
Счет: 40807840400000030269 в ОАО АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM
Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США
SWIFT: AEIBUS33

_____/Петрос Ливаниос/

---

7.2. All notices and messages shall be provided in writing.

7.3. This Agreement shall be executed in two copies of equal legal effect, one for each party.

## 8. PARTIES

**THE LENDER**
CJSC "New York Motors-Moscow"

INN (Taxpayer Identification Number) 7705133757
KPP (Taxpayer Record Validity Code) 772201001
Address: 43/1, Volgogradsky pr-t, Moscow, Russia
USD: Acc. # 40702840600000011141 with Probusinessbank Moscow, Russia, SWIFT code PRBM RU MM, Acc. # 737015 with American Express Bank, New York, NY, USA, SWIFT code AEIB US 33.

_____/ Monakhova Irina Nikolaevna /

_____/Semenova Yliya Yr'evna/

**THE BORROWER**

AMBIKA INVESTMENTS LIMITED

Address: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus
Banking details:
AMBIKA INVESTMENTS LIMITED
Account: 40807840400000030269 with Probusinessbank
SWIFT: PRBMRUMM
Corr./account: 007-37-015 with American Express Ltd, New York, USA
SWIFT: AEIBUS33

_____/Petros Livanios /

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ№1 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008** | **ADDITIONAL AGREEMENT #1 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008** |
| г. Москва                30/06/2009 г. | Moscow                30/06/2009 |

ЗАО "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности №12 от 17.11.2006, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:

1) Изменить пункт 2.2 Договора займа №1812/08 от 18/12/2008, изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 19/12/2009».
2) Остальные условия (пункты) Договора займа остаются без изменений.

3) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18 декабря 2008 года.

4) В случае разногласий, приоритет имеет текст на русском языке.

5) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.
6) ПОДПИСИ СТОРОН
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон Автомобильная Группа "

_____/Ирина Монахова/

**ЗАЕМЩИК:**

AMBIKA INVESTMENTS LIMITED

_____/Петрос Ливаниос/

---

JSC "Avilon AG" (INN 7705133757, KPP 772201001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 12 dated 17.11.2006, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:

1) To amend the clause 2.2 of the Loan Agreement № 1812/08 dd 18/12/2008 to read as follows:
« 2.2. The loan interest rate shall be 15 (Fifteen) % p.a. for the period from 18/12/2008 till 19/12/2009».

2) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

3) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008.

4) For the avoidance of doubt, the text in the Russian language shall prevail.

5) This agreement is made in two copies (one for each party) of equal legal effect.

6) SIGNATURES OF THE PARTIES
**THE LENDER**
JSC "Avilon AG"

_____/Irina Monakhova/

**THE BORROWER**

AMBIKA INVESTMENTS LIMITED

_____/Petros Livanios/

| | |
|---|---|
| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ№2 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #2 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008 |
| г. Москва                    30/06/2009 г. | Moscow                       30/06/2009 |

ЗАО "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 1 от 29.06.2009, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые -- Стороны, заключили настоящий договор о нижеследующем:

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 1 dated 29.06.2009, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), represented by its Director Petros Livanios , acting on the basis Memorandum and Articles of Association , hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:

1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 19/12/2010, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течении 3 дней с момента подписания договора на срок до 20.12.2010 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).»

1)        To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 19/12/2010 by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 20/12/2010 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof».

2) Изменить пункт 2.2. Договора займа №1812/08 от 18/12/2008 в редакции заключенного Дополнительного соглашения №1 от 19/12/2008, изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 20/12/2010».

2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №1 dated 19/12/2008 as follows:
« 2.2. The loan interest rate shall be 15 (Fifteen) % p.a. for the period from 18/12/2008 till 20/12/2010».

3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 20/12/2009 по 20/12/2010 производится Заемщиком на ежеквартальной основе в следующие даты: 19/03/2010, 18/06/2010, 20/09/2010.
Погашение Займа и процентов, начисленных за пользование займом за период с 21/09/2010 по 20/12/2010, производится Заемщиком одновременно 20/12/2010.

3) Parties agree that repayment of interest, added for using by the loan for the period from 20/12/2009 till 20/12/2010 is made by Borrower on quarterly basis within the following dates – 19/03/2010, 18/06/2010, 20/09/2010.
Repayment of the loan and interest, added for using by the loan for the period from 21/09/2010 till 20/12/2010 is made by Borrower at the same time within the 20/12/2010 banking day.

4)    Остальные условия (пункты) Договора займа остаются без изменений.
5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008.
6) В случае разногласий, приоритет имеет текст на русском языке.
7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.
8) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ:
   ЗАО " Авилон Автомобильная Группа "

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008.

6) For the avoidance of doubt, the text in the Russian language shall prevail.

7) This agreement is made in two copies (one for each party) of equal legal effect.

8) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

_/Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

_/Петрос Ливаниос/

_/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

_/Petros Livanios/

## ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ№3 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008
### г. Москва                          20/12/2010 г.

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:

1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 20/12/2011, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора  на срок до 20.12.2011 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).»
2) Изменить пункт 2.2. Договора займа №1812/08 от 18/12/2008 в редакции заключенного Дополнительного соглашения №2 от 19/12/2009, изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 20/12/2010 и 11 (Одиннадцать) процентов за период с 21/12/2010 по 20/12/2011».
3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 21/12/2010 по 20/12/2011 производится Заемщиком на ежеквартальной основе в следующие даты: 21/03/2011, 20/06/2011, 20/09/2011.
Погашение Займа и процентов, начисленных за пользование займом за период с 21/09/2011 по 20/12/2011, производится Заемщиком одновременно 20/12/2011.

4)    Остальные условия (пункты) Договора займа остаются без изменений.
5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008.
6) В случае разногласий, приоритет имеет текст на русском языке.
7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.
8) ПОДПИСИ СТОРОН

## ADDITIONAL AGREEMENT #3 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008
### Moscow                          20/12/2010

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand. and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), represented by its Director Petros Livanios , acting on the basis Memorandum and Articles of Association , hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:
1)    To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 20/12/2011 by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 20/12/2011 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof».

2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №2 dated 19/12/2009 as follows:
« 2.2. The loan interest rate shall be  15 (Fifteen) % p.a. for the period from 18/12/2008 till 20/12/2010 and 11 (Eleven) % p.a. for the period from 21/12/2010 till 20/12/2011».

3) Parties agree that repayment of interest, added for using by  the loan for the period from 21/12/2010 till 20/12/2011 is made by Borrower on quarterly basis within the following dates – 21/03/2011, 20/06/2011, 20/09/2011.
Repayment of the loan and interest, added for using by  the loan for the period from 21/09/2011 till 20/12/2011 is made by Borrower at the same time within the 20/12/2011 banking day.

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08  dated December 18, 2008.

6) For the avoidance of doubt, the text in the Russian language shall prevail.

7) This agreement is made in two copies (one for each party) of equal legal effect.

8) SIGNATURES OF THE PARTIES 

**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"

_____ /Ирина Монахова/

**THE LENDER:**
JSC "Avilon AG"

_____ /Irina Monakhova/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

_____ /Петрос Ливаниос/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

_____ /Petros Livanios/

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 4 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #4 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008 |
|---|---|
| г. Москва                                    20/12/2011 г. | Moscow                                    20/12/2011 |

**Russian column:**

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и

AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 20/12/2012, изложив п. 1.1 в следующей редакции:
«1.1. Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора на срок до **20.12.2012 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

2) Изменить пункт 2.2. Договора займа №1812/08 от 18/12/2008 в редакции заключенного Дополнительного соглашения № 2 от 19/12/2009 и дополнительного соглашения № 3 от 20/12/2010, изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых за период с 21/12/2011 по 20/12/2012».

3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 21/12/2011 по 20/12/2012 производится Заемщиком на ежемесячной основе в следующие даты: 20/01/2012, 20/02/2012, 20/03/2012, 20/04/2012, 21/05/2012, 20/06/2012, 20/07/2012, 20/08/2012, 20/09/2012, 22/10/2012, 20/11/2012.
Погашение Займа и процентов, начисленных за пользование займом за период с 21/11/2012 по 20/12/2012, производится Заемщиком одновременно 20/12/2012.

4) Остальные условия (пункты) Договора займа остаются без изменений.
5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008.
6) В случае разногласий, приоритет имеет текст на русском языке.
7) Данное соглашение составлено в двух экземплярах

**English column:**

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and

AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 20/12/2012 by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 20/12/2012 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №2 dated 19/12/2009 and Additional agreement № 3 dated 20/12/2010 as follows:
« 2.2. The loan interest rate shall be 11 (Eleven) % p.a. for the period from 21/12/2011 till 20/12/2012».

3) Parties agree that repayment of interest, added for using by the loan for the period from 21/12/2011 till 20/12/2012 is made by Borrower on monthly basis within the following dates: 20/01/2012, 20/02/2012, 20/03/2012, 20/04/2012, 21/05/2012, 20/06/2012, 20/07/2012, 20/08/2012, 20/09/2012, 22/10/2012, 20/11/2012.

Repayment of the loan and interest, added for using by the loan for the period from 21/11/2012 till 20/12/2012 is made by Borrower at the same time within the 20/12/2012 banking day.

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008.
6) For the avoidance of doubt, the text in the Russian language shall prevail.
7) This agreement is made in two copies (one for each

| | |
|---|---|
| (по одному – каждой из сторон), одинаковой юридической силы. | party) of equal legal effect. |

**8) ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"

/Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

**8) SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

КАЗАНСКАЯ В.А.

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** <br> г. Москва                    05/11/2014 г. | **ADDITIONAL AGREEMENT # 5 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** <br> **Moscow**                    **05/11/2014** |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Заимодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и

AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до **05/11/2015 включительно**, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до **05.11.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».
2) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: **05.02.2015, 05.05.2015, 05.08.2015**».
3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с **06.08.2015 по 05.11.2015**, производится Заемщиком одновременно **05.11.2015**».
4) Остальные условия (пункты) Договора займа остаются без изменений.
5) Данное соглашение вступает в силу 05.11.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.
6) В случае разногласий, приоритет имеет текст на русском языке.
7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

**8) ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"



/Ирина Монахова/

---

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and

AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till **05/11/2015 inclusively**, by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates: **05.02.2015, 05.05.2015, 05.08.2015**".

3) Amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from **06.08.2015 till 05.11.2015** is made by Borrower at the same time within the **05.11.2015** banking day".
4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
5) The present Agreement shall come into on 05.11.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.
6) For the avoidance of doubt, the text in the Russian language shall prevail.
7) This agreement is made in two copies (one for each party) of equal legal effect.

**8) SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"



/Irina Monakhova/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008** | **ADDITIONAL AGREEMENT #6 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008** |
| г. Москва                          20/12/2013 г. | **Moscow**                          20/12/2013 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до **22.12.2014**, изложив п. 1.1 в следующей редакции: | 1) To extend the validity period of the Loan Agreement № 1812/08 dd. 18/12/2008 till **22/12/2014** by revising p.1.1. as follows: |
| «1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора на срок до **22.12.2014 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | «1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 22/12/2014 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Стороны договорились, что выплата процентов, начисленных за пользование Займом **в период с 21/12/2013 по 22/12/2014** производится Заемщиком на ежемесячной основе в следующие даты: 21/01/2014, 20/02/2014, 20/03/2014, 21/04/2014, 20/05/2014, 20/06/2014, 21/07/2014, 20/08/2014, 22/09/2014, 20/10/2014, 20/11/2014. | 2) Parties agree that repayment of interest, added for using by the loan **for the period from 21/12/2013 till 22/12/2014** is made by Borrower on monthly basis within the following dates: 21/01/2014, 20/02/2014, 20/03/2014, 21/04/2014, 20/05/2014, 20/06/2014, 21/07/2014, 20/08/2014, 22/09/2014, 20/10/2014, 20/11/2014. |
| Погашение Займа и процентов, начисленных за пользование займом за период с 21/11/2014 по 22/12/2014, производится Заемщиком одновременно 22/12/2014. | Repayment of the loan and interest, added for using by the loan for the period from 21/11/2014 till 22/12/2014 is made by Borrower at the same time within the 22/12/2014 banking day. |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008. | 4) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008. |
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| **7) ПОДПИСИ СТОРОН**<br>**ЗАИМОДАВЕЦ:**<br>ЗАО " Авилон АГ" | **7) SIGNATURES OF THE PARTIES**<br>**THE LENDER:**<br>JSC "Avilon AG" |
| /Ирина Монахова/ | /Irina Monakhova/ |

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 7 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008** | **ADDITIONAL AGREEMENT #7 TO LOAN AGREEMENT # 1812/08 dated 18/12/2008** |
| **г. Москва**                    09/12/2014 г. | Moscow                    09/12/2014 |
| **Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | **JSC "Avilon AG"** (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| **AMBIKA INVESTMENTS LIMITED** (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | **AMBIKA INVESTMENTS LIMITED** (reg. Number НЕ 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 21.11.2014 по 09.12.2014 по **Договору займа № 1812/08 от 18/12/2008** из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом: | 1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 under **Loan agreement # 1812/08 dated December 18, 2008** from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows: |
| • Сумма основного долга по состоянию на 09.12.2014 составляет 19 900 000,00 долларов США, что составляет с учетом проведенной конверсии 16 214 454.49 евро;<br>• Сумма начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 составляет 124 306,85 долларов США, что с учетом проведенной конверсии составляет 101 284,81 евро. | • Principal loan amount as of 09.12.2014 is USD 19,900,000.00, which upon agreed conversion will be equal to EUR 16,214,454.49;<br>• Sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 is USD 124,306.85, which upon agreed conversion will be equal to EUR 101,284.81. |
| 2) Изменить срок действия Договора займа № **1812/08 от 18/12/2008** до 09/12/2014 включительно. | 2) To amend the validity period of the Loan Agreement **# 812/08 dated December 18, 2008** till 09/12/2014 inclusively. |
| 3) Изменить пункт 3.1. Договора займа № 1812/08 от 18/12/ 2008: | 3) To amend paragraph 3.1. of the Loan Agreement # 1812/08 dated December 18, 2008: |
| «3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца». | "3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/ 2008. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement # 1812/08 dated December 18, 2008. |

| | |
|---|---|
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| **8) ПОДПИСИ СТОРОН**<br>**ЗАИМОДАВЕЦ:**<br>ЗАО " Авилон АГ"<br><br>/Ирина Монахова/ | **8) SIGNATURES OF THE PARTIES**<br>**THE LENDER:**<br>JSC "Avilon AG"<br><br>/Irina Monakhova/ |
| **ЗАЕМЩИК:**<br>AMBIKA INVESTMENTS LIMITED<br><br>/Петрос Ливаниос/ | **THE BORROWER:**<br>AMBIKA INVESTMENTS LIMITED<br><br>/Petros Livanios/ |

ДОГОВОР ЗАЙМА № SR-09/11

| | |
|---|---|
| г. Москва | 01 сентября 2011 г. |
| Moscow | September 01, 2011 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), компания зарегистрированная по законодательству Республики Кипр, именуемая в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:

Closed JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), Company duly registered under the law of the Republic of Cyprus, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США (далее по тексту «Займ») в течение 3 дней с момента подписания договора на срок до 03.09.2012г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объёме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).
1.2. Заем предоставляется Заемщику на пополнение оборотных средств. Заемщик в течении трех банковских дней с момента соответствующего запроса Заимодавца, обязан предоставить, документы подтверждающие целевое использование Займа.

## 1. SUBJECT OF THE AGREEMENT

1.1 Under this Agreement, the Lender shall disburse a loan on condition of repayment with interest for USD 6,625,000.00 (six million six hundred twenty five thousand 00/100) (hereinafter referred to as the "Loan") within 3 days after the date of the Loan Agreement for the period up to 03.09.2012, inclusive, and the Borrower shall duly fulfill his obligations, i.e. repay the Loan ("Loan") with interest ("Interest") hereunder.
1.2. The Loan shall be advanced to the Borrower for the replenishment of the working capital. The Borrower must provide the Lender with supporting documents in three days from the request.

## 2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА

2.1. Заем предоставляется путем перечисления денежных средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата поступления денежных средств на указанный счет Заемщика. Заемщик на следующий день с даты получения денежных средств предоставляет Заимодавцу выписку по банковскому счету, содержащую информацию о поступлении денежных средств.
2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых.
2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов.
Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по

## 2. TERMS AND CONDITIONS OF THE LOAN

2.1. The Loan shall be advanced by the Lender to the Borrower's account № 40807840400000030269 with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement. On the next day after the Borrower receives the funds, the Borrower shall provide the Lender with the bank account statement, containing the confirmation of credit.
2.2. The loan interest rate shall be 11 (Eleven) % p.a.

2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual.
The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive.

1

дату погашения суммы займа и процентов включительно.

## 3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ

3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца.

3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Займодавца.

3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 01/12/2011, 01/03/2012, 01/06/2012.

3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/06/2012 по 03/09/2012, производится Заемщиком одновременно 03/09/2012.

3.5. Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа.

## 4. ОТВЕТСТВЕННОСТЬ СТОРОН

4.1. Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором.

4.2. В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1., 3.3 срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Заимодавцу.

4.3. В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки.

4.4. Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора.

## 5. РАЗРЕШЕНИЕ СПОРОВ

5.1. Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров.

5.2. При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством.

5.3. Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством.

## 3. LOAN PRINCIPAL AND INTEREST REPAYMENT

3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account.

3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's account to the Lender's account.

3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates - 01/12/2011, 01/03/2012, 01/06/2012.

3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/06/2012 till 03/09/2012 is made by Borrower at the same time within the 03/09/2012 banking day.

3.5. The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment.

## 4. RESPONSIBILITIES OF THE PARTIES

4.1. The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement.

4.2. In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full.

4.3. In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party.

4.4. In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement.

## 5. SETTLEMENT OF DISPUTES

5.1. All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations.

5.2. In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation.

5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law.



2

| | |
|---|---|
| **6. ПРЕКРАЩЕНИЕ ДОГОВОРА** | **6. TERMINATION OF THE AGREEMENT** |

6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору.

6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору.

**7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ**

7.1. Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными представителями сторон.

7.2. Все уведомления и сообщения должны направляться в письменной форме.

7.3. Настоящий договор составлен в двух экземплярах, на русском и английском языках, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон. В случае разногласий в тексте русского и английского языка, преимущество имеет русский язык.

**8. АДРЕСА И РЕКВИЗИТЫ СТОРОН**

**ЗАИМОДАВЕЦ:**
**ЗАО «Авилон АГ»**

ИНН 7705133757
КПП  774901001
Адрес: г. Москва, Волгоградский проспект, д. 43/3
Счет:    40702840600000011141    в    ОАО    АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

_____/ Монахова Ирина Николаевна /

**ЗАЕМЩИК:**

**AMBIKA INVESTMENTS LIMITED**

Адрес: 115 Griva Digeni Ave, P.C.  3101, Limassol, Cyprus
Банковские реквизиты:
AMBIKA INVESTMENTS LIMITED
Счет:    40807840400000030269    в    ОАО    АКБ "Пробизнесбанк", Москва, Россия
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

_____/ Петрос Ливаниос/

---

6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder.

6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder.

**7. CLOSING PROVISIONS**

7.1. Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties.

7.2. All notices and messages shall be provided in writing.

7.3. This Agreement shall be executed  in English and Russian in two copies of equal legal effect, one for each party. In case of any discrepancies in the Russian and English version, the Russian version will prevail.

**8. PARTIES**

**THE LENDER:**
**Closed JSC " Avilon AG"**

INN (Taxpayer Identification Number) 7705133757
KPP (Taxpayer Record Validity Code) 774901001
Address: 43/3, Volgogradsky prospect, Moscow
USD:    Acc.    #    40702840600000011141    with Probusinessbank    Moscow,    Russia,    SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33,  CHIPS  ABA:  0256,  FED  ABA: 026002561

_____/ Monakhova Irina Nikolaevna /

**THE BORROWER:**

**AMBIKA INVESTMENTS LIMITED**

Address: 115 Griva Digeni Ave, P.C.  3101, Limassol, Cyprus
Banking details:
AMBIKA INVESTMENTS LIMITED
Account:    40807840400000030269    with Probusinessbank, Moscow, Russia
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

_____/ Petros Livanios /

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 1 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** | **ADDITIONAL AGREEMENT #1 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** |

| | | | |
|---|---|---|---|
| г. Москва | 02/03/2012 г. | Moscow | 02/03/2012 |

**Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и

**JSC "Avilon AG"** (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and

**AMBIKA INVESTMENTS LIMITED** (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

**AMBIKA INVESTMENTS LIMITED** (reg. Number НЕ 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) Изменить пункт 3.3. Договора займа № **0109/11 от 01/09/2011**, изложив его в следующей редакции:

1) To Amend paragraph 3.3. of Loan Agreement № **0109/11 dated 01/09/2011** as follows:

«3.3. Выплата процентов, начисленных за пользование Займом в период с 02/03/2012 по 03/09/2012 производится Заемщиком на ежемесячной основе в следующие даты:

"3.3. Repayment of interest, added for using by the loan for the period from 02/03/2012 till 03/09/2012 is made by Borrower on monthly basis within the following dates:

- 02/04/2012 за период с 02/03/2012 по 01/04/2012 включительно;
- 02/05/2012 за период с 02/04/2012 по 01/05/2012 включительно;
- 01/06/2012 за период с 02/05/2012 по 01/06/2012 включительно;
- 02/07/2012 за период с 02/06/2012 по 01/07/2012 включительно;
- 01/08/2012 за период с 02/07/2012 по 01/08/2012 включительно;
- 03/09/2012 за период с 02/08/2012 по 01/09/2012 включительно».

- 02/04/2012 for the period from 02/03/2012 till 01/04/2012 inclusive;
- 02/05/2012 for the period from 02/04/2012 till 01/05/2012 inclusive;
- 01/06/2012 for the period from 02/05/2012 till 01/06/2012 inclusive;
- 02/07/2012 for the period from 02/06/2012 till 01/07/2012 inclusive;
- 01/08/2012 for the period from 02/07/2012 till 01/08/2012 inclusive;
- 03/09/2012 for the period from 02/08/2012 till 01/09/2012 inclusive".

2) Изменить пункт 3.4. Договора займа № **0109/11 от 01/09/2011**, изложив его в следующей редакции:

2) To Amend paragraph 3.4. of Loan Agreement № **0109/11 dated 01/09/2011** as follows:

«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/08/2012 по 03/09/2012, производится Заемщиком одновременно 03/09/2012».

"3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/08/2012 till 03/09/2012 is made by Borrower at the same time on 03/09/2012".

3) Остальные условия (пункты) Договора займа остаются без изменений.

3) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

4) Данное соглашение вступает в силу 02/03/2012 и является неотъемлемой составной частью Договора займа № **0109/11 от 01/09/2011**.

4) The present Agreement shall come into force 02/03/2012 and form an integral part of the Loan Agreement № **0109/11 dated 01/09/2011**.

5) В случае разногласий, приоритет имеет текст на русском языке.

6)  Данное  соглашение  составлено  в  двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

**7) ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"

_____ /Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

_____ /Петрос Ливаниос/

5) For the avoidance of doubt, the text in the Russian language shall prevail.

6) This agreement is made in two copies (one for each party) of equal legal effect.

**7) SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №2 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** | **ADDITIONAL AGREEMENT #2 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** |
| г. Москва            03/09/2012 г. | Moscow                       03/09/2012 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 79/2012 от 05.07.2012, с одной стороны, и

AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до 03/09/2013, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 6625000 (Шесть миллионов шестьсот двадцать пять тысяч) долларов США в течение 3 дней с момента подписания договора на срок до **03.09.2013 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых за период с 04/09/2012 по 03/09/2013».

3) Изменить пункт 3.3. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных на пользование займом за период с 04/09/2012 по 01/10/2012 включительно, подлежат уплате Заемщиком в следующем порядке:
- **01.10.2012** - в сумме 55 751,37 доллар США
- **03.09.2013** - в сумме 5 068,31 долларов США».

4) Изменить пункт 3.4. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/10/2012 по 03/09/2013, производится Заемщиком одновременно 03/09/2013».

5) Остальные условия (пункты) Договора займа остаются без изменений.

6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/ 2011.

---

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 79/2012 dated 05.07.2012, on the one hand, and

AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till 03/09/2013 by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 6625000 (Six million six hundred twenty five thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 03/09/2013 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 2.2. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
« 2.2. The loan interest rate shall be 12 (Twelve) % p.a. for the period from 04/09/2012 till 03/09/2013».

3) Amend paragraph 3.3. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan for the period from 04/09/2012 till 01/10/2012 inclusively is to be made by Borrower in the following order:
- **01.10.2012** - in amount of USD 55 751,37
- **03.09.2013** - in amount of USD 5 068,31».

4) Amend paragraph 3.4. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/10/2012 till 03/09/2013 is made by Borrower at the same time within the 03/09/2013 banking day".

5) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

7) В случае разногласий, приоритет имеет текст на русском языке.

7) For the avoidance of doubt, the text in the Russian language shall prevail.

8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

8) This agreement is made in two copies (one for each party) of equal legal effect.

9) ПОДПИСИ СТОРОН:
ЗАИМОДАВЕЦ:
ЗАО " Авилон АГ"

9) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Ирина Монахова/

/Irina Monakhova/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №3 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** г. Москва                                         03/09/2013 г. | **ADDITIONAL AGREEMENT #3 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** Moscow                                          03/09/2013 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до 05/11/2014 и добавить сумму начисленных процентов в размере 738 540,46 (Семьсот тридцать восемь тысяч пятьсот сорок 46/100) долларов США к сумме основного долга, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7363540,46 (Семь миллионов триста шестьдесят три тысячи пятьсот сорок 46/100) долларов США в течение 3 дней с момента подписания договора на срок до **05.11.2014 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее -Проценты)».

2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых за период с 04/09/2013 по 05/11/2014».

3) Изменить пункт 3.3. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных на пользование займом за период с 04/09/2013 по 05/11/2013 включительно, подлежат уплате Заемщиком **05.11.2013** в сумме 139 806,40 (Сто тридцать девять тысяч восемьсот шесть долларов 40/100) долларов США».

4) Изменить пункт 3.4. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 06/11/2013 по 05/11/2014, производится Заемщиком одновременно 05/11/2014».

5) Остальные условия (пункты) Договора займа остаются без изменений.

6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой

---

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till 05/11/2014 and add the amount of accrued interest in sum of USD 738 540,46 (Seven hundred thirty eight thousand five hundred forty 46/100) to amount of principal by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 7363540,46 (Seven million three hundred sixty three thousand five hundred forty 46/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2014 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 2.2. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
« 2.2. The loan interest rate shall be 11 (Eleven) % p.a. for the period from 04/09/2013 till 05/11/2014».

3) Amend paragraph 3.3. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan for the period from 04/09/2013 till 05/11/2013 inclusively is to be made by Borrower on **05.11.2013** in amount of USD 139 806,40 (One hundred thirty nine thousand eight hundred six 40/100)».

4) Amend paragraph 3.4. of Loan Agreement №0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from 06/11/2013 till 05/11/2014 is made by Borrower at the same time within the 05/11/2014 banking day".

5) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan

составной частью Договора займа №  0109/11 от 01/09/
2011.

7) В случае разногласий, приоритет имеет текст на
русском языке.

8) Данное соглашение составлено в двух экземплярах
(по одному – каждой из сторон), одинаковой
юридической силы.

9) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ:
ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
   AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

Agreement № 0109/11 dated 01/09/2011.

7) For the avoidance of doubt, the text in the Russian
language shall prevail.

8) This agreement is made in two copies (one for each
party) of equal legal effect.

9) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
   AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №4 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT #4 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва                        16/09/2013 г. | Moscow                        16/09/2013 |

<table>
<tr>
<td>

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

</td>
<td>

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

</td>
</tr>
<tr>
<td>

1) Добавить часть суммы начисленных и подлежащих выплате процентов за период с 04.09.2013 по 05.11.2013 включительно в размере 136 459,54 (Сто тридцать шесть тысяч четыреста пятьдесят девять 54/100) долларов США к сумме основного долга с 05.11.2013, изложив п. 1.1 в следующей редакции:

</td>
<td>

1) To add the part of amount of accrued and payable interest for the period from 04.09.2013 till 05.11.2013 inclusively in sum of USD 136 459,54 (One hundred thirty six thousand four hundred fifty nine 54/100) to amount of principal from 05.11.2013, by revising p.1.1. as follows:

</td>
</tr>
<tr>
<td>

«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до **05.11.2014 г.** включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

</td>
<td>

«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2014 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

</td>
</tr>
<tr>
<td>

2) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 05.02.2014, 05.05.2014, 05.08.2014».

</td>
<td>

2) Amend paragraph 3.3. of Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 05.02.2014, 05.05.2014, 05.08.2014".

</td>
</tr>
<tr>
<td>

3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 06.08.2014 по 05.11.2014, производится Заемщиком одновременно 05.11.2014».

</td>
<td>

3) Amend paragraph 3.4. of Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from 06.08.2014 till 05.11.2014 is made by Borrower at the same time within the 05.11.2014 banking day".

</td>
</tr>
<tr>
<td>

4) Остальные условия (пункты) Договора займа остаются без изменений.

</td>
<td>

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

</td>
</tr>
<tr>
<td>

5) Данное соглашение вступает в силу 05.11.2013 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.

</td>
<td>

5) The present Agreement shall come into on 05.11.2013 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

</td>
</tr>
<tr>
<td>

6) В случае разногласий, приоритет имеет текст на русском языке.

</td>
<td>

6) For the avoidance of doubt, the text in the Russian language shall prevail.

</td>
</tr>
</table>

7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

**8) ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"

/Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

7) This agreement is made in two copies (one for each party) of equal legal effect.

**8) SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** | **ADDITIONAL AGREEMENT # 5 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** |
| г. Москва                05/11/2014 г. | Moscow                           05/11/2014 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Займодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до **05/11/2015 включительно**, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания настоящего на срок до **05.11.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».
2) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: **05.02.2015, 05.05.2015, 05.08.2015**».
3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с **06.08.2015 по 05.11.2015**, производится Заемщиком одновременно **05.11.2015**».
4) Остальные условия (пункты) Договора займа остаются без изменений.
5) Данное соглашение вступает в силу 05.11.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.
6) В случае разногласий, приоритет имеет текст на русском языке.
7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

8) **ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:**
ЗАО " Авилон АГ"



/Ирина Монахова/

---

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number НЕ 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till **05/11/2015 inclusively**, by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates: **05.02.2015, 05.05.2015, 05.08.2015**".

3) Amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from **06.08.2015 till 05.11.2015 is** made by Borrower at the same time within the **05.11.2015** banking day".
4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
5) The present Agreement shall come into on 05.11.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.
6) For the avoidance of doubt, the text in the Russian language shall prevail.
7) This agreement is made in two copies (one for each party) of equal legal effect.

8) **SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"



/Irina Monakhova/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011**<br>г. Москва                  09/12/2014 г. | **ADDITIONAL AGREEMENT # 6 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011**<br>Moscow                  09/12/2014 |

**Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Заимодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и

**AMBIKA INVESTMENTS LIMITED** (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 06.11.2014 по 09.12.2014 по **Договору займа № 0109/11 от 01/09/2011** из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:

- Сумма основного долга по состоянию на 09.12.2014 составляет 7 500 000,00 долларов США, что составляет с учетом проведенной конверсии 6 110 975,31 евро;
- Сумма начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 составляет 76 849,32 долларов США, что с учетом проведенной конверсии составляет 62 616,57 евро.

2) Увеличить сумму Займа по **Договору займа № 0109/11 от 01/09/2011** на сумму:

- начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 в размере 62 616,57 (Шестьдесят две тысячи шестьсот шестнадцать 57/100) евро;
- 16 315 739,30 (Шестнадцать миллионов триста пятнадцать тысяч семьсот тридцать девять 30/100) евро (сумма займа и процентов по Договору займа № 1812/08 от 18/12/2008),

с 09.12.2014 и продлить срок действия Договора займа № 0109/11 от 01/09/2011 до 09.12.2015, изложив п. 1.1 в следующей редакции:

«1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **22 489 331,18 (Двадцать два миллиона четыреста восемьдесят девять тысяч триста тридцать один 18/100) евро** в течение 3-х дней с момента подписания договора на срок до **09.12.2015 г.** включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

**JSC "Avilon AG"** (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and

**AMBIKA INVESTMENTS LIMITED** (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 under **Loan agreement # 0109/11 dated 01/09/2011** from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:

- Principal loan amount as of 09.12.2014 is USD 7,500,000.00, which upon agreed conversion will be equal to EUR 6,110,975.31;
- Sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 is USD 76,849.32. which upon agreed conversion will be equal to EUR 62,616.57.

2) To increase the amount of a Loan under **Loan agreement # 0109/11 dated 01/09/2011** by the sum of:

- accrued and payable interest for the period from 06.11.2014 till 09.12.2014 in amount of EUR 62,616.57 (Sixty two thousand six hundred sixteen 57/100);
- EUR 16,315,739.30 (sixteen million three hundred fifteen thousand seven hundred thirty nine 30/100) (principal loan and sum of interest under Loan agreement # 1812/08 dd. 18/12/2008),

from **09.12.2014** and to extend the validity period of the Loan Agreement № **0109/11 dated 01/09/2011** till **09.12.2015**, by revising p.1.1. as follows:

"1.1. Under this Agreement the Lender shall disburse a **EUR 22,489,331.18 (Twenty two million four hundred eighty nine thousand three hundred thirty one 18/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 09/12/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof".



2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых».

3) Изменить пункт 3.1. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца».

4) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком 09.12.2015».

5) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с **10/12/2014 по 09/12/2015**, производится Заемщиком одновременно **09/12/2015**».

6) Остальные условия (пункты) Договора займа остаются без изменений.
7) Данное соглашение вступает в силу 09.12.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.
8) В случае разногласий, приоритет имеет текст на русском языке.
9) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

**10) ПОДПИСИ СТОРОН:**
**ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"**

/Ирина Монахова/

**ЗАЕМЩИК:**
  AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

2) Amend paragraph 2.2. of the **Loan Agreement №0109/11 dated 01/09/2011** as follows:
« 2.2. The loan interest rate shall be 12 (Twelve) % p.a.».

3) Amend paragraph 3.1. of the **Loan Agreement № 0109/11 dated 01/09/2011** as follows:
"3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account".

4) To amend paragraph 3.3. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:

"3.3. Repayment of interest, added for using by the loan is made by Borrower on 09.12.2015".

5) To amend paragraph 3.4. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:

"3.4. Repayment of the loan and interest, added for using by the loan for the period from **10/12/2014 till 09/12/2015** is made by Borrower at the same time on **09/12/2015".**

6) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
7) The present Agreement shall come into on 09.12.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.
8) For the avoidance of doubt, the text in the Russian language shall prevail.
9) This agreement is made in two copies (one for each party) of equal legal effect.

**10) SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
  AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 7 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011**<br>г. Москва                              19/01/2015 г. | **ADDITIONAL AGREEMENT # 7 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011**<br>Moscow                              19/01/2015 |

**Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Займодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
**AMBIKA INVESTMENTS LIMITED** (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

**JSC "Avilon AG"** (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and
**AMBIKA INVESTMENTS LIMITED** (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

1) To amend paragraph 3.3. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:

«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком следующим образом:

"3.3. Repayment of interest, added for using by the loan is made by Borrower as follows:

1) Сумма займа в части 6 173 591,88 (шесть миллионов сто семьдесят три тысячи пятьсот девяносто один 88/100) евро:
   Порядок выплаты процентов:
   Выплата процентов за период с 10/12/2014 по 09/12/2015 включительно производится Заемщиком одновременно с возвратом Займа 09/12/2015.

1) Loan amount is EUR 6 173 591.88 (six million one hundred seventy three thousand five hundred ninety one 88/100):
   Interest payment order:
   Payment of the interest, added for using by the Loan for the period from 10/12/2014 till 09/12/2015 is made by Borrower at the same time on 09/12/2015"

2) Сумма займа в части 16 315 739,30 (шестнадцать миллионов триста тринадцать тысяч семьсот тридцать девять 30/100) евро:
   Порядок выплаты процентов:
   - 26.01.2015 – в сумме 166 286,44 евро
   - 25.02.2015 – в сумме 166 286,44 евро
   - 25.03.2015 – в сумме 150 194,20 евро
   - 24.04.2015 – в сумме 166 286,44 евро
   - 25.05.2015 – в сумме 160 922,36 евро
   - 25.06.2015 – в сумме 166 286,44 евро
   - 24.07.2015 – в сумме 160 922,36 евро
   - 25.08.2015 – в сумме 166 286,44 евро
   - 25.09.2015 – в сумме 166 286,44 евро
   - 26.10.2015 – в сумме 160 922,36 евро
   - 25.11.2015 – в сумме 166 286,44 евро
   - 09.12.2015 – в сумме 160 922,36 евро».

2) Loan amount is EUR 16 315 739,30 (sixteen million three hundred fifteen thousand seven hundred thirty nine 30/100):
   Interest payment order:
   - 26.01.2015 – in amount of EUR 166 286,44
   - 25.02.2015 – in amount of EUR 166 286,44
   - 25.03.2015 – in amount of EUR 150 194,20
   - 24.04.2015 – in amount of EUR 166 286,44
   - 25.05.2015 – in amount of EUR 160 922,36
   - 25.06.2015 – in amount of EUR 166 286,44
   - 24.07.2015 – in amount of EUR 160 922,36
   - 25.08.2015 – in amount of EUR 166 286,44
   - 25.09.2015 – in amount of EUR 166 286,44
   - 26.10.2015 – in amount of EUR 160 922,36
   - 25.11.2015 – in amount of EUR 166 286,44
   - 09.12.2015 – in amount of EUR 160 922,36".

2) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:
«3.4. Погашение Займа производится Заемщиком 09/12/2015».
3) Остальные условия (пункты) Договора займа остаются без изменений.

2) To amend paragraph 3.4. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:
"3.4. Repayment of the loan is made by Borrower on **09/12/2015**".
3) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

4) Данное соглашение вступает в силу 19.01.2015 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.

4) The present Agreement shall come into on 19.01.2015 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

5) В случае разногласий, приоритет имеет текст на русском языке.

6) Данное соглашение составлено в двух экземплярах (по одному -- каждой из сторон), одинаковой юридической силы.

**7) ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:** ЗАО " Авилон АГ"

/Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

5) For the avoidance of doubt, the text in the Russian language shall prevail.

6) This agreement is made in two copies (one for each party) of equal legal effect.

**7) SIGNATURES OF THE PARTIES:**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| | |
|---|---|
| **ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 8 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011** | **ADDITIONAL AGREEMENT # 8 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011** |
| г. Москва                              26/01/2015 г. | Moscow                              26/01/2015 |

**Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и

**AMBIKA INVESTMENTS LIMITED** (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Сконвертировать основную сумму займа по Договору займа № 0109/11 от 01/09/2011 из евро в доллары США по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:

- Сумма основного долга по состоянию на 09.12.2014 составляет 22 489 331,18 евро, что с учетом проведенной конверсии составляет 27 601 156,17 долларов США;

2) Изменить пункт 1.1. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **27 601 156,17 (Двадцать семь миллионов шестьсот одна тысяча сто пятьдесят шесть 17/100) долларов США** в течение 3-х дней с момента подписания договора на срок до **09.12.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

3) Изменить пункт 3.1. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца».

4) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком следующим образом:

1) Сумма займа в части 7 576 849,32 (семь миллионов пятьсот семьдесят шесть тысяч восемьсот сорок девять 32/100) долларов США:
Порядок выплаты процентов:
Выплата процентов за период с 10/12/2014 по 09/12/2015 включительно производится

**JSC "Avilon AG"** (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and

**AMBIKA INVESTMENTS LIMITED** (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

2) To convert the Principal Loan amount under **Loan agreement # 0109/11 dated 01/09/2011** from EUR to USD by agreed cross rate equal to 1 EUR=1.2273USD **starting from 09.12.2014**, as follows:

- Principal loan amount **as of 09.12.2014** is EUR 22,489,331.18, which upon agreed conversion will be equal to USD 27,601,156.17;

2) To amend paragraph 1.1. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:

"1.1. Under this Agreement the Lender shall disburse a **USD 27,601,156.17 (Twenty seven million six hundred one thousand one hundred fifty six one 17/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till **09/12/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof".

3) Amend paragraph 3.1. of the **Loan Agreement № 0109/11 dated 01/09/2011** as follows:
"3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account".

4) To amend paragraph 3.3. of the **Loan Agreement № 0109/11 dated 01/09/2011**, by revising as follows:

"3.3. Repayment of interest, added for using by the loan is made by Borrower as follows:

1) Loan amount is USD 7,576,849.32 (seven million five hundred seventy six thousand eight hundred forty nine 32/100):
Interest payment order:
Payment of the interest, added for using by the Loan for the period from 10/12/2014 till

Заемщиком одновременно с возвратом Займа 09/12/2015.

2) Сумма займа в части 20 024 306,85 (двадцать миллионов двадцать четыре тысячи триста шесть 85/100) долларов США.

Порядок выплаты процентов:
- 29.01.2015 – в сумме 204 083,35 долларов США
- 25.02.2015 – в сумме 204 083,35 долларов США
- 25.03.2015 – в сумме 184 333,33 долларов США
- 24.04.2015 – в сумме 204 083,35 долларов США
- 25.05.2015 – в сумме 197 500,01 долларов США
- 25.06.2015 – в сумме 204 083,35 долларов США
- 24.07.2015 – в сумме 197 500,01 долларов США
- 25.08.2015 – в сумме 204 083,35 долларов США
- 25.09.2015 – в сумме 204 083,35 долларов США
- 26.10.2015 – в сумме 197 500,01 долларов США
- 25.11.2015 – в сумме 204 083,35 долларов США
- 09.12.2015 - в сумме 197 500,01 долларов США».

5) Остальные условия (пункты) Договора займа остаются без изменений.

6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.

7) В случае разногласий, приоритет имеет текст на русском языке.
8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

9) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

09/12/2015 is made by Borrower at the same time on 09/12/2015"

2) Loan amount is USD 20,024,306.85 (twenty million twenty four thousand three hundred six 85/100):

Interest payment order:
- 29.01.2015 – in amount of USD 204 083,35
- 25.02.2015 – in amount of USD 204 083,35
- 25.03.2015 – in amount of USD 184 333,33
- 24.04.2015 – in amount of USD 204 083,35
- 25.05.2015 – in amount of USD 197 500,01
- 25.06.2015 – in amount of USD 204 083,35
- 24.07.2015 – in amount of USD 197 500,01
- 25.08.2015 – in amount of USD 204 083,35
- 25.09.2015 – in amount of USD 204 083,35
- 26.10.2015 – in amount of USD 197 500,01
- 25.11.2015 – in amount of USD 204 083,35
- 09.12.2015 – in amount of USD 197 500,01».

5) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

7) For the avoidance of doubt, the text in the Russian language shall prevail.
8) This agreement is made in two copies (one for each party) of equal legal effect.

9) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| СОГЛАШЕНИЕ | AGREEMENT |
|---|---|
| г. Москва          09/12/2014 г. | Moscow          09/12/2014 |

**Закрытое акционерное общество "Авилон Автомобильная Группа"** (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и

**AMBIKA INVESTMENTS LIMITED** (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Соглашение о нижеследующем:

1) В связи с увеличением суммы займа по **Договору займа № 0109/11 от 01.09.2011 года** (дополнительное соглашение № 6 от 09.12.2014) обязательства Заемщика по возврату основной суммы займа по **Договору займа № 1812/08 от 18.12.2008 года** в размере EUR 16 214 454,49 (Шестнадцать миллионов двести четырнадцать тысяч четыреста пятьдесят четыре 49/100) евро и начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 в размере 101 284,81 (Сто одна тысяча двести восемьдесят четыре 81/100) евро считать исполненными 09.12.2014 в полном объеме.

2) Данное соглашение вступает в силу с момента его подписания Сторонами.

3) В случае разногласий, приоритет имеет текст на русском языке.

4) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.

5) **ПОДПИСИ СТОРОН**
**ЗАИМОДАВЕЦ:** ЗАО " Авилон АГ"

/Ирина Монахова/

**ЗАЕМЩИК:**
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

**JSC "Avilon AG"** (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and

**AMBIKA INVESTMENTS LIMITED** (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Agreement on the following:

1) Owing to the increase of the Loan amount under the **Loan Agreement № 0109/11 dated 01/09/2011** (additional agreement № 6 dated 09.12.2014), consider the Borrower's obligation to repay the principal loan sum under **Loan agreement № 1812/08 dated 18/12/2008** in amount of EUR 16,214, 454.49 (Sixteen million two hundred fourteen thousand four hundred fifty four  49/100) and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 in amount of EUR 101,284.81 (One hundred one thousand two hundred eighty four 81/100) fully discharged on 09.12.2014 in full.

2) The present Agreement shall come into force after it is signed by the Parties.

3) For the avoidance of doubt, the text in the Russian language shall prevail.

4) This agreement is made in two copies (one for each party) of equal legal effect.

5) **SIGNATURES OF THE PARTIES**
**THE LENDER:**
JSC "Avilon AG"

/Irina Monakhova/

**THE BORROWER:**
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/