# Exhibit C

# Life Financial Group

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

**New York Motors – Moscow CJSC**
43/1 Volgogradsky Prospekt, Moscow 109316

**No.** *127-188*
*December 18,* **20***08*
**Moscow**
**In response to Ref. No.** _____

**BANK GUARANTEE**

DECEMBER 18, 2008                                                                                                    Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), Taxpayer ID Number 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Agreement No. 1812/08 of December 18, 2008 (hereinafter, "Agreement"), the company New York Motors – Moscow CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/1 Volgogradsky Prospekt, Moscow 109316, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at Cassandra CentreCentre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus), have agreed on the granting of a loan as follows:

- loan amount: 19,900,000.00 (nineteen million nine-hundred thousand and 00/100) US dollars
- loan interest rate: 14.0 (fourteen) percent per annum;
- maturity date: December 19, 2009
- payment of interest for the use of the loan: quarterly

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 22,685,749.74 (Twenty-two million six-hundred eighty-five thousand seven hundred forty-nine and 74/100) US dollars within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on December 19, 2008. The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- March 23, 2009 – for an amount not exceeding 686,708.65 (six-hundred eighty-six thousand seven hundred eight and 65/100) US dollars.
- June 23, 2009 – for an amount not exceeding 702,224.66 (seven-hundred two thousand two hundred twenty-four and 66/100) US dollars.
- September 24, 2009 – for an amount not exceeding 694,591.78 (six-hundred ninety-four thousand five hundred ninety-one and 78/100) US dollars.
- December 23, 2009 – for an amount not exceeding 20,602,224.66 (twenty million six-hundred two thousand two hundred twenty-four and 66/100) US dollars.

This guarantee shall expire on January 18, 2010. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board

                                                                                        A.D. Zheleznyak          *Original received 6.29.09*
                                                                                                                           *Ye.V. Makovsky*
Chief Accountant                                                                  L.E. Alkhovaya          [signature]

[seal:] Probusinessbank
Joint-Stock Commercial Bank, Moscow

# Life Financial Group

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. *127-622*                                    **Avilon Automobile Group CJSC**
*September 22,* **20**09                           43/1 Volgogradsky Prospekt, Moscow
**Moscow**
**In response to Ref. No.** _____

**BANK GUARANTEE**

DECEMBER 22, 2009                                                                    Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), Taxpayer ID Number 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285, mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Agreement No. 1809/09 of September 18, 2009 (hereinafter, "Agreement"), the company Avilon Automobile Group CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/1 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus), have agreed on the granting of a loan as follows:

- loan amount: 2,100,000.00 (two million one-hundred thousand and 00/100) US dollars;
- loan interest rate: 12.0 (twelve) percent per annum;
- maturity date: February 1, 2010;
- payment of interest for the use of the loan: upon maturity.

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 2,191,134.25 (two million one-hundred ninety-one thousand one hundred thirty-four and 25/100) US dollars within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on September 22, 2009. The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than February 4, 2010

This guarantee shall expire on February 18, 2010. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board

                                                                    A.D. Zheleznyak

Chief Accountant

                                                                    L.E. Alkhovaya

[illegible seal]

## Life Financial Group

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

| | |
|---|---|
| No. _____ | **Avilon Automobile Group CJSC** |
| _____, 20__ | Bldg 3, 43 Volgogradsky Prospekt, Moscow |
| **Moscow** | |
| In response to Ref. No. _____ | |

### BANK GUARANTEE

DECEMBER 20, 2009                                                                    Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), Taxpayer ID Number 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Supplemental Agreement No. 3 of December 20, 2010, to Agreement No. 1812/08 of December 18, 2008 (hereinafter, "Agreement"), the company Avilon Automobile Group CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at Bldg 3, 43 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have agreed to change the term of loan as follows:

- loan amount: 19,900,000.00 (nineteen million nine-hundred thousand and 00/100) US dollars;
- loan interest rate: 11.0 (eleven) percent per annum;
- maturity date: December 20, 2011;
- payment of interest for the use of the loan: quarterly.

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 22,089,000.00 (twenty-two million eighty-nine thousand and 00/100) US dollars within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on December 20, 2010. The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- March 24, 2011 – for an amount not exceeding 545,750.68 (five-hundred forty-five thousand seven hundred fifty and 68/100) US dollars;

- June 24, 2011 – for an amount not exceeding 545,750.68 (five-hundred forty-five thousand seven hundred fifty and 68/100) US dollars;

- September 24, 2011 – for an amount not exceeding 551,747.90 (five-hundred fifty-one thousand seven hundred forty-seven and 90/100) US dollars

- December 23, 2011 – for an amount not exceeding 20,445,750.68 (twenty million four-hundred forty-five thousand seven hundred fifty and 68/100) US dollars.

This guarantee shall expire on January 24, 2012. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board                              A.D. Zheleznyak
                                                                                            L.E. Alkhovaya
Chief Accountant

[seal:] Probusinessbank [illegible]

# Life Financial Group

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. _127-962_                                    **Avilon AG CJSC**
_September 3,_ 20_12_                             43/3 Volgogradsky Prospekt, Moscow
**Moscow**
**In response to Ref. No.** _____

SEPTEMBER 3, 2012

**BANK GUARANTEE**

Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), Taxpayer ID Number 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement No. 0109/11 of September 1, 2011 (as amended by Supplemental Agreement No. 1 of March 2, 2012, and Supplemental Agreement No. 2 of September 3, 2012) (hereinafter, "Agreement"), the company Avilon AG CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have agreed on the granting of a loan as follows:

- loan amount: 6,625,000.00 (six million six-hundred twenty-five thousand and 00/100) US dollars;
- loan interest rate: 11.0 (eleven) percent per annum;
- maturity date: September 3, 2013;
- payment of interest for the use of the loan: monthly.

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 7,353,100.84 (seven million three-hundred fifty-three thousand one hundred and 84/100) US dollars within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on **September 3, 2012**. The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- October 4, 2012 – for an amount not exceeding 55,751.37 (fifty-five thousand seven hundred fifty-one and 37/100) US dollars;

- November 7, 2012 – for an amount not exceeding 61,724.73 (sixty-one thousand seven hundred twenty-four and 73/100) US dollars;

- December 6, 2012 – for an amount not exceeding 59,733.61 (fifty-nine thousand seven hundred thirty-three and 61/100) US dollars;

- January 14, 2013 – for an amount not exceeding 61,730.18 (sixty-one thousand seven hundred thirty and 18/100) US dollars;

- February 6, 2013 – for an amount not exceeding 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100) US dollars;

- March 6, 2013 – for an amount not exceeding 55,904.11 (fifty-five thousand nine hundred four and 11/100) US dollars;

Page 2

- April 4, 2013 – for an amount not exceeding 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100) US dollars;

- May 13, 2013 – for an amount not exceeding 59,897.26 (fifty-nine thousand eight hundred ninety-seven and 26/100) US dollars;

- June 6, 2013 – for an amount not exceeding 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100) US dollars;

- July 4, 2013 – for an amount not exceeding 59,897.26 (fifty-nine thousand eight hundred ninety-seven and 26/100) US dollars;

- August 6, 2013 – for an amount not exceeding 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100) US dollars;

- September 5, 2013 – for an amount not exceeding 6,690,886.99 (six million six-hundred ninety thousand eight hundred eighty-six and 99/100) US dollars.

This guarantee shall expire on **October 4, 2013**. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board                                    A.D. Zheleznyak

Chief Accountant                                                              L.E. Alkhovaya

[seal:] Probusinessbank [illegible], Moscow

**Life
Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. _127-945_                          **Avilon AG CJSC**
_November 5, 2014_                     43/3 Volgogradsky Prospekt, Moscow
Moscow
In response to Ref. No. _____

NOVEMBER 5, 2014

**BANK GUARANTEE**

Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), Taxpayer ID Number 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement No. 0109/11 of September 1, 2011 (as amended by Supplemental Agreement No. 1 of March 2, 2012, Supplemental Agreement No. 2 of September 3, 2012, Supplemental Agreement No. 3 of September 3, 2013, Supplemental Agreement No. 4 of September 16, 2013, and Supplemental Agreement No. 5 of November 5, 2014) (hereinafter, "Agreement"), the company Avilon AG CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have agreed on the granting of a loan as follows:

- loan amount: 7,500,000.00 (seven million five-hundred thousand and 00/100) US dollars;
- loan interest rate: 11.0 (eleven) percent per annum;
- maturity date: November 5, 2015
- payment of interest for the use of the loan: February 5, 2015; May 5, 2015; August 5, 2015; and November 5, 2015

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 8,325,000.00 (eight million three-hundred twenty-five thousand and 00/100) US dollars within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on **November 5, 2014**. The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- February 12, 2015 – for an amount not exceeding 207,945.21 (two-hundred seven thousand nine hundred forty-five and 21/100) US dollars;

- May 13, 2015 – for an amount not exceeding 201,164.38 (two-hundred one thousand one hundred sixty-four and 38/100) US dollars;

- August 12, 2015 – for an amount not exceeding 207,945.21 (two-hundred seven thousand nine hundred forty-five and 21/100) US dollars;

- November 13, 2015 – for an amount not exceeding 7,707,945.21 (seven million seven-hundred seven thousand nine hundred forty-five and 21/100) US dollars.

This guarantee shall expire on **December 4, 2015**. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board

Chief Accountant                                                                    A.D. Zheleznyak

                                                                                              L.E. Alkhovaya

[seal]
[illegible]

# Лайф   Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2 стр. 1 , г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

ЗАО "Нью-Йорк Моторс – Москва"
109316 Москва, Волгоградский проспект д. 43/1

№ 127-188

" 18 "     декабря     2008 г.

г. Москва                                БАНКОВСКАЯ ГАРАНТИЯ

на № _____

18 ДЕКАБРЯ 2008 г.                                                        г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3,  почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с  Договором 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Нью-Йорк Моторс – Москва", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: 109316, Москва, Волгоградский проспект д. 43/1 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) . (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 14.0 (Четырнадцать) процентов годовых;
- срок пользования кредитом – до 19 декабря 2009 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22685749.74 (Двадцать два миллиона шестьсот восемьдесят пять тысяч семьсот сорок девять 74/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 19 декабря 2008 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 23 марта 2009 г. – на сумму, не превышающую 686708.65 (Шестьсот восемьдесят шесть тысяч семьсот восемь 65/100) долларов США.
- ранее чем 23 июня 2009 г. – на сумму, не превышающую 702224.66 (Семьсот две тысячи двести двадцать четыре 66/100) долларов США.
- ранее чем 24 сентября 2009 г. – на сумму, не превышающую 694591.78 (Шестьсот девяносто четыре тысячи пятьсот девяносто один 78/100) долларов США.
- ранее чем 23 декабря 2009 г. – на  сумму не превышающую 20602224.66 (Двадцать миллионов шестьсот две тысячи двести двадцать четыре 66/100)  долларов США.

Срок действия настоящей гарантии истекает 18 января 2010 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                              А.Д.Железняк

Главный бухгалтер                                        П.Э.Альховая

# Лайф  Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 127 - 622

" 22 "  сентября          20 09 г.

**г. Москва**

на № _____

**ЗАО "Авилон Автомобильная Группа"**
Москва, Волгоградский проспект д. 43/1

**БАНКОВСКАЯ ГАРАНТИЯ**

22 СЕНТЯБРЯ 2009 г.                                                                                                    г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087 БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором 1809/09 от 18 сентября 2009 (далее – «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/1 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:
- размер займа – 2100000.00 (Два миллиона сто тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 12.0 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 01 февраля 2010 г.;
- уплата процентов за пользование займом – в конце срока.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 2191134.25 (Два миллиона сто девяносто одна тысяча сто тридцать четыре 25/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 22 сентября 2009 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее 04 февраля 2010 г.

Срок действия настоящей гарантии истекает 18 февраля 2010 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                                                                     А.Д.Железняк

Главный бухгалтер                                                                              Л.Э.Альховая

# Лайф  Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru,  www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

№ _____

"___" _____ 20 ____ г.        БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

на № _____
       20 ДЕКАБРЯ 2010 г.                                                                г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с  Дополнительным соглашением №3 от 20 декабря 2010 к Договору 1812/08 от 18 декабря 2008 (далее – «Договор»)  компания ЗАО "Авилон Автомобильная Группа",  (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) , (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C.  3101, Limassol, Cyprus) договорились о изменении срока займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11.0 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 20 декабря 2011 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22089000.00 (Двадцать два миллиона восемьдесят девять тысяч 00/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 20 декабря 2010 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем  24 марта 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем  24 июня 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем  24 сентября 2011 г. – на сумму, не превышающую 551747.90 (Пятьсот пятьдесят одна тысяча семьсот сорок семь 90/100) долларов США;
- ранее чем  23 декабря 2011 г. – на сумму, не превышающую 20445750.68 (Двадцать миллионов четыреста сорок пять тысяч семьсот пятьдесят 68/100) долларов США.

Срок действия настоящей гарантии истекает 24 января 2012 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления  _____  А.Д.Железняк

Главный бухгалтер  _____  Л.Э.Льхова

# Лайф™ Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 933-3734 , bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 427-162

"03" сентября 20 12 г.

г. Москва

на № _____

ЗАО «Авилон АГ»
Москва, Волгоградский проспект д. 43/3

03 СЕНТЯБРЯ 2012 г.

### БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с  Договором займа № 0109/11 от 01 сентября 2011 (в редакции Дополнительного соглашения №1 от 02 марта 2012 и Дополнительного соглашения №2 от 03 сентября 2012) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 03 сентября 2013 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 7 353 100,84 (Семь миллионов триста пятьдесят три тысячи сто 84/100) долларов США, а также суммы начисленных штрафных санкций по Договору,  в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу **03.09.2012** г. Требование  Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем  04 октября 2012 г. – на сумму, не превышающую 55 751,37 (Пятьдесят пять тысяч семьсот пятьдесят один 37/100) доллар США;
- ранее чем  07 ноября 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем  06 декабря 2012 г. – на сумму, не превышающую 59 733,61 (Пятьдесят девять тысяч семьсот тридцать три 61/100) доллара США;
- ранее чем  14 января 2013 г. – на сумму, не превышающую 61 730,18 (Шестьдесят одна тысяча семьсот тридцать 18/100) доллара США;
- ранее чем  06 февраля 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем  06 марта 2013 г. – на сумму, не превышающую 55 904,11 (Пятьдесят пять тысяч девятьсот четыре 11/100) доллара США;

Страница 2

    - ранее чем  04 апреля 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;

    - ранее чем  13 мая 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;

    - ранее чем  06 июня 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девятьсот три 84/100) доллара США;

    - ранее чем  04 июля 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;

    - ранее чем  06 августа 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девятьсот три 84/100) доллара США;

    - ранее чем 05 сентября 2013 г. – на сумму, не превышающую 6 690 886,99 (Шесть миллионов шестьсот девяносто тысяч восемьсот восемьдесят шесть 99/100) долларов США.

Срок действия настоящей гарантии истекает **04 октября 2013 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

    Председатель Правления                      А.Д. Железняк

    Главный бухгалтер                          Л.Э. Альховая



Финансовая группа
**Лайф**

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ «ПРОБИЗНЕСБАНК»**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17634020, ОКОНХ 96120, РНКО 2412

№ _127-545_

«_05_» _11_ 20 _14_ г.

г. Москва

на № _____

                                          **ЗАО «Авилон АГ»**
                                   Москва, Волгоградский проспект д. 43/3


05 НОЯБРЯ 2014 г.

                          **БАНКОВСКАЯ ГАРАНТИЯ**

                                                              г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительное № 5 от 05 ноября 2014 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический адрес США, а также почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 7 500 000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2015г.;
- уплата процентов за пользование займом – 05 февраля 2015г., 05 мая 2015г., 05 августа 2015г. и 05 ноября 2015г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 8 325 000,00 (Восемь миллионов триста двадцать пять тысяч 00/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу **05 ноября 2014 г.** Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 12 февраля 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;
- ранее чем 13 мая 2015г. – на сумму, не превышающую 201 164,38 (Двести одна тысяча сто шестьдесят четыре 38/100) долларов США;
- ранее чем 12 августа 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;

Страница 2

 - ранее чем 13 ноября 2015 г. – на сумму, не превышающую 7 707 945,21 (Семь миллионов семьсот семь тысяч девятьсот сорок пять 21/100) долларов США.

 Срок действия настоящей гарантии истекает **04 декабря 2015 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

 Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.


Председатель Правления          А.Д. Железняк

Главный бухгалтер             Л.Э. Альховая



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                    )
                    )    ss
COUNTY OF NEW YORK )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Bank Guarantees.

Mirna Turina, Senior Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 29th day of July, 20 16.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143