# Exhibit E

"State Registration Bulletin". Part 1, No. 12(524) of 04.01.2015 / 1314
**Notice of liquidation of a legal entity**

### Moscow

LIFE FINANCIAL GROUP Closed Joint-Stock Company (Primary State Registration Number 5067746596870, Taxpayer ID Number 7743611080, Tax Registration Code 774301001, registered address: 6A ul. Belomorskaya, Moscow 125195), hereby gives notices that the sole shareholder of LIFE FG CJSC has resolved (Resolution No. 1 of 02.20.2015) to liquidate LIFE FG CJSC. Creditors' claims may be submitted within two months from the time of publication of this notice to the following address: 6A ul. Belomorskaya, Moscow 125195.

Case 1:16-cv-03595-JSR   Document 24-8   Filed 08/03/16   Page 3 of 5

«Вестник государственной регистрации». часть 1 №12(524) от 01.04.2015 / 1314
**Сообщение о ликвидации юридического лица**

<u>Москва</u>
Закрытое акционерное общество "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"
(ОГРН <u>5067746596870</u> , ИНН <u>7743611080</u>, КПП 774301001, место нахождения: 125195, г. Москва, ул. Беломорская, д. 6А) уведомляет о том, что единственным акционером ЗАО "ФГ "ЛАЙФ" (Решение № 1 от 20.02.2015 года) принято решение о ликвидации ЗАО "ФГ "ЛАЙФ". Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 125195, г. Москва, ул. Беломорская, д. 6А.



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
                   )  ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached notice of liquidation of a legal entity.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 1 day of August, 20 16.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143