# Exhibit F

UNIFIED STATE REGISTER OF LEGAL ENTITIES

Details of the legal entity

LIFE FINANCIAL GROUP CLOSED JOINT-STOCK COMPANY

Primary State Registration Number [PSRN] 5067746596870

Taxpayer ID Number [TIN] / Tax Registration Code [TRC] 7743611080/774301001

as of 06.28.2016

| No. 1 | Indicator 2 | Value 3 |
|---|---|---|
| **Name** | | |
| 1 | Full name | LIFE FINANCIAL GROUP CLOSED JOINT-STOCK COMPANY |
| 2 | Abbreviated name | LIFE FG CJSC |
| 3 | State Reg. No. [SRN] and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| **Address (registered address)** | | |
| 4 | Post code | 125195 |
| 5 | Constituent part of the Russian Federation | CITY OF MOSCOW |
| 6 | Street (avenue, lane, etc.) | ULITSA BELOMORSKAYA |
| 7 | Building (property, etc.) | 6A |
| 8 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| **Registration details** | | |
| 9 | Method of formation | FORMATION OF LEGAL ENTITY |
| 10 | Primary State Registration Number | 5067746596870 |
| 11 | Date of registration | 09.13.2006 |
| 12 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| **Details of registering authority for legal entity's registered address** | | |
| 13 | Name of registering authority | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| 14 | Address of registering authority | BLDG 2, 3 POKHODNY PROYEZD, MOSCOW 125373 |
| 15 | SRN and date of USRLE entry containing the above information | 6157747676619 08.05.2015 |
| **Information about winding-up of operations** | | |
| 16 | Method of winding-up | LIQUIDATION OF LEGAL ENTITY |
| 17 | Date of winding-up | 08.05.2015 |
| 18 | Name of authority that recorded the winding-up of the legal entity | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| 19 | SRN and date of USRLE entry containing the above information | 6157747676619 08.05.2015 |
| **Tax registration details** | | |
| 20 | TIN | 7743611080 |

| 21 | TRC | 774301001 |
|---|---|---|
| 22 | Date of tax registration | 09.13.2006 |
| 23 | Name of tax authority | FEDERAL TAX SERVICE INSPECTORATE No. 43 FOR THE CITY OF MOSCOW |
| 24 | SRN and date of USRLE entry containing the above information | 6157747677070 08.06.2015 |

### Details of registration as an insurer with the territorial authority of the Pension Fund of the Russian Federation

| 25 | Registration number | 087211035204 |
|---|---|---|
| 26 | Date of registration | 09.14.2006 |
| 27 | Name of territorial authority of the Pension Fund | STATE INSTITUTION – RF PENSION FUND MAIN ADMINISTRATION No. 5 DEPARTMENT No. 4 LEVOBEREZHNY MUNICIPAL DISTRICT OF MOSCOW |
| 28 | SRN and date of USRLE entry containing the above information | 2067756900836 09.15.2006 |

### Details of registration as an insurer with the executive authority of the Social Insurance Fund of the Russian Federation

| 29 | Registration number | 770103076377351 |
|---|---|---|
| 30 | Date of registration | 11.30.2009 |
| 31 | Name of executive authority of the Social Insurance Fund | BRANCH No. 35 OF THE MOSCOW REGIONAL DEPARTMENT OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION – STATE INSTITUTION |
| 32 | SRN and date of USRLE entry containing the above information | 6117746780244 03.21.2011 |

### Information about share capital (pooled capital, equity capital, equity contributions)

| 33 | Type | SHARE CAPITAL |
|---|---|---|
| 34 | Amount (in RUB) | 10000 |
| 35 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |

### Details of the person authorized to act on behalf of the legal entity without a power of attorney

| 36 | Surname | SALTYKOV |
|---|---|---|
| 37 | First name | ALEKSEY |
| 38 | Middle name (patronymic) | GENNADYEVICH |
| 39 | SRN and date of USRLE entry containing the above information | 6157746596089 03.14.2015 |
| 40 | Position | LIQUIDATOR |

### Information about the founders (members) of the legal entity

*According to the laws of the Russian Federation on the state registration of legal entities, the Unified State Register of Legal Entities shall contain information about the founders of a joint-stock company, not about its shareholders. The details of a company's shareholders are recorded in the shareholder register, which is held by the company itself or by a registrar.*

| 41 | Primary State Registration Number | 1027739829116 |
|---|---|---|
| 42 | Taxpayer ID Number | 7706216090 |

| 43 | Full name | ALIVIKT LIMITED LIABILITY COMPANY |
|---|---|---|
| 44 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| | | |
| 45 | Nominal value of participatory interest (RUB) | 10,000 |
| 46 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| **Information about the holder of the joint-stock company's shareholder register** | | |
| 47 | PSRN | 5067746596870 |
| 48 | TIN | 7743611080 |
| 49 | Full name | LIFE FINANCIAL GROUP CLOSED JOINT-STOCK COMPANY |
| 50 | SRN and date of USRLE entry containing the above information | 9147747888620 10.23.2014 |
| **Information about types of economic activity according to the Russian National Classifier of Types of Economic Activity** *(NCTEA GC 029-2001 NACE. Version 1)* | | |
| *Information about core activity* | | |
| 51 | Code and description of type of activity | 74.14. BUSINESS AND MANAGEMENT CONSULTING |
| 52 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| *Information about additional types of activity* | | |
| 1 | | |
| 53 | Code and description of type of activity | 74.15. MANAGEMENT OF FINANCIAL-INDUSTRIAL GROUPS AND HOLDING COMPANIES |
| 54 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| 2 | | |
| 55 | Code and description of type of activity | 74.1 ACTIVITY IN THE AREAS OF LAW, ACCOUNTING AND AUDITING; BUSINESS AND MANAGEMENT CONSULTING |
| 56 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |
| 3 | | |
| 57 | Code and description of type of activity | 67.11.19 MISCELLANEOUS ACTIVITY ASSOCIATED WITH THE MANAGEMENT OF FINANCIAL MARKETS NOT INCLUDED IN OTHER GROUPS |
| 58 | SRN and date of USRLE entry containing the above information | 5067746596870 09.13.2006 |

| Information about entries made in the Unified State Register of Legal Entities | |
|---|---|
| **1** | |
| 59 | SRN and date of USRLE entry | 2067756834022<br>09.13.2006 |
| 60 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE LEGAL ENTITY'S REGISTRATION WITH THE TAX AUTHORITY |
| 61 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| **2** | |
| 62 | SRN and date of USRLE entry | 5067746596870<br>09.13.2006 |
| 63 | Reason for entry in the USRLE | STATE REGISTRATION OF LEGAL ENTITY UPON FORMATION |
| 64 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for the entry in the USRLE | |
| 65 | Name of document | APPLICATION (WITH APPENDICES) |
| 66 | Date of document | 09.11.2006 |
| 67 | Name of document | CHARTER |
| 68 | Date of document | 09.11.2006 |
| 69 | Name of document | MINUTES |
| 70 | Date of document | 09.11.2006 |
| 71 | Name of document | PROOF OF PAYMENT OF STATE DUTY |
| 72 | Date of document | 09.11.2006 |
| | Details of certificate confirming entry in USRLE | |
| 73 | Certificate series, number and date of issue | 77 009636607<br>09.13.2006 |
| **3** | |
| 74 | SRN and date of USRLE entry | 2067756894577<br>09.15.2006 |

| 75 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE REGISTRATION OF THE LEGAL ENTITY AS AN INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION |
| 76 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |

**4**

| 77 | SRN and date of USRLE entry | 2067756900836 09.15.2006 |
| 78 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE REGISTRATION OF THE LEGAL ENTITY AS AN INSURER WITH THE TERRITORIAL AUTHORITY OF THE PENSION FUND OF THE RUSSIAN FEDERATION |
| 79 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |

**5**

| 80 | SRN and date of USRLE entry | 2107747324471 04.29.2010 |
| 81 | Reason for entry in the USRLE | AMENDMENTS TO THE LEGAL ENTITY'S DETAILS IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES ASSOCIATED WITH AMENDMENTS TO ITS CONSTITUTIONAL DOCUMENTS |
| 82 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for entry in USRLE | |
| 83 | Name of document | R13001 NOTICE OF AMENDMENTS TO CONSTITUTIONAL DOCUMENTS |
| 84 | Name of document | CHARTER OF THE LEGAL ENTITY |
| 85 | Date of document | 03.01.2010 |
| 86 | Name of document | CHARTER |
| 87 | Name of document | REQUEST, RECEIPT, ENVELOPE |
| 88 | Name of document | PROOF OF PAYMENT OF STATE DUTY |

| 89 | Document number | 265 |
|---|---|---|
| 90 | Date of document | 04.22.2010 |
| | | |
| 91 | Name of document | RESOLUTION TO AMEND CONSTITUTIONAL DOCUMENTS |
| 92 | Document number | 1 |
| 93 | Date of document | 03.01.2010 |
| | | |
| | Details of certificate confirming entry in USRLE | |
| 94 | Certificate series, number and date of issue | 77 012288734 04.29.2010 |
| | **6** | |
| 95 | SRN and date of USRLE entry | 6107748983919 09.27.2010 |
| 96 | Reason for entry in the USRLE | AMENDMENTS TO THE LEGAL ENTITY'S DETAILS IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT ASSOCIATED WITH AMENDMENTS TO ITS CONSTITUTIONAL DOCUMENTS |
| 97 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about supporting documents submitted for entry in USRLE | |
| 98 | Name of document | R14001 NOTICE OF AMENDMENTS NOT ASSOCIATED WITH AMENDMENTS TO CONSTITUTIONAL DOCUMENTS (SECTION 2.1) |
| | | |
| 99 | Name of document | RESOLUTION+APPLICATION+ ENVELOPE |
| | | |
| | Details of certificate confirming entry in USRLE | |
| 100 | Certificate series, number and date of issue | 77 013030104 09.27.2010 |
| | | |
| | Information about status of entry | |
| 101 | Status of entry | Corrections made to entry due to a technical error by the registering authority |
| 102 | SRN and date of entry made to correct a technical error | 7117746265630 04.05.2011 |
| | **7** | |
| 103 | SRN and date of USRLE entry | 6107748983952 09.27.2010 |

| 104 | Reason for entry in the USRLE | ENTRY OF INFORMATION INTO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES CONCERNING THE NET ASSET VALUE OF A JOINT-STOCK COMPANY |
| --- | --- | --- |
| 105 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for entry in USRLE | |
| 106 | Name of document | R14002 NOTICE OF ONGOING REDUCTION OF SHARE CAPITAL OF JSC AND/OR STATEMENT OF JSC'S NET ASSET VALUE |
| | Details of certificate confirming entry in USRLE | |
| 107 | Certificate series, number and date of issue | 77 013030105 09.27.2010 |
| | 8 | |
| 108 | SRN and date of USRLE entry | 6107748984007 09.27.2010 |
| 109 | Reason for entry in the USRLE | ENTRY OF INFORMATION INTO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES CONCERNING THE NET ASSET VALUE OF A JOINT-STOCK COMPANY |
| 110 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for entry in USRLE | |
| 111 | Name of document | R14002 NOTICE OF ONGOING REDUCTION OF SHARE CAPITAL OF JSC AND/OR STATEMENT OF JSC'S NET ASSET VALUE |
| | Details of certificate confirming entry in USRLE | |
| 112 | Certificate series, number and date of issue | 77 013030103 09.27.2010 |
| | 9 | |
| 113 | SRN and date of USRLE entry | 6107748984030 09.27.2010 |
| 114 | Reason for entry in the USRLE | ENTRY OF INFORMATION INTO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES CONCERNING THE NET ASSET VALUE OF A JOINT-STOCK COMPANY |

| 115 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
|---|---|---|
| | Information about supporting documents submitted for entry in USRLE | |
| 116 | Name of document | CALCULATION+CALCULATION+ CALCULATION |
| | | |
| 117 | Name of document | R14002 NOTICE OF ONGOING REDUCTION OF SHARE CAPITAL OF JSC AND/OR STATEMENT OF JSC'S NET ASSET VALUE |
| | Details of certificate confirming entry in USRLE | |
| 118 | Certificate series, number and date of issue | 77 013030102 09.27.2010 |
| | **10** | |
| 119 | SRN and date of USRLE entry | 6117746780244 03.21.2011 |
| 120 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE REGISTRATION OF THE LEGAL ENTITY AS AN INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION |
| 121 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | **11** | |
| 122 | SRN and date of USRLE entry | 7117746265630 04.05.2011 |
| 123 | Reason for entry in the USRLE | AMENDMENTS TO THE LEGAL ENTITY'S DETAILS IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES DUE TO ERRORS BY THE REGISTERING AUTHORITY |
| 124 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| 125 | SRN and date of corrected entry | 6107748983919 09.27.2010 |
| | **12** | |
| 126 | SRN and date of USRLE entry | 2117747137980 07.18.2011 |

| 127 | Reason for entry in the USRLE | AMENDMENTS TO THE LEGAL ENTITY'S DETAILS IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT ASSOCIATED WITH AMENDMENTS TO ITS CONSTITUTIONAL DOCUMENTS |
| 128 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about supporting documents submitted for entry in USRLE | |
| 129 | Name of document | R14001 NOTICE OF AMENDMENTS NOT ASSOCIATED WITH AMENDMENTS TO CONSTITUTIONAL DOCUMENTS (SECTION 2.1) |
| | | |
| 130 | Name of document | RESOLUTION |
| | | |
| | Details of certificate confirming entry in USRLE | |
| 131 | Certificate series, number and date of issue | 77 013019631 07.18.2011 |

### 13

| 132 | SRN and date of USRLE entry | 6127746305263 03.05.2012 |
| 133 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE REGISTRATION OF THE LEGAL ENTITY AS AN INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION |
| 134 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |

### 14

| 135 | SRN and date of USRLE entry | 9147747888620 10.23.2014 |
| 136 | Reason for entry in the USRLE | AMENDMENTS TO THE LEGAL ENTITY'S DETAILS IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT ASSOCIATED WITH AMENDMENTS TO ITS CONSTITUTIONAL DOCUMENTS |
| 137 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |

| | Information about supporting documents submitted for entry in USRLE | |
|---|---|---|
| 138 | Name of document | R14001 NOTICE OF AMENDMENTS NOT ASSOCIATED WITH AMENDMENTS TO CONSTITUTIONAL DOCUMENTS (SECTION 2.1) |
| 139 | Name of document | POWER OF ATTORNEY |
| | **15** | |
| 140 | SRN and date of USRLE entry | 6157746596089 03.14.2015 |
| 141 | Reason for entry in the USRLE | ENTRY OF INFORMATION INTO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES CONCERNING A DECISION TO LIQUIDATE THE LEGAL ENTITY AND APPOINT A LIQUIDATOR |
| 142 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for entry in USRLE | |
| 143 | Name of document | R15001 NOTICE OF DECISION TO LIQUIDATE A LEGAL ENTITY |
| 144 | Name of document | DECISION TO LIQUIDATE, ADOPTED BY THE FOUNDERS (MEMBERS) OR BODY OF THE LEGAL ENTITY |
| 145 | Name of document | POWER OF ATTORNEY |
| | **16** | |
| 146 | SRN and date of USRLE entry | 9157746803249 06.17.2015 |
| 147 | Reason for entry in the USRLE | ENTRY OF INFORMATION INTO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES CONCERNING THE PREPARATION OF THE LEGAL ENTITY'S INTERIM LIQUIDATION BALANCE |
| 148 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | Information about supporting documents submitted for entry in USRLE | |
| 149 | Name of document | R15001 NOTICE OF DECISION TO LIQUIDATE A LEGAL ENTITY |
| 150 | Name of document | RESOLUTION |

| 151 | Name of document | INTERIM LIQUIDATION BALANCE SHEET |
|---|---|---|
| | | |
| 152 | Name of document | POWER OF ATTORNEY |
| **17** | | |
| 153 | SRN and date of USRLE entry | 6157747676619 08.05.2015 |
| 154 | Reason for entry in the USRLE | STATE REGISTRATION OF A LEGAL ENTITY IN CONNECTION WITH LIQUIDATION |
| 155 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about supporting documents submitted for entry in USRLE | |
| 156 | Name of document | R16001 NOTICE OF LIQUIDATION (BY RESOLUTION OF THE FOUNDERS (MEMBERS) OR OTHER BODY OF THE LEGAL ENTITY) |
| | | |
| 157 | Name of document | RESOLUTION |
| | | |
| 158 | Name of document | POWER OF ATTORNEY |
| | | |
| 159 | Name of document | PROOF OF PAYMENT OF STATE DUTY |
| 160 | Document number | 4914844657 |
| 161 | Date of document | 07.29.2015 |
| | | |
| 162 | Name of document | LIQUIDATION BALANCE SHEET |
| **18** | | |
| 163 | SRN and date of USRLE entry | 6157747677070 08.06.2015 |
| 164 | Reason for entry in the USRLE | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES REGARDING THE LEGAL ENTITY'S REGISTRATION WITH THE TAX AUTHORITY |
| 165 | Name of registering authority that made the entry in the USRLE | FEDERAL TAX SERVICE INTERDISTRICT INSPECTORATE No. 46 FOR THE CITY OF MOSCOW |

Data compiled from the website of the Federal Tax Service of Russia using the "Information about State Registration of Legal Entities, Sole Proprietorships and Agricultural Businesses (Farms)" service.

ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"

ОГРН 5067746596870
ИНН/КПП 7743611080/774301001
по состоянию на 28.06.2016

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 2 | Сокращенное наименование | ЗАО "ФГ "ЛАЙФ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Адрес (место нахождения)** | | |
| 4 | Почтовый индекс | 125195 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | УЛИЦА БЕЛОМОРСКАЯ |
| 7 | Дом (владение и т.п.) | 6А |
| 8 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрации** | | |
| 9 | Способ образования | СОЗДАНИЕ ЮРИДИЧЕСКОГО ЛИЦА |
| 10 | ОГРН | 5067746596870 |
| 11 | Дата регистрации | 13.09.2006 |
| 12 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрирующем органе по месту нахождения юридического лица** | | |
| 13 | Наименование регистрирующего органа | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 14 | Адрес регистрирующего органа | 125373, Г.МОСКВА, ПОХОДНЫЙ ПРОЕЗД, ДОМОВЛАДЕНИЕ 3, СТР.2 |
| 15 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747676619 05.08.2015 |
| **Сведения о прекращении** | | |
| 16 | Способ прекращения | ЛИКВИДАЦИЯ ЮЛ |
| 17 | Дата прекращения | 05.08.2015 |
| 18 | Наименование органа, внесшего запись о прекращении юридического лица | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 19 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747676619 05.08.2015 |
| **Сведения об учете в налоговом органе** | | |
| 20 | ИНН | 7743611080 |

| 21 | КПП | 774301001 |
|----|-----|-----------|
| 22 | Дата постановки на учет | 13.09.2006 |
| 23 | Наименование налогового органа | ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 43 ПО Г. МОСКВЕ |
| 24 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747677070 06.08.2015 |

**Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации**

| 25 | Регистрационный номер | 087211035204 |
|----|-----------------------|--------------|
| 26 | Дата регистрации | 14.09.2006 |
| 27 | Наименование территориального органа Пенсионного фонда | ГОСУДАРСТВЕННОЕ УЧРЕЖДЕНИЕ - ГЛАВНОЕ УПРАВЛЕНИЕ ПЕНСИОННОГО ФОНДА РФ №5 УПРАВЛЕНИЕ №4 МУНИЦИПАЛЬНЫЙ РАЙОН ЛЕВОБЕРЕЖНЫЙ Г.МОСКВЫ |
| 28 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067756900836 15.09.2006 |

**Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации**

| 29 | Регистрационный номер | 770103076377351 |
|----|-----------------------|-----------------|
| 30 | Дата регистрации | 30.11.2009 |
| 31 | Наименование исполнительного органа Фонда социального страхования | ФИЛИАЛ №35 ГОСУДАРСТВЕННОГО УЧРЕЖДЕНИЯ - МОСКОВСКОГО РЕГИОНАЛЬНОГО ОТДЕЛЕНИЯ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 32 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6117746780244 21.03.2011 |

**Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах)**

| 33 | Вид | УСТАВНЫЙ КАПИТАЛ |
|----|-----|------------------|
| 34 | Размер (в рублях) | 10000 |
| 35 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

**Сведения о лице, имеющем право без доверенности действовать от имени юридического лица**

|  |  |  |
|----|-----|------------------|
| 36 | Фамилия | САЛТЫКОВ |
| 37 | Имя | АЛЕКСЕЙ |
| 38 | Отчество | ГЕННАДЬЕВИЧ |
| 39 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| 40 | Должность | ЛИКВИДАТОР |

**Сведения об учредителях (участниках) юридического лица**

*В соответствии с законодательством Российской Федерации о государственной регистрации юридических лиц в Едином государственном реестре юридических лиц содержатся сведения об учредителях акционерного общества, а не о его акционерах. Сведения об акционерах общества отражаются в реестре акционеров, держателем которого является само общество или регистратор*

| 41 | ОГРН | 1027739829116 |
|----|------|---------------|
| 42 | ИНН | 7706216090 |

| 43 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИВИКТ" |
|---|---|---|
| 44 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | | |
| 45 | Номинальная стоимость доли (в рублях) | 10000 |
| 46 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| Сведения о держателе реестра акционеров акционерного общества | | |
| 47 | ОГРН | 5067746596870 |
| 48 | ИНН | 7743611080 |
| 49 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 50 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9147747888620 23.10.2014 |
| Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности *(ОКВЭД ОК 029-2001 КДЕС. Ред. 1)* | | |
| *Сведения об основном виде деятельности* | | |
| 51 | Код и наименование вида деятельности | 74.14 КОНСУЛЬТИРОВАНИЕ ПО ВОПРОСАМ КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ И УПРАВЛЕНИЯ |
| 52 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| *Сведения о дополнительных видах деятельности* | | |
| 1 | | |
| 53 | Код и наименование вида деятельности | 74.15 ДЕЯТЕЛЬНОСТЬ ПО УПРАВЛЕНИЮ ФИНАНСОВО-ПРОМЫШЛЕННЫМИ ГРУППАМИ И ХОЛДИНГ-КОМПАНИЯМИ |
| 54 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| 2 | | |
| 55 | Код и наименование вида деятельности | 74.1 ДЕЯТЕЛЬНОСТЬ В ОБЛАСТИ ПРАВА, БУХГАЛТЕРСКОГО УЧЕТА И АУДИТА;  КОНСУЛЬТИРОВАНИЕ ПО ВОПРОСАМ КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ И УПРАВЛЕНИЯ ПРЕДПРИЯТИЕМ |
| 56 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| 3 | | |
| 57 | Код и наименование вида деятельности | 67.11.19 ПРОЧАЯ ДЕЯТЕЛЬНОСТЬ, СВЯЗАННАЯ С УПРАВЛЕНИЕМ ФИНАНСОВЫМИ РЫНКАМИ,  НЕ ВКЛЮЧЕННАЯ В ДРУГИЕ ГРУППИРОВКИ |
| 58 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

| Сведения о записях, внесенных в Единый государственный реестр юридических лиц | | |
|---|---|---|
| **1** | | |
| 59 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756834022<br>13.09.2006 |
| 60 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ ОБ УЧЕТЕ ЮРИДИЧЕСКОГО ЛИЦА В НАЛОГОВОМ ОРГАНЕ |
| 61 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| **2** | | |
| 62 | ГРН и дата внесения записи в ЕГРЮЛ | 5067746596870<br>13.09.2006 |
| 63 | Причина внесения записи в ЕГРЮЛ | ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА ПРИ СОЗДАНИИ |
| 64 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 65 | Наименование документа | ЗАЯВЛЕНИЕ (С ПРИЛОЖЕНИЯМИ) |
| 66 | Дата документа | 11.09.2006 |
| 67 | Наименование документа | УСТАВ |
| 68 | Дата документа | 11.09.2006 |
| 69 | Наименование документа | ПРОТОКОЛ |
| 70 | Дата документа | 11.09.2006 |
| 71 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 72 | Дата документа | 11.09.2006 |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 73 | Серия, номер и дата выдачи свидетельства | 77 009636607<br>13.09.2006 |
| **3** | | |
| 74 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756894577<br>15.09.2006 |

| 75 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
|----|----|----|
| 76 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 4 | | |
| 77 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756900836 15.09.2006 |
| 78 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ТЕРРИТОРИАЛЬНОМ ОРГАНЕ ПЕНСИОННОГО ФОНДА РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 79 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 5 | | |
| 80 | ГРН и дата внесения записи в ЕГРЮЛ | 2107747324771 29.04.2010 |
| 81 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 82 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 83 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 84 | Наименование документа | УСТАВ ЮЛ |
| 85 | Дата документа | 01.03.2010 |
| 86 | Наименование документа | УСТАВ |
| 87 | Наименование документа | ЗАПРОС, КВИТ., КОНВЕРТ |
| 88 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |

| 89 | Номер документа | 265 |
|---|---|---|
| 90 | Дата документа | 22.04.2010 |
| | | |
| 91 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 92 | Номер документа | 1 |
| 93 | Дата документа | 01.03.2010 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 94 | Серия, номер и дата выдачи свидетельства | 77 012288734 29.04.2010 |

6

| 95 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983919 27.09.2010 |
|---|---|---|
| 96 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 97 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 98 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 99 | Наименование документа | РЕШЕНИЕ+ЗАЯВЛЕНИЕ+КОНВЕРТ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 100 | Серия, номер и дата выдачи свидетельства | 77 013030104 27.09.2010 |
| | | |
| | Сведения о статусе записи | |
| 101 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 102 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 7117746265630 05.04.2011 |

7

| 103 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983952 27.09.2010 |
|---|---|---|

| 104 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
|---|---|---|
| 105 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 106 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 107 | Серия, номер и дата выдачи свидетельства | 77 013030105 27.09.2010 |
| 8 | | |
| 108 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984007 27.09.2010 |
| 109 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
| 110 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 111 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 112 | Серия, номер и дата выдачи свидетельства | 77 013030103 27.09.2010 |
| 9 | | |
| 113 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984030 27.09.2010 |
| 114 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |

| 115 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
|---|---|---|
| | **Сведения о документах, представленных при внесении записи в ЕГРЮЛ** | |
| 116 | Наименование документа | РАСЧЕТ+РАСЧЕТ+РАСЧЕТ |
| | | |
| 117 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | **Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ** | |
| 118 | Серия, номер и дата выдачи свидетельства | 77 013030102 27.09.2010 |
| **10** | | |
| 119 | ГРН и дата внесения записи в ЕГРЮЛ | 6117746780244 21.03.2011 |
| 120 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 121 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| **11** | | |
| 122 | ГРН и дата внесения записи в ЕГРЮЛ | 7117746265630 05.04.2011 |
| 123 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, В СВЯЗИ ОШИБКАМИ ДОПУЩЕННЫМИ РЕГИСТРИРУЮЩИМ ОРГАНОМ |
| 124 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 125 | ГРН и дата записи, в которую внесены исправления | 6107748983919 27.09.2010 |
| **12** | | |
| 126 | ГРН и дата внесения записи в ЕГРЮЛ | 2117747137980 18.07.2011 |

| 127 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 128 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 129 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 130 | Наименование документа | РЕШЕНИЕ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 131 | Серия, номер и дата выдачи свидетельства | 77 013019631 18.07.2011 |
| **13** | | |
| 132 | ГРН и дата внесения записи в ЕГРЮЛ | 6127746305263 05.03.2012 |
| 133 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 134 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| **14** | | |
| 135 | ГРН и дата внесения записи в ЕГРЮЛ | 9147747888620 23.10.2014 |
| 136 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 137 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 138 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 139 | Наименование документа | ДОВЕРЕННОСТЬ |
| **15** | | |
| 140 | ГРН и дата внесения записи в ЕГРЮЛ | 6157746596089 14.03.2015 |
| 141 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮРИДИЧЕСКОГО ЛИЦА И НАЗНАЧЕНИИ ЛИКВИДАТОРА |
| 142 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 143 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| | | |
| 144 | Наименование документа | РЕШЕНИЕ О ЛИКВИДАЦИИ, ПРИНЯТОЕ УЧРЕДИТЕЛЯМИ (УЧАСТНИКАМИ) ИЛИ ОРГАНОМ ЮЛ |
| | | |
| 145 | Наименование документа | ДОВЕРЕННОСТЬ |
| **16** | | |
| 146 | ГРН и дата внесения записи в ЕГРЮЛ | 9157746803249 17.06.2015 |
| 147 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СОСТАВЛЕНИИ ПРОМЕЖУТОЧНОГО ЛИКВИДАЦИОННОГО БАЛАНСА ЮРИДИЧЕСКОГО ЛИЦА |
| 148 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 149 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| | | |
| 150 | Наименование документа | РЕШЕНИЕ |

| 151 | Наименование документа | ПРОМЕЖУТОЧНЫЙ ЛИКВИДАЦИОННЫЙ БАЛАНС |
|---|---|---|
| | | |
| 152 | Наименование документа | ДОВЕРЕННОСТЬ |
| **17** | | |
| 153 | ГРН и дата внесения записи в ЕГРЮЛ | 6157747676619 05.08.2015 |
| 154 | Причина внесения записи в ЕГРЮЛ | ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА В СВЯЗИ С ЛИКВИДАЦИЕЙ |
| 155 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 156 | Наименование документа | Р16001 ЗАЯВЛЕНИЕ О ЛИКВИДАЦИИ (ПО РЕШЕНИЮ УЧРЕДИТЕЛЕЙ (УЧАСТНИКОВ) ИЛИ ИНОГО ОРГАНА ЮЛ) |
| | | |
| 157 | Наименование документа | РЕШЕНИЕ |
| | | |
| 158 | Наименование документа | ДОВЕРЕННОСТЬ |
| | | |
| 159 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 160 | Номер документа | 4914844657 |
| 161 | Дата документа | 29.07.2015 |
| | | |
| 162 | Наименование документа | ЛИКВИДАЦИОННЫЙ БАЛАНС |
| **18** | | |
| 163 | ГРН и дата внесения записи в ЕГРЮЛ | 6157747677070 06.08.2015 |
| 164 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ ОБ УЧЕТЕ ЮРИДИЧЕСКОГО ЛИЦА В НАЛОГОВОМ ОРГАНЕ |
| 165 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».



translations@geotext.com
www.geotext.com

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss |
| | ) | |
| COUNTY OF NEW YORK | ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Unified State Register of Legal Entities Details of the legal entity Life Financial Group Closed Joint-Stock Company.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this ___1___ day of ___August___, 20 __16__ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified In New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143