# Exhibit G

Exit Print
Add To Basket

Return To Search Results    New Search

| Organisation Details | Preview File Documents |
|---|---|

**Current Details**

| | |
|---|---|
| Name | AMBIKA INVESTMENTS LIMITED |
| Reg. Number | HE 179580 |
| Type | Limited Company |
| SubType | Private |
| Name Status | Current Name |
| Registration Date | 04/07/2006 |
| Organisation Status | Active |
| Status Date | |

Last Annual Return Date    29/05/2013

| File Status | Directors & Secretaries | Registered Office |
|---|---|---|

**Directors & Secretaries**

| Name | |
|---|---|
| ΠΕΤΡΟΣ ΛΙΒΑΝΙΟΣ | Director |
| ΡΙΑ ΧΡΙΣΤΟΦΙΔΗ | Director |
| ΠΕΤΡΟΣ ΛΙΒΑΝΙΟΣ | Secretary |

Exit Print
Add To Basket

Return To Search Results    New Search

| Organisation Details | Preview File Documents |
|---|---|

**Current Details**

| Name | AMBIKA INVESTMENTS LIMITED |
|---|---|
| Reg. Number | HE 179580 |
| Type | Limited Company |
| SubType | Private |
| Name Status | Current Name |
| Registration Date | 04/07/2006 |
| Organisation Status | Active |
| Status Date | |

Last Annual Return Date    29/05/2013

| File Status | Directors & Secretaries | Registered Office |
|---|---|---|

**Registered Office**

Γρίβα Διγενή, 115,
TRIDENT CENTRE,
3101, Λεμεσός, Κύπρος