# Exhibit H

Ελληνικά | Türkçe

- Home
  - About Us
  - Press Room
  - Hamonization with the European Acquis
  - Services
  - Statistics
  - Applications
  - International Trade Marks Classification
  - Fees
  - On-line Application for Name Approval
  - Results of Name Examination
  - Online Services
    - Organisation and Name Search / Study File
    - Organisation and Name Search / Annual Company Fee
    - Electronic Filing
    - Confirmation of Authenticity of Certificates and Certified Copies

Login    Print
Add To Basket    Orders Basket (0)

Return To Search Results    New Search

| Organisation Details | Preview File Documents |

**Current Details**

| | |
|---|---|
| Name | VENNOP TRADING LIMITED |
| Reg. Number | HE 317717 |
| Type | Limited Company |
| SubType | Private |
| Name Status | Current Name |
| Registration Date | 10/01/2013 |
| Organisation Status | Active |
| Status Date | |

Last Annual Return Date    31/12/2014

| File Status | Directors & Secretaries | Registered Office |

**Directors & Secretaries**

| Name | |
|---|---|
| MYKYTA ZVYAGIN | Director |
| TOTALSERVE MANAGEMENT LIMITED | Secretary |


STRUCTURAL FUNDS
our ideas, actions for development

The project is co-financed by the European Regional Development Fund
The Website is best viewed with screen resolution: 1024 with 768 pixels
©2005 - 2011 Republic of Cyprus, Ministry of Commerce, Industry and Tourism
Department of Registrar of Companies and Official Receiver


EUROPEAN UNION

Home Page | Disclaimer | Webmaster



Ελληνικά | Türkçe

- Home
  - About Us
  - Press Room
  - Hamonization with the European Acquis
  - Services
  - Statistics
  - Applications
  - International Trade Marks Classification
  - Fees
  - On-line Application for Name Approval
  - Results of Name Examination
- Online Services
  - Organisation and Name Search / Study File
  - Organisation and Name Search / Annual Company Fee
  - Electronic Filing
  - Confirmation of Authenticity of Certificates and Certified Copies

Login Print
Add To Basket Orders Basket (0)

Return To Search Results New Search

Organisation Details | Preview File Documents

**Current Details**

| | |
|---|---|
| **Name** | VENNOP TRADING LIMITED |
| **Reg. Number** | HE 317717 |
| **Type** | Limited Company |
| **SubType** | Private |
| **Name Status** | Current Name |
| **Registration Date** | 10/01/2013 |
| **Organisation Status** | Active |
| **Status Date** | |

**Last Annual Return Date** 31/12/2014

File Status | Directors & Secretaries | Registered Office

**Registered Office**

Γρ. Ξενοπούλου, 17,

3106, Λεμεσός, Κύπρος

STRUCTURAL FUNDS

The project is co-financed by the European Regional Development Fund
The Website is best viewed with screen resolution: 1024 with 768 pixels
©2005 - 2011 Republic of Cyprus, Ministry of Commerce, Industry and Tourism
Department of Registrar of Companies and Official Receiver

EUROPEAN UNION

Home Page | Disclaimer | Webmaster