UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SERGEY LEONTIEV,

    Plaintiff,

 -against-            : No. 16-cv-03595 (JSR)

ALEXANDER VARSHAVSKY,

    Defendant.

------------------------------------------------------------------x

### REPLY DECLARATION OF MARSHALL R. KING IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S FIRST CAUSE OF ACTION

  I, MARSHALL R. KING, an attorney duly admitted to practice before the Courts of the State of New York, declare under penalty of perjury as follows:

  1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am counsel of record for Plaintiff Sergey Leontiev. As such, I am fully familiar with the facts set forth in this Declaration.

  2. I respectfully submit this Reply Declaration in further support of Plaintiff's motion for a judgment on the pleadings as to Plaintiff's first cause of action.

  3. A true and correct copy of page 69 of the April 1, 2015 issue of the State Registration Bulletin (No. 12 (524) 2015), and a certified English translation thereof, is attached hereto as Exhibit 1. Page 69 contains the Notice of Liquidation filed by ZAO Financial Group "Life," which was previously submitted to the Court as Exhibit E to the King Declaration (Dkt. No. 24-8). The State Registration Bulletin is accessible online through www.vestnik-gosreg.ru and www.kartoteka.ru.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2016.

_____
Marshall R. King