

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

William H. Taft V
Partner
whtaft@debevoise.com
+1 212 909 6877

September 13, 2016

BY ECF

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*Leontiev v. Varshavsky*, No. 1:16-cv-03595 (JSR)

Dear Judge Rakoff:

We are counsel to Defendant Alexander Varshavsky in the above-captioned matter. We write to bring to the Court's attention certain developments material to Plaintiff Sergey Leontiev's pending motion for judgment on the pleadings that occurred subsequent to Defendant's opposition to that motion filed on August 26, 2016.

In support of the assertion that the Russian company Financial Group "Life" had been formally dissolved on August 5, 2015, Plaintiff attached to his memorandum of law the company's entry in Russia's United Registry of Legal Entities ("USRLE") dated as of June 28, 2016. *See* Dkt. No. 23, at 20 n.12; Dkt. No. 24, King Decl., Ex. F.

Defendant submits as a supplemental authority an updated version of Plaintiff's Exhibit F reflecting the notice posted in the USRLE on September 6, 2016 of a decision reversing the voluntary liquidation of Financial Group "Life." A true and correct copy of a Russian-language extract from the USRLE and a certified English translation of that extract are attached to this letter. Reference is made to Row 16 of the updated extract, reflecting that the "Status" of the company is now "in liquidation." *Compare* Exhibit F, Rows 16-17 (reflecting the method and date of winding up). Further reference is made to Rows 147-154 of the updated extract, invalidating the notice of liquidation previously recorded on August 5, 2015. *Compare* Exhibit F, Rows 153-162 (recording entry of Notice of Liquidation).

www.debevoise.com

The Honorable Jed S. Rakoff　　　　　　2　　　　　　September 13, 2016

Respectfully submitted,

*[signature]*

William H. Taft V
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6877
Fax: (212) 521-7877
whtaft@debevoise.com

cc:　All Counsel via ECF

Encls.