UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

SERGEY LEONTIEV,

               Plaintiff,

       - v. -                               Case No. 1:16-cv-03595 (JSR)

ALEXANDER VARSHAVSKY,

               Defendant.

-------------------------------------------------------------------- X

### DECLARATION OF TRANSLATOR

I, Mikhail A. Sitnikov, hereby declare as follows:

1.    I am fluent in the Russian and English languages.  I have been translating documents for 21 years and am competent to translate documents between Russian and English.

2.    An extract from the Unified Register of Legal Entities with respect to Closed Joint-Stock Company Life Financial Group in the Russian language is attached hereto as Exhibit A.

3.    An English language translation of the extract from the Unified Register of Legal Entities with respect to Closed Joint-Stock Company Life Financial Group is attached hereto as Exhibit B.

4.    The English and Russian versions of the extract from the Unified Register of Legal Entities with respect to Closed Joint-Stock Company Life Financial Group (Exhibits A and B) are true and accurate translations of one another to the best of my knowledge and belief.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September 2016 in Moscow, Russia

_____

Mikhail A. Sitnikov

# Exhibit A

# ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

## Сведения о юридическом лице

### ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"

ОГРН 5067746596870
ИНН/КПП 7743611080/774301001
по состоянию на 12.09.2016

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 2 | Сокращенное наименование | ЗАО "ФГ "ЛАЙФ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Адрес (место нахождения)** | | |
| 4 | Почтовый индекс | 125195 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | УЛИЦА БЕЛОМОРСКАЯ |
| 7 | Дом (владение и т.п.) | 6А |
| 8 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрации** | | |
| 9 | Способ образования | СОЗДАНИЕ ЮРИДИЧЕСКОГО ЛИЦА |
| 10 | ОГРН | 5067746596870 |
| 11 | Дата регистрации | 13.09.2006 |
| 12 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрирующем органе по месту нахождения юридического лица** | | |
| 13 | Наименование регистрирующего органа | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 14 | Адрес регистрирующего органа | 125373, Г.МОСКВА, ПОХОДНЫЙ ПРОЕЗД, ДОМОВЛАДЕНИЕ 3, СТР.2 |
| 15 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| **Сведения о состоянии юридического лица** | | |
| 16 | Состояние | НАХОДИТСЯ В СТАДИИ ЛИКВИДАЦИИ |
| 17 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| **Сведения об учете в налоговом органе** | | |
| 18 | ИНН | 7743611080 |
| 19 | КПП | 774301001 |
| 20 | Дата постановки на учет | 13.09.2006 |

| 21 | Наименование налогового органа | ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 43 ПО Г. МОСКВЕ |
|---|---|---|
| 22 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067756834022 13.09.2006 |
|  | **Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации** | |
| 23 | Регистрационный номер | 087211035204 |
| 24 | Дата регистрации | 14.09.2006 |
| 25 | Наименование территориального органа Пенсионного фонда | ГОСУДАРСТВЕННОЕ УЧРЕЖДЕНИЕ - ГЛАВНОЕ УПРАВЛЕНИЕ ПЕНСИОННОГО ФОНДА РФ №5 УПРАВЛЕНИЕ №4 МУНИЦИПАЛЬНЫЙ РАЙОН ЛЕВОБЕРЕЖНЫЙ Г.МОСКВЫ |
| 26 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067756900836 15.09.2006 |
|  | **Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации** | |
| 27 | Регистрационный номер | 770103076377351 |
| 28 | Дата регистрации | 30.11.2009 |
| 29 | Наименование исполнительного органа Фонда социального страхования | ФИЛИАЛ №35 ГОСУДАРСТВЕННОГО УЧРЕЖДЕНИЯ - МОСКОВСКОГО РЕГИОНАЛЬНОГО ОТДЕЛЕНИЯ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 30 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6117746780244 21.03.2011 |
|  | **Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах)** | |
| 31 | Вид | УСТАВНЫЙ КАПИТАЛ |
| 32 | Размер (в рублях) | 10000 |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
|  | **Сведения о лице, имеющем право без доверенности действовать от имени юридического лица** | |
| 34 | Фамилия | САЛТЫКОВ |
| 35 | Имя | АЛЕКСЕЙ |
| 36 | Отчество | ГЕННАДЬЕВИЧ |
| 37 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| 38 | Должность | ЛИКВИДАТОР |
| 39 | Контактный телефон | +79036766017 |
| 40 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
|  | **Сведения об учредителях (участниках) юридического лица** | |
|  | *В соответствии с законодательством Российской Федерации о государственной регистрации юридических лиц в Едином государственном реестре юридических лиц содержатся сведения об учредителях акционерного общества, а не о его акционерах. Сведения об акционерах общества отражаются в реестре акционеров, держателем которого является само общество или регистратор* | |
| 41 | ОГРН | 1027739829116 |

| 42 | ИНН | 7706216090 |
|----|-----|-----------|
| 43 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИВИКТ" |
| 44 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | | |
| 45 | Номинальная стоимость доли (в рублях) | 10000 |
| 46 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| Сведения о держателе реестра акционеров акционерного общества | | |
| 47 | ОГРН | 5067746596870 |
| 48 | ИНН | 7743611080 |
| 49 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 50 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9147747888620 23.10.2014 |

**Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности**
*(ОКВЭД ОК 029-2001 КДЕС. Ред. 1)*

**Сведения об основном виде деятельности**

| 51 | Код и наименование вида деятельности | 74.14 КОНСУЛЬТИРОВАНИЕ ПО ВОПРОСАМ КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ И УПРАВЛЕНИЯ |
|----|-----|-----------|
| 52 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

**Сведения о записях, внесенных в Единый государственный реестр юридических лиц**

**1**

| 53 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756834022 13.09.2006 |
|----|-----|-----------|
| 54 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ ОБ УЧЕТЕ ЮРИДИЧЕСКОГО ЛИЦА В НАЛОГОВОМ ОРГАНЕ |
| 55 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

**2**

| 56 | ГРН и дата внесения записи в ЕГРЮЛ | 5067746596870 13.09.2006 |
|----|-----|-----------|
| 57 | Причина внесения записи в ЕГРЮЛ | ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА ПРИ СОЗДАНИИ |
| 58 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 59 | Наименование документа | ЗАЯВЛЕНИЕ (С ПРИЛОЖЕНИЯМИ) |
| 60 | Дата документа | 11.09.2006 |

| 61 | Наименование документа | УСТАВ |
|----|------------------------|-------|
| 62 | Дата документа | 11.09.2006 |

| 63 | Наименование документа | ПРОТОКОЛ |
|----|------------------------|----------|
| 64 | Дата документа | 11.09.2006 |

| 65 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
|----|------------------------|-------|
| 66 | Дата документа | 11.09.2006 |

| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
|----|------------------------|-------|
| 67 | Серия, номер и дата выдачи свидетельства | 77 009636607 13.09.2006 |

| 3 | | |
|----|------------------------|-------|
| 68 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756894577 15.09.2006 |
| 69 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 70 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| 4 | | |
|----|------------------------|-------|
| 71 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756900836 15.09.2006 |
| 72 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ТЕРРИТОРИАЛЬНОМ ОРГАНЕ ПЕНСИОННОГО ФОНДА РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 73 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| 5 | | |
|----|------------------------|-------|
| 74 | ГРН и дата внесения записи в ЕГРЮЛ | 2107747324771 29.04.2010 |

| 75 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
|---|---|---|
| 76 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 77 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| | | |
| 78 | Наименование документа | УСТАВ ЮЛ |
| 79 | Дата документа | 01.03.2010 |
| | | |
| 80 | Наименование документа | УСТАВ |
| | | |
| 81 | Наименование документа | ЗАПРОС, КВИТ., КОНВЕРТ |
| | | |
| 82 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 83 | Номер документа | 265 |
| 84 | Дата документа | 22.04.2010 |
| | | |
| 85 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 86 | Номер документа | 1 |
| 87 | Дата документа | 01.03.2010 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 88 | Серия, номер и дата выдачи свидетельства | 77 012288734 29.04.2010 |
| **6** | | |
| 89 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983919 27.09.2010 |
| 90 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 91 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 92 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 93 | Наименование документа | РЕШЕНИЕ+ЗАЯВЛЕНИЕ+КОНВЕРТ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 94 | Серия, номер и дата выдачи свидетельства | 77 013030104 27.09.2010 |
| | | |
| | Сведения о статусе записи | |
| 95 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 96 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 7117746265630 05.04.2011 |
| **7** | | |
| 97 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983952 27.09.2010 |
| 98 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
| 99 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 100 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 101 | Серия, номер и дата выдачи свидетельства | 77 013030105 27.09.2010 |
| **8** | | |
| 102 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984007 27.09.2010 |

| 103 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
|-----|----------------------------------|-------------------------------------------------------------------------------------------------------------------|
| 104 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 105 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 106 | Серия, номер и дата выдачи свидетельства | 77 013030103 27.09.2010 |
| **9** | | |
| 107 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984030 27.09.2010 |
| 108 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
| 109 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 110 | Наименование документа | РАСЧЕТ+РАСЧЕТ+РАСЧЕТ |
| 111 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 112 | Серия, номер и дата выдачи свидетельства | 77 013030102 27.09.2010 |
| **10** | | |
| 113 | ГРН и дата внесения записи в ЕГРЮЛ | 6117746780244 21.03.2011 |

| 114 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
|-----|-----|-----|
| 115 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| **11** | | |
| 116 | ГРН и дата внесения записи в ЕГРЮЛ | 7117746265630 05.04.2011 |
| 117 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, В СВЯЗИ ОШИБКАМИ ДОПУЩЕННЫМИ РЕГИСТРИРУЮЩИМ ОРГАНОМ |
| 118 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 119 | ГРН и дата записи, в которую внесены исправления | 6107748983919 27.09.2010 |
| **12** | | |
| 120 | ГРН и дата внесения записи в ЕГРЮЛ | 2117747137980 18.07.2011 |
| 121 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 122 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 123 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 124 | Наименование документа | РЕШЕНИЕ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 125 | Серия, номер и дата выдачи свидетельства | 77 013019631 18.07.2011 |

| 13 | | |
|---|---|---|
| 126 | ГРН и дата внесения записи в ЕГРЮЛ | 6127746305263<br>05.03.2012 |
| 127 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 128 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 14 | | |
| 129 | ГРН и дата внесения записи в ЕГРЮЛ | 9147747888620<br>23.10.2014 |
| 130 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 131 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 132 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 133 | Наименование документа | ДОВЕРЕННОСТЬ |
| 15 | | |
| 134 | ГРН и дата внесения записи в ЕГРЮЛ | 6157746596089<br>14.03.2015 |
| 135 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮРИДИЧЕСКОГО ЛИЦА И НАЗНАЧЕНИИ ЛИКВИДАТОРА |
| 136 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 137 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |

| 138 | Наименование документа | РЕШЕНИЕ О ЛИКВИДАЦИИ, ПРИНЯТОЕ УЧРЕДИТЕЛЯМИ (УЧАСТНИКАМИ) ИЛИ ОРГАНОМ ЮЛ |
|---|---|---|
| 139 | Наименование документа | ДОВЕРЕННОСТЬ |
| **16** | | |
| 140 | ГРН и дата внесения записи в ЕГРЮЛ | 9157746803249 17.06.2015 |
| 141 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СОСТАВЛЕНИИ ПРОМЕЖУТОЧНОГО ЛИКВИДАЦИОННОГО БАЛАНСА ЮРИДИЧЕСКОГО ЛИЦА |
| 142 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 143 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| 144 | Наименование документа | РЕШЕНИЕ |
| 145 | Наименование документа | ПРОМЕЖУТОЧНЫЙ ЛИКВИДАЦИОННЫЙ БАЛАНС |
| 146 | Наименование документа | ДОВЕРЕННОСТЬ |
| **17** | | |
| 147 | ГРН и дата внесения записи в ЕГРЮЛ | 8167748080580 06.09.2016 |
| 148 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИЗНАНИИ ВНЕСЕННОЙ В ОТНОШЕНИИ ЮРИДИЧЕСКОГО ЛИЦА ЗАПИСИ НЕДЕЙСТВИТЕЛЬНОЙ НА ОСНОВАНИИ РЕШЕНИЯ ВЫШЕСТОЯЩЕГО НАЛОГОВОГО ОРГАНА |
| 149 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 150 | Наименование документа | АКТ |
| 151 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 152 | Номер документа | 12-34/099789 |

| 153 | Дата документа | 02.09.2016 |
|-----|----------------|------------|
| 154 | ГРН и дата записи, которая признана недействительной | 6157747676619<br>05.08.2015 |
| **18** | | |
| 155 | ГРН и дата внесения записи в ЕГРЮЛ | 8167748080591<br>06.09.2016 |
| 156 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИЗНАНИИ ВНЕСЕННОЙ В ОТНОШЕНИИ ЮРИДИЧЕСКОГО ЛИЦА ЗАПИСИ НЕДЕЙСТВИТЕЛЬНОЙ НА ОСНОВАНИИ РЕШЕНИЯ ВЫШЕСТОЯЩЕГО НАЛОГОВОГО ОРГАНА |
| 157 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 158 | Наименование документа | АКТ |
| 159 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 160 | Номер документа | 12-34/099789 |
| 161 | Дата документа | 02.09.2016 |
| 162 | ГРН и дата записи, которая признана недействительной | 6157747677070<br>06.08.2015 |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».

# Exhibit B

UNIFIED STATE REGISTER OF LEGAL ENTITIES

Details of legal entity

## CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP

OGRN 5067746596870
Tax ID/KPP 7743611080/774301001
As of 12.09.2016

| Item N | Item | Details |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full Name | CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP |
| 2 | Short name | LIFE FG CJSC |
| 3 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |
| **Address (place of business)** | | |
| 4 | Postal Code | 125195 |
| 5 | Constituent entity of the Russian Federation | MOSCOW |
| 6 | Street (boulevard, lane, etc.) | ULITSA BELOMORSKAYA |
| 7 | House/building number | 6A |
| 8 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |
| **Details of registration** | | |
| 9 | Method of formation | ESTABLISHMENT OF LEGAL ENTITY |
| 10 | OGRN | 5067746596870 |
| 11 | Date of registration | 13.09.2006 |
| 12 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |
| **Details of registering authority at place of business of legal entity** | | |
| 13 | Name of registering authority | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| 14 | Address of registering authority | 3 POKHODNY PROYEZD, BLDG. 2, MOSCOW, 125373 |
| 15 | GRN and date of entry of information to the USRLE | 6157746596089 14.03.2015 |
| **Details of status of legal entity** | | |
| 16 | Status | COMPANY IS IN LIQUIDATION |
| 17 | GRN and date of entry of information to the USRLE | 6157746596089 14.03.2015 |
| **Details of registration with tax authority** | | |
| 18 | Tax Number: | 7743611080 |
| 19 | KPP | 774301001 |
| 20 | Date of registration | 13.09.2006 |

| 21 | Name of tax authority | FEDERAL TAX SERVICE OFFICE No. 43 FOR MOSCOW |
|---|---|---|
| 22 | GRN and date of entry of information to the USRLE | 2067756834022 13.09.2006 |

**Details of registration as a policyholder with the territorial body of the Pension Fund of the Russian Federation**

| 23 | Registration Number | 087211035204 |
|---|---|---|
| 24 | Date of registration | 14.09.2006 |
| 25 | Name of territorial body of the Pension Fund | STATE INSTITUTION - HEAD OFFICE OF PENSION FUND OF THE RF No. 5 OFFICE No. 4 LEVOBEREZHNY MUNICIPAL DISTRICT OF MOSCOW |
| 26 | GRN and date of entry of information to the USRLE | 2067756900836 15.09.2006 |

**Details of registration as a policyholder with the executive body of the Social Insurance Fund of the Russian Federation**

| 27 | Registration Number | 770103076377351 |
|---|---|---|
| 28 | Date of registration | 30.11.2009 |
| 29 | Name of executive body of the Social Insurance Fund | BRANCH No. 35 OF STATE INSTITUTION - MOSCOW REGIONAL OFFICE OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION |
| 30 | GRN and date of entry of information to the USRLE | 6117746780244 21.03.2011 |

**Details of charter capital / share capital / charter fund / equity contributions**

| 31 | Type | CHARTER CAPITAL |
|---|---|---|
| 32 | Amount (in rubles) | 10,000 |
| 33 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |

**Details of person authorized to act on behalf of legal entity without a power of attorney**

| 34 | Surname | SALTYKOV |
|---|---|---|
| 35 | First name | ALEXEY |
| 36 | Patronymic | GENNADYEVICH |
| 37 | GRN and date of entry of information to the USRLE | 6157746596089 14.03.2015 |
| 38 | Title | LIQUIDATOR |
| 39 | Contact telephone number: | +79036766017 |
| 40 | GRN and date of entry of information to the USRLE | 6157746596089 14.03.2015 |

**Details of founders / participants of legal entity**

*In accordance with the law of the Russian Federation on state registration of legal entities the Unified State Register of Legal Entities contains details of the founders of a joint stock company and not its shareholders. Details of the shareholders of a company are reflected in the shareholder register held by the company itself or a registrar.*

| 41 | OGRN | 1027739829116 |
|---|---|---|

| 42 | Tax Number: | 7706216090 |
|----|-------------|------------|
| 43 | Full Name | LIMITED LIABILITY COMPANY ALIVIKT |
| 44 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |
| 45 | Nominal value of participation interest (in rubles) | 10,000 |
| 46 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |
| | **Details of holder of shareholder register of legal entity** | |
| 47 | OGRN | 5067746596870 |
| 48 | Tax Number: | 7743611080 |
| 49 | Full Name | CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP |
| 50 | GRN and date of entry of information to the USRLE | 9147747888620 23.10.2014 |

**Details of types of economic activity in accordance with Russian Classification of Economic Activities**
*(OKVED OK 029-2001 KDES. Ver. 1)*

*Details of principal activity*

| 51 | Code and description of activity | 74.14 ADVICE ON BUSINESS ACTIVITIES AND MANAGEMENT ISSUES |
|----|----------------------------------|-----------------------------------------------------------|
| 52 | GRN and date of entry of information to the USRLE | 5067746596870 13.09.2006 |

**Details of entries made to the Unified State Register of Legal Entities**

**1**

| 53 | GRN and date of entry to USRLE | 2067756834022 13.09.2006 |
|----|-------------------------------|--------------------------|
| 54 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF TAX REGISTRATION OF LEGAL ENTITY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 55 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |

**2**

| 56 | GRN and date of entry to USRLE | 5067746596870 13.09.2006 |
|----|-------------------------------|--------------------------|
| 57 | Reason for entry to USRLE | STATE REGISTRATION OF LEGAL ENTITY UPON ESTABLISHMENT |
| 58 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 59 | Name of document | APPLICATION (WITH ATTACHMENTS) |
| 60 | Date of document | 11.09.2006 |

| | | |
|---|---|---|
| 61 | Name of document | CHARTER |
| 62 | Date of document | 11.09.2006 |
| | | |
| 63 | Name of document | MINUTES |
| 64 | Date of document | 11.09.2006 |
| | | |
| 65 | Name of document | DOCUMENT ON PAYMENT OF STAMP DUTY |
| 66 | Date of document | 11.09.2006 |
| | | |
| | Details of certificate confirming entry to the USRLE | |
| 67 | Series, number and date of issue of certificate | 77 009636607<br>13.09.2006 |
| **3** | | |
| 68 | GRN and date of entry to USRLE | 2067756894577<br>15.09.2006 |
| 69 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF REGISTRATION OF LEGAL ENTITY AS A POLICYHOLDER WITH THE EXECUTIVE BODY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 70 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| **4** | | |
| 71 | GRN and date of entry to USRLE | 2067756900836<br>15.09.2006 |
| 72 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF REGISTRATION OF LEGAL ENTITY AS A POLICYHOLDER WITH THE TERRITORIAL BODY OF THE PENSION FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 73 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| **5** | | |
| 74 | GRN and date of entry to USRLE | 2107747324771<br>29.04.2010 |

| 75 | Reason for entry to USRLE | AMENDMENT OF DETAILS OF LEGAL ENTITY CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES IN CONNECTION WITH AMENDMENTS TO INCORPORATION DOCUMENTS |
| 76 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 77 | Name of document | P13001 STATEMENT OF AMENDMENTS TO INCORPORATION DOCUMENTS |
| 78 | Name of document | CHARTER OF LEGAL ENTITY |
| 79 | Date of document | 01.03.2010 |
| 80 | Name of document | CHARTER |
| 81 | Name of document | APPLICATION, RECEIPT, ENVELOPE |
| 82 | Name of document | DOCUMENT ON PAYMENT OF STAMP DUTY |
| 83 | Document number | 265 |
| 84 | Date of document | 22.04.2010 |
| 85 | Name of document | RESOLUTION ON AMENDMENT OF INCORPORATION DOCUMENTS |
| 86 | Document number | 1 |
| 87 | Date of document | 01.03.2010 |
| | Details of certificate confirming entry to the USRLE | |
| 88 | Series, number and date of issue of certificate | 77 012288734 29.04.2010 |
| **6** | | |
| 89 | GRN and date of entry to USRLE | 6107748983919 27.09.2010 |
| 90 | Reason for entry to USRLE | AMENDMENT OF DETAILS OF LEGAL ENTITY CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT RELATED TO AMENDMENT OF INCORPORATION DOCUMENTS |
| 91 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |

| | Details of documents submitted upon entry being made to the USRLE | |
|---|---|---|
| 92 | Name of document | P14001 STATEMENT OF AMENDMENTS TO DETAILS NOT RELATED TO AMENDMENT OF INCORPORATION DOCUMENTS |
| | | |
| 93 | Name of document | RESOLUTION+APPLICATION+ENVELOP |
| | | |
| | Details of certificate confirming entry to the USRLE | |
| | | |
| 94 | Series, number and date of issue of certificate | 77 013030104 27.09.2010 |
| | | |
| | Details of status of entry | |
| 95 | Status of entry | Entry amended in connection with a technical error made by registering authority |
| 96 | GRN and date of record amending the technical error | 7117746265630 05.04.2011 |
| 7 | | |
| 97 | GRN and date of entry to USRLE | 6107748983952 27.09.2010 |
| 98 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF NET ASSET VALUE OF COMPANY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 99 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | | |
| | Details of documents submitted upon entry being made to the USRLE | |
| 100 | Name of document | P14002 STATEMENT OF COMPANY BEING IN THE PROCESS OF REDUCING ITS CHARTER CAPITAL AND/OR NET ASSET VALUE OF THE COMPANY |
| | | |
| | Details of certificate confirming entry to the USRLE | |
| | | |
| 101 | Series, number and date of issue of certificate | 77 013030105 27.09.2010 |
| 8 | | |
| 102 | GRN and date of entry to USRLE | 6107748984007 27.09.2010 |

| 103 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF NET ASSET VALUE OF COMPANY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 104 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 105 | Name of document | P14002 STATEMENT OF COMPANY BEING IN THE PROCESS OF REDUCING ITS CHARTER CAPITAL AND/OR NET ASSET VALUE OF THE COMPANY |
| | Details of certificate confirming entry to the USRLE | |
| 106 | Series, number and date of issue of certificate | 77 013030103 27.09.2010 |

**9**

| 107 | GRN and date of entry to USRLE | 6107748984030 27.09.2010 |
| 108 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF NET ASSET VALUE OF COMPANY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 109 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 110 | Name of document | CALCULATION+CALCULATION+CALCULATION |
| 111 | Name of document | P14002 STATEMENT OF COMPANY BEING IN THE PROCESS OF REDUCING ITS CHARTER CAPITAL AND/OR NET ASSET VALUE OF THE COMPANY |
| | Details of certificate confirming entry to the USRLE | |
| 112 | Series, number and date of issue of certificate | 77 013030102 27.09.2010 |

**10**

| 113 | GRN and date of entry to USRLE | 6117746780244 21.03.2011 |

| 114 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF REGISTRATION OF LEGAL ENTITY AS A POLICYHOLDER WITH THE EXECUTIVE BODY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 115 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |

|  | 11 |  |
|---|---|---|
| 116 | GRN and date of entry to USRLE | 7117746265630 05.04.2011 |
| 117 | Reason for entry to USRLE | AMENDMENT OF DETAILS OF LEGAL ENTITY CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES IN CONNECTION WITH ERRORS MADE BY THE REGISTERING AUTHORITY |
| 118 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| 119 | GRN and date of amended record | 6107748983919 27.09.2010 |

|  | 12 |  |
|---|---|---|
| 120 | GRN and date of entry to USRLE | 2117747137980 18.07.2011 |
| 121 | Reason for entry to USRLE | AMENDMENT OF DETAILS OF LEGAL ENTITY CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT RELATED TO AMENDMENT OF INCORPORATION DOCUMENTS |
| 122 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |

|  | Details of documents submitted upon entry being made to the USRLE |  |
|---|---|---|
| 123 | Name of document | P14001 STATEMENT OF AMENDMENTS TO DETAILS NOT RELATED TO AMENDMENT OF |

| 124 | Name of document | RESOLUTION |

|  | Details of certificate confirming entry to the USRLE |  |
|---|---|---|
| 125 | Series, number and date of issue of certificate | 77 013019631 18.07.2011 |

| | 13 | |
|---|---|---|
| 126 | GRN and date of entry to USRLE | 6127746305263<br>05.03.2012 |
| 127 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF REGISTRATION OF LEGAL ENTITY AS A POLICYHOLDER WITH THE EXECUTIVE BODY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 128 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE<br>No. 46 FOR MOSCOW |
| | 14 | |
| 129 | GRN and date of entry to USRLE | 9147747888620<br>23.10.2014 |
| 130 | Reason for entry to USRLE | AMENDMENT OF DETAILS OF LEGAL ENTITY CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES NOT RELATED TO AMENDMENT OF INCORPORATION DOCUMENTS |
| 131 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE<br>No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 132 | Name of document | P14001 STATEMENT OF AMENDMENTS TO DETAILS NOT RELATED TO AMENDMENT OF |
| 133 | Name of document | POWER OF ATTORNEY |
| | 15 | |
| 134 | GRN and date of entry to USRLE | 6157746596089<br>14.03.2015 |
| 135 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF RESOLUTION ON LIQUIDATION OF LEGAL ENTITY AND APPOINTMENT OF LIQUIDATOR TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 136 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE<br>No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 137 | Name of document | P15001 NOTICE ON ADOPTION OF RESOLUTION ON LIQUIDATION OF |

| 138 | Name of document | RESOLUTION ON LIQUIDATION ADOPTED BY FOUNDERS / PARTICIPANTS OR CORPORATE |
|---|---|---|
| 139 | Name of document | POWER OF ATTORNEY |
| **16** | | |
| 140 | GRN and date of entry to USRLE | 9157746803249 17.06.2015 |
| 141 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF PREPARATION OF INTERIM LIQUIDATION BALANCE SHEET OF LEGAL ENTITY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 142 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 143 | Name of document | P15001 NOTICE ON ADOPTION OF RESOLUTION ON LIQUIDATION OF |
| 144 | Name of document | RESOLUTION |
| 145 | Name of document | INTERIM LIQUIDATION BALANCE SHEET |
| 146 | Name of document | POWER OF ATTORNEY |
| **17** | | |
| 147 | GRN and date of entry to USRLE | 8167748080580 06.09.2016 |
| 148 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF INVALIDATION OF ENTRY ON LEGAL ENTITY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES FURTHER TO DECISION OF HIGHER-LEVEL TAX AUTHORITY |
| 149 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 150 | Name of document | ACT |
| 151 | Name of document | DECISION ON APPEAL |
| 152 | Document number | 12-34/099789 |

| 153 | Date of document | 02.09.2016 |
|---|---|---|
| 154 | GRN and date of invalidated record | 6157747676619<br>05.08.2015 |
| **18** | | |
| 155 | GRN and date of entry to USRLE | 8167748080591<br>06.09.2016 |
| 156 | Reason for entry to USRLE | RECORD OF ENTRY OF DETAILS OF INVALIDATION OF ENTRY ON LEGAL ENTITY TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES FURTHER TO DECISION OF HIGHER-LEVEL TAX AUTHORITY |
| 157 | Name of registering authority which made the entry to the USRLE | INTERDISTRICT FEDERAL TAX SERVICE OFFICE<br>No. 46 FOR MOSCOW |
| | Details of documents submitted upon entry being made to the USRLE | |
| 158 | Name of document | ACT |
| 159 | Name of document | DECISION ON APPEAL |
| 160 | Document number | 12-34/099789 |
| 161 | Date of document | 02.09.2016 |
| 162 | GRN and date of invalidated record | 6157747677070<br>06.08.2015 |

Information compiled from website of FTS Russia using the service Details of State Registration of Legal Entities, Individual Entrepreneurs and Peasant (Farm) Holdings.