UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
: 
SERGEY LEONTIEV, :
:
Plaintiff, :
: Case No. 1:16-cv-03595 (JSR)
- v. - :
:
ALEXANDER VARSHAVSKY, :
:
Defendant. :
:
---------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Colby A. Smith of Debevoise & Plimpton LLP hereby appears on behalf of defendant Alexander Varshavsky in the above-captioned case.

Dated: New York, New York
November 21, 2016

DEBEVOISE & PLIMPTON LLP

By: /s/ Colby A. Smith
       Colby A. Smith

801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 383-8095 (DC)
       (212) 909-6791 (NY)
Fax: (202) 383-9224
casmith@debevoise.com

*Counsel to Defendant Alexander Varshavsky*