UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
: 
SERGEY LEONTIEV, :
:
Plaintiff, : No. 16-CV-03595 (JSR)
:
-against- :
:
ALEXANDER VARSHAVSKY, :
:
Defendant. :
------------------------------------ x

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for plaintiff Sergey Leontiev and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of plaintiff Sergey Leontiev.  The undersigned is admitted to practice in this Court.

Dated: New York, New York
       November 21, 2016

                              Respectfully submitted,

                              GIBSON, DUNN & CRUTCHER LLP

                    By:   *s/ Alison L. Wollin*
                              Alison L. Wollin

                              200 Park Avenue
                              New York, New York 10166-0193
                              Telephone: (212) 351-4000
                              Facsimile: (212) 351-4035
                              awollin@gibsondunn.com

                              *Attorney for Plaintiff*