```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SERGEY LEONTIEV,                     :
                                     :
                                     :   16 Civ. 3595 (JSR)
        Plaintiff,                   :
                                     :      ORDER
        -v-                          :
                                     :
ALEXANDER VARSHAVSKY,                :
                                     :
                                     :
        Defendant.                   :
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is defendant Alexander Varshavsky's application to compel plaintiff Sergey Leontiev to produce unredacted versions of certain documents that were previously produced to Varshavsky with redactions. With the Court's permission, Leontiev submitted a sample of the approximately 50 documents at issue for <u>in camera</u> review. Upon careful review of the sample, the Court finds that the redactions are consistent with the Court's many prior discovery rulings, including in particular the rulings memorialized in the Court's "bottom-line" order denying Leontiev's motion for judgment on the pleadings. <u>See</u> Order dated Sept. 22, 2016, ECF No. 41. Accordingly, Varshasvky's application is hereby denied.

SO ORDERED.

Dated:   New York, NY
         December __, 2016

JED S. RAKOFF, U.S.D.J.

1