**Debevoise
&Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000



January 13, 2017

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*Leontiev v. Varshavsky*, No. 1:16-cv-03595 (JSR)
**Request for Leave to Withdraw as Counsel**

Dear Judge Rakoff:

Please be advised that, as of January 14, 2017, I will no longer be employed by the law firm of Debevoise & Plimpton LLP, counsel for the defendant in the above-captioned matter. I hereby respectfully request the Court's leave to withdraw as counsel of record in this matter, and request that the Court direct the clerk to remove my name from the court's docket and ECF electronic mailing distribution list.

Debevoise & Plimpton LLP and all Debevoise attorneys who have appeared in this matter will remain as counsel to the defendant.

Thank you very much.

Respectfully submitted,

/s/ Peter S. Ross

Peter S. Ross

SO ORDERED
[signature]
USDJ
1/17/17