UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                         :

SERGEY LEONTIEV,                  :

            Plaintiff,               :     No. 16-cv-03595 (JSR)

        -against-                    :     **NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

ALEXANDER VARSHAVSKY,        :

           Defendant.           :     **ORAL ARGUMENT REQUESTED**

                         :

----------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT**, upon the papers to be served and filed by Plaintiff

Sergey Leontiev on January 27, 2017, Mr. Leontiev, by and through his undersigned counsel,

respectfully moves this Court before the Honorable Jed S. Rakoff, U.S. District Judge, United

States Courthouse, 500 Pearl Street, New York, New York, pursuant to Federal Rule of Civil

Procedure 56, for an Order granting summary judgment as to the Complaint's first cause of

action for a declaratory judgment.

      Defendant's response to this motion must be served by February 10, 2017, and Plaintiff's

reply must be served by February 17, 2017.  Oral argument is scheduled for March 1, 2017, at 2

P.M.

Dated: January 20, 2017
       New York, New York

                                        GIBSON, DUNN & CRUTCHER LLP


                                        By: /s/ Robert L. Weigel
                                            Robert L. Weigel
                                            Marshall R. King

                                        200 Park Avenue
                                        New York, New York 10166
                                        Telephone: 212.351.4000
                                        Facsimile: 212.351.4035

                                        *Attorneys for Plaintiff Sergey Leontiev*