# EXHIBIT 2

UNIFIED STATE REGISTER OF LEGAL ENTITIES

Information about the legal entity

CLOSED JOINT STOCK COMPANY FINANCIAL GROUP LIFE

PSRN 5067746596870
TIN [Taxpayer Identification Number]/
TRC [Tax Registration Code] 7743611080/774301001
as at 1/24/2017

| Item No. | Item name | Item description |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full name | CLOSED JOINT STOCK COMPANY FINANCIAL GROUP LIFE |
| 2 | Abbreviated name | FG LIFE CJSC |
| 3 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Address (location)** | | |
| 4 | Post code | 125195 |
| 5 | Constituent entity of the Russian Federation | CITY OF MOSCOW |
| 6 | Street (prospekt, lane, etc.) | ULITSA BELOMORSKAYA |
| 7 | House (property, etc.) | 6A |
| 8 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Information about registration** | | |
| 9 | Method of creation | CREATION OF A LEGAL ENTITY |
| 10 | PSRN | 5067746596870 |
| 11 | Registration date | 9/13/2006 |
| 12 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Information about the registering authority based on the location of the legal entity** | | |
| 13 | Name of the registering authority | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 14 | Address of the registering authority | 125373, MOSCOW, POKHODNIY PROEZD, DOMOVLADENIE 3, STR. 2 |
| 15 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6157747676619 8/5/2015 |
| **Information about termination** | | |
| 16 | Termination method | LIQUIDATION OF THE LEGAL ENTITY |
| 17 | Termination date | 8/5/2015 |
| 18 | Name of the body making the entry regarding the termination of the legal entity | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 19 | State registration number and date of entry on the termination of the legal entity in the Unified State Register of Legal Entities | 6157747676619 8/5/2015 |
| **Information on registration with the tax authority** | | |
| 20 | TIN | 7743611080 |

| 21 | TRC | 774301001 |
|---|---|---|
| 22 | Registration date | 9/13/2006 |
| 23 | Name of tax authority | INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 43 FOR THE CITY OF MOSCOW |
| 24 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6157747677070 8/6/2015 |
| **Information about registration as insurer with the territorial body of the Pension Fund of the Russian Federation** | | |
| 25 | Registration number | 087211035204 |
| 26 | Registration date | 9/14/2006 |
| 27 | Name of the territorial authority of the Pension Fund | STATE INSTITUTION – CENTRAL OFFICE OF THE PENSION FUND OF THE RUSSIAN FEDERATION NO. 5 DIRECTORATE NO. 4, LEVOBEREZZHNYI MUNICIPAL DISTRICT OF THE CITY OF MOSCOW |
| 28 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2067756900836 9/15/2006 |
| **Information about registration as insurer with the executive authority of the Social Insurance Fund of the Russian Federation** | | |
| 29 | Registration number | 770103076377351 |
| 30 | Registration date | 9/17/2016 |
| 31 | Name of the executive body of the Social Insurance Fund | BRANCH OFFICE NO. 35 OF STATE INSTITUTION - MOSCOW REGIONAL DEPARTMENT OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION |
| 32 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 7167749353655 10/4/2016 |
| **Information about the share capital (pooled capital, authorized fund, equity contributions)** | | |
| 33 | Type | SHARE CAPITAL |
| 34 | Amount (in RUB) | 10,000 |
| 35 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Information about the person authorized to act on behalf of the legal entity without a power of attorney** | | |
| | | |
| 36 | Last name | SALTYKOV |
| 37 | First name | ALEKSEY |
| 38 | Patronymic | GENNADEVICH |
| 39 | State registration number and date the Unified State Register of Legal Entities added the record containing the indicated information | 6157746596089 3/14/2015 |
| 40 | Position | RECEIVER |
| 41 | Contact phone number | +79036766017 |
| 42 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6157746596089 3/14/2015 |

| | | |
|---|---|---|
| **Information about the founders (members) of the legal entity** | | |
| *In accordance with the laws of the Russian Federation on state registration of legal entities, the Unified State Register of Legal Entities contains information about the founders of a joint stock company, and not about its shareholders. Information about the shareholders of a joint stock company is shown in the shareholder register, maintained by the company itself or a registrar* | | |
| 43 | PSRN | 1027739829116 |
| 44 | TIN | 7706216090 |
| 45 | Full name | LIMITED LIABILITY COMPANY ALIVIKT |
| 46 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| | | |
| 47 | Nominal value of the holding stake (in RUB) | 10,000 |
| 48 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Information about the entity maintaining the joint stock company's shareholder register** | | |
| 49 | PSRN | 5067746596870 |
| 50 | TIN | 7743611080 |
| 51 | Full name | CLOSED JOINT STOCK COMPANY FINANCIAL GROUP LIFE |
| 52 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 9147747888620 10/23/2014 |
| **Information about the types of economic activities according to the All-Russian Classification of Types of Economic Activities [OKVED]** *(OKVED OK 029-2001 KDES. Ver. 1)* | | |
| ***Information about the core business*** | | |
| 53 | Code and name of the type of activity | 74.14 CONSULTING ON BUSINESS AND MANAGEMENT ISSUES |
| 54 | State registration number and date of entry of the information in the Unified State Register of Legal Entities a | 5067746596870 9/13/2006 |
| ***Information about additional types of activities*** | | |
| 1 | | |
| 55 | Code and name of the type of activity | 67.11.19 OTHER ACTIVITIES ASSOCIATED WITH THE MANAGEMENT OF FINANCIAL MARKETS, NOT INCLUDED IN THE OTHER GROUPS |
| 56 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| 2 | | |
| 57 | Code and name of the type of activity | 74.1 ACTIVITIES IN THE AREA OF LAW, ACCOUNTING, AND AUDITING; CONSULTING ON BUSINESS AND MANAGEMENT ISSUES |
| 58 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |

| 3 | | |
|---|---|---|
| 59 | Code and name of the type of activity | 74.15 FINANCIAL AND INDUSTRIAL GROUP AND HOLDING COMPANY MANAGEMENT ACTIVITIES |
| 60 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| **Information about entries in the Unified State Register of Legal Entities** | | |
| 1 | | |
| 61 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2067756834022 9/13/2006 |
| 62 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE REGISTRATION OF THE LEGAL ENTITY WITH THE TAX AUTHORITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 63 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 2 | | |
| 64 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 5067746596870 9/13/2006 |
| 65 | Reason for entry in the Unified State Register of Legal Entities | STATE REGISTRATION OF THE LEGAL ENTITY A THE TIME OF ITS ESTABLISHMENT |
| 66 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 67 | Document name | APPLICATION (WITH APPENDICES) |
| 68 | Document date | 9/11/2006 |
| | | |
| 69 | Document name | CHARTER |
| 70 | Document date | 9/11/2006 |
| | | |
| 71 | Document name | MINUTES |
| 72 | Document date | 9/11/2006 |
| | | |
| 73 | Document name | RECEIPT FOR PAYMENT OF STAMP DUTY |
| 74 | Document date | 9/11/2006 |
| | | |
| | Information about the certificate confirming entry in the Unified State Register of Legal Entities | |
| 75 | Series, number, and issue date of certificate | 77 009636607 9/13/2006 |

| 3 | | |
|---|---|---|
| 76 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2067756894577<br>9/15/2006 |
| 77 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 78 | Name of the registering authority that added the record to the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 4 | | |
| 79 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2067756900836<br>9/15/2006 |
| 80 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE TERRITORIAL AUTHORITY OF THE PENSION FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 81 | Name of the registering authority that added the record to the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 5 | | |
| 82 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2107747324771<br>4/29/2010 |
| 83 | Reason for entry in the Unified State Register of Legal Entities | AMENDMENT OF INFORMATION ABOUT THE LEGAL ENTITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES, ASSOCIATED WITH MAKING AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS |
| 84 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 85 | Document name | R13001 STATEMENT OF AMENDMENT OF CONSTITUTIVE DOCUMENTS |
| 86 | Document name | CHARTER OF THE LEGAL ENTITY |
| 87 | Document date | 3/1/2010 |
| 88 | Document name | CHARTER |
| 89 | Document name | REQUEST, RECEIPT, ENVELOPE |

| 90 | Document name | RECEIPT FOR PAYMENT OF STAMP DUTY |
|---|---|---|
| 91 | Document number | 265 |
| 92 | Document date | 4/22/2010 |
| | | |
| 93 | Document name | DECISION TO AMEND THE CONSTITUTIVE DOCUMENTS |
| 94 | Document number | 1 |
| 95 | Document date | 3/1/2010 |
| | | |
| | Information about the certificate confirming entry in the Unified State Register of Legal Entities | |
| 96 | Series, number, and issue date of certificate | 77 012288734<br>4/29/2010 |
| | **6** | |
| 97 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6107748983919<br>9/27/2010 |
| 98 | Reason for entry in the Unified State Register of Legal Entities | AMENDMENT OF INFORMATION ABOUT THE LEGAL ENTITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES, NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS |
| 99 | Name of the registering authority that making entries in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 100 | Document name | R14001 STATEMENT OF AMENDMENT OF INFORMATION NOT ASSOCIATED WITH CHANGES TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1.) |
| | | |
| 101 | Document name | DECISION+STATEMENT+ENVELOPE |
| | | |
| | Information about the certificate confirming entry in the Unified State Register of Legal Entities | |
| 102 | Series, number, and issue date of certificate | 77 013030104<br>9/27/2010 |
| | | |
| | Information about the status of the entry | |
| 103 | Status of entry | Entry was amended due to a technical error made by the registering authority |
| 104 | State registration number and date of entry of the amendments due to the technical error | 7117746265630<br>4/5/2011 |

| | 7 | |
|---|---|---|
| 105 | State registration number and date of entry in the Unified State Register of Legal Entities | 6107748983952<br>9/27/2010 |
| 106 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE NET ASSET VALUE OF THE JOINT STOCK COMPANY in THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 107 | Name of the registering authority that added the record to the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 108 | Document name | R14002 NOTICE OF THE JSC BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| | Information about the certificate con firming entry in the Unified State Register of Legal Entities | |
| 109 | Series, number, and issue date of certificate | 77 013030105<br>9/27/2010 |
| | 8 | |
| 110 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6107748984007<br>9/27/2010 |
| 111 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE NET ASSET VALUE OF THE JOINT STOCK COMPANY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 112 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 113 | Document name | R14002 NOTICE OF THE JOINT STOCK COMPANY BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| | Information about the certificate confirming entry in the Unified State Register of Legal Entities | |
| 114 | Series, number, and issue date of certificate | 77 013030103<br>9/27/2010 |
| | 9 | |
| 115 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6107748984030<br>9/27/2010 |

| 116 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE NET ASSET VALUE OF THE JOINT STOCK COMPANY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 117 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry into the Unified State Register of Legal Entities | |
| 118 | Document name | CALCULATION+CALCULATION+CALCULATION |
| | | |
| 119 | Document name | R14002 NOTICE OF THE JOINT STOCK COMPANY BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| | | |
| | Information about the certificate confirming entry in the Unified State Register of Legal Entities | |
| 120 | Series, number, and issue date of certificate | 77 013030102 9/27/2010 |
| **10** | | |
| 121 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6117746780244 3/21/2011 |
| 122 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 123 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| **11** | | |
| 124 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 7117746265630 4/5/2011 |
| 125 | Reason for entry in the Unified State Register of Legal Entities | AMENDMENT OF THE INFORMATION ABOUT THE LEGAL ENTITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES DUE TO ERRORS MADE BY THE REGISTERING AUTHORITY |
| 126 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| 127 | State registration number and date of the corrections | 6107748983919 9/27/2010 |

| | 12 | |
|---|---|---|
| 128 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2117747137980<br>7/18/2011 |
| 129 | Reason for entry in the Unified State Register of Legal Entities | AMENDMENT OF INFORMATION ABOUT THE LEGAL ENTITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES, NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS |
| 130 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 131 | Document name | R14001 STATEMENT OF AMENDMENTS TO THE INFORMATION NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1.) |
| 132 | Document name | DECISION |
| | Information about the certificate con firming entry in the Unified State Register of Legal Entities | |
| 133 | Series, number, and issue date of certificate | 77 013019631<br>7/18/2011 |
| | 13 | |
| 134 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6127746305263<br>3/5/2012 |
| 135 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 136 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | 14 | |
| 137 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 9147747888620<br>10/23/2014 |
| 138 | Reason for entry in the Unified State Register of Legal Entities | AMENDMENT OF INFORMATION ABOUT THE LEGAL ENTITY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES, NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS |
| 139 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |

| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
|---|---|---|
| 140 | Document name | R14001 STATEMENT OF AMENDMENTS TO INFORMATION NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1.) |
| | | |
| 141 | Document name | POWER OF ATTORNEY |
| 15 | | |
| 142 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6157746596089 3/14/2015 |
| 143 | Reason for entry in the Unified State Register of Legal Entities | ENTRY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES OF INFORMATION ABOUT THE DECISION TO LIQUIDATE THE LEGAL ENTITY AND APPOINT A LIQUIDATOR |
| 144 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry into the Unified State Register of Legal Entities | |
| 145 | Document name | R15001 NOTICE OF THE DECISION TO LIQUIDATE THE LEGAL ENTITY |
| | | |
| 146 | Document name | DECISION TO LIQUIDATE MADE BY THE FOUNDERS (MEMBERS) OR A BODY OF THE LEGAL ENTITY |
| | | |
| 147 | Document name | POWER OF ATTORNEY |
| 16 | | |
| 148 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 9157746803249 6/17/2015 |
| 149 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES ABOUT THE PREPARATION OF THE LEGAL ENTITY'S INTERIM LIQUIDATION BALANCE SHEET |
| 150 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 151 | Document name | R15001 NOTICE OF THE DECISION TO LIQUIDATE THE LEGAL ENTITY |
| | | |
| 152 | Document name | DECISION |

| 153 | Document name | INTERIM LIQUIDATION BALANCE SHEET |
|---|---|---|
| | | |
| 154 | Document name | POWER OF ATTORNEY |
| **17** | | |
| 155 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 6157747676619 8/5/2015 |
| 156 | Reason for entry in the Unified State Register of Legal Entities | STATE REGISTRATION OF A LEGAL ENTITY DUE TO LIQUIDATION |
| 157 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry in the Unified State Register of Legal Entities | |
| 158 | Document name | R16001 NOTICE OF LIQUIDATION (BASED ON A DECISION OF THE FOUNDERS (MEMBERS) OR ANOTHER BODY OF THE LEGAL ENTITY) |
| | | |
| 159 | Document name | DECISION |
| | | |
| 160 | Document name | POWER OF ATTORNEY |
| | | |
| 161 | Document name | RECEIPT FOR PAYMENT OF STAMP DUTY |
| 162 | Document number | 4914844657 |
| 163 | Document date | 7/29/2015 |
| | | |
| 164 | Document name | LIQUIDATION BALANCE SHEET |
| | | |
| | Information about the status of the entry | |
| 165 | Status of entry | Entry declared invalid |
| 166 | State registration number and date of entry declaring the entry invalid | 8167748080580 9/6/2016 |
| **18** | | |
| 167 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2167749881880 9/21/2016 |
| 168 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 169 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |

| | 19 | |
|---|---|---|
| 170 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 7167749353655<br>10/4/2016 |
| 171 | Reason for entry in the Unified State Register of Legal Entities | ENTRY OF INFORMATION ABOUT THE LEGAL ENTITY'S REGISTRATION AS INSURER WITH THE EXECUTIVE AUTHORITY OF THE SOCIAL INSURANCE FUND OF THE RUSSIAN FEDERATION TO THE UNIFIED STATE REGISTER OF LEGAL ENTITIES |
| 172 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | 20 | |
| 173 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2177746152725<br>1/10/2017 |
| 174 | Reason for entry in the Unified State Register of Legal Entities | ENTRY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES OF INFORMATION CONCERNING THE INVALIDATION OF AN ENTRY RELATING TO THE LEGAL ENTITY ON THE BASIS OF A DECISION MADE BY A HIGHER TAX AUTHORITY |
| 175 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
| | | |
| | Information about documents supporting entry into the Unified State Register of Legal Entities | |
| 176 | Document name | LETTER |
| | | |
| 177 | Document name | CERTIFICATE |
| | | |
| 178 | Document name | DECISION ON APPEAL |
| 179 | Document number | SA-4-9/24995@ |
| 180 | Document date | 12/26/2016 |
| 181 | State registration number and the date of the invalidated entry | 8167748080580<br>9/6/2016 |
| | 21 | |
| 182 | State registration number and date of entry of the information in the Unified State Register of Legal Entities | 2177746152736<br>1/10/2017 |
| 183 | Reason for entry in the Unified State Register of Legal Entities | ENTRY IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES OF INFORMATION CONCERNING THE INVALIDATION OF AN ENTRY RELATING TO THE LEGAL ENTITY ON THE BASIS OF A DECISION MADE BY A HIGHER TAX AUTHORITY |

| 184 | Name of the registering authority making the entry in the Unified State Register of Legal Entities | INTERDISTRICT INSPECTORATE OF THE FEDERAL TAX SERVICE NO. 46 FOR THE CITY OF MOSCOW |
|---|---|---|
| | | |
| | Information about documents supporting entry into the Unified State Register of Legal Entities | |
| 185 | Document name | LETTER |
| | | |
| 186 | Document name | CERTIFICATE |
| | | |
| 187 | Document name | DECISION ON APPEAL |
| 188 | Document number | SA-4-9/24995@ |
| 189 | Document date | 12/26/2016 |
| 190 | State registration number and date of the record that was declared invalid | 8167748080591 9/6/2016 |

This information was generated from the website of the Federal Tax Service of Russia using the service "Information about State Registration of Legal Entities, Sole Proprietors, and Farms."

ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"

ОГРН 5067746596870
ИНН/КПП 7743611080/774301001
по состоянию на 24.01.2017

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 2 | Сокращенное наименование | ЗАО "ФГ "ЛАЙФ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Адрес (место нахождения)** | | |
| 4 | Почтовый индекс | 125195 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | УЛИЦА БЕЛОМОРСКАЯ |
| 7 | Дом (владение и т.п.) | 6А |
| 8 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрации** | | |
| 9 | Способ образования | СОЗДАНИЕ ЮРИДИЧЕСКОГО ЛИЦА |
| 10 | ОГРН | 5067746596870 |
| 11 | Дата регистрации | 13.09.2006 |
| 12 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о регистрирующем органе по месту нахождения юридического лица** | | |
| 13 | Наименование регистрирующего органа | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 14 | Адрес регистрирующего органа | 125373, Г.МОСКВА, ПОХОДНЫЙ ПРОЕЗД, ДОМОВЛАДЕНИЕ 3, СТР.2 |
| 15 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747676619 05.08.2015 |
| **Сведения о прекращении** | | |
| 16 | Способ прекращения | ЛИКВИДАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА |
| 17 | Дата прекращения | 05.08.2015 |
| 18 | Наименование органа, внесшего запись о прекращении юридического лица | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 19 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747676619 05.08.2015 |
| **Сведения об учете в налоговом органе** | | |
| 20 | ИНН | 7743611080 |

| 21 | КПП | 774301001 |
|----|-----|-----------|
| 22 | Дата постановки на учет | 13.09.2006 |
| 23 | Наименование налогового органа | ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 43 ПО Г. МОСКВЕ |
| 24 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747677070 06.08.2015 |

**Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации**

| 25 | Регистрационный номер | 087211035204 |
|----|-----|-----------|
| 26 | Дата регистрации | 14.09.2006 |
| 27 | Наименование территориального органа Пенсионного фонда | ГОСУДАРСТВЕННОЕ УЧРЕЖДЕНИЕ - ГЛАВНОЕ УПРАВЛЕНИЕ ПЕНСИОННОГО ФОНДА РФ №5 УПРАВЛЕНИЕ №4 МУНИЦИПАЛЬНЫЙ РАЙОН ЛЕВОБЕРЕЖНЫЙ Г.МОСКВЫ |
| 28 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067756900836 15.09.2006 |

**Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации**

| 29 | Регистрационный номер | 770103076377351 |
|----|-----|-----------|
| 30 | Дата регистрации | 17.09.2016 |
| 31 | Наименование исполнительного органа Фонда социального страхования | ФИЛИАЛ №35 ГОСУДАРСТВЕННОГО УЧРЕЖДЕНИЯ - МОСКОВСКОГО РЕГИОНАЛЬНОГО ОТДЕЛЕНИЯ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 32 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7167749353655 04.10.2016 |

**Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах)**

| 33 | Вид | УСТАВНЫЙ КАПИТАЛ |
|----|-----|-----------|
| 34 | Размер (в рублях) | 10000 |
| 35 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

**Сведения о лице, имеющем право без доверенности действовать от имени юридического лица**

| | | |
|----|-----|-----------|
| 36 | Фамилия | САЛТЫКОВ |
| 37 | Имя | АЛЕКСЕЙ |
| 38 | Отчество | ГЕННАДЬЕВИЧ |
| 39 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| 40 | Должность | ЛИКВИДАТОР |
| 41 | Контактный телефон | +79036766017 |
| 42 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |

## Сведения об учредителях (участниках) юридического лица

*В соответствии с законодательством Российской Федерации о государственной регистрации юридических лиц в Едином государственном реестре юридических лиц содержатся сведения об учредителях акционерного общества, а не о его акционерах. Сведения об акционерах общества отражаются в реестре акционеров, держателем которого является само общество или регистратор*

| 43 | ОГРН | 1027739829116 |
|----|------|---------------|
| 44 | ИНН | 7706216090 |
| 45 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИВИКТ" |
| 46 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | | |
| 47 | Номинальная стоимость доли (в рублях) | 10000 |
| 48 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

### Сведения о держателе реестра акционеров акционерного общества

| 49 | ОГРН | 5067746596870 |
|----|------|---------------|
| 50 | ИНН | 7743611080 |
| 51 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 52 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9147747888620 23.10.2014 |

### Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности
*(ОКВЭД ОК 029-2001 КДЕС. Ред. 1)*

#### Сведения об основном виде деятельности

| 53 | Код и наименование вида деятельности | 74.14 КОНСУЛЬТИРОВАНИЕ ПО ВОПРОСАМ КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ И УПРАВЛЕНИЯ |
|----|------|---------------|
| 54 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

#### Сведения о дополнительных видах деятельности

**1**

| 55 | Код и наименование вида деятельности | 67.11.19 ПРОЧАЯ ДЕЯТЕЛЬНОСТЬ, СВЯЗАННАЯ С УПРАВЛЕНИЕМ ФИНАНСОВЫМИ РЫНКАМИ, НЕ ВКЛЮЧЕННАЯ В ДРУГИЕ ГРУППИРОВКИ |
|----|------|---------------|
| 56 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

**2**

| 57 | Код и наименование вида деятельности | 74.1 ДЕЯТЕЛЬНОСТЬ В ОБЛАСТИ ПРАВА, БУХГАЛТЕРСКОГО УЧЕТА И АУДИТА; КОНСУЛЬТИРОВАНИЕ ПО ВОПРОСАМ КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ И УПРАВЛЕНИЯ ПРЕДПРИЯТИЕМ |
|----|------|---------------|
| 58 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |

| | | 3 | |
|---|---|---|---|
| 59 | Код и наименование вида деятельности | 74.15 ДЕЯТЕЛЬНОСТЬ ПО УПРАВЛЕНИЮ ФИНАНСОВО-ПРОМЫШЛЕННЫМИ ГРУППАМИ И ХОЛДИНГ-КОМПАНИЯМИ | |
| 60 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 | |

| **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | | | |
|---|---|---|---|
| | | 1 | |
| 61 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756834022 13.09.2006 | |
| 62 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ ОБ УЧЕТЕ ЮРИДИЧЕСКОГО ЛИЦА В НАЛОГОВОМ ОРГАНЕ | |
| 63 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ | |
| | | 2 | |
| 64 | ГРН и дата внесения записи в ЕГРЮЛ | 5067746596870 13.09.2006 | |
| 65 | Причина внесения записи в ЕГРЮЛ | ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА ПРИ СОЗДАНИИ | |
| 66 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ | |
| | | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | | |
| 67 | Наименование документа | ЗАЯВЛЕНИЕ (С ПРИЛОЖЕНИЯМИ) | |
| 68 | Дата документа | 11.09.2006 | |
| | | | |
| 69 | Наименование документа | УСТАВ | |
| 70 | Дата документа | 11.09.2006 | |
| | | | |
| 71 | Наименование документа | ПРОТОКОЛ | |
| 72 | Дата документа | 11.09.2006 | |
| | | | |
| 73 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ | |
| 74 | Дата документа | 11.09.2006 | |
| | | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | | |
| 75 | Серия, номер и дата выдачи свидетельства | 77 009636607 13.09.2006 | |

| | 3 | |
|---|---|---|
| 76 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756894577<br>15.09.2006 |
| 77 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 78 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | 4 | |
| 79 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756900836<br>15.09.2006 |
| 80 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ТЕРРИТОРИАЛЬНОМ ОРГАНЕ ПЕНСИОННОГО ФОНДА РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 81 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | 5 | |
| 82 | ГРН и дата внесения записи в ЕГРЮЛ | 2107747324771<br>29.04.2010 |
| 83 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 84 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 85 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| | | |
| 86 | Наименование документа | УСТАВ ЮЛ |
| 87 | Дата документа | 01.03.2010 |
| | | |
| 88 | Наименование документа | УСТАВ |
| | | |
| 89 | Наименование документа | ЗАПРОС, КВИТ., КОНВЕРТ |

| 90 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
|----|----|----|
| 91 | Номер документа | 265 |
| 92 | Дата документа | 22.04.2010 |
| | | |
| 93 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 94 | Номер документа | 1 |
| 95 | Дата документа | 01.03.2010 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 96 | Серия, номер и дата выдачи свидетельства | 77 012288734 29.04.2010 |

**6**

| 97 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983919 27.09.2010· |
|----|----|----|
| 98 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 99 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 100 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 101 | Наименование документа | РЕШЕНИЕ+ЗАЯВЛЕНИЕ+КОНВЕРТ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 102 | Серия, номер и дата выдачи свидетельства | 77 013030104 27.09.2010 |
| | | |
| | Сведения о статусе записи | |
| 103 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 104 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 7117746265630 05.04.2011 |

| | 7 | |
|---|---|---|
| 105 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983952<br>27.09.2010 |
| 106 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
| 107 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 108 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 109 | Серия, номер и дата выдачи свидетельства | 77 013030105<br>27.09.2010 |
| | 8 | |
| 110 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984007<br>27.09.2010 |
| 111 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
| 112 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 113 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 114 | Серия, номер и дата выдачи свидетельства | 77 013030103<br>27.09.2010 |
| | 9 | |
| 115 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984030<br>27.09.2010 |

| 116 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АКЦИОНЕРНОГО ОБЩЕСТВА |
|---|---|---|
| 117 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 118 | Наименование документа | РАСЧЕТ+РАСЧЕТ+РАСЧЕТ |
| 119 | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 120 | Серия, номер и дата выдачи свидетельства | 77 013030102 27.09.2010 |
| 10 | | |
| 121 | ГРН и дата внесения записи в ЕГРЮЛ | 6117746780244 21.03.2011 |
| 122 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 123 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 11 | | |
| 124 | ГРН и дата внесения записи в ЕГРЮЛ | 7117746265630 05.04.2011 |
| 125 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, В СВЯЗИ ОШИБКАМИ ДОПУЩЕННЫМИ РЕГИСТРИРУЮЩИМ ОРГАНОМ |
| 126 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 127 | ГРН и дата записи, в которую внесены исправления | 6107748983919 27.09.2010 |

| 12 | | |
|---|---|---|
| 128 | ГРН и дата внесения записи в ЕГРЮЛ | 2117747137980<br>18.07.2011 |
| 129 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 130 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 131 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 132 | Наименование документа | РЕШЕНИЕ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 133 | Серия, номер и дата выдачи свидетельства | 77 013019631<br>18.07.2011 |
| 13 | | |
| 134 | ГРН и дата внесения записи в ЕГРЮЛ | 6127746305263<br>05.03.2012 |
| 135 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 136 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| 14 | | |
| 137 | ГРН и дата внесения записи в ЕГРЮЛ | 9147747888620<br>23.10.2014 |
| 138 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ ИЗМЕНЕНИЙ В СВЕДЕНИЯ О ЮРИДИЧЕСКОМ ЛИЦЕ, СОДЕРЖАЩИЕСЯ В ЕДИНОМ ГОСУДАРСТВЕННОМ РЕЕСТРЕ ЮРИДИЧЕСКИХ ЛИЦ, НЕ СВЯЗАННЫХ С ВНЕСЕНИЕМ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 139 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 140 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 141 | Наименование документа | ДОВЕРЕННОСТЬ |
| **15** | | |
| 142 | ГРН и дата внесения записи в ЕГРЮЛ | 6157746596089 14.03.2015 |
| 143 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮРИДИЧЕСКОГО ЛИЦА И НАЗНАЧЕНИИ ЛИКВИДАТОРА |
| 144 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 145 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| | | |
| 146 | Наименование документа | РЕШЕНИЕ О ЛИКВИДАЦИИ, ПРИНЯТОЕ УЧРЕДИТЕЛЯМИ (УЧАСТНИКАМИ) ИЛИ ОРГАНОМ ЮЛ |
| | | |
| 147 | Наименование документа | ДОВЕРЕННОСТЬ |
| **16** | | |
| 148 | ГРН и дата внесения записи в ЕГРЮЛ | 9157746803249 17.06.2015 |
| 149 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О СОСТАВЛЕНИИ ПРОМЕЖУТОЧНОГО ЛИКВИДАЦИОННОГО БАЛАНСА ЮРИДИЧЕСКОГО ЛИЦА |
| 150 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 151 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| | | |
| 152 | Наименование документа | РЕШЕНИЕ |

| | | |
|---|---|---|
| 153 | Наименование документа | ПРОМЕЖУТОЧНЫЙ ЛИКВИДАЦИОННЫЙ БАЛАНС |
| 154 | Наименование документа | ДОВЕРЕННОСТЬ |
| **17** | | |
| 155 | ГРН и дата внесения записи в ЕГРЮЛ | 6157747676619 05.08.2015 |
| 156 | Причина внесения записи в ЕГРЮЛ | ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИЯ ЮРИДИЧЕСКОГО ЛИЦА В СВЯЗИ С ЛИКВИДАЦИЕЙ |
| 157 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 158 | Наименование документа | Р16001 ЗАЯВЛЕНИЕ О ЛИКВИДАЦИИ (ПО РЕШЕНИЮ УЧРЕДИТЕЛЕЙ (УЧАСТНИКОВ) ИЛИ ИНОГО ОРГАНА ЮЛ) |
| 159 | Наименование документа | РЕШЕНИЕ |
| 160 | Наименование документа | ДОВЕРЕННОСТЬ |
| 161 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 162 | Номер документа | 4914844657 |
| 163 | Дата документа | 29.07.2015 |
| 164 | Наименование документа | ЛИКВИДАЦИОННЫЙ БАЛАНС |
| | Сведения о статусе записи | |
| 165 | Статус записи | Запись признана недействительной |
| 166 | ГРН и дата внесения записи, которой запись признана недействительной | 8167748080580 06.09.2016 |
| **18** | | |
| 167 | ГРН и дата внесения записи в ЕГРЮЛ | 2167749881880 21.09.2016 |
| 168 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 169 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |

| | 19 | |
|---|---|---|
| 170 | ГРН и дата внесения записи в ЕГРЮЛ | 7167749353655<br>04.10.2016 |
| 171 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О РЕГИСТРАЦИИ ЮРИДИЧЕСКОГО ЛИЦА В КАЧЕСТВЕ СТРАХОВАТЕЛЯ В ИСПОЛНИТЕЛЬНОМ ОРГАНЕ ФОНДА СОЦИАЛЬНОГО СТРАХОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ |
| 172 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | 20 | |
| 173 | ГРН и дата внесения записи в ЕГРЮЛ | 2177746152725<br>10.01.2017 |
| 174 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИЗНАНИИ ВНЕСЕННОЙ В ОТНОШЕНИИ ЮРИДИЧЕСКОГО ЛИЦА ЗАПИСИ НЕДЕЙСТВИТЕЛЬНОЙ НА ОСНОВАНИИ РЕШЕНИЯ ВЫШЕСТОЯЩЕГО НАЛОГОВОГО ОРГАНА |
| 175 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 176 | Наименование документа | ПИСЬМО |
| 177 | Наименование документа | АКТ |
| 178 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 179 | Номер документа | СА-4-9/24995@ |
| 180 | Дата документа | 26.12.2016 |
| 181 | ГРН и дата записи, которая признана недействительной | 8167748080580<br>06.09.2016 |
| | 21 | |
| 182 | ГРН и дата внесения записи в ЕГРЮЛ | 2177746152736<br>10.01.2017 |
| 183 | Причина внесения записи в ЕГРЮЛ | ВНЕСЕНИЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ СВЕДЕНИЙ О ПРИЗНАНИИ ВНЕСЕННОЙ В ОТНОШЕНИИ ЮРИДИЧЕСКОГО ЛИЦА ЗАПИСИ НЕДЕЙСТВИТЕЛЬНОЙ НА ОСНОВАНИИ РЕШЕНИЯ ВЫШЕСТОЯЩЕГО НАЛОГОВОГО ОРГАНА |

| 184 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | МЕЖРАЙОННАЯ ИНСПЕКЦИЯ ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ № 46 ПО Г. МОСКВЕ |
|---|---|---|
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 185 | Наименование документа | ПИСЬМО |
| | | |
| 186 | Наименование документа | АКТ |
| | | |
| 187 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 188 | Номер документа | СА-4-9/24995@ |
| 189 | Дата документа | 26.12.2016 |
| 190 | ГРН и дата записи, которая признана недействительной | 8167748080591 06.09.2016 |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».



translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK          )
                           )
                           )     ss
COUNTY OF NEW YORK         )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Information about the legal

entity Closed Joint Stock Company Financial Group Life from the Unified State Register of Legal

Entities.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this ___25th___ day of ___January___, 20_17_.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143