# EXHIBIT 1

# REDACTED CONTENT FILED UNDER SEAL

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ——————————————————————————————————————————
 4   SERGEY LEONTIEV,
 5                           Plaintiff,
 6            -against-
 7   ALEXANDER VARSHAVSKY,
 8                           Defendant.
 9   Case No. 1:16-cv-03595-JSR

10   ——————————————————————————————————————————
11                           January 3, 2017
                             10:04 a.m.
12
13
                   *** CONFIDENTIAL ***
14
15            DEPOSITION of SERGEY LEONTIEV,
16   taken by Defendant, pursuant to Notice,
17   held at the offices of DEBEVOISE &
18   PLIMPTON LLP, 919 Third Avenue, New York,
19   New York before Wayne Hock, a Notary
20   Public of the State of New York.
21
22
23
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4      Attorneys for Plaintiff
                200 Park Avenue
 5              New York, New York 10166
 6      BY:     ROBERT L. WEIGEL, ESQ.
                rweigel@gibsondunn.com
 7              ESTER MURDUKHAYEVA, ESQ.
                emurdukhayeva@gibsondunn.com
 8
 9      DEBEVOISE & PLIMPTON LLP
        Attorneys for Defendant
10              919 Third Avenue
                New York, New York 10022
11
        BY:     SEAN HECKER, ESQ.
12              shecker@debevoise.com
                NATHAN S. RICHARDS, ESQ.
13              nsrichards@debevoise.com
14
15
        ALSO PRESENT:
16
17              JONATHAN POPHAM, Videographer
                P. ELANA PICK, Ph.D.,
18              Interpreter
                VLADIMIR KHRENOV
19              ALEKSEI ROMANOVSKI
20                    *      *      *
21
22
23
24
25
```

```
 1              S. Leontiev -- CONFIDENTIAL
 2     Mr. Zheleznyak as your partner; correct?
 3         A.     Yeah, we used partners, friends,
 4     we used these words when we were meeting
 5     with each other.
 6         Q.     You described him as your
 7     partner; correct?
 8         A.     No.  How to explain?  I can tell
 9     you, Sean, you're my partner but
10     officially, I tried to explain to you what
11     it was officially, officially we were
12     shareholders of the bank.
13         Q.     Do you recall having a meeting
14     with Mr. Zheleznyak and Mr. Varshavsky and
15     others in London in approximately August
16     of 2015?
17         A.     Yes.
18         Q.     And during that meeting, didn't
19     you repeatedly refer to Mr. Zheleznyak as
20     your partner?
21         A.     Yes.
22         Q.     And you did that in the context
23     of stating that you would repay the
24     obligations that Mr. Zheleznyak undertook
25     with respect to certain loans; isn't that
```

Page 69

1           S. Leontiev -- CONFIDENTIAL
2    true?
3        A.    No, that's not true statement.
4    Actually, that meeting Alexander asked me
5    to resolve a dispute, help him, he had an
6    issue with these people.  So that was a
7    meeting to settle this dispute.  So I
8    brought a package to them, a proposal
9    because he asked me to do this.
10            So but the word "partner" was
11   used during this meeting, you're
12   absolutely right.  I had to explain to
13   these people the relationship and so I was
14   saying that we are friends, actually,
15   that's what I mean.
16       Q.    And you told Mr. Varshavsky that
17   you recognize the obligation because Sasha
18   and you were partners; right?
19       A.    As a part of the settlement
20   deal, yes.
21       Q.    So you did say that?
22       A.    Yes, I proposed them a
23   settlement.  There was several points in
24   the settlement package.  That was one of
25   them.

Case 1:16-cv-03595-JSR   Document 55-1   Filed 01/27/17   Page 6 of 61

```
 1              S. Leontiev -- CONFIDENTIAL
 2     that purpose.
 3         Q.    Have you had partners other than
 4     Mr. Zheleznyak who owned stakes in
 5     Alivikt?
 6              MR. WEIGEL: I object to the
 7         form.
 8              THE WITNESS:  Well, in different
 9         periods of time there were different
10         -- first of all, as I explained to
11         you, formally we were not partners, we
12         were shareholders.  You used the word
13         "partners."
14         Q.    In my question?
15         A.    Yes.
16         Q.    Let me rephrase the question if
17     that's causing you difficulty.
18         A.    I just want to be precise.
19         Q.    Were there others who owned
20     shares in Alivikt other than Mr.
21     Zheleznyak during the time that you were
22     the majority shareholder?
23         A.    I don't remember.  There were
24     different -- there were people -- there
25     were different other shareholders at
```

Page 77

```
 1          S. Leontiev -- CONFIDENTIAL
 2   different periods of time in Group Life,
 3   but I can tell you when the license was
 4   revoked, there were two of us.
 5       Q.    You said Group Life.  My
 6   questions had been about Alivikt.
 7              To you are they synonymous?
 8       A.    No.  We just called Group Life
 9   was a brand which we used for branding
10   purposes.
11       Q.    Okay.
12              And Alivikt owned a hundred
13   percent of Group Life?
14       A.    Group Life, it's a brand, it's
15   not an entity.
16       Q.    So when you a moment ago said
17   that at the time of the liquidation Mr.
18   Zheleznyak and you were the only two
19   partners in Group Life, you meant in
20   Alivikt; correct?
21              MR. WEIGEL: I object to the
22       form.
23       Q.    You can answer.
24       A.    I mean Probusinessbank.
25       Q.    Okay.
```

```
 1              S. Leontiev -- CONFIDENTIAL
 2                   Who were your other partners
 3      prior to August of 2015 in Alivikt?
 4                   MR. WEIGEL: Are you
 5          intentionally using the word
 6          "partners?" The witness has said he
 7          has a problem with that.  You keep
 8          putting it into the question.  If
 9          you're doing it by accident --
10                   MR. HECKER: There's no strategy.
11          You can object to the form of the
12          question and I'll rephrase it.
13                   MR. WEIGEL: I object to the form
14          of the question.
15          Q.     Prior to August of 2015, who
16      were the other shareholders in Alivikt?
17          A.     I can't remember but there were
18      two more persons which were shareholders
19      different period of time.
20          Q.     You don't remember their names?
21          A.     I remember their names.  I don't
22      remember exactly the times.
23          Q.     I understand.
24                   Who were those two?
25          A.     Panteleev and Bikmaev.
```

Page 82

1          S. Leontiev -- CONFIDENTIAL

2      A.    No.  I don't understand your

3   question.

4      Q.    You said Financial Group Life

5   served as a brand; is that correct?

6      A.    Well, there was a brand.  The

7   brand was Financial Group Life, yes, so if

8   you call at the reception tell they will

9   tell you Financial Group Life speaking and

10   that was about ten thousand people in the

11   call center saying this, that was the

12   brand Financial Group Life.  That's what I

13   was saying.

14      Q.    Were they actually employees of

15   Probusinessbank?

16      A.    Every employee of each bank, any

17   bank they will say Financial Group Life.

18      Q.    I understand.

19          Was Group Life the brand that

20   was used to describe all of the holdings

21   of all of these different banks?

22      A.    Yes.  It was the umbrella brand.

23      Q.    In 2014 is it correct that

24   Alivikt Holdings Limited owned over fifty

25   percent of Probusinessbank?

1          S. Leontiev -- CONFIDENTIAL

2      Q.     Have you seen this document

3   before?

4      A.     I don't remember.

5      Q.     You don't know whether you've

6   reviewed the financial statements for

7   Probusinessbank for 2014?

8      A.     I just don't remember.

9      Q.     You were the president of

10  Probusinessbank going back to 1996; is

11  that correct?

12     A.     I don't remember exact year.

13     Q.     In the 1990s, did you become

14  president of Probusinessbank?

15     A.     I don't remember when I become

16  the president.  But at the moment when the

17  license was revoked, I was the president.

18     Q.     And you've been the president

19  for many years; correct?

20     A.     Yes.

21     Q.     And as president, did you make

22  it a practice to review the financial

23  statements for the bank?

24     A.     It was the function of the

25  board.

Page 85

1              S. Leontiev -- CONFIDENTIAL

2      Q.     You were on the board; correct?

3      A.     I was on the board, yes.

4      Q.     So did you review the financial

5  statements?

6      A.     What do you mean review?

7      Q.     Did you look at them before they

8  were issued?

9      A.     Of course.

10     Q.     And you've therefore seen this

11  document before; correct?

12     A.     Yes, but I just don't remember

13  exactly now.

14     Q.     That's fine.

15            So you don't remember when you

16  saw it but you know you must have seen it

17  previously?

18     A.     I must have seen it, if it's the

19  right one.

20     Q.     Well, I'll represent that your

21  counsel produced this in the litigation.

22     A.     Okay.

23     Q.     If you look at page sixteen, do

24  you see with me in the middle of the page

25  it says, "shareholders" in bold and then

```
 1              S. Leontiev -- CONFIDENTIAL
 2    group that did not come to you for
 3    approval?
 4         A.    A lot.
 5         Q.    There were a lot of significant
 6    decisions that were taken at
 7    Probusinessbank that you didn't approve?
 8         A.    Sure.
 9         Q.    Give me an example of one.
10         A.    It's easy that I explain to you
11    what I was doing.
12         Q.    Can you answer my question?
13         A.    I can try.
14              The bank as a business consisted
15    of business units, infrastructure, and
16    systems.  So all the decisions in terms of
17    infrastructure were taken without my
18    participation.  All the decisions in terms
19    of systems were taken without my
20    participation.  I have never visited
21    Central Bank because the chairman of the
22    management board was doing that.  I've
23    never signed any accounting documents for
24    Central Bank.
25              There is a lot I can tell you
```

1                S. Leontiev -- CONFIDENTIAL

2        Q.     So he had other priorities that

3    were higher on the list?

4        A.     Yes.

5        Q.     But one of the things that he

6    did was raise money to support the

7    operations of the group; correct?

8        A.     I wouldn't say actually that.

9    He was head of business unit.  Every head

10   of business unit was selling products of

11   the bank.  So we don't have the term that

12   we used raised funds.  He was selling

13   products.

14       Q.     And as part of selling products,

15   he helped raised funds from investors that

16   were put to use by affiliates of

17   Probusinessbank; correct?

18       A.     We called them wealth management

19   products so he was selling to his clients

20   wealth management products.

21       Q.     And he thereby raised funds from

22   investors?

23              MR. WEIGEL: Asked and answered.

24       Q.     You can answer.

25       A.     Wealth management product means

```
 1              S. Leontiev -- CONFIDENTIAL
 2    that a client who buys it invests in the
 3    bank.
 4        Q.    You didn't personally
 5    participate in the efforts to sell wealth
 6    management products?
 7        A.    I didn't participate, of course.
 8        Q.    You did not?
 9        A.    I did not.
10        Q.    But you were involved in
11    decisions about products that the bank
12    would sell; correct?
13        A.    I would -- actually, we had more
14    than a hundred business units, so each
15    business unit will -- they had a strategy.
16    So you imagine one hundred strategies,
17    something like that.  They will get to the
18    treasury departments.  Treasury will use a
19    dynamic modeling to select the best of
20    them and I was involved in establishing
21    the rules, the principles how this
22    modeling was working.  So I will develop
23    with the treasury the rules.
24              Then they will select the best
25    of the proposals.  Then they will go to
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2    financial department.  After that they
 3    will go to strategy department.  And then
 4    it will come to me back and I will
 5    introduce the strategy to the board and
 6    then usually board will accept what was
 7    prepared that way.
 8        Q.    And you signed off on it before
 9    the board did; correct?
10        A.    Well, the board could take a
11    decision that they don't like a specific
12    product or a specific business unit, but I
13    will introduce it as a suggestion.
14        Q.    Right.
15              And if you didn't approve it, it
16    wouldn't be presented to the board;
17    correct?
18        A.    Correct, but I never did this.
19    Actually, it was all done while in the
20    treasury.  So what my role was mostly
21    develop the rules, how the treasury makes
22    decisions but not taking any specific
23    decisions and saying to people in treasury
24    you do this, you do that, because then I
25    will violate my own principles which I
```

```
 1            S. Leontiev -- CONFIDENTIAL
 2    discuss with them.
 3            So my role was that if we decide
 4    this year the return on equity should be
 5    fifteen percent then you don't really take
 6    businesses which have thirteen percent and
 7    they will put a lot of different ratios
 8    like that so that model, which they will
 9    prepare and they will bring to the board,
10    will have this specific ratios.  So I was
11    responsible for those ratios.  Deciding
12    that it's fifteen percent and not thirteen
13    percent, that was my prime influence.
14        Q.    You set the business financial
15    targets?
16        A.    Yes.
17        Q.    And you knew, did you not, that
18    Mr. Zheleznyak was involved in obtaining
19    loans from Avilon?
20        A.    Well, I knew that there was such
21    client Avilon.
22        Q.    And you knew that Mr. Zheleznyak
23    was involved in obtaining loans from the
24    Avagumyan family; correct?
25        A.    I didn't know anything about.
```

```
 1           S. Leontiev -- CONFIDENTIAL
 2        Q.     You knew that the product that
 3    was being sold by Mr. Zheleznyak to Avilon
 4    was loans; correct?
 5        A.     No, no, it was not loans, it was
 6    wealth management product.
 7        Q.     What was the wealth management
 8    product?
 9        A.     As I said, wealth management
10    product we start using from 2008
11    approximately when we need the capital, so
12    some of the clients would like to have
13    high interest rate and they could have on
14    deposit, so they would buy the wealth
15    management product which is an investment
16    in the capital of the bank so we will have
17    higher leverage and more and have the
18    opportunity to give them also bigger
19    interest because of that.
20        Q.     So the wealth management product
21    that you're describing is a high interest
22    loan provided by the investor to an
23    offshore entity created by someone at the
24    bank; is that right?
25        A.     It's wrong statement because
```

```
1              S. Leontiev -- CONFIDENTIAL
2      loan itself is just a part of the
3      structure, part of the infrastructure.
4      The idea and assets of the product is an
5      investment which the client does in the
6      capital of the bank to earn higher
7      interest than in a regular deposit.
8          Q.     In 2008, is it correct that
9      Probusinessbank was undercapitalized as a
10     result of the financial crisis?
11         A.     Not specifically
12     undercapitalized but we were interested in
13     growing capital because of the situation
14     of the markets.
15         Q.     And one of the ways you grew
16     capital was by offering high interest rate
17     investment opportunities to investors;
18     correct?
19         A.     You use now your own term.  We
20     call it wealth management products.
21                I don't understand what you
22     mean.
23         Q.     You don't understand what I mean
24     by high interest rate loan?
25         A.     No, this is wrong statement.  It
```

1           S. Leontiev -- CONFIDENTIAL

2    was not a high interest rate loan at all.

3    That's what I'm explained five minutes

4    ago.  It was a wealth management product

5    and we started to use it, yes, that period

6    of time.

7        Q.    And you understood that Mr.

8    Zheleznyak was selling that product

9    including to Avilon?

10       A.    Mr. Zheleznyak was not selling

11   anything.  He was -- just imagine, he was

12   the head of the corporate division which

13   had something like five, six hundred

14   people.  These people were selling and

15   these people were managers who had

16   hundreds of clients related to them.  So

17   we had the structure in the group that

18   each manager and he had about six hundred

19   of them in his department.  Each manager

20   was responsible for from twenty to a

21   hundred clients.  And the manager would

22   select the products for his client

23   according to the demands of the client,

24   and Zheleznyak was the head of all that.

25   So I wouldn't imagine that he himself

1          S. Leontiev -- CONFIDENTIAL

2     would do any views.  It was impossible.

3          Q.    You didn't know he was speaking

4     to investors about these wealth management

5     products?

6          A.    Yeah, he -- the way it worked

7     that the manager of the -- so each client

8     has a manager, first of all, it could be

9     that in Probusinessbank even a retail

10    client wouldn't have a manager, it was not

11    possible.  So manager is the window for

12    the client in the bank.  So it could

13    happen that the manager will bring his

14    client to from Zheleznyak.

15              It didn't happen that I met some

16    clients that way but it will be the

17    manager who's responsible for selling the

18    product, for the negotiation, for the P&L

19    of the client.  And actually, the manager

20    will have -- you remember we discussed the

21    word "partnership." That's exactly this

22    manager who would be the partner because

23    he will have the share of the profits from

24    that client.  So not Mr. Zheleznyak but

25    the specific manager who's responsible for

1    S. Leontiev -- CONFIDENTIAL

2    Q.    And do you know where the funds

3    that were -- that are reflected here went

4    after the loans were provided to Financial

5    Group Life?

6    A.    Well, I don't remember

7    specifically about these loans but

8    usually, as I explained to you, the wealth

9    management product worked that way, the

10   money went to the treasury of the bank.

11   Q.    So to the extent the moneys were

12   borrowed by Financial Group Life,

13   Financial Group Life transferred them to

14   the treasury of Probusinessbank; is that

15   your testimony?

16   A.    Somehow it went to treasury.

17   Q.    You don't know now?

18   A.    No.  I was not responsible for

19   the structure.  Each deal was structured

20   differently.

21   Q.    What about Vennop Trading?  Is

22   that an entity you're familiar with?

23   A.    No.

24   Q.    Do you know who set it up?

25   A.    No.

```
 1            S. Leontiev -- CONFIDENTIAL
 2      Q.     And am I correct that Financial
 3  Group Life voluntarily applied for
 4  liquidation in the beginning of 2015?
 5      A.     Yeah, I found out here.
 6      Q.     You weren't aware of that
 7  decision?
 8      A.     No, I don't remember -- I don't
 9  remember when I found out about that.
10      Q.     At the time of the litigation
11  you were the majority shareholder of
12  Financial Group Life; correct?
13            MR. HECKER: Sorry.  Let me
14      rephrase the question.  I misspoke.
15      Q.     At the time of the liquidation,
16  were you the majority shareholder of
17  Financial Group Life?
18      A.     I think so, yes, the main
19  shareholder.
20      Q.     So were you involved in the
21  decision to liquidate Financial Group
22  Life?
23      A.     I just don't remember how it was
24  taken.
25      Q.     Is it a reasonable assumption
```

1           S. Leontiev -- CONFIDENTIAL

2    that, as the majority shareholder, that

3    somebody would have checked with you prior

4    to liquidation?

5        A.    As I mentioned to you, this was

6    the company that was created for the

7    specific purpose.  That's why I never

8    really wasn't so much interested.

9        Q.    And the purpose was to serve as

10   a brand?

11       A.    Yes.

12       Q.    And also to borrow funds; right?

13       A.    It was part of the structure

14   which we used to sell wealth management

15   products.

16       Q.    Why not sell them directly from

17   Probusinessbank?

18       A.    I can't tell you exactly about

19   this case but in general there were

20   clients that wouldn't like that and that's

21   what specifically the client will say -- I

22   mean, if you mean -- what it mean exactly

23   through Probusinessbank?

24       Q.    Well, the loans that are

25   reflected in appendix A, you said you

```
                                        Page 111
 1              S. Leontiev -- CONFIDENTIAL
 2     don't know about these specifically but
 3     your understanding is the loan moneys, if
 4     they went to Financial Group Life, they
 5     made their way to the treasury of
 6     Probusinessbank; correct?
 7         A.    Yes.
 8         Q.    My question is why didn't
 9     Probusinessbank directly seek to acquire
10     the funds from investors?
11         A.    Oh, that's very easy.
12              Then the client will get two
13     percent instead of twelve percent if it
14     went directly because then it will be a
15     deposit on the Probusinessbank.  And
16     specifically these clients you're talking
17     about, they had a lot of deposits directly
18     on the balance sheet of Probusinessbank
19     but they wanted larger interest.  That's
20     why they asked their managers to sell them
21     wealth management products.
22         Q.    So they weren't prepared to make
23     the investments for two percent interest
24     directly to the bank?
25         A.    No, that's not true statement.
```

1              S. Leontiev -- CONFIDENTIAL

2        Q.     Not true?

3        A.     Not true.

4        Q.     So --

5        A.     You're mixing now deposit and

6    investment.

7        Q.     In order to obtain the moneys

8    for the treasury of Probusinessbank, the

9    bank, through these offshore vehicles,

10   offered higher interest rate products;

11   correct?

12       A.     Can you say it once again?

13              MR. HECKER: Can you read that

14       back?  And then we'll take a break

15       after your answer.

16              (Whereupon the requested portion

17       was read back by the reporter)

18              THE WITNESS:  No.  In order to

19       -- there were deposits and there were

20       wealth management products.  These are

21       two different products completely.  I

22       don't want you to mix it up.

23              Wealth management products were

24       sold for different interest rate,

25       that's right, because the nature of

Page 113

1           S. Leontiev -- CONFIDENTIAL

2        this product completely different.

3        It's the capital of the bank and the

4        deposit will go on the account and

5        that's the difference.

6            MR. HECKER: Why don't we take a

7        break to change the tape.

8            THE VIDEOGRAPHER: We're going

9        off the record at 12:05 p.m.

10            This marks the end of media one.

11            (Whereupon a break was taken)

12            THE VIDEOGRAPHER: We're back on

13        the record at 12:16 p.m.

14            This marks the beginning of

15        media two.

16        Q.    Before the break, we discussed

17    the decision to liquidate FG Life and I

18    believe you testified you didn't recall

19    how that decision was taken; is that

20    right?

21        A.    Yes.

22        Q.    Do you know who was involved in

23    the decision to liquidate FG Life?

24        A.    No.

25        Q.    No?

```
                                        Page 114
 1          S. Leontiev -- CONFIDENTIAL
 2      A.    No.
 3      Q.    Did you ever ask that question
 4  of anyone who was involved in the
 5  operation of FG Life?
 6      A.    I mean now here in New York we
 7  talked about that with Alexander but not
 8  at that time.
 9      Q.    So what did you learn about how
10  the decision to liquidate FG Life was
11  taken?
12      A.    Just Alexander told me that he
13  was involved in that.
14      Q.    He didn't check with you as the
15  controlling shareholder of FG Life?
16      A.    I don't remember.  Maybe he did
17  but I just don't remember.
18      Q.    So it's possible that he checked
19  with you before the decision to --
20      A.    I don't remember.
21      Q.    What assets did FG Life have at
22  the time that it was liquidated?
23      A.    I don't know.
24      Q.    Do you know what was done with
25  any assets that FG Life had at the time of
```

1          S. Leontiev -- CONFIDENTIAL

2     controlled by Probusinessbank employees

3     reflected in the financial statements or

4     the balance sheet of the bank?

5          A.    As I said already several hours

6     ago, sometimes some companies -- you must

7     understand we have more than a hundred

8     companies like that.

9          Q.    And when you say companies like

10    that, you're referring to --

11         A.    Off-balance-sheet companies.

12    Because different products like

13    securitization products, they will require

14    off-balance-sheet entity.  That's why

15    sometimes they were consolidated,

16    sometimes not.  I just never get into

17    details why.

18         Q.    But you understood that these

19    off-balance-sheet entities were controlled

20    at all times by Probusinessbank employees;

21    correct?

22         A.    By Probusinessbank.

23         Q.    And by employees of

24    Probusinessbank; right?

25         A.    I'll stay with Probusinessbank.

```
1            S. Leontiev -- CONFIDENTIAL
2    Because if you say employee, I don't
3    understand it.
4        Q.    You don't know what an employee
5    of Probusinessbank means?
6        A.    Look, an employee can have his
7    own interest.  In that sense it was part
8    of the product of Probusinessbank.  That's
9    why I'm saying Probusinessbank.
10        Q.    So as president of
11    Probusinessbank, it was the bank that
12    controlled the offshore vehicles --
13        A.    Yes.
14        Q.    -- that made these products
15    available to investors; right?
16        A.    Yes.  Now you're right.
17        Q.    And it was through employees who
18    worked for you as president that these
19    offshore entities were operated on a
20    regular basis; right?
21        A.    Yes.
22        Q.    With respect to Financial Group
23    Life, were you regularly receiving
24    documents reflecting the finance of that
25    entity?
```

```
 1              S. Leontiev -- CONFIDENTIAL
 2    I understand.
 3         Q.     You understand that in August,
 4    2015 Avilon had not been repaid in
 5    connection with certain loans that it had
 6    made to Ambika?
 7              MR. WEIGEL: Asked and answered.
 8              THE WITNESS:  What I'm saying is
 9         that the license was revoked.  Of
10         course there were clients that were
11         not repaid, clients of the bank, and
12         Ambika was one of them.
13         Q.     And the Avagumyans were also
14    investors who had not been repaid?
15         A.     It is found out here.  I didn't
16    know about that.
17         Q.     And you met with Mr. Varshavsky
18    in Moscow along with Alex Zheleznyak to
19    discuss your potential repayment of the
20    moneys that had not been repaid; right?
21         A.     No.  The purpose you formulate
22    of that meeting is not right.
23              Alexander asked me -- he was
24    asking me for four hours literally to go
25    to that meeting to help him to resolve the
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2    dispute.  It was to propose any kind of
 3    settlement to Varshavsky.
 4        Q.    When you met with Mr. Varshavsky
 5    in Moscow with Mr. Zheleznyak, is it your
 6    testimony that you did not discuss
 7    potentially repaying the moneys that were
 8    then outstanding to Avilon?
 9        A.    We did discuss this part as a
10    part of the settlement again.
11        Q.    So that was part of the
12    discussion?
13        A.    Yes.
14        Q.    And then when you later met in
15    London in August, that was again part of
16    the discussion; correct?
17        A.    Yes.
18        Q.    And when you met in London, you
19    taped the conversation that you had with
20    Mr. Varshavsky and others; correct?
21        A.    Yes.
22        Q.    You didn't tell them you were
23    taping that conversation; right?
24        A.    I didn't tell Varshavsky.
25        Q.    You told Zheleznyak; right?
```

```
 1              S. Leontiev -- CONFIDENTIAL
 2   and he bought wealth management product of
 3   the bank.  When his money stuck at the
 4   bank, he tried to impose the obligation on
 5   my friend and my friend asked me to come
 6   and to try to settle this issue.  So
 7   that's what I did.
 8       Q.    So you understood that Mr.
 9   Varshavsky owned Avilon, that Avilon had
10   invested moneys that had not been repaid,
11   and you were asked to try to make good on
12   the obligation to repay it; is that fair?
13       A.    Yes.
14       Q.    And over time, in the period
15   after August, 2015, you made proposals
16   about how to repay a hundred million
17   dollars pursuant to that obligation,
18   right, as part of a settlement?
19       A.    Not exactly that.
20            During the meeting, actually the
21   proposal, the way I propose it was
22   rejected.  So they asked me to do
23   something else, were very insistent, so we
24   can read and see what happened there.
25            So after that, I pretty much
```

```
1          S. Leontiev -- CONFIDENTIAL
2    stopped negotiating with them but
3    Alexander will keep trying to find a
4    solution himself.
5         Q.    And Mr. Leontiev, in September,
6    2015 you proposed repayment schedules for
7    repaying $83 million over either two and a
8    half or three and a half years as part of
9    those discussions; correct?
10        A.    That was our internal discussion
11   on that with Alexander which I never
12   proposed to Mr. Varshavsky.
13        Q.    You don't know whether Mr.
14   Zheleznyak passed those proposals on to
15   Mr. Varshavsky?
16        A.    I don't know.
17        Q.    But you gave them to Mr.
18   Zheleznyak for the purpose of making --
19        A.    Internal discussions, yes.
20   Because you must understand he keep
21   pressuring me --
22        Q.    Mr. Zheleznyak?
23        A.    Yes.  He had literally
24   eighteen-hour calls with Mr. Varshavsky a
25   day.  So after that on his free time he
```

```
 1            S. Leontiev -- CONFIDENTIAL
 2   was calling me and asking to find -- he
 3   was just asking.
 4        Q.    You know that the repayment
 5   schedules that you describe as internal
 6   that you gave to Mr. Zheleznyak were
 7   shared with Mr. Varshavsky; right?
 8        A.    I found out later.
 9        Q.    Mr. Zheleznyak told you that;
10   right?
11        A.    Yes.  I think so.
12        Q.    Right.
13            And you understood that the
14   repayments that Mr. Zheleznyak shared with
15   Avilon provided for repayment of $83
16   million over a period of either two and a
17   half or three and a half years; correct?
18   You understood that that's what the
19   proposal was as part of the settlement?
20        A.    Exactly.  So it's -- no, can I
21   -- let me finish.  I want to finish this.
22            As you said, a part of the
23   settlement and, as I explained previously,
24   another part of the settlement was their
25   cooperation and why was I not eager to
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2   move further is because they started
 3   threatening us.  So instead of
 4   cooperation, I've got real threats and a
 5   criminal case was opened which I can think
 6   was also Varshavsky was involved in that,
 7   so that was the reason that I stopped that
 8   negotiation at all.
 9       Q.    Mr. Leontiev --
10       A.    Because this part of the
11   settlement package was actually breached.
12       Q.    Mr. Leontiev, of the moneys that
13   were owed to Avilon by Ambika, you agree
14   with me that seventeen million was repaid
15   in 2015 from Valkera?
16           MR. WEIGEL: I object to form.
17       Foundation.
18       Q.    You can answer.
19       A.    We pay -- Alexander made the
20   payment, I know that Alexander made the
21   payment of seventeen million from Valkera.
22       Q.    And you approved the payment?
23       A.    I would say I didn't stop it.
24       Q.    You approved it; right?  You
25   okayed it?
```

```
                                              Page 138
 1              S. Leontiev -- CONFIDENTIAL
 2         A.     I could stop it but I decided
 3    not to do.
 4         Q.     Is that different from okaying
 5    it?
 6         A.     No, I'm just telling you the
 7    truth.
 8         Q.     So you had the power to stop it;
 9    right?
10         A.     Not exactly.
11         Q.     That's just using your words.
12                You didn't have the power to
13    stop the payment of $17 million from
14    Valkera?
15         A.     Formally I couldn't stop it.  So
16    formally Vadim just asked me are you okay
17    with the payment and I could say no and I
18    don't know what they would do to that and
19    I could say yes and at the end I said yes.
20         Q.     So you okayed the payment of $17
21    million from Valkera?
22         A.     At the end I said yes.
23         Q.     So you said yes to payment.
24                And is it your understanding
25    that that payment was one that you could
```

```
                                        Page 167
 1           S. Leontiev -- CONFIDENTIAL
 2       A F T E R N O O N   S E S S I O N
 3                 January 3, 2017
 4                    1:38 p.m.
 5              THE VIDEOGRAPHER: We are back on
 6       the record at 1:38 p.m.
 7  S E R G E Y   L E O N T I E V, having
 8           been previously duly sworn by a
 9           Notary Public of the State of
10           New York, upon being examined,
11           testified as follows:
12  EXAMINATION CONTINUED BY
13  MR. HECKER:
14       Q.    Mr. Leontiev, Ambika Investments
15  Limited was an off-balance-sheet entity
16  created by employees of Probusinessbank;
17  is that right?
18       A.    Yes.
19       Q.    And to your knowledge, has
20  Ambika repaid any creditors after
21  September of 2015?
22       A.    I don't know.
23       Q.    You don't know?
24             Why was Ambika created?
25       A.    Ambika is one of the
```

1          S. Leontiev -- CONFIDENTIAL

2    off-balance-sheet companies of the bank

3    which was used in wealth management

4    products.

5          Q.    Did it serve any purposes other

6    than providing wealth management products

7    to potential investors?

8          A.    Not that I knew, but we had

9    other products as well.

10          Q.    Do you know whether it provided

11    any purposes --

12          A.    I don't know about specifically

13    this company.

14          Q.    You don't know about Ambika in

15    particular?

16          A.    No.

17          Q.    But Probusinessbank employees

18    had control over Ambika's management and

19    operations; right?

20          A.    The bank had control, yes.

21          Q.    Right.

22               And the bank acted through

23    employees; right?

24          A.    We had this discussion several

25    hours ago.

Page 169

1          S. Leontiev -- CONFIDENTIAL
2      Q.    And you agree with me that --
3      A.    My point is that bank had
4   control --
5      Q.    You need to let me finish the
6   question so the record's clear.
7            It is the bank operating through
8   its employees that the control is
9   exercised by the bank; right?
10     A.    Yes.
11     Q.    And Ms. Vyulkova was one of the
12  bank employees who participated in the
13  process of establishing and operating
14  these off-balance-sheet entities?
15     A.    Yes.
16     Q.    And Probusinessbank had access
17  to the funds that were raised through the
18  activities of Ambika and other
19  off-balance-sheet entities?
20     A.    I'd say this is the right
21  statement: Probusinessbank was selling
22  wealth management products to the clients.
23  Ambika was just part of the structure.
24     Q.    Right.
25            And the moneys that were raised

Page 219

1        S. Leontiev -- CONFIDENTIAL

2        Q.      Is that approximately the number

3    that you recall?

4        A.      Approximately maybe.

5        Q.    ███ ███ ████ ████ █████ ████████

6    ██████ ███ ████████████ ██████

7        A.    ███ .

8        Q.    ███ █████ █████ █████ ███████

9    █████

10       A.    ████

11       Q.    ███ ████ ████ ████████

12   █████████ █████ █████ ██ █████ █████

13   █████

14       A.    ████

15       Q.    ███ █████ ██████ ████████

16   ████ ████ ████ ███████ ██████ ██████

17   █████

18       A.    ████

19       Q.    ███ █████ ████ ████ █████

20   █████ ███ ██████ ████ ██ ███████ ████████

21   ████████████ ████████ ██████ █

22   █████████████ █████████ ██████

23       A.      What do you mean created by

24   Probusinessbank employees?

25       Q.      Set up by them.

1           S. Leontiev -- CONFIDENTIAL

2      A.    No, that's not true.  Let me

3   explain again.

4           So the off-balance-sheet

5   entities of the bank, they were just part

6   of the infrastructure so they couldn't do

7   anything.  The deals were done by the head

8   of the business units of the bank.  These

9   were more than a hundred of them.  ███ ██

10  ████ ████ ██ █ █ ███ ███ ██████████ █

11  ████ ████ ███ ████ ██ ████████████

12  ████ █ ███ ████ ████ ██

13      ███ ████ ████ ████████ ██ ████ █

14  ████ ██ ████ ████ ███ █████

15  ████████ ██ ████ ██████ ██████████

16  ████ ██ ███ █████

17      Q.   ███ ████ ████ ████ ████

18  ████████ █████ █ ████████ █████████ ████

19  █████████ █ ██ ██ ████ █ ████ ███████

20      A.   ████ ███ ███ ██████ █████

21      Q.   Which ones by name?

22      A.   There are hundreds of them.

23      Q.   Name one.

24           MR. WEIGEL: Why are you raising

25   your voice, counsel?

Page 234

```
 1          S. Leontiev -- CONFIDENTIAL
 2      words which you gave your own
 3      impression of that.  That would be not
 4      my point of view.
 5           My point of view is that they
 6      were part of the structure of
 7      Probusinessbank and every bank in
 8      every country is using
 9      off-balance-sheet entities.  The whole
10      markets of subordinated loans
11      structured wealth management products
12      structured that way everywhere.
13      Q.    Was Dunning Finance one of the
14  off-balance-sheet entities created by
15  Probusinessbank employees?
16      A.    I don't know exactly about this
17  company.
18      Q.    ███ ███ ████ ███  ██████ ██████
19  █████ █████ ██ ████████████
20      A.    █ ████ ██████    ██ ████ ███████
21      Q.    ███ ███ ████ ██  ██████ ██████
22  █████ █████ ██ ████████████
23      A.    ██████ ████ ██ ████████████ ██ ████
24  ██████
25      Q.    Is Finbay one of the
```

Page 235

1          S. Leontiev -- CONFIDENTIAL

2    off-balance-sheet companies established by

3    Probusinessbank employees?

4          A.    Yes.

5          Q.    What about Greenex Trading?

6          A.    I don't remember.

7          Q.    And Vermenda Holdings, was that

8    an --

9          A.    We discussed already.

10          Q.    It was an off-balance-sheet

11    entity created by Probusinessbank

12    employees?

13          A.    Yes.

14          Q.    ███  ███  ████  ██

15    ███████

16          A.    ████  ███  ████  ████  ██

17    ████  ████  ██  ████  ████  █████

18    ███  ███  ████  ███  ██  ██  █████

19    █████  █████  ███  ███  ██  ███

20    ████  ██  ███  ████  ██  ███  ████

21    █████  ███  ███  ███  ███  ███  ███

22    █████  ██  ███  ████  ████  ███  ███

23    ████  ███  ███

24          Q.    The business unit heads at

25    Probusinessbank worked for you as

1      S. Leontiev -- CONFIDENTIAL

2  president of Probusinessbank; right?

3      A.    They worked for the bank.

4      Q.    And you were president of the

5  bank?

6      A.    Yes.

7      Q.    ███████ ███████ ███████ ██ ███ ██ ███

8  ██ ██ ███ ███ ███ ██████

9  ██████ ███████ ██████ ████████████

10 ███████ ██ ██ ██ ██████ ██████

11 ██████ ██ █ █████ █ █████ ███ █

12 ███████

13     A.    ███████ ███████ ███ ███

14 █████

15     Q.    ██████ ██████ █████████

16 ███████████ ███ ██ █ ██████ ████████

17 ██████ ████ █████ ██ ██████ ██████ ██

18 ████ ██ ███████ ██ █ ████████

19 █ ███ ███ ████████

20     A.    █ ████

21     Q.    ██████ ███████ █████████ █ ██ █

22 ██████ █ ██ █████ █████ ██████ █████

23 ███████████ ██ █ ████████ █████

24     A.    ██████ ██████ █████ ██

25     Q.    ████ ███ ███ ██████ ██████

Page 237

1        S. Leontiev -- CONFIDENTIAL

2    A. ▄▄▄▄▄▄ ▄▄▄▄ ▄▄▄▄ ▄ ▄▄▄▄▄▄▄▄

3 ▄▄▄▄▄ ▄ ▄▄▄▄ ▄ ▄ ▄▄▄▄▄ ▄▄▄▄▄ ▄▄▄ ▄▄▄▄

4 ▄▄▄▄ ▄▄▄▄▄▄▄▄▄

5    Q. ▄▄▄▄ ▄▄▄▄ ▄▄▄▄ ▄ ▄▄▄ ▄▄ ▄

6 ▄▄▄▄ ▄▄▄▄▄ ▄▄▄ ▄▄ ▄▄▄▄▄▄ ▄▄ ▄▄

7 ▄▄▄▄ ▄▄▄ ▄▄▄▄ ▄▄▄▄ ▄▄▄▄▄▄ ▄▄▄

8 ▄▄▄▄ ▄▄▄ ▄▄▄ ▄▄▄▄ ▄▄▄▄ ▄▄▄▄

9 ▄▄▄▄ ▄▄▄▄▄ ▄▄▄▄ ▄▄▄ ▄▄▄▄

10    A. ▄▄▄▄ ▄▄▄ ▄▄▄ ▄▄▄▄▄▄▄

11 ▄▄▄▄▄▄ ▄▄▄▄▄▄ ▄▄▄▄ ▄ ▄▄▄▄ ▄▄

12 ▄▄▄▄▄ ▄ ▄▄ ▄▄▄▄▄ ▄▄▄▄ ▄▄▄▄▄ ▄▄

13 ▄▄▄▄

14    Q.    You don't understand my

15 question?

16    A.    No.

17    Q. ▄ ▄▄▄▄▄ ▄▄ ▄▄ ▄▄▄▄▄

18 ▄▄▄▄▄▄ ▄▄▄▄▄ ▄ ▄▄ ▄▄▄ ▄▄

19 ▄▄▄▄▄▄▄ ▄▄▄▄▄ ▄▄▄ ▄▄▄▄

20 ▄▄▄▄▄▄ ▄▄ ▄▄▄▄ ▄▄ ▄▄▄▄▄

21 ▄▄▄▄▄ ▄▄▄ ▄▄▄ ▄▄

22 ▄▄▄▄▄▄ ▄▄▄▄▄▄▄ ▄▄▄▄ ▄▄▄

23 ▄▄▄ ▄ ▄▄▄▄▄▄▄▄

24    A. ▄ ▄▄▄▄ ▄▄▄ ▄▄▄ ▄▄▄▄▄▄

25 ▄▄▄ ▄ ▄▄▄▄ ▄ ▄▄▄▄ ▄▄▄ ▄▄▄ ▄▄



Page 239

1        S. Leontiev -- CONFIDENTIAL

2

3

4      A.

5      Q.

6      A.

7      Q.

8

9

10

11

12

13

14      A.

15      Q.      Okay.

16      A.      Because the system of the

17  business bank was done that way that I

18  never was involved in any specific deal.

19  The interest rate will be put by the

20  treasury of the bank and the treasury was

21  putting an interest rate on all these

22  deals.

23      Q.      And the business unit heads were

24  making a determination about how much

25  interest they should charge to earn a

Page 245

1           S. Leontiev -- CONFIDENTIAL

2                You participated in that

3    process?

4        A.    Of course.

5        Q.    And was it standard under the

6    policies of the bank to review financial

7    statements before making a loan to a

8    company?

9        A.    We had a completely different

10   approach to that and that's exactly what

11   I'm explaining to you we're making

12   investments here in the U.S.  The

13   intangible part is the main side so we

14   will give complete authority to the loan

15   officer and the loan officer will have

16   complete responsibility and also he will

17   have a share of the profits.

18                So the business units I'm

19   talking about, they were not interested

20   not to get this loan back because they

21   will stay without bonus and the opposite

22   is true that if they get the loan back

23   with interest, part of their bonus will be

24   a share of the financial results.  So

25   every business unit will have a share and

```
 1        S. Leontiev -- CONFIDENTIAL
 2   that's your question about partners.  That
 3   was what was the partnership model of the
 4   bank that each head of business unit will
 5   get some share of financial results each
 6   year and each quarter sometimes.  So
 7   that's why the they had the whole
 8   responsibility and the whole authority and
 9   they have the right to take decisions.
10   The risk management was just doing the
11   audit and looked at people following the
12   general policy and that's it.  Otherwise,
13   the business units were the people take
14   all the decisions.
15        Q.
16
17
18
19        A.
20        Q.
21        A.
22        Q.
23
24        A.
25        Q.
```

1          S. Leontiev -- CONFIDENTIAL

2     ████████████

3     A.    ███████ ███████

4     Q.    ████ █████ █████ ██████ ██████ ██████

5  █████████████ █████ ██████ ████████ ████████

6  ███████ █████████

7     A.   ██ ███ ██████ ██ ██████

8     Q.   █████ █████ █████ ██████ ████████████

9  ██████████ █████ ██████ ████████ ████████ ███

10 █████ ████████ ██████ ████ █████

11 ██████████ █████████ ████████ █████████ █████

12 ██████ █████ ██████ █████ ████████

13    A.    If I would have done this, it

14 will be like, I don't know, it will be

15 breach of principle number one of values

16 of the group.  So the basic concept was

17 that these people are independent and make

18 their own decisions.  I never will

19 micromanage and that's up to them to make

20 all decisions.  I will never do this.

21          What I was involved in, as I

22 explained, creating routes how they make

23 all these deals but I was not allowed to

24 take a decision instead of somebody.

25    Q.    On behalf of Probusinessbank?

Page 303

```
 1          S. Leontiev -- CONFIDENTIAL
 2    general how the system worked.
 3        Q.    Explain to me how there was
 4    leverage of one to ten on wealth
 5    management products that were sold by the
 6    offshore entities.
 7              How was there leverage of one to
 8    ten?
 9        A.    Because if I were to put the $1
10    million which I -- the money that I took
11    from the client for even fourteen percent,
12    I would put it in the capital of the bank.
13    So the bank, Probusinessbank, will give
14    $10 million on this $1.  So he will earn
15    interest on ten million while taking from
16    the client only one million.
17        Q.    Because of the regulatory
18    capital requirements?
19        A.    No, because this was an
20    investment.  That's exactly the difference
21    between deposit and investment.
22    Investment will go into the capital of the
23    bank and from the capital I have an
24    opportunity to give -- I have a leverage
25    and on the leverage I would earn much more
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2   than on the capital itself.  That's why it
 3   was so interesting but that's why it was
 4   also risky for the client and the clients
 5   wanted to have fourteen percent, not two
 6   percent, so that's why they were asking
 7   for that product, and that's how it works.
 8        Q.    Did you have any personal
 9   discussions with any of the people who
10   invested money in what you're describing
11   as wealth management products sold by
12   Probusinessbank through these offshore
13   entities?
14        A.    I cannot remember.
15        Q.    Did you have discussions prior
16   to investments made by Avilon with Avilon
17   representatives?
18        A.    I never knew them.  I met
19   Varshavsky first when the license was
20   revoked some period of time.
21        Q.
```





1    S. Leontiev -- CONFIDENTIAL

2    A. ████ █ ████ ███ ████ ██

3    ███ ███ █ ████ █████

4    Q. ██ ███ █████ ██ ███

5    ███ ███ ██ ████ █████ ████ ██

6    ██████

7    ██ ███ ███ ███ ███ ██

8    ████ ██

9    A. ██████ ███

10   Q. ████ ████ █ ███

11   A. █████

12   Q. ██ ███ ████ █ ████

13   █████ ███ ████ ████ ████

14   █████ █ ███ ████ ███ ███

15   ████

16   A. ██ █ ███ █ ███ ███ ███ █ ███

17   Q. ████ ███ ███ ███ █████

18   █ █████ ███ ████ ███ ██ ███

19   ███ ████

20   A. ███ █ ███ █ ████ ███ ███ ██

21   ███ ██ ███ █ ███ ███ ██ ███ ████

22   ████ ███ ███ ██ ████ ████

23   Q. ██ ███ ████ ████ ██ █

24   █████ ███ ████ █████ █

25   ███ ████ ████ ██ ███ ████



Page 306

1      S. Leontiev -- CONFIDENTIAL

2      A.

3      Q.

1          S. Leontiev -- CONFIDENTIAL

2      Q.    You've read the testimony that

3  Mr. Zheleznyak gave in connection with

4  this case?

5      A.    Can you say it once again?

6      Q.    You've reviewed the testimony

7  that Mr. Zheleznyak gave when he was

8  deposed in this case?

9      A.    If I see his --

10     Q.    You've read his testimony?

11     A.    Yes.

12     Q.    You saw that he testified that

13  in 2008 that you asked him to acquire a

14  large loan from Avilon?  Do you recall

15  seeing that testimony?  Is that accurate?

16     A.    Well, I was speaking at strategy

17  session which we held every month.  There

18  were about three hundred managers there

19  and I was introducing the wealth

20  management product, 2008, I suppose, or

21  something like that.  He was there so he

22  was one of the managers who was listening

23  to that.

24     Q.    Did you ask him to acquire a

25  large loan from Avilon in particular in

1          S. Leontiev -- CONFIDENTIAL

2    2008?

3        A.    I don't remember.  I think we

4    discussed -- after I made the speech,

5    which was about two hours usually, then we

6    will have discussions and every manager

7    will tell him, look, I have such a number

8    of clients, I have such a number of

9    clients, so they will go and do.  And

10   maybe he was telling me the type of

11   clients he has.  It was not only Avilon.

12   He has at least twenty, thirty clients

13   like that.  So usually -- in our

14   management system, they decide by

15   themselves, as I explained to you already.

16       Q.    My question was really simple.

17       A.    I don't recall telling him

18   exactly that.  I don't remember telling

19   him exactly that but that could be

20   possible that we discussed something like

21   that.

22       Q.    Okay.

23             And did you -- in 2008, was the

24   reason that you discussed with Mr.

25   Zheleznyak and others the need to raise

```
                                        Page 310
 1          S. Leontiev -- CONFIDENTIAL
 2   money because of the financial crisis?
 3   Was that the reason that you needed to
 4   raise funds?
 5        A.    Yes.
 6        Q.    And in order to do that, did you
 7   need to offer investors higher rates of
 8   return than historically would have been
 9   provided?
10        A.    No, not because of that but
11   because of the leverage which I explained
12   to you already.
13        Q.    Did you need to raise large sums
14   to continue to do business and increase
15   the capital of the bank?
16        A.    No.
17        Q.    Did you agree with Mr.
18   Zheleznyak's testimony that at your
19   request he went and discussed the terms of
20   the large loan from Avilon?
21        A.    I tell you what I remember.
22        Q.    Is it your testimony that the
23   moneys that were raised by Ambika by
24   selling products for Probusinessbank were
25   transferred to the treasury of
```

1            S. Leontiev -- CONFIDENTIAL

2     Probusinessbank and are no longer

3     available to repay investors?

4        A.    Well, I don't know about this

5     deal but everything went to treasury

6     because it was product of the bank.

7        Q.    And what about moneys loaned to

8     FG Life?

9        A.    Can you specify the question?

10       Q.    Sure.

11             What happened to the moneys that

12     were loaned to FG Life?

13       A.    Went to the treasury.

14       Q.    And in addition to going to the

15     treasury, some of the moneys also went to

16     other offshore off-balance-sheet entities

17     created by Probusinessbank employees;

18     correct?

19       A.    They went for a short period of

20     time and then went treasury.

21       Q.    ███████ █ ██ ███████ ████ █████

22  ███ ██ ██████████████ ████████ ███ ███

23  ████████ ██ ███ █ ███ ██ ██ ████████

24       A.    █ ███ ████ ██████████ ████ █████

25  ██ ███ █████ █ █████ ██████ ████ ███

```
                                           Page 312
 1            S. Leontiev -- CONFIDENTIAL
 2    ████████████████  ██████████████  ████████  █████
 3    ██████████  ██████    I just told you one of the
 4    options in principle which could happen.
 5    But the end destination of all these funds
 6    was treasury.
 7        Q.   █████████  ████████  ██████  █████  ██████
 8    ████████████████  █████  █████████  █████████  █████████  ███████████
 9    █████████  █████████████  █████████  █████████
10    ██████████████
11        A.   ███████████████
12        Q.   ████████  ██████  ██████  ██████████████
13        A.   █████████  ████████  ██████  ██  █████████
14    ███████████  ████████████  █████████████  ██████████  ██████████████
15    ██████  █████  █████████  █████  ████████████████  ████████  ████████
16    ████████  ████████  ████████  ████████████  █████  █████  ████████    To
17    pay interest of fourteen percent to the
18    client we had to earn seventy and that's
19    why it had to go only to the bank and the
20    retail loans.  That was the commonality of
21    this product.
22        Q.   ████████  ████████████  █████  ████████████
23    ████████████  ███████  █████  ████████  █████  ████████  █████
24    █████████████  ██████████  ██████  ██████████
25        A.   ████████
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2      Q.    So it didn't go to the treasury
 3  in that --
 4      A.    But we don't know specifically
 5  the source was wealth management product.
 6      Q.    Because money's fungible so it's
 7  difficult to trace; right?
 8      A.    No, not because of that. Each
 9  product was very traceable so we
10  understood the economy of each product and
11  there was a product department who know
12  for sure how many products they sold and
13  -- because you forget that they were
14  getting their salary as a profit.
15  Everybody was getting a salary share of
16  profit.  That's why everybody knew exactly
17  where, when, for what, and how much.
18      Q.    Am I correct that after
19  Probusinessbank's license was revoked on
20  August 12, 2015, the bank was determined
21  to be insolvent?
22      A.    What do you mean determined to
23  be insolvent?
24      Q.    Was found insolvent.
25      A.    I understand the procedure just
```

Page 368

1

2                    CERTIFICATION BY REPORTER

3

4        I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6        That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9        That said witness was duly sworn

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16       I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22       IN WITNESS WHEREOF, I have hereunto

23   set my hand this 10th day of January, 2017

24

25                   WAYNE HOCK