# EXHIBIT 5

[...]

FINANCE AND INVESTMENT/#BANKS                    3/17/2016 04:31

# Who will remain: What hides behind the mass revocation of banking licenses



**By Pyotr Rudenko**
*Forbes Contributor*



*(Photo Artyom Geodakyan/TASS)*

During the year since Forbes' last rating of banks was published, the Bank of Russia has set a new record, revoking the licenses of 106 banks, as opposed to 82 in the previous year.

For the whole of 2015, Russian bankers, faced with the revocation of their licenses, have practiced coming up with excuses for their clients who had been left without money. There's nothing the financiers didn't mention: "technical problems," the "appearance of a new investor," "hacker attacks," "scheming by competitors." Since the crisis, bank owners and managers have complained about the Central Bank's tacit strategy of reducing the number of lending institutions in Russia to three hundred. The CB denied that charge more than once, but the fact remains: since Elvira Nabiullina's arrival in the position of Governor of the Bank of Russia in April 2013, 252 banks have had their licenses revoked or had to be restructured. Speaking at an economic forum in Krasnoyarsk, billionaire Oleg Deripaska called the CB's actions a purge. "After the CB's purge, there are basically no private banks left, with only two banks actually remaining, and they

[...]

are not in a condition to handle such a big country," Deripaska believes. In his opinion, there should be at least eight or ten major banks, not two.

What do the experts say? "There is no evil CB destroying good banks, but there are bankrupt banks and criminal banks," says Dmitry Miroshnichenko, lead expert at the Center for Development at the Higher School of Economics National Research University. "We can only speak about a purge of openly criminal banks, but they are in the minority, they are small, and they have no effect on the actual state of affairs in the economy. Bankrupt banks clean themselves out of the sector, and the CB is only signing their death certificates."

[...]

Over the year since Forbes' last rating of banks was published, the Bank of Russia has set a new record, revoking licenses from 106 banks, as opposed to 82 in the previous year. What are the results? According to data from Russia's balance of payments, over the past three years the size of dubious operations (those with indications of fabrication or made with the purpose of moving money abroad) fell from USD 38.8 billion to USD 558 million. "Cash-out transactions and the withdrawal of funds will certainly remain, but they may be significantly transformed along the lines of developed countries," Miroshnichenko believes. "Cash-out transactions will give way to money laundering, and the withdrawal of funds will be motivated more by taxes rather than by efforts to protect those funds from expropriation."

The economic crisis continued to reveal serious problems among the top one hundred banks, and this time government entities and clients close to the country's leadership also suffered. Vneshprombank recorded a new low in the ratio of holes on its balance sheet (higher than RUB 187 billion) versus assets (RUB 275 billion). Among its victims were Rosneft, Rosneftegaz, Transneft, the Russian Olympic Committee, and entities belonging to the Russian Orthodox Church and the Ministry of Foreign Affairs. It is not only financial authorities, but also highly placed clients of lending institutions that have an incomplete idea of what is going on inside the "black box" that is called the Russian banking system. The crisis at Vneshprombank harmed Defense Minister Sergey Shoigu's wife Irina, Deputy Prime Minister Dmitry Kozak's spouse Natalia Kvacheva, and Transneft head Nikolay Tokarev's son-in-law Andrey Bolotov. At Nota-Bank, the former companies of the Rotenberg brothers and Gennady Timchenko ran into problems.

In this new year of 2016, banks are also setting new negative records: Payouts to Interkommerts Bank account holders from the Deposit Insurance Agency fund have exceeded RUB 60 billion, the most in history.

[...]

Analysts expect 2016 to bring a continuing decrease in the number of banks, and their continuing consolidation. The banking industry is losing money. Over the past two years, return on equity in the banking sector has been reduced to a sixth of its previous levels, and if we disregard help from their owners, the reduction is to one tenth, to 1.6%. The number of loss-making banks grew by 60% to 206, according to information from RAEX. Even given that the average value of the capital adequacy ratio has been at a minimum level over the past four years (12.7%), in order to meet it, banks are spending all their income on reserves. Banks are delaying their admission of the problems so as to create them gradually from profits, as their ability to absorb losses through capital is limited due to low capital adequacy ratios, says Aleksander Danilov from the rating agency Fitch. RAEX's baseline prediction says that in 2016 banking sector assets will grow by only 2% to RUB 82.5 trillion, or, disregarding changes in the exchange rate, will be reduced by 3%. Loans to small and medium-sized business will be reduced by 3%, to RUB 4.8 trillion, while unsecured consumer credits will be reduced by 6% to RUB 5.6 trillion. "Under these conditions, private owners of banks lose the incentive to invest in business development and the temptation arises to either scale back business, sell (if a buyer can be found), or in the worst case take all the money out and run away," says NAFI managing partner Pavel Samiyev.

## Just the numbers

| | | | |
|---|---|---|---|
| **252** | **banks**<br>had licenses revoked or were reorganized<br>over the past three years | **60%**<br>over the past two years, return on equity in the banking sector, disregarding help from owners, reduced by a factor of **10** | growth in number of loss-making banks |
| **64.3** | **billion rubles**<br>Interkommerts Bank sets a record for Deposit Insurance Agency payouts to accoun tholders | | volumes of dubious transactions for the purpose of moving funds abroad decreased by a factor of **70**<br>from USD 38.8 billion to USD 558 million |
| Vneshprombank sets a record on deficit size | | | |
| **187.4** | **billion rubles**<br>with declared bank assets of RUB 275 billion | | |

How many banks will remain? Danilov believes that the 50 biggest would be sufficient. "Ninety percent of banking system assets already belongs to these banks," the expert explains. Samiyev believes that even after the reduction in the total number of banks, the main problem will remain the hidden issues of the top 50 banks' corporate borrowers.

"Foreign-currency mortgage borrowers and consumer borrowers are just drops in the bucket," Samiyev says. "Big and medium-sized borrowers will also demonstrate growth in bad debts, which are not reflected in banks' balance sheets in full. Forced restructuring and rescheduling are also 'bad assets', and even if they partially become performing loans, a significant portion of them will still have to be written off or strictly regulated. For many borrowers experiencing problems, repayment dates have not yet arrived. It's possible that they could service the interest, but it's not a given they will be able to handle paying down the principal." Devaluation did not seriously increase manufacturing and investment in it. And so far, no measures to overcome the crisis have been put in place. "Loans made during economic stagnation are new bad debts, and a fall in loans means bad debts on the old portfolio. Banks will be experiencing problems with new borrowers, and will also be trying to put off for the future problems with the existing ones," Samiyev maintains.

According to the Bank of Russia, during 2015 loans to legal entities fell by 10% to RUB 29.9 trillion, while past-due debt rose by 52% to RUB 1.68 trillion. Miroshnichenko believes that the end of the crisis is nowhere in sight. "The configuration of the banking system is a reflection of the overall socioeconomic situation in the country," he says. "The question of the future of the banking system, essentially, is a question of the future of the country. I personally wouldn't risk making a prediction here."

[...]

[...]

FINANCE AND INVESTMENTS #VENTURE INVESTMENTS          March 10, 2016 05:21

# Business with Scientists: How financiers made money on drones and oil technologies



**By Pyotr Rudenko**
*Forbes Contributor*



*Ivan Protopopov (left) and Danila Shaposhnikov (Photo Arseni Neskhodimov for Forbes)*

Ivan Protopopov and Danila Shaposhnikov from North Energy Ventures are monetizing scientific developments

In 2009, strategic consultant Ivan Protopopov thought about his future and saw how the printing presses of Extra-M, which belongs to billionaires Aleksey and Dmitri Ananyev, spit out fresh issues of newspapers. After the 2008 crisis the periodicals industry shrank by 40%, and the mergers and acquisitions that had interested Protopopov had disappeared entirely. That was when he decided to find ways to apply himself to other spheres.

In the end, Protopopov with his old colleague Andrey Kubonin from Unicredit Bank created the small investment boutique Atom Partners. Among their first clients were the founders of the company Fidesys, who created software to test the strength of materials. They did not know how to transform a research project into a business, and Atom helped them by offering consultations. "Then Skolkovo appeared, and there was a wave of interest in venture companies. We started advising startups, preparing business plans, writing applications to the Bortnik Fund for residency status at Skolkovo," said Protopopov. Then the partners also found money for their first investments.

[…]

One of the projects was the company Dashboard Systems. It offers a cloud solution to facilitate the work of corporations' boards of directors. "When we invested, the firm only existed in a presentation. We called it 'fun pictures.' Now it's a product used by the Moscow Stock Exchange and Alfa Bank," recalls Protopopov. In 2015, Buran Ventures, whose investors include the billionaire developer Boris Mints and Georgi Gens's company Lanit, took a stake in the company. Another successful project was Aerogreen, a developer of a new type of wind-energy devices that are less dependent on wind speed and operate consistently in unfavorable weather conditions.

By selling stakes in Dashboard and Aerogreen to later-stage investors, Atom earned a return in the hundreds of percent.

In 2012 when Protopopov and Kubonin analyzed the Russian venture market for RBK, they noted that virtually nobody was involved with early stage investments (pre-seed investing), especially in companies unrelated to the Internet or mobile. This trait distinguished the venture business in Russia from developed countries. "I realized that by approaching this systematically, it would be possible to gain an advantage," said Protopopov. At one of the venture conferences he crossed paths with his former classmate Danila Shaposhnikov, who had also taken an interest in pre-seed investing.

Before this, Shaposhnikov developed young companies through the International Foundation of Technology and Investment. For example, the company Pirokhimika had designed a fire-breathing plate only slightly thicker than a business card, while Laboratory AVK designed a device capable of detecting explosive liquids in closed containers. This device became popular with police and airport security teams, and Shaposhnikov increased revenues from zero to $3 million with a geographic reach covering ten countries of the world. Later on, he worked at Foresight Ventures and Synergy VC.

Shaposhnikov introduced Protopopov to the American Daniel Colbert, who was open to proposals in Russia. Colbert has a PhD in physical chemistry and has been involved with venture capital investments for more than 20 years. He began by founding Carbon Nanotechnologies — a pioneer in the production of carbon nanotubes (sold to Wisepower for $140 million), together with Nobel laureate Richard Smalley. Then Colbert was responsible for technical analysis and the development of portfolio companies of NGEN Partners, which has $230 million under management. Colbert traveled to Russia to manage a €110-million fund focused on clean technologies, founded by Wermuth Asset Management and the Government of Tatarstan. "Meeting Dan finally persuaded me that I needed to create a fund, and with its launch I sold my stake in Atom Partners," said Protopopov.

Case 1:16-cv-03595-JSR   Document 55-7   Filed 01/27/17   Page 8 of 26

[...]

The three partners rapidly developed the fund's strategy. "Increasing effectiveness in the oil and gas sector, energy saving, new material coatings — these are already huge markets in Russia, but sometimes they are miles behind developed countries," said Shaposhnikov, "But talk about the breakdown of the Russian scientific school is nonsense". According to Protopopov, the company gives money for the development of real businesses, not grants for scientific projects — it's an opportunity for scientists to move to a new level. They planned to invest not only in Russia, but also in North America and Scandinavia, and they named the company North Energy Ventures. At first, the partners attracted roughly $20 million from private and institutional investors. The threshold for joining the fund was $100,000. The partners do not disclose their commission. Moreover, in 2015 the partners closed a $10-million fund managed jointly with RBK.

The first company invested in was AT Energy, which Shaposhnikov founded together with scientists Yuri Dobrovolsky and Sergey Nefedkin from Chernogolovka.

The scientists developed hydrogen fuel cells for drones that allow the drones to fly five times longer than drones using lithium-ion batteries.

In 2014, the size of the fuel cell market was $2.6 billion. "This market will grow at double-digit rates. It is a core market for us," said Shaposhnikov, "Besides drones, this technology can be used on communications towers as a backup power source".

The Russian military is showing huge interest in the company's products, having spent nearly $100 million on drones in 2014.

At the end of 2015, AT Energy attracted a second round of investments and received a huge contract (the company is not disclosing with whom exactly). According to Shaposhnikov, the company's value has increased 18-fold from the first round.

But most of the fund's investments are concentrated in the oil industry. "These projects will save oil companies' money. Their application is not tied to the prices of raw materials," said Protopopov. Among the investments of North Energy Ventures is RRT Global, which enables oil refineries to cut costs on the production of gasoline. RRT works with some of the biggest players serving the oil industry," according to KBR (traded on the NYSE, a major supplier for the US Department of Defense).

North Energy also invested in Perfobur, whose radial drilling technology makes it possible to safely increase oil and gas production from old oil wells. The US company Chevron is already planning trials of the technology.

Bashneft, Rosneft, and Gazprom Neft use yet another North Energy project — the software developed by Geosteering, which helps plan and manage deposits fields under development.

The fund has not yet made any investments abroad. "We want to co-invest in companies with specialized funds and add value through our activities in Russia, but finding such deals is not easy," said Protopopov.

When you are running a business together with scientists, you have to be inside the projects and hit deadlines with positive results. "You know, for scientists a negative result is also a result," said Shaposhnikov with a smile.

[...]

.

Who will remain: what hides behind the mass revocation of banking licenses - Finance...     Page 9 of 12

FINANCE AND INVESTMENTS #VEB                    February 26, 2016 10:34

# "Everything is good for him under the current regime": Who is Sergey Gorkov?



**By Pyotr Rudenko**
*Forbes Contributor*



*Sergey Gorkov (Photo Pavel Smertin/TASS)*

A former YUKOS staffer will replace the outgoing boss of Vnesheconombank, Vladimir Dmitriev

On February 26 Vladimir Putin dismissed Vladimir Dmitriev from his post as boss of Vnesheconombank and appointed Sergey Gorkov in his stead. Information about the dismissal of Dmitriev, who headed the bank for 12 years, emerged several days ago amid talk of the size of state support for VEB. The bank needs 1.3 trillion RUB before 2020, among other things, to save itself from defaulting on external debts. Last December in his address to the Federal Assembly, Putin said that it was necessary to "clean up" the development institutes and optimize their structure and working practices. According to the head of state, many development institutes "have turned into a scrap heap for bad debts". "I know that right now the government and the Central Bank are working on this," the president added at the time. On February 22, the Central Bank Chairwoman Elvira Nabiullina did not rule out that VEB could become a commercial bank and come under the supervision of the Central Bank.

[…]

In the 2008 crisis VEB became a channel for distributing money from the National Wealth Fund. 354 billion RUB allocated to VEB deposits migrated in the last two years to Russian banks in the form of subordinated loans, which last year were allowed to be rolled over. Dmitriev himself linked the bank's difficulties to the directives imposed from above to purchase non-market assets. VEB's credit portfolio as at January 1, 2015 amounted to 1.36 trillion RUB. Among the most troubled debts are investments in the Industrial Union of Donbass, loans for special projects and Olympic buildings, and foreign currency debt, which has increased due to the ruble's devaluation. VEB has made provisions for the troubled loans, but for Sochi and Ukraine it needs to set aside approximately another 400 billion RUB, according to estimates by Fitch Ratings.

As previously reported by Forbes, Sberbank's deputy chairman Sergey Gorkov has been called one of the most likely candidates for Dmitriev's post. From 1994 to 2005 he worked with human resources at Menatep Bank and the oil companies YUKOS and YUKOS Moscow. His last position in the business empire of Mikhail Khodorkovsky was as YUKOS Moscow's vice president of HR policy and organizational planning. Former YUKOS colleagues recall him as a good and calm manager "without excessive FSB-ness" (Gorkov is a graduate of the FSB Academy).

A source close to YUKOS shareholders says that Khodorkovsky treated Gorkov well, and that Gorkov in turn was quite "obliging".

Gorkov supervised the oil company's large-scale social and educational programs. In 2001 in an interview with The Russia Journal, he spoke about the financial aid program for the company's 36,000 pensioners who worked in the northern regions, as well as the "New Civilization" youth movement, which became one of YUKOS's most expensive social projects. Those involved in the movement, which was founded in 1996, named changing Russia as their goal. The main part of the project was Newlandia summer camps. "At Newlandia, children participate in their own 'presidential' and 'parliamentary' elections, work in the government and at private enterprises. Children, who now have their own flag and emblems, receive salaries and pay taxes. They learn how to resolve conflicts and stand up for their own opinions," said Gorkov, "We are taking care of the next generation, because we know that in the future we will need good managers. Unlike the old generation, they must have a new view on life". Political scientist Stanislav Belkovsky called Newlandia "training camps for big business stormtroopers". Gorkov intended for the camps to become international, but after the arrest of Mikhail Khodorkovsky the movement and its 100,000 members lost their funding. After YUKOS's demise, Gorkov himself left for London, where he engaged in business. He joined the boards of directors of several companies — ETON ENERGY LIMITED and The New Muscovy Company Limited. The latter sells alcohol. But as early as 2006 Gorkov returned to Russia.

"How he managed to avoid prosecution in the YUKOS case is the biggest mystery of the YUKOS case," said one of his former colleagues, "Aleksey Kurtsin, who was subordinate to him and was deputy executive officer of YUKOS Moscow, was released on 7 August 2012 after 8 years in prison. He initially got 15 years".

Colleagues at YUKOS assume that Gorkov has protectors from the FSB [Federal Security Service].

[...]

Former YUKOS lawyer Pavel Ivlev says that during the company's case his former colleague in no way suffered and quickly found a new job, adding "Everything is good for him under the new regime".

Before 2008 Gorkov was a member of the board of directors of the Fesco transportation group, which at that time belonged to Sergey Generalov, his former colleague at YUKOS and former minister of fuel and energy. In November 2008, he moved to Sberbank. A year earlier it had been headed by Herman Gref, and the bank began a swift reform of the "antiquated" organization. The bank's five-year cost-cutting strategy was adopted, which stipulated that one in five of the bank's 270,000 employees would be laid off. Gorkov became responsible for this as director of Sberbank's HR policy department. "The layoff includes people in various professions. In some instances, we are closing entire branches — for example, when two are located near one another. Some personnel have left due to a change in business processes, some to improve their qualifications. For example, tellers completed two-week courses at the central office in order to become universal specialists. In 2009 a total of 200,000 employees were trained," he said in a presentation at the Higher School of Economics. Gorkov introduced an employee ranking system called "5+". Each employee was ranked based on five parameters, from personal performance to team work and customer focus. Depending on the results, each employee receives a score from A ("star") to E ("poor worker"). He also introduced computer simulators and role-playing games (for evaluation and development) at the bank.

In October 2010 Gorkov was appointed deputy chairman of Sberbank's management board and took charge of the bank's "International Operations". At that time Sberbank had a presence in only two foreign countries. By the end of 2013 after three major transactions to buy the investment bank Troika Dialog, a subdivision of the Austrian Volksbank International, and later the Turkish DenizBank, the number of countries where Sberbank had a presence increased to twenty. Gorkov represented the bank's interests in these countries.

[...]



НОВОЕ    ПОПУЛЯРНОЕ    РЕЙТИНГИ    ВИДЕО    МНЕНИЯ    ВЫБОР РЕДАКЦИИ

$59.47    ММВБ 2146.09
€63.94    BRENT 55.55

Кто останется: что скрывается за массовым отзывом банковских...

**Forbes**

SHARE

**ЧИТАЙТЕ ТАКЖЕ**


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

ФИНАНСЫ И ИНВЕСТИЦИИ /#БАНКИ          17.03.2016 04:31

# Кто останется: что скрывается за массовым отзывом банковских лицензий

Скрыть рекламу:

Не интересуюсь этой темой

Навязчивое и надоело

Сомнительного содержания или спам

Мешает просмотру контента


**Петр Руденко**
*Forbes Contributor*



*(Фото Артема Геодакяна / ТАСС)*

За год, с момента выхода предыдущего рейтинга банков Forbes, Банк России обновил рекорд, отозвав лицензии у 106 банков против 82 годом ранее

Весь 2015 год российские банкиры перед отзывом лицензии тренировались в выдумывании оправданий для оставшихся без денег клиентов. О чем финансисты только не рассказывали: «технических проблемах», «появлении нового инвестора», «атаках хакеров», «происках конкурентов». После краха владельцы и руководители банков жаловались на негласную стратегию ЦБ — сокращение количества кредитных организаций в России до трех сотен. ЦБ неоднократно опровергал такую версию, но остается факт — после прихода Эльвиры Набиуллиной на пост председателя Банка России в апреле 2013 года 252 банка лишились лицензий или были санированы. Миллиардер Олег Дерипаска на экономическом форуме в Красноярске назвал действия ЦБ зачисткой. «После зачистки ЦБ частных банков вообще не осталось, осталось фактически два банка, а они не

☰   НОВОЕ   ПОПУЛЯРНОЕ   РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

в состоянии потянуть такую большую страну», — считает Дериппаска, по его оценке, основных банков должно быть не два, а хотя бы восемь-десять.

Что думают эксперты? «Нет злого ЦБ, уничтожающего добрые банки, а есть банки-банкроты и криминальные банки, — считает ведущий эксперт «Центра развития» НИУ ВШЭ Дмитрий Мирошниченко. — Можно говорить лишь о зачистке откровенно криминальных банков, но их меньшинство, они мелкие и на реальное положение дел в экономике никак не влияют. Банки-банкроты сами от себя зачищают сектор, ЦБ лишь выписывает свидетельства о смерти».


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

На правах рекламы:


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

Скрыть рекламу:  ×

Не интересуюсь этой темой

Навязчиво и надоело

Сомнительного содержания или спам

Мешает просмотру контента

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ

  

За год, с момента выхода предыдущего рейтинга банков Forbes, Банк России обновил рекорд, отозвав лицензии у 106 банков против 82 годом ранее. Что в результате? По данным платежного баланса России, за последние три года объемы сомнительных операций (с признаками фиктивности и целью вывода средств за рубеж) сократились с $38,8 до $558 млн. «Обналичка и вывод средств непременно останутся, но могут существенно трансформироваться по образцу развитых стран, — считает Мирошниченко. — Обналичка уступит место легализации денег, а вывод средств будет мотивирован скорее налоговыми делами, а не стремлением защититься от экспроприации».

Экономический кризис продолжил вскрывать серьезные проблемы банков из первой сотни, и на этот раз пострадали и госструктуры, и клиенты, близкие к руководству страны. Внешпромбанк побил антирекорд по отношению размера дыры в балансе (свыше 187 млрд рублей) к активам (275 млрд рублей). Среди его жертв — «Роснефть», «Роснефтегаз», «Транснефть», Олимпийский комитет России, структуры Русской православной церкви и Министерства иностранных дел. О происходящем в «черном ящике» под названием «российская банковская система» до конца не знают не только финансовые власти, но и высокопоставленные клиенты кредитных организаций. От краха Внешпромбанка пострадала жена министра обороны Сергея Шойгу Ирина, супруга вице-премьера Дмитрия Козака Наталья Квачева и зять главы «Транснефти» Николая Токарева Андрей Болотов. В Нота-банке с проблемами столкнулись бывшие компании братьев Ротенбергов и Геннадия Тимченко.

Банки и в наступившем 2016 году ставят новые антирекорды: выплаты вкладчикам банка «Интеркоммерц» из фонда АСВ превысили 60 млрд рублей – исторический максимум.

Кто останется: что скрывается за массовым отзывом банковских лицензий - Финанс... Page 3 of 12

☰   НОВОЕ   ПОПУЛЯРНОЕ   РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

Кто останется: что скрывается за массовым отзывом банковских лицензий

SHARE

ЧИТАЙТЕ ТАКЖЕ



Правительство решило передать банкам функцию выдачи российских и заграничных паспортов



Кризис скорректировал мандат банков развития



Что год грядущий нам готовит? Взгляд банковского аналитика

На правах рекламы



Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать



Татарское домино: почему рушатся банки

Аналитики ожидают, что в 2016 году продолжится сокращение числа банков и их санкция/ликвидация. Вся банковская отрасль убыточна: за две последних года рентабельность капитала по банковскому сектору сократился в шесть раз, без учета помощи собственников — почти в 10 раз, до 1,6%. Число убыточных банков выросло на 60%, до 206, по данным агентства RAEX. Даже притом что среднее значение норматива достаточности капитала находится на минимальном за последние четыре года уровне (12,7%), чтобы выполнить его, банки тратят всю свою прибыль на резервы. Банки оттягивают признание проблем, чтобы резервировать их постепенно из прибыли, так как возможность абсорбировать убытки через капитал у них ограничена из-за низких коэффициентов достаточности капитала, говорит Александр Данилов из рейтингового агентства Fitch. По базовому прогнозу агентства RAEX, в 2016 году активы банковского сектора вырастут только на 2%, до 82,5 трлн рублей, а без учета изменения валютного курса сократятся на 3%. На 3% сократятся портфели кредитов малому и среднему бизнесу, до 4,7 трлн рублей, на 6% — необеспеченные потребительские кредиты, до 5,6 трлн рублей. В нынешних условиях у частных владельцев банков теряется мотивация в качественном развитии бизнеса и появляется соблазн либо свернуть бизнес, продать (многие ищут покупателя), а в худшем случае вообще вывести деньги и сбежать», — говорит управляющий партнер НАФИ Павел Самиев.

**Только цифры**

| | | |
|---|---|---|
| **252** банка за последние три года были лишены лицензий или санированы. | **60%** так выросло количество убыточных банков. | |
| **64,3** млрд рублей банк «Интеркоммерц» ставит рекорд по выплатам вкладчикам от АСВ. | **в 10 раз** в последние два года сократилась рентабельность капитала по банковскому сектору без учета помощи собственников. | |
| **187,4** млрд рублей по заявлениям банков активов 275 млрд рублей. Внешпромбанк ставит рекорд по размеру дыры. | | **в 70 раз** сократились объемы сомнительных операций по выводу средств за рубеж — с $38,8 млрд до $558 млн. |

Сколько банков останется? По мнению Данилова, 50 крупнейших достаточно. «90% активов банковской системы уже приходится на эти банки», — объясняет эксперт. По мнению Самиева, и после сокращения общего числа банков главной проблемой останутся скрытые проблемы корпоративных заемщиков первых 50 банков.

«Валютные ипотечники и потребительские заемщики — это капля в море, — говорит Самиев. – Крупные и средние заемщики еще покажут рост плохих долгов, которые не отражаются на балансах банков в полной мере. Вынужденные реструктуризации и пролонгации – это тоже «плохие активы», и даже если они частично станут работающими кредитами, значимую часть из них все равно придется списывать или жестко урегулировать. По ряду заемщиков, испытывающих проблемы, сроки погашения еще не наступили. Возможно, они могут обслуживать процентные платежи, но с погашением не факт, что справятся». Девальвация не так сильно увеличила производство и инвестиции в него.  А антикризисных мер пока нет. «Кредитование при стагнации экономики – это новые плохие долги, падение кредитования – это плохие долги по старому портфелю. Банки будут и испытывать проблемы с новыми заемщиками, и пытаться отложить на будущее проблемы с действующими», – уверен Самиев.

По данным Банка России, объемы кредитования юрлиц за 2015 год снизились на 10%, до 29,9 трлн рублей, а просроченная задолженность увеличилась на 52%, до 1,68 трлн рублей. По мнению Мирошниченко, конца кризиса не видно и в телескоп. «Конфигурация банковской системы – это отражение общей социально-экономической ситуации в стране, – говорит эксперт. – Вопрос о будущем банковской системы, по-сути, есть вопрос о будущем страны. Я лично не рискну давать здесь прогноз».

≡   **НОВОЕ**   **ПОПУЛЯРНОЕ**   *Подробнее о 100 самых надежных банках страны читайте в материале «Кредит*
**РЕЙТИНГИ**   **ВИДЕО**   **МНЕНИЯ**   **ВЫБОР РЕДАКЦИИ**
*доверия: рейтинг надежности банков»,*

Кто останется: что скрывается за массовым отзывом банковских лицензий

**SHARE**

**ЧИТАЙТЕ ТАКЖЕ**

 Правительство решило передать банкам функцию выдачи российских и заграничных паспортов

 Кризис скорректировал мандат банков развития

## ДРУГИЕ НОВОСТИ ПО ТЕМЕ                                    ×

| Банки столкнулись с проблемами при проведении налоговых платежей |
| ЦБ отозвал лицензии у двух банков |
| Банки попросят ЦБ отменить переход бюджетников на карту «Мир» |
| СМИ сообщили о новом зампреде ЦБ |
| Татфондбанк ввел ограничения на выдачу вкладов и снятие наличных |

**Скрыть рекламу:**
Не интересуюсь этой темой
Навязчивое и надоело
Сомнительного содержания или спам
Мешает просмотру контента

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ


Старая закалка: миллиардеры любят KODO со скидкой 30%...


Кто-то черпной по России нашел примочку рецепты Крыма


Банки с клиентов защитой: физ против хакеров



K●DO
MODERN JAPANESE CUISINE AND SAKE BAR
+7 (495) 665-84-73
www.kodo.moscow

## НОВОСТИ NATIONAL NEWS NETWORK


Порошенко предложил сделку жителям Донбасса и Крыма


Еще одна страна просит российского президента о помощи


Кличко вновь "проиграл": на этот раз в Давосе


После крушения Ту-154 Шойгу принял серьезное решение


Захаровой пришлось извиниться перед американцем


Благодаря Трампу россияне обогатились на 29 миллиардов долларов


Игорь Краснов озвучил стоимость имущества арестованного Улюкаева


Трамп осудил действия России в Сирии


Новый президент обойдется россиянам в огромную сумму


Своей победой на выборах Трамп обязан Жириновскому

## НОВОСТИ ПАРТНЕРОВ


**Видео: Сын Трампа грубо отказался взять Меланью за руку**


**Саакашвили в странной одежде попал на видео в аэропорту ...**


**WFB: Разведка США бьет тревогу – в России строят ядерные ...**


**Анна Чапман высказалась о Клинтон**


**Трамп назвал дату встречи с Путиным**

| ☰ | НОВОЕ | ПОПУЛЯРНОЕ | РЕЙТИНГИ | ВИДЕО | МНЕНИЯ | ВЫБОР РЕДАКЦИИ |

**Кто останется: что скрывается за массовым отзывом банковских лицензий**

**SHARE**

ЧИТАЙТЕ ТАКЖЕ


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

ФИНАНСЫ И ИНВЕСТИЦИИ /#ВЕНЧУРНЫЕ ИНВЕСТИЦИИ          10.03.2016 05:21      ✕

# Бизнес с учеными: как финансисты заработали на беспилотниках и нефтяных технологиях

**SHARE**


**Петр Руденко**
*Forbes Contributor*


*Иван Протопопов (слева) и Данила Шапошников*
*(Фото Арсения Несходимова для Forbes)*

Иван Протопопов и Данила Шапошников из North Energy Ventures монетизируют научные разработки

В 2009 году стратегический консультант Иван Протопопов размышлял о своем будущем и смотрел, как станки типографии «Экстра-М», принадлежащей миллиардерам Алексею и Дмитрию Ананьевым, выплевывают свежие номера газет. Отрасль периодической печати после кризиса 2008 года упала на 40%, и слияния и поглощения, чем интересовался Протопопов, были полностью свернуты. И тогда он решил искать себе применение в других сферах.

В итоге Протопопов со старым товарищем Андреем Кубониным из банка «Юникредит» создал небольшой инвестиционный бутик «Атом Партнерс». Одними из первых клиентов стали основатели компании «Фидесис», которые создали программное обеспечение по проверке прочности материалов. Они не знали, как превратить научный проект в бизнес, и «Атом» помог им с консультациями. «Тогда появилось Сколково, и пошла волна интереса к венчурным компаниям. Мы стали консультировать стартапы, готовить бизнес-планы, писали заявки в фонд Бортника на резидентство в Сколково», — рассказывает


**KODO**
MODERN JAPANESE CUISINE AND SAKE BAR
+7 (495) 665-84-73
www.kodo.moscow



≡   НОВОЕ   ПОПУЛЯРНОЕ   Протопопов. Тогда у партнеров появились деньги и
на первые инвестиции.
РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

Кто останется: что скрывается за
массовым отзывом банковских
лицензий

SHARE

ЧИТАЙТЕ ТАКЖЕ


Правительство решило
передать банкам
функцию выдачи
российских и
заграничных паспортов


Кризис скорректировал
мандат банков
развития


Что год грядущий нам
готовит? Взгляд
банковского аналитика

*На правах рекламы*


Зимний отдых вашей
мечты, каков он?
Пройдите тест, чтобы
узнать

Татарское домино:
почему рушатся банки

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ                                    ✕


Как стать венчурным
инвестором: пять
спо...


...перспективных
трендов в
инвестиц...


...поиска пробивает...
О... почему в России все
меньше... по успешных
На...

Реклама собрана объекта

Сомнительного содержания или спам
Навязчиво и надоело

Одним из проектов стала компания Dashboard Systems, она предлагает себя как
решение для организации работы советов директоров корпораций. «Когда мы
инвестировали, фирма существовала лишь в презентации, мы называли ее
«веселыми картинками», — сейчас это продукт, которым пользуется Московская
биржа, Альфа-банк», — вспоминает Протопопов. В 2015 году в компанию вложился
фонд Buran Ventures, среди его инвесторов есть миллиардер, девелопер Борис
Минц и компания «Ланит» Георгия Генса. Другим успешным проектом стала
компания «Аэрогрин», разработчик нового типа ветроэнергетических установок,
которые меньше зависят от скорости ветра и устойчиво работают при
неблагоприятных погодных условиях.

Продав доли в Dashboard и «Аэрогрин» инвесторам более поздних стадий, «Атом»
заработал сотни процентов доходности.

Когда в 2012 году Протопопов и Кубонин делали исследования российского
венчурного рынка для РВК, они обратили внимание, что инвестициями на ранних
стадиях (pre-seed-инвестирование) практически никто не занимается, особенно если
компании не связаны с интернетом или mobile. Эта особенность отличала
венчурный бизнес России от развитых стран. «Я понял, что если подойти к этому
системно, то можно получить преимущество», — говорит Протопопов. На одной из
венчурных конференций он пересекся со своим бывшим однокурсником Данилой
Шапошниковым, также интересовавшимся pre-seed-инвестированием.

Шапошников до этого развивал молодые компании в Международном фонде
технологий и инвестиций. Например, компания «Пирохимика» разработала
огнедышащую пластину чуть толще визитной карточки, а «Лаборатория ABK» —
прибор, способный обнаружить взрывоопасные жидкости в закрытых емкостях. Этот
прибор стал востребован полицией и службами безопасности аэропортов, и
Шапошников с нуля увеличил выручку до $3 млн с географией в десяти странах
мира. Позже он работал в фондах Foresight Ventures и Synergy VC.

Шапошников познакомил Протопопова с американцем Дэниелом Колбертом,
открытым для предложений в России. Колберт — доктор физической химии,
занимается венчурными инвестициями более 20 лет. Он начал с того, что вместе с
нобелевским лауреатом Ричардом Смолли основал компанию Carbon
Nanotechnologies — пионера в производстве карбоновых нанотрубок (была продана
корпорации Wisepower за $140 млн). Затем Колберт отвечал за технический анализ и
развитие портфельных компаний фонда NGEN Partners, управлявшего $230 млн. В
Россию Колберт приехал руководить фондом объемом €110 млн с фокусом на
чистые технологии, он был учрежден Wermuth Asset Management и правительством
Татарстана. «Знакомство с Дэном окончательно убедило меня в том, что нужно

☰     НОВОЕ     ПОПУЛЯРНОЕ     РЕЙТИНГИ     ВИДЕО     МНЕНИЯ     ВЫБОР РЕДАКЦИИ

Кто останется: что скрывается за массовым отзывом банковских лицензий

SHARE

**ЧИТАЙТЕ ТАКЖЕ**


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

создавать фонд, и с его запуском я продал свою долю в «Атом Партнерс», – говорит Протопопов.

Стратегию фонда три партнера разработали быстро. «Повышение эффективности в нефтегазовом секторе, энергосбережение, новые покрытия материалов – это уже большие рынки в России, но иногда они в разы отстают от развитых стран, – говорит Шапошников. – А разговоры о развале российской научной школы – это миф». По словам Протопопова, компания дает деньги на развитие реального бизнеса, а не гранты на научный проект – это возможность для ученых выйти на новый уровень. Инвестировать планировали не только в России, но и в Северной Америке и Скандинавии, и компанию назвали North Energy Ventures. Сначала партнеры привлекли около $20 млн от частных и институциональных инвесторов. Порог входа в фонд составил $100 000, комиссию партнеры не раскрывают. Кроме того, в 2015 году партнеры закрыли совместно с РВК фонд объемом $10 млн.

Первой проинвестированной компанией фонда стала AT Energy, которую Шапошников основал вместе с учеными Юрием Добровольским и Сергеем Нефедкиным из Черноголовки.

Ученые разработали топливные водородные элементы для дронов, которые позволяют им летать в пять раз дольше, чем на литий-ионных аккумуляторах.

Объем рынка топливных элементов в 2014 году составил $2,6 млрд. «И этот рынок растет двухзначными темпами, он для нас основной, – говорит Шапошников, – кроме дронов эта технология может использоваться на вышках связи как источник резервного питания».

Большой интерес к продукции компании проявляют российские военные, которые в 2014 году потратили на беспилотники почти $100 млн.

В конце 2015 года AT Energy привлекла второй раунд инвестиций и получила большой контракт (с кем именно, компания не раскрывает). По словам Шапошникова, с первого раунда стоимость компании увеличилась в 18 раз.

Но большинство инвестиций фонда сосредоточено в нефтяной отрасли. «Эти проекты экономят средства нефтяных компаний, их применение не связано с ценами на сырье, – говорит Протопопов. Среди вложений North Energy Ventures – компания RRT Global, позволяющая НПЗ экономить на производстве бензина. RRT работает с одним из крупнейших игроков, обслуживающих нефтяную отрасль, – KBR (торгуется на NYSE, крупный поставщик Минобороны США).

North Energy также вложилась в компанию «Перфобур», разработанная ею технология радиального бурения позволяет увеличить добычу нефти и газа из старых скважин безопасным способом. Пилотные испытания технологии уже собирается проводить американская Shevron.

«Башнефть», «Роснефть» и «Газпром нефть» пользуются еще одним проектом North Energy – программным обеспечением компании Geosteering, которое помогает с проектированием и управлением разрабатываемыми месторождениями.

Инвестиций за рубежом фонд еще не делал. «Мы хотим соинвестировать в компании с профильными фондами и добавлять ценность за счет нашей активности в России, но такие сделки найти непросто», – говорит Протопопов.

Когда ведешь бизнес совместно с учеными, приходится быть внутри проектов и добиваться выполнения сроков с положительным результатом. «Вы же знаете, для ученых отрицательный результат тоже результат», – улыбается Шапошников.

Скрыть рекламу
Я интересуюсь этой темой
Навязчивое и надоело
Сообщить о нарушении содержания или спам
Мешает просмотру контента

≡   **НОВОЕ**   **ПОПУЛЯРНОЕ**

### ДРУГИЕ НОВОСТИ ПО ТЕМЕ
РЕЙТИНГИ      ВИДЕО      МНЕНИЯ      ВЫБОР РЕДАКЦИИ

РБК и «Сколково» создадут три совместных фонда

Кто останется: что скрывается за массовым отзывом банковских лицензий

| | ✕ |
|---|---|
| «Росатом» вложит 83 млрд рублей в строительство ветроэлектростанций | |
| Юрий Мильнер инвестировал в туристический сайт | |
| Трое основателей шерингового сервиса Airbnb станут миллиардерами | |
| Фонд iTech Capital ведет переговоры о покупке 20-30% акций Aviasales.ru | |

**SHARE**

**ЧИТАЙТЕ ТАКЖЕ**

 Правительство решило передать банкам функцию выдачи российских и заграничных паспортов

**ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ**

Скрыть рекламу:

Не интересуюсь этой темой

Навязчивое и наглое

 Кризис скорректировал мандат банков развития

 Что год грядущий нам готовит? Взгляд банковского аналитика

 Победят банкиров, чему-то меньше и совсем не совсем с рублем

 Старая закалка: миллиардеры любят «кэш» и доход 30%

 Доставка на 100 миллионов. Сколько стоит Discovery Club

*На правах рекламы*

 Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать

### НОВОСТИ NATIONAL NEWS NETWORK

 Порошенко назвал причину, которая заставит Донбасс и Крым вернуться

 Какую роль сыграл Жириновский в победе Трампа на выборах

 Позиция Америки по вопросу о признании Крыма частью России

 Названы будущие угрозы для России

 Лавров ответил Хорватии по поводу военной агрессии

 Татарское домино: почему рушатся банки

 Крушение Ту-154 подтолкнуло Шойгу принять важное решение

 Лавров назвал переговоры с США бесполезными

 На инаугурацию Трампа пригласили российского представителя

 Порошенко впервые признал существование ЛНР и ДНР

 Порошенко собирается поднять Америку

### НОВОСТИ ПАРТНЕРОВ

 Политологи и психотерапевты поставили диагноз Обаме

 В ФСБ рассказали, что перевозил разбившийся Ту-154

 Агент ЦРУ рассказал правду о Саддаме Хусейне

 В Сирии бывшие боевики рассказали, кто и как учил их убивать

 "Герой Майдана" Яценюк купил "маленький город" в США

ФИНАНСЫ И ИНВЕСТИЦИИ /#ВЭБ        26.02.2016 10:34

НОВОЕ    ПОПУЛЯРНОЕ    РЕЙТИНГИ    ВИДЕО    МНЕНИЯ    ВЫБОР РЕДАКЦИИ

Кто останется: что скрывается за массовым отзывом банковских лицензий

SHARE

ЧИТАЙТЕ ТАКЖЕ


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

# «У него все хорошо при нынешнем режиме»: кто такой Сергей Горьков

SHARE


**Петр Руденко**
*Forbes Contributor*



*Сергей Горьков (Фото Павла Смертина / ТАСС)*

**Бывший кадровик ЮКОСа займет пост ушедшего в отставку главы Внешэкономбанка Владимира Дмитриева**

26 февраля Владимир Путин освободил Владимира Дмитриева от должности главы Внешэкономбанка и назначил на его место Сергея Горькова. Информация об отставке Дмитриева, возглавлявшего банк 12 лет, появилась за несколько дней до этого на фоне обсуждения объема господдержки ВЭБа. Банку необходимо 1,3 трлн рублей до 2020 года, в том числе и для того, чтобы спастись от дефолта по внешним долгам. В декабре прошлого года Путин в послании Федеральному собранию сообщил, что необходимо «провести расчистку» институтов развития, оптимизировать структуру и механизм их работы. По словам главы государства, многие из институтов развития «превратились в помойку для плохих долгов». «Знаю, что и правительство, и Центральный банк сейчас этим занимаются», — добавил тогда президент. 22 февраля председатель ЦБ Эльвира Набиуллина не исключила, что ВЭБ может стать коммерческим банком и перейти под надзор ЦБ.

×
+7 (495) 480-06-29



ГОТОВЫЕ АПАРТАМЕНТЫ
В МОСКВА-СИТИ

**ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ**







НОВОЕ     ПОПУЛЯРНОЕ        

Кто останется: что скрывается за
массовым отзывом банковских
лицензий

SHARE

ЧИТАЙТЕ ТАКЖЕ


Правительство решило
передать банкам
функции выдачи
российских и
заграничных паспортов


Кризис скорректировал
мандат банков
развития


Что год грядущий нам
готовит? Взгляд
банковского аналитика

*На правах рекламы*


Зимний отдых вашей
мечты, каков он?
Пройдите тест, чтобы
узнать


Татарское домино:
почему рушатся банки

В кризис 2008 года ВЭБ превратился в канал для раздачи денег ФНБ. 354 млрд
рублей, разделенных на депозиты ВЭБа, перекочевали в последующие два года в
российские банки в виде субординированных кредитов, а в прошлом году их
разрешили пролонгировать. Сам Дмитриев связывал трудности банка с
поступившими свыше директивными требованиями покупать нерыночные
активы. Кредитный портфель ВЭБа на 1 января 2015 года – 1,36 трлн рублей, среди
самых проблемных долгов – вложения в Индустриальный союз Донбасса, кредиты
на спецпроекты и олимпийские стройки и возросший из-за девальвации рубля
валютный долг. По проблемным кредитам ВЭБ сформировал резервы на $6 млрд, а
Украине нужно зарезервировать еще примерно 400 млрд рублей, оценивает Fitch
Ratings.

Скрыть рекламу:

Эта реклама неуместна
Сомнительного содержания или спам
Мешает просмотру контента

Как Forbes уже писал ранее, одним из наиболее вероятных кандидатов на пост
Дмитриева называют зампреда Сбербанка Сергея Горькова. С 1994 по 2005 год он
работал с персоналом в банке «Менатеп» и нефтяных компаниях ЮКОС и «ЮКОС-
Москва». Последняя его должность в бизнес-империи Михаила
Ходорковского – вице-президент по кадровой политике и
организационной деятельности «ЮКОС-Москва». Бывшие коллеги по ЮКОСу
вспоминают его как хорошего, спокойного менеджера, «без излишней
ФСБшности» (Горьков – выпускник Академии ФСБ).

Источник, близкий к акционерам ЮКОСа, говорит, что к Горькову хорошо относился
Ходорковский, а тот, в свою очередь, был достаточно «услужлив».

Горьков курировал масштабные социальные и образовательные программы
нефтяной компании. В 2001 году в интервью The Russia Journal он рассказывал о
программе финансовой помощи 36 000 пенсионеров компании, которые работали в
северных районах, а также о молодежном движении «Новая Цивилизация», которая
стала одним из самых дорогих социальных проектов ЮКОСа. Участники движения,
основанного в 1996 году, своей целью называли изменение России.  Главной
частью программы были летние лагеря Newlandia.  «В лагере Newlandia дети
участвуют в собственных «президентских» и «парламентских» выборах, работают в
правительстве и на частных предприятиях. Дети, которые в настоящее время имеют
свои собственные флаг и эмблемы, получают заработную плату и платят налоги, они
узнают, как разрешать конфликты и встать на защиту своих собственных мнений, –
рассказывал Горьков. – Мы заботимся о следующем поколении, потому что мы
знаем, что в будущем нам нужны хорошие менеджеры. В отличие от старшего
поколения они должны иметь новый взгляд на жизнь». Политолог Станислав
Белковский прозвал Newlandia  «тренировочными лагерями для штурмовиков
большого бизнеса». Горьков планировал, что лагеря станут международными, но
после ареста Михаила Ходорковского движение и 100 000 его участников лишились
финансирования. Сам Горьков после разгрома ЮКОСа уехал в Лондон, где занялся
бизнесом. Он входил в совет директоров нескольких компаний – ETON ENERGY
LIMITED и The New Muscovy Company Limited. Последняя  занималась продажей
алкоголя. Но уже в 2006 году Горьков вернулся в Россию.

«Как ему удалось избежать преследования по делу ЮКОСа – самая большая тайна
дела ЮКОСа, - говорит один из его бывших коллег. – Подчиненный ему Алексей
Курцин (заместитель управляющего делами компании «ЮКОС-Москва», освобожден
7 августа 2012 года после 8 лет лишения свободы) сначала получил 15 лет».

Коллеги по ЮКОСу предполагают, что у  Горькова есть покровители из ФСБ.

☰   **НОВОЕ**   **ПОПУЛЯРНОЕ**

РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

Бывший юрист ЮКОСа Павел Ивлев говорит, что во время дела компании его экс-коллега «никак не пострадал» и «быстро устроился на новое место, «у него все хорошо при нынешнем режиме».

Кто останется: что скрывается за массовым отзывом банковских лицензий

**SHARE**

**ЧИТАЙТЕ ТАКЖЕ**



Правительство решило передать банкам функцию выдачи российских и заграничных паспортов



Кризис скорректировал мандат банков развития



Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*



Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать



Татарское домино: почему рушатся банки

---

До 2008 года Горьков был членом совета директоров транспортной группы Fesco, в то время принадлежавшей его бывшему коллеге по ЮКОСу и бывшему министру топлива и энергетики Сергею Генералову. В ноябре 2008 года он перешел на работу в Сбербанк. Годом ранее его возглавил Герман Греф, и банк начал стремительную реформацию «устаревшей» организации. Была принята пятилетняя стратегия банка по сокращению издержек, согласно которой под сокращение попадал каждый пятый из 270 000 сотрудников банка. За это стал отвечать Горьков, как директор департамента кадровой политики Сбербанка. «Сокращения будут происходить за счет людей разных профессий. Где-то закрываем целые отделения — например, когда два находятся рядом друг с другом. Часть персонала уходит в результате оптимизации бизнес-процессов, часть повысила квалификацию. Например, кассиры массово прошли двухнедельные курсы в центральном офисе, чтобы стать универсальными или специалистами. В 2009 году обучение прошли в общей сложности 200 000 сотрудников», — говорил он в презентации в Высшей школе экономики. Горьков внедрил систему оценки сотрудников под названием «5+». Каждый сотрудник стал оцениваться по пяти параметрам, от личной результативности до умения работать в команде и ориентированности на клиента. В зависимости от результатов каждый получает оценку от А («звезда») до Е («плохой работник»). Так же при нем в банке были внедрены компьютерные тренажеры и ролевые игры (оценочные и развивающие).

В октябре 2010 года Горьков был назначен заместителем председателя правления Сбербанка и стал курировать «Международные операции» банка. В то время Сбербанк присутствовал только в двух зарубежных странах. К концу 2013 года после трех крупных сделок по покупке инвестиционного банка «Тройка Диалог», подразделения австрийского Volksbank International, а позже турецкого DenizBank количество стран присутствия Сбербанка увеличилось до двадцати. Интересы банка в этих странах представлял Горьков.

## ДРУГИЕ НОВОСТИ ПО ТЕМЕ

Счетная палата оценила необходимую помощь ВЭБу в 400 млрд рублей

ВЭБ предсказал себе убыток в 130 млрд рублей

Суд отклонил иск Минфина о взыскании с Владимира Потанина $68 млн

ВЭБ изменит инвестиционную модель

Минобороны опровергло информацию о перераспределении пенсионных накоплений

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ







 **НОВОЕ** **ПОПУЛЯРНОЕ**

## НОВОСТИ NATIONAL NEWS NETWORK

РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

**Кто останется: что скрывается за массовым отзывом банковских лицензий**

### SHARE

**ЧИТАЙТЕ ТАКЖЕ**

 Правительство решило передать банкам функцию выдачи российских и заграничных паспортов

 Кризис скорректировал мандат банков развития

 Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*

 Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать

 Татарское домино: почему рушатся банки

 Трамп озвучил свое решение по поводу антироссийских санкций

 Кремль жёстко ответил на новые санкции США

 Порошенко признался в украинской оккупации ДНР и ЛНР

 Яп... по... с... Курильским островам


СМОТРИТЕ БЕСПЛАТНО НА eTVnet
...для антироссийских санкций

 Объявлено, кто представит Россию на церемонии инаугурации Трампа

Слова Горбачева о новом союзе в границах СССР

 Лавров назвал цель убийства посла Карлова

Порошенко ... возвра... потеря...


...

### НОВОСТИ ПАРТНЕРОВ

 Супруги-артисты из ансамбля оказались на разных самолетах

 Кобзон о крушении Ту-154 под Сочи: Я должен был лететь с ...

 Дональд Трамп может быстро лишиться статуса президента США

ВВС сообщил о ранении Трампа при покушении

 Очевидец описал, как падал в море Ту-154

 

Forbes

**ЖУРНАЛ FORBES**
Оформите подписку на журнал Forbes.

**ПОДПИСАТЬСЯ** ›

Forbes

**IPHONE И IPAD**
Цифровые выпуски для Ipad.

App Store

**РАССЫЛКА FORBES.**
Каждую неделю только самое важное и интересное.

*Ваш E-mail*

Our Brands     Companies



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached articles titled "Who will

remain: What hides behind the mass revolution of banking licenses", "Business with Scientists:

How financiers made money on drones and oil technologies," and "'Everything is good for him

under the current regime': Who is Sergey Gorkov?"

_____
Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this **25** day of **January**, 20 **17**.

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143