# EXHIBIT 6



KYΠPIAKH REPUBLIC ΔHMOKPATIA OF CYPRUS

HE 289039                                                                                         HE 44

THE COMPANIES LAW, CAP. 113
Section 15(1)

## CERTIFICATE OF INCORPORATION

IT IS HEREBY CERTIFIED that,

**WONDERWORKS INVESTMENTS LIMITED**

has this day been incorporated under the Companies Law, Cap. 113 as a Limited Liability Company.

Given under my hand in Nicosia on the 20th of June, 2011

..................................................
Registrar of Companies

TRANSLATED TRUE COPY

IRENE ATHANASIADOU
for Registrar of Companies

14 April, 2016

Confidential                                                                                                               SL0024211

|   | APOSTILLE |
|---|---|
|   | (Convention de La Haye du 5 Octobre 1961) |

1. Country CYPRUS.   IRENE ATHANASIADOU
   This public document
2. has been signed by..........................................................................
3. acting in the capacity of Registrar of Companies
4. bears the seal/stamp of the Registrar of Companies.

18 APR 2016

DESPO XENOFONTOS Certified

5. at Limassol                    6. the.....................................
7. by............................................................................................
8. No. LM..........J250/16..................................................
9. Seal / Stamp:                  10. Signatures:

Permanent Secretary
Ministry of Justice and Public Order

Confidential                                                                                      SL0024212