# EXHIBIT 11

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    - - - - - - - - - - - - - - - - - - -x
4
    SERGEY LEONTIEV,
5
                    Plaintiff,
6                                   Case No. 16-cv-3595
            -against-
7
    ALEXANDER VARSHAVSKY,
8
                    Defendant.
9
    - - - - - - - - - - - - - - - - - - -x
10
                    December 20, 2016
11                  9:35 a.m.
12
13
            *** CONFIDENTIAL ***
14
15              Videotaped deposition of
16  KAMO AVAGUMYAN, taken by Plaintiff,
17  pursuant to Notice, held at the offices of
18  Roschier Asianajotoimisto Oy, Keskuskatu
19  7A, Helsinki, Finland, before
20  Sharon Lengel, a Registered Professional
21  Reporter, Certified Realtime Reporter, and
22  Notary Public of the State of New York.
23
24
25

Page 2

1
2  A P P E A R A N C E S:
3

       GIBSON, DUNN & CRUTCHER LLP
4          Attorneys for Plaintiff
           200 Park Avenue
5          New York, New York 10166
6      BY:   MARSHALL KING, ESQ.
             ALLISON A. WOLLIN, ESQ.
7            ANDREI MALIKOV, ESQ.
8

9      DEBEVOISE & PLIMPTON LLP
           Attorneys for Defendant
10         801 Pennsylvania Avenue, N.W.
           Washington, D.C. 20004
11

       BY:   NICHOLAS C. TOMPKINS, ESQ.
12           COLBY A. SMITH, ESQ.
             ALISA MELEKHINA, ESQ.
13

14
15  ALSO PRESENT:
16           DAVID ROSS ELLIOTT, Videographer
17           VICTORIA FRANTSEVA, Interpreter
18           VICTOR POTAPOV, Check Interpreter
19           VITALIY POPOV, ESQ.
20
                   *      *      *
21
22
23
24
25

1      K. AVAGUMYAN - CONFIDENTIAL

2      A.     I work as the chairman of the

3   board of the company Akita.

4      Q.     And what does Akita do?

5      A.     It's a managing company which

6   manages the assets of the companies where

7   I'm also a shareholder.

8      Q.     Who owns Akita?

9      A.     I own Akita with my partner,

10  Varshavsky.

11     Q.     How much of Akita do you own?

12     A.     50 percent.

13     Q.     And Mr. Varshavsky owns

14  50 percent?

15     A.     Yes.

16     Q.     Is Avilon Automobile Group one

17  of the companies that Akita manages?

18     A.     Yes.

19     Q.     Do you hold any positions in

20  Avilon Automobile Group?

21     A.     At this point, I do not.

22     Q.     Have you ever held a position at

23  Avilon?

24     A.     Yes.

25     Q.     When and what position?

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        A.      Chairman of the board.
 3        Q.      When?
 4        A.      Starting about 2010.
 5        Q.      When was Akita formed?
 6        A.      Last year.
 7        Q.      Do you have an ownership
 8   interest in Avilon?
 9        A.      I own 45 percent of Avilon.
10        Q.      Who are the other owners of
11   Avilon?
12        A.      Varshavsky, and we also have a
13   partner, Bakonenko.
14        Q.      Anyone else?
15        A.      These are the main owners.
16        Q.      How much do Mr. Varshavsky and
17   Mr. Bakonenko own?
18        A.      25 percent each.
19        Q.      You said you became chairman or
20   you were chairman of Avilon beginning in
21   about 2010.
22                Did you have a position at
23   Avilon before then?
24        A.      I was a shareholder.
25        Q.      When was Avilon formed?
```

1     K. AVAGUMYAN - CONFIDENTIAL

2  An economist and a attorney.

3     Q.   Where were you working in 2008?

4     A.   In 2008, I owned shares at ERK.

5  So I worked at ERK.

6     Q.   What were you doing for ERK?

7     A.   I had the same -- I had the same

8  responsibilities everywhere.  I did not

9  tackle the operational side of the

10  business.  I was the chairman of the board

11  of directors.

12     Q.   Why was Akita formed?

13     A.   To manage more effectively.  And

14  as far as I know, there is a form of

15  governing a company and huge holdings like

16  that for a more effective management of

17  the other companies.

18     Q.   Forgive me if I've asked this

19  already.  But are the owners of Akita the

20  same as the owners of Avilon?

21     A.   Akita is owned by me and

22  Varshavsky, and Avilon is owned also by

23  Igor Bakonenko.

24     Q.   How do you hold your interest in

25  Akita?

```
                                                    Page 13
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        A.     Through also and off-shore
 3   company.
 4        Q.     Is it the same off-shore
 5   company, Boncast?
 6        A.     (In English) No.
 7        Q.     What's the name of the company
 8   that --
 9        A.     Max Bond.
10        Q.     Max Bond?
11               Did you ever hold office as in
12   the -- in the general prosecutor's office
13   of Armenia?
14        A.     No.  I have never held an office
15   in the general prosecutor's office in
16   Armenia.
17        Q.     You were not the deputy general
18   prosecutor of Armenia?
19        A.     No.  I have never been deputy
20   general prosecutor of Armenia.
21        Q.     Have you discussed the subject
22   of this lawsuit with Mr. Varshavsky?
23               MR. SMITH:  Objection to form.
24        A.     He is aware that I was coming
25   here to testify.  He knows that I will be
```

1     K. AVAGUMYAN - CONFIDENTIAL

2  testifying.

3     Q.    Did you discuss what you would

4  say in your testimony?

5     A.    We discussed that I will only

6  tell the truth and only the truth, and I

7  will answer truthfully to the questions

8  that the attorneys will ask me.

9     Q.    Other than Avilon and ERK, have

10  you been in any other business ventures

11  with Mr. Varshavsky?

12     A.    We do have another company right

13  now, and we're dealing in agricultural or

14  we're doing agricultural business.

15     Q.    What is the name of that

16  company?

17     A.    The name of the company is Agro

18  Invest.

19     Q.    When was Agro Invest formed?

20     A.    About three years ago.

21     Q.    And are you and Mr. Varshavsky

22  the only owners of Agro Invest?

23     A.    Yes, Mr. Varshavsky and I,

24  50/50.

25     Q.    What is the business of Avilon?

Page 15

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2            MR. SMITH:  Objection to form.
 3      A.    It sells cars, also maintenance
 4   and repairs.
 5            MR. SMITH:  Marshall, can we
 6      clarify that one?  You asked -- you
 7      asked about Avilon.  I think he's
 8      already testified there are three
 9      different Avilon companies.
10            MR. KING:  Got it.
11            MR. SMITH:  I think he may have
12      answered with respect to one of them.
13            MR. KING:  Got it.
14            MR. SMITH:  So --
15            MR. KING:  Got it.
16            MR. SMITH:  Thank you.
17      Q.    The company that you just
18   described is Avilon Automobile Group?
19      A.    (In English) Yes.
20      Q.    And Avilon Plaza is a separate
21   company or -- strike that.
22            Avilon Plaza is a separate
23   company that is involved in real estate?
24      A.    Yes.
25      Q.    And Avilon Holding holds both of
```

```
                                        Page 16

 1        K. AVAGUMYAN - CONFIDENTIAL
 2   those companies; is that correct?
 3        A.    (In English) Yes.
 4        Q.    Does Avilon Holding own anything
 5   else?
 6        A.    Avilon Plaza, Auto Logistics.
 7   That's it.  Maybe I'm forgetting
 8   something.  You know the structure of my
 9   company better than me.
10        Q.    I doubt that.
11        A.    We also created a company, Agro
12   Firma, and -- which deals in animals --
13   agricultural animals.
14        Q.    Did you personally have a
15   banking relationship with Probusinessbank?
16        A.    I have -- I had a personal
17   relationship with Mr. Zheleznyak Alexander
18   Dmitrievitch, Probusinessbank's -- the
19   chairman of the board of Probusinessbank.
20        Q.    And how do you know -- how did
21   you meet Mr. Zheleznyak?
22        A.    I met him a very, very long time
23   ago, because the accounts of our company
24   were at Probusinessbank.
25        Q.    Which company are you referring
```

```
                                          Page 17
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   to?
 3        A.      Avilon.
 4        Q.      Did you ever borrow money in
 5   your personal capacity from
 6   Probusinessbank?
 7        A.      I have not personally ever taken
 8   any loans from them.
 9        Q.      Did you personally have a bank
10   account at Probusinessbank?
11        A.      Yes.   I did have a credit card
12   with them.
13        Q.      Did you ever introduce other
14   people or entities to Probusinessbank for
15   purposes of them obtaining credit from
16   Probusinessbank?
17              MR. SMITH:   Objection to form.
18        A.      There was one case.   Yes.
19        Q.      Who did you introduce to
20   Probusinessbank?
21        A.      My school friend, he owns a
22   company named Paritet.
23        Q.      And what is the name of your
24   school friend?
25        A.      Ararat Arakelyan.
```

```
                                        Page 22
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        A.     I have promissory notes.   If
 3   that means lending, then yes.   I have
 4   promissory notes that have nothing to do
 5   with Probusinessbank.
 6        Q.     What do you have promissory
 7   notes related to?
 8        A.     I have promissory notes that I
 9   received from the company called Life.
10        Q.     What were the circumstances of
11   you receiving promissory notes from the
12   Life Group?
13        A.     The history of those promissory
14   notes is as follows:  Mr. Zheleznyak, with
15   whom I have been friends for a long time,
16   offered -- suggested that I invest my own
17   money into the Life Group, which was
18   controlled by him and his partner,
19   Leontiev.
20             The essence of the business was
21   that they dealt in trading business,
22   trading businesses.  So they bought
23   shares, and then they played the stock
24   exchange and insured a very high interest
25   rate, much higher than if the money was
```

1          K. AVAGUMYAN - CONFIDENTIAL

2    simply invested into their bank.  And

3    starting from 2010 or 2011, I started

4    investing into these projects, the

5    so-called promissory notes.

6          Q.    So --

7          A.    But I have never issued any

8    credits to Probusinessbank, never gave

9    them any loans.

10         Q.    So sometime around 2010, you had

11   a conversation with Mr. Zheleznyak?

12               MR. SMITH:  Objection to form.

13         A.    Yes.

14         Q.    Where did the conversation take

15   place?

16         A.    In my office.

17         Q.    Where was your office?

18         A.    Avilon Plaza, same place where

19   Zheleznyak's office was.

20         Q.    What did Mr. Zheleznyak tell you

21   about the Life Group?

22         A.    He said that it's a financial

23   group outside of the bank, which they

24   formed together with Leontiev, and Sasha

25   Zheleznyak's function was to attract money

Page 24

1        K. AVAGUMYAN - CONFIDENTIAL
2    into that group.  And Mr. Leontiev's
3    function was to place the money and ensure
4    high percentage rates.
5        Q.    Did Mr. Zheleznyak provide you
6    with any documentation concerning the Life
7    Group or its investments?
8        A.    What kind of documentation do
9    you mean?
10       Q.    Did he provide you any sort of
11   investment package or financial
12   information concerning the Life Group?
13       A.    I saw something, but I cannot
14   recall at this point what exactly -- what
15   kind of documents exactly.  I would like
16   to point out that Mr. Zheleznyak and I
17   were friends, and I trusted him very much.
18   Moreover, the accounts of our company were
19   at his bank, so we had no problems.
20       Q.    He was asking you for an
21   investment from you personally; correct?
22       A.    Yes.
23       Q.    Did you decide to invest with
24   the Life Group?
25       A.    Yes, I did, and I was very happy

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2   with it.
 3      Q.    Why were you happy with it?
 4      A.    Because they really provided
 5   very high percentages, about 9, 10 percent
 6   annually.  And they paid out regularly.
 7      Q.    So the interest rate that was
 8   being offered to you was higher than other
 9   interest rates available to you for
10   investments?
11      A.    At that time, yes.
12      Q.    Did you understand that there
13   was any risk involved with these
14   investments?
15      A.    There are always risks with
16   every business.  But as far as I knew,
17   Leontiev was a pretty successful trader,
18   and people said that he was good at buying
19   high-liquidity papers, at least in
20   different networks.  That's what people
21   talked about.
22      Q.    Did you ask Mr. Zheleznyak for
23   any information about what kinds of
24   securities Financial Group "Life" was
25   investing in?
```

Page 26

K. AVAGUMYAN - CONFIDENTIAL

1

2          MR. SMITH:  Is there a time

3    period for that question or at any

4    time?

5      Q.    At the time that you first

6    invested with him.

7      A.    We were talking about the shares

8    of very large American companies, like

9    Apple and many others, very famous, and

10   heard of -- Facebook, I think, huge

11   companies.  And he said that Leontiev was

12   a very experienced professional.  I had no

13   reason to believe that it wasn't so,

14   because they were successful, and their

15   bank was very successful.  So everything

16   went very well.

17     Q.    How much money did you invest

18   with him?

19     A.    I started investing 1 million or

20   2 million at a time.  And from 2010,

21   altogether, I invested about $20 million

22   and about 5 million Euros, which have

23   not -- which was not returned.

24     Q.    How physically did you make the

25   investment?  How did you transfer the

1      K. AVAGUMYAN - CONFIDENTIAL

2  money to Financial Group "Life"?

3      A.      Physically, it happened in this

4  way.  I gave the money in cash at my

5  office in portions that, at that time,

6  were supposed to be invested.  Usually,

7  two of the employees of the company came

8  to my office for the money.  It was -- for

9  the most part, it was Yanna Krisiuk and

10  Natalia Abramova.  They were at our office

11  also.

12          They were renting -- they were

13  renting an office at our building.  And

14  they came from the second floor of their

15  office to my office on the 19th floor.

16  They took the money, and they went back to

17  the second floor.  In return, I received a

18  promissory note for the amount that I

19  issued at the time -- I gave them at the

20  time.

21      Q.    So you handed Ms. Krisiuk or

22  Ms. Abramova a million dollars in cash?

23      A.    Yes.

24      Q.    Why did you do it in cash?

25      A.      Because, initially, that was a

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   wish -- it was a wish from Zheleznyak,
 3   that it would be easier for them to deal
 4   in cash.  And secondly, in Russia, there
 5   is no ban on cash -- on using cash, so I
 6   thought it was a normal procedure.  What
 7   they did with the money further, I do not
 8   know.  They could have taken it and put it
 9   into some accounts or invested.  I am not
10   aware of what happened later.
11        Q.    And so when you made your first
12   million-dollar investment, you had a
13   million dollars in U.S. cash sitting in
14   your office.
15        A.    Yes.  I collected cash.
16        Q.    And was the money contained --
17   placed in any sort of container when you
18   passed it on to Ms. Krisiuk or
19   Ms. Abramova?
20        A.    Physically, it was just put in a
21   bag.  And Krisiuk came with a -- with a
22   guard, took the bag, and used the elevator
23   to go to the second floor.
24        Q.    And did she hand you back a
25   promissory note at the same time that you
```

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2   handed her the cash?
 3      A.    Yes.
 4      Q.    So she came with a promissory
 5   note and handed it to you at the same time
 6   she took the cash from you.
 7      A.    Sometimes.  And then sometimes,
 8   I gave them the money, and then they
 9   brought back the promissory notes in the
10   evening, because we were in the same
11   building.  For the most part, Krisiuk was
12   the lady that I dealt with.  Abramova was
13   sometimes also the contact person, but
14   mostly Krisiuk.
15      Q.    How was the interest rate for
16   the notes decided upon?
17      A.    Zheleznyak and Leontiev agreed
18   upon it, usually.  Sometimes we
19   negotiated; they offered 8 percent or 9,
20   and I wanted 10.  And then Krisiuk took a
21   break, and she went and discussed it with
22   Zheleznyak and Leontiev.  And sometimes
23   Zheleznyak called me directly and said, "I
24   cannot give you 10, but I can give you 9."
25   So it was a negotiation, the process of
```

```
                                          Page 30
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   negotiating.
 3        Q.    Who decided that you would
 4   receive a promissory note in exchange for
 5   your investment?
 6        A.    I did not -- I did not
 7   understand the question.
 8        Q.    Did you discuss with
 9   Mr. Zheleznyak whether you would enter
10   into a loan agreement with Financial Group
11   "Life"?
12        A.    I don't remember signing
13   anything.
14        Q.    Did you discuss with him whether
15   you would enter into a loan agreement?
16        A.    I cannot recall anything like
17   that.
18        Q.    How was it decided that you
19   would get a promissory note?  Did you ask
20   for a promissory note, or did he offer you
21   a promissory note?
22        A.    No.  He offered promissory
23   notes.  This was the kind of investment
24   where I give the money, and they provide
25   the interest rate outside of the bank.
```

```
                                                 Page 31
 1         K.  AVAGUMYAN  -  CONFIDENTIAL
 2    And the promissory note was the document
 3    that -- that showed that I gave them that
 4    money.
 5         Q.    Were the promissory notes issued
 6    to you?
 7         A.    No.  They were issued to my son.
 8         Q.    Why?
 9         A.    That was my decision, because I
10    took it as the money that I wanted my son
11    to inherit.  This money was -- this money
12    was not used for any other purposes.  It
13    was just a -- the money designated for my
14    son, like an inheritance.  Somebody buys a
15    house for their son, somebody buys a car,
16    and somebody a promissory note.  I decided
17    to buy promissory notes and leave them for
18    my son.  And, naturally, my son knew about
19    the existence of these promissory notes,
20    but I kept them.
21         Q.    Do you have any other children?
22         A.    Yes.  I have another son.
23         Q.    And did you obtain promissory
24    notes in the name of your other son?
25         A.    No.
```

```
                                          Page 32
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.     How often was interest paid on
 3   the notes?
 4        A.     Every month, one time per month.
 5        Q.     And to whom was the interest
 6   paid?
 7        A.     Personally to me.  Krisiuk
 8   brought it.
 9        Q.     In what form did she bring it?
10        A.     Same, in cash.  Same as I gave
11   them the investment money, same way they
12   brought me back the interest.
13        Q.     Did you pass the interest on to
14   your son?
15        A.     No.  I collected it, and, as I
16   collected an X amount of money before the
17   next million, then I invested it back
18   again, and I bought another promissory
19   note with it.  Most of the promissory
20   notes were for $1 million, maybe a little
21   bit more or a little bit less sometimes,
22   depending on how much free cash I was able
23   to collect.
24        Q.     Did you and Mr. Zheleznyak
25   discuss the term of the investment, how
```

1       K. AVAGUMYAN - CONFIDENTIAL

2   promissory notes when you received them?

3       A.    I put them in my safe.

4       Q.    You have a safe in your office

5   at Avilon Plaza?

6       A.    Yes.

7       Q.    Do you still have copies of

8   promissory notes in that safe?

9       A.    Yes.

10      Q.    Did you keep any record of how

11  much in interest you received on the

12  promissory notes?

13      A.    Can you re-ask the question,

14  please, in different way?

15      Q.    Sure.

16      A.    Because I received as many

17  percent as it said.  Some of the money I

18  spent; some of the money I collected

19  again, and then I gave it back to them.

20      Q.    Did you keep track in -- on any

21  document of the interest that you were

22  supposed to receive and the interest you

23  did receive?

24      A.    No, I do not -- no, I do not

25  have a document.  I always received the

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   money on the same day that it was
 3   promised.  Yanna Krisiuk came up in the
 4   elevator with the money, and I either
 5   spent it or saved it, collected it for
 6   future investments.  I liked that
 7   business.
 8        Q.    Did you have any involvement in
 9   Avilon granting loans to a company called
10   Ambika?
11        A.    Like I said before, I did not do
12   any operational management.  That's why I
13   did not get involved in any kind of
14   signing of agreements or anything like
15   that.  The management dealt with that.
16   But I am aware of the situation that we
17   had a history of interaction with Ambika,
18   which, just like Life Group, was under the
19   control of Zheleznyak and Leontiev.
20        Q.    When did you learn about Ambika?
21        A.    Maybe five years ago.  I don't
22   remember exactly.
23        Q.    And who told you that it was
24   under the control of Zheleznyak and
25   Leontiev?
```

                                              Page 37

1        K. AVAGUMYAN - CONFIDENTIAL

2        A.     Zheleznyak personally talked

3    about it.

4        Q.     What were the --

5        A.     Because I have never dealt with

6    Leontiev personally.  Moreover, our

7    management worked with their management,

8    and all the conditions were discussed with

9    Zheleznyak also.

10       Q.     Okay.  How do you know that?

11       A.     I know because of our management

12   stories, because they invested, and they

13   also paid all the interest timely to the

14   company.  This was not in cash.  This was

15   under the control of our financial unit

16   and the auditors.

17       Q.     When did you learn for the first

18   time that Avilon made a loan to Ambika?

19       A.     About five years ago.

20       Q.     Who told you?

21       A.     The management.

22       Q.     Who?

23       A.     We have the financial unit.

24       Q.     Who?

25       A.     We have Monakhova, and also I

1      K. AVAGUMYAN - CONFIDENTIAL

2      Q.    At any point in time, did you

3   and Mr. Zheleznyak discuss whether

4   Probusinessbank would guarantee repayment

5   of the notes?

6      A.    No.  We have never talked about

7   the bank.  I understood that the bank

8   could not guarantee the promissory notes,

9   and that's why we never did discuss with

10  the bank, and I understood why I was

11  getting interest so high.  They were

12  higher than the bank percentage rates --

13  interest rates.

14     Q.    I think we discussed earlier

15  that each of the notes was issued for a

16  term of one year.

17          Do you recall that?

18     A.    Yes.

19     Q.    And, occasionally, you would ask

20  to have the principal repaid, but

21  sometimes you would ask to have a new note

22  issued; correct?

23     A.    Yes.  So we would extend it.

24     Q.    How did that work mechanically?

25     A.    So when the term -- so when the

1       K. AVAGUMYAN - CONFIDENTIAL
2    term of validity was close to expiring on
3    the promissory note, either Zheleznyak
4    called me or Yanna Krisiuk came to me and
5    asked me, "Shall we return the money?"
6    And if I needed the money at the time,
7    then I took the money back; so they
8    brought it back in a bag.  But if I didn't
9    need the money, then they prepared a new
10   promissory note for a new date for one
11   year and took the old promissory note
12   back -- I mean, the original.
13       Q.    Did you make copies of any
14   expired promissory notes?
15       A.    I have always had copies,
16   because they brought an original and a
17   copy.  But I didn't keep the copies.  So
18   when the term expired, they took the
19   original back, and they gave me a new
20   original of the promissory note.  So the
21   old one -- the copy of the old one I did
22   not need.  So I destroyed them.  I did not
23   keep them.
24       Q.    Did you ever give copies of the
25   notes to your son?

```
                                    Page 53
 1      K. AVAGUMYAN - CONFIDENTIAL
 2           MR. KING:  I think it's clear,
 3      but -- is it past due?
 4           MR. SMITH:  Yeah.  I think it's
 5      past due.
 6           MR. KING:  Past due?
 7           MR. SMITH:  Yeah.
 8           MR. KING:  Fine.
 9           MR. SMITH:  Thank you.
10      Q.    Up until last August of 2015,
11  Financial Group "Life" was current with
12  respect to its interest payments?
13      A.    Yes, it was.  And Yanna brought
14  the money, like she did before.  And I
15  have to check, but in May or June, I also
16  made investments.  I have to check the
17  promissory notes.
18      Q.    When you received the promissory
19  notes from Ms. Krisiuk, did you read them
20  to make sure they were accurately
21  reflecting the terms of your loan?
22      A.    The thing that I paid attention
23  to was the interest, which I always
24  communicated verbally -- communicated
25  verbally with Zheleznyak.
```

1      K. AVAGUMYAN - CONFIDENTIAL

2    to do with this promissory note or these

3    promissory notes.

4      Q.    And you knew that because

5    Mr. Zheleznyak told you that the bank had

6    nothing to do with it?

7      A.    Definitely so.  He said that the

8    only two people that have anything to do

9    with it are him and his partner, Leontiev,

10   who have a business outside, personal

11   business outside of the bank.

12     Q.    Did you ever ask Mr. Zheleznyak

13   to get Mr. Leontiev to sign a guarantee in

14   writing for these notes?

15     A.    No.  I have never asked him

16   about this.

17     Q.    Have you ever seen a guarantee

18   in writing from Mr. Leontiev for these

19   notes?

20     A.    No.

21     Q.    As I understand it, you were

22   comforted by seeing Mr. Zheleznyak's

23   signature on these notes.  You thought

24   that was good enough?

25     A.    Yes.  I thought it was good

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        or --
 3               MR. SMITH:  That would be great.
 4               THE VIDEOGRAPHER:  Okay.  This
 5        is the end of Media 2, Volume I.
 6        We're going off the record at
 7        12 minutes past 12:00 p.m., as
 8        indicated on the video screen.  Thank
 9        you.
10               (Recess)
11               (Plaintiff's Exhibit 47, A
12        promissory note, Bates SL0000024, was
13        hereby marked for identification, as
14        of this date.)
15               THE VIDEOGRAPHER:  This is the
16        beginning of Media 3, Volume I, in the
17        video deposition of Mr. Kamo
18        Avagumyan.  We're back on the record
19        at 12:29 p.m., as indicated on the
20        video screen.
21   BY MR. KING:
22        Q.    Who is Diana Karapetyan?
23        A.    I do not know.
24        Q.    Do you know anyone named
25   Karapetyan?
```

```
                                              Page 83
  1        K. AVAGUMYAN - CONFIDENTIAL
  2             MR. KING:  The word "assign" was
  3        translated as something else?
  4             MR. SMITH:  Well, I think it was
  5        "assigned" -- "assigned the right to
  6        collect the documents."
  7             MR. KING:  Oh, all right.
  8             MR. SMITH:  So it's kind of a
  9        different question.
 10             MR. KING:  We'll --
 11             MR. SMITH:  You might want to
 12        re-ask your question.
 13             MR. KING:  I will re-ask.  I do
 14        see that it was -- in English, at
 15        least, it's that way.
 16             THE CHECK INTERPRETER:  It's
 17        ambiguous.
 18             MR. KING:  Okay.
 19     BY MR. KING:
 20        Q.    Your son had a right to collect
 21     money from Financial Group "Life" under
 22     the promissory notes; correct?
 23        A.    Correct.
 24        Q.    Did your son ever legally assign
 25     the right to collect the money under the
```

Page 84

1      K. AVAGUMYAN - CONFIDENTIAL

2   notes to Mr. Varshavsky?

3           MR. SMITH:  Object to form.

4      Foundation.

5      A.    My son nominally owns these

6   promissory notes.  I managed the

7   promissory notes.  They're in my safe.  He

8   never managed them himself.  And I asked

9   Varshavsky to when he's in the

10  United States, and I knew that the legal

11  proceedings were starting -- his legal

12  proceedings were starting.

13          And I did ask him to touch on

14  the questions that concerned my personal

15  money.  I don't think that, between me and

16  my partner, we have to sign any kind of

17  legal documents regarding this request.

18     Q.    Who has the right to collect the

19  money that is owed on the notes?

20          MR. SMITH:  Objection to form

21      and foundation.

22     A.    The whole time, I was the one

23  getting -- collecting the money.  So I

24  think I have the right to collect the

25  money.

Page 151

1

2                          CERTIFICATION

3

4       I, SHARON LENGEL, a Notary Public for

5    and within the State of New York, do

6    hereby certify:

7       That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12      I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17      IN WITNESS WHEREOF, I have hereunto

18   set my hand this 29th day of December,

19   2016.

20

21   _____

22            SHARON LENGEL

23

24

25