# EXHIBIT 12

| | |
|---|---|
| **To:** | Valentina Anatolyevna Nazanskaya[valentina.nazanskaya@avilon.ru] |
| **Cc:** | Yuliya Yuryevna Semenova[juliya.semenova@avilon.ru] |
| **From:** | Irina Vladimirovna Meshkova |
| **Sent:** | Wed 08/17/2011 2:09:58 PM |
| **Subject:** | documents for Raif |

Group structure_.pdf
RbP Conso 07.01.2011.xlsx
Conso PL_6 months 2011.xlsx

Valyechka [Valentina], for Raif:


Group structure,

Credit portfolio as of 07/01/2011

PL for first 6 months, consolidated


_____

Best regards,
Respectfully,
**Irina Vladimirovna Meshkova**
Head of Financial Control and Analysis Department
**ZAO Avilon Automobile Group**
43 Volgogradsky pr. apt. 3, Moscow, 109316
Phone: +7 495 730-4444  ext.: 2094
Fax: +7 495 730-4449
E-mail: irina.meshkova@avilon.ru
Http:  www.avilon.ru




AVPE0000010

Confidential                                                                                                              AVPE0000010



Shareholders
100%
Minority shareholders
NYMC (USA)
ERC (USA)
Bondcast Limited (Cyprus)
Copaxo Limited (BVI)
25%
25%
45%
5%
Avilon Holdings Limited (Cyprus)
80%
20%
Starwhite LTD (Cyprus)
100%
100%
100%
Avilon Capital Limited (Cyprus)
Avilon AG Limited (Cyprus)
Sunshuttle BV (Netherlands)
0.01%
99.9997%
100%
ERK OOO Russia
0,0003%
Avilon AG ZAO Russia
Autologistika OU (Estonia)
Autologistics – Trans (RUS) (transportation service)
100%
Ford
VolksWagen
Mercedes Benz
BMW
Branches
Autologostics (RUS) (customs broker)
Selkhostransport LLC (RUS) (assets-logistic center, land)

**AVILON**

**Loans and borrowings at 07.01.2011**
**CONSOLIDATED STATEMENT**

| N | Creditor/Borrower | | Loan amount | | % rate | Calculated % | | Note |
|---|---|---|---|---|---|---|---|---|
| | | | roubles | USD | | roubles | USD | |
| | **BORROWING, LOANS RECEIVED** | | | | | | | |
| 1 | Mercedes Benz Bank | AV | 649,864,835 | | 7.57 | 0 | | |
| 2 | Raiffaizenbank | AV | 1,050,000,000 | | 7.82 | 1,148,378 | | |
| 3 | Sberbank | AV | 1,000,000,000 | | 7.85 | 1,370,847 | | |
| 4 | Probiznesbank | AV | 21,901,453 | | 12.50 | 0 | | |
| 5 | Shellneft | AV | 0 | | | 0 | | |
| 6 | Nordea | ERC | | 105,765,606 | 5,20/5,13 | | | |
| 7 | Bank Vozrozhgeniye | AL | 150,000,000 | | 9.00 | 0 | | |
| | | | | | | | | |
| | **Liabilities for Group** | | **1.057,713,031** | **0** | | **98,216,094** | **0** | |
| 1 | Avilon AG | ABL | 728,479,000 | | 9.00 | 50,017,313 | | |
| 2 | Avilon AG | ALT | 49,023,576 | | 9.00 | 1,931,177 | | |
| 3 | Avilon AG | SHT | 79,800,000 | | 0.00 | 24,285,744 | 0 | |
| 4 | Avilon AG | SHT | 199,917,027 | | 9.00 | 21,981,860 | | |
| | European Realty Corp. | ALT | 493,429 | 0 | 0.00 | 0 | | |
| | **TOTAL** | | **2,871,766,288** | **105,765,606** | | **2,519,225** | **0** | |
| | | | | | | | | |
| | **BORROWING, LOANS ISSUED** | | | | | | | |
| | | | | | | | | |
| 1 | EKS TRG | ERC | 1,062,500 | | 13.50 | 0 | | |
| 2 | Zhylinvest | ERC | 21,049,257 | | 13.95 | 38,223,324 | | |
| | **TOTAL** | | **22,111,757** | **0** | | **38,223,324** | **0** | |
| | **TOTAL FINANCING** | | **2,849,654,531** | **105,765,606** | | **-35,704,099** | **0** | |
| | | | | | | | | |
| | **Liabilities for Group** | | **1,057,713,031** | **0** | | **98,216,094** | **0** | |
| 1 | Selxoztransport | AV | 279,717,027 | | 9.00 | 46,267,604 | | |
| 2 | Avtologistika-Trans | AV | 49,023,576 | | 9.00 | 1,931,177 | | |
| 3 | Avtologistika | AV | 728,479,000 | | 9.00 | 50,017,313 | | |
| 4 | Avtologistika Trans | ERC | 493,429 | | | | | |
| 5 | | | | | | | | |
| | **FOR REFERENCE** | | | | | | | |
| | **Received:** | | **177,543,387** | | | **1,325,332** | | |
| | **Owners** | | **177,543,387** | **0** | | **1,325,332** | **0** | |
| | European Realty Corp. | AV | 0 | 0 | 6.20 | 0 | 0 | |
| | European Realty Corp. | AV | 177,543,387 | 0 | 13.95 | 1,325,332 | 0 | |
| | | | | | | | | |
| | **Issued:** | | **243,675,085** | **0** | | **42,011,765** | **0** | |
| | **Owners** | | **243,675,085** | **0** | | **42,011,765** | **0** | |
| | New York Motors Corp | AV | 0 | 0 | 0.00 | 0 | 0 | |
| | Varshavskiy | AV | 243,675,085 | 0 | 5.50 | 42,011,765 | 0 | |
| | | | | | | | | |
| | | | | | | | | |
| | **OVERDRAFT*** | | | | | | | |
| | **Received** | | | | | | | |
| 1 | European Realty Corp. | | | 19,900,000 | 11.00 | | 59,973 | |
| 2 | NYM Corp | | | 12,250,000 | 11.00 | | 0 | |
| | | | **0** | **32,150,000** | | | **59,973** | |
| | **Placed-issued** | | | | | | | |
| 1 | Ambika Investment Ltd | | | 19,900,000 | 11.00 | | 59,973 | |
| 2 | AMBIKA INVESTMENTS LIMITED | | | 12,250,000 | 11.00 | | 0 | |
| | | | **0** | **32,150,000** | | | **59,973** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Internal financing | | Consol | 2,849,654,531 | 105,765,606 | 0 | -35,704,099 | 0 |
| | | company | 2,849,654,531 | 105,765,606 | 0 | -35,704,099 | 0 |
| | | difference | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Reconciliation of internal turnover | | received | 1,057,713,031 | 0 | 0 | 98,216,094 | 0 |
| | | issued | 1,057,713,031 | 0 | 0 | 98,216,094 | 0 |
| | | difference | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| For ref. internal | | Consol | -66,131,698 | 0 | | #REF! | 0 |
| | | company | -29,026,748 | 0 | | -40,686,729 | 0 |
| | | difference | -37,104,950 | 0 | 0 | #REF! | 0 |
| | | | | | | | |
| **Overdrafts** | | | **0** | **0** | **0** | **0** | **0** |



**Forecast PL**
Avilon group companies
Jun-11

| Description | actual Jan | actual Feb | actual Mar | actual Apr | actual May | forecast June | forecast July | forecast Aug | forecast Sept | forecast Oct | forecast Nov | forecast Dec | '000 roubles. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATS** | | | | | | | | | | | | | |
| Number of vehicles (pcs) | 955 | 1,387 | 2,208 | 2,567 | 2,440 | 2,681 | 1,957 | 1,811 | 2,039 | 2,365 | 2,652 | 2,618 | 25,680 |
| Output (L/F) | 48,954 | 54,862 | 62,772 | 71,669 | 75,382 | 73,418 | 71,864 | 72,232 | 73,187 | 75,633 | 75,191 | 71,154 | 826,316 |
| Actual mileage, km | 4,171 | 4,667 | 5,255 | 6,033 | 6,254 | 4,934 | 4,758 | 6,241 | 6,241 | 6,241 | 6,241 | 6,241 | 67,276 |
| Load Avilon Plaza, % | 71 | 74 | 76 | 83 | 83 | 87 | 87 | 87 | 88 | 88 | 91 | 91 | 91 |
| | | | | | | | | | | | | | |
| **INCOME** | **1,731,199** | **2,390,658** | **3,420,060** | **3,863,284** | **3,612,159** | **4,045,947** | **3,158,821** | **3,096,846** | **3,551,799** | **3,498,623** | **3,634,329** | **3,982,713** | **39,986,440** |
| AVILON AG | 1,543,947 | 2,098,415 | 3,105,513 | 3,480,559 | 3,222,048 | 3,746,767 | 2,832,807 | 2,769,519 | 3,131,269 | 3,075,200 | 3,211,013 | 3,558,824 | 35,775,882 |
| AVTOLOGISTIKA | 163,253 | 263,378 | 289,940 | 358,938 | 364,908 | 276,418 | 304,420 | 304,853 | 398,193 | 401,338 | 399,413 | 399,678 | 3,924,730 |
| ERC | 23,999 | 28,865 | 24,608 | 23,787 | 25,204 | 22,762 | 21,594 | 22,475 | 22,336 | 22,085 | 23,903 | 24,211 | 285,829 |
| **PROFIT BY UNIT** | **189,954** | **260,360** | **408,395** | **440,277** | **435,413** | **654,773** | **411,837** | **438,218** | **614,776** | **498,007** | **503,004** | **897,431** | **5,752,446** |
| AVILON AG | 147,514 | 148,241 | 318,691 | 256,721 | 256,732 | 546,949 | 263,606 | 282,036 | 430,764 | 302,620 | 308,544 | 705,975 | 3,968,393 |
| AVTOLOGISTIKA | 21,055 | 87,941 | 79,989 | 163,571 | 156,895 | 98,748 | 130,085 | 137,799 | 169,596 | 176,862 | 175,441 | 175,775 | 1,573,758 |
| ERC | 21,385 | 24,177 | 9,715 | 19,985 | 21,786 | 9,076 | 18,146 | 18,383 | 14,416 | 18,525 | 19,019 | 15,681 | 210,295 |
| **OVERHEADS** | **86,906** | **76,884** | **131,983** | **77,185** | **61,579** | **85,064** | **80,090** | **73,173** | **93,433** | **74,917** | **74,640** | **96,287** | **1,012,141** |
| NYMM AVILON | 65,851 | 54,691 | 86,422 | 60,157 | 47,727 | 59,266 | 59,377 | 53,255 | 55,251 | 54,906 | 54,002 | 57,019 | 707,924 |
| AVTOLOGISTIKA | 14,157 | 15,879 | 30,394 | 11,073 | 12,687 | 19,399 | 16,968 | 16,702 | 27,922 | 17,009 | 17,531 | 28,808 | 228,529 |
| ERC | 6,898 | 6,314 | 15,166 | 5,955 | 1,165 | 6,400 | 3,745 | 3,216 | 10,260 | 3,002 | 3,107 | 10,460 | 75,688 |
| **EBITDA** | **103,048** | **183,476** | **276,413** | **363,092** | **373,834** | **569,709** | **331,747** | **365,045** | **521,343** | **423,091** | **428,364** | **801,144** | **4,740,305** |
| AVILON AG | 81,663 | 93,551 | 232,269 | 196,564 | 209,005 | 487,683 | 204,229 | 228,781 | 375,513 | 247,714 | 254,542 | 648,956 | 3,260,469 |
| AVTOLOGISTIKA | 6,898 | 72,062 | 49,595 | 152,498 | 144,208 | 79,349 | 113,117 | 121,097 | 141,675 | 159,853 | 157,910 | 146,967 | 1,345,229 |
| ERC | 14,487 | 17,863 | -5,451 | 14,030 | 20,621 | 2,676 | 14,401 | 15,167 | 4,156 | 15,524 | 15,912 | 5,221 | 134,607 |

CONFIDENTIAL

AVPE0000013

**To:** Назанская Валентина Анатольевна[valentina.nazanskaya@avilon.ru]
**Cc:** Семенова Юлия Юрьевна[juliya.semenova@avilon.ru]
**From:** Мешкова Ирина Владимировна
**Sent:** Wed 17/08/2011 2:09:58 PM
**Subject:** документы для Райфа
Структура группы_.pdf
RbP_Conso_01.07.2011.xlsx
Консо PL_6 months 2011.xlsx

Валечка, для Райфа:

Структура Группы,

Кредитный портфель на 01.07.2011

PL за 6 мес консолидированный

_____
С уважением,
**Мешкова Ирина Владимировна**
Руководитель отдела финансового контроля и анализа
**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т, д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:  +7 495 730-4449
E-mail: irina.meshkova@avilon.ru
Http:   www.avilon.ru

Confidential

AVPE0000010
AVPE0000010



Shareholders
100%
Minority shareholders
NYMC
(USA)
ERC
(USA)
Bondcast Limited
(Cyprus)
Copaxo Limited
(BVI)
25%
25%
45%
5%
80%
20%
Avilon Holdings Limited
(Cyprus)
Starwhite LTD
(Cyprus)
100%
100%
100%
Avilon Capital Limited
(Cyprus)
Avilon AG Limited
(Cyprus)
Sunshuttle BV
(Netherlands)
0.01%
99.9997%
100%
ERK OOO
Russia
0,0003%
Avilon AG ZAO
Russia
Autologistika OU
(Estonia)
Autologistics – Trans
(RUS)
(transportation service)
100%
Ford
VolksWagen
Mercedes Benz
BMW
Autologostics
(RUS)
(customs broker)
Selkhostransport
LLC (RUS)
(assets-logistic center, land)
Branches



**Кредиты и займы на 01.07.2011**
**КОНСОЛИДИРОВАННЫЙ ОТЧЕТ**

| N | Кредитор/Заемщик | | Сумма долга | | % ставка | Начисленные % | | Примечания |
|---|---|---|---|---|---|---|---|---|
| | | | рубли | USD | | рубли | USD | |
| | **ЗАЙМЫ, КРЕДИТЫ ПОЛУЧЕННЫЕ** | | | | | | | |
| 1 | Мерседес-Бенц Банк РУС | АВ | 649,864,835 | | 7.57 | 0 | | |
| 2 | Райффайзенбанк | АВ | 1,050,000,000 | | 7.82 | 1,148,378 | | |
| 3 | Сбербанк | АВ | 1,000,000,000 | | 7.85 | 1,370,847 | | |
| 4 | Пробизнесбанк | АВ | 21,901,453 | | 12.50 | 0 | | |
| 5 | Шеллнефть | АВ | 0 | | | 0 | | |
| 6 | Нордеа | ЕРК | | 105,765,606 | 5,20/5,13 | | | |
| 7 | Банк Возрождение | АЛ | 150,000,000 | | 9.00 | 0 | | |
| | **Обязательства по Группе** | | **1,057,713,031** | **0** | | **98,216,094** | **0** | |
| 1 | Авилон АГ | АВЛ | 728,479,000 | | 9.00 | 50,017,313 | | |
| 2 | Авилон АГ | АЛТ | 49,023,576 | | 9.00 | 1,931,177 | | |
| 3 | Авилон АГ | СХТ | 79,800,000 | | 0.00 | 24,285,744 | 0 | |
| 4 | Авилон АГ | СХТ | 199,917,027 | | 9.00 | 21,981,860 | | |
| | ЕРК ООО | АЛТ | 493,429 | 0 | 0.00 | 0 | | |
| | **ИТОГО** | | **2,871,766,288** | **105,765,606** | | **2,519,225** | **0** | |
| | **ЗАЙМЫ, КРЕДИТЫ ВЫДАННЫЕ** | | | | | | | |
| 1 | ЭКС-ТРГ | ЕРК | 1,062,500 | | 13.50 | 0 | | |
| 2 | Жилинвест | ЕРК | 21,049,257 | | 13.95 | 38,223,324 | | |
| | **ИТОГО** | | **22,111,757** | **0** | | **38,223,324** | **0** | |
| | **ИТОГО ФИНАНСИРОВАНИЕ** | | **2,849,654,531** | **105,765,606** | | **-35,704,100** | **0** | |
| | **Обязательства по Группе** | | **1,057,713,031** | **0** | | **98,216,094** | **0** | |
| 1 | Сельхозтранспорт | АВ | 279,717,027 | | 9.00 | 46,267,604 | | |
| 2 | Автологистика-Транс | АВ | 49,023,576 | | 9.00 | 1,931,177 | | |
| 3 | Автологистика | АВ | 728,479,000 | | 9.00 | 50,017,313 | | |
| 4 | Автологистика-транс | ЕРК | 493,429 | | | | | |
| 5 | | | | | | | | |
| | **СПРАВОЧНО** | | | | | | | |
| | Получено: | | 177,543,387 | | | 1,325,332 | | |
| | **Owners** | | **177,543,387** | **0** | | **1,325,332** | **0** | |
| | European Realty Corp. | АВ | 0 | 0 | 6.20 | 0 | 0 | |
| | European Realty Corp. | АВ | 177,543,387 | 0 | 13.95 | 1,325,332 | 0 | |
| | Выдано: | | 243,675,085 | 0 | | 42,011,765 | 0 | |
| | **Owners** | | **243,675,085** | **0** | | **42,011,765** | **0** | |
| | Нью-Йорк Моторс Корп. | АВ | 0 | 0 | 0.00 | 0 | 0 | |
| | Варшавский А. | АВ | 243,675,085 | 0 | 5.50 | 42,011,765 | 0 | |
| | **ЗАЙМЫ ТЕХНИЧЕСКИЕ *** | | | | | | | |
| | *Получено* | | | | | | | |
| 1 | European Realty Corp. | | | 19,900,000 | 11.00 | | 59,973 | |
| 2 | NYM Corp | | | 12,250,000 | 11.00 | | 0 | |
| | | | 0 | 32,150,000 | | | 59,973 | |
| | *Размещено-выдано* | | | | | | | |
| 1 | Амбика Инвестментс Лтд | | | 19,900,000 | 11.00 | | 59,973 | |
| 2 | AMBIKA INVESTMENTS LIMITED | | | 12,250,000 | 11.00 | | 0 | |
| | | | 0 | 32,150,000 | | | 59,973 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Внешнее фин-ние | консо | 2,849,654,531 | 105,765,606 | 0 | -35,704,100 | 0 | |
| | компании | 2,849,654,531 | 105,765,606 | 0 | -35,704,100 | 0 | |
| | разница | 0 | 0 | 0 | 0 | 0 | |
| Сверка внутренних оборотов | пол | 1,057,713,031 | 0 | 0 | 98,216,094 | 0 | |
| | выд | 1,057,713,031 | 0 | 0 | 98,216,094 | 0 | |
| | разница | 0 | 0 | 0 | 0 | 0 | |
| Справочно внутр | консо | -66,131,698 | 0 | | #REF! | 0 | |
| | компании | -29,026,748 | 0 | | -40,686,729 | 0 | |
| | разница | -37,104,950 | 0 | 0 | #REF! | 0 | |
| **Тех займы** | | 0 | 0 | 0 | 0 | 0 | |

CONFIDENTIAL

AVPE0000012

**AVILON**

**Прогноз PL**
Группа компаний Авилон
Июнь 2011 г.

тыс. руб.

| Описание | факт Янв | факт Фев | факт Мар | факт Апр | факт Май | прогноз Июн | прогноз Июл | прогноз Авг | прогноз Сен | прогноз Окт | прогноз Ноя | прогноз Дек | Итого |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **СТАТИСТИКА** | | | | | | | | | | | | | |
| Количество автомобилей (шт) | 955 | 1,387 | 2,208 | 2,567 | 2,440 | 2,681 | 1,957 | 1,811 | 2,039 | 2,365 | 2,652 | 2,618 | 25,680 |
| Выработка (н/ч) | 48,954 | 54,862 | 62,772 | 71,669 | 75,382 | 73,418 | 71,864 | 72,232 | 73,187 | 75,633 | 75,191 | 71,154 | 826,316 |
| Фактический пробег, км | 4,171 | 4,667 | 5,255 | 6,033 | 6,254 | 4,934 | 4,758 | 6,241 | 6,241 | 6,241 | 6,241 | 6,241 | 67,276 |
| Загрузка Авилон-Плаза, % | 71 | 74 | 76 | 83 | 83 | 87 | 87 | 87 | 88 | 88 | 91 | 91 | 91 |
| **ВЫРУЧКА** | 1,731,199 | 2,390,658 | 3,420,060 | 3,863,284 | 3,612,159 | 4,045,947 | 3,158,821 | 3,096,846 | 3,551,799 | 3,498,623 | 3,634,329 | 3,982,713 | 39,986,440 |
| АВИЛОН АГ | 1,543,947 | 2,098,415 | 3,105,513 | 3,480,559 | 3,222,048 | 3,746,767 | 2,832,807 | 2,769,519 | 3,131,269 | 3,075,200 | 3,211,013 | 3,558,824 | 35,775,882 |
| АВТОЛОГИСТИКА | 163,253 | 263,378 | 289,940 | 358,938 | 364,908 | 276,418 | 304,420 | 304,853 | 398,193 | 401,338 | 399,413 | 399,678 | 3,924,730 |
| ЕРК | 23,999 | 28,865 | 24,608 | 23,787 | 25,204 | 22,762 | 21,594 | 22,475 | 22,336 | 22,085 | 23,903 | 24,211 | 285,829 |
| **ПРИБЫЛЬ ПО ПОДРАЗДЕЛЕНИЯМ** | 189,954 | 260,360 | 408,395 | 440,277 | 435,413 | 654,773 | 411,837 | 438,218 | 614,776 | 498,007 | 503,004 | 897,431 | 5,752,446 |
| АВИЛОН АГ | 147,514 | 148,241 | 318,691 | 256,721 | 256,732 | 546,949 | 263,606 | 282,036 | 430,764 | 302,620 | 308,544 | 705,975 | 3,968,393 |
| АВТОЛОГИСТИКА | 21,055 | 87,941 | 79,989 | 163,571 | 156,895 | 98,748 | 130,085 | 137,799 | 169,596 | 176,862 | 175,441 | 175,775 | 1,573,758 |
| ЕРК | 21,385 | 24,177 | 9,715 | 19,985 | 21,786 | 9,076 | 18,146 | 18,383 | 14,416 | 18,525 | 19,019 | 15,681 | 210,295 |
| **ОБЩЕХОЗЯЙСТВЕННЫЕ РАСХОДЫ** | 86,906 | 76,884 | 131,983 | 77,185 | 61,579 | 85,064 | 80,090 | 73,173 | 93,433 | 74,917 | 74,640 | 96,287 | 1,012,141 |
| НЙММ-АВИЛОН | 65,851 | 54,691 | 86,422 | 60,157 | 47,727 | 59,266 | 59,377 | 53,255 | 55,251 | 54,906 | 54,002 | 57,019 | 707,924 |
| АВТОЛОГИСТИКА | 14,157 | 15,879 | 30,394 | 11,073 | 12,687 | 19,399 | 16,968 | 16,702 | 27,922 | 17,009 | 17,531 | 28,808 | 228,529 |
| ЕРК | 6,898 | 6,314 | 15,166 | 5,955 | 1,165 | 6,400 | 3,745 | 3,216 | 10,260 | 3,002 | 3,107 | 10,460 | 75,688 |
| **EBITDA** | 103,048 | 183,476 | 276,413 | 363,092 | 373,834 | 569,709 | 331,747 | 365,045 | 521,343 | 423,091 | 428,364 | 801,144 | 4,740,305 |
| АВИЛОН АГ | 81,663 | 93,551 | 232,269 | 196,564 | 209,005 | 487,683 | 204,229 | 228,781 | 375,513 | 247,714 | 254,542 | 648,956 | 3,260,469 |
| АВТОЛОГИСТИКА | 6,898 | 72,062 | 49,595 | 152,498 | 144,208 | 79,349 | 113,117 | 121,097 | 141,675 | 159,853 | 157,910 | 146,967 | 1,345,229 |
| ЕРК | 14,487 | 17,863 | -5,451 | 14,030 | 20,621 | 2,676 | 14,401 | 15,167 | 4,156 | 15,524 | 15,912 | 5,221 | 134,607 |

CONFIDENTIAL

AVPE0000013



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
                    )
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0000010–AVPE0000013.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 2017.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York            Washington, D.C.    Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris               Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143