# EXHIBIT 16

Page 1

1

2  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3

- - - - - - - - - - - - - - - - - - - -x

4

SERGEY LEONTIEV,

5

                    Plaintiff,

6                                Case No. 16-cv-3595
         -against-

7

ALEXANDER VARSHAVSKY,

8

                    Defendant.

9

- - - - - - - - - - - - - - - - - - - -x

10

                    December 14, 2016

11                    10:40 a.m.

12

13

14          Videotaped deposition of

15  KAREN AVAGUMYAN, taken by Plaintiff,

16  pursuant to Notice, held at the offices of

17  Roschier Asianajotoimisto Oy, Keskuskatu

18  7A, Helsinki, Finland, before

19  Sharon Lengel, a Registered Professional

20  Reporter, Certified Realtime Reporter, and

21  Notary Public of the State of New York.

22

23          *    *    *

24

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6      BY:  MARSHALL KING, ESQ.
             ALISON A. WOLLIN, ESQ.
 7
 8
        DEBEVOISE & PLIMPTON LLP
 9           Attorneys for Defendant
             801 Pennsylvania Avenue, N.W.
10           Washington, D.C. 20004
11      BY:  NICHOLAS C. TOMPKINS, ESQ.
             COLBY A. SMITH, ESQ.
12
13
14   ALSO PRESENT:
15           DAVID ROSS ELLIOTT, Videographer
16           NATALIA MURINA, Interpreter
17           VICTOR POTAPOV, Check Interpreter
18           VITALIY POPOV, ESQ.
19
                   *     *     *
20
21
22
23
24
25
```

1                    AVAGUMYAN

2  "Life" is?

3       A.    I know it's a group of banks,

4  probably.

5       Q.    Do you know what Collection

6  Agency "Life" is?

7       A.    No.

8       Q.    Have you ever received payment

9  on any notes that were issued in your

10 name?

11      A.    Myself, I didn't.

12      Q.    Do you know if your father

13 received payment?

14      A.    I don't know.

15      Q.    Did you ask your father to

16 manage the relationship with the bank

17 relating to those notes?

18            MR. SMITH:  Objection to form.

19      A.    I didn't ask him myself, no.

20      Q.    He just did it?  He just did it?

21      A.    I mean, he is the one who

22 manages all the family money.

23      Q.    Did you ever assign your right

24 to payment under these notes to

25 Mr. Varshavsky?

```
                                        Page 28
 1                    AVAGUMYAN
 2            MR. SMITH:  Objection to form.
 3      A.    (Through the interpreter) No.
 4      Q.    Did you ever ask your father
 5   what the terms of the notes were?
 6      A.    No.
 7      Q.    Did he tell you how much the
 8   notes were for?
 9      A.    We discussed the --
10            (Through the interpreter) We
11   discussed the interest rates.
12            He was telling me about the
13   interest rates.
14      Q.    What did he tell you about the
15   interest rates?
16      A.    They were different, I think,
17   sometimes, like, around '10, '11.  He was
18   telling me there was good interest rate.
19      Q.    Did you ever receive payment of
20   interest on any of these notes?
21      A.    Myself, no.
22      Q.    Do you know if your father
23   received payment of interest on these
24   notes?
25      A.    I don't know.
```

```
 1                    AVAGUMYAN
 2        the next exhibit.  Plaintiff's 5, I
 3        think.
 4              (Plaintiff's Exhibit 5, An
 5        excerpt from a Russian publication,
 6        was hereby marked for identification,
 7        as of this date.)
 8        Q.    Plaintiff's Exhibit 5 is an
 9   excerpt from a Russian publication.
10              Could you take a look at the
11   Russian version.
12              Is that a publication that
13   you're familiar with?  Have you ever seen
14   that publication before?
15        A.    No.  No.
16        Q.    Did you ever come to learn that
17   Financial Group "Life" had given notice of
18   its liquidation?
19        A.    No.
20        Q.    Do you know if you or your
21   father ever filed a claim against
22   Financial Group "Life"?
23        A.    I myself didn't.  I don't know
24   exactly about my father.  He didn't tell
25   me.
```

```
                                      Page 61
 1                    AVAGUMYAN
 2   Abramova?
 3        A.    I didn't communicate with
 4   Abramova, no.
 5        Q.    You know the name?
 6        A.    Yeah.  I know that she was one
 7   of the workers of the bank.
 8        Q.    How do you know that?
 9        A.    I've seen her in Avilon many
10   times together with other workers of the
11   group, of the Financial Group.
12        Q.    Was one of those other workers
13   named Yanna Krisiuk?
14        A.    Yeah, exactly.  I've seen them
15   together.
16        Q.    And they were -- but you've
17   never communicated with them about any
18   financial matters?
19        A.    I've communicated with Yanna
20   about my personal account.
21        Q.    What was -- tell me the
22   conversation that you had.
23        A.    No.  It was -- I mean, I was --
24   I was calling her several times when I
25   needed to -- to pay something.  My card
```

1

2                    CERTIFICATION

3

4       I, SHARON LENGEL, a Notary Public for

5    and within the State of New York, do

6    hereby certify:

7       That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12      I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17      IN WITNESS WHEREOF, I have hereunto

18   set my hand this 27th day of December,

19   2016.

20

21   _____

22          SHARON LENGEL

23                *     *     *

24

25