# EXHIBIT 17

# REDACTED CONTENT FILED UNDER SEAL

| | |
|---|---|
| Message | |
| **From:** | Juliya Yuryevna Semenova [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Juliya Yuryevna Semenova [/o=avilon-nymm/ou=first administrative group/cn=recipients/cn=juliya.semenova] |
| **Sent:** | 02/12/2014 14:04:14 |
| **To:** | Irina Nikolayevna Monakhova [irina.monakhova@avilon.ru] |
| **Subject:** | Alexander Varshavskiy's bank accounts |
| **Attachments:** | Alexander Varshavskiy's bank accounts.xlsx |

_____

Best regards,
**Juliya Yuryevna Semenova**
Chief Accountant
**ZAO Avilon Avtomobilnaya Gruppa**
43 Volgogradskiy pr-t, bldg. 3 Moscow 109316
Tel.:     +7 495 730-4444 ext.: 2060
Fax:     +7 495 730-4449
E-mail:  juliya.semenova@avilon.ru
Http:    www.avilon.ru



Click here to get the latest news

Confidential                                                                                                          AVPE0002068



Confidential

AVPE0002069



Confidential

AVPE0002070

Message

| | |
|---|---|
| **From**: | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=first administrative group/cn=recipients/cn=juliya.semenova] |
| **Sent**: | 12/02/2014 14:04:14 |
| **To**: | Монахова Ирина Николаевна [irina.monakhova@avilon.ru] |
| **Subject**: | Счета Варшавского Александра в банках |
| **Attachments**: | Счета Варшавского Александра в банках.xlsx |

С уважением,

**Семенова Юлия Юрьевна**

Главный бухгалтер

ЗАО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2060
Факс:  +7 495 730-4449
E-mail: juliya.semenova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

Confidential



Confidential

AVPE0002069



Confidential

AVPE0002070



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0002068–AVPE0002070.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 25th day of January, 2017.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143