# EXHIBIT 19

ADDITIONAL AGREEMENT

TO THE LOAN AGREEMENT # 0608/14 DD 06 AUGUST 2014

THIS ADDITIONAL AGREEMENT made on August 07, 2014 between:

DIGITIME ALLIANCE LTD, a Company established in Marshalls Islands under registered number 67727, having its registered office at Trust Company Complex, Ajeltake Island, Majuro, Marshall Islands MH96960 ('(Party-A)'),

and

SANBAY HOLDINGS LIMITED, a Company established in British Virgin Islands under registered number 1664254, having its registered office at Tortola, Road Town, P. O. Box 3175, British Virgin Islands ('(Party-B)')

The parties hereby resolved to change the loan agreement provisions as follows:

1.      To prolong the Loan period and the article 3.1. of the Loan agreement is in the following wording:
"3.1. The loan is granted by (Party-A) to (Party-B) for the period of 10 (ten) years (the "Loan period") starting from the next date after the sum of the Loan is transferred to the account of (Party-B). In case of no party desires in written to terminate the Loan agreement, it is considered prolonged automatically for five year. The amount of prolongation is not limit. The Parties may change the Loan period: the new Loan period shall be mutually agreed in writing by the Parties."

2.      To increase the amount of Loan and definition of the Loan agreement is in the following wording: 'Loan' means EUR 21,800,000.00 (twenty one million eight hundred thousand 00/100 EURO) lent by (Party-A) to (Party-B) and the balance of it from time to time.

3.      To change the order of receipt the Loan and the article 2 of the Loan agreement is in the following wording:
«2. (Party-A) undertakes to transfer the:



PLAINTIFF'S
EXHIBIT
71
1/5/17
PENGAD 800-631-6989

2.1. first Loan tranche in the amount of 5 000 000 (five million 00/100 EURO) to the account of (Party-B) not later than within 5 (five) business days from the date of signing of this Agreement.

2.2. second Loan tranche in the amount of 4 800 000 (four million  eight hundred thousand 00/100 EURO) to the account of (Party-B) not later than August 28, 2014.

2.3. third Loan tranche in the amount of 6 000 000 (six million 00/100 EURO) to the account of (Party-B) not later than September 25, 2014.

2.4. fourth Loan tranche in the amount of 6 000 000 (six million 00/100 EURO) to the account of (Party-B) not later than October 25, 2014.»

4. The parties hereby resolved to consider the first three and half years of the loan period as free period for Interest rate calculation. All interest under the Loan agreement should be paid together with the repaying of Loan  at the end of Loan period.

5. All other conditions which is not covered by this additional agreement are still valid according to the Loan Agreement.

6. The Additional Agreement shall enter into force on the date of its signing by the Parties.

7. This Additional Agreement is made in two original copies equally valid, one for each Party.

For and on behalf of (Party-A):
Attorney

Maria Levina

For and on behalf of (Party-B):
Director

SL003375 5