# EXHIBIT 21



{In the archive} RE: FW: RE: RE: RE: Sunbay payment
Irina Nikolayevna Monakhova
To:
Yana V Krisjuk
10/23/2014 5:32 p.m.
Hide details
From: Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru>
To: Yana V Krisjuk <yana@prbb.ru>,
Archive: Message viewed in the archive.


OK

_____
Best regards,
**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Bldg 2, 43 Volgogradsky pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru


Click here to learn the latest news

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Thursday, October 23, 2014 5:38 PM
**To:** Irina Nikolayevna Monakhova
Subject: Re: FW: RE: RE: RE: Sunbay payment

Hello, Irina Nikolayevna!

I can, but A said to pay on the 30th
*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell: +7 (903) 676-71-95*
*Email: yana@prbb.ru*
*Office: +7 (495) 937-37-97, ext. 1032*
*Fax: +7 (495) 781-81-84*

Confidential                                                                          SL0033766



From: **Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru>**
To: **"Yana V Krisjuk (yana@prbb.ru)"** <yana@prbb.ru>,
Date: **10/23/2014 5:26 p.m.**
Subject: **FW: RE: RE: RE: Sunbay payment**

Yana,

Why is that?

Can you send it earlier? At least on the 27th?
_____
Best regards,

**Irina Nikolayevna Monakhova**

Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group

**AVILON GROUP**
Bldg 2, 43 Volgogradsky pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:   www.avilon-group.ru



Click here to learn the latest news

**From:** Lyubov Vladimirovna Yershova
**Sent:** Thursday, October 23, 2014 5:11 PM
**To:** Irina Nikolayevna Monakhova
**Subject:** FW: RE: RE: RE: Sunbay payment

Good afternoon, Irina Nikolayevna.

Confidential
SL0033767

Yana Krysyuk told me that the tranche for Sunbay will be sent on 10/30/2014 (see email below). In the past it was usually sent on the 25th.

According to the schedule, we are supposed to make a payment to Benetti on 10/31/2014. Twenty-four hours might not be enough for us.

In September, Yana sent the money on September 25. They received it in Cyprus on September 29.

_____
Best regards,

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
E-mail: lubov.ershova@avilon.ru
Http:   www.avilon.ru



Click here to learn the latest news

**From:** Yana V Krisjuk [mailto: yana@prbb.ru]
**Sent:** Thursday, October 23, 2014 4:55 PM
**To:** Lyubov Vladimirovna Yershova
**Cc:** Vitaliy Nikolayevich Popov
**Subject:** FW: RE: RE: RE: Sunbay payment

Hello, Lyubov!

By agreement, or rather by order of your upper management, the tranche will be sent on 10/30/2014.

*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

Confidential                                                                                              SL0033768

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell: +7 (903) 676-71-95*
*Email: yana@prbb.ru*
*Office: +7 (495) 937-37-97, ext. 1032*
*Fax: +7 (495) 781-81-84*



From: Lyubov Vladimirovna Yershova <lubov.ershova@avilon.ru>
To: Yana V Krisjuk <yana@prbb.ru>,
Date: 10/23/2014 4:41 p.m.
Subject: RE: RE: RE: Sunbay payment

---

Hello, Yana!
I would like to ask you to send the SWIFT confirmation for the next payment to Sunbay (fourth tranche) as soon as the money goes out.

_____
Best regards,

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
Email: lubov.ershova@avilon.ru
Http: www.avilon.ru

Confidential                                                                      SL0033769



<u>Click here to learn the latest news</u>

**From:** Yana V Krisjuk [<u>mailto:yana@prbb.ru</u>]
**Sent:** Monday, September 29, 2014 11:32 AM
**To:** Lyubov Vladimirovna Yershova
Subject: RE: RE: RE: Sunbay payment

Good morning!

excellent

*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell: +7 (903) 676-71-95*
*Email: <u>yana@prbb.ru</u>*
*Office: +7 (495) 937-37-97, ext. 1032*
*Fax: +7 (495) 781-81-84*



From: Lyubov Vladimirovna Yershova <<u>lubov.ershova@avilon.ru</u>>
To: Yana V Krisjuk <<u>yana@prbb.ru</u>>
Date: 9/29/2014 10:39 a.m.
Subject: RE: RE: Sunbay payment

---

Confidential                                                                                      SL0033770

Good morning, Yana.
The bank has just informed us that the funds have arrived.
Everything is fine. Thank you.
_____
Best regards,

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:   www.avilon.ru



Click here to learn the latest news

**From:** Lyubov Vladimirovna Yershova
**Sent:** Monday, September 29, 2014 10:22 AM
**To:** 'Yana V Krisjuk'
**Subject:** RE: RE: Sunbay payment

Good morning, Yana.
Cyprus has not yet received the funds. What might the problem be?
_____
Best regards,

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
Email: lubov.ershova@avilon.ru

Confidential                                                                                                SL0033771

Http:    www.avilon.ru



Click here to learn the latest news

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Thursday, September 25, 2014 1:50 PM
**To:** Lyubov Vladimirovna Yershova
**Subject**: RE: RE: Sunbay payment

Hello, Lyubov!

The funds have been sent!!!

```
25/09/2014 11:19:00
------------------- Instance Type and Transmission -----------
---------
Network Delivery Status : Network Ack
Message Input Reference : 1119 140925KBRBLV2XAXXX7417804224
-------------------------- Message Header -------------------
---------
Swift Input:
FIN 103 Single Customer Credit Transfer
Sender         : KBRBLV2XXXX
               TRASTA KOMERCBANKA


               RIGA
Receiver       : DEUTDEFFXXX
               DEUTSCHE BANK AG


               FRANKFURT AM MAIN
-------------------------- Message Text --------------------
---------
20: Transaction Reference Number
   201409250700007
23B: Bank Operation Code
   CRED
32A: Value Date/Currency Code/Amount
   Date     : 140925
   Currency : EUR
   Amount       : #6000000,#
33B: Currency/Instructed Amount
```

Confidential                                                            SL0033772

```
  Currency   : EUR
  Amount        : #6000000,#
50F:
  /LV95KBRB1111217124001
  1/DIGITIME ALLIANCE LTD
  2/TRUST COMPANY COMPLEX, AJELTAKE I
  2/SLAND, AJELTAKE ISLAND
  3/MH/MAJURO
57A: Account With Institution
  RKBZCHZZXXX
  GAZPROMBANK (SWITZERLAND) LTD


  ZURICH
59: Beneficiary Customer-Name & Addr
  /CH3208660016780400814
  SANBAY HOLDINGS LIMITED
  TORTOLA, ROAD TOWN, P.O. BOX 3175
  BRITISH VIRGIN ISLANDS
70: Remittance Information
  PAYMENT UNDER LOAN AGREEMENT N.
  0608/14 DD 06.08.2014 (THIRD TRANCH
  E)      FOR REPLENISHMENT OF  CURRE
  NT  ASSETS
71A: Details of Charges
  SHA
------------------------- Message Trailer -------------------
---------
{MAC:00000000}
{CHK:810F77CDC37}
--------------------------- Interventions -------------------
---------
Category     : Network Report
{1:F21KBRBLV2XAXXX7417804224}{4:{177:1409251119}{451:0}}
```

*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell: +7 (903) 676-71-95*
*Email: yana@prbb.ru*
*Office: +7 (495) 937-37-97, ext. 1032*
*Fax: +7 (495) 781-81-84*

Confidential                                                       SL0033773



From: Lyubov Vladimirovna Yershova <lubov.ershova@avilon.ru>
To: Yana V Krisjuk <yana@prbb.ru>,
Date: 9/23/2014 11:15 a.m.
Subject: RE: Sunbay payment

Hello, Yana.

I need to get a SWIFT confirmation regarding the transfer of the third tranche for Sunbay.

Who should I contact for this?
Thanks in advance.
_____
Best regards,

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:   www.avilon.ru



Click here to learn the latest news

Confidential                                                                                SL0033774

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Wednesday, September 17, 2014 4:36 PM
**To:** Lyubov Vladimirovna Yershova
**Cc:** Vitaliy Nikolayevich Popov
**Subject**: RE: Sunbay payment

Hello again, Lyubov!

I am very happy that you are the one handling this financial issue!

The documents have already been signed, and the payment will be made in accordance with the agreement!!!

Email me if you have any questions!

I'll be available by phone after 6:00 p.m.


*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell: +7 (903) 676-71-95*
*Email: yana@prbb.ru*
*Office: +7 (495) 937-37-97, ext. 1032*
*Fax: +7 (495) 781-81-84*


On Sept. 17, 2014, at 10:05 a.m., "Lyubov Vladimirovna Yershova" <lubov.ershova@avilon.ru>
wrote:
Good morning, Yana.

I was calling about the third payment for Sunbay under agreement 0608/14 DD 06 August 2014
It is my understanding that interest under the loan agreement is to be paid without any invoices
being presented by our side, but I will double-check just in case.
I need to make sure that the money reaches Sunbay by 9/25/2014.

I can be identified in the correspondence from I.N. Monakhova. The financial aspects will be
handled by me, not Vitaliy Popov, as he is a lawyer.
_____
Best regards,

Confidential                                                                                              SL0033775

**Lyubov Vladimirovna Yershova**

Financial Controller
Financial Control and Analysis Department

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444, ext. 2094
Fax: +7 495 781-7710
E-mail: lubov.ershova@avilon.ru
Http:    www.avilon.ru

<M2.png>
Click here to learn the latest news

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Tuesday, August 05, 2014 9:57 PM
**To:** Vitaliy Nikolayevich Popov
**Cc:** Yana V Krisjuk; Irina Nikolayevna Monakhova; Lyubov Vladimirovna Yershova
**Subject:** RE: Sunbay details

Hello, Vitaliy!
Thanks

*Best regards,*
*Yana Krisjuk*

*Head of V.I.P. Customer Relations*

*Deputy Head of Department*
*OAO AKB PROBUSINESSBANK, FG Life*

*Cell:* *+7 (903) 676-71-95*
*Email:* *yana@prbb.ru*
*Office:* *+7 (495) 937-37-97*, *ext. 1032*
*Fax:* *+7 (495) 781-81-84*

On Aug 5, 2014, at 3:34 p.m., "Vitaliy Nikolayevich Popov" <vitaliy.popov@avilon.ru> wrote:

**SANBAY HOLDINGS LIMITED,** a registered office at the address: Tortola, Road Town, P.O. Box 3175  British Virgin Islands, registration No 1664254;

bank account with:

Gazprombank (Switzerland) LTD
Zollikerstrasse 183

Confidential                                                                                    SL0033776

PO Box 1721
Ch-8032 Zurich / Switzerland
Tel +41 44 386 86 86
SWIFT RKBZCHZZ

EUR-account
Acc. Nr: 167804.00814
IBAN: CH32 0866 0016 7804 0081 4

_____
Best regards,

**Vitaliy Nikolayevich Popov**

General Counsel

**ZAO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 730-4444 ext. 7040
Fax: +7 495 781-7710
E-mail:  vitaliy.popov@avilon.ru
Http:  www.avilon.ru

<M2.png>
Click here to learn the latest news

**From:** Irina Nikolayevna Monakhova
**Sent:** Tuesday, August 05, 2014 4:51 PM
**To:** Yana V Krisjuk; Yana V Krisjuk (yana@prbb.ru); Vitaliy Nikolayevich Popov; Lyubov
Vladimirovna Yershova
**Subject:** Sunbay details

Vitaliy,

Please send Yana Krisyuk the details for Sunbay.

Lyuba

They are to receive EUR 5 million, which will have to be sent to Benetti/

I'll send the details. Find out whether they (Sunbay) have a Euro account. If not, they should open one
right away.
_____
Best regards,

**Irina Nikolayevna Monakhova**

Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group

Confidential                                                                                          SL0033777

**AVILON GROUP**
Bldg 2, 43 Volgogradsky pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
E-mail:     irina.monakhova@avilon.ru
Http:       www.avilon-group.ru

<M3.jpg>
Click here to learn the latest news

Confidential                                                                              SL0033778



{В архиве} RE: FW: RE: RE: RE: Sunbay платеж
Монахова Ирина Николаевна
кому:
Yana V Krisjuk
23.10.2014 17:32
Скрыть сведения
От: Монахова Ирина Николаевна <irina.monakhova@avilon.ru>
Кому: Yana V Krisjuk <yana@prbb.ru>,
Архив: Сообщение просматривается в архиве.

ОК

--------------------------
С уважением,
Монахова Ирина Николаевна
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**A V I L O N   G R O U P**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:      +7 495 781-8197
Факс:     +7 495 730-4448
E-mail:    irina.monakhova@avilon.ru
Http:      www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Thursday, October 23, 2014 5:38 PM
**To:** Монахова Ирина Николаевна
**Subject:** На: FW: RE: RE: RE: Sunbay платеж

Ирина Николаевна, здравствуйте!

Я могу, но А сказал платить 30
*С уважением,*
*Янна Крисюк*

*Начальник Управления по работе с V.I.P. Клиентами*

*Заместитель Начальника Департамента*
**ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»**

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*

file:///C:/Temp/notesF2443C/~web9321.htm

19.11.2016

Confidential

SL0033766



От:     Монахова Ирина Николаевна <irina.monakhova@avilon.ru>
Кому:   "Yana V Krisjuk (yana@prbb.ru)" <yana@prbb.ru>,
Дата:   23.10.2014 17:26
Тема:   FW: RE: RE: RE: Sunbay платеж

Яна,

А почему?

Вы можете отправить раньше? Хотя бы 27-го?

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:    +7 495 781-8197
Факс:   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Ершова Любовь Владимировна
**Sent:** Thursday, October 23, 2014 5:11 PM
**To:** Монахова Ирина Николаевна
**Subject:** FW: RE: RE: RE: Sunbay платеж

Ирина Николаевна, добрый день.

Confidential                                                                 SL0033767

Яна Крысюк сообщила, что транш на Санбэй будет отправлен 30.10.2014 (письмо ниже). Обычно это было 25 числа.

По графику мы должны заплатить в Benetti 31.10.2014
Одних суток нам может не хватить.

В сентябре Яна отправила деньги 25 сентября. На Кипре их получили 29 сентября.

---------------------
С уважением,

**Ершова Любовь Владимировна**

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Thursday, October 23, 2014 4:55 PM
**To:** Ершова Любовь Владимировна
**Cc:** Попов Виталий Николаевич
**Subject:** На: RE: RE: RE: Sunbay платеж

Любовь, здравствуйте!

По согласованию, а точнее по распоряжению Вашего вышестоящего руководства транш будет направлен 30.10.2014г.

*С уважением,*
*Янна Крисюк*

*Начальник Управления по работе с V.I.P. Клиентами*

Confidential                                                  SL0033768

*Заместитель Начальника Департамента*
**ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»**

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*



От:      Ершова Любовь Владимировна <lubov.ershova@avilon.ru>
Кому:    Yana V Krisjuk <yana@prbb.ru>,
Дата:    23.10.2014 16:41
Тема:    RE: RE: RE: Sunbay платеж

Яна, здравствуйте!
Хотела бы попросить Вас направить Свифт по факту очередной оплаты
на Санбэй (четвертый транш), как только деньги уйдут.

С уважением,

**Ершова Любовь Владимировна**

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail: lubov.ershova@avilon.ru
Http:   www.avilon.ru

Confidential                                                                 SL0033769



Кликните здесь, чтобы узнать актуальные новости

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Monday, September 29, 2014 11:32 AM
**To:** Ершова Любовь Владимировна
**Subject:** На: RE: RE: Sunbay платеж

Доброе утро!


отлично


*С уважением,*
*Янна Крисюк*


*Начальник Управления по работе с V.I.P. Клиентами*

*Заместитель Начальника Департамента*
*ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»*

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*



| | |
|---|---|
| От: | Ершова Любовь Владимировна <lubov.ershova@avilon.ru> |
| Кому: | Yana V Krisjuk <yana@prbb.ru>, |
| Дата: | 29.09.2014 10:39 |
| Тема: | RE: RE: Sunbay платеж |

---

Confidential                                                                 SL0033770

Яна, добрый день.
Банк только что сообщил, что средства получены.
Все в порядке. Спасибо.

---------------------------------
С уважением,

**Ершова Любовь Владимировна**

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Ершова Любовь Владимировна
**Sent:** Monday, September 29, 2014 10:22 AM
**To:** 'Yana V Krisjuk'
**Subject:** RE: RE: Sunbay платеж

Яна, добрый день.
Кипр пока не получил средств, что могло произойти?

---------------------------------
С уважением,

**Ершова Любовь Владимировна**

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru

Confidential

SL0033771

Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Thursday, September 25, 2014 1:50 PM
**To:** Ершова Любовь Владимировна
**Subject:** Ha: RE: Sunbay платеж

Любовь, здравствуйте!

Средства направлены!!!

```
25/09/2014 11:19:00
------------------ Instance Type and Transmission -----------
---------
Network Delivery Status : Network Ack
Message Input Reference : 1119 140925KBRBLV2XAXXX7417804224
-------------------------- Message Header --------------------
---------
Swift Input:
FIN 103 Single Customer Credit Transfer
Sender            : KBRBLV2XXXX
                    TRASTA KOMERCBANKA


                    RIGA
Receiver          : DEUTDEFFXXX
                    DEUTSCHE BANK AG


                    FRANKFURT AM MAIN
-------------------------- Message Text ---------------------
---------
20: Transaction Reference Number
    201409250700007
23B: Bank Operation Code
    CRED
32A: Value Date/Currency Code/Amount
    Date        : 140925
    Currency    : EUR
    Amount          : #6000000,#
33B: Currency/Instructed Amount
```

Confidential                                                    SL0033772

```
Currency   : EUR
Amount       : #6000000,#
50F:
 /LV95KBRB1111217124001
 1/DIGITIME ALLIANCE LTD
 2/TRUST COMPANY COMPLEX, AJELTAKE I
 2/SLAND, AJELTAKE ISLAND
 3/MH/MAJURO
57A: Account With Institution
 RKBZCHZZXXX
 GAZPROMBANK (SWITZERLAND) LTD


 ZURICH
59: Beneficiary Customer-Name & Addr
 /CH3208660016780400814
 SANBAY HOLDINGS LIMITED
 TORTOLA, ROAD TOWN, P.O. BOX 3175
 BRITISH VIRGIN ISLANDS
70: Remittance Information
 PAYMENT UNDER LOAN AGREEMENT N.
 0608/14 DD 06.08.2014 (THIRD TRANCH
 E)     FOR REPLENISHMENT OF  CURRE
 NT  ASSETS
71A: Details of Charges
 SHA
------------------------ Message Trailer -------------------
----------
{MAC:00000000}
{CHK:810F77CDC37}
------------------------- Interventions -------------------
----------
Category   : Network Report
{1:F21KBRBLV2XAXXX7417804224}{4:{177:1409251119}{451:0}}
```

*С уважением,*
*Янна Крисюк*

*Начальник Управления по работе с V.I.P. Клиентами*

*Заместитель Начальника Департамента*
*ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»*

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*

Confidential                                                    SL0033773



| От: | Ершова Любовь Владимировна <lubov.ershova@avilon.ru> |
|---|---|
| Кому: | Yana V Krisjuk <yana@prbb.ru>, |
| Дата: | 23.09.2014 11:15 |
| Тема: | RE: Sunbay платеж |

Яна, здравствуйте.

Мне необходимо получить свифт о переводе на Санбэй третьего транша.

К кому я могу обращаться с этим вопросом?
Заранее благодарю

---

С уважением,

**Ершова Любовь Владимировна**

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

Confidential

SL0033774

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Wednesday, September 17, 2014 4:36 PM
**To:** Ершова Любовь Владимировна
**Cc:** Попов Виталий Николаевич
**Subject:** Re: Sunbay платеж

Любовь, здравствуйте еще раз!

Я очень рада , что финансовым вопросом занимаетесь Вы !

Документы уже подписаны, платеж будет проведен согласно соглашению !!!


Если возникнут вопросы , напишете !

На телефоне доступно после 18:00


*С уважением,*
*Янна Крисюк*


*Начальник Управления по работе с V.I.P. Клиентами*

*Заместитель Начальника Департамента*
*ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»*

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*


17 сент. 2014 г., в 10:05, "Ершова Любовь Владимировна" <lubov.ershova@avilon.ru>
написал(а):
Яна, добрый день.

Я звонила относительно третьего платежа на Санбей по договору 0608/14
DD 06 august 2014
Насколько я понимаю, оплата % по договору займа осуществляется без
выставления с нашей стороны счетов, но на всякий случай уточняю.
Мне необходимо убедиться, что деньги придут в Санбэй до 25.09.2014

Меня можно идентифицировать в переписке от И.Н.Монаховой,
финансовыми вопросами буду заниматься я, не Виталий Попов, он
юрист.


С уважением,

Confidential                                                                  SL0033775

Ершова Любовь Владимировна

Финансовый контролёр
Отдел финансового контроля и анализа

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2094
Факс:   +7 495 781-7710
E-mail:  lubov.ershova@avilon.ru
Http:    www.avilon.ru

<M2.png>
Кликните здесь, чтобы узнать актуальные новости

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Tuesday, August 05, 2014 9:57 PM
**To:** Попов Виталий Николаевич
**Cc:** Yana V Krisjuk; Монахова Ирина Николаевна; Ершова Любовь Владимировна
**Subject:** Re: Реквизиты Sunbay

Виталий, здравствуйте !
Спасибо

*С уважением,*
*Янна Крисюк*

*Начальник Управления по работе с V.I.P. Клиентами*

*Заместитель Начальника Департамента*
*ОАО АКБ «ПРОБИЗНЕСБАНК», ФГ «Лайф»*

*Моб.: +7 (903) 676-71-95*
*E-mail: yana@prbb.ru*
*офис: +7 (495) 937-37-97, доб.1032*
*факс: +7 (495) 781-81-84*

05 авг. 2014 г., в 15:34, "Попов Виталий Николаевич" <vitaliy.popov@avilon.ru> написал
(а):

**SANBAY HOLDINGS LIMITED,** a registered office at the address: Tortola, Road
Town, P.O. Box 3175  British Virgin Islands, registration No 1664254;

bank account with:

Gazprombank (Switzerland) LTD
Zollikerstrasse 183

file:///C:/Temp/notesF2443C/~web9321.htm

19.11.2016

Confidential

SL0033776

PO Box 1721
Ch-8032 Zurich / Switzerland
Tel +41 44 386 86 86
SWIFT RKBZCHZZ

EUR-account
Acc. Nr: 167804.00814
IBAN: CH32 0866 0016 7804 0081 4


С уважением,

**Попов Виталий Николаевич**

Руководитель юридического департамента

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:  +7 495 730-4444 доб.: 7040
Факс:  +7 495 781-7710
E-mail:  vitaliy.popov@avilon.ru
Http:  www.avilon.ru

<M2.png>
Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Tuesday, August 05, 2014 4:51 PM
**To:** Yana V Krisjuk; Yana V Krisjuk (yana@prbb.ru); Попов Виталий Николаевич;
Ершова Любовь Владимировна
**Subject:** Реквизиты Sunbay

Виталий

Пришли пожалуйста Яне Крысюк реквизиты Sunbay.

Люба,

Туда придут 5 млн евро , которые надо будет отправить в компанию
Benetti /

Реквизиты я пришлю. Проверьте есть ли у них ( у Sunbay) евровый счет,
если нет пусть откроют срочно.

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон


file:///C:/Temp/notesF2443C/~web9321.htm

19.11.2016

Confidential

SL0033777

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:      +7 495 781-8197
Факс:     +7 495 730-4449
E-mail:    irina.monakhova@avilon.ru
Http:      www.avilon-group.ru

<M3.jpg>
Кликните здесь, чтобы узнать актуальные новости

Confidential                                                              SL0033778



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)  ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates Nos.

SL0033766–SL0033778.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 25th day of January, 20 17 .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143