# EXHIBIT 22

Message

| | |
|---|---|
| **From:** | Irina Vladimirovna Meshkova [/O=AVILON-NYMM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=IRINA.MESHKOVA] |
| **Sent:** | 11.03.2015 08:23:17 a.m. |
| **To:** | Yuliya Yuryevna Semyonova |
| **Subject:** | FW: how to pay |

Yulya,

When will you be able to pay the 350?

Best regards,
**Irina Vladimirovna Meshkova**
Head of the Department of Financial Control and Analysis
**Avilon Automobile Group JSC**
43 Volgogradskiy pr-t, bldg. 3 Moscow 109316
Tel.:   +7 495 781-8199, ext. 2090
Fax.:  +7 495 781-7710
E-mail: irina.meshkova@avilon.ru
Http:   www.avilon.ru



Click here to get the latest news


**From:** Irina Nikolayevna Monakhova
**Sent:** Thursday, October 29, 2015 7:32 PM
**To:** Irina Vlarimirovna Meshkova; Yuliya Yuryevvna Semyonova
**Subject:** RE: how to pay

Go ahead and make a payment.

As to Avilon, make it even with KK.

And then AV with IB – to ZhI.

Best regards,
**Irina Nikolayevna Monakhova**
Board member of Avilon AG
CFO of GK Avilon
**AVILON GROUP**
43 Volgogradskiy pr-t, bldg. 2 Moscow
Tel.:   +7 495 781-8197
Fax.:  +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru

Confidential                                                                                                                                      AVPE0001453


Click here to get the latest news

**From:** Irina Vladimirovna Meshkova
**Sent:** Thursday, October 29, 2015 7:32 PM
**To:** Irina Nikolayevna Monakhova; Yuliya Yuryevna Semyonova
**Subject:** RE: how to pay

Irina Nikolayevna,

As we have previously discussed, we can use the USD 407 thous. difference in favor of AV to make these payments.

Best regards,
**Irina Vladimirovna Meshkova**
Head of the Department of Financial Control and Analysis
**Avilon Automobile Group JSC**
43 Volgogradskiy pr-t, bldg. 3 Moscow 109316
Tel.:      +7 495 781-8199, ext. 2090
Fax.:     +7 495 781-7710
E-mail:  irina.meshkova@avilon.ru
Http:    www.avilon.ru


Click here to get the latest news

**From:** Irina Nikolayevna Monakhova
**Sent:** Thursday, October 29, 2015 5:02 PM
**To:** Irina Vlarimirovna Meshkova; Yuliya Yuryevvna Semyonova
**Subject:** RE: how to pay

Send me the budget and apply the payments to it.

Best regards,
**Irina Nikolayevna Monakhova**
Board member of Avilon AG
CFO of GK Avilon
**AVILON GROUP**
43 Volgogradskiy pr-t, bldg. 2 Moscow
Tel.:      +7 495 781-8197
Fax.:     +7 495 730-4449
E-mail:  irina.meshkova@avilon.ru
Http:    www.avilon.ru


Click here to get the latest news

**From:** Irina Vladimirovna Meshkova
**Sent:** Thursday, October 29, 2015 3:47 PM
**To:** Irina Nikolayevna Monakhova; Yuliya Yuryevna Semyonova
**Subject:** RE: how to pay

Irina Nikolayevna,

For 2015, we planned on USD 212 thous. personally through VKS for AV.

We have paid three times, 72.9 each time – for the total of USD 218.7 thous.

Payments occurred before June 2015, and we divided them as follows:
    120 – General (office expenses),
    98.7 – for AV (Prime and attorneys).

If we had a joint office till September (while Sveta was there), then we can send USD 113.3 thous. for the benefit of AV without any decision.

But if all of these expenses are for the benefit of AV, then we can't do anything without a decision.

Please assist!

_____
Best regards,
**Irina Vladimirovna Meshkova**
Head of the Department of Financial Control and Analysis
**Avilon Automobile Group JSC**
43 Volgogradskiy pr-t, bldg. 2 Moscow 109316
Tel.:      +7 495 781-8199, ext. 2090
Fax.:     +7 495 781-7710
E-mail:  irina.meshkova@avilon.ru
Http:    www.avilon.ru


Click here to get the latest news

Confidential
AVPE0001455

**From:** Irina Nikolayevna Monakhova
**Sent:** Wednesday, October 28, 2015 9:58 PM
**To:** Yuliya Yuryevvna Semyonova
**Cc:** Irina Vlarimirovna Meshkova
**Subject:** RE: how to pay

Just a reminder that this transaction requires a preliminary decision by the shareholders.

Remember to properly execute all of the paperwork.

Best regards,
**Irina Nikolayevna Monakhova**
Board member of Avilon AG
CFO of GK Avilon
**AVILON GROUP**
43 Volgogradskiy pr-t, bldg. 2 Moscow
Tel.:    +7 495 781-8197
Fax.:    +7 495 730-4449
E-mail:  irina.meshkova@avilon.ru
Http:    www.avilon.ru



Click here to get the latest news

**From:** Yuliya Yuryevvna Semyonova
**Sent:** Wednesday, October 28, 2015 4:39 PM
**To:** Irina Nikolayevna Monakhova
**Cc:** Irina Vlarimirovna Meshkova
**Subject:** RE: how to pay

Irina Nikolayevna,

Ira is asking to pay around USD 500 thous. for the yacht/airplane by October 30.

To expedite matters, I will issue a loan to Sanbay, and get it back after opening a passport for VKS (AV is still supposed to sign).

Best regards,
**Yuliya Yuryevvna Semyonova**
Chief Accountant
**Avilon Automobile Group JSC**
43 Volgogradskiy pr-t, bldg. 3 Moscow 109316
Tel.:    +7 495 781-8199, ext. 2060
Fax.:    +7 495 781-7710

Confidential                                                                                              AVPE0001456

E-mail: juliya.semenova@avilon.ru
Http: www.avilon.ru



Click here to get the latest news

**From:** Irina Nikolayevna Monakhova
**Sent:** Tuesday, October 27, 2015 5:21 PM
**To:** Yuliya Yuryevvna Semyonova; Irina Vlarimirovna Meshkova
**Subject:** RE: how to pay

Yulya,

What is the total unpaid amount you have accumulated on VKS, and how much can you scrape up together on interest?

_____
Best regards,
**Irina Nikolayevna Monakhova**
Board member of Avilon AG
CFO of GK Avilon
**AVILON GROUP**
43 Volgogradskiy pr-t, bldg. 2 Moscow
Tel.:    +7 495 781-8197
Fax.:   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Click here to get the latest news

**From:** Irina Vladimirovna Meshkova
**Sent:** Tuesday, October 27, 2015 11:55 AM
**To:** Yuliya Yuryevna Semyonova
**Cc:** Irina Nikolayevna Monakhova
**Subject:** RE: how to pay

Yulya,

We need about USD 1.05 mln. for the remainder of the year.

Incl.

The yacht - USD 520 thous.

Confidential
AVPE0001457

The airplane - USD 530 thous.

I'm attaching an itemized list, just in case.

---------

Best regards,
**Irina Vladimirovna Meshkova**
Head of the Department of Financial Control and Analysis
**Avilon Automobile Group JSC**
43 Volgogradskiy pr-t, bldg. 3 Moscow 109316
Tel.:     +7 495 781-8199, ext. 2090
Fax.:    +7 495 781-7710
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon-group.ru


Click here to get the latest news

**From:**  Irina Nikolayevna Monakhova
**Sent:** Monday, October 26, 2015 11:04 PM
**To:** Yuliya Yuryevvna Semyonova; Irina Vlarimirovna Meshkova
**Subject:** how to pay

We're talking about the airplane and the yacht.

Yulya, Ira,

Here are the options:

1) Cancel interest accrual for Ambika, but leave it as is for NYM Corp and maybe even increase it;
2) As to ZhI – buy their liabilities on various HNG and others and transfer this money to Sanbay with respect to the debt, in the amount of over RUB 800 mln.
3) VKS – to be sent not to the US, but to Sanbay as per the letter.

Ira, determine the total required amount by the end of the year and show it to Yulya.

Yulya, think about the suggested mechanism.

We'll discuss tomorrow.

---------

Confidential
AVPE0001458

Best regards,
**Irina Nikolayevna Monakhova**
Board member of Avilon AG
CFO of GK Avilon
**AVILON GROUP**
43 Volgogradskiy pr-t, bldg. 2 Moscow
Tel.:      +7 495 781-8197
Fax.:      +7 495 730-4449
E-mail:    irina.monakhova@avilon.ru
Http:      www.avilon-group.ru



Click here to get the latest news

Confidential                                                                                                    AVPE0001459

Message

| | |
|---|---|
| From: | Мешкова Ирина Владимировна [/O=AVILON-NYMM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=IRINA.MESHKOVA] |
| Sent: | 03/11/2015 08:23:17 |
| To: | Семенова Юлия Юрьевна [juliya.semenova@avilon.ru] |
| Subject: | FW: как платить |

Юля

А 350 когда сможешь оплатить?

С уважением,

**Мешкова Ирина Владимировна**
Руководитель отдела финансового контроля и анализа
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2090
Факс:   +7 495 781-7710
E-mail:  irina.meshkova@avilon.ru
Http:    www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Thursday, October 29, 2015 7:32 PM
**To:** Мешкова Ирина Владимировна; Семенова Юлия Юрьевна
**Subject:** RE: как платить

Платите.

Ав по авилону уравнивайте с КК

А потом АВ с ИБ – в ЖИ

С уважением,

**Монахова Ирина Николаевна**
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:   +7 495 781-8197
Факс:   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru

Confidential                                                                              AVPE0001453


Кликните здесь, чтобы узнать актуальные новости

**From:** Мешкова Ирина Владимировна
**Sent:** Thursday, October 29, 2015 7:32 PM
**To:** Монахова Ирина Николаевна; Семенова Юлия Юрьевна
**Subject:** RE: как платить

Ирина Николаевна,

Как мы с Вами обсудили, разрыв 407 т. Долларов в пользу АВ можем использовать для этих оплат

---

С уважением,
**Мешкова Ирина Владимировна**
Руководитель отдела финансового контроля и анализа
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2090
Факс:   +7 495 781-7710
E-mail: irina.meshkova@avilon.ru
Http:   www.avilon.ru


Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Thursday, October 29, 2015 5:02 PM
**To:** Мешкова Ирина Владимировна; Семенова Юлия Юрьевна
**Subject:** RE: как платить

Пришлите бюджет и наложите на него оплаты

---

С уважением,
Монахова Ирина Николаевна
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т., д 43, к.2
Тел.:   +7 495 781-8197
Факс:   +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru

Confidential

<sup></sup>
<sub></sub>



Кликните здесь, чтобы узнать актуальные новости

**From:** Мешкова Ирина Владимировна
**Sent:** Thursday, October 29, 2015 3:47 PM
**To:** Монахова Ирина Николаевна; Семенова Юлия Юрьевна
**Subject:** RE: как платить

Ирина Николаевна,

Мы на 2015 год планировали 212 т.долларов через ВКС лично на АВ.

Оплатили 3 раза по 72,9 – итого 218,7 тыс долл

Оплаты были до июня 2015 года. И тогда эти платежи мы разнесли как:
   120 - на общие (содержание офиса)
   98,7 – на АВ (Прайм и адвокаты).

Если до сентября офис был общим (пока там была Света), то тогда без решения мы можем отправить в пользу АВ 113,3 т.долларов.

А если все это расходы в пользу АВ, то без решения ничего не можем..

Помогите плиз!

---
С уважением,
Мешкова Ирина Владимировна
Руководитель отдела финансового контроля и анализа
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2090
Факс:  +7 495 781-7710
E-mail: irina.meshkova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

Confidential

AVPE0001455

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, October 28, 2015 9:58 PM
**To:** Семенова Юлия Юрьевна
**Cc:** Мешкова Ирина Владимировна
**Subject:** RE: как платить

Напоминаю, что данная трансакция требует предварительного решения акционеров.

Не забудьте оформить правильно все документы.

С уважением,
Монахова Ирина Николаевна
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т, д.43, к.2
Тел.:   +7 495 781-8197
Факс:  +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, October 28, 2015 4:39 PM
**To:** Монахова Ирина Николаевна
**Cc:** Мешкова Ирина Владимировна
**Subject:** RE: как платить

Ирина Николаевна

Ира просит заплатить за Яхту/Самолет до 30 октября порядка 500т $

Для быстроты я выдам займ Санбэй, а после открытия паспорта по ВКС (АВ еще должен подписать) верну их обратно

С уважением,
Семенова Юлия Юрьевна
Главный бухгалтер
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т, д.43, к.3
Тел..  +7 495 781-8199 доб.: 2060
Факс:  +7 495 781-7710

E-mail: juliya.semenova@avilon.ru
Http: www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Tuesday, October 27, 2015 5:21 PM
**To:** Мешкова Ирина Владимировна; Семенова Юлия Юрьевна
**Subject:** RE: как платить

Юль,

Сколько у тебя по ВКС за этот год неоплаченного набежало и сколько можешь наскрести на процентах?

---

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон

AVILON GROUP
Москва, Волгоградский пр-т., д. 43, к.2
Тел.:   +7 495 781-8197
Факс:   +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Мешкова Ирина Владимировна
**Sent:** Tuesday, October 27, 2015 11:55 AM
**To:** Семенова Юлия Юрьевна
**Cc:** Монахова Ирина Николаевна
**Subject:** RE: как платить

Юля

До конца года необходимо порядка 1,05 млн долл.

В т.ч.

Яхта – 520 тыс дол

Confidential

AVPE0001457

Самолет - 530 тыс долл

Во вложении детализация на всякий случай.

С уважением,
Мешкова Ирина Владимировна
Руководитель отдела финансового контроля и анализа
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:  +7 495 781-8199 доб.: 2090
Факс:  +7 495 781-7710
E-mail: irina.meshkova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Monday, October 26, 2015 11:04 PM
**To:** Семенова Юлия Юрьевна; Мешкова Ирина Владимировна
**Subject:** как платить

Имеется ввиду самолет и яхта

Юля, Ира,

Варианты

1) Проценты по Амбике отменить к начислению а по NYM Corp оставить и может даже увеличить
2) По ЖИ - купить и у них задолженность по всяким там ХНГ и прочим, а эти деньги перечислить на Sanbay по долгу, размером в 800 с чем-то млн. руб
3) ВКС – отправить не в США, а на Sanbay по письму

Ира. собери размер необходимой суммы до конца года. и покажи Юле

Юля, подумай над предложенными механизмами.

Завтра обсудим.

Confidential

AVPE0001458

С уважением,
**Монахова Ирина Николаевна**
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т., д.43, к.2
Тел.:    +7 495 781-8197
Факс.   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Hitp:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

Confidential
AVPE0001459



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0001453–AVPE0001459.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York           Washington, D.C.     Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London             Paris                Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143