# EXHIBIT 24

| | |
|---|---|
| ДОГОВОР ЗАЙМА № 1812/08<br>г. Москва          18 декабря 2008г. | LOAN AGREEMENT № 1812/08<br>Moscow          18 December 2008 |
| ЗАО "Нью-Йорк Моторс – Москва" (ИНН 7705133757, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности №12 от 17.11.2006 ,с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем: | CJSC "New York Motors-Moscow" (INN 7705133757, KPP 772201001 ) , date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 12 dated 17.11.2006, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), represented by its Director Petros Livanios , acting on the basis Memorandum and Articles of Association , hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following: |
| 1. ПРЕДМЕТ ДОГОВОРА | 1. SUBJECT OF THE AGREEMENT |
| 1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течении 3 дней с момента подписания договора на срок до 19.12.2009 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).<br>1.2. Заем предоставляется Заемщику на пополнение оборотных средств. | 1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 19/12/2009 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof.<br><br>1.2. The Loan shall be advanced to the Borrower to replenishment current assets turnover. |
| 2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА | 2. TERMS AND CONDITIONS OF THE LOAN |
| 2.1. Займ предоставляется путем перечисления денежный средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата получения денежных средств на указанный счет Заемщиком и подтверждается выпиской с этого счета.<br>2.2. Процентная ставка за пользование Займом устанавливается в размере 14 (Четырнадцать) процентов годовых.<br>2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов. Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по дату погашения ссудной задолженности по Займу включительно. | 2.1. The Loan shall be advanced by the Lender to the Borrower's 40807840400000030269 account with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement.<br>2.2. The loan interest rate shall be 14 (Fourteen) % p.a.<br><br>2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual.<br>The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive. |
| 3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ | 3. LOAN PRINCIPAL AND INTEREST REPAYMENT |
| 3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца.<br>3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания | 3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account.<br>3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds |

SL0000030



PLAINTIFF'S EXHIBIT 7 12/16/16

| | |
|---|---|
| денежных средств со счета Заемщика на соответствующий счет Займодавца.<br>Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 19/03/09, 19/06/09, 18/09/09. Погашение Займа и процентов, начисленных за пользование займом за период с 19/09/09 по 18/12/09, производится Заемщиком одновременно 19/12/09.<br>Заем может быть погашен досрочно без каких либо санкций со стороны Займодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа. | from the Borrower's account to the Lender's account.<br>Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 19/03/09, 19/06/09, 18/09/09.<br>Repayment of the loan and interest, added for using by the loan for the period from 19/09/09 till 18/12/09 is made by Borrower at the same time within the 19/12/09 banking day.<br>The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment. |
| 4 ОТВЕТСТВЕННОСТЬ СТОРОН | 4 RESPONSIBILITIES OF THE PARTIES |
| Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором.<br>В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1. срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Займодавцу.<br>В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки.<br>Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора. | The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement.<br>In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full.<br>In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party.<br>In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement. |
| 5. РАЗРЕШЕНИЕ СПОРОВ | 5. SETTLEMENT OF DISPUTES |
| 5.1. Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров.<br>5.2. При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством.<br>5.3. Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством. | 5.1. All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations.<br>5.2. In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation.<br>5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law. |
| 6. ПРЕКРАЩЕНИЕ ДОГОВОРА | 6. TERMINATION OF THE AGREEMENT |
| 6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору.<br>6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору. | 6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder.<br>6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder. |
| 7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ | 7. CLOSING PROVISIONS |
| 7.1. Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными | 7.1. Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties. |

| | |
|---|---|
| представителями сторон.<br>7.2. Все уведомления и сообщения должны направляться в письменной форме.<br>7.3. Настоящий договор составлен в двух экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон.<br><br>8. АДРЕСА И РЕКВИЗИТЫ СТОРОН<br><br>ЗАИМОДАВЕЦ:<br>ЗАО "Нью-Йорк Моторс – Москва"<br><br>ИНН 7705133757<br>КПП 772201001<br>Адрес: Москва, Волгоградский проспект д. 43/1<br>Счет: 40702840600000011141 в ОАО АКБ "Пробизнесбанк"<br>SWIFT: PRBMRUMM<br>Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США<br>SWIFT: AEIBUS33<br><br>_____ / Монахова Ирина Николаевна /<br><br>_____ /Семенова Юлия Юрьевна/<br>ЗАЕМЩИК:<br><br>AMBIKA INVESTMENTS LIMITED<br><br>Адрес: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus<br>Банковские реквизиты:<br>AMBIKA INVESTMENTS LIMITED<br>Счет: 40807840400000030269 в ОАО АКБ "Пробизнесбанк"<br>SWIFT: PRBMRUMM<br>Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США<br>SWIFT: AEIBUS33<br><br>_____ /Петрос Ливаниос/ | 7.2. All notices and messages shall be provided in writing.<br>7.3. This Agreement shall be executed in two copies of equal legal effect, one for each party.<br><br>8. PARTIES<br><br>THE LENDER<br>CJSC "New York Motors-Moscow"<br><br>INN (Taxpayer Identification Number) 7705133757<br>KPP (Taxpayer Record Validity Code) 772201001<br>Address: 43/1, Volgogradsky pr-t, Moscow, Russia<br>USD: Acc. # 40702840600000011141 with Probusinessbank Moscow, Russia, SWIFT code PRBM RU MM, Acc. # 737015 with American Express Bank, New York, NY, USA, SWIFT code AEIB US 33.<br><br>_____ / Monakhova Irina Nikolaevna /<br><br>_____ /Semenova Yliya Yr'evna/<br>THE BORROWER<br><br>AMBIKA INVESTMENTS LIMITED<br><br>Address: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus<br>Banking details:<br>AMBIKA INVESTMENTS LIMITED<br>Account: 40807840400000030269 with Probusinessbank<br>SWIFT: PRBMRUMM<br>Corr./account: 007-37-015 with American Express Ltd, New York, USA<br>SWIFT: AEIBUS33<br><br>_____ /Petros Livanios / |

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №1 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008<br>г. Москва                    30/06/2009 г. | ADDITIONAL AGREEMENT #1 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008<br>Moscow                    30/06/2009 |
|---|---|
| ЗАО "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности №12 от 17.11.2006, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 772201001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 12 dated 17.11.2006, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following: |
| 1) Изменить пункт 2.2 Договора займа №1812/08 от 18/12/2008, изложив его в следующей редакции:<br>«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 19/12/2009».<br>2) Остальные условия (пункты) Договора займа остаются без изменений. | 1) To amend the clause 2.2 of the Loan Agreement № 1812/08 dd 18/12/2008 to read as follows:<br>« 2.2. The loan interest rate shall be 15 (Fifteen) % p.a. for the period from 18/12/2008 till 19/12/2009».<br>2) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 3) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18 декабря 2008 года. | 3) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008. |
| 4) В случае разногласий, приоритет имеет текст на русском языке. | 4) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 5) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.<br>6) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО " Авилон Автомобильная Группа "<br><br>_____ /Ирина Монахова/<br><br>ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ /Петрос Ливаниос/ | 5) This agreement is made in two copies (one for each party) of equal legal effect.<br><br>6) SIGNATURES OF THE PARTIES<br>THE LENDER<br>JSC "Avilon AG":<br><br>_____ /Irina Monakhova/<br><br>THE BORROWER<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ /Petros Livanios/ |

SL0000033

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №2 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008<br>г. Москва                    30/06/2009 г. | ADDITIONAL AGREEMENT #2 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008<br>Moscow                    30/06/2009 |
|---|---|
| ЗАО "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 1 от 29.06.2009, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:<br><br>1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 19/12/2010, изложив п. 1.1 в следующей редакции:<br>«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течении 3 дней с момента подписания договора на срок до 20.12.2010 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).»<br>2) Изменить пункт 2.2. Договора займа от 18/12/2008 в редакции заключенного Дополнительного соглашения №1 от 19/12/2008, изложив его в следующей редакции:<br>«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 20/12/2010».<br>3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 20/12/2009 по 20/12/2010 производится Заемщиком на ежеквартальной основе в следующие даты: 19/03/2010, 18/06/2010, 20/09/2010.<br>Погашение Займа и процентов, начисленных за пользование займом за период с 21/09/2010 по 20/12/2010, производится Заемщиком одновременно 20/12/2010.<br><br>4) Остальные условия (пункты) Договора займа остаются без изменений.<br>5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008.<br>6) В случае разногласий, приоритет имеет текст на русском языке.<br>7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.<br>8) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО " Авилон Автомобильная Группа " | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 1 dated 29.06.2009, on the one hand, and<br>AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:<br>1) To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 19/12/2010 by revising p.1.1. as follows:<br>«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 20/12/2010 r. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof».<br><br><br><br><br>2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №1 dated 19/12/2008 as follows:<br>« 2.2. The loan interest rate shall be 15 (Fifteen) % p.a. for the period from 18/12/2008 till 20/12/2010».<br><br><br>3) Parties agree that repayment of interest, added for using by the loan for the period from 20/12/2009 till 20/12/2010 is made by Borrower on quarterly basis within the following dates – 19/03/2010, 18/06/2010, 20/09/2010.<br>Repayment of the loan and interest, added for using by the loan for the period from 21/09/2010 till 20/12/2010 is made by Borrower at the same time within the 20/12/2010 banking day.<br>4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.<br>5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008.<br><br>6) For the avoidance of doubt, the text in the Russian language shall prevail.<br><br>7) This agreement is made in two copies (one for each party) of equal legal effect.<br><br>8) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG" |

SL0000034

| | |
|---|---|
| _____ Ирина Монахова<br>ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED | _____ Irina Monakhova<br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED |
| _____ Андрос Ливаниос | _____ Petros Evangelos |

SL0000035

| | |
|---|---|
| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №3 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008<br>г. Москва                    20/12/2010 г. | ADDITIONAL AGREEMENT #3 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008<br>Moscow                           20/12/2010 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливанноса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and<br>AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following: |
| 1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 20/12/2011, изложив п. 1.1 в следующей редакции:<br>«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора на срок до 20.12.2011 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее – Проценты).» | 1) To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 20/12/2011 by revising p.1.1. as follows:<br>«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 20/12/2011 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 2.2. Договора займа №1812/08 от 18/12/2008 в редакции заключенного Дополнительного соглашения №2 от 19/12/2009, изложив его в следующей редакции:<br>«2.2. Процентная ставка за пользование Займом устанавливается в размере 15 (Пятнадцать) процентов годовых за период с 18/12/2008 по 20/12/2010 и 11 (Одиннадцать) процентов за период с 21/12/2010 по 20/12/2011». | 2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №2 dated 19/12/2009 as follows:<br>« 2.2. The loan interest rate shall be 15 (Fifteen) % p.a. for the period from 18/12/2008 till 20/12/2010 and 11 (Eleven) % p.a. for the period from 21/12/2010 till 20/12/2011». |
| 3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 21/12/2010 по 20/12/2011 производится Заемщиком на ежеквартальной основе в следующие даты: 21/03/2011, 20/06/2011, 20/09/2011. Погашение Займа и процентов, начисленных за пользование займом за период с 21/09/2011 по 20/12/2011, производится Заемщиком одновременно 20/12/2011. | 3) Parties agree that repayment of interest, added for using by the loan for the period from 21/12/2010 till 20/12/2011 is made by Borrower on quarterly basis within the following dates – 21/03/2011, 20/06/2011, 20/09/2011. Repayment of the loan and interest, added for using by the loan for the period from 21/09/2011 till 20/12/2011 is made by Borrower at the same time within the 20/12/2011 banking day. |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН | 8) SIGNATURES OF THE PARTIES  |

| ЗАЙМОДАВЕЦ: | THE LENDER: |
|---|---|
| ЗАО " Авилон АГ" | JSC "Avilon AG" |
| _____ /Ирина Монахова/ | _____ /Irina Monakhova/ |
| ЗАЕМЩИК: | THE BORROWER: |
| AMBIKA INVESTMENTS LIMITED | AMBIKA INVESTMENTS LIMITED |
| _____ /Петрос Ливаниос/ | _____ /Petros Livanios/ |

SL0000037

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 4 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #4 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008 |
|---|---|
| г. Москва 20/12/2011 г. | Moscow 20/12/2011 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 20/12/2012, изложив п. 1.1 в следующей редакции:<br>«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора на срок до 20.12.2012 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | 1) To extend the validity period of the Loan Agreement № 1812/08 dd 18/12/2008 till 20/12/2012 by revising p.1.1. as follows:<br>«1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 20/12/2012 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 2.2. Договора займа №1812/08 от 18/12/2008 в редакции заключенного Дополнительного соглашения № 2 от 19/12/2009 и дополнительного соглашения № 3 от 20/12/2010, изложив его в следующей редакции:<br>«2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых за период с 21/12/2011 по 20/12/2012». | 2) Amend paragraph 2.2. of Loan Agreement №1812/08 dated 18/12/2008 in the version of the concluded Additional Agreement №2 dated 19/12/2009 and Additional agreement № 3 dated 20/12/2010 as follows:<br>« 2.2. The loan interest rate shall be 11 (Eleven) % p.a. for the period from 21/12/2011 till 20/12/2012». |
| 3) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 21/12/2011 по 20/12/2012 производится Заемщиком на ежемесячной основе в следующие даты: 20/01/2012, 20/02/2012, 20/03/2012, 20/04/2012, 21/05/2012, 20/06/2012, 20/07/2012, 20/08/2012, 20/09/2012, 22/10/2012, 20/11/2012.<br>Погашение Займа и процентов, начисленных за пользование займом за период с 21/11/2012 по 20/12/2012, производится Заемщиком одновременно 20/12/2012. | 3) Parties agree that repayment of interest, added for using by the loan for the period from 21/12/2011 till 20/12/2012 is made by Borrower on monthly basis within the following dates: 20/01/2012, 20/02/2012, 20/03/2012, 20/04/2012, 21/05/2012, 20/06/2012, 20/07/2012, 20/08/2012, 20/09/2012, 22/10/2012, 20/11/2012.<br>Repayment of the loan and interest, added for using by the loan for the period from 21/11/2012 till 20/12/2012 is made by Borrower at the same time within the 20/12/2012 banking day. |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах | 7) This agreement is made in two copies (one for each |

SL0000038

| | |
|---|---|
| (по одному – каждой из сторон), одинаковой юридической силы. | party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО " Авилон АТ"<br><br>/Ирина Монахова/ | 8) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG"<br><br>/Irina Monakhova/ |
| ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Петрос Ливаниос/ | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Petros Livanios/ |

SL0000039

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT # 5 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва　　　　　　　　　　05/11/2014 г. | Moscow　　　　　　　　　　05/11/2014 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Заимодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до **05/11/2015 включительно**, изложив п. 1.1 в следующей редакции:
«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до **05.11.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

2) Изменить пункт 3.3. договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: **05.02.2015, 05.05.2015, 05.08.2015**».

3) Изменить пункт 3.4. договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с **06.08.2015** по **05.11.2015**, производится Заемщиком одновременно 05.11.2015».

4) Остальные условия (пункты) Договора займа остаются без изменений.

5) Данное соглашение вступает в силу 05.11.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.

6) В случае разногласий, приоритет имеет текст на русском языке.

7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

8) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ:
ЗАО " Авилон АГ"

/Ирина Монахова/

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and

AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till **05/11/2015 inclusively**, by revising p.1.1. as follows:
«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates: **05.02.2015, 05.05.2015, 05.08.2015**".

3) Amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from **06.08.2015 till 05.11.2015** is made by Borrower at the same time within the **05.11.2015** banking day".

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

5) The present Agreement shall come into on 05.11.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

6) For the avoidance of doubt, the text in the Russian language shall prevail.

7) This agreement is made in two copies (one for each party) of equal legal effect.

8) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/



| ЗАЕМЩИК: | THE BORROWER: |
|---|---|
| AMBIKA INVESTMENTS LIMITED | AMBIKA INVESTMENTS LIMITED |
| /Петрос Ливаниос/ | /Petros Livanios/ |

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #6 TO LOAN AGREEMENT № 1812/08 dated 18/12/2008 |
|---|---|
| г. Москва                                       20/12/2013 г. | Moscow                                       20/12/2013 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №1812/08 от 18/12/2008 до 22.12.2014, изложив п. 1.1 в следующей редакции: | 1) To extend the validity period of the Loan Agreement № 1812/08 dd. 18/12/2008 till 22/12/2014 by revising p.1.1. as follows: |
| «1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течение 3 дней с момента подписания договора на срок до 22.12.2014 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | «1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 22/12/2014 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Стороны договорились, что выплата процентов, начисленных за пользование Займом в период с 21/12/2013 по 22/12/2014 производится Заемщиком на ежемесячной основе в следующие даты: 21/01/2014, 20/02/2014, 20/03/2014, 21/04/2014, 20/05/2014, 20/06/2014, 21/07/2014, 20/08/2014, 22/09/2014, 20/10/2014, 20/11/2014. | 2) Parties agree that repayment of interest, added for using by the loan for the period from 21/12/2013 till 22/12/2014 is made by Borrower on monthly basis within the following dates: 21/01/2014, 20/02/2014, 20/03/2014, 21/04/2014, 20/05/2014, 20/06/2014, 21/07/2014, 20/08/2014, 22/09/2014, 20/10/2014, 20/11/2014. |
| Погашение Займа и процентов, начисленных за пользование займом за период с 21/11/2014 по 22/12/2014, производится Заемщиком одновременно 22/12/2014. | Repayment of the loan and interest, added for using by the loan for the period from 21/11/2014 till 22/12/2014 is made by Borrower at the same time within the 22/12/2014 banking day. |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/2008. | 4) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 1812/08 dated December 18, 2008. |
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| 7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО " Авилон АГ"<br><br>/Ирина Монахова/ | 7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG"<br><br>/Irina Monakhova/ |

SL0000042

| ЗАЕМЩИК: | THE BORROWER: |
| AMBIKA INVESTMENTS LIMITED | AMBIKA INVESTMENTS LIMITED |
| /Петрос Ливаниос/ | /Petros Livanios/ |

SL0000043

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 7 К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #7 TO LOAN AGREEMENT # 1812/08 dated 18/12/2008 |
|---|---|
| г. Москва                                      09/12/2014 г. | Moscow                                      09/12/2014 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 21.11.2014 по 09.12.2014 по Договору займа № 1812/08 от 18/12/2008 из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:<br><br>• Сумма основного долга по состоянию на 09.12.2014 составляет 19 900 000,00 долларов США, что составляет с учетом проведенной конверсии 16 214 454.49 евро;<br>• Сумма начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 составляет 124 306,85 долларов США, что с учетом проведенной конверсии составляет 101 284,81 евро.<br>2) Изменить срок действия Договора займа № 1812/08 от 18/12/2008 до 09/12/2014 включительно. | 1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 under Loan agreement # 1812/08 dated December 18, 2008 from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br><br>• Principal loan amount as of 09.12.2014 is USD 19,900,000.00, which upon agreed conversion will be equal to EUR 16,214,454.49;<br>• Sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 is USD 124,306.85, which upon agreed conversion will be equal to EUR 101,284.81.<br><br>2) To amend the validity period of the Loan Agreement # 812/08 dated December 18, 2008 till 09/12/2014 inclusively. |
| 3) Изменить пункт 3.1. Договора займа № 1812/08 от 18/12/ 2008:<br><br>«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца». | 3) To amend paragraph 3.1. of the Loan Agreement # 1812/08 dated December 18, 2008:<br><br>"3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/ 2008. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement # 1812/08 dated December 18, 2008. |

SL0000044

| | |
|---|---|
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО " Авилон АГ"<br><br>/Ирина Монахова/ | 8) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG"<br><br>/Irina Monakhova/ |
| ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Петрос Ливаниос/ | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Petros Livanios/ |