# EXHIBIT 25

# Life Financial Group

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

Bldg. 1, 18/2 ul. PETROVKA, MOSCOW, RUSSIA 127051
PHONE: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
TIN 7729086087, BIC 044525986, correspondent account 301018106000000986
TRC 775001001, NCBO [National Classifier of Enterprises and Organizations] 17534020, NCNES [National Classifier of National Economy Sectors] 96120, NSLI [Non-Bank Settlement and Lending Institution] 2412

New York Motors – Moscow CJSC<br>43/1 Volgogradsky prospekt, Moscow 109316

**No. _127-188_
December _18,_ 20_08_
Moscow**                                          **BANK GUARANTEE**
**To No. _____**

DECEMBER 18, 2008                                                   Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Agreement 1812/08 dated December 18, 2008 (hereinafter, the "Agreement"), New York Motors – Moscow CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at 43/1 Volgogradsky prospekt, Moscow 109316, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at Cassandra Centre, Office 201 & 202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus, have agreed on the granting of a loan under the following terms and conditions:

- loan amount – USD 19,900,000.00 (nineteen million nine hundred thousand 00/100);
- rate of interest for the use of the loan – 14.0 (fourteen) percent per annum;
- loan disbursement period – up to December 19, 2009;
- payment of interest for the use of the loan – quarterly.

In connection with the above, we hereby undertake to pay you any amount or amounts not exceeding in total USD 22,685,749.74 (twenty-two million six hundred eighty-five thousand seven hundred forty-nine 74/100), within 5 (five) business days of the date we receive your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the violation committed by the Principal.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on December 19, 2008. The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

- earlier than March 23, 2009 – for an amount not exceeding USD 686,708.65 (six hundred eighty-six thousand seven hundred eight 65/100).
- earlier than June 23, 2009 – for an amount not exceeding USD 702,224.66 (seven hundred two thousand two hundred twenty-four 66/100).
- earlier than September 24, 2009 – for an amount not exceeding USD 694,591.78 (six hundred ninety-four thousand five hundred ninety-one 78/100).
- earlier than December 23, 2009 – for an amount not exceeding USD 20,602,224.66 (twenty million six hundred two thousand two hundred twenty-four 66/100).

The period of validity of this guarantee expires on January 18, 2010. Therefore, any request for payment must be received by us by this date, inclusive.

The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

| | | |
|---|---|---|
| Chairman of the Management Board | [signature] _____ A.D. Zheleznyak | *Original received 06.29.09* |
| | | *E.V. Makovsky* |
| Chief Accountant | [signature] _____ L.E. Alkhovaya | [signature] |

[seal:]<br>PROBUSINESSBANK JOINT-STOCK<br>COMMERCIAL BANK, Moscow

# Life Financial Group

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

Bldg. 1, 18/2 ul. PETROVKA, MOSCOW, RUSSIA 127051
PHONE: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
TIN 7729086087, BIC 044525986, correspondent account 301018106000000986
TRC 775001001, NCBO [National Classifier of Enterprises and Organizations] 17534020, NCNES [National Classifier of National Economy Sectors] 96120, NSLI [Non-Bank Settlement and Lending Institution] 2412

No. *127-793*
*December 19, 2009*
Moscow

ZAO Avilon Automobile Group

43 Volgogradsky Prospekt, bldg. 3, Moscow

BANK GUARANTEE

December 19, 2009                                                                                                                Moscow

JOINT-STOCK COMMERCIAL BANK PROBUSINESSBANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, having its legal address at 3 ul. Pudovkina, Moscow.119285, and its postal address at 18/2 ul. Petrovka, Unit 1, Moscow, 127051 is aware that in accordance with Contract 1812/08 dated December 18, 2008, the company New York Motors Moscow (hereinafter referred to as the "Beneficiary"), having its legal and postal address at 43 Volgogradsky Prospekt, bldg. 3, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), having its legal and postal address at 29 Cassandra Centre, Office 201 & 202, 2nd Floor, Theklas Lyssioti P.C. 3101. Limassol, Cyprus have agreed to amend the term of the loan under the following conditions:

- loan amount: USD **19,900,000.00 (nineteen million nine hundred thousand and 00/100)**;
- interest rate for use of the credit facility - 15% (fifteen percent) annually;
- maturity of credit facility - until December 20, 2010;
- payment of interest for use of loan - quarterly.

In connection with this, we hereby undertake to pay you any amount(s) not exceeding a total of USD 22,893,178.08 (twenty-two million eight hundred and ninety three thousand one hundred and seventy eight and 08/100), within 5 (five) working days after we receive your first request in writing and your written application indicating that the Principal has defaulted on its obligations under the Contract and the nature of the Principal's violation.

The rights belonging to the Beneficiary under this Guarantee may not be transferred to third parties.

This guarantee enters into force on December 19, 2009. The Beneficiary's demand for payment of the guarantee amount may not be submitted to the Guarantor earlier than the following dates:

- earlier than March 23, 2010 - for an amount not exceeding USD 736,027.40 (seven hundred thirty-six thousand twenty-seven and 40/100);
- earlier than June *23, 2010* — for an amount not exceeding USD 744,205.48 (seven hundred forty-four thousand two hundred five and 48/100);
- earlier than September 24, 2010 - for an amount not exceeding USD 768,793.73 (seven hundred sixty-eight thousand seven hundred ninety-three and 73/100);
- earlier than December 24, 2010 — for an amount not exceeding USD 20,644,205.48 (twenty million six hundred forty-four thousand two hundred five and 48/100).

The term of validity of this guarantee expires on January 24, 2011. Accordingly, any demand for. payment must be received by us by that date, inclusive.

The applicable law for this guarantee is the law of the Russian Federation. All disputes and disagreements deriving from this guarantee shall be referred for resolution to the Arbitrazh Court of the city of Moscow.

| | |
|---|---|
| Chairman of the Board | A.D. Zheleznyak |
| Chief Accountant | L.E. Alkhova |

SL0001762

# Life Financial Group

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg. 1, 18/2 ul. PETROVKA, MOSCOW, RUSSIA 127051
PHONE: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
TIN 7729086087, BIC 044525986, correspondent account 301018106000000986
TRC 775001001, NCBO [National Classifier of Enterprises and Organizations] 17534020, NCNES [National Classifier of National Economy Sectors] 96120, NSLI [Non-Bank Settlement and Lending Institution] 2412

                                                              **Avilon Automobile Group CJSC**
                                                              Bldg. 3, 43 Volgogradsky prospekt, Moscow

No. _____
___ _____ 20__
Moscow                                    **BANK GUARANTEE**
To No. _____
            DECEMBER 20, 2010                                                              Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Supplemental Agreement No. 3 dated December 20, 2010 to Agreement 1812/08 dated December 18, 2008 (hereinafter, the "Agreement"), Avilon Automobile Group CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at Bldg. 3, 43 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on a change to the term of the loan under the following terms and conditions:
- loan amount – USD 19,900,000.00 (nineteen million nine hundred thousand 00/100);
- rate of interest for the use of the loan – 11.0 (eleven) percent per annum;
- loan disbursement period – up to December 20, 2011;
- payment of interest for the use of the loan – quarterly.

In connection with the above, we hereby undertake to pay you any amount or amounts not exceeding in total USD 22,089,000.00 (twenty-two million eighty-nine thousand 00/100), within 5 (five) business days of the date we receive your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the violation committed by the Principal.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on December 20, 2010. The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:
- earlier than March 24, 2011 – for an amount not exceeding USD 545,750.68 (five hundred forty-five thousand seven hundred fifty 68/100).
- earlier than June 24, 2011 – for an amount not exceeding USD 545,750.68 (five hundred forty-five thousand seven hundred fifty 68/100).
- earlier than September 24, 2011 – for an amount not exceeding USD 551,747.90 (five hundred fifty-one thousand seven hundred forty-seven 90/100).
- earlier than December 23, 2011 – for an amount not exceeding USD 20,445,750.68 (twenty million four hundred forty-five thousand seven hundred fifty 68/100).

The period of validity of this guarantee expires on January 24, 2012. Therefore, any request for payment must be received by us by this date, inclusive.

The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board          [signature]_____A.D. Zheleznyak

                                                                                [seal:]
Chief Accountant                          [signature]_____L.E. Alkhovaya      PROBUSINESSBANK JOINT-STOCK
                                                                                COMMERCIAL BANK (OPEN JOINT
                                                                                STOCK COMPANY), Moscow

SL0000068

# Life Financial Group

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

Bldg. 1, 18/2 ul. PETROVKA, MOSCOW, RUSSIA 127051
PHONE: +7 (495) 933-3737, FAX: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
TIN 7729086087, BIC 044525986, correspondent account 301018106000000986
TRC 775001001, NCBO [National Classifier of Enterprises and Organizations] 17534020, NCNES [National Classifier of National Economy Sectors] 96120, NSLI [Non-Bank Settlement and Lending Institution] 2412

No. *127-879*
*December 20, 2012*
Moscow

                                                              **Avilon Automobile Group CJSC**
                                                              korp. 3, d. 43, Volgogradsky prospekt, Moscow

**BANK GUARANTEE**

DECEMBER 20, 2012                                                                                          Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Supplemental Agreement No. 5 dated December 20, 2012 to Agreement 1812/08 dated December 18, 2008 (hereinafter, the "Agreement"), Avilon Automobile Group CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at Bldg. 3, 43 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on a change to the term of the loan under the following terms and conditions:

- loan amount – USD 19,900,000.00 (Nineteen million nine hundred thousand 00/100);
- rate of interest for the use of the loan – 12.0 (Twelve) percent per annum;
- loan disbursement period – up to December 20, 2013;
- payment of interest for the use of the loan – monthly.

In connection with the above, we hereby undertake to pay you any amount or amounts not exceeding in total USD 22,287,803.37 (Twenty-two million two hundred eighty-seven thousand eight hundred three 37/100), within 5 (Five) business days of the date we receive your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the Principal's violation.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on December 20, 2012. The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

- earlier than January 24, 2013 – for an amount not exceeding USD 209,162.27 (Two hundred nine thousand one hundred sixty-two 27/100);
- earlier than February 25, 2013 – for an amount not exceeding USD 196,273.97 (One hundred ninety-six thousand two hundred seventy-three 97/100);
- earlier than March 25, 2013 – for an amount not exceeding USD 183,189.04 (One hundred eighty-three thousand one hundred eighty-nine 04/100);
- earlier than April 25, 2013 – for an amount not exceeding USD 215,901.37 (Two hundred fifteen thousand nine hundred one 37/100);
- earlier than May 23, 2013 – for an amount not exceeding USD 183,189.04 (One hundred eighty-three thousand one hundred eighty-nine 04/100);
- earlier than June 24, 2013 – for an amount not exceeding USD 202,816.44 (Two hundred two thousand eight hundred sixteen 44/100);
- earlier than July 25, 2013 – for an amount not exceeding USD 209,358.90 (Two hundred nine thousand three hundred fifty-eight 90/100);
- earlier than August 23, 2013 – for an amount not exceeding USD 189,731.51 (One hundred eighty-nine thousand seven hundred thirty-one 51/100);

SL0001759

    - earlier than September 25, 2013 – for an amount not exceeding USD 202,816.44 (Two hundred two thousand eight hundred sixteen 44/100);

    - earlier than October 24, 2013 – for an amount not exceeding USD 202,816.44 (Two hundred two thousand eight hundred sixteen 44/100);

    - earlier than November 25, 2013 – for an amount not exceeding USD 196,273.97 (One hundred ninety-six thousand two hundred seventy-three 97/100);

    - earlier than December 25, 2013 – for an amount not exceeding USD 196,273.97 (One hundred ninety-six thousand two hundred seventy-three 97/100);

    The period of validity of this guarantee expires on January 24, 2014. Accordingly, any request for payment must be received by us by this date, inclusive.

    The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

| | | |
|---|---|---|
| Chair of the Management Board | __[signature]_____ | A.D. Zheleznyak |
| Chief Accountant | __[signature]_____ | L.E. Alkhovaya |

[illegible stamp]

SL0001760

ZAO Avilon Automobile Group

43 Volgogradsky Prospekt, bldg. 3, Moscow

## BANK GUARANTEE

December 20, 2013                                                                                           Moscow

JOINT-STOCK COMMERCIAL BANK PROBUSINESSBANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIN 044525986, having its legal address at 3 ul. Pudovkina, Moscow, 119285, and its mailing address at 18/2 ul. Petrovka, Unit 1, Moscow, 127051, is aware that in accordance with Additional Agreement No. 6 dated December 20, 2013 to Contract 1812/08 from December 18, 2008 (hereinafter the "Contract"), the company ZAO Avilon Automobile Group (hereinafter referred to the "Beneficiary"), having its legal and postal address at 43 Volgogradsky Prospekt, bldg. 3, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), having its legal and postal address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed to amend the term of the loan under the following conditions:

- loan amount: USD 19,900,000.00 (nineteen million nine hundred thousand and 00/100);
- interest rate for use of the credit facility - 12% (twelve percent) annually;
- maturity of credit facility - until December 22, 2014;
- payment of interest for use of loan - monthly.

In connection with this, we hereby undertake to pay you any amount(s) not exceeding a total of USD 22,301,084.93 (twenty-two million three hundred one thousand eighty-four and 93/100), within 5 (five) working days after we receive your first request in writing and your written application indicating that the Principal has defaulted on its obligations under the Contract and the nature of the Principal's violation.

The rights belonging to the Beneficiary under this Guarantee may not be transferred to third parties.

This guarantee enters into force on **December 20, 2013**. The Beneficiary's demand for payment of the guarantee amount may not be submitted to the Guarantor earlier than the following dates:

- earlier than January 28, 2014 – for an amount not exceeding USD 209,358.90 (two hundred nine thousand three hundred fifty-eight and 90/100);
- earlier than February 27, 2014 – for an amount not exceeding USD 196,273.97 (one hundred ninety-six thousand two hundred seventy-three and 97/100);
- earlier than March 27, 2014 – for an amount not exceeding USD 183,189.04 (one hundred eighty-three thousand one hundred eighty-nine and 4/100);
- earlier than April 28, 2014 – for an amount not exceeding USD 209,358.90 (two hundred nine thousand three hundred fifty-eight and 90/100);
- earlier than May 27, 2014 – for an amount not exceeding USD 189,731.51 (one hundred eighty-nine thousand seven hundred thirty-one and 51/100);
- earlier than June 27, 2014 – for an amount not exceeding USD 202,816.44 (two hundred two thousand eight hundred sixteen and 44/100);
- earlier than July 28, 2014 – for an amount not exceeding USD 202,816.44 (two hundred two thousand eight hundred sixteen and 44/100);
- earlier than August 27, 2014 – for an amount not exceeding USD 196,273.97 (one hundred ninety-six thousand two hundred seventy-three and 97/100);

AVPE0000174

       - earlier than September 29, 2014 – for an amount not exceeding USD 215,901.37 (two hundred fifteen thousand nine hundred one and 37/100);

       - earlier than October 27, 2014 – for an amount not exceeding USD 183,189.04 (one hundred eighty-three thousand one hundred eighty-nine and 4/100);

       - earlier than November 27, 2014 – for an amount not exceeding USD 202,816.44 (two hundred two thousand eight hundred sixteen and 44/100);

       - earlier than December 29, 2014 – for an amount not exceeding USD 20,109,358.90 (twenty million one hundred nine thousand three hundred fifty-eight and 90/100);

       The term of validity of this guarantee expires on January 27, 2015. Accordingly, any demand for payment must be received by us by that date, inclusive.

       The applicable law for this guarantee is the law of the Russian Federation. All disputes and disagreements deriving from this guarantee shall be referred for resolution to the Arbitrazh Court of the city of Moscow.

       Chairman of the Management_____A. D. Zheleznyak

       Chief Accountant                   _____L. E. Alkhovaya

AVPE0000175

**Лайф Финансовая Группа**

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ "ПРОБИЗНЕСБАНК"

ул. ПЕТРОВКА, 18/2 стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC- PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

ЗАО "Нью-Йорк Моторс – Москва"
109316 Москва, Волгоградский проспект д. 43/1

№ 127-188

"18" декабря 2008 г.

г. Москва

БАНКОВСКАЯ ГАРАНТИЯ

на № _____

18 ДЕКАБРЯ 2008 г.                                                              г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Нью-Йорк Моторс – Москва", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: 109316, Москва, Волгоградский проспект д. 43/1 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) . (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 14.0 (Четырнадцать) процентов годовых;
- срок пользования кредитом – до 19 декабря 2009 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22685749.74 (Двадцать два миллиона шестьсот восемьдесят пять тысяч семьсот сорок девять 74/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 19 декабря 2008 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 23 марта 2009 г. – на сумму, не превышающую 686708.65 (Шестьсот восемьдесят шесть тысяч семьсот восемь 65/100) долларов США.
- ранее чем 23 июня 2009 г. – на сумму, не превышающую 702224.66 (Семьсот две тысячи двести двадцать четыре 66/100) долларов США.
- ранее чем 24 сентября 2009 г. – на сумму, не превышающую 694591.78 (Шестьсот девяносто четыре тысячи пятьсот девяносто один 78/100) долларов США.
- ранее чем 23 декабря 2009 г. – на сумму не превышающую 20602224.66 (Двадцать миллионов шестьсот две тысячи двести двадцать четыре 66/100) долларов США.

Срок действия настоящей гарантии истекает 18 января 2010 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                    А.Д. Железняк

Главный бухгалтер                               Л.Э. Альховая

SL0000066

# Лайф Финансовая Группа

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ "ПРОБИЗНЕСБАНК"

ул. ПЕТРОВКА, 18/2 стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, corporate@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. B.C: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 127-793

"19" декабря 2009 г.

г. Москва

на № _____

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

БАНКОВСКАЯ ГАРАНТИЯ

19 ДЕКАБРЯ 2009 г.                                                                                                  г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Дополнительным соглашением №2 от 19 декабря 2009 к Договору 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о изменении срока займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 15.0 (Пятнадцать) процентов годовых;
- срок пользования кредитом – до 20 декабря 2010 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22893178.08 (Двадцать два миллиона восемьсот девяносто три тысячи сто семьдесят восемь 08/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 19 декабря 2009 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 23 марта 2010 г. – на сумму, не превышающую 736027.40 (Семьсот тридцать шесть тысяч двадцать семь 40/100) долларов США;
- ранее чем 23 июня 2010 г. – на сумму, не превышающую 744205.48 (Семьсот сорок четыре тысячи двести пять 48/100) долларов США;
- ранее чем 24 сентября 2010 г. – на сумму, не превышающую 768739.73 (Семьсот шестьдесят восемь тысяч семьсот тридцать девять 73/100) долларов США;
- ранее чем 24 декабря 2010 г. – на сумму, не превышающую 20644205.48 (Двадцать миллионов шестьсот сорок четыре тысячи двести пять 48/100) долларов США;

Срок действия настоящей гарантии истекает 24 января 2011 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                         _____ А.Д.Железняк

Главный бухгалтер                                    _____ Л.Э.Альховая

SL0001762

# Лайф Финансовая Группа

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ "ПРОБИЗНЕСБАНК"

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

№ _____

"___" _____ 20___ г.

БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

на № _____

20 ДЕКАБРЯ 2010 г.                                                                                                         г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Дополнительным соглашением №3 от 20 декабря 2010 к Договору 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) . (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о изменении срока займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11.0 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 20 декабря 2011 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22089000.00 (Двадцать два миллиона восемьдесят девять тысяч 00/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 20 декабря 2010 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 24 марта 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем 24 июня 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем 24 сентября 2011 г. – на сумму, не превышающую 551747.90 (Пятьсот пятьдесят одна тысяча семьсот сорок семь 90/100) долларов США;
- ранее чем 23 декабря 2011 г. – на сумму, не превышающую 20445750.68 (Двадцать миллионов четыреста сорок пять тысяч семьсот пятьдесят 68/100) долларов США;

Срок действия настоящей гарантии истекает 24 января 2012 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                                             А.Д.Железняк

Главный бухгалтер                                                        Л.Э.Альхова

SL0000068

**Лайф Финансовая Группа**

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ «ПРОБИЗНЕСБАНК»

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 123-843

«20» 12 20 12 г.

г. Москва

на № _____

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

БАНКОВСКАЯ ГАРАНТИЯ

20 ДЕКАБРЯ 2012 г.                                                                 г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Дополнительным соглашением №5 от 20 декабря 2012 к Договору 18.12/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) . (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о изменении срока займа на следующих условиях:

- размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 12.0 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 20 декабря 2013 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22287803.37 (Двадцать два миллиона двести восемьдесят семь тысяч восемьсот три 37/100) доллара США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 20 декабря 2012 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 24 января 2013 г. – на сумму, не превышающую 209162,27 (Двести девять тысяч сто шестьдесят два 27/100) доллара США;
- ранее чем 25 февраля 2013 г. – на сумму, не превышающую 196273,97 (Сто девяносто шесть тысяч двести семьдесят три 97/100) доллара США;
- ранее чем 25 марта 2013 г. – на сумму, не превышающую 183189,04 (Сто восемьдесят три тысячи сто восемьдесят девять 04/100) долларов США;
- ранее чем 25 апреля 2013 г. – на сумму, не превышающую 215901,37 (Двести пятнадцать тысяч девятьсот один 37/100) доллар США;
- ранее чем 23 мая 2013 г. – на сумму, не превышающую 183189,04 (Сто восемьдесят три тысяч сто восемьдесят девять 04/100) долларов США;
- ранее чем 24 июня 2013 г. – на сумму, не превышающую 202816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;
- ранее чем 25 июля 2013 г. – на сумму, не превышающую 209358,90 (Двести девять тысяч триста пятьдесят восемь 90/100) долларов США;
- ранее чем 23 августа 2013 г. – на сумму, не превышающую 189731,51 (Сто восемьдесят девять семьсот тридцать один 51/100) доллар США;

SL0001759

- ранее чем 25 сентября 2013 г. – на сумму, не превышающую 202816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;

- ранее чем 24 октября 2013 г. – на сумму, не превышающую 202816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;

Страница 2

- ранее чем 25 ноября 2013 г. – на сумму, не превышающую 196273,97 (Сто девяносто шесть тысяч двести семьдесят три 97/100) доллара США;

- ранее чем 25 декабря 2013 г. – на сумму, не превышающую 196273,97 (Сто девяносто шесть тысяч двести семьдесят три 97/100) доллара США;

Срок действия настоящей гарантии истекает 24 января 2014 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                                    А.Д.Железняк

Главный бухгалтер                                         Л.Э.Альховая

SL0001760

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

БАНКОВСКАЯ ГАРАНТИЯ

20 ДЕКАБРЯ 2013 г.                                                                                                                           г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Дополнительным соглашением № 6 от 20 декабря 2013 к Договору 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) . (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о изменении срока займа на следующих условиях:

- размер займа – 19 900 000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 12.0 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 22 декабря 2014 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22 301 084.93 (Двадцать два миллиона триста одна тысяча восемьдесят четыре 93/100) доллара США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 20 декабря 2013 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 28 января 2014 г. – на сумму, не превышающую 209 358,90 (Двести девять тысяч триста пятьдесят восемь 90/100) долларов США;
- ранее чем 27 февраля 2014 г. – на сумму, не превышающую 196 273,97 (Сто девяносто шесть тысяч двести семьдесят три 97/100) доллара США;
- ранее чем 27 марта 2014 г. – на сумму, не превышающую 183 189,04 (Сто восемьдесят три тысячи сто восемьдесят девять 04/100) долларов США;
- ранее чем 28 апреля 2014 г. – на сумму, не превышающую 209 358,90 (Двести девять тысяч триста пятьдесят восемь 90/100) долларов США;
- ранее чем 27 мая 2014 г. – на сумму, не превышающую 189 731,51 (Сто восемьдесят девять тысяч семьсот тридцать один 51/100) доллар США;
- ранее чем 27 июня 2014 г. – на сумму, не превышающую 202 816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;
- ранее чем 28 июля 2014 г. – на сумму, не превышающую 202 816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;
- ранее чем 27 августа 2014 г. – на сумму, не превышающую 196 273,97 (Сто девяносто шесть тысяч двести семьдесят три 97/100) доллара США;

Страница 2

- ранее чем 29 сентября 2014 г. – на сумму, не превышающую 215 901,37 (Двести пятнадцать тысяч девятьсот один 37/100) доллар США;

- ранее чем 27 октября 2014 г. – на сумму, не превышающую 183 189,04 (Сто восемьдесят три тысячи сто восемьдесят девять 04/100) долларов США;

- ранее чем 27 ноября 2014 г. – на сумму, не превышающую 202 816,44 (Двести две тысячи восемьсот шестнадцать 44/100) долларов США;

- ранее чем 29 декабря 2014 г. – на сумму, не превышающую 20 109 358,90 (Двадцать миллионов сто девять тысяч триста пятьдесят восемь 90/100) долларов США;

Срок действия настоящей гарантии истекает 27 января 2015 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления _____ А.Д.Железняк

Главный бухгалтер _____ Л.Э.Альховая

Confidential

AVPE0000175



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0000066, SL0001762, SL0000068, SL0001759–SL0001760, and AVPE0000174–AVPE0000175.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York        Washington, D.C.   Chicago          Houston          San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London          Paris              Stockholm        Frankfurt        Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143