# EXHIBIT 26

**ДОГОВОР ЗАЙМА №**

г. Москва                                                                                                              «17» декабря 2008 г.

  Компания «Европейская Реалти Корп.» (США), именуемая в дальнейшем «Займодавец», в лице Директора Светланы Герус, с одной стороны, и
  ЗАО «Нью-Йорк Моторс-Москва» (Россия), именуемое в дальнейшем «Заемщик», в лице Финансового директора Монаховой И.Н., действующей на основании Доверенности №12 от 17.11.2006г., с другой стороны, совместно именуемые Стороны, заключили настоящий Договор о нижеследующем:

### 1. Предмет договора.

1.1. Займодавец передает в собственность, а Заемщик принимает денежные средства (сумму займа) в размере $ 19 900 000,00 (Девятнадцать миллионов девятьсот тысяч долларов США), которые Заемщик обязуется возвратить Займодавцу в срок и на условиях, предусмотренных настоящим Договором.

1.2. Проценты за пользование суммой займа начисляются по ставке 13,85% (Тринадцать целых восемьдесят пять сотых процентов) годовых.

### 2. Права и обязанности сторон.

2.1. Займодавец обязуется передать Заемщику сумму займа в течение 10 (Десяти) банковских дней с момента подписания Сторонами настоящего Договора.

2.2. Заемщик обязуется возвратить сумму займа в срок до 16 декабря 2009 г. включительно.

2.3. Заемщик вправе возвратить сумму займа и уплатить проценты на нее досрочно.

2.4. Возврат суммы займа может производиться частями.

2.5. Проценты подлежат уплате следующими способами по соглашению Сторон:

– либо досрочно до момента возврата суммы займа (в том числе при возврате суммы займа частями);

– либо единовременно с возвратом суммы займа, а при возврате суммы займа частями – единовременно с возвратом последней части суммы займа;

– либо после возврата суммы займа в течение 15 дней с даты возврата суммы займа, а при возврате суммы займа частями – после возврата последней части суммы займа в течение 15 дней с даты возврата.

2.6. Сумма займа будет считаться возвращенной, а проценты уплаченными с момента поступления суммы займа / процентов на счет Займодавца.

### 3. Срок действия договора.

3.1. Настоящий Договор вступает в силу с момента его подписания Сторонами и действует до момента окончательного исполнения Сторонами своих обязательств по настоящему Договору.

### 4. Ответственность Сторон. Споры.

4.1. За ненадлежащее исполнение или неисполнение своих обязанностей по настоящему Договору стороны несут ответственность в соответствии с нормами права Российской Федерации.

4.2. Стороны будут стремиться урегулировать споры, возникшие из настоящего Договора, путем переговоров.

4.3. В случае если указанные споры не могут быть решены путем переговоров, они подлежат разрешению в судебном порядке в соответствии с действующим законодательством РФ.

### 5. Прочие условия.

5.1. Настоящий Договор составлен в двух подлинных экземплярах, по одному для каждой из сторон.

5.2. В случаях, не предусмотренных настоящим Договором, стороны руководствуются нормами права РФ.

5.3. Все изменения и дополнения по настоящему Договору подписываются уполномоченными представителями Сторон и оформляются в виде письменных соглашений к настоящему Договору.

### 6. Адреса и реквизиты сторон.

| ЗАЙМОДАВЕЦ | ЗАЕМЩИК |
|---|---|
| **Компания «Европейская Реалти Корп.»** ("European Realty Corp.") 1437 Pinewood Street, Rahway, New Jersey, 07065 (1437, Пайнвуд Стрит, Равэй, Нью Джерси 07065). | **ЗАО "Нью-Йорк Моторс-Москва"** Место нахождения: 109316, г. Москва, Волгоградский пр., д. 43, корп. 1. ИНН 7705133757 / КПП 772201001 |
| Acc # 9940859801 Citibank ABA # 021000089 SWIFT: CITIUS 33 | Acc.# 40702840600000011141 with PROBUSINESSBANK, Moscow. Russia, SWIFT code PRBM RU MM. Acc.# 737015 with American Express Bank Ltd., New York, N.Y., USA, SWIFT code AEIB US33. |
| _/подпись/_ Герус С. | _/подпись, печать/_ И.Н. Монахова |

Confidential

AVPE0003014

## LOAN AGREEMENT № NYMM-ERCorp. / 08

Moscow                                                              December 17, 2008

OOO «European Realty Corp.» (USA), represented by Director Svetlana Gerus, hereinafter called to as **the Lender** on the one hand and **CJSC "New-York Motors-Moscow" (Russia)** hereinafter called to as **the Borrower** represented by Finance director Monahova I. N. acting on the basis of Power of Attorney № 12 dd. 17/11/2006 on the other hand, together called to as the Parties have concluded the present Agreement on the following:

### 1. Subject

1.1. The Lender transfers, and the Borrower receives the funds in the amount of $19 900 000,00 (nineteen million nine hundred thousand US dollars), which the Borrower shall repay on time and conditions provided by this Agreement.

1.2. Interest for the use of the loan amount is calculated at the rate of 13,85% (thirteen point eighty five percent) per annum.

### 2. The rights and obligations of the parties

2.1. Lender shall transfer to the Borrower the amount of the Loan within 10 (ten) banking days from the date of signing of the present Agreement.

2.2. The Borrower shall repay the amount of Loan no later than December 16, 2009 inclusive.

2.3. The Borrower has the right to return the amount of Loan and the amount of interest ahead of schedule.

2.4. Return of the loan amount can be made partly.

2.5. The amount of interest shall be payable in the following ways agreed by the Parties:

- ahead of schedule till the moment of return of the amount of Loan (including the partly repayment of Loan);
- or at the same time with the repayment of the Loan, and in case of the partly return at the time with the return of the last part of the loan amount;
- or after the return of the Loan within 15 days from the moment of the Loan repayment, and in case of the partly return at the time with the return of the last part of the loan amount within 15 days from the moment of the repayment.

2.6. The loan will be returned, and the amount of interest - paid at the moment of receipt of it on the account of the Lender.

### 3. Terms

3.1. This Agreement shall enter into force upon signing and shall remain valid until the final execution by the Parties of their obligations under this Agreement.

### 4. The responsibility of the Parties. Disputes.

4.1. For nonperformance or improper execution of its obligations under this Agreement the Parties shall bear responsibility in accordance with current legislation of Russian Federation.

4.2. The Parties shall do everything possible to settle disputes arising from this Agreement through negotiations.

4.3. If these disputes can not be resolved by negotiations, they shall be settled in the court in accordance with current legislation of Russian Federation

## 5. Other terms and conditions

5.1. This Agreement is made in two original copies equally valid, one for each Party.

5.2. In cases not provided by this Agreement the Parties shall act according to the legislation of the Russian Federation.

5.2. All changes and additions to the present Agreement must be agreed and signed by authorized representatives of the Parties, and shall be drafted in written as additional agreements to the present Agreement.

## 6. Addresses, details and signatures

| The Lender | The Borrower |
|---|---|
| «European Realty Corp.» | CJSC "New-York Motors-Moscow" |
| 1437, Pinewood Street, Rahway, Ney Jersey, 07065 | Legal address: 109316, Moscow, Volgogradsky avenue 43, Bldg. 1 |
| Acc. № 9940859801 | INN 7705133757/ KPP 772201001 |
| Citibank | Acc.40702840600000011141 with |
| ABA № 021000089 | PROBUSINESSBANK, Moscow, Russia, SWIFT |
| SWIFT: CITIUS 33 | Code PRBM RU MM. Acc. № 737015 with American Express Bank Ltd., New York, N.Y., USA, SWIFT code AEIB US33 |

_____ S. Gerus          _____ I.N. Monahova

Confidential                                                                                                                              AVPE0003016