# EXHIBIT 27

**To**: Irina Nikolaevna Monakhova[Irina.monakhova@avilon.ru]
**From**: Yuliya Yurevna Semenova
**Sent**: Tuesday, September 8, 2015 4:52:11 PM
**Subject**: FW: Money to be placed in deposit

FYI

---

**From:** Irina Nikolaevna Monakhova
**Sent:** Thursday, December 18, 2008 10:08 PM
**To:** Valentina Nazanskaya; Svetlana Gerus
**Subject:** Money to be placed in deposit

Valya,

Tomorrow the money from Sveta will come in: USD 19,900,000.

It needs to be placed in a USD foreign currency deposit at PBB for a year at 14% p.a.—this was agreed to with Zheleznyak (Abramova knows).

If it isn't received in foreign currency, do as Lupko did—using hedging.

Best regards,

**Irina N.Monakhova**
**Chief Financial Officer**

**AVILON GROUP**
43/2 Volgogradsky pr-t
109316, Moscow, Russia
Tel.:    +7 495 730-4444
Fax:    +7 495 730-4445
E-mail: irina.monakhova@avilon.ru

Confidential

AVPE0000472
AVPE0000472

Http:   www.avilon.ru

Confidential

AVPE0000473
AVPE0000472

**To:** Монахова Ирина Николаевна[irina.monakhova@avilon.ru]
**From:** Семенова Юлия Юрьевна
**Sent:** Tue 08/09/2015 4:52:11 PM
**Subject:** FW: деньги для размещения на депозит

Для инфо

---

**From:** Монахова Ирина Николаевна
**Sent:** Thursday, December 18, 2008 10:08 PM
**To:** Назанская Валентина; Герус Светлана
**Subject:** деньги для размещения на депозит

Валя,

Завтра придут деньги от Светы 19,900,000 USD.

Их надо разместить на депозит валюте  $  в ПББ на год под 14% годовых – согласовано с Железняком ( Абрамова знает) .

Если не получится в валюте , то идите как Лупко – через хиджирование .

---
**Best regards,**
**Irina N.Monakhova**
**Chief Financial Officer**
**AVILON GROUP**
43/2 Volgogradsky pr-t
109316, Moscow, Russia
Tel.:   +7 495 730-4444
Fax:   +7 495 730-4445
E-mail: irina.monakhova@avilon.ru

Confidential

AVPE0000472
AVPE0000472

**Http:** www.avilon.ru

Confidential

AVPE0000473
AVPE0000472



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )
                      )   ss
COUNTY OF NEW YORK    )


## **CERTIFICATION**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates Nos.

AVPE0000472–AVPE0000473.


Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.


Sworn to and subscribed before me

this _25_ day of _January_, 20 _17_.


LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143