# EXHIBIT 28

## ASSIGNMENT OF CLAIMS AGREEMENT
## No. Ts-1812/ERCorp

**Moscow**                                                                                          **June 30, 2009**

**Avilon Automobile Group Closed Joint-Stock Company**, hereinafter referred to as the "Assignor," represented by its General Director, A.P. Pavlovich, acting on the basis of its Charter, and
**European Realty Corp. (USA)**, hereinafter referred to as the **"Assignee,"** represented by its Director, Svetlana Gerus,
hereinafter referred to collectively as the "Parties," have entered into this Agreement as follows:

### 1. SUBJECT MATTER OF THE AGREEMENT

1.1. The Assignor shall assign, and the Assignee shall accept in full, the rights (claims) against Ambika Investments Limited (hereinafter "Debtor") under Loan Agreement No. 1812/08 of 12/18/2008 for the total amount of USD 20,089,168.43 (twenty million eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 628,598,115.84 (six hundred twenty-eight million five hundred ninety-eight thousand one hundred fifteen rubles and 84/100), including the obligation to repay loan principal in the amount of USD 19,900,000.00 (nineteen million nine hundred thousand US dollars), which in ruble equivalent totals RUB 622,678,960.00 (six hundred twenty-two million six hundred seventy-eight thousand nine hundred sixty rubles and 00/100), and the obligation to pay interest in the amount of USD 189,168.43 (One hundred eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 5,919,155.84 (five million nine hundred nineteen thousand one hundred fifty-five rubles and 84/100). All rights and obligations under the said Loan Agreement shall pass to the Assignee, including the right to demand the payment of penalties and recover damages.

1.2. The Assignor's right (claim) against the Debtor as of the date of signing of this agreement comprises a grand total of USD 20,089,168.43 (twenty million eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 628,598,115.84 (six hundred twenty-eight million five hundred ninety-eight thousand one hundred fifteen rubles and 84/100).

### 2. PAYMENT UNDER THE AGREEMENT

2.1. The assignment of the Assignor's right (claim) against the Debtor, carried out under this agreement, shall be in exchange for consideration.

2.2. As payment for the Assignor's assigned right (claim) against the Debtor, the Assignee agrees to pay the Assignor funds in the amount of USD 20,089,168.43 (twenty million eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 628,598,115.84 (six hundred twenty-eight million five hundred ninety-eight thousand one hundred fifteen rubles and 84/100).

2.3. The said amount of funds shall be paid by the Assignee by means of a bank transfer of funds from the Assignee's current account to the Assignor's current account within 5 calendar days from the date of signing of this Agreement.

2.4. From the moment the amount indicated in Clause 2.2 of this agreement is paid, the Assignee's obligations hereunder shall be deemed performed.

### 3. TRANSFER OF RIGHTS AND OBLIGATIONS

3.1. The Assignor shall transfer to the Assignee within three days all the necessary documents indicated in Clause 1.1 of this Agreement that certify the rights and obligations.

3.2. The Assignor shall inform the Assignee of any other information pertinent to the Assignee's exercise of its rights in relation to the said claims.

### 4. LIABILITY OF THE PARTIES

4.1. The Assignor shall be liable for the authenticity of the documents transferred in accordance with this agreement and guarantees the actual existence of all the rights assigned to the Assignee.

4.2. The Assignor shall be responsible for the validity of rights and obligations assigned under this agreement.

4.3. The parties shall be held liable for the non-performance or improper performance of this Agreement in accordance with applicable laws of the Russian Federation.

## 5. MISCELLANEOUS PROVISIONS

5.1. This Agreement shall enter into force from the day it is signed by the Assignor and the Assignee and shall remain in effect until such time as the obligations hereunder have been performed in full.

5.2. The Parties have agreed that everything performed by the Debtor in favor of the Assignor in relation to the assigned claim before the debtor is informed of the change of parties in the obligation shall be transferred to the Assignee by no later than 6/25/2010 from the moment the Assignor receives such performance.

5.3. This Agreement is executed in 3 counterparts, of which 2 shall be given to each of the parties. The 3rd counterpart shall be sent to the Debtor by the Assignee together with the notice of the changes of parties in the obligation.

## 6. ADDRESSES AND OTHER DETAILS OF THE PARTIES:

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| **European Realty Corp.**<br>1437 Pinewood Street, Rahway, New Jersey 07065<br>a/c # 7057108732<br>Capital One Bank<br>35 Journal Square<br>Jersey City, NJ 07306<br>ABA #021407912<br>Swift: NFBKUS33 | **Avilon Automobile Group Closed Joint-Stock Company**<br>Taxpayer ID Number 7705133757<br>Tax Registration Code 772201001<br>Registered address: Bldg 3, 43 Volgogradsky Pr., Moscow 109316<br><br>Bank details:<br>Acc. # 40702840900001011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM,<br>Acc. #3582021664001 with Standard Chartered Bank, New York, NY, USA, SWIFT code SCBLUS33 |
| [signature]  /**S. Gerus** / | [signature]  **A.N. Pavlovich**<br><br>[seal:] Avilon Automobile Group Closed Joint-Stock Company, Avilon AG, Primary State Registration Number [illegible] |

## Amendment No. 1
## to Assignment of Claims Agreement No. Ts-1812/ERCorp of 06/30/2009

Moscow                                                                                                       June 21, 2010

      **ZAO Avilon Automobile Group (Russia)**, hereinafter referred to as the "**Assignor,**" represented by its General Director, A.N. Pavlovich, acting on the basis of its Charter, and **European Realty Corp. (USA)**, hereinafter referred to as the **"Assignee,"** represented by its Director, Svetlana Gerus, collectively referred to as the Parties, have entered into this Amendment (hereinafter – Amendment) to Assignment of Claims Agreement No. Ts-1812/ERCorp of 6/30/2009 (hereinafter – Agreement) as follows:

1. To reword Clause 5.2 as follows "5.2. The Parties have agreed that everything performed by the Debtor in favor of the Assignor in relation to the assigned claim before the debtor is informed of the change of parties in the obligation shall be transferred to the Assignee by no later than 6/25/2016 from the moment the Assignor receives such performance"
2. In all other matters not provided for by this Amendment, the terms of the Agreement shall remain in effect.
3. This Amendment shall enter into force on the date it is signed by the Parties.
4. This Amendment is executed in two counterparts, each having equal legal force, one for each of the Parties.

### 5. Addresses and details of the parties.

| LENDER | BORROWER |
|---|---|
| **European Realty Corp.** | **ZAO Avilon Automobile Group** |
| 1437 Pinewood Street, Rahway, New Jersey 07065 | Registered address: Bldg 3, 43 Volgogradsky Pr., Moscow 109316 |
| | Taxpayer ID Number 7705133757 / Tax Registration Code 774901001 |
| Acc # 7057108732 | |
| CAPITAL ONE BANK | |
| 35 JOURNAL SQUARE | Acc. # 40702840600000011141 with |
| JERSEY CITY, NJ 07306 | PROBUSINESSBANK, Moscow, Russia, |
| ABA # 021407912 | SWIFT code PRBM RU MM, |
| SWIFT: NFBKUS33 | Acc. #3582021664001 with Standard Chartered Bank, New York, NY, USA, SWIFT code SCBLUS33. |

[signature]  /**S. Gerus /**                              [signature]  **A.N. Pavlovich**

                                                                                 [seal:] Avilon Automobile Group Closed Joint-Stock Company, Avilon AG, Primary State Registration Number [illegible]

**Set-off Agreement**

**Moscow**                                                                                          June 30, 2009

**Avilon Automobile Group Closed Joint-Stock Company**, represented by its General Director, A.N. Pavlovich, acting on the basis of its Charter, hereinafter referred to as "Party 1," and **European Realty Corp. (USA)**, hereinafter referred to as "Party 2," represented by its Director, Svetlana Gerus, collectively referred to as the Parties, have entered into this Agreement as follows:

1. Party 1 assigned to Party 2 under Agreement No. Ts-1812/ERCorp of 6/30/2009 the rights to demand the repayment of a loan for the amount of USD 20,089,168.43 (twenty million eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 628,598,115.84 (six hundred twenty-eight million five hundred ninety-eight thousand one hundred fifteen rubles and 84/100), including the obligation to repay loan principal in the amount of USD 19,900,000.00 (nineteen million nine hundred thousand US dollars), which in ruble equivalent totals RUB 622,678,960.00 (six hundred twenty-two million six hundred seventy-eight thousand nine hundred sixty rubles and 00/100), and the obligation to pay interest in the amount of USD 189,168.43 (One hundred eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 5,919,155.84 (five million nine hundred nineteen thousand one hundred fifty-five rubles and 84/100).

2. Party 2 extended a loan to Party 1 under Agreement No. NYMM-ERCorp/08 of 12/17/2008 for the amount of USD 19,900,000.00 (nineteen million nine hundred thousand US dollars), which in ruble equivalent totals RUB 622,678,960.00 (six hundred twenty-two million six hundred seventy-eight thousand nine hundred sixty rubles and 00/100).

3. The outstanding debt of Party 1 to Party 2 with respect to the payment of principal and interest under Agreement No. NYMM-ERCorp/08 of 12/17/2008 as of the date of signing of this agreement totals USD 21,364,644.39 (twenty-one million three hundred sixty-four thousand six hundred forty-four US dollars and 39/100), which in ruble equivalent totals RUB 668,508,268.82 (six hundred sixty-eight million five hundred eight thousand two hundred sixty-eight rubles and 82/100).

4. The Parties have agreed to set off their mutual claims for the total amount of USD 20,089,168.43 (twenty million eighty-nine thousand one hundred sixty-eight US dollars and 43/100), which in ruble equivalent totals RUB 628,598,115.84 (six hundred twenty-eight million five hundred ninety-eight thousand one hundred fifteen rubles and 84/100).

5. On the basis of the set-off implemented by the parties, as of the date of execution of this Agreement the outstanding debt of Party 1 to Party 2 with respect to the payment of interest under Agreement No. NYMM-ERCorp/08 of 12/17/2008 stood at USD 1,275,475.96 (one million two hundred seventy-five thousand four hundred seventy-five US dollars and 96/100), while the obligations of Party 2 to Party 1 with respect to payment for the claims under Agreement No. Ts-1812/ERCorp of 6/30/2009 shall be considered performed in full.

6. This Agreement is executed in two counterparts, one for each of the parties.
7. This Agreement shall enter into force from the moment it is signed.

8. Details of the Parties:

Confidential

AVPE0001032
AVPE0001029

| Party 1: | Party 2: |
|---|---|
| **Avilon Automobile Group Closed Joint-Stock Company** | **European Realty Corp.** |
| Taxpayer ID Number 7705133757 | 1437 Pinewood Street, Rahway, New Jersey 07065 |
| Tax Registration Code 772201001 | a/c # 7057108732 |
| Registered address: Bldg 3, 43 Volgogradsky Pr., Moscow 109316 | Capital One Bank |
| | 35 Journal Square |
| | Jersey City, NJ 07306 |
| Bank details: | ABA #021407912 |
| Acc. # 40702840900001011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, | Swift: NFBKUS33 |
| Acc. #3582021664001 with Standard Chartered Bank, New York, NY, USA, SWIFT code SCBLUS33. | |
| [signature]  / **A.N. Pavlovich /** | [signature]  /**S. Gerus /** |

[seal:] Avilon Automobile Group Closed Joint-Stock Company, Avilon AG, Primary State Registration Number [illegible]

ДОГОВОР № Ц-1812/ERCorp
уступки прав

г. Москва                                                              «30» июня 2009 г.

Закрытое акционерное общество «Авилон Автомобильная Группа», именуемое в дальнейшем "Цедент", в лице Генерального директора Павловича А.П., действующего на основании Устава, с одной стороны, и
Компания «Европейская Реалти Корп.» (США), именуемое в дальнейшем «Цессионарий», в лице в лице Директора Светланы Герус, с другой стороны,
именуемые в дальнейшем «Стороны», заключили настоящий Договор о нижеследующем:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1. Цедент уступает, а Цессионарий принимает в полном объеме права (требования) к Амбика Инвестментс Лимитед (далее – «Должник») по Договору займа № №1812/08 от 18.12.2008г. на общую сумму 20 089 168,43 $ (Двадцать миллионов восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 628 598 115,84 рублей (Шестьсот двадцать восемь миллионов пятьсот девяносто восемь тысяч сто пятнадцать рублей 84 копейки), из них обязательство по уплате основного долга составляет 19 900 000,00 $ (Девятнадцать миллионов девятьсот тысяч долларов США), что в рублевом эквиваленте составляет 622 678 960,00 рублей (Шестьсот двадцать два миллиона шестьсот семьдесят восемь тысяч девятьсот шестьдесят рублей 00 копеек), и обязательство по уплате суммы процентов в размере 189 168,43$ (Сто восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 5 919 155,84 рублей (Пять миллионов девятьсот девятнадцать тысяч сто пятьдесят пять рублей 84 копейки). К Цессионарию переходят все права и обязанности из указанного Договора займа, включая право требования уплаты неустойки и взыскания убытков.

1.2. Право (требование) Цедента к Должнику по состоянию на дату подписания настоящего договора составляет общую сумму 20 089 168,43 $ (Двадцать миллионов восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 628 598 115,84 рублей (Шестьсот двадцать восемь миллионов пятьсот девяносто восемь тысяч сто пятнадцать рублей 84 копейки).

## 2. ОПЛАТА ПО ДОГОВОРУ

2.1. Уступка права (требования) Цедента к Должнику, осуществляемая по настоящему договору, является возмездной.

2.2. В качестве оплаты за уступаемое право (требование) Цедента к Должнику Цессионарий обязуется выплатить Цеденту денежные средства в размере 20 089 168,43 $ (Двадцать миллионов восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 628 598 115,84 рублей (Шестьсот двадцать восемь миллионов пятьсот девяносто восемь тысяч сто пятнадцать рублей 84 копейки)

2.3. Указанная сумма денежных средств будет выплачиваться Цессионарием посредством банковского перевода денежных средств с расчетного счета Цессионария на расчетный счет Цедента в течение 5 календарных дней с даты подписания настоящего Договора.

2.4. С момента уплаты суммы, указанной в п. 2.2 настоящего договора, обязанности Цессионария по настоящему договору считаются исполненными.

## 3. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ

3.1. Цедент обязан передать Цессионарию в трехдневный срок все необходимые документы, указанные в п. 1.1 настоящего Договора, удостоверяющие права и обязанности.

3.2. Цедент обязан сообщить Цессионарию все иные сведения, имеющие значение для осуществления Цессионарием своих прав по указанным претензиям.

## 4. ОТВЕТСТВЕННОСТЬ СТОРОН

4.1. Цедент несет ответственность за достоверность передаваемых в соответствии с настоящим договором документов и гарантирует наличие всех уступленных Цессионарию прав.

4.2. Цедент отвечает за действительность передаваемых по настоящему договору прав и обязанностей.

4.3. За иное неисполнение или ненадлежащее исполнение настоящего Договора стороны несут ответственность по действующему законодательству Российской Федерации.

## 5. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

5.1. Настоящий Договор вступает в силу со дня его подписания Цедентом и Цессионарием и действует до полного исполнения обязательств по настоящему Договору.

5.2. Стороны пришли к соглашению, что все исполненное по уступаемому требованию Должником в адрес Цедента до уведомления Должника о перемене лиц в обязательстве, подлежит передаче Цессионарию в срок не позднее 25.06.2010г. с момента получения такого исполнения Цедентом.

5.3. Настоящий Договор составлен в 3-х экземплярах, из которых 2 - по одному для каждой из сторон. Экземпляр № 3 направляется Должнику Цессионарием совместно с уведомлением о перемене лиц в обязательстве.

## 6. АДРЕСА И ИНЫЕ ДАННЫЕ О СТОРОНАХ:

| ЦЕССИОНАРИЙ : | ЦЕДЕНТ : |
|---|---|
| Компания «Европейская Реалти Корп.» («European Realty Corp.») 1437 Pinewood Street, Rahway, New Jersey, 07065 (1437 Пайнвуд Стрит, Равэй, Нью Джерси 07065) a/c # 7057108732 Capital One Bank 35 Journal Square Jersey City, NJ 07306 ABA #021407912 Swift: NFBKUS33 | Закрытое акционерное общество «Авилон Автомобильная Группа» ИНН 7705133757 КПП 772201001 Место нахождения: Россия, 109316, г. Москва, Волгоградский пр., д.43, стр.3 Банковские реквизиты: Acc. # 40702840900001011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# № 3582021664001 with Standard Chartered Bank , New York, NY, USA, SWIFT code SCBLUS33 |

_____ /Герус С./      _____ /Павлович А.Н./

Дополнительное соглашение № 1
к Договору № Ц-1812/ERCorp уступки прав от 30.06.2009 г.

г. Москва                                                                                   «21» июня 2010 г.

ЗАО «Авилон Автомобильная Группа» (Россия), именуемое в дальнейшем «Цедент», в лице Генерального директора Павловича А.Н., действующего на основании Устава, с одной стороны, и Компания «Европейская Реалти Корп.» (США), именуемая в дальнейшем «Цессионарий», в лице Директора Светланы Герус, с другой стороны, совместно именуемые Стороны, заключили настоящее Дополнительное соглашение (далее – Соглашение) к Договору № Ц-1812/ERCorp уступки прав от 30.06.2009г. (далее – Договор) о нижеследующем:

1. Пункт 5.2 изложить в следующей редакции: «5.2 Стороны пришли к соглашению, что все исполненное по уступаемому требованию Должником в адрес Цедента до уведомления Должника о перемене лиц в обязательстве, подлежит передаче Цессионарию в срок не позднее 25.06.2016г. с момента получения такого исполнения Цедентом»
2. Во всем остальном, что не предусмотрено Соглашением, действуют условия Договора.
3. Соглашение вступает в силу в дату подписания его Сторонами.
4. Соглашение исполнено в двух экземплярах, имеющих равную юридическую силу, по одному для каждой из Сторон.

5. Адреса и реквизиты сторон.

ЗАЙМОДАВЕЦ
Компания «Европейская Реалти Корп.»
("European Realty Corp.)
1437 Pinewood Street, Rahway, New Jersey, 07065
(1437, Пайнвуд Стрит, Равэй, Нью Джерси 07065).

Acc # 7057108732
CAPITAL ONE BANK
35 JOURNAL SQUARE
JERSEY CITY, NJ 07306
ABA # 021407912
SWIFT: NFBKUS33

_____Герус С.

ЗАЕМЩИК
ЗАО "Авилон Автомобильная Группа"
Место нахождения: 109316, г. Москва, Волгоградский пр., д. 43, корп. 3.
ИНН 7705133757 / КПП 774901001

Acc.# 40702840600000011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standard Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33.

_____ А.Н. Павлович

Confidential

AVPE0001031
AVPE0001029

## Соглашение о зачете взаимных требований

г. Москва                                                                                                         «30» июня 2009 г.

Закрытое акционерное общество «Авилон Автомобильная Группа», в лице Генерального директора Павловича А.Н., действующего на основании Устава, именуемое в дальнейшем «Сторона 1», с одной стороны, и Компания «Европейская Реалти Корп.» (США), именуемая в дальнейшем «Сторона 2», в лице Директора Светланы Герус, с другой стороны, совместно именуемые Стороны, заключили настоящее Соглашение о нижеследующем:

1. Сторона 1 согласно Договору № Ц-1812/ERCorp от 30.06.2009г. переуступила Стороне 2 права требования возврата долга на сумму 20 089 168,43 $ (Двадцать миллионов восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 628 598 115,84 рублей (Шестьсот двадцать восемь миллионов пятьсот девяносто восемь тысяч сто пятнадцать рублей 84 копейки), из них сумма основного долга составляет 19 900 000,00 $ (Девятнадцать миллионов девятьсот тысяч долларов США), что в рублевом эквиваленте составляет 622 678 960,00 рублей (Шестьсот двадцать два миллиона шестьсот семьдесят восемь тысяч девятьсот шестьдесят рублей 00 копеек), и сумма процентов в размере 189 168,43$ (Сто восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 5 919 155,84 рублей (Пять миллионов девятьсот девятнадцать тысяч сто пятьдесят пять рублей 84 копейки).

2. Сторона 2 согласно Договору № NYMM-ERCorp/08 от 17.12.2008г. предоставила займ Стороне 1 на сумму 19 900 000,00 $ (Девятнадцать миллионов девятьсот тысяч долларов США), что в рублевом эквиваленте составляет 622 678 960,00 рублей (Шестьсот двадцать два миллиона шестьсот семьдесят восемь тысяч девятьсот шестьдесят рублей 00 копеек).

3. Задолженность Стороны 1 перед Стороной 2 по возврату суммы основного долга и процентов по Договору № NYMM-ERCorp/08 от 17.12.2008г. на дату подписания настоящего соглашения составляет 21 364 644,39 $ (Двадцать один миллион триста шестьдесят четыре тысячи шестьсот сорок четыре доллара США 39/100), что в рублевом эквиваленте составляет 668 508 268,82 рублей (Шестьсот шестьдесят восемь миллионов пятьсот восемь тысяч двести шестьдесят восемь рублей 82 копейки).

4. Стороны пришли к соглашению зачесть встречные требования на общую сумму 20 089 168,43 $ (Двадцать миллионов восемьдесят девять тысяч сто шестьдесят восемь долларов США 43/100), что в рублевом эквиваленте составляет 628 598 115,84 рублей (Шестьсот двадцать восемь миллионов пятьсот девяносто восемь тысяч сто пятнадцать рублей 84 копейки).

5. На основании произведенного сторонами взаимозачета на дату составления настоящего Соглашения задолженность Стороны 1 перед Стороной 2 по возврату процентов по Договору № NYMM-ERCorp/08 от 17.12.2008г. составила 1 275 475,96 $ (Один миллион двести семьдесят пять тысяч четыреста семьдесят пять рублей 96/100), а обязательства Стороны 2 по оплате прав требования по Договору № Ц-1812/ERCorp от 30.06.2009г. перед Стороной 1 будут считаться исполненными в полном объеме.

6. Настоящее Соглашение составлено в двух экземплярах по одному экземпляру каждой из сторон.

7. Настоящее Соглашение вступает в силу с момента его подписания.

8. Реквизиты Сторон:

| Сторона 1: | Сторона 2: |
|---|---|
| Закрытое акционерное общество «Авилон Автомобильная Группа»<br>ИНН 7705133757 КПП 772201001<br>Место нахождения: Россия, 109316, г. Москва, Волгоградский пр., д.43, стр.3<br><br>Банковские реквизиты:<br>Acc. # 40702840900001011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM,<br>Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, SWIFT code SCBLUS33. | Компания «Европейская Реалти Корп.» («European Realty Corp.»)<br>1437 Pinewood Street, Rahway, New Jersey, 07065<br>(1437 Пайнвуд Стрит, Равэй, Нью Джерси 07065).<br>a/c # 7057108732<br>Capital One Bank<br>35 Journal Square<br>Jersey City, NJ 07306<br>ABA #021407912<br>Swift: NFBKUS33 |
| _____/Павлович А.Н./ | _Svetlana Gerus_/Герус С./ |

Confidential

AVPE0001033
AVPE0001029



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )      ss
COUNTY OF NEW YORK     )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0001029–AVPE0001033.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York         Washington, D.C.    Chicago           Houston           San Francisco
t: +1.212.631.7432   t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London           Paris               Stockholm         Frankfurt         Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47   t: +46.8.463.11.87   t: +49.69.7593.8434   t: +852.2159.9143