# EXHIBIT 29

AGREEMENT ON THE TERMINATION
OF ASSIGNMENT AGREEMENT No. TS-1812/ERCORP
OF JUNE 30, 2009

**Moscow**                                                                                               **July 6, 2010**

**ZAO Avilon Automobile Group**, hereinafter referred to as the "Assignor," represented by Financial Director Irina Nikolayevna Monakhova, acting on the basis of Power of Attorney No. 7 of July 6, 2009, and **European Realty Corp. (U.S.A.)**, hereinafter referred to as the "Assignee," represented by Director Svetlana Gerus, jointly referred to as the "Parties," have entered into this agreement on the termination of Assignment Agreement No. TS-1812/ERCORP of June 30, 2009 (hereinafter "Agreement") as follows:

1.   Due to the Assignor's failure to provide the Assignee with all the required documentation within the period provided for by Clause 3.1 of the Agreement, the Parties have agreed to terminate Assignment Agreement No. TS-1812/ERCORP of June 30, 2009.
2.   This agreement is executed in two counterparts, each having equal legal force, one for each of the Parties.

Assignee
European Realty Corp.
_____[signature]_____

Assignor
Avilon Automotive Group / ZAO Avilon Automobile Group
_____[signature]_____

[seal:] Closed Joint-Stock Company Avilon Automobile Group, Avilon AG, Primary State Registration Number 1027700000151

CONFIDENTIAL                                                                                           AVP0005467

## СОГЛАШЕНИЕ О РАСТОРЖЕНИИ
## ДОГОВОРА № Ц-1812/ERCORP УСТУПКИ ПРАВ
## ОТ 30 ИЮНЯ 2009

г. Москва                                                                                                   «06» июля 2010 г.

ЗАО «Авилон Автомобильная Группа», именуемое в дальнейшем «Цедент», в лице Финансового директора Монаховой Ирины Николаевны действующей на основании Доверенности 7 от 06 июля 2009, с одной стороны, и Компания «Европейская Реалти Корп.» (США), именуемая в дальнейшем «Цессионарий», в лице Директора Светланы Герус, с другой стороны, совместно именуемые Стороны, заключили настоящее соглашение о расторжении Договора № Ц-1812/ERCORP уступки прав 30 июня 2009 г. (далее – Договор) о нижеследующем:

1. В связи с не предоставлением Цедентом, в предусмотренный п 3.1. Договора срок, всей необходимой документации Цессионарию, Стороны решили расторгнуть Договор № Ц-1812/ERCORP уступки прав 30 июня 2009 г.
2. Настоящее Соглашение составлено в 2 экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из Сторон.


Цессионарий
«Европейская Реалти Корп.»
*/signature: Svetlana Gerus/*

ЦЕДЕНТ
Avilon Automotive Group/ ЗАО "Авилон Автомобильная Группа"
*/signature/*

*[seal: Авилон Автомобильная Группа Авилон АГ]*

CONFIDENTIAL

AVP0005467



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates No. AVP0005467.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January 2017.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York          Washington, D.C.     Chicago            Houston            San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris                Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143