# EXHIBIT 30

Technical loans to ERK (Avilon Plaza)

| Year | Date | Payments in foreign currency | | Payments in rubles* | | Payer | Recipient | Content |
|---|---|---|---|---|---|---|---|---|
| | | Sent | Received | Sent | Received | | | |
| 2006 | | 0 | 0 | 350 840 000 | 44 504 413 | | | |
| | 20.12.2005 | 12 250 000 | | 350 840 000 | | ERC | Probizness Holding LLC | Loan issued for RUB 350.8 million under numberless agreement dd December 20, 2005 |
| | 20.12.2006 | | 1 553 925 | | 44 504 413 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| 2007 | | 0 | 0 | 358 727 600 | 394 812 998 | | | |
| | 22.01.2007 | | 133 225 | | 3 815 551 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 22.02.2007 | | 125 111 | | 3 583 193 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.03.2007 | | 129 083 | | 3 696 945 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.04.2007 | | 125 021 | | 3 580 614 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 28.05.2007 | | 129 025 | | 3 695 276 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 28.06.2007 | | 124 961 | | 3 578 870 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.07.2007 | | 112 836 | | 3 231 622 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 28.08.2007 | | 129 055 | | 3 696 148 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.09.2007 | | 120 960 | | 3 464 284 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.10.2007 | | 120 960 | | 3 464 284 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.10.2007 | 2 250 000 | | 55 912 500 | | ERC | Collection Agency Life | Loan issued for RUB 55.9 million under numberless agreement dd October 26, 2007 |
| | 26.11.2007 | | 125 021 | | 3 580 614 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 27.11.2007 | | 22 932 | | 569 848 | Collection Agency Life | ERC | Received interest from CAL on RUB 55.9 million |
| | 26.12.2007 | | 120 960 | | 3 464 284 | Probizness Holding LLC | ERC | Received interest from PBH on RUB 350.8 million |
| | 26.12.2007 | | 22 192 | | 551 466 | Collection Agency Life | ERC | Received interest from CAL on RUB 55.9 million |
| | 26.12.2007 | | 12 250 000 | | 350 840 000 | Probizness Holding LLC | ERC | Repayment of principal from PBH on RUB 350.8 million |
| | 26.12.2007 | 12 250 000 | | 302 815 100 | | ERC | Probizness Holding LLC | Loan issued for RUB 302.8 million under numberless agreement dd December 26, 2007 |
| 2008 | | 0 | 0 | 732 471 725 | 724 291 089 | | | |
| | 25.01.2008 | | 22 141 | | 550 210 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 26.02.2008 | | 23 607 | | 586 623 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 26.03.2008 | | 378 701 | | 9 361 330 | Probizness Holding LLC | ERC | Interest received from PBH on RUB 302.8 million |
| | 26.03.2008 | | 12 250 000 | | 302 815 100 | Probizness Holding LLC | ERC | Repayment of principal from PBH on RUB 302.8 million |
| | 26.03.2008 | 12 250 000 | | 290 337 250 | | ERC | Probizness Holding LLC | Loan issued for RUB 290.3 million under numberless agreement dd March 26, 2008 |
| | 26.03.2008 | | 21 393 | | 531 627 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 23.04.2008 | | 22 131 | | 549 959 | Collection Agency Life | ERC | Interest received from CAL RUB 55.9 million |
| | 26.05.2009 | | 22 869 | | 568 291 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 26.06.2006 | | 382 846 | | 9 073 828 | Probizness Holding LLC | ERC | Interest received from PBH on RUB 290.3 million |
| | 26.06.2008 | | 22 869 | | 568 291 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 25.07.2008 | | 21 393 | | 531 627 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 26.08.2008 | | 23 607 | | 586 623 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 02.09.2008 | | | 30 000 000 | | ERC | Collection Agency Life | Loan issued for RUB 30 million under Agreement No. 58/08 dd September 2, 2008 |
| | 26.09.2008 | | 23 607 | | 586 623 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 26.09.2009 | | 382 809 | | 9 072 959 | Probizness Holding LLC | ERC | Interest received from PBH on RUB 290.3 million |
| | 06.10.2008 | | | | 30 000 000 | Collection Agency Life | ERC | Repayment of principal from CAL on RUB 30 million |
| | 06.10.2008 | | | | 306 357 | Collection Agency Life | ERC | Interest received from CAL on RUB 30 million |
| | 27.10.2008 | | 2 250 000 | | 55 912 500 | Collection Agency Life | ERC | Repayment of principal from CAL on RUB 55.9 million |
| | 27.10.2008 | | 27 295 | | 568 291 | Collection Agency Life | ERC | Interest received from CAL on RUB 55.9 million |
| | 27.10.2008 | 2 250 000 | | 60 884 100 | | ERC | Collection Agency Life | Loan issued for 60.9 million RUB under numberless agreement dd October 27, 2008 |
| | 07.11.2008 | | 4 426 | | 119 772 | Collection Agency Life | ERC | Interest received from CAL on RUB 60.9 million |
| | 28.11.2008 | | 33 196 | | 898 290 | Collection Agency Life | ERC | Interest received from CAL on RUB 60.9 million |
| | 26.12.2008 | | 12 250 000 | | 290 337 250 | Probizness Holding LLC | ERC | Repayment of principal from PBH on RUB 290.3 million |
| | 26.12.2008 | | 372 842 | | 8 973 375 | Probizness Holding LLC | ERC | Interest received from PBH on RUB 290.3 million |
| | 26.12.2008 | 12 250 000 | | 351 250 375 | | ERC | Probizness Holding LLC | Loan issued for RUB 351.3 million under numberless agreement dd December 26, 2008 |
| | | | | | | Probizness Holding LLC | ERC | Interest received from PBH on 351.3 million RUB |
| | | | | | | Collection Agency Life | ERC | Interest received from CAL on 60.9 million RUB |

AVP0000949

| | | | | | |
|---|---|---|---|---|---|
| | 30.12.2008 | | 35 888 | | [illegible] |
| | 30.12.2009 | | 34 303 | | 928 233 |
| 2009 | | 0 | 0 | 586 912 525 | 704 250 327 |
| | 27.01.2009 | | 34 397 | | 810 676 |
| | 27.01.2009 | | 2 250 000 | | 60 884 100 |
| | 27.01.2009 | 2 250 000 | | 74 029 050 | |
| | 30.01.2009 | | 187 274 | | 5 369 800 |
| | 30.01.2009 | | 5 397 | | 146 030 |
| | 27.02.2009 | | 31 068 | | 1 022 209 |
| | 27.02.2009 | | 169 151 | | 4 850 142 |
| | 27.03.2009 | | 187 274 | | 5 369 800 |
| | 27.03.2009 | | 34 397 | | 1 131 732 |
| | 27.04.2009 | | 33 288 | | 985 702 |
| | 27.04.2009 | | 2 250 000 | | 74 029 050 |
| | 27.04.2009 | 2 250 000 | | 75 192 075 | |
| | 30.04.2009 | | 181 233 | | 5 196 581 |
| | 30.04.2009 | | 3 381 | | 111 243 |
| | 29.05.2009 | | 187 274 | | 5 369 800 |
| | 29.05.2009 | | 34 397 | | 1 149 512 |
| | 30.06.2009 | | 181 233 | | 5 196 581 |
| | 30.06.2009 | | 33 288 | | 1 112 431 |
| | 27.07.2009 | | 34 397 | | 1 002 188 |
| | 27.07.2009 | | 2 250 000 | | 75 192 075 |
| | 27.07.2009 | 2 250 000 | | 70 058 700 | |
| | 31.07.2009 | | 4 438 | | 138 198 |
| | 31.07.2009 | | 187 274 | | 5 369 800 |
| | 31.08.2009 | | 187 274 | | 5 369 800 |
| | 31.08.2009 | | 34 397 | | 1 071 034 |
| | 30.09.2009 | | 181 233 | | 5 196 581 |
| | 30.09.2009 | | 33 288 | | 1 036 485 |
| | 27.10.2009 | | 29 959 | | 932 836 |
| | 27.10.2009 | | 2 250 000 | | 70 058 700 |
| | 30.10.2009 | | 187 274 | | 5 369 700 |
| | 30.11.2009 | | 181 233 | | 5 196 681 |
| | 25.12.2009 | | 151 027 | | 4 330 484 |
| | 25.12.2009 | | 12 250 000 | | 351 250 375 |
| | 25.12.2009 | 12 250 000 | | 366 632 700 | |
| 2010 | | 12 250 000 | 0 | 0 | 421 928 947 |
| | 31.03.2010 | | 483 288 | | 14 464 413 |
| | 30.06.2010 | | 458 116 | | 13 711 059 |
| | 30.09.2010 | | 463 151 | | 13 861 729 |
| | 27.12.2010 | | 443 014 | | 13 259 046 |
| | 27.12.2010 | | 12 250 000 | | 366 632 700 |
| | 27.12.2010 | 12 250 000 | | | |
| 2011 | | 0 | 1 347 500 | 0 | 0 |
| | 28.03.2011 | | 335 952 | | |
| | 27.06.2011 | | 335 952 | | |
| | 27.09.2011 | | 339 644 | | |
| | 27.12.2011 | | 335 952 | | |
| 2012 | | 0 | 1 347 540 | 0 | 0 |
| | 27.01.2012 | | 114 173 | | |
| | 27.02.2012 | | 114 133 | | |
| | 28.03.2012 | | 106 769 | | |
| | 27.04.2012 | | 114 133 | | |
| | 28.05.2012 | | 114 133 | | |
| | 27.06.2012 | | 110 451 | | |
| | 27.07.2012 | | 110 451 | | |
| | 27.08.2012 | | 114 133 | | |
| | 27.09.2012 | | 114 133 | | |
| | 29.10.2012 | | 117 814 | | |
| | 27.11.2012 | | 106 769 | | |
| | 27.12.2012 | | 110 451 | | |
| 2013 | | 0 | 1 469 956 | 0 | 0 |
| | 27.12.2013 | | 1 469 956 | | |
| 2014 | | 1 470 000 | 1 548 776 | 0 | 0 |
| | 30.01.2014 | 1 470 000 | | | |
| | 09.12.2014 | | 1 548 776 | | |
| 2015 | | 1 548 776 | 16 644 221 | 0 | 0 |
| | 26.01.2015 | 1 548 776 | | | |
| | 22.09.2015 | | 15 268 776 | | |
| | 22.09.2015 | | 1 375 445 | | |
| | TOTAL | 15 249 776 | 22 357 993 | 2 027 951 850 | 2 289 797 773 |

| | | |
|---|---|---|
| Collection Agency Life | ERC | Interest received from CAL on RUB 60.9 million |
| Collection Agency Life | ERC | Repayment of principal from CAL on RUB 60.9 million |
| ERC | Collection Agency Life | Loan issued for RUB 74 million under numberless agreement dd January 27, 2009 |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 74 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 74 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 74 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 74 million |
| Collection Agency Life | ERC | Repayment of principal from CAL on RUB 74 million |
| ERC | Collection Agency Life | Loan issued for RUB 75.2 million under numberless agreement dd April 27, 2009 |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 75.2 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 75.2 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 75.2 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 75.2 million |
| Collection Agency Life | ERC | Repayment of principal from CAL on RUB 75.2 million |
| ERC | Collection Agency Life | Loan issued for RUB 70 million under numberless agreement dd July 27, 2009 |
| Collection Agency Life | ERC | Interest received from CAL on RUB 70 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 70 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 70 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 70 million |
| Collection Agency Life | ERC | Repayment of principal from CAL on RUB 70 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Probizness Holding LLC | ERC | Interest received from PBH on RUB 351.3 million |
| Probizness Holding LLC | ERC | Repayment of principal from PBH on RUB 351.3 million |
| ERC | Collection Agency Life | Loan issued for RUB 366.6 million under numberless agreement dd December 25, 2009 |
| | | |
| Collection Agency Life | ERC | Interest received from CAL on RUB 366.6 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 366.6 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 366.6 million |
| Collection Agency Life | ERC | Interest received from CAL on RUB 366.6 million |
| Collection Agency Life | ERC | Repayment of principal from CAL on RUB 366.6 million |
| ERC | AMBIKA INVESTMENTS LTD | Loan issued for USD 12.25 million under Agreement 2712/10 dd December 20, 2010 |
| | | |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| | | |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| | | |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 12.25 million |
| | | |
| Avilon Plaza | AMBIKA INVESTMENTS LTD | Capitalized interest (principal – USD 13.72 million) |
| AMBIKA INVESTMENTS LTD | Avilon Plaza | Interest received from AMB on USD 13.72 million |
| | | |
| Avilon Plaza | AMBIKA INVESTMENTS LTD | Interest capitalized (principal – USD 15.27 million) |
| Avilon Holdings Limited | Avilon Plaza | Repayment of principal for Ambika |
| Avilon Holdings Limited | Avilon Plaza | Interest received for Ambika |

* Rubles are indicated only in those agreements where payments were made in rubles. The amount of foreign currency is indicated [illegible].

AVP0000949

AG Overdraft Loans
Avilon Automobile Group Overdraft Loans

USD

| Year | Date | Payments in foreign currency | | Payments in rubles* | | Payer | Recipient | Content |
|---|---|---|---|---|---|---|---|---|
| | | Sent | Received | Sent | Received | | | |
| **2008** | | **19,900,000** | **0** | **0** | **0** | | | |
| | 12.19.2008 | 19,900,000 | | | | Avilon AG | AMBIKA | Loan issued under Agreement 1812/08 dd December 8, 2008 |
| **2009** | | **0** | **2,984,732** | **0** | **0** | | | |
| | 3.23.2009 | | 686,709 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.19.2009 | | 702,225 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.18.2009 | | 843,415 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.21.2009 | | 752,384 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| **2010** | | **0** | **2,993,178** | **0** | **0** | | | |
| | 3.19.2010 | | 736,027 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.18.2010 | | 744,205 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.20.2010 | | 768,740 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.20.2010 | | 744,205 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| **2011** | | **6,625,000** | **2,370,688** | **0** | **0** | | | |
| | 3.21.2011 | | 545,751 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.20.2011 | | 545,751 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.3.2011 | 6,625,000 | | | | Avilon AG | AMBIKA | Loan issued under Agreement 1909/11 dd September 1, 2011 |
| | 9.20.2011 | | 551,748 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.19.2011 | | 181,688 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 12.20.2011 | | 545,751 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| **2012** | | **0** | **2,796,636** | **0** | **0** | | | |
| | 1.20.2012 | | 185,587 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 2.20.2012 | | 185,407 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 3.1.2012 | | 181,356 | | | AMBIKA | Avilon AG | |
| | 3.20.2012 | | 173,445 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 4.2.2012 | | 61,725 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 4.20.2012 | | 185,407 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 5.2.2012 | | 59,734 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 5.21.2012 | | 185,407 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.1.2012 | | 61,725 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 6.22.2012 | | 179,426 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 7.2.2012 | | 59,734 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 7.20.2012 | | 179,426 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 8.1.2012 | | 61,725 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 8.20.2012 | | 185,407 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.3.2012 | | 65,707 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 9.20.2012 | | 185,407 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 10.1.2012 | | 55,751 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 10.22.2012 | | 191,388 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 11.20.2012 | | 173,445 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.20.2012 | | 179,426 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| **2013** | | **875,000** | **3,266,150** | **0** | **0** | | | |
| | 1.21.2013 | | 209,162 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2.20.2013 | | 196,274 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 3.20.2013 | | 183,189 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 4.22.2013 | | 215,901 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 5.20.2013 | | 183,189 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.20.2013 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 7.22.2013 | | 209,359 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 8.20.2013 | | 189,732 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.3.2013 | 738,540 | 738,540 | | | AMBIKA | Avilon AG | Interest received from Ambika on $6.625 million |
| | 9.3.2013 | | | | | Avilon AG | AMBIKA | Capitalized interest under Agreement 0109/11 dd September 1, 2011 |
| | 9.20.2013 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 10.21.2013 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 11.5.2013 | | 139,807 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.363 million |
| | 11.5.2013 | 136,460 | | | | Avilon AG | AMBIKA | Capitalized interest under Agreement 0109/11 dd September 1, 2011 |
| | 11.20.2013 | | 196,274 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.20.2013 | | 196,274 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| **2014** | | **201,156** | **3,016,726** | **0** | **0** | | | Interest received from Ambika on $7.5 million |
| | 1.21.2014 | | 209,359 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 2.5.2014 | | 207,945 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.5 million |
| | 2.20.214 | | 196,274 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 3.20.2014 | | 183,189 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 4.21.2014 | | 209,359 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 5.5.2014 | | 201,164 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.5 million |
| | 5.20.2014 | | 189,732 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 6.20.2014 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 7.21.2014 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 8.5.2014 | | 207,945 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.5 million |
| | 8.20.2014 | | 196,274 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 9.22.2014 | | 215,901 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 10.20.2014 | | 183,189 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 11.5.2014 | | 207,945 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.5 million |
| | 11.20.2014 | | 202,816 | | | AMBIKA | Avilon AG | Interest received from Ambika on $19.9 million |
| | 12.9.2014 | | 201,156 | | | AMBIKA | Avilon AG | Interest received from Ambika on $7.5 million and $19.9 million |
| | 12.9.2014 | 201,156 | | | | Avilon AG | AMBIKA INVESTMENTS LTD | Two agreements combined into one – Agreement No. 0109/11 dd September 1, 2011, and interest capitalized (principal became USD 27,601,156.17) |
| **2015** | | | **1,395,667** | **0** | **0** | | | |
| | 1.29.2015 | | 204,083 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 2.25.2015 | | 204,083 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 3.24.2015 | | 184,333 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 4.24.2015 | | 2,004,083 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 5.25.2015 | | 197,500 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 6.25.2015 | | 204,083 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | 7.24.2015 | | 197,500 | | | AMBIKA | Avilon AG | Interest received from Ambika on $27.6 million |
| | | | | | | | | |
| | **TOTAL** | **27,601,156** | **17,428,109** | **0** | **0** | | | |

Case 1:16-cv-03595-JSR   Document 55-32   Filed 01/27/17   Page 6 of 10

Технические займы ЕРК (Авилон Плаза)

USD

| Год | Дата | Расчеты в валюте: перечислено | Расчеты в валюте: получено | Расчеты в рублях*: перечислено | Расчеты в рублях*: получено | Отправитель | Получатель | Содержание |
|---|---|---|---|---|---|---|---|---|
| 2006 | | 0 | 0 | 350 840 000 | 44 504 413 | | | |
| | 20.12.2005 | 12 250 000 | | 350 840 000 | | ЕРК | Пробизнес-Холдинг ООО | Выдан займ на 350,8 млн.руб. по дог. б/н от 20.12.05 |
| | 20.12.2006 | | 1 355 923 | | 44 504 413 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| 2007 | | 0 | 0 | 358 727 680 | 394 813 998 | | | |
| | 22.01.2007 | | 133 225 | | 3 815 551 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 22.02.2007 | | 125 111 | | 3 583 193 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.03.2007 | | 129 083 | | 3 696 945 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.04.2007 | | 125 021 | | 3 580 614 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 25.05.2007 | | 127 025 | | 3 693 276 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 28.06.2007 | | 124 961 | | 3 578 870 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.07.2007 | | 112 836 | | 3 231 632 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 28.08.2007 | | 129 055 | | 3 696 148 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.09.2007 | | 120 950 | | 3 464 284 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.10.2007 | | 120 950 | | 3 464 284 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.10.2007 | 2 250 000 | | 55 912 300 | | ЕРК | Кол. агентство Лайф | Выдан займ на 55,9 млн.руб. по дог. б/н от 26.10.07 |
| | 26.11.2007 | | 125 021 | | 3 580 614 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 27.11.2007 | | 22 933 | | 589 848 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.12.2007 | | 120 950 | | 3 464 284 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 350,8 млн.руб. |
| | 26.12.2007 | | 22 192 | | 551 466 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.12.2007 | | 12 250 000 | | 350 840 000 | Пробизнес-Холдинг ООО | ЕРК | Возврат ОД от ПБХ по 350,8 млн.руб. |
| | 26.12.2007 | 12 250 000 | | 302 815 100 | | ЕРК | Пробизнес-Холдинг ООО | Выдан займ на 302,8 млн.руб. по дог. б/н от 26.12.07 |
| 2008 | | 0 | 0 | 732 471 715 | 724 291 069 | | | |
| | 25.01.2008 | | 22 141 | | 550 210 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.02.2008 | | 23 007 | | 566 623 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.03.2008 | | 378 701 | | 9 361 330 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 302,8 млн.руб. |
| | 26.03.2008 | | 12 250 000 | | 302 815 100 | Пробизнес-Холдинг ООО | ЕРК | Возврат ОД от ПБХ по 302,8 млн.руб. |
| | 26.03.2008 | 12 250 000 | | 290 337 250 | | ЕРК | Пробизнес-Холдинг ООО | Выдан займ на 290,3 млн.руб. по дог. б/н от 26.03.08 |
| | 26.03.2008 | | 21 393 | | 531 623 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 25.04.2008 | | 22 131 | | 549 559 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.05.2008 | | 22 869 | | 568 391 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.06.2008 | | 382 845 | | 9 073 828 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 290,3 млн.руб. |
| | 26.06.2008 | | 22 869 | | 568 351 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 25.07.2008 | | 21 393 | | 531 627 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.08.2008 | | 23 607 | | 586 623 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 02.09.2008 | | | 30 000 000 | | ЕРК | Кол. агентство Лайф | Выдан займ на 30 млн.руб. по дог. 58/08 от 02.09.08 |
| | 26.09.2008 | | 23 607 | | 585 633 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 26.09.2008 | | 382 809 | | 9 072 939 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 290,3 млн.руб. |
| | 06.10.2008 | | | | 30 000 000 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 30 млн.руб. |
| | 06.10.2008 | | | | 305 557 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 30 млн.руб. |
| | 27.10.2008 | | 2 250 000 | | 55 912 300 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 55,9 млн.руб. |
| | 27.10.2008 | | 27 205 | | 368 291 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 55,9 млн.руб. |
| | 27.10.2008 | 2 250 000 | | 60 884 100 | | ЕРК | Кол. агентство Лайф | Выдан займ на 60,9 млн.руб. по дог. б/н от 27.10.08 |
| | 07.11.2008 | | 4 426 | | 119 772 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 60,9 млн.руб. |
| | 28.11.2008 | | 33 196 | | 898 290 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 60,9 млн.руб. |
| | 26.12.2008 | | 12 250 000 | | 290 337 250 | Пробизнес-Холдинг ООО | ЕРК | Возврат ОД от ПБХ по 290,3 млн.руб. |
| | 26.12.2008 | | 372 842 | | 8 973 375 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 290,3 млн.руб. |
| | 26.12.2008 | 12 250 000 | | 351 250 375 | | ЕРК | Пробизнес-Холдинг ООО | Выдан займ на 351,3 млн.руб. по дог. б/н от 26.12.08 |
| | 30.12.2008 | | 35 888 | | 863 730 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.12.2009 | | 34 303 | | 928 233 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 60,9 млн.руб. |
| 2009 | | 0 | 0 | 586 913 525 | 704 250 327 | | | |
| | 27.01.2009 | | 34 397 | | 810 676 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 60,9 млн.руб. |
| | 27.01.2009 | | 2 250 000 | | 60 884 100 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 60,9 млн.руб. |
| | 27.01.2009 | 2 250 000 | | 74 029 030 | | ЕРК | Кол. агентство Лайф | Выдан займ на 74 млн.руб. по дог. б/н от 27.01.09 |
| | 30.01.2009 | | 187 274 | | 5 369 800 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.01.2009 | | 3 397 | | 146 030 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 74 млн.руб. |
| | 27.02.2009 | | 31 668 | | 1 022 209 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 74 млн.руб. |
| | 27.02.2009 | | 169 151 | | 4 850 142 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 27.03.2009 | | 187 274 | | 5 369 800 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 27.03.2009 | | 34 391 | | 1 131 732 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 74 млн.руб. |
| | 27.04.2009 | | 33 288 | | 995 702 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 74 млн.руб. |
| | 27.04.2009 | | 2 250 000 | | 74 029 030 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 74 млн.руб. |
| | 27.04.2009 | 2 250 000 | | 75 192 075 | | ЕРК | Кол. агентство Лайф | Выдан займ на 75,2 млн.руб. по дог. б/н от 27.04.09 |
| | 30.04.2009 | | 181 233 | | 5 196 581 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.04.2009 | | 3 381 | | 111 243 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 75,2 млн.руб. |
| | 29.05.2009 | | 187 274 | | 5 369 800 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 29.05.2009 | | 34 397 | | 1 149 512 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 75,2 млн.руб. |
| | 30.06.2009 | | 181 233 | | 5 196 581 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.06.2009 | | 33 284 | | 1 112 431 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 75,2 млн.руб. |
| | 27.07.2009 | | 34 397 | | 1 002 133 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 75,2 млн.руб. |
| | 27.07.2009 | | 2 250 000 | | 75 192 075 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 75,2 млн.руб. |
| | 27.07.2009 | 2 250 000 | | 70 058 700 | | ЕРК | Кол. агентство Лайф | Выдан займ на 70 млн.руб. по дог. б/н от 27.07.09 |
| | 31.07.2009 | | 4 438 | | 138 193 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 70 млн.руб. |
| | 31.07.2009 | | 187 274 | | 5 369 800 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 31.08.2009 | | 187 274 | | 5 369 800 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 31.08.2009 | | 34 397 | | 1 071 034 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 70 млн.руб. |
| | 30.09.2009 | | 181 233 | | 5 196 581 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.09.2009 | | 33 288 | | 1 036 485 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 70 млн.руб. |
| | 27.10.2009 | | 29 959 | | 932 836 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 70 млн.руб. |
| | 27.10.2009 | | 2 250 000 | | 70 058 700 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 70 млн.руб. |
| | 30.10.2009 | | 187 274 | | 5 369 700 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 30.11.2009 | | 181 233 | | 5 196 681 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 25.12.2009 | | 151 027 | | 4 330 484 | Пробизнес-Холдинг ООО | ЕРК | Получены %% от ПБХ по 351,3 млн.руб. |
| | 25.12.2009 | | 12 250 000 | | 351 250 375 | Пробизнес-Холдинг ООО | ЕРК | Возврат ОД от ПБХ по 351,3 млн.руб. |
| | 25.12.2009 | 12 250 000 | | 366 632 700 | | ЕРК | Кол. агентство Лайф | Выдан займ на 366,6 млн.руб. по дог. б/н от 25.12.09 |
| 2010 | | 12 250 000 | 0 | 0 | 421 928 947 | | | |
| | 31.03.2010 | | 483 288 | | 14 464 413 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 366,6 млн.руб. |
| | 30.06.2010 | | 458 116 | | 13 711 059 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 366,6 млн.руб. |
| | 30.09.2010 | | 463 151 | | 13 861 720 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 366,6 млн.руб. |
| | 27.12.2010 | | 443 014 | | 13 259 046 | Кол. агентство Лайф | ЕРК | Получены %% от КАЛ по 366,6 млн.руб. |
| | 27.12.2010 | | 12 250 000 | | 366 632 700 | Кол. агентство Лайф | ЕРК | Возврат ОД от КАЛ по 366,6 млн.руб. |
| | 27.12.2010 | 12 250 000 | | | | ЕРК | AMBIKA INVESTMENTS LTD | Выдан займ на 12,25 м USD по дог.27.12/10 от 27.12.2010 |
| 2011 | | 0 | 1 347 500 | 0 | 0 | | | |
| | 28.03.2011 | | 335 952 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.06.2011 | | 335 952 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.09.2011 | | 339 644 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.12.2011 | | 335 952 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| 2012 | | 0 | 1 347 540 | 0 | 0 | | | |
| | 27.01.2012 | | 114 173 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.02.2012 | | 114 133 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 28.03.2012 | | 106 769 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.04.2012 | | 114 133 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 28.05.2012 | | 114 133 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.06.2012 | | 110 451 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.07.2012 | | 110 451 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.08.2012 | | 114 133 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.09.2012 | | 114 133 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 29.10.2012 | | 117 814 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.11.2012 | | 106 769 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| | 27.12.2012 | | 110 451 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| 2013 | | 0 | 1 469 956 | 0 | 0 | | | |
| | 27.12.2013 | | 1 469 956 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 12,25 м USD |
| 2014 | | 1 470 000 | 1 548 776 | 0 | 0 | | | |
| | 30.01.2014 | 1 470 000 | | | | Авилон Плаза | AMBIKA INVESTMENTS LTD | Проценты капитализированы (ОД - 13,72 м USD) |
| | 09.12.2014 | | 1 548 776 | | | AMBIKA INVESTMENTS LTD | Авилон Плаза | Получены %% от AMB по 13,72 м USD |
| 2015 | | 1 548 776 | 16 644 221 | 0 | 0 | | | |
| | 28.01.2015 | 1 548 776 | | | | Авилон Плаза | AMBIKA INVESTMENTS LTD | Проценты капитализированы (ОД - 15,27 м USD) |
| | 22.09.2015 | | 15 268 776 | | | Avilon Holdings Limited | Авилон Плаза | Возврат ОД за Амбику |
| | 22.09.2015 | | 1 375 445 | | | Avilon Holdings Limited | Авилон Плаза | Погашены %% за Амбику |
| ИТОГО | | 15 268 776 | 22 357 903 | 2 027 451 850 | 2 289 707 773 | | | |

* Рубли указаны только в тех договорах, где расчеты производились в рублях, а сумма валюты указана справочно

AVP0000949

AVP0000949

AVP0000950
AVP0000949

Технические займы AG

Технические займы Авилон АГ

USD

| Год | Дата | Расчеты в валюте | | Расчеты в рублях | | Отправитель | Получатель | Содержание |
|---|---|---|---|---|---|---|---|---|
| | | перечислено | получено | перечислено | получено | | | |
| 2008 | | 19 900 000 | 0 | 0 | 0 | | | |
| | 19.12.2008 | 19 900 000 | | | | Avilon AG | AMBIKA | Выдан займ по дог.1812/08 от 08.12.2008 |
| 2009 | | 0 | 2 984 732 | 0 | 0 | | | |
| | 23.03.2009 | | 686 709 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 19.06.2009 | | 702 225 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 18.09.2009 | | 843 415 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 21.12.2009 | | 752 384 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| 2010 | | 0 | 2 993 178 | 0 | 0 | | | |
| | 19.03.2010 | | 736 027 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 18.06.2010 | | 744 205 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.09.2010 | | 768 740 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.12.2010 | | 744 205 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| 2011 | | 6 625 000 | 2 370 688 | 0 | 0 | | | |
| | 21.03.2011 | | 545 751 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.06.2011 | | 545 751 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 03.09.2011 | 6 625 000 | | | | Avilon AG | AMBIKA | Выдан займ по дог.0109/11 от 01.09.2011 |
| | 20.09.2011 | | 551 748 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 19.12.2011 | | 181 688 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.12.2011 | | 545 751 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| 2012 | | 0 | 2 796 636 | 0 | 0 | | | |
| | 20.01.2012 | | 185 587 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.02.2012 | | 185 407 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 01.03.2012 | | 181 356 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.03.2012 | | 173 445 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 02.04.2012 | | 61 725 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.04.2012 | | 185 407 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 02.05.2012 | | 59 734 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 21.05.2012 | | 185 407 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 01.06.2012 | | 61 725 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 22.06.2012 | | 179 426 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 02.07.2012 | | 59 734 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.07.2012 | | 179 426 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 01.08.2012 | | 61 725 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.08.2012 | | 185 407 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 03.09.2012 | | 65 707 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 20.09.2012 | | 185 407 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 01.10.2012 | | 55 751 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 22.10.2012 | | 191 388 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.11.2012 | | 173 445 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.12.2012 | | 179 426 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| 2013 | | 875 000 | 3 266 150 | 0 | 0 | | | |
| | 21.01.2013 | | 209 162 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |

AVP0000951
AVP0000949

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 20.02.2013 | | 196 274 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.03.2013 | | 183 189 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 22.04.2013 | | 215 901 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.05.2013 | | 183 189 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.06.2013 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 22.07.2013 | | 209 359 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.08.2013 | | 189 732 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 03.09.2013 | | 738 540 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 6,625м $ |
| | 03.09.2013 | 738 540 | | | | Avilon AG | AMBIKA | Капитализированы %% по дог.0109/11 от 01.09.2011 |
| | 20.09.2013 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 21.10.2013 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 05.11.2013 | | 139 807 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,363м $ |
| | 05.11.2013 | 136 460 | | | | Avilon AG | AMBIKA | Капитализированы %% по дог.0109/11 от 01.09.2011 |
| | 20.11.2013 | | 196 274 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.12.2013 | | 196 274 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| 2014 | | 201 156 | 3 016 726 | 0 | 0 | | | |
| | 21.01.2014 | | 209 359 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 05.02.2014 | | 207 945 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,5м $ |
| | 20.02.2014 | | 196 274 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.03.2014 | | 183 189 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 21.04.2014 | | 209 359 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 05.05.2014 | | 201 164 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,5м $ |
| | 20.05.2014 | | 189 732 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.06.2014 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 21.07.2014 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 05.08.2014 | | 207 945 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,5м $ |
| | 20.08.2014 | | 196 274 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 22.09.2014 | | 215 901 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 20.10.2014 | | 183 189 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 05.11.2014 | | 207 945 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,5м $ |
| | 20.11.2014 | | 202 816 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 19,9м $ |
| | 09.12.2014 | | 201 156 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 7,5 и 19,9м $ |
| | 09.12.2014 | 201 156 | | | | Avilon AG | AMBIKA INVESTMENTS LTD | Два договора объединены в один - дог.0109/11 от 01.09.2011 и капитализированы %% (ОД стал - 27.601.156,17 USD) |
| 2015 | | 0 | 1 395 667 | 0 | 0 | | | |
| | 29.01.2015 | | 204 083 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 25.02.2015 | | 204 083 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 24.03.2015 | | 184 333 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 24.04.2015 | | 204 083 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 25.05.2015 | | 197 500 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 25.06.2015 | | 204 083 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| | 24.07.2015 | | 197 500 | | | AMBIKA | Avilon AG | Получен %% от Амбики по 27,6м $ |
| ИТОГО | | 27 601 156 | 17 428 109 | 0 | 0 | | | |



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVP0000949–AVP0000951.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 25th day of January, 20 17.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York t: +1.212.631.7432 | Washington, D.C. t: +1.202.828.1267 | Chicago t: +1.312.242.3756 | Houston t: +1.713.353.3909 | San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100 | Paris t: +33.1.42.68.51.47 | Stockholm t: +46.8.463.11.87 | Frankfurt t: +49.69.7593.8434 | Hong Kong t: +852.2159.9143