# EXHIBIT 31



**Monakhova Irina Nikolayevna**

**<irina.monakhova@avilon.ru>**

12/7/2010 12:48 p.m.

To: Nazanskaya Valentina Anatolyevna <valentina.nazanskaya@avilon.ru>, Yana V <Krisjuk@prbb.ru>, Pervushkina Maryana Alekseyevna

Copy

CC

Subject: RE: Loan $19.9 million

Yes, but we need to work in the same way in respect of ERC and Avilon—without any forward contracts and rubles.

________

Sincerely,

**Monakhova Irina Nikolayevna**

Financial Director

**AVILON GROUP**
Moscow, Volgogradskiy prospekt 43/2
Tel. + 7 495 730-4446 ext: 2011, 5011
Fax: +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http: www.avilon.ru

**From:** Nazanskaya Valentina Anatolyevna
**Sent:** Tuesday, December 07, 2010 11:01 AM
**To:** Monakhova Irina Nikolayevna
**Subject:** Loan $19.9 million

Irina Nikolayevna,
The transitional loan agreement for $ 19.9 million expires on December 20.
Probusinessbank offers an 11% rate (currently it stands at 15%).
Yana Krisjuk said that Aleksandr knew about this rate and agreed [to] it on November 30.
Shall we prolong [the agreement] on these terms?

________

Sincerely,

**Nazanskaya Valentina Anatolyevna**

Deputy Chief Accountant
Accounting Department

**Avilon Automobile Group CJSC**
109136, Moscow, Volgogradskiy prospekt 43/3

Tel. + 7 495 730-4444 ext: 2065
Fax: +7 495 730-4449
E-mail: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru

Монахова Ирина Николаевна <irina.monakhova@avilon.ru

07.12.2010 12:48

Кому Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru>, Yana V Krisjuk <Krisjuk@prbb.ru>, Первушкина Марьяна Алексеевна

Копия

СК

Тема RE: Займ $ 19,9 млн.

Да , только надо чтобы они одинаково работали по ЕРК и по Авилону – без всяких там форвардных контрактов и рублей.

---

С уважением,

**Монахова Ирина Николаевна**

Финансовый директор

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.: +7 495 730-4444 доб.: 2011, 5011
Факс: +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http: www.avilon.ru

**From:** Назанская Валентина Анатольевна
**Sent:** Tuesday, December 07, 2010 11:01 AM
**To:** Монахова Ирина Николаевна
**Subject:** Займ $ 19,9 млн.

Ирина Николаевна!
20 декабря заканчивается срок действия транзитного договора займа на $ 19,9 млн.
Пробизнесбанк на следующий год предлагает ставку 11% (действующая – 15%).
Яна Крисюк сообщила, что Александр в курсе и с такой ставкой согласился 30 ноября.
Пролонгируем на таких условиях?

---

С уважением,

**Назанская Валентина Анатольевна**

Зам. главного бухгалтера
Бухгалтерия

**ЗАО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3

Тел.: +7 495 730-4444 доб.: 2065
Факс: +7 495 730-4449
E-mail: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru

translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0033715–SL0033716.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 25th day of January, 2017.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York t: +1.212.631.7432 | Washington, D.C. t: +1.202.828.1267 | Chicago t: +1.312.242.3756 | Houston t: +1.713.353.3909 | San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100 | Paris t: +33.1.42.68.51.47 | Stockholm t: +46.8.463.11.87 | Frankfurt t: +49.69.7593.8434 | Hong Kong t: +852.2159.9143