# EXHIBIT 32

| СОГЛАШЕНИЕ | AGREEMENT |
|---|---|
| г. Москва                09/12/2014 г. | Moscow                09/12/2014 |

| | |
|---|---|
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливанноса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Соглашение о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Agreement on the following: |
| 1) В связи с увеличением суммы займа по Договору займа № 0109/11 от 01.09.2011 года (дополнительное соглашение № 6 от 09.12.2014) обязательства Заемщика по возврату основной суммы займа по Договору займа № 1812/08 от 18.12.2008 года в размере EUR 16 214 454,49 (Шестнадцать миллионов двести четырнадцать тысяч четыреста пятьдесят четыре 49/100) евро и начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 в размере 101 284,81 (Сто одна тысяча двести восемьдесят четыре 81/100) евро считать исполненными 09.12.2014 в полном объеме. | 1) Owing to the increase of the Loan amount under the Loan Agreement № 0109/11 dated 01/09/2011 (additional agreement № 6 dated 09.12.2014), consider the Borrower's obligation to repay the principal loan sum under Loan agreement № 1812/08 dated 18/12/2008 in amount of EUR 16,214, 454.49 (Sixteen million two hundred fourteen thousand four hundred fifty four 49/100) and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 in amount of EUR 101,284.81 (One hundred one thousand two hundred eighty four 81/100) fully discharged on 09.12.2014 in full. |
| 2) Данное соглашение вступает в силу с момента его подписания Сторонами. | 2) The present Agreement shall come into force after it is signed by the Parties. |
| 3) В случае разногласий, приоритет имеет текст на русском языке. | 3) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 4) Данное соглашение составлено в двух экземплярах (по одному — каждой из сторон), оба из которых обладают одинаковой юридической силой. | 4) This agreement is made in two copies (one for each party) of equal legal effect. |
| 5) ПОДПИСИ СТОРОН ЗАИМОДАВЕЦ: ЗАО "Авилон АГ" /Ирина Монахова/ | 5) SIGNATURES OF THE PARTIES THE LENDER: JSC "Avilon AG" /Irina Monakhova/ |
| ЗАЕМЩИК: AMBIKA INVESTMENTS LIMITED /Петрос Ливаниос/ | THE BORROWER: AMBIKA INVESTMENTS LIMITED /Petros Livanios/ |

PLAINTIFF'S EXHIBIT 15 12/16/16

SL0000065