# EXHIBIT 33

| ДОГОВОР ЗАЙМА № 2712/10 | LOAN AGREEMENT № 2712/10 |
|---|---|
| г. Москва                  27 декабря 2010г. | Moscow                  27 December 2010 |
| ООО «Европейская Риэлторская Компания» (ИНН 7705465368, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем: | LLC "European Realty Company" (INN 7705465368, KPP 772201001), date of hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following: |
| 1. ПРЕДМЕТ ДОГОВОРА | 1. SUBJECT OF THE AGREEMENT |
| 1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 12 250 000.00 (Двенадцать миллионов двести пятьдесят тысяч) долларов США в течение 3 дней с момента подписания договора на срок до 27.12.2011 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты). | 1.1. Under this Agreement the Lender shall disburse a USD 12 250 000,00 (Twelve million two hundred fifty thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 27/12/2011 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof. |
| 1.2. Заем предоставляется Заемщику на пополнение оборотных средств. | 1.2. The Loan shall be advanced to the Borrower to replenishment current assets turnover. |
| 2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА | 2. TERMS AND CONDITIONS OF THE LOAN |
| 2.1. Заем предоставляется путем перечисления денежный средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата получения денежных средств на указанный счет Заемщиком и подтверждается выпиской с этого счета. | 2.1. The Loan shall be advanced by the Lender to the Borrower's 40807840400000030269 account with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement. |
| 2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых. | 2.2. The loan interest rate shall be 11 (Eleven) % p.a. |
| 2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов. Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по дату погашения ссудной задолженности по Займу включительно. | 2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual. The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive. |
| 3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ | 3. LOAN PRINCIPAL AND INTEREST REPAYMENT |
| 3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца. | 3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account. |
| 3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания | 3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds |

| | |
|---|---|
| денежных средств со счета Заемщика на соответствующий счет Займодавца.<br>Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 28/03/2011, 27/06/2011, 27/09/2011.<br>Погашение Займа и процентов, начисленных за пользование займом за период с 28/09/2011 по 27/12/2011, производится Заемщиком одновременно 27/12/2011.<br>Заем может быть погашен досрочно без каких либо санкций со стороны Займодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа. | from the Borrower's account to the Lender's account.<br>Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 28/03/2011, 27/06/2011, 27/09/2011.<br>Repayment of the loan and interest, added for using by the loan for the period from 28/09/2011 till 27/12/2011 is made by Borrower at the same time within the 27/12/2011 banking day.<br>The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment. |
| 4. ОТВЕТСТВЕННОСТЬ СТОРОН<br>Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором.<br>В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1. срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Займодавцу.<br>В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки.<br>Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора. | 4. RESPONSIBILITIES OF THE PARTIES<br>The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement.<br>In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full.<br>In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party.<br>In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement. |
| 5. РАЗРЕШЕНИЕ СПОРОВ<br><br>5.1.  Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров.<br>5.2.  При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством.<br>5.3.  Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством. | 5. SETTLEMENT OF DISPUTES<br><br>5.1.  All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations.<br><br>5.2.  In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation.<br>5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law. |
| 6. ПРЕКРАЩЕНИЕ ДОГОВОРА<br><br>6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору.<br>6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору. | 6. TERMINATION OF THE AGREEMENT<br><br>6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder.<br><br>6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder. |
| 7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ<br>7.1.  Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными | 7. CLOSING PROVISIONS<br><br>7.1.  Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties. |

Confidential

| | |
|---|---|
| представителями сторон.<br>7.2. Все уведомления и сообщения должны направляться в письменной форме.<br>7.3. Настоящий договор составлен в двух экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон. | 7.2. All notices and messages shall be provided in writing.<br>7.3. This Agreement shall be executed in two copies of equal legal effect, one for each party. |
| **8. АДРЕСА И РЕКВИЗИТЫ СТОРОН** | **8. PARTIES** |
| ЗАИМОДАВЕЦ:<br>ООО «Европейская Риэлторская Компания»<br><br>ИНН 7705465368<br>КПП 772201001<br>Адрес: 109316, Москва, Волгоградский проспект, д. 43, корп. 2<br>Счет: 40702840100070015567 в ОАО АКБ "Пробизнесбанк"<br>SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561<br>Транзитный счет в USD 40702840400071015567<br><br>_____/ Монахова Ирина Николаевна /<br><br>ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br><br>Адрес: 115 Griva Digeni Ave, P.C. 3101, Limassol, Cyprus<br>Банковские реквизиты:<br>AMBIKA INVESTMENTS LIMITED<br>Счет: 40807840400000030269 в ОАО АКБ "Пробизнесбанк", Москва, Россия<br>SWIFT: PRBMRUMM. Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561<br><br>_____/Петрос Ливаниос/ | THE LENDER:<br>LLC "European Realty Company"<br><br>INN (Taxpayer Identification Number) 7705465368<br>KPP (Taxpayer Record Validity Code) 772201001<br>Address: 43, bldg. 2, Volgogradsky prospect, Moscow, 109316, Russia<br>USD: Acc. # 40702840100070015567 with Probusinessbank Moscow, Russia, SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561<br>Transit Account USD 40702840400071015567<br><br>_____/ Monakhova Irina Nikolaevna /<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>Address: 115 Griva Digeni Ave, P.C. 3101, Limassol, Cyprus<br>Banking details:<br>AMBIKA INVESTMENTS LIMITED<br>Account: 40807840400000030269 with Probusinessbank, Moscow, Russia<br>SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561<br><br>_____/Petros Livanios/ |

Confidential
AVPE0002468

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 1 К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010 г. Москва                27/12/2011 г. | ADDITIONAL AGREEMENT # 1 TO LOAN AGREEMENT № 2712/10 dated 27/12/2010 Moscow                                  27/12/2011 |
|---|---|
| ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем: | LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following: |
| 1) Продлить срок действия Договора займа № 2712/10 от 27/12/2010 по 27/12/2012, изложив п. 1.1 в следующей редакции: | 1) To extend the validity period of the Loan Agreement № 2712/10 dated 27/12/2010 till 27/12/2012, by revising p.1.1. as follows: |
| «1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 12 250 000,00 (Двенадцать миллионов двести пятьдесят тысяч) долларов США в течение 3-х дней с момента подписания договора на срок до 27.12.2012 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a USD 12 250 000,00 (Twelve million two hundred fifty thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 27/12/2012 г. inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 2) Изменить пункт 3.2. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции: | 2) To amend paragraph 3.2. of Loan Agreement № 2712/10 dated 27/12/2012, by revising as follows: |
| «3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Займодавца. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежемесячной основе в следующие даты: 27/01/2012, 27/02/2012, 27/03/2012, 27/04/2012, 28/05/2012, 27/06/2012, 27/07/2012, 27/08/2012, 27/09/2012, 29/10/2012, 27/11/2012. Погашение Займа и процентов, начисленных за пользование займом за период с 28/11/2012 по 27/12/2012, производится Заемщиком одновременно 27/12/2012. Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа». | "3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's bank account to the Lender's bank account. Repayment of interest, added for using by the loan is made by Borrower on a monthly basis on following dates: 27/01/2012, 27/02/2012, 27/03/2012, 27/04/2012, 28/05/2012, 27/06/2012, 27/07/2012, 27/08/2012, 27/09/2012, 29/10/2012, 27/11/2012. Repayment of the loan and interest, added for using by the loan for the period from 28/11/2012 till 27/12/2012 is made by Borrower at the same time on 27/12/2012. The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment". |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от | 4) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |

Confidential

AVPE0002469

| | |
|---|---|
| 27/12/2010. | |
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| 7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза» | 7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza" |
| _____ /Монахова Ирина Николаевна / | _____ /Monakhova Irina Nikolaevna / |
| ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED |
| _____ /Петрос Ливаниос Т./ | _____ /Petros Livanios T./ |

Confidential

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 2 К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010 | ADDITIONAL AGREEMENT # 2 TO LOAN AGREEMENT № 2712/10 dated 27/12/2010 |
|---|---|
| г. Москва                    27/12/2012 г. | Moscow                       27/12/2012 |

ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и **AMBIKA INVESTMENTS LIMITED** (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем:

LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and **AMBIKA INVESTMENTS LIMITED** (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following:

1) Продлить срок действия Договора займа № **2712/10** от 27/12/2010 до 27/12/2013, изложив п. 1.1 в следующей редакции:

1) To extend the validity period of the Loan Agreement № **2712/10 dated 27/12/2010 till 27/12/2013**, by revising p.1.1. as follows:

«1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **12 250 000,00 (Двенадцать миллионов двести пятьдесят тысяч) долларов США** в течение 3-х дней с момента подписания договора на срок до **27.12.2013 г.** включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

"1.1. Under this Agreement the Lender shall disburse a **USD 12 250 000.00 (Twelve million two hundred fifty thousand 00/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till **27/12/2013 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof".

2) Изменить пункт 2.2. Договора займа № **2712/10 от 27/12/2010**, изложив его в следующей редакции:

2) To amend paragraph 2.2. of Loan Agreement № **2712/10 dated 27/12/2010**, by revising as follows:

«2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых».

«2.2. The loan interest rate shall be 12 (Twelve) % p.a.».

3) Изменить пункт 3.2. Договора займа № **2712/10 от 27/12/2010**, изложив его в следующей редакции:

3) To amend paragraph 3.2. of Loan Agreement № **2712/10 dated 27/12/2010**, by revising as follows:

«3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Заимодавца.
Погашение Займа и процентов, начисленных за пользование займом за период с **28/12/2012 по 27/12/2013**, производится Заемщиком одновременно **27/12/2013**.
Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа».

"3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's bank account to the Lender's bank account.
Repayment of the loan and interest, added for using by the loan for the period from **28/12/2012 till 27/12/2013** is made by Borrower at the same time on **27/12/2013**.
The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment".

4) Остальные условия (пункты) Договора займа остаются без изменений.

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

5) Данное соглашение вступает в силу с момента его

5) The present Agreement shall come into force after it is



| | |
|---|---|
| подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от 27/12/2010. | signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза»<br><br>_____ / Монахова Ирина Николаевна<br><br>ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД<br><br>_____ / Петрос Ливаниос Т./ | 8) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza"<br><br>_____ / Monakhova Irina Nikolaevna<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ / Petros Livanios T./ |

Confidential

AVPE0002472

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 3 К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010 г. Москва                27/12/2013 г. | ADDITIONAL AGREEMENT # 3 TO LOAN AGREEMENT № 2712/10 dated 27/12/2010 Moscow                27/12/2013 |
|---|---|
| ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем: | LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following: |
| 1) Продлить срок действия Договора займа № 2712/10 от 27/12/2010 до 29/12/2014, изложив п. 1.1 в следующей редакции: | 1) To extend the validity period of the Loan Agreement № 2712/10 dated 27/12/2010 till 29/12/2014, by revising p.1.1. as follows: |
| «1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 12 250 000,00 (Двенадцать миллионов двести пятьдесят тысяч) долларов США в течение 3-х дней с момента подписания договора на срок до 29.12.2014 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a USD 12 250 000,00 (Twelve million two hundred fifty thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 29/12/2014 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 2) Изменить пункт 3.2. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции: | 2) To amend paragraph 3.2. of Loan Agreement № 2712/10 dated 27/12/2010, by revising as follows: |
| «3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Займодавца. Погашение Займа и процентов, начисленных за пользование займом за период с 28/12/2013 по 29/12/2014, производится Заемщиком одновременно 29/12/2014. Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа». | "3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's bank account to the Lender's bank account. Repayment of the loan and interest, added for using by the loan for the period from 28/12/2013 till 29/12/2014 is made by Borrower at the same time on 29/12/2014. The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment". |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от 27/12/2010. | 4) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |

Confidential

| | |
|---|---|
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| 7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза»<br><br>_____ / Монахова Ирина Николаевна /<br><br>ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД<br><br>_____ / Петрос Ливаниос / | 7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza"<br><br>_____ / Monakhova Irina Nikolaevna /<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ / Petros Livanios / |

Confidential

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 4 К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010 г. Москва  30/01/2014 г. | ADDITIONAL AGREEMENT # 4 TO LOAN AGREEMENT № 2712/10 dated 27/12/2010 Moscow  30/01/2014 |
|---|---|
| ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и **AMBIKA INVESTMENTS LIMITED** (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем: | LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and **AMBIKA INVESTMENTS LIMITED** (reg. Number НЕ 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following: |
| 1) Увеличить сумму Займа по Договору займа № 2712/10 от 27/12/2010 на 1 470 000,00 (Один миллион четыреста семьдесят тысяч 00/100) долларов США с 30.01.2014 и продлить срок действия Договора займа № 2712/10 от 27/12/2010 до 29.01.2015, изложив п. 1.1 в следующей редакции: | 1) To increase the amount of a Loan under Loan Agreement № 2712/10 dated 27/12/2010 by the sum of USD 1 470 000,00 (One million four hundred seventy thousand 00/100) from **30.01.2014** and to extend the validity period of the Loan Agreement № 2712/10 dated 27/12/2010 till **29.01.2015**, by revising p.1.1. as follows: |
| «1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **13720000,00** (Тринадцать миллионов семьсот двадцать тысяч 00/100) долларов США в течение 3-х дней с момента подписания договора на срок до **29.01.2015 г.** включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a **USD 13 720 000,00 (Thirteen million seven hundred twenty thousand 00/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till **29/01/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 2) Изменить пункт 3.2. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции: | 2) To amend paragraph 3.2. of Loan Agreement № 2712/10 dated 27/12/2010, by revising as follows: |
| «3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Заимодавца. Погашение Займа и процентов, начисленных за пользование займом за период с **28/12/2013** по **29/01/2015**, производится Заемщиком одновременно **29/01/2015**. Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа». | "3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's bank account to the Lender's bank account. Repayment of the loan and interest, added for using by the loan for the period from **28/12/2013 till 29/01/2015** is made by Borrower at the same time on **29/01/2015**. The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment". |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от 27/12/2010. | 4) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |

Confidential
AVPE0002475

| | |
|---|---|
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| 7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза»<br><br>_____ / Монахова Ирина Николаевна /<br><br>ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД<br><br>_____ /Петрос Ливанос Т./ | 7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza"<br><br>_____ /Monakhova Irina Nikolaevna /<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ /Petros Livanos T./ |

Confidential

| | |
|---|---|
| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5<br>К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010<br>г. Москва                    09/12/2014 г. | ADDITIONAL AGREEMENT # 5<br>TO LOAN AGREEMENT № 2712/10 dated 27/12/2010<br>Moscow                    09/12/2014 |
| ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем: | LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following: |
| 1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 28.12.2013 по 09.12.2014 по Договору займа № 2712/10 от 27/12/2010 из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:<br>• Сумма основного долга по состоянию на 09.12.2014 составляет 13 720 000,00 долларов США, что составляет с учетом проведенной конверсии 11 179 010,84 евро;<br>• Сумма начисленных и подлежащих выплате процентов за период с 28.12.2013 по 09.12.2014 составляет 1 548 775,89 долларов США, что с учетом проведенной конверсии составляет 1 261 937,50 евро. | 1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 28.12.2013 till 09.12.2014 under Loan Agreement № 2712/10 dated 27/12/2010 from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br>• Principal loan amount as of 09.12.2014 is USD 13,720,000.00, which upon agreed conversion will be equal to EUR 11,179,010.84;<br>• Sum of accrued and payable interest for the period from 28.12.2013 till 09.12.2014 is USD 1,548,775.89, which upon agreed conversion will be equal to EUR 1,261,937.50. |
| 2) Увеличить сумму Займа по Договору займа № 2712/10 от 27/12/2010 на сумму начисленных и подлежащих выплате процентов за период с 28.12.2013 по 09.12.2014 в размере 1 261 937,50 (Один миллион двести шестьдесят одна тысяча девятьсот тридцать семь 50/100) евро с 09.12.2014 и продлить срок действия Договора займа № 2712/10 от 27/12/2010 до 09.12.2015, изложив п. 1.1 в следующей редакции: | 2) To increase the amount of a Loan under Loan Agreement № 2712/10 dated 27/12/2010 by the sum of accrued and payable interest for the period from 28.12.2013 till 09.12.2014 in amount of EUR 1 261 937,50 (One million two hundred sixty one thousand nine hundred thirty seven 50/100) from 09.12.2014 and to extend the validity period of the Loan Agreement № 2712/10 dated 27/12/2010 till 09.12.2015, by revising p.1.1. as follows: |
| «1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 12440948,34 (Двенадцать миллионов четыреста сорок тысяч девятьсот сорок восемь 34/100) евро в течение 3-х дней с момента подписания договора на срок до 09.12.2015 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a EUR 12,440,948.34 (Twelve million four hundred forty thousand nine hundred forty eight 34/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 09/12/2015 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 3) Изменить пункт 3.1. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции<br>«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца». | 3) To amend paragraph 3.1. of Loan Agreement № 2712/10 dated 27/12/2010, by revising as follows:<br>"3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account". |
| 4) Изменить пункт 3.2. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции: | 4) To amend paragraph 3.2. of Loan Agreement № 2712/10 |

| | |
|---|---|
| «3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Займодавца. | dated 27/12/2010, by revising as follows: "3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's bank account to the Lender's bank account. |
| Погашение Займа и процентов, начисленных за пользование займом за период с 10/12/2014 по 09/12/2015, производится Заемщиком одновременно 09/12/2015. | Repayment of the loan and interest, added for using by the loan for the period from 10/12/2014 till 09/12/2015 is made by Borrower at the same time on 09/12/2015. |
| Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа». | The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment". |
| 5) Остальные условия (пункты) Договора займа остаются без изменений. | 5) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от 27/12/2010. | 6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |
| 7) В случае разногласий, приоритет имеет текст на русском языке. | 7) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой. | 8) This agreement is made in two copies (one for each party) of equal legal effect. |
| 9) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза»<br><br>_____ / Монахова Ирина Николаевна /<br><br>ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД<br><br>_____ / Петрос Ливаниос Т. / | 9) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza"<br><br>_____ / Monakhova Irina Nikolaevna /<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ / Petros Livanios T. / |

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 2712/10 от 27/12/2010 | ADDITIONAL AGREEMENT # 6 TO LOAN AGREEMENT № 2712/10 dated 27/12/2010 |
|---|---|
| г. Москва 26/01/2015 г. | Moscow 26/01/2015 |
| ООО «Авилон Плаза» (ИНН 7705465368), именуемое в дальнейшем Заимодавец, в лице Генерального директора Монаховой Ирины Николаевны, действующей на основании Устава, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаноса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Дополнительное соглашение о нижеследующем: | LLC "Avilon Plaza" (INN 7705465368), hereinafter referred to as the Lender, represented by its General Director Monakhova Irina Nikolaevna, acting on the basis of the Charter, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Additional agreement on the following: |
| 1) Сконвертировать основную сумму займа по Договору займа № 2712/10 от 27/12/2010 из евро в доллары США по согласованному сторонами курсу равному 1 EUR=1.2273USD с **09.12.2014** следующим образом:<br>• Сумма основного долга по состоянию на 09.12.2014 составляет 12 440 948,34 евро, что с учетом проведенной конверсии составляет 15 268 775,89 долларов США; | 1) To convert the Principal Loan amount under Loan Agreement № 2712/10 dated 27/12/2010 from EUR to USD by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br>• Principal loan amount as of 09.12.2014 is EUR 12,440,948.34, which upon agreed conversion will be equal to USD 15,268,775.89; |
| 2) Изменить пункт 1.1. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции:<br>«1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **15 268 775,89 (Пятнадцать миллионов двести шестьдесят восемь тысяч семьсот семьдесят пять 89/100) долларов США** в течение 3-х дней с момента подписания договора на срок до **09.12.2015** г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | 2) To amend paragraph 1.1. of Loan Agreement № 2712/10 dated 27/12/2010, by revising as follows:<br>"1.1. Under this Agreement the Lender shall disburse a **USD 15,268,775.89 (Fifteen million two hundred sixty eight thousand seven hundred seventy-five 89/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till **09/12/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 3) Изменить пункт 3.1. Договора займа № 2712/10 от 27/12/2010, изложив его в следующей редакции:<br>«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца». | 3) To amend paragraph 3.1. of Loan Agreement № 2712/10 dated 27/12/2010, by revising as follows:<br>"3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 2712/10 от 27/12/2010. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 2712/10 dated 27/12/2010. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых | 7) This agreement is made in two copies (one for each party) of equal legal effect. |

Confidential

| | |
|---|---|
| обладают одинаковой юридической силой. | |
| 8) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ООО «Авилон Плаза»<br><br>_____ / Монахова Ирина Николаевна / | 8) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>LLC "Avilon Plaza"<br><br>_____ / Monakhova Irina Nikolaevna / |
| ЗАЕМЩИК:<br>АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД<br><br>_____ /Петрос Ливаниос Т./ | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>_____ /Petros Livanios T./ |

Confidential
AVPE0002480