# **EXHIBIT 35**

|  |  |
|---|---|
| Irina Nikolaevna Monakhova <irina.monakhova@avilon.ru | To: Valentina Anatolievna Nazanskaya <valentine.nazanskaya@avilon.ru> Copy: Yana V Krisjuk <yana@prbb.ru>, |
| 09.01.2011  08:43 AM | BCC: Subject: RE: Agreement |

Yes

Kind regards,

Irina Nikolaevna Monakhova Chief

Financial Officer

**AVILON GROUP**
Moscow, Volgogradskiy prospect 43 bld. 2
Tel.      +7 495 730-4446
Fax:     +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:    www.avilon-group.ru

From: Valentina Anatolievna Nazanskaya
**Sent:** Thursday, September 01, 2011 9:13 AM
To: Irina Nikolaevna Monakhova
**Cc:** Yana V. Krisjuk (yana@prbb.ru)
Subject: RE: Agreement

Irina Nikolaevna!

The rate Probusinessbank is offering for the placement of the newly received $6,625,000 is 11% (same as under existing technical loans).

Could you please get this rate and the procedure for paying the accrued interest approved-same as with respect to $19.9 mln.-on a quarterly basis?

Thank you!


Kind regards,

Valentina Anatolievna Nazanskaya

Deputy Chief Accountant
Accounting  Department

Confidential                                                                                                                                  SL0033741

CJSC Avilon Avtomobilnaya Gruppa [Avilon Automobile Group CJSC]
109316 Moscow, Volgogradskiy prospect 43, bld. 3
Tel.      +7 495 730-4444 ext. 2065
Fax:      +7 495 730-4449
E-mail: valentine.nazanskaya@avilon.ru
Http:     www.avilon.ru

From: Irina Nikolaevna Monakhova
Sent: Wednesday, August 31, 2011 7:11 PM
To: Yana V. Krisjuk; Valentina Anatolievna Nazanskaya
Subject: RE: Agreement

Valya,

Send the agreement to the lawyers.

Yana,

What is going on with the rates? I need to get Alexander's approval. This is for him.

Kind regards,

Irina Nikolaevna Monakhova

Chief Financial Officer

AVILON GROUP
Moscow, Volgogradskiy prospect 43 bld. 2
Tel.      +7 495 730-4446
Fax:      +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:     www.avilon-group.ru

From: Yana V. Krisjuk [mailto:yana@prbb.ru] Sent: Wednesday, August 31, 2011 7:08 PM To: Valentina Anatolievna Nazanskaya
Cc: Irina Nikolaevna Monakhova
Subject: Agreement

Good evening, Valentina!

We have prepared the agreement and the guarantee. Could I ask you to verify this form and get it approved?
Call me if you have any questions!!!

Confidential                                                                 SL0033742

**Kind regards,**
**Yana Krisjuk**
Head of the VIP Clients Department
Deputy Head of Department
OJSC JSCB Probusinessbank
Tel: 937-3797 ext. 10-32
Tel: 781-81-88
Fax: 781-81-84
Cell: +7 903 676-71-95

Confidential

SL0033743

Case 1:16-cv-03595-JSR   Document 55-37   Filed 01/27/17   Page 5 of 9



| | | |
|---|---|---|
| Монахова Ирина Николаевна <irina.monakhova@avilon.ru> | Кому | Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru>, |
| | Копия | "Yana V Krisjuk (yana@prbb.ru)" <yana@prbb.ru> |
| 01.09.2011 08:43 | СК | |
| | Тема | RE: Договор |

Да

С уважением,

**Монахова Ирина Николаевна**

Финансовый директор

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:   +7 495 730-4446
Факс:   +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:   www.avilon-group.ru

**From:** Назанская Валентина Анатольевна
**Sent:** Thursday, September 01, 2011 9:13 AM
**To:** Монахова Ирина Николаевна
**Cc:** Yana V Krisjuk (yana@prbb.ru)
**Subject:** RE: Договор

Ирина Николаевна!

Пробизнесбанк на размещение вновь поступивших $ 6.625.000 предлагает ставку 11 % (такую же, как по действующим техническим займам).

Согласуйте, пожалуйста, данную ставку и порядок выплаты начисленных процентов – так же, как по $ 19,9 млн. – ежеквартально?

Спасибо!

С уважением,

**Назанская Валентина Анатольевна**

Зам. главного бухгалтера
Бухгалтерия

Confidential
SL0033741

ЗАО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 730-4444 доб.: 2065
Факс:  +7 495 730-4449
E-mail: valentina.nazanskaya@avilon.ru
Http:   www.avilon.ru

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, August 31, 2011 7:11 PM
**To:** Yana V Krisjuk; Назанская Валентина Анатольевна
**Subject:** RE: Договор

Валя,

договор направь юристам

Яна,

что по ставкам?   Мне надо согласовать с Александром. Это для него

_____

С уважением,

Монахова Ирина Николаевна

Финансовый директор

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:    +7 495 730-4446
Факс:   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru

**From:** Yana V Krisjuk [mailto:yana@prbb.ru]
**Sent:** Wednesday, August 31, 2011 7:08 PM
**To:** Назанская Валентина Анатольевна
**Cc:** Монахова Ирина Николаевна
**Subject:** Договор

Валентина, добрый вечер!
Мы подготовили договор и гарантию, прошу Вас проверить и согласовать данную форму!
Если возникнут вопросы, звоните!!!

Confidential

SL0033742

С уважением,
Яна Крисюк
Начальник управления
по работе с корпоративными клиентами
Департамент по работе с V.I.P. клиентами
ОАО АКБ "Пробизнесбанк"
тел.:  937-37-97 доб.10-32
тел.:  781-81-88
факс: 781-81-84
моб:  +7 903 676 7195

Confidential

SL0033743



translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         )    ss
COUNTY OF NEW YORK       )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0033741–SL0033743.

*[signature]*

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

*[signature]*

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York            Washington, D.C.       Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267     t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris                  Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47   t: +46.8.463.11.87  t: +49.69.7593.8434 t: +852.2159.9143