# EXHIBIT 36

| ДОГОВОР ЗАЙМА № 0109/11 | LOAN AGREEMENT № 0109/11 |
|---|---|
| г. Москва  01 сентября 2011 г. | Moscow  September 01, 2011 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), компания зарегистрированная по законодательству Республики Кипр, именуемая в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые — Стороны, заключили настоящий договор о нижеследующем: | Closed JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), Company duly registered under the law of the Republic of Cyprus, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following: |
| 1. ПРЕДМЕТ ДОГОВОРА | 1. SUBJECT OF THE AGREEMENT |
| 1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США (далее по тексту «Займ») в течение 3 дней с момента подписания договора на срок до 03.09.2012г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты). | 1.1 Under this Agreement, the Lender shall disburse a loan on condition of repayment with interest for USD 6,625,000.00 (six million six hundred twenty five thousand 00/100) (hereinafter referred to as the "Loan") within 3 days after the date of the Loan Agreement for the period up to 03.09.2012, inclusive, and the Borrower shall duly fulfill his obligations, i.e. repay the Loan ("Loan") with interest ("Interest") hereunder. |
| 1.2. Заем предоставляется Заемщику на пополнение оборотных средств. Заемщик в течении трех банковских дней с момента соответствующего запроса Займодавца, обязан предоставить, документы подтверждающие целевое использование Займа. | 1.2. The Loan shall be advanced to the Borrower for the replenishment of the working capital. The Borrower must provide the Lender with supporting documents in three days from the request. |
| 2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА | 2. TERMS AND CONDITIONS OF THE LOAN |
| 2.1. Заем предоставляется путем перечисления денежных средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата поступления денежных средств на указанный счет Заемщика. Заемщик на следующий день с даты получения денежных средств предоставляет Заимодавцу выписку по банковскому счету, содержащую информацию о поступлении денежных средств. | 2.1. The Loan shall be advanced by the Lender to the Borrower's account № 40807840400000030269 with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement. On the next day after the Borrower receives the funds, the Borrower shall provide the Lender with the bank account statement, containing the confirmation of credit. |
| 2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых. | 2.2. The loan interest rate shall be 11 (Eleven) % p.a. |
| 2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов. Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по | 2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual. The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive. |



SL0000046

| | |
|---|---|
| дату погашения ссудной задолженности по Займу включительно. | |
| 3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ | 3. LOAN PRINCIPAL AND INTEREST REPAYMENT |
| 3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца. | 3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account. |
| 3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания денежных средств со счета Заемщика на соответствующий счет Займодавца. | 3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds from the Borrower's account to the Lender's account. |
| 3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 01/12/2011, 01/03/2012, 01/06/2012. | 3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates - 01/12/2011, 01/03/2012, 01/06/2012. |
| 3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/06/2012 по 03/09/2012, производится Заемщиком одновременно 03/09/2012. | 3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/06/2012 till 03/09/2012 is made by Borrower at the same time within the 03/09/2012 banking day. |
| 3.5. Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа. | 3.5. The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment. |
| 4. ОТВЕТСТВЕННОСТЬ СТОРОН | 4. RESPONSIBILITIES OF THE PARTIES |
| 4.1. Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором. | 4.1. The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement. |
| 4.2. В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1., 3.3 срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Заимодавцу. | 4.2. In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full. |
| 4.3. В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки. | 4.3. In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party. |
| 4.4. Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора. | 4.4. In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement. |
| 5. РАЗРЕШЕНИЕ СПОРОВ | 5. SETTLEMENT OF DISPUTES |
| 5.1. Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров. | 5.1. All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations. |
| 5.2. При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством. | 5.2. In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation. |
| 5.3. Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством. | 5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law. |

2

SL0000047

## 6. ПРЕКРАЩЕНИЕ ДОГОВОРА

6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору.

6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору.

## 7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

7.1. Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными представителями сторон.

7.2. Все уведомления и сообщения должны направляться в письменной форме.

7.3. Настоящий договор составлен в двух экземплярах, на русском и английских языках, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон. В случае разногласий в тексте русского и английского языка, преимущество имеет русский язык.

## 8. АДРЕСА И РЕКВИЗИТЫ СТОРОН

ЗАИМОДАВЕЦ:
ЗАО «Авилон АГ»

ИНН 7705133757
КПП 774901001
Адрес: г. Москва, Волгоградский проспект, д. 43/3
Счет: 40702840600000011141 в ОАО АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

/ Монахова Ирина Николаевна /

ЗАЕМЩИК:

AMBIKA INVESTMENTS LIMITED

Адрес: 115 Griva Digeni Ave, P.C. 3101, Limassol, Cyprus
Банковские реквизиты:
AMBIKA INVESTMENTS LIMITED
Счет: 40807840400000030269 в ОАО АКБ "Пробизнесбанк", Москва, Россия
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

/ Петрос Ливаниос /

## 6. TERMINATION OF THE AGREEMENT

6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder.

6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder.

## 7. CLOSING PROVISIONS

7.1. Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties.

7.2. All notices and messages shall be provided in writing.

7.3. This Agreement shall be executed in English and Russian in two copies of equal legal effect, one for each party. In case of any discrepancies in the Russian and English version, the Russian version will prevail.

## 8. PARTIES

THE LENDER:
Closed JSC "Avilon AG"

INN (Taxpayer Identification Number) 7705133757
KPP (Taxpayer Record Validity Code) 774901001
Address: 43/3, Volgogradsky prospect, Moscow
USD: Acc. # 40702840600000011141 with Probusinessbank Moscow, Russia, SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

/ Monakhova Irina Nikolaevna /

THE BORROWER:

AMBIKA INVESTMENTS LIMITED

Address: 115 Griva Digeni Ave, P.C. 3101, Limassol, Cyprus
Banking details:
AMBIKA INVESTMENTS LIMITED
Account: 40807840400000030269 with Probusinessbank, Moscow, Russia
SWIFT: PRBMRUMM, Acc.# № 3582021664001 with Standard Chartered Bank, New York, NY, USA, S.W.I.F.T. code SCBLUS33, CHIPS ABA: 0256, FED ABA: 026002561

/ Petros Livanios /

3

SL0000048

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 1 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT #1 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва                          02/03/2012 г. | Moscow                          02/03/2012 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 7 от 06.07.2009, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 7 dated 06.07.2009, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 1) To Amend paragraph 3.3. of Loan Agreement № 0109/11 dated 01/09/2011 as follows: |
| «3.3. Выплата процентов, начисленных за пользование Займом в период с 02/03/2012 по 03/09/2012 производится Заемщиком на ежемесячной основе в следующие даты: <br><br>• 02/04/2012 за период с 02/03/2012 по 01/04/2012 включительно;<br>• 02/05/2012 за период с 02/04/2012 по 01/05/2012 включительно;<br>• 01/06/2012 за период с 02/05/2012 по 01/06/2012 включительно;<br>• 02/07/2012 за период с 02/06/2012 по 01/07/2012 включительно;<br>• 01/08/2012 за период с 02/07/2012 по 01/08/2012 включительно;<br>• 03/09/2012 за период с 02/08/2012 по 03/09/2012 включительно». | "3.3. Repayment of interest, added for using by the loan for the period from 02/03/2012 till 03/09/2012 is made by Borrower on monthly basis within the following dates:<br><br>• 02/04/2012 for the period from 02/03/2012 till 01/04/2012 inclusive;<br>• 02/05/2012 for the period from 02/04/2012 till 01/05/2012 inclusive;<br>• 01/06/2012 for the period from 02/05/2012 till 01/06/2012 inclusive;<br>• 02/07/2012 for the period from 02/06/2012 till 01/07/2012 inclusive;<br>• 01/08/2012 for the period from 02/07/2012 till 01/08/2012 inclusive;<br>• 03/09/2012 for the period from 02/08/2012 till 03/09/2012 inclusive". |
| 2) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 2) To Amend paragraph 3.4. of Loan Agreement № 0109/11 dated 01/09/2011 as follows: |
| «3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/08/2012 по 03/09/2012, производится Заемщиком одновременно 03/09/2012». | "3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/08/2012 till 03/09/2012 is made by Borrower at the same time on 03/09/2012". |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу 02/03/2012 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 4) The present Agreement shall come into force 02/03/2012 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |

SL0000049

| | |
|---|---|
| 5) В случае разногласий, приоритет имеет текст на русском языке. | 5) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 6) This agreement is made in two copies (one for each party) of equal legal effect. |
| 7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ:<br>ЗАО "Авилон АГ" | 7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG" |
| /Ирина Монахова/ | /Irina Monakhova/ |
| ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED |
| /Петрос Ливаниос/ | /Petros Livanios/ |

SL0000050

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №2 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 г. Москва 03/09/2012 г. | ADDITIONAL AGREEMENT #2 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 Moscow 03/09/2012 |
|---|---|
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 79/2012 от 05.07.2012, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 79/2012 dated 05.07.2012, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 по 03/09/2013, изложив п. 1.1 в следующей редакции: «1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 6625000 (Шесть миллионов шестьсот двадцать пять тысяч) долларов США в течение 3 дней с момента подписания договора на срок до 03.09.2013 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | 1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till 03/09/2013 by revising p.1.1. as follows: «1.1. Under this Agreement the Lender shall disburse a USD 6625000 (Six million six hundred twenty five thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 03/09/2013 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых за период с 04/09/2012 по 03/09/2013». | 2) Amend paragraph 2.2. of Loan Agreement №0109/11 dated 01/09/2011 as follows: «2.2. The loan interest rate shall be 12 (Twelve) % p.a. for the period from 04/09/2012 till 03/09/2013». |
| 3) Изменить пункт 3.3. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «3.3. Выплата процентов, начисленных на пользование займом за период с 04/09/2012 по 01/10/2012 включительно, подлежат уплате Заемщиком в следующем порядке: <br>• 01.10.2012 - в сумме 55 751,37 доллар США <br>• 03.09.2013 - в сумме 5 068,31 долларов США». | 3) Amend paragraph 3.3. of Loan Agreement №0109/11 dated 01/09/2011 as follows: "3.3. Repayment of interest, added for using by the loan for the period from 04/09/2012 till 01/10/2012 inclusively is to be made by Borrower in the following order: <br>• 01.10.2012 - in amount of USD 55 751,37 <br>• 03.09.2013 - in amount of USD 5 068,31». |
| 4) Изменить пункт 3.4. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 02/10/2012 по 03/09/2013, производится Заемщиком одновременно 03/09/2013». | 4) Amend paragraph 3.4. of Loan Agreement №0109/11 dated 01/09/2011 as follows: "3.4. Repayment of the loan and interest, added for using by the loan for the period from 02/10/2012 till 03/09/2013 is made by Borrower at the same time within the 03/09/2013 banking day". |
| 5) Остальные условия (пункты) Договора займа остаются без изменений. | 5) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |

SL0000051

| | |
|---|---|
| 7) В случае разногласий, приоритет имеет текст на русском языке. | 7) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 8) This agreement is made in two copies (one for each party) of equal legal effect. |

9) ПОДПИСИ СТОРОН:
ЗАЙМОДАВЕЦ:
ЗАО "Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

9) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №3 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT #3 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва                 03/09/2013 г. | Moscow                 03/09/2013 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до 05/11/2014 и добавить сумму начисленных процентов в размере 738 540,46 (Семьсот тридцать восемь тысяч пятьсот сорок 46/100) долларов США к сумме основного долга, изложив п. 1.1 в следующей редакции: «1.1. Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7363540,46 (Семь миллионов триста шестьдесят три тысячи пятьсот сорок 46/100) долларов США в течение 3 дней с момента подписания договора на срок до 05.11.2014 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее -Проценты)». | 1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till 05/11/2014 and add the amount of accrued interest in sum of USD 738 540,46 (Seven hundred thirty eight thousand five hundred forty 46/100) to amount of principal by revising p.1.1. as follows: «1.1. Under this Agreement the Lender shall disburse a USD 7363540,46 (Seven million three hundred sixty three thousand five hundred forty 46/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 05/11/2014 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «2.2. Процентная ставка за пользование Займом устанавливается в размере 11 (Одиннадцать) процентов годовых за период с 04/09/2013 по 05/11/2014». | 2) Amend paragraph 2.2. of Loan Agreement №0109/11 dated 01/09/2011 as follows: « 2.2. The loan interest rate shall be 11 (Eleven) % p.a. for the period from 04/09/2013 till 05/11/2014». |
| 3) Изменить пункт 3.3. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «3.3. Выплата процентов, начисленных на пользование займом за период с 04/09/2013 по 05/11/2013 включительно, подлежат уплате Заемщиком 05.11.2013 в сумме 139 806,40 (Сто тридцать девять тысяч восемьсот шесть долларов 40/100) долларов США». | 3) Amend paragraph 3.3. of Loan Agreement №0109/11 dated 01/09/2011 as follows: "3.3. Repayment of interest, added for using by the loan for the period from 04/09/2013 till 05/11/2013 inclusively is to be made by Borrower on 05.11.2013 in amount of USD 139 806,40 (One hundred thirty nine thousand eight hundred six 40/100)». |
| 4) Изменить пункт 3.4. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 06/11/2013 по 05/11/2014, производится Заемщиком одновременно 05/11/2014». | 4) Amend paragraph 3.4. of Loan Agreement №0109/11 dated 01/09/2011 as follows: "3.4. Repayment of the loan and interest, added for using by the loan for the period from 06/11/2013 till 05/11/2014 is made by Borrower at the same time within the 05/11/2014 banking day". |
| 5) Остальные условия (пункты) Договора займа остаются без изменений. | 5) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой | 6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan |

SL0000053

| | |
|---|---|
| составной частью Договора займа № 0109/11 от 01/09/2011. | Agreement № 0109/11 dated 01/09/2011. |
| 7) В случае разногласий, приоритет имеет текст на русском языке. | 7) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 8) This agreement is made in two copies (one for each party) of equal legal effect. |

9) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ:
ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

9) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

SL0000054

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №4 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT #4 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва 16/09/2013 г. | Moscow 16/09/2013 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) Добавить часть суммы начисленных и подлежащих выплате процентов за период с 04.09.2013 по 05.11.2013 включительно в размере 136 459,54 (Сто тридцать шесть тысяч четыреста пятьдесят девять 54/100) долларов США к сумме основного долга с 05.11.2013, изложив п. 1.1 в следующей редакции:

1) To add the part of amount of accrued and payable interest for the period from 04.09.2013 till 05.11.2013 inclusively in sum of USD 136 459,54 (One hundred thirty six thousand four hundred fifty nine 54/100) to amount of principal from 05.11.2013, by revising p.1.1. as follows:

«1.1. Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до 05.11.2014 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 05/11/2014 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof».

2) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 05.02.2014, 05.05.2014, 05.08.2014».

2) Amend paragraph 3.3. of Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 05.02.2014, 05.05.2014, 05.08.2014".

3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:
«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 06.08.2014 по 05.11.2014, производится Заемщиком одновременно 05.11.2014».

3) Amend paragraph 3.4. of Loan Agreement № 0109/11 dated 01/09/2011 as follows:
"3.4. Repayment of the loan and interest, added for using by the loan for the period from 06.08.2014 till 05.11.2014 is made by Borrower at the same time within the 05.11.2014 banking day".

4) Остальные условия (пункты) Договора займа остаются без изменений.

4) Other provisions (clauses) of the Loan Agreement shall remain without amendments.

5) Данное соглашение вступает в силу 05.11.2013 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.

5) The present Agreement shall come into on 05.11.2013 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.

6) В случае разногласий, приоритет имеет текст на русском языке.

6) For the avoidance of doubt, the text in the Russian language shall prevail.

SL0000055

| | |
|---|---|
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |

8) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ:
ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

8) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/

SL0000056

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 г. Москва                             05/11/2014 г. | ADDITIONAL AGREEMENT # 5 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 Moscow                             05/11/2014 |
|---|---|
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до 05/11/2015 включительно, изложив п. 1.1 в следующей редакции: «1.1. Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до 05.11.2015 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | 1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till 05/11/2015 inclusively, by revising p.1.1. as follows: «1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 05/11/2015 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 3.3. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции: «3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 05.02.2015, 05.05.2015, 05.08.2015». | 2) Amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows: "3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates: 05.02.2015, 05.05.2015, 05.08.2015". |
| 3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции: «3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 06.08.2015 по 05.11.2015, производится Заемщиком одновременно 05.11.2015». | 3) Amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows: "3.4. Repayment of the loan and interest, added for using by the loan for the period from 06.08.2015 till 05.11.2015 is made by Borrower at the same time within the 05.11.2015 banking day". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу 05.11.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 5) The present Agreement shall come into on 05.11.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"  /Ирина Монахова/ | 8) SIGNATURES OF THE PARTIES THE LENDER: JSC "Avilon AG"  /Irina Monakhova/ |

SL0000057

| ЗАЕМЩИК: | THE BORROWER: |
|---|---|
| AMBIKA INVESTMENTS LIMITED | AMBIKA INVESTMENTS LIMITED |
| /Петрос Ливаниос/ | /Petros Livanios/ |

SL0000058

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT # 6 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва                    09/12/2014 г. | Moscow                    09/12/2014 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем:

1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 06.11.2014 по 09.12.2014 по Договору займа № 0109/11 от 01/09/2011 из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:
- Сумма основного долга по состоянию на 09.12.2014 составляет 7 500 000,00 долларов США, что составляет с учетом проведенной конверсии 6 110 975,31 евро;
- Сумма начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 составляет 76 849,32 долларов США, что с учетом проведенной конверсии составляет 62 616,57 евро.

2) Увеличить сумму Займа по Договору займа № 0109/11 от 01/09/2011 на сумму:

- начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 в размере 62 616,57 (Шестьдесят две тысячи шестьсот шестнадцать 57/100) евро;
- 16 315 739,30 (Шестнадцать миллионов триста пятнадцать тысяч семьсот тридцать девять 30/100) евро (сумма займа и процентов по Договору займа № 1812/08 от 18/12/2008),

с 09.12.2014 и продлить срок действия Договора займа № 0109/11 от 01/09/2011 до 09.12.2015, изложив п. 1.1 в следующей редакции:

«1.1. По настоящему Договору Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 22 489 331,18 (Двадцать два миллиона четыреста восемьдесят девять тысяч триста тридцать один 18/100) евро в течение 3-х дней с момента подписания договора на срок до 09.12.2015 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)».

JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and
AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following:

1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 under Loan agreement # 0109/11 dated 01/09/2011 from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:

- Principal loan amount as of 09.12.2014 is USD 7,500,000.00, which upon agreed conversion will be equal to EUR 6,110,975.31;
- Sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 is USD 76,849.32, which upon agreed conversion will be equal to EUR 62,616.57.

2) To increase the amount of a Loan under Loan agreement # 0109/11 dated 01/09/2011 by the sum of:
- accrued and payable interest for the period from 06.11.2014 till 09.12.2014 in amount of EUR 62,616.57 (Sixty two thousand six hundred sixteen 57/100);
- EUR 16,315,739.30 (sixteen million three hundred fifteen thousand seven hundred thirty nine 30/100) (principal loan and sum of interest under Loan agreement # 1812/08 dd. 18/12/2008),

from 09.12.2014 and to extend the validity period of the Loan Agreement № 0109/11 dated 01/09/2011 till 09.12.2015, by revising p.1.1. as follows:

"1.1. Under this Agreement the Lender shall disburse a EUR 22,489,331.18 (Twenty two million four hundred eighty nine thousand three hundred thirty one 18/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 09/12/2015 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof".



SL0000059

| | |
|---|---|
| 2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции: «2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых». | 2) Amend paragraph 2.2. of the Loan Agreement №0109/11 dated 01/09/2011 as follows: « 2.2. The loan interest rate shall be 12 (Twelve) % p.a.». |
| 3) Изменить пункт 3.1. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции: «3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца». | 3) Amend paragraph 3.1. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows: "3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account". |
| 4) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 4) To amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows: |
| «3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком 09.12.2015». | "3.3. Repayment of interest, added for using by the loan is made by Borrower on 09.12.2015". |
| 5) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 5) To amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows: |
| «3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 10/12/2014 по 09/12/2015, производится Заемщиком одновременно 09/12/2015». | "3.4. Repayment of the loan and interest, added for using by the loan for the period from 10/12/2014 till 09/12/2015 is made by Borrower at the same time on 09/12/2015". |
| 6) Остальные условия (пункты) Договора займа остаются без изменений. | 6) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 7) Данное соглашение вступает в силу 09.12.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 7) The present Agreement shall come into on 09.12.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |
| 8) В случае разногласий, приоритет имеет текст на русском языке. | 8) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 9) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон) одинаковой юридической силы. | 9) This agreement is made in two copies (one for each party) of equal legal effect. |
| 10) ПОДПИСИ СТОРОН ЗАИМОДАВЕЦ: ЗАО "Авилон АГ" /Ирина Монахова/ ЗАЕМЩИК: AMBIKA INVESTMENTS LIMITED /Петрос Ливаниос/ | 10) SIGNATURES OF THE PARTIES THE LENDER: JSC "Avilon AG" /Irina Monakhova/ THE BORROWER: AMBIKA INVESTMENTS LIMITED /Petros Livanios/ |

SL0000060

| | |
|---|---|
| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 7 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011<br>г. Москва                    19/01/2015 г. | ADDITIONAL AGREEMENT # 7 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011<br>Moscow                         19/01/2015 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 1) To amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows: |
| «3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком следующим образом: | "3.3. Repayment of interest, added for using by the loan is made by Borrower as follows: |
| 1) Сумма займа в части 6 173 591,88 (шесть миллионов сто семьдесят три тысячи пятьсот девяносто один 88/100) евро:<br>Порядок выплаты процентов:<br>Выплата процентов за период с 10/12/2014 по 09/12/2015 включительно производится Заемщиком одновременно с возвратом Займа 09/12/2015. | 1) Loan amount is EUR 6 173 591,88 (six million one hundred seventy three thousand five hundred ninety one 88/100):<br>Interest payment order:<br>Payment of the interest, added for using by the Loan for the period from 10/12/2014 till 09/12/2015 is made by Borrower at the same time on 09/12/2015" |
| 2) Сумма займа в части 16 315 739,30 (шестнадцать миллионов триста пятнадцать тысяч семьсот тридцать девять 30/100) евро:<br>Порядок выплаты процентов:<br>• 26.01.2015 – в сумме 166 286,44 евро<br>• 25.02.2015 – в сумме 166 286,44 евро<br>• 25.03.2015 – в сумме 150 194,20 евро<br>• 24.04.2015 – в сумме 166 286,44 евро<br>• 25.05.2015 – в сумме 160 922,36 евро<br>• 25.06.2015 – в сумме 166 286,44 евро<br>• 24.07.2015 – в сумме 160 922,36 евро<br>• 25.08.2015 – в сумме 166 286,44 евро<br>• 25.09.2015 – в сумме 166 286,44 евро<br>• 26.10.2015 – в сумме 160 922,36 евро<br>• 25.11.2015 – в сумме 166 286,44 евро<br>• 09.12.2015 – в сумме 160 922,36 евро». | 2) Loan amount is EUR 16 315 739,30 (sixteen million three hundred fifteen thousand seven hundred thirty nine 30/100):<br>Interest payment order:<br>• 26.01.2015 – in amount of EUR 166 286,44<br>• 25.02.2015 – in amount of EUR 166 286,44<br>• 25.03.2015 – in amount of EUR 150 194,20<br>• 24.04.2015 – in amount of EUR 166 286,44<br>• 25.05.2015 – in amount of EUR 160 922,36<br>• 25.06.2015 – in amount of EUR 166 286,44<br>• 24.07.2015 – in amount of EUR 160 922,36<br>• 25.08.2015 – in amount of EUR 166 286,44<br>• 25.09.2015 – in amount of EUR 166 286,44<br>• 26.10.2015 – in amount of EUR 160 922,36<br>• 25.11.2015 – in amount of EUR 166 286,44<br>• 09.12.2015 – in amount of EUR 160 922,36». |
| 2) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:<br>«3.4. Погашение Займа производится Заемщиком 09/12/2015». | 2) To amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows:<br>"3.4. Repayment of the loan is made by Borrower on 09/12/2015". |
| 3) Остальные условия (пункты) Договора займа остаются без изменений. | 3) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 4) Данное соглашение вступает в силу 19.01.2015 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 4) The present Agreement shall come into on 19.01.2015 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |

SL0000061

| | |
|---|---|
| 5) В случае разногласий, приоритет имеет текст на русском языке.<br>6) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.<br>7) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ: ЗАО "Авилон АГ"<br>/Ирина Монахова/<br><br>ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br>/Петрос Ливаниос/ | 5) For the avoidance of doubt, the text in the Russian language shall prevail.<br>6) This agreement is made in two copies (one for each party) of equal legal effect.<br>7) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG"<br>/Irina Monakhova/<br><br>THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br>/Petros Livanios/ |



| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 8 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT # 8 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва 26/01/2015 г. | Moscow 26/01/2015 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Займодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Сконвертировать основную сумму займа по Договору займа № 0109/11 от 01/09/2011 из евро в доллары США по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:<br>• Сумма основного долга по состоянию на 09.12.2014 составляет 22 489 331,18 евро, что с учетом проведенной конверсии составляет 27 601 156,17 долларов США; | 2) To convert the Principal Loan amount under Loan agreement # 0109/11 dated 01/09/2011 from EUR to USD by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br>• Principal loan amount as of 09.12.2014 is EUR 22,489,331.18, which upon agreed conversion will be equal to USD 27,601,156.17; |
| 2) Изменить пункт 1.1. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 2) To amend paragraph 1.1. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows: |
| «1.1. По настоящему Договору Займодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 27 601 156,17 (Двадцать семь миллионов шестьсот одна тысяча сто пятьдесят шесть 17/100) долларов США в течение 3-х дней с момента подписания договора на срок до 09.12.2015 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a USD 27,601,156.17 (Twenty seven million six hundred one thousand one hundred fifty six one 17/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 09/12/2015 inclusive, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |
| 3) Изменить пункт 3.1. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:<br>«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Займодавца». | 3) Amend paragraph 3.1. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:<br>"3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account". |
| 4) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции: | 4) To amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011, by revising as follows: |
| «3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком следующим образом: | "3.3. Repayment of interest, added for using by the loan is made by Borrower as follows: |
| 1) Сумма займа в части 7 576 849,32 (семь миллионов пятьсот семьдесят шесть тысяч восемьсот сорок девять 32/100) долларов США:<br>Порядок выплаты процентов:<br>Выплата процентов за период с 10/12/2014 по 09/12/2015 включительно производится | 1) Loan amount is USD 7,576,849.32 (seven million five hundred seventy six thousand eight hundred forty nine 32/100):<br>Interest payment order:<br>Payment of the interest, added for using by the Loan for the period from 10/12/2014 till |

SL0000063

| | |
|---|---|
| Заемщиком одновременно с возвратом Займа 09/12/2015. | 09/12/2015 is made by Borrower at the same time on 09/12/2015" |
| 2) Сумма займа в части 20 024 306,85 (двадцать миллионов двадцать четыре тысячи триста шесть 85/100) долларов США: | 2) Loan amount is USD 20,024,306.85 (twenty million twenty four thousand three hundred six 85/100): |
| Порядок выплаты процентов: | Interest payment order: |
| • 29.01.2015 – в сумме 204 083,35 долларов США<br>• 25.02.2015 – в сумме 204 083,35 долларов США<br>• 25.03.2015 – в сумме 184 333,33 долларов США<br>• 24.04.2015 – в сумме 204 083,35 долларов США<br>• 25.05.2015 – в сумме 197 500,01 долларов США<br>• 25.06.2015 – в сумме 204 083,35 долларов США<br>• 24.07.2015 – в сумме 197 500,01 долларов США<br>• 25.08.2015 – в сумме 204 083,35 долларов США<br>• 25.09.2015 – в сумме 204 083,35 долларов США<br>• 26.10.2015 – в сумме 197 500,01 долларов США<br>• 25.11.2015 – в сумме 204 083,35 долларов США<br>• 09.12.2015 - в сумме 197 500,01 долларов США». | • 29.01.2015 – in amount of USD 204 083,35<br>• 25.02.2015 – in amount of USD 204 083,35<br>• 25.03.2015 – in amount of USD 184 333,33<br>• 24.04.2015 – in amount of USD 204 083,35<br>• 25.05.2015 – in amount of USD 197 500,01<br>• 25.06.2015 – in amount of USD 204 083,35<br>• 24.07.2015 – in amount of USD 197 500,01<br>• 25.08.2015 – in amount of USD 204 083,35<br>• 25.09.2015 – in amount of USD 204 083,35<br>• 26.10.2015 – in amount of USD 197 500,01<br>• 25.11.2015 – in amount of USD 204 083,35<br>• 09.12.2015 – in amount of USD 197 500,01». |
| 5) Остальные условия (пункты) Договора займа остаются без изменений. | 5) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 6) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 6) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |
| 7) В случае разногласий, приоритет имеет текст на русском языке. | 7) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 8) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон) одинаковой юридической силы. | 8) This agreement is made in two copies (one for each party) of equal legal effect. |
| 9) ПОДПИСИ СТОРОН<br>ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"<br><br>/Ирина Монахова/ | 9) SIGNATURES OF THE PARTIES<br>THE LENDER:<br>JSC "Avilon AG"<br><br>/Irina Monakhova/ |
| ЗАЕМЩИК:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Петрос Ливаниос/ | THE BORROWER:<br>AMBIKA INVESTMENTS LIMITED<br><br>/Petros Livanios/ |

SL0000064