# EXHIBIT 37

**Life Financial Group**
PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN
JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC
Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342,corporate@prbb.ru,www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412
**No.** _127-433_

                                                                    **Avilon AG CJSC**
                                                          43/3 Volgogradsky Prospekt, Moscow

_September 1_, 20_11_
**Moscow**
**In response to Ref. No.** _____

        SEPTEMBER 1, 2011

                              **BANK GUARANTEE**
                                                                            Moscow
PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (AN OPEN JOINT-STOCK COMPANY)
(hereinafter "Guarantor"), TIN 7729086087, BIC 044525986, having its registered address at 3 ul. Pudovkina,
Moscow 119285, mailing address: Bldg 1, 18/2 ul. Petrovka, Moscow 127051, is aware that pursuant to Loan
Agreement No. 0109/11 dated September 1, 2011 (hereinafter "Agreement"), the company Avilon AG CJSC
(hereinafter "Beneficiary"), having its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and
the company AMBIKA INVESTMENTS LIMITED (hereinafter "Principal"), having its registered and mailing
address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on the provision of a
loan on the following terms:
- amount of the loan: USD 6,625,000.00 (six million six hundred twenty-five thousand and 00/100);
- interest rate on the loan: 11 (eleven) percent per annum;
- maturity date: September 3, 2012;
- payment of interest on the loan: quarterly.
        In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding USD 7,358,392.31
(seven million three hundred fifty-eight thousand three hundred ninety-two and 31/100) within 5 (five) business days
after receiving your first written demand and your written statement indicating that the Principal has breached its
obligations under the Agreement and the nature of that breach.
The rights belonging to the Beneficiary under this Guarantee may not be assigned to third parties.
        This guarantee shall enter into force on September 1, 2011. The beneficiary may not present the Guarantor with
a demand for payment of the guarantee amount before the following dates:
        - before December 2, 2011, for an amount not exceeding USD 181,688.36 (one hundred eighty-one thousand
six hundred eighty-eight and 36/100);
        - before March 2, 2012, for an amount not exceeding USD 181,355.59 (one hundred eighty-one thousand three
hundred fifty-five and 59/100);
        - before June 4, 2012, for an amount not exceeding USD 183,183.06 (one hundred eighty-three thousand one
hundred eighty-three and 06/100);
        - before September 4, 2012, for an amount not exceeding USD 6,812,165.30 (six million eight hundred twelve
thousand one hundred sixty-five and 30/100).
        This guarantee shall expire on October 8, 2012. Therefore, any demand for payment must be received by us by
this date inclusive.
        This guarantee shall be governed by the law of the Russian Federation. Any disputes or disagreements arising
from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.
        Chairman of the Management Board                    A.O. Zheleznyak

        Chief Accountant                   [signature]_____    L.E. Alkhovaya

SL0001763

# Life Financial Group

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC
Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 933-3734, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

**No.:** *127-106*
*March 2,* 20*12*                                                                                    **Avilon AG OSC**
**Moscow**                                                                        43/3 Volgogradsky prospekt, Moscow
**In response to Ref. No. _____**

March 2, 2012

**BANK GUARANTEE**

Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012) (hereinafter, the "Agreement"), Avilon AG CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at 43/3 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on the disbursement of a loan on the following terms:

- loan amount: USD 6,625,000,00 (six million six hundred twenty-five thousand and 00/100);
- rate of interest for the use of the loan: 11 (eleven) percent per annum;
- loan disbursement period: up to September 3, 2012
- payment of interest for the use of the loan: monthly

In view of the foregoing, we hereby undertake to pay you any amount or amounts not exceeding in total USD 6,995,348.38 (six million nine hundred ninety-five thousand three hundred forty-eight and 38/100), as well as penalties accrued under the Agreement, within 5 (five) business days of the date we receive your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the Principal's violation.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on **March 2, 2012.** The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

- earlier than April 5, 2012—for an amount not exceeding USD 61,724.73 (sixty-one thousand seven hundred twenty-four and 73/100);

- earlier than May 7, 2012—for an amount not exceeding USD 59, 733.61 (fifty-nine thousand seven hundred thirty-three and 61/100);

- earlier than June 4, 2012—for an amount not exceeding USD 61,724.73 (sixty-one thousand seven hundred twenty-four and 73/100);

- earlier than July 4, 2012—for an amount not exceeding USD 59,733.61 (fifty-nine thousand seven hundred thirty-three and 61/100);

- earlier than August 6, 2012—for an amount not exceeding USD 61,724.73 (sixty-one thousand seven hundred twenty-four and 73/100);

- earlier than September 4, 2012—for an amount not exceeding USD 6,690,706.97 (six million six hundred ninety thousand seven hundred six and 97/100);

The period of validity of this guarantee expires on October 8, 2012. Accordingly, any request for payment must be received by us by this date inclusive.

SL0001764

Page 2

The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board     [signature]     A.O. Zheleznyak

Chief Accountant     [signature]     L.E. Alkhovaya

[stamp; illegible]

SL0001765

**Life Financial Group**
PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK CO.MPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 933-3734, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OK.PO 17534020, OKONKh 96120, RNKO 2412

No. *127-962*                                                                                      **Avilon AG CJSC**
*September 3,* 20*12*                                                         43/3 Volgogradsky Prospekt, Moscow
**Moscow**
**In response to Ref. No.** _____

          SEPTEMBER 3, 2012
                                        **BANK GUARANTEE**
                                                                                                        Moscow
     PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), TIN 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, and Supplemental Agreement No. 2 dated September 3, 2012) (hereinafter, "Agreement"), the company Avilon AG CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have agreed on the granting of a loan on the following terms:
     •   loan amount: USD 6,625,000.00 (six million six-hundred twenty-five thousand and 00/100);
     •   loan interest rate: 11.0 (eleven) percent per annum;
     •   maturity date: September 3, 2013;
     •   payment of interest for the use of the loan: monthly.
     In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of USD 7,353,100.84 (seven million three-hundred fifty-three thousand one hundred and 84/100) within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.
     The Beneficiary's rights under this Guarantee may not be assigned to third parties.
     This guarantee shall take effect on **September 3, 2012.** The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:
     - before October 4, 2012—for an amount not exceeding USD 55,751.37 (fifty-five thousand seven hundred fifty-one and 37/100);
     - before November 7, 2012—for an amount not exceeding USD 61,724.73 (sixty-one thousand seven hundred twenty-four and 73/100);
     - before December 6, 2012—for an amount not exceeding USD 59,733.61 (fifty-nine thousand seven hundred thirty-three and 61/100);
     - before January 14, 2013—for an amount not exceeding USD 61,730.18 (sixty-one thousand seven hundred thirty and 18/100);
     - before February 6, 2013—for an amount not exceeding USD 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100);
     - before March 6, 2013—for an amount not exceeding USD 55,904.11 (fifty-five thousand nine hundred four and 11/100);

SL0000069

Page 2

- before April 4, 2013—for an amount not exceeding USD 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100);

- before May 13, 2013—for an amount not exceeding USD 59,897.26 (fifty-nine thousand eight hundred ninety-seven and 26/100);

- before June 6, 2013—for an amount not exceeding USD 61,893.84 (sixty-one thousand eight hundred ninety-three and 84/100);

- before July 4, 2013—for an amount not exceeding USD 59,897.26 (fifty-nine thousand eight hundred ninety-seven and 26/100);

- before August 6, 2013—for an amount not exceeding USD 61,893.84 (sixty-one thousand eight hundred ninety- three and 84/100);

- before September 5, 2013—for an amount not exceeding USD 6,690,886.99 (six million six hundred ninety thousand eight hundred eighty-six and 99/100).

This guarantee shall expire on **October 4, 2013.** Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising out of this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management      _____[signature]_____   A.D. Zheleznyak

Board Chief Accountant      _____[signature]_____   L.E. Alkhovaya

[seal:]
Probusinessbank
[illegible],
Moscow

SL0000070

 **Life Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. *127-808*
*September 3*, 20*13*
Moscow
In response to Ref. No. _____

**Avilon AG CJSC**
43/3 Volgogradsky prospekt, Moscow

September 3, 2013

**BANK GUARANTEE**

Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, Supplemental Agreement No. 2 dated September 3, 2012, Supplemental Agreement No. 3 dated September 3, 2013 (hereinafter, the "Agreement"), Avilon AG CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at 43/3 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on the disbursement of a loan on the following terms:

- loan amount: USD 7,363,540.46 (seven million three hundred sixty three thousand five hundred forty and 46/100);
- rate of interest for the use of the loan: 11 (eleven) percent per annum;
- loan disbursement period: up to November 5, 2013
- payment of interest for use of the loan: November 5, 2013

In view of the foregoing, we hereby undertake to pay you any amount or amounts not exceeding in total USD 7,503,346.86 (seven million five hundred three thousand three hundred forty-six and 86/100), as well as penalties accrued under the Agreement, within 5 (five) business days of the date of our receipt of your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the Principal's violation.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on **September 3, 2013.** The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

- earlier than November 12, 2013—for an amount not exceeding USD 139,806.40 (one hundred thirty-nine thousand eight hundred six and 40/100);

This guarantee expires on **December 5, 2013**. Accordingly, any request for payment must be received by us on or before this date.

The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board _____ A.D. Zheleznyak

Chief Accountant                         [signature]_____ L.E. Alkhovaya

SL0001758

 **Life Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. _127-1015_
_November 5_, 20_13_                                                      Avilon AG CJSC
Moscow                                                      43/3 Volgogradsky prospekt, Moscow
In response to Ref. No. _____

      November 5, 2013

**BANK GUARANTEE**

Moscow

     PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3 ul. Pudovkina, Moscow 119285, mailing address: Bldg. 1, 18/2 ul. Petrovka, Moscow 127051, is aware that in accordance with Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, Supplemental Agreement No. 2 dated September 3, 2012, Supplemental Agreement No. 3 dated September 3, 2013, Supplemental Agreement No. 4 dated September 16, 2013 (hereinafter, the "Agreement"), Avilon AG CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at 43/3 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on the disbursement of a loan on the following terms:
- loan amount: USD 7,500,000.00 (seven million five hundred thousand and 00/100);
- rate of interest for the use of the loan: 11 (eleven) percent per annum;
- loan disbursement period: up to November 5, 2014
- payment of interest for use of the loan: February 5, 2014, May 5, 2014, August 5, 2014, and November 5, 2014.

     In view of the foregoing, we hereby undertake to pay you any amount or amounts not exceeding in total USD 8,325,000.00 (eight million three hundred twenty-five thousand and 00/100), as well as penalties accrued under the Agreement, within 5 (five) business days of the date we receive your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and the nature of the Principal's violation.

     The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

     This guarantee shall enter into force on **November 5, 2013.** The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

     - earlier than February 12, 2014—for an amount not exceeding USD 207,945.21 (two hundred seven thousand nine hundred forty-five and 21/100);

     - earlier than May 13, 2014—for an amount not exceeding USD 201,164.38 (two hundred one thousand one hundred sixty-four and 38/100);

     - earlier than August 12, 2014—for an amount not exceeding USD 207,945.21 (two hundred seven thousand nine hundred forty-five and 21/100);

SL0001756

Page 2

- earlier than November 13, 2014—for an amount not exceeding USD 7,707,945.20 (seven million seven hundred seven thousand nine hundred forty-five and 20/100).

This guarantee expires on **December 5, 2014.** Accordingly, any request for payment must be received by us on or before this date.

The applicable law for this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

| | | |
|---|---|---|
| Chairman of the Management Board | _____ | A.D. Zheleznyak |
| Chief Accountant | [signature] | L.E. Alkhovaya |

SL0001757

 **Life Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC

Bldg 1, 18/2 Ul. PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No. _127-945_                                                                                    **Avilon AG CJSC**
_November 5_, 20_14_                                                43/3 Volgogradsky Prospekt, Moscow
Moscow
In response to Ref. No._____

NOVEMBER 5, 2014                              **BANK GUARANTEE**

                                                                                                            Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), TIN 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, Supplemental Agreement No. 2 dated September 3, 2012, Supplemental Agreement No. 3 dated September 3, 2013, Supplemental Agreement No. 4 dated September 16, 2013, and Supplemental Agreement No. 5 dated November 5, 2014) (hereinafter, "Agreement"), the company Avilon AG CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have agreed on the granting of a loan on the following terms:
- loan amount: USD 7,500,000.00 (seven million five hundred thousand and 00/100);
- loan interest rate: 11.0 (eleven) percent per annum;
- maturity date: November 5, 2015
- payment of interest for use of the loan: February 5, 2015; May 5, 2015; August 5, 2015; and November 5, 2015

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of 8,325,000.00 (eight million three hundred twenty-five thousand and 00/100) within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on **November 5, 2014.** The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- before February 12, 2015—for an amount not exceeding USD 207,945.21 (two hundred seven thousand nine hundred forty-five and 21/100);

- before May 13, 2015—for an amount not exceeding USD 201,164.38 (two hundred one thousand one hundred sixty-four and 38/100);

- before August 12, 2015—for an amount not exceeding USD 207,945.21 (two hundred seven thousand nine hundred forty-five and 21/100);

SL0000071

Page 2

   - before November 13, 2015—for an amount not exceeding USD 7,707,945.21 (seven million seven hundred seven thousand nine hundred forty-five and 21/100).

   This guarantee shall expire on **December 4, 2015.** Therefore, any payment demand must be received by us on or before that date.

   This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board      [signature]_____      AD. Zheleznyak

Chief Accountant                      [signature]_____      L.E. Alkhovaya

[illegible stamp]

SL0000072

# Лайф Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр.1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 933-3734 , bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 109-733

"01" Сентября 20 11 г.

г. Москва

на № _____

**ЗАО «Авилон АГ»**
Москва, Волгоградский проспект д. 43/3

01 СЕНТЯБРЯ 2011 г.

БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 03 сентября 2012 г.;
- уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 7 358 392,31 (Семь миллионов триста пятьдесят восемь тысяч триста девяносто два 31/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 01 сентября 2011 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 02 декабря 2011 г. – на сумму, не превышающую 181 688,36 (Сто восемьдесят одна тысяча шестьсот восемьдесят восемь 36/100) долларов США;
- ранее чем 02 марта 2012 г. – на сумму, не превышающую 181 355,59 (Сто восемьдесят одна тысяча триста пятьдесят пять 59/100) долларов США;
- ранее чем 04 июня 2012 г. – на сумму, не превышающую 183 183,06 (Сто восемьдесят три тысячи сто восемьдесят три 06/100) доллара США;
- ранее чем 04 сентября 2012 г. – на сумму, не превышающую 6 812 165,30 (Шесть миллионов восемьсот двенадцать тысяч сто шестьдесят пять 30/100) долларов США;

Срок действия настоящей гарантии истекает 08 октября 2012 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления _____ А.Д. Железняк

Главный бухгалтер _____ Л.Э. Альховая

SL0001763

# Лайф Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-9737, ФАКС: +7 (495) 933 3734 , bank@prok.ru, www.prbb.ru
Swink: probusbankcustomers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17554020, ОКОНХ 96120, РНКО 2412

№ _127-106_                                          **ЗАО «Авилон АГ»**
"_02_" __марта__ 20_12_ г.                  Москва, Волгоградский проспект д. 43/3
г. Москва
на № _____

02 МАРТА 2012 г.

**БАНКОВСКАЯ ГАРАНТИЯ**

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3,  почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с  Договором займа № 0109/11 от 01 сентября 2011 (в редакции Дополнительного соглашения № 1 от 02 марта 2012) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар», имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д.  43/3  и  компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (АМБИКА INVESTMENTS LIMITED) (далее именуемая «Принципал», имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа  на следующих условиях:

- размер займа – 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 03 сентября 2012 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 6 995 348,38 (Шесть миллионов девятьсот девяносто пять тысяч триста сорок восемь 38/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 02 марта 2012 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем  05 апреля 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем  07 мая 2012 г. – на сумму, не превышающую 59 733,61 (Пятьдесят девять тысяч семьсот тридцать три 61/100) доллара США;
- ранее чем  04 июня 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем  04 июля 2012 г. – на сумму, не превышающую 59 733,61 (Пятьдесят девять тысяч семьсот тридцать три 61/100) доллара США;
- ранее чем  06 августа 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем  04 сентября 2012 г. – на сумму, не превышающую 6 690 706,97 (Шесть миллионов шестьсот девяносто тысяч  семьсот шесть 97/100) долларов США.

Срок действия настоящей гарантии истекает **08 октября 2012 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

SL0001764

Страница 2

     Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                 А. Д. Железнов

Главный бухгалтер                  Л. Э. Альховая

SL0001765

# Лайф Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 933-3734 , bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКФХ 96120, РНКО 2412

№ _____

"___" _____ 20__ г.                                       **ЗАО «Авилон АГ»**
г. Москва                                                        Москва, Волгоградский проспект д. 43/3

на № __

03 СЕНТЯБРЯ 2012 г.

## БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 (в редакции Дополнительного соглашения №1 от 02 марта 2012 и Дополнительного соглашения № 2 от 03 сентября 2012) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 03 сентября 2013 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 7 353 100,84 (Семь миллионов триста пятьдесят три тысячи сто 84/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 03.09.2012 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 04 октября 2012 г. – на сумму, не превышающую 55 751,37 (Пятьдесят пять тысяч семьсот пятьдесят один 37/100) доллар США;
- ранее чем 07 ноября 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем 06 декабря 2012 г. – на сумму, не превышающую 59 733,61 (Пятьдесят девять тысяч семьсот тридцать три 61/100) доллара США;
- ранее чем 14 января 2013 г. – на сумму, не превышающую 61 730,18 (Шестьдесят одна тысяча семьсот тридцать 18/100) долларов США;
- ранее чем 06 февраля 2013 г. – на сумму, не превышающую 61 893.84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем 06 марта 2013 г. – на сумму, не превышающую 55 904,11 (Пятьдесят пять тысяч девятьсот четыре 11/100) долларов США;

SL0000069

Страница 2

- ранее чем  04 апреля 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем  13 мая 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;
- ранее чем  06 июня 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем  04 июля 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;
- ранее чем 06 августа 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем 05 сентября 2013 г. – на сумму, не превышающую 6 690 886,99 (Шесть миллионов шестьсот девяносто тысяч восемьсот восемьдесят шесть 99/100) долларов США.

Срок действия настоящей гарантии истекает 04 октября 2013 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                                    А.Д. Железняк

Главный бухгалтер                                         Л.Э. Альховая

SL0000070



АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ «ПРОБИЗНЕСБАНК»

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ: + 7 (495) 933-3737, ФАКС + 7 (495) 723-9344, bc-m@prob.ru, www.prob.ru
БИК: probusbank банковские S.W.I.F.T. BIC PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
ГРН 1027700508227, ОКПО 17531620, ОКОНХ 96120, РНБ 9442

№ 122-806

«03»   09   20 13 г.

г. Москва

на № _____

03 СЕНТЯБРЯ 2013 г.

                                          ЗАО «Авилон АГ»
                              Москва, Волгоградский проспект д. 43/3

                        БАНКОВСКАЯ ГАРАНТИЯ

                                                                      г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г. и Дополнительного соглашения № 3 от 03 сентября 2013 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа  на следующих условиях:
- размер займа – 7 363 540,46 (Семь миллионов триста шестьдесят три тысячи пятьсот сорок 46/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2013 г.;
- уплата процентов за пользование займом – 05 ноября 2013 г.

      В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 7 503 346,86 (Семь миллионов пятьсот три тысячи сорок шесть 86/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

      Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

      Настоящая гарантия вступает в силу 03 сентября 2013 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:
- ранее чем 12 ноября 2013 г. – на сумму, не превышающую 139 806,40 (Сто тридцать девять тысяч восемьсот шесть 40/100) долларов США;

      Срок действия настоящей гарантии истекает 05 декабря 2013 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

      Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

      Председатель Правления                   _____   А.Д. Железняк

      Главный бухгалтер                         _____   Л.Э. Альхова

SL0001758



Финансовая группа
**Лайф**

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ «ПРОБИЗНЕСБАНК»**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: + 7 (495) 933-0737, ФАКС: + 7 (495) 788-0342, bank@prbb.ru, www.prbb.ru
E-mail: probiznes@probisness МАДА "ЛАЙФ", ЯК: РЕНИАЕКМА
ИНН 7729086087, БИК 044525986, к/с 3010108060000000986,
КПП 772901001, ОКПО 17554070, ОКВЭД 65.120, РКЦ 24142

№ 127 - 1015
«05» ноября 20 13 г.

г. Москва

на № _____

ЗАО «Авилон АГ»
Москва, Волгоградский проспект д. 43/3

05 НОЯБРЯ 2013 г.

**БАНКОВСКАЯ ГАРАНТИЯ**

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года и Дополнительного соглашения № 4 от 16 сентября 2013 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 7 500 000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2014 г.;
- уплата процентов за пользование займом - 05 февраля 2014 г., 05 мая 2014 г., 05 августа 2014г. и 05 ноября 2014 г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 8 325 000,00 (Восемь миллионов триста двадцать пять тысяч 00/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 05 ноября 2013 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 12 февраля 2014 г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;
- ранее чем 13 мая 2014 г. – на сумму, не превышающую 201 164,38 (Двести одна тысяча сто шестьдесят четыре 38/100) долларов США;
- ранее чем 12 августа 2014 г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;

SL0001756

Страница 2

- ранее чем 13 ноября 2014 г. – на сумму, не превышающую 7 707 945,20 (Семь миллионов семьсот семь тысяч девятьсот сорок пять 20/100) долларов США.

Срок действия настоящей гарантии истекает 05 декабря 2014 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления        _____ А.Д. Железняк

Главный бухгалтер        _____ Л.Э. Альховая

SL0001757



**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ «ПРОБИЗНЕСБАНК»**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 739-9342, bank@prbb.ru, www.prbb.ru
Sprint: prebusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810060000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНО 2412

№ 127-345

05.   11              20 14 г.

г. Москва

на № _____

                                                      **ЗАО «Авилон АГ»**
                                          Москва, Волгоградский проспект д. 43/3


05 НОЯБРЯ 2014 г.

                            **БАНКОВСКАЯ ГАРАНТИЯ**

                                                      г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант», ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительное № 5 от 05 ноября 2014 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар», имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (АМВІКА INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:
- размер займа – 7 500 000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2015г.;
- уплата процентов за пользование займом – 05 февраля 2015г., 05 мая 2015г., 05 августа 2015г. и 05 ноября 2015г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 8 325 000,00 (Восемь миллионов триста двадцать пять тысяч 00/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 05 ноября 2014 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:
- ранее чем 12 февраля 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;
- ранее чем 13 мая 2015г. – на сумму, не превышающую 201 164,38 (Двести одна тысяча сто шестьдесят четыре 38/100) долларов США;
- ранее чем 12 августа 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;

SL0000071

Страница 2

- ранее чем 13 ноября 2015 г. – на сумму, не превышающую 7 707 945,21 (Семь миллионов семьсот семь тысяч девятьсот сорок пять 21/100) долларов США.

Срок действия настоящей гарантии истекает 04 декабря 2015 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления          А.Д. Железняк

Главный бухгалтер          Л.Э. Альховая

SL0000072



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )      ss
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates Nos.

SL0001763–SL0001765, SL0000069–SL0000070, SL0001758, SL0001756–SL0001757,

SL0000071–SL0000072.

_____

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 25th day of January, 2017.

_____

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143