# EXHIBIT 38

ДОГОВОР ЗАЙМА № NYMM-TOJ/11

г. Москва                                                                                                 «29» августа 2011 г.

ЗАО «Авилон АГ» (Россия), именуемое в дальнейшем «Заемщик», в лице Генерального директора Павловича А.Н., действующего на основании Устава, с одной стороны, и **Компания ТО Джетс Транспортер Инк. (Канада)**, именуемая в дальнейшем «Займодавец», в лице Президента Джорджа Репенды, действующего на основании Устава компании, с другой стороны, совместно именуемые Стороны, заключили настоящий Договор о нижеследующем:

1. Предмет договора.

1.1. Заимодавец передает в собственность, а Заемщик принимает денежные средства (сумму займа) в размере $ 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч долларов США), которые Заемщик обязуется возвратить Заимодавцу в срок и на условиях, предусмотренных настоящим Договором.
1.2. Проценты за пользование суммой займа начисляются по ставке 11,00 % (Одиннадцать процентов) годовых.

2. Права и обязанности сторон.

2.1. Заимодавец обязуется передать Заемщику сумму займа в течение 10 (Десяти) банковских дней с момента подписания Сторонами настоящего Договора.
2.2. Заемщик обязуется возвратить сумму займа в срок до 29 августа 2012 г. включительно.
2.3. Заемщик вправе возвратить сумму займа и уплатить проценты на нее досрочно.
2.4. Возврат суммы займа может производиться частями.
2.5. Проценты подлежат уплате следующими способами по соглашению Сторон:
– либо досрочно до момента возврата суммы займа (в том числе при возврате суммы займа частями);
– либо единовременно с возвратом суммы займа, а при возврате суммы займа частями – единовременно с возвратом последней части суммы займа;
– либо после возврата суммы займа в течение 15 дней с даты возврата суммы займа, а при возврате суммы займа частями – после возврата последней части суммы займа в течение 15 дней с даты возврата.
2.6. Сумма займа будет считаться возвращенной, а проценты уплаченными с момента поступления суммы займа / процентов на счет Займодавца.

3. Срок действия договора.

3.1. Настоящий Договор вступает в силу с момента его подписания Сторонами и действует до момента окончательного исполнения Сторонами своих обязательств по настоящему Договору.

4. Ответственность Сторон. Споры.

4.1. За ненадлежащее исполнение или неисполнение своих обязанностей по настоящему Договору стороны несут ответственность в соответствии с нормами права Российской Федерации.
4.2. Стороны будут стремиться урегулировать споры, возникшие из настоящего Договора, путем переговоров.
4.3. В случае если указанные споры не могут быть решены путем переговоров, они подлежат разрешению в судебном порядке в соответствии с действующим законодательством РФ.

5. Прочие условия.

5.1. Настоящий Договор составлен в двух подлинных экземплярах, по одному для каждой из сторон.



PLAINTIFF'S EXHIBIT 14  12/16/16

2

5.2. В случаях, не предусмотренных настоящим Договором, стороны руководствуются нормами права РФ.

5.3. Все изменения и дополнения по настоящему Договору подписываются уполномоченными представителями Сторон и оформляются в виде письменных соглашений к настоящему Договору.

6. Адреса и реквизиты сторон.

| ЗАЕМЩИК | ЗАЙМОДАВЕЦ |
|---|---|
| ЗАО "Авилон Автомобильная Группа" | Компания ТО Джетс Транспортер Инк. |
| Место нахождения: 109316, г. Москва, Волгоградский пр., д. 43, корп. 3. | TO Jets Transporter Inc., Canada |
| ИНН 7705133757 / КПП 774901001 | Currency account: |
| | Swift Code: ROYCCAT2 |
| Acc.# 40702840600000011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standard Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33. | Bank: 003 |
| | Transit: 00512 |
| | Account Number: 400 359 6 |
| | Account name: TO Jets Transporter Inc. |
| | Address: 35 Bellini Avenue |
| | Brampton, Ontario |
| | L6T 3Z8 |
| | Bank name: RBC |
| | Sunny Meadows & Bouvaird |
| | 7 Sunny Meadow Boulevard |
| | Brampton, Ontario L6R 1W7 |
| | Canada |
| _____ А.Н.Павлович | _George Rependa_ Джордж Репенда |

[Seal: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО * Авилон Автомобильная Группа Авилон АГ *]

LOAN AGREEMENT № NYMM-TOJ/11

Moscow                                                                                                August 29, 2011

      **CJSC Avilon AG (Russia)**, hereinafter called to as **the Borrower** represented by General Director A.N. Pavlovich, acting on the basis of Charter, on the one hand and **TO Jets Transporter Inc. (Canada)**, hereinafter called to as **the Lender** represented by President George Rependa, acting on the basis of Charter, on the other hand, together called to as the Parties have concluded the present Agreement on the following:

### 1. Subject

1.1. The Lender transfers, and the Borrower receives the funds in the amount of $6 625 000,00 (six million six hundred twenty-five thousand US dollars), which the Borrower shall repay on time and conditions provided by this Agreement.

1.2. Interest for the use of the loan amount is calculated at the rate of 11,00% (eleven percent) per annum.

### 2. The rights and obligations of the parties

2.1. Lender shall transfer to the Borrower the amount of the Loan within 10 (ten) banking days from the date of signing of the present Agreement.

2.2. The Borrower shall repay the amount of Loan no later than August 29, 2012 inclusive.

2.3. The Borrower has the right to return the amount of Loan and the amount of interest ahead of schedule.

2.4. Return of the loan amount can be made partly.

2.5. The amount of interest shall be payable in the following ways agreed by the Parties:

- ahead of schedule till the moment of return of the amount of Loan (including the partly repayment of Loan);
- or at the same time with the repayment of the Loan, and in case of the partly return at the time with the return of the last part of the loan amount;
- or after the return of the Loan within 15 days from the moment of the Loan repayment, and in case of the partly return at the time with the return of the last part of the loan amount within 15 days from the moment of the repayment.

2.6. The loan will be returned, and the amount of interest - paid at the moment of receipt of it on the account of the Lender.

### 3. Terms

3.1. This Agreement shall enter into force upon signing and shall remain valid until the final execution by the Parties of their obligations under this Agreement.

### 4. The responsibility of the Parties. Disputes.

4.1. For nonperformance or improper execution of its obligations under this Agreement the Parties shall bear responsibility in accordance with current legislation of Russian Federation.

4.2. The Parties shall do everything possible to settle disputes arising from this Agreement through negotiations.

4.3. If these disputes can not be resolved by negotiations, they shall be settled in the court in accordance with current legislation of Russian Federation

## 5. Other terms and conditions

5.1. This Agreement is made in two original copies equally valid, one for each Party.

5.2. In cases not provided by this Agreement the Parties shall act according to the legislation of the Russian Federation.

5.2. All changes and additions to the present Agreement must be agreed and signed by authorized representatives of the Parties, and shall be drafted in written as additional agreements to the present Agreement.

## 6. Addresses and details

| The Borrower | The Lender |
|---|---|
| CJSC Avilon AG | CJSC "New-York Motors-Moscow" |
| Legal address: 109316, Moscow, | TO-Jets Transporter Inc. (Canada) |
| Volgogradsky avenue 43, Bldg. 3 | Currency account: |
| INN 7705133757/ KPP 774901001 | Swift Code: ROYCCAT2 |
| | Bank: 003 |
| Acc.40702840600000011141 with | Transit: 00512 |
| PROBUSINESSBANK, Moscow, Russia, | Account number: 400 359 6 |
| SWIFT Code PRBM-RU MM. Acc. № | Account name: TO Jets Transporter Inc. |
| 3582021664001 with | Address: 35 Bellini Avenue |
| Standard Chartered Bank, New York, N.Y., | Brampton, Ontario |
| USA, SWIFT code SCBLUS33 | L6T 3Z8 |
| | Bank name: RBC |
| | Sunny Meadows & Bouvaird |
| | 7 Sunny Meadow Boulevard |
| | Brampton, Ontario L6R 1W7 |
| | Canada |

_____ A.N. Pavlovich        _____ George Rependa