# EXHIBIT 39

## AGREEMENT No. J-6625 of Assignment of Rights

Moscow                                                                                                                         September 1, 2011

**Avilon Automobile Group Closed Joint Stock Company, hereinafter referred to as the "Assignor**," **represented by the Finance Director I.N. Monakhova,** acting on the basis of Power of Attorney No. 7 dated 07/06/2009, as the party of the first part, and **TO Jets Transporter [sic] Inc. (Canada), hereinafter referred to as the "Assignee," represented by represented by [sic] the President George Rependa**, as the party of the other part, hereinafter jointly referred to as the Parties, have entered into this Agreement as follows:

### 1. SUBJECT OF AGREEMENT

1.1 The Assignor shall assign, and the Assignee shall accept in full the rights (claims) against Ambika Investments Limited (hereinafter the "Debtor") under Loan Agreement No. 0109/11 dated 09/01/11 in the total amount of USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks), of which the liability for payment of principal debt amounts to USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks). All rights and obligations from the aforementioned Loan Agreement, including the right to charge a penalty and recover damages, shall pass to the Assignee.

1.2 As at the date of signing of this agreement, the Assignor's right (claim) against the Debtor totals USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks).

### 2. PAYMENT UNDER THE AGREEMENT

2.1 The assignment of the Assignor's right (claim) against the Debtor being made under this agreement shall be for consideration.

2.2 As payment for the Assignor's right (claim) against the Debtor being assigned, the Assignee shall pay the Assignor funds in the amount of USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks).

2.3 That amount of funds will be paid by the Assignee by wire transfer of funds from the settlement account of the Assignee to the settlement account of the Assignor within five calendar days of the date of signing of this Agreement.

2.4 The Assignee's obligations hereunder shall be considered performed as of payment of the amount specified in Clause 2.2 hereof.

### 3. ASSIGNMENT OF RIGHTS AND OBLIGATIONS

3.1 The Assignor shall deliver all of the necessary documents specified in Clause 1.1 hereof certifying the rights and obligations to the Assignee within three days.

3.2 The Assignor shall communicate to the Assignee any other information of significance to the Assignee's exercise of its rights to the aforementioned claims.

### 4. LIABILITY OF THE PARTIES

4.1 The Assignor shall be liable for the accuracy of the documents delivered in accordance herewith and warrants that all of the rights assigned to the Assignee exist.

4.2 The Assignor shall be liable for the validity of the rights and obligations being assigned hereunder.

4.3 The parties shall be liable for other nonperformance or improper performance of this Agreement under applicable Russian Federation law.

### 5. MISCELLANEOUS

5.1 This Agreement enters into force as of the date of its signing by the Assignor and the Assignee and shall remain in effect until the parties have discharged their obligations hereunder.

5.2 The Parties have agreed that everything performed by the Debtor for the Assignor under the assigned claim prior to the Debtor's notification of the subrogation shall be delivered to the Assignee on or before 09/01/2015 from the time the Assignor receives such performance.

5.3 This Agreement is made in three original counterparts, one each for the parties. Counterpart No. 3 shall be sent to the Debtor by the Assignee together with the notice of subrogation.

## 6. ADDRESSES AND OTHER DETAILS OF THE PARTIES:

**ASSIGNOR:**                                              **ASSIGNEE:**

| **Avilon AG CJSC** <br> Address: 43 Volgogradskiy pr., building 3, Moscow, 109316 <br> TIN 7705133757/TRC 774901001 <br> Acc.#40702840600000011141 with <br> PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standart [sic] Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33 <br><br> [signature] Irina N. Monakhova | **TO Jets Transporter [sic] Inc., Canada** <br> Swift Code: ROYCCAT2 <br> Bank: 003 <br> Transit: 00512 <br> Account number: 400 359 6 <br> Account name: TO Jets Transporter [sic] Inc. <br> Address: 35 Bellini Avenue, Brampton, Ontario, L6T 3Z8 <br> Bank name: RBC <br> Sunny meadows & Bouvaird <br> 7 Sunny Meadow Boulevard Brampton, Ontario L6R 1W7 Canada <br><br> [signature] George Rependa |

[seal:] [illegible]

Confidential                                                                                                           AVPE0002835

**Setoff Agreement No. J-6625**

Moscow                                                                                                September 1, 2011

**Avilon Automobile Group Closed Joint Stock Company, represented by the Finance Director I.N. Monakhova,** acting on the basis of Power of Attorney No. 7 dated 07/06/2009, hereinafter referred to as "Party 1," as the party of the first part, and **TO Jets Transporter [sic] Inc. (Canada), represented by the President George Rependa**, hereinafter referred to as "Party 2," as the party of the other part, hereinafter jointly referred to as the Parties, have entered into this Agreement as follows:

    1. Pursuant to Agreement No. J-6625 of assignment of rights dated 09/01/2011, Party 1 has assigned to Party 2 claims for repayment of debt in the amount of USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks), of which the liability for payment of principal debt amounts to USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks). The amount owed by Party 2 to Party 1 under the claim under Agreement No. J-6625 of assignment of rights dated 09/01/2011 on the date of signing of this agreement is USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks).

    2. Pursuant to Loan Agreement No. NYMM-TOJ/11 dated 08/29/2011, Party 2 provided Party 1 with a loan of USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks). The amount owed by Party 1 to Party 2 for repayment of the loan amount under Agreement No. NYMM-TOJ/11 dated 08/29/2011 on the date of signing of this agreement is USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks).

    3. The Parties have agreed to offset claims in the total amount of USD 6,625,000.00 (six million six hundred twenty-five thousand US dollars 00/100), which in the ruble equivalent is RUB 191,646,675.00 (one hundred ninety-one million six hundred forty-six thousand six hundred seventy-five rubles 00 kopecks).

    4. On the basis of the setoff by the parties on the date of this Agreement, the amount owed by Party 1 to Party 2 for repayment of principal debt under Loan Agreement No. NYMM-TOJ/11 dated 08/29/2011 was USD 0 (zero dollars 00/1000 [sic]), and Party 2's obligations to pay for claims under Agreement No. J-6625 of assignment of rights dated 09/01/2011 to Party 1 will be considered performed in full.

    5. This Agreement is made in two original counterparts, one for each party.
    6. This Agreement enters into force as of the date of its signing.
    7. Details of the Parties:

**PARTY 1**                                                                  **PARTY 2**

| **Avilon AG CJSC** | **TO Jets Transporter [sic] Inc., Canada** |
|---|---|
| Address: 43 Volgogradskiy pr., building 3, Moscow, 109316 | Swift Code: ROYCCAT2 |
| TIN 7705133757/TRC 774901001 | Bank: 003 |
| Acc.#40702840600000011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standart [sic] Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33 | Transit: 00512 |
| | Account number: 400 359 6 |
| | Account name: TO Jets Transporter [sic] Inc. |
| | Address: 35 Bellini Avenue, Brampton, Ontario, L6T 3Z8 |
| | Bank name: RBC |
| | Sunny meadows & Bouvaird |
| [signature] Irina N. Monakhova | 7 Sunny Meadow Boulevard Brampton, Ontario L6R 1W7 Canada |
| | [signature] George Rependa |

[seal:] Avilon Automobile Group, Avilon AG, CLOSED JOINT STOCK COMPANY

ДОГОВОР № J-6625 уступки прав

г. Москва                                                                                                    «01» сентября 2011 г.

Закрытое акционерное общество «Авилон Автомобильная Группа», именуемое в дальнейшем "Цедент", в лице Финансового директора Монаховой И.Н., действующей на основании доверенности №7 от 06.07.2009г., с одной стороны, и Компания «ТО Джетс Транспортер Инк.» (Канада), именуемое в дальнейшем «Цессионарий», в лице в лице Президента Джорджа Репенды, с другой стороны, именуемые в дальнейшем «Стороны», заключили настоящий Договор о нижеследующем:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1. Цедент уступает, а Цессионарий принимает в полном объеме права (требования) к Амбика Инвестментс Лимитед (далее - «Должник») по Договору займа №0109/11 от 01.09.11г. на общую сумму 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек), из них обязательство по уплате основного долга составляет 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек). К Цессионарию переходят все права и обязанности из указанного Договора займа, включая право требования уплаты неустойки и взыскания убытков.

1.2. Право (требование) Цедента к Должнику по состоянию на дату подписания настоящего договора составляет общую сумму 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек).

## 2. ОПЛАТА ПО ДОГОВОРУ

2.1. Уступка права (требования) Цедента к Должнику, осуществляемая по настоящему договору, является возмездной.

2.2. В качестве оплаты за уступаемое право (требование) Цедента к Должнику Цессионарий обязуется выплатить Цеденту денежные средства в размере 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек).

2.3. Указанная сумма денежных средств будет выплачиваться Цессионарием посредством банковского перевода денежных средств с расчетного счета Цессионария на расчетный счет Цедента в течение 5 календарных дней с даты подписания настоящего Договора.

2.4. С момента уплаты суммы, указанной в п. 2.2 настоящего договора, обязанности Цессионария по настоящему договору считаются исполненными.

## 3. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ

3.1. Цедент обязан передать Цессионарию в трехдневный срок все необходимые документы, указанные в п. 1.1 настоящего Договора, удостоверяющие права и обязанности.

3.2. Цедент обязан сообщить Цессионарию все иные сведения, имеющие значение для осуществления Цессионарием своих прав по указанным претензиям.

## 4. ОТВЕТСТВЕННОСТЬ СТОРОН

4.1. Цедент несет ответственность за достоверность передаваемых в соответствии с настоящим договором документов и гарантирует наличие всех уступленных Цессионарию прав.

4.2. Цедент отвечает за действительность передаваемых по настоящему договору прав и обязанностей.

4.3. За иное неисполнение или ненадлежащее исполнение настоящего Договора стороны несут ответственность по действующему законодательству Российской Федерации.

## 5. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

5.1. Настоящий Договор вступает в силу со дня его подписания Цедентом и Цессионарием и действует до полного исполнения обязательств по настоящему Договору.

Confidential

5.2. Стороны пришли к соглашению, что все исполненное по уступаемому требованию Должником в адрес Цедента до уведомления Должника о перемене лиц в обязательстве, подлежит передаче Цессионарию в срок не позднее 01.09.2015г. с момента получения такого исполнения Цедентом.

5.3. Настоящий Договор составлен в 3-х экземплярах, из которых 2 - по одному для каждой из сторон. Экземпляр № 3 направляется Должнику Цессионарием совместно с уведомлением о перемене лиц в обязательстве.

## 6. АДРЕСА И ИНЫЕ ДАННЫЕ О СТОРОНАХ:

| ЦЕДЕНТ: | ЦЕССИОНАРИЙ: |
|---|---|
| ЗАО «Авилон АГ» <br> Адрес: 109316, г. Москва, Волгоградский пр., д.43, кор.3 <br> ИНН 7705133757/КПП 774901001 <br> Acc.#40702840600000011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standart Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33 <br><br> _____ Ирина Н. Монахова | Компания ТО Джетс Транспортер Инк. <br> TO Jets Transporter Inc., Canada <br> Swift Code: ROYCCAT2 <br> Bank: 003 <br> Transit: 00512 <br> Account number: 400 359 6 <br> Account name: TO Jets Transporter Inc. <br> Address: 35 Bellini Avenue, Brampton, Ontario, L6T 3Z8 <br> Bank name: RBC <br> Sunny meadows & Bouvaird <br> 7 Sunny Meadow Boulevard Brampton, Ontario L6R 1W7 Canada <br><br> _____ Джордж Репенда |

Confidential

Соглашение о зачете взаимных требований № J-6625

г. Москва                                                                                           «01» сентября» 2011г.

Закрытое акционерное общество «Авилон Автомобильная Группа», в лице Финансового директора Монаховой И.Н., действующей на основании доверенности №7 от 06.07.2009г, именуемое в дальнейшем «Сторона 1», с одной стороны, и Компания «ТО Джетс Транспортер Инк.» (Канада), в лице Президента Джорджа Репенды, именуемое в дальнейшем «Сторона 2», с другой стороны, совместно именуемые Стороны, заключили настоящее Соглашение о нижеследующем:

1. Сторона 1 согласно Договору № J-6625 уступки прав от 01.09.2011г. переуступила Стороне 2 права требования возврата долга на сумму 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек), из них обязательство по уплате основного долга составляет 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек). Задолженность Стороны 2 перед Стороной 1 по требованию по Договору № J-6625 уступки прав от 01.09.2011г. на дату подписания настоящего соглашения составляет 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек).

2. Сторона 2 согласно Договору займа №NYMM-TOJ/11 от 29.08.2011г. предоставила займ Стороне 1 на сумму 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек). Задолженность Стороны 1 перед Стороной 2 по возврату суммы займа по Договору №NYMM-TOJ/11 от 29.08.2011г на дату подписания настоящего соглашения составляет 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек).

3. Стороны пришли к соглашению зачесть встречные требования на общую сумму 6 625 000,00 $ (Шесть миллионов шестьсот двадцать пять тысяч долларов США 00/100), что в рублевом эквиваленте составляет 191 646 675,00 рублей (Сто девяносто один миллион шестьсот сорок шесть тысяч шестьсот семьдесят пять рублей 00 копеек).

4. На основании произведенного сторонами взаимозачета на дату составления настоящего Соглашения задолженность Стороны 1 перед Стороной 2 по возврату основного долга по Договору займа №NYMM-TOJ/11 от 29.08.2011г. составила 0 $ (Ноль долларов 00/1000), а обязательства Стороны 2 по оплате прав требования по Договору № J-6625 уступки прав от 01.09.2011г, перед Стороной 1 будут считаться исполненными в полном объеме.

5. Настоящее Соглашение составлено в двух экземплярах по одному экземпляру каждой из сторон.
6. Настоящее Соглашение вступает в силу с момента его подписания.
7. Реквизиты Сторон:

| СТОРОНА 1 | СТОРОНА 2 |
|---|---|
| ЗАО «Авилон АГ» | Компания ТО Джетс Транспортер Инк. |
| Адрес: 109316, г. Москва, Волгоградский пр., д.43, кор.3 | TO Jets Transporter Inc.. Canada |
| ИНН 7705133757/КПП 774901001 | Swift Code: ROYCCAT2 |
| Acc.#40702840600000011141 with PROBUSINESSBANK, Moscow, Russia, SWIFT code PRBM RU MM, Acc.# 3582021664001 with Standart Chartered Bank, New York, N.Y., USA, SWIFT code SCBLUS33 | Bank: 003 |
| | Transit: 00512 |
| | Account number: 400 359 6 |
| | Account name: TO Jets Transporter Inc. |
| | Address: 35 Bellini Avenue, Brampton, Ontario, L6T 3Z8 |
| | Bank name: RBC |
| | Sunny meadows & Bouvaird |
| | 7 Sunny Meadow Boulevard Brampton, Ontario L6R 1W7 Canada |
| _____ Ирина Н. Монахова | _____ Джордж Репенда |

AVPE0002836

Confidential



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0002834–AVPE0002836.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York              Washington, D.C.       Chicago               Houston               San Francisco
t: +1.212.631.7432    t: +1.202.828.1267     t: +1.312.242.3756    t: +1.713.353.3909    t: +1.415.576.9500

London                Paris                  Stockholm             Frankfurt             Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47   t: +46.8.463.11.87    t: +49.69.7593.8434   t: +852.2159.9143