# **EXHIBIT 40**

AGREEMENT ON THE TERMINATION
OF ASSIGNMENT AGREEMENT No. J-6625
OF SEPTEMBER 1, 2011

**Moscow**                                                                                          **September 5, 2011**

**ZAO Avilon Automobile Group**, hereinafter referred to as the "Assignor," represented by Financial Director Irina Nikolayevna Monakhova, acting on the basis of Power of Attorney No. 7 of July 6, 2009, and **TO Jets Transporter Inc. (Canada)**, hereinafter referred to as the "Assignee," represented by President George Rependa, jointly referred to as the "Parties," have entered into this agreement on the termination of Assignment Agreement No. J-6625 of September 1, 2011 (hereinafter "Agreement") as follows:

1.   Due to the Assignor's failure to provide the Assignee with all the required documentation within the period provided for by Clause 3.1 of the Agreement, the Parties have agreed to terminate Assignment Agreement No. J-6625 of September 1, 2011.
2.   This agreement is executed in two counterparts, each having equal legal force, one for each of the Parties.


Assignee
TO Jets Transporter Inc.
_____[signature]_____


Assignor
Avilon Automotive Group / ZAO Avilon Automobile Group
_____[signature]_____

CONFIDENTIAL                                                                                          AVP0005500

## СОГЛАШЕНИЕ О РАСТОРЖЕНИИ ДОГОВОРА № J-6625 УСТУПКИ ПРАВ ОТ 01 СЕНТЯБРЯ 2011

г. Москва                                                                 «05» сентября 2011 г.

ЗАО «Авилон Автомобильная Группа», именуемое в дальнейшем «Цедент», в лице Финансового директора Монаховой Ирины Николаевны действующей на основании Доверенности 7 от 06 июля 2009, с одной стороны, и **Компания ТО Джетс Транспортер Инк. (Канада)**, именуемая в дальнейшем «Цессионарий», в лице Президента Джорджа Репенда, с другой стороны, совместно именуемые Стороны, заключили настоящее соглашение о расторжении Договора № J-6625 уступки прав 01 сентября 2011 г. (далее – Договор) о нижеследующем:

1. В связи с не предоставлением Цедентом, в предусмотренный п 3.1. Договора срок, всей необходимой документации Цессионарию, Стороны решили расторгнуть Договор № J-6625 уступки прав 01 сентября 2011 г.
2. Настоящее Соглашение составлено в 2 экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из Сторон.

Цессионарий
ТО Джетс Транспортер Инк
_[signature]_

ЦЕДЕНТ
Avilon Automotive Group/ ЗАО "Авилон Автомобильная Группа"
_[signature]_

CONFIDENTIAL

AVP0005500



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )    ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates No. AVP0005500.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 2017.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York          Washington, D.C.     Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143