# EXHIBIT 41

**Message**

| | |
|---|---|
| **From:** | Valentina Anatolyevna Nazanskaya [valentina.nazanskaya@avilon.ru] |
| **Sent:** | 08/12/2015 07:59:26 a.m. |
| **To:** | Irina Nikolayevna Monakhova [irina.monakhova@avilon.ru]; Vitaly Nikolayevich Popov [vitaliy.popov@avilon.ru]; Yuliya Yuryevna Semenova [juliya.semenova@avilon.ru] |
| **Subject:** | RE: Ambika |
| **Attachments**: | SKM_C224e15081210560.pdf |

I only have 1 BG (attached)
_____

Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**AO Avilon Automobile Group**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.:     +7 495 781-8199 ext.: 2065
Fax.:     +7 495 781-7710



Click hear to learn the latest news

> **From:** Irina Nikolayevna Monakhova
> **Sent:** Wednesday, August 12, 2015 10:51 AM
> **To:** Vitaly Nikolayevich Popov; Yuliya Yuryevna Semenova; Valentina Anatolyevna Nazanskaya
> **Subject:** Ambika
>
> What is the deposit secured by?
>
> Is there a PBB guarantee?
>
> Best regards,
> **Irina Nikolayevna Monakhova**
> Member of the Management Board of Avilon AG
> Chief Financial Officer of Avilon Group
> AVILON GROUP
> Building 2, 43 Volgogradsky pr-t, Moscow
> Tel.:     +7 495 781-8197
> Fax     +7 495 730-4449
> E-mail:     irina.monakhova@avilon.ru
> Http:     www.avilon-group.ru

Confidential

AVPE004795



Click here to learn the latest news

AVPE004796

[logo] **Life**
        **Financial Group**

**PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC**

str. 1, 18/2 ul. PETROVKA, MOSCOW, RUSSIA 127051
PHONE: +7 (495) 933-3737, FAX: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
TIN 7729086087, BIC 044525986, correspondent account 30101810600000000986
TRC 775001001, NCBO [National Classifier of Enterprises and Organizations] 17534020, NCNES [National Classifier of National Economy Sectors] 96120, NSLI [Non-Bank Settlement and Lending Institution] 2412

No. _127-945_                                      **Avilon AG CJSC**
_11/5/2014_                                        d. 43/3, Volgogradsky prospekt, Moscow
Moscow
To No. _____

NOVEMBER 5, 2014

**BANK GUARANTEE**

Moscow

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as the "Guarantor"), TIN 7729086087, BIC 044525986, with its legal address at 3, ul. Pudovkina, Moscow 119285, mailing address: Str. 1, d. 18/2, ul. Petrovka, Moscow 127051, has been notified that in accordance with Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, Supplemental Agreement No. 2 dated September 3, 2012, Supplemental Agreement No. 3 dated September 3, 2013, Supplemental Agreement No. 4 dated September 16, 2013, Supplemental Agreement No. 5 dated November 5, 2014) (hereinafter, the "Agreement"), Avilon AG CJSC (hereinafter referred to as the "Beneficiary"), with its legal and mailing address at d. 43/3 Volgogradsky prospekt, Moscow, and AMBIKA INVESTMENTS LIMITED (hereinafter referred to as the "Principal"), with its legal and mailing address at 115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus, have agreed on the disbursement of a loan on the following terms and conditions:

- loan amount – USD 7,500,000.00 (Seven million five hundred thousand and 00/100);
- rate of interest for the use of the loan – 11 (eleven) percent per annum;
- loan disbursement period – up to November 5, 2015;
- payment of interest for the use of the loan – February 5, 2015, May 5, 2015, August 5, 2015 and November 5, 2015.

In this connection, we hereby undertake to pay you any amount or amounts not exceeding in total USD 8,325,000.00 (Eight million, three hundred twenty-five thousand and 00/100), as well as penalties accrued under the Agreement, within 5 (five) business days of the date of our receipt of your first request in writing and your written statement indicating that the Principal violated its obligations under the Agreement and in relation to what the Principal committed the violation.

The rights held by the Beneficiary under this Guarantee cannot be transferred to third parties.

This guarantee shall enter into force on **November 5, 2014**. The Beneficiary's request for the payment of the sum of the guarantee cannot be presented to the Guarantor earlier than the following dates:

- earlier than February 12, 2015 – for an amount not exceeding USD 207,945.21 (Two hundred seven, thousand nine hundred forty-five and 21/100);
- earlier than May 13, 2015 – for an amount not exceeding USD 201,164.38 (Two hundred one thousand, one hundred sixty-four and 38/100);
- earlier than August 12, 2015 – for an amount not exceeding USD 207,945.21 (Two hundred seven thousand, nine hundred forty-five and 21/100);

Page 2

-        earlier than November 13, 2015 – for an amount not exceeding USD 7,707,945.21 (Seven million, seven hundred seven thousand, nine hundred forty-five and 21/100).

The period of validity of this guarantee expires on **December 4, 2015**. In accordance with this, any request for payment must be received by us prior to this date inclusive.

The applicable law under this guarantee is Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board _____[signature]_____ A.D. Zheleznyak

Chief Accountant _____[signature]_____ L.E. Alkhovaya

[illegible seal]

Confidential

Message

| | |
|---|---|
| **From:** | Назанская Валентина Анатольевна [valentina.nazanskaya@avilon.ru] |
| **Sent:** | 12/08/2015 07:59:26 |
| **To:** | Монахова Ирина Николаевна [irina.monakhova@avilon.ru]; Попов Виталий Николаевич [vitaliy.popov@avilon.ru]; Семенова Юлия Юрьевна [juliya.semenova@avilon.ru] |
| **Subject:** | RE: Амбика |
| **Attachments:** | SKM_C224e15081210560.pdf |

У меня есть только 1 БГ (во вложении)

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:  +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail:  valentina.nazanskaya@avilon.ru
Http:  www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, August 12, 2015 10:51 AM
**To:** Попов Виталий Николаевич; Семенова Юлия Юрьевна; Назанская Валентина Анатольевна
**Subject:** Амбика

Чем обеспечен депозит?

Гарантия ПББ есть?

С уважением,
Монахова Ирина Николаевна
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
A V I L O N   G R O U P
Москва, Волгоградский пр-т., д.43, к.2
Тел.:  +7 495 781-8197
Факс:  +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:  www.avilon-group.ru

Confidential



Кликните здесь, чтобы узнать актуальные новости

Confidential



Финансовая группа
**Лайф**

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ «ПРОБИЗНЕСБАНК»**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 353 3737, ФАКС: + 7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Swift: probusiness/bucoders S.W.I.F.T., BIC: PRBVRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17934020, ОКОНХ 96120, РНКО 2412

№ 127-945
05. 11.               20 14 г.
г. Москва
на № _____

**ЗАО «Авилон АГ»**
Москва, Волгоградский проспект д. 43/3

05 НОЯБРЯ 2014 г.

**БАНКОВСКАЯ ГАРАНТИЯ**

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительного соглашения № 5 от 05 ноября 2014 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (АМВIКА INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:
- размер займа – 7 500 000.00 (Семь миллионов пятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2015г.;
- уплата процентов за пользование займом – 05 февраля 2015г., 05 мая 2015г., 05 августа 2015г. и 05 ноября 2015г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 8 325 000,00 (Восемь миллионов триста двадцать пять тысяч 00/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 05 ноября 2014 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:
- ранее чем 12 февраля 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;
- ранее чем 13 мая 2015г. – на сумму, не превышающую 201 164,38 (Двести одна тысяча сто шестьдесят четыре 38/100) долларов США;
- ранее чем 12 августа 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;

Confidential

AVPE0004797

Страница 2

- ранее чем 13 ноября 2015 г. – на сумму, не превышающую 7 707 945.21 (Семь миллионов семьсот семь тысяч девятьсот сорок пять 21/100) долларов США.

Срок действия настоящей гарантии истекает **04 декабря 2015 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления             А.Д. Железняк

Главный бухгалтер             Л.Э. Альховая

Confidential

AVPE0004798



translations@geotext.com
www.geotext.com

STATE OF NEW YORK          )
                           )
                           )     ss
COUNTY OF NEW YORK         )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates Nos.

AVPE0004795–AVPE0004798.


Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.


Sworn to and subscribed before me

this 25th day of January, 20 17 .


KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143