# EXHIBIT 42

Message

| | |
|---|---|
| From: | Irina Nikolayevna Monakhova    [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=irina.monakhova] |
| on behalf of | Irina Nikolayevna Monakhova    [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=irina.monakhova] |
| Sent: | 12/08/2015 08:29:44 |
| To: | Valentina Anatolyevna Nazanskaya    [valentina.nazanskaya@avilon.ru] |
| Subject: | RE: Ambika |

Look for the guarantee or restore it

_____

Best regards,
**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Bldg 2, 43 Volgogradsky pr-t, Moscow
Tel.:       +7 495 781-8197
Fax:       +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon-group.ru



Click here to learn the latest news

> **From:** Valentina Anatolyevna Nazanskaya
> **Sent:** Wednesday, August 12, 2015 11:18 AM
> **To:** Irina Nikolayevna Monakhova
> **Subject:** RE: Ambika
>
> Irina Nikolayevna,
>
> Only Yulya's initials are there. The lawyers haven't initialed it.
>
> _____
>
> Best regards,
> **Valentina Anatolyevna Nazanskaya**
> Deputy Chief Accountant
> Accounting
> **AO Avilon Automobile Group**
> Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
> Tel.:       +7 495 781-8199 ext.: 2065
> Fax.:      +7 495 781-7710
> E-mail:   valentina.nazanskaya@avilon.ru
> Http:     www.avilon.ru



Click here to learn the latest news

**From:** Irina Nikolayevna Monakhova
**Sent:** Wednesday, August 12, 2015 10:51 AM
**To:** Vitaly Nikolayevich Popov; Yuliya Yuryevna Semenova; Valentina Anatolyevna Nazanskaya
**Subject:** Ambika

What is the deposit secured by?

Is there a PBB guarantee?

Best regards,
**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Building 2, 43 Volgogradsky pr-t, Moscow
Tel.:      +7 495 781-8197
Fax:      +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon-group.ru



Click here to learn the latest news

Confidential   AVPE0004802

Message

| | |
|---|---|
| **From:** | Монахова Ирина Николаевна [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=irina.monakhova] |
| **on behalf of** | Монахова Ирина Николаевна [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=irina.monakhova] |
| **Sent:** | 12/08/2015 08:29:44 |
| **To:** | Назанская Валентина Анатольевна [valentina.nazanskaya@avilon.ru] |
| **Subject:** | RE: Амбика |

Ищите гарантии или восстанавливайте

С уважением,
**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**AVILON GROUP**
Москва, Волгоградский пр-т, д.43, к.2
Тел.:   +7 495 781-8197
Факс:  +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Назанская Валентина Анатольевна
**Sent:** Wednesday, August 12, 2015 11:18 AM
**To:** Монахова Ирина Николаевна
**Subject:** RE: Амбика

Ирина Николаевна!

Есть только виза Юли, юристы не визировали.

С уважением,
**Назанская Валентина Анатольевна**

Зам. главного бухгалтера
Бухгалтерия
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т, д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail:  valentina.nazanskaya@avilon.ru
Http:    www.avilon.ru

Confidential



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, August 12, 2015 10:51 AM
**To:** Попов Виталий Николаевич; Семенова Юлия Юрьевна; Назанская Валентина Анатольевна
**Subject:** Амбика

Чем обеспечен депозит?

Гарантия ПББ есть?

---
С уважением,

**Монахова Ирина Николаевна**
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**AVILON GROUP**
Москва, Волгоградский пр-т, д.43, к.2
Тел.:       +7 495 781-8197
Факс:      +7 495 730-4449
E-mail:    irina.monakhova@avilon.ru
Http:       www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

Confidential
AVPE0004802



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
COUNTY OF NEW YORK  )

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0004801–AVPE0004802.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

_____

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York           Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London             Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143