# EXHIBIT 43

Message

| | |
|---|---|
| **From:** | Yuliya Yuryevna Semenova [juliya.semenova@avilon.ru] |
| **Sent:** | 08/13/2015 11:47:48 |
| **To:** | Valentina Anatolyevna Nazanskaya [valentina.nazanskaya@avilon.ru] |
| **Subject:** | RE: Ambika |
| **Attachments:** | image001.png |

What's with the foreign currency and the rubles in the accounts?

Sent from my iPhone

On Aug. 13, 2015, at 2:41 p.m., Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:
Nothing yet, but we haven't given up hope…

---

Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.:   +7 495 781-8199 ext.: 2065
Fax:   +7 495 781-7710
Email:  valentina.nazanskaya@avilon.ru
Http:   www.avilon.ru

Click here for the latest news

> **From:** Yuliya Yuryevna Semenova
> **Sent:** Thursday, August 13, 2015 2:40 PM
> **To:** Valentina Anatolyevna Nazanskaya
> **Subject:** RE: Ambika
>
> What's the latest?
>
> Sent from my iPhone
>
> On Aug. 12, 2015, at 8:19 p.m. Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:
> Yukochka, we're waiting for a reply from Yana. Popov promised to call right back. I just spoke with him.
>
> Best regards,
> **Valentina Anatolyevna Nazanskaya**
> Deputy Chief Accountant
> Accounting
> **Avilon Automobile Group JSC**
> Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
> Tel.:   +7 495 781-8199 ext.: 2065
> Fax:   +7 495 781-7710

Confidential                                                      AVPE0004846

Email: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
[illegible]
Click here for the latest news

**From:** Yuliya Yuryevna Semenova
**Sent:** Wednesday, August 12, 2015 8:11 PM
**To:** Valentina Anatolyevna Nazanskaya
**Subject:** RE: Ambika

What's the latest?

Sent from my iPhone

On Aug. 12, 2015, at 6:34 p.m., Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:
Yukochka, I don't have any information yet. We're waiting, hoping (I'm also howling, I can't contain myself…)

_____
Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 781-8199 ext.: 2065
Fax: +7 495 781-7710
Email: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
[illegible]
Click here for the latest news

**From:** Yuliya Yuryevna Semenova
**Sent:** Wednesday, August 12, 2015 6:32 PM
**To:** Valentina Anatolyevna Nazanskaya
**Subject:** RE: Ambika

Did you manage?

Sent from my iPhone

[On] Aug. 12, 2015, at 3:03 p.m., Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:
Yuka, everything will be fine, we shall prevail!

_____
Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.:   +7 495 781-8199 ext.: 2065
Fax:    +7 495 781-7710
Email: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
[illegible]
Click here for the latest news

**From:** Yuliya Yuryevna Semenova
**Sent:** Wednesday, August 12, 2015 2:59 PM

Confidential                                                                AVPE0004847

> **To:** Valentina Anatolyevna Nazanskaya
> **Subject:** RE: Ambika
>
> As soon as you see the signed versions
> Write to me
> Although I don't even care anymore
>
> Sent from my iPhone
>
> On Aug. 12, 2015, at 2:51 p.m., Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:

Popov.
I'm a knucklehead—I don't know how to be diplomatic… ☹

---
Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.:   +7 495 781-8199 ext.: 2065
Fax:    +7 495 781-7710
Email: valentina.nazanskaya@avilon.ru
Http:   www.avilon.com
[illegible]
Click here for the latest news

> **From:** Yuliya Yuryevna Semenova
> **Sent:** Wednesday, August 12, 2015 2:50 PM
> **To:** Valentina Anatolyevna Nazanskaya
> **Subject:** RE: Ambika
>
> Did Popov speak with her? Or did you call?
>
> Sent from my iPhone
>
> On Aug. 12, 2015, at 2:48 p.m., Valentina Anatolyevna Nazanskaya <valentina.nazanskaya@avilon.ru> wrote:

That's the only remaining hope…

---
Best regards,
**Valentina Anatolyevna Nazanskaya**
Deputy Chief Accountant
Accounting
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.:   +7 495 781-8199 ext.: 2065
Fax:    +7 495 781-7710
Email: valentina.nazanskaya@avilon.ru
Http:   www.avilon.com
[illegible]
Click here for the latest news

> **From:** Yuliya Yuryevna Semenova
> **Sent:** Wednesday, August 12, 2015 2:27 PM
> **To:** Valentina Anatolyevna Nazanskaya
> **Subject:** RE: Ambika

Confidential

AVPE0004848

> Did Yana decide to help after all?
>
> Sent from my iPhone
>
> On Aug. 12, 2015, at 1:07 p.m., Vitaly Nikolayevich Popov <vitaliy.popov@avilon.ru> wrote:

Yana promised to do everything today (to issue a new copy). Just in case, we have prepared an alternative text for signing on their letterhead. ADZh is still in a meeting at the CB, after which he is supposed to come to the office and sign everything

_____

Best regards,
**Vitaly Nikolayevich Popov**
Head of Legal Department
**Avilon Automobile Group JSC**
Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
Tel.: +7 495 781-8199 ext. 7040
Fax: +7 495 781-7710
Email: vitaly.popov@avilon.ru
Http: www.avilon.ru
[illegible]
Click here for the latest news

> **From:** Valentina Anatolyevna Nazanskaya
> **Sent:** Wednesday, August 12, 2015 10:59 AM
> **To:** Irina Nikolayevna Monakhova; Vitaly Nikolayevich Popov; Yuliya Yuryevna Semenova
> **Subject:** RE: Ambika
>
> I only have 1 BG (attached)
>
> _____
>
> Best regards,
> **Valentina Anatolyevna Nazanskaya**
> Deputy Chief Accountant
> Accounting
> **Avilon Automobile Group JSC**
> Bldg 3, 43 Volgogradsky pr-t, Moscow 109316
> Tel.:     +7 495 781-8199 ext.: 2065
> Fax:     +7 495 781-7710
> Email:   valentina.nazanskaya@avilon.ru
> Http:    www.avilon.com
> [illegible]
> Click hear to learn the latest news
>
> **From:** Irina Nikolayevna Monakhova
> **Sent:** Wednesday, August 12, 2015 10:51 AM
> **To:** Vitaly Nikolayevich Popov; Yuliya Yuryevna Semenova; Valentina Anatolyevna Nazanskaya
> **Subject:** Ambika
>
> What is the deposit secured by?
>
> Is there a PBB guarantee?
>
>
> Best regards,
> **Irina Nikolayevna Monakhova**

Confidential

AVPE0004849

Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Building 2, 43 Volgogradsky pr-t, Moscow
Tel.:      +7 495 781-8197
Fax:      +7 495 730-4449
Email:    irina.monakhova@avilon.ru
Http:     www.avilon-group.ru

[illegible]
Click here for the latest news

Confidential                                                                                                    AVPE0004850

Message

| | |
|---|---|
| From: | Семенова Юлия Юрьевна [juliya.semenova@avilon.ru] |
| Sent: | 13/08/2015 11:47:48 |
| To: | Назанская Валентина Анатольевна [valentina.nazanskaya@avilon.ru] |
| Subject: | Re: Амбика |
| Attachments: | image001.png |

Что с валютой и рублями по счетам?

Отправлено с iPhone

13 авг. 2015 г., в 14:41, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):
Ничего пока нет, но надежды не теряем...

С уважением,

Назанская Валентина Анатольевна

Зам. главного бухгалтера
Бухгалтерия

АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:  +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http:  www.avilon.ru

Кликните здесь, чтобы узнать актуальные новости

From: Семенова Юлия Юрьевна
Sent: Thursday, August 13, 2015 2:40 PM
To: Назанская Валентина Анатольевна
Subject: Re: Амбика

Ну как?

Отправлено с iPhone

12 авг. 2015 г., в 20:19, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):
Юкочка, ждём ответа от Яны, Попов обещал сразу отзвониться, я с ним только что говорила.

С уважением,

Назанская Валентина Анатольевна

Зам. главного бухгалтера
Бухгалтерия

АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:  +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710

Confidential

E-mail: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, August 12, 2015 8:11 PM
**To:** Назанская Валентина Анатольевна
**Subject:** Re: Амбика

Ну что?

Отправлено с iPhone

12 авг. 2015 г., в 18:34, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):

Юкочка, пока нет информации, ждём, надеемся (ещё я реву, не могу сдержаться...)

---

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.: +7 495 781-8199 доб.: 2065
Факс: +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, August 12, 2015 6:32 PM
**To:** Назанская Валентина Анатольевна
**Subject:** Re: Амбика

Удалось?

Отправлено с iPhone

12 авг. 2015 г., в 15:03, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):

Юка, всё будет хорошо, мы победим!

---

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.: +7 495 781-8199 доб.: 2065
Факс: +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http: www.avilon.ru
Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, August 12, 2015 2:59 PM

Confidential
AVPE0004847

**To:** Назанская Валентина Анатольевна
**Subject:** Re: Амбика

Как увидишь подписанные
Мне напиши
Хотя мне уже всё равно

Отправлено с iPhone

12 авг. 2015 г., в 14:51, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):

Попов.
Я – чурка деревянная, не умею дипломатничать... ☹

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http:   www.avilon.ru
Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, August 12, 2015 2:50 PM
**To:** Назанская Валентина Анатольевна
**Subject:** Re: Амбика

Попов с ней говорил? Или ты звонила?

Отправлено с iPhone

12 авг. 2015 г., в 14:48, Назанская Валентина Анатольевна <valentina.nazanskaya@avilon.ru> написал(а):

Только на это остается надеяться...

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http:   www.avilon.ru
Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Wednesday, August 12, 2015 2:27 PM
**To:** Назанская Валентина Анатольевна
**Subject:** Re: Амбика

Confidential

AVPE0004848

Яна все- таки решила помочь?

Отправлено с iPhone

12 авг. 2015 г., в 13:07, Попов Виталий Николаевич <vitaliy.popov@avilon.ru> написал(а):

Яна пообещала все сделать сегодня (выдать новый экземпляр). Мы на всякий случай приготовили альтернативный текст для подписания на их бланке. АДЖ до сих пор на совещании в ЦБ, после этого должен приехать в офис и все подписать.

С уважением,
Попов Виталий Николаевич
Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:  +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru

Кликните здесь, чтобы узнать актуальные новости

**From:** Назанская Валентина Анатольевна
**Sent:** Wednesday, August 12, 2015 10:59 AM
**To:** Монахова Ирина Николаевна; Попов Виталий Николаевич; Семенова Юлия Юрьевна
**Subject:** RE: Амбика

У меня есть только 1 БГ (во вложении)

С уважением,
Назанская Валентина Анатольевна
Зам. главного бухгалтера
Бухгалтерия
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2065
Факс:  +7 495 781-7710
E-mail: valentina.nazanskaya@avilon.ru
Http:   www.avilon.ru

Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, August 12, 2015 10:51 AM
**To:** Попов Виталий Николаевич; Семенова Юлия Юрьевна; Назанская Валентина Анатольевна
**Subject:** Амбика

Чем обеспечен депозит?

Гарантия ПББ есть?

С уважением,
Монахова Ирина Николаевна

Confidential

Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т., д.43, к.2
Тел.:     +7 495 781-8197
Факс:    +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

Confidential

AVPE0004850



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )    ss
COUNTY OF NEW YORK   )

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0004846–AVPE0004850.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this _25_ day of _January_, 20_17_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York          Washington, D.C.     Chicago            Houston            San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris               Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143