# EXHIBIT 44

Message

| From: | Semenova Yuliya Yuryevna [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Semenova Yuliya Yuryevna [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| Sent: | 08/25/2015 4:21:00 PM |
| To: | xxx.yana@gmail.com [xxx.yana@gmail.com] |
| Subject: | FW: Projects |
| Attachments: | Form AG.docx; Form Plaza.docx |

_____
Sincerely
**Semenova Yuliya Yuryevna**
Chief accountant
Accounting Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradskiy prospektc d. 43/3
Tel.: +7 495 781-8199 ext. 2060
Fax: +7 495 781-7710
E-mail: juliya.semenova@avilon.ru
http: www.avilon.ru



Click here for the latest news

| From: | Semenova Yuliya Yuryevna |
| Sent: | Tuesday, August 25, 2015 7:10 PM |
| To: | Yana V Krisjuk (yana@prbb.ru) |
| Subject: | Projects |

Yana,

Have a look.

_____
Sincerely,
**Semenova Yuliya Yuryevna**
Chief accountant
Accounting Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradskiy prospektc d. 43/3
Tel.:    +7 495 781-8199 ext. 2060
Fax:    +7 495 781-7710
E-mail: juliya.semenova@avilon.ru
http:    www.avilon.ru

Confidential                                                                                    AVPE0004970



Click here for the latest news

**Life Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC
Bldg 1, 18/2 UL PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342,corporate@prbb.ru,www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No._____                                                    **Avilon AG CJSC**

In **response to** Ref. **No._____**                          43/3 Volgogradsky Prospekt, Moscow

                               BANK GUARANTEE

                                                                      Moscow
JANUARY 26, 2015

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as

"Guarantor"), TIN 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285

and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement

No. 2712/10 dated December 27, 2010 (as amended by Supplemental Agreement No. 1 dated December 27, 2011,

Supplemental Agreement No. 2 dated December 27, 2012,

Supplemental Agreement No. 3 dated December 27, 2013, Supplemental Agreement No. 4 dated January 30, 2014,

Supplemental Agreement No. 5 dated December 9, 2014, and Supplemental Agreement No. 6 dated January 26,

2015) (hereinafter, "Agreement"), the company Avilon Plaza LLC (hereinafter, "Beneficiary"), with its registered

and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS

LTMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident

Centre, P.C. 3101, Limassol, Cyprus), have agreed on the granting of a loan under the following terms :

- loan amount: USD 15,268,775.89 (fifteen million two hundred sixty-eight thousand seven hundred seventy-five and 89/100) ;
- loan interest rate: 12 (twelve) percent per annum;
- maturity date: December 9, 2015;
- payment of interest for the use of the loan: December 9, 2015
- total interest at time of repayment (December 9, 2015) will be USD 1,832,253.11 (one million eight hundred thirty-two thousand two hundred fifty-three and 11/100) .

    In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of USD

17,101,029.00 (seventeen million one hundred one thousand twenty-nine and 00/100)   within 5 (five) business days

after receiving your first demand in writing and your written Statement indicating that the Principal has breached its

obligations under the Agreement and the nature of such breach by the Principal.

    The Beneficiary's rights under this Guarantee may not be assigned lo third parties.

    This guarantee shall take effect on January 26, 2015. The Beneficiary's demand for payment of the guarantee

amount may not be presented to the Guarantor earlier than December 21, 2015.

    This guarantee shall expire on December 31, 2015. Therefore, any payment demand must be received by us on or
before that date.
This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising from this guarantee
shall be referred to the Moscow Arbitrazh Court for resolution.

      Chairman ofthe Management Board              _____    AD. Zheleznyak


      ChiefAccountant                              _____    L.E. Alkhovaya


Confidential                                              AVPE0004972

**Life Financial Group**

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK
(OPEN JOINT-STOCK COMPANY)
PROBUSINESSBANK JSCB OJSC
Bldg 1, 18/2 UL PETROVKA, MOSCOW 127051, RUSSIA
TEL.: +7 (495) 933-3737, FAX: +7 (495) 733-9342,corporate@prbb.ru,www.prbb.ru
Sprint: probusiness/customers S.W.I.F.T. BIC PRBMRUMM
Taxpayer ID Number 7729086087, BIC 044525986, Corr. acct. 30101810600000000986
Tax Registration Code 775001001, OKPO 17534020, OKONKh 96120, RNKO 2412

No._____                                                                               **Avilon AG CJSC**

In **response to** Ref. **No._____**                                       43/3 Volgogradsky Prospekt, Moscow

BANK GUARANTEE

Moscow

JANUARY 26, 2015

PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter referred to as "Guarantor"), TIN 7729086087, BIC 044525986, with its registered address at 3 Ul. Pudovkina, Moscow 119285 and its mailing address at Bldg 1, 18/2 Ul. Petrovka, Moscow 127051, is aware that pursuant to Loan Agreement No. 0109/11 dated September 1, 2011 (as amended by Supplemental Agreement No. 1 dated March 2, 2012, Supplemental Agreement No. 2 dated September 3, 2012, Supplemental Agreement No. 3 dated September 3, 2013, Supplemental Agreement No. 4 dated September 16, 2013, Supplemental Agreement No. 5 dated November 5, 2014, Supplemental Agreement No. 6 dated December 9, 2014, Supplemental Agreement No. 7 dated January 19, 2015, and Supplemental Agreement No. 8 dated January 26, 2015) (hereinafter, "Agreement"), the company Avilon AG CJSC (hereinafter, "Beneficiary"), with its registered and mailing address at 43/3 Volgogradsky Prospekt, Moscow, and the company AMBIKA INVESTMENTS LIMITED (hereinafter, "Principal"), with its registered and mailing address at 115 Griva Digeni Ave., Trident Centre, P.C. 3101, Limassol, Cyprus), have ai,reed on the granling of a loan under the following terms:

- loan amount: USD 27,607,156.17 (twenty-seven million six hundred seven thousand one hundred fifty-six    and 17/100);
- loan interest rate: 12 (twelve) percent per annurn;
- maturity date: December 9, 2015;
- payment of interest for the use of the loan: January 29, 2015; February 25, 2015; March 25, 2015; April 24, 2015; May 25, 2015; June 25,2015; July 24, 2015; August 25, 2015; September 25, 2015; October 26, 2015; November 25, 2015; and December 9, 2015.

In view of the foregoing, we hereby agree to pay you any amount or amounts not exceeding a total of USD 30,913,294.91 (thirty million nine hundred thirteen thousand two hundred ninety-four and 91/100)  within 5 (five) business days after receiving your first demand in writing and your written statement indicating that the Principal has breached its obligations under the Agreement and the nature of such breach by the Principal.

The Beneficiary's rights under this Guarantee may not be assigned to third parties.

This guarantee shall take effect on **January 26, 2015.** The Beneficiary's demand for payment of the guarantee amount may not be presented to the Guarantor earlier than the following dates:

- before February 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100);
- before March 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100)  ;
- before April 1, 2015 - for an amount not exceeding USD 184,333.33 (one hundred eighty-four thousand three hundred thirty-three and 33/100);
- before May 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100) US dollars;
- before June 1, 2015 - for an amount not exceeding USD 197,500.01 {one hundred ninety-seven thousand five hundred and 01/100) ;
- before July 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100) ;

Confidential

- before August 1, 2015 - for an amount not exceeding USD 197,500.01 (one hundred ninety-seven thousand five hundred and 01/100) ;

- before September 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100) ;

- before October 1, 2015 - for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100);

- before November 1, 2015 – an amount not exceeding USD 197,500.01 (one hundred ninety-seven thousand five hundred and 01/100);

- before December 1, 2015 – for an amount not exceeding USD 204,083.35 (two hundred four thousand eighty-three and 35/100);

- before December 15, 2015 – for an amount not exceeding USD 28,707,878.10 (twenty-eight million seven hundred seven thousand eight hundred seventy-eight and 10/100);

This guarantee shall expire on **December 31, 2015**. Therefore, any payment demand must be received by us on or before that date.

This guarantee shall be governed by Russian Federation law. All disputes and disagreements arising from this guarantee shall be referred to the Moscow Arbitrazh Court for resolution.

Chairman of the Management Board                    _____   AD. Zheleznyak

Chief Accountant                    _____   L.E. Alkhovaya

Message

| | |
|---|---|
| **From:** | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=first administrative group/cn=recipients/cn=juliya.semenova] |
| **Sent:** | 25/08/2015 16:21:00 |
| **To:** | 'xxx.yana@gmail.com' [xxx.yana@gmail.com] |
| **Subject:** | FW: Проекты |
| **Attachments:** | Бланк АГ.docx; Бланк Плаза.docx |

С уважением,
**Семенова Юлия Юрьевна**
Главный бухгалтер
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2060
Факс:   +7 495 781-7710
E-mail:  juliya.semenova@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Tuesday, August 25, 2015 7:10 PM
**To:** Yana V Krisjuk (yana@prbb.ru)
**Subject:** Проекты

Яна

Посмотрите

С уважением,
**Семенова Юлия Юрьевна**
Главный бухгалтер
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2060
Факс:   +7 495 781-7710
E-mail:  juliya.semenova@avilon.ru
Http:   www.avilon.ru

Confidential

AVPE0004970



Кликните здесь, чтобы узнать актуальные новости

Confidential

AVPE0004971



Финансовая группа
**Лайф**

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. Петровка,18/2, стр.1, г. Москва, Россия 127051
ТЕЛ/ФАКС: +7(495)937-3797, +7(495)733-9342, bank@prbb.ru, www.life-corp.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525996, к/с 30101810600000000986
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ _____
«___» _____ 20___ г.
На № _____

                                              **ООО «Авилон Плаза»**
                                  Москва, Волгоградский проспект д. 43 корп.2


                         БАНКОВСКАЯ ГАРАНТИЯ


26 ЯНВАРЯ 2015 г.                                      г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525996, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 2712/10 от 27 декабря 2010 (в редакции Дополнительного соглашения № 1 от 27 декабря 2011 года, Дополнительного соглашения № 2 от 27 декабря 2012 года, Дополнительного соглашения № 3 от 27 декабря 2013 года, Дополнительного соглашения № 4 от 30 января 2014 года, Дополнительного соглашения № 5 от 09 декабря 2014 года, Дополнительного соглашения № 6 от 26 января 2015 года,) (далее – «Договор») компания ООО «Авилон Плаза» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 2 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:
- размер займа – 15 268 775,89 (Пятнадцать миллионов двести шестьдесят восемь тысяч семьсот семьдесят пять 89/100) долларов США;
- процентная ставка за пользование кредитом – 12.0 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 09 декабря 2015 г.;
- уплата процентов за пользование займом – 09 декабря 2015 г.
- сумма процентов на момент погашения (09 декабря 2015 г.) составит – 1 832 253,11 (Один миллион восемьсот тридцать две тысячи двести пятьдесят три 11/100) долларов США.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 17 101 029,00 (Семнадцать миллионов сто одна тысяча двадцать девять 00/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 26 января 2015 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее 21 декабря 2015 г.

Срок действия настоящей гарантии истекает 31 декабря 2015 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.


       Председатель Правления         _____ А.Д.Железняк


       Главный бухгалтер              _____ Л.Э.Альховая

 Финансовая группа
**Лайф**

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. Петровка,18/2, стр.1, г. Москва, Россия 127051
ТЕЛ/ФАКС: +7(495)937-3797, +7(495)733-9342, bank@prbb.ru, www.life-corp.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525966, к/с 30101810600000000986
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ _____
«____» _____ 20___ г.
На № _____

                                                                **ЗАО «Авилон АГ»**
                                                        Москва, Волгоградский проспект д. 43/3

26 ЯНВАРЯ 2015 г.

                            **БАНКОВСКАЯ ГАРАНТИЯ**

                                                        г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3,  почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительного соглашения № 5 от 05 ноября 2014 года, Дополнительного соглашения № 6 от 09 декабря 2014 г., Дополнительного соглашения № 7 от 19 января 2015 г., Дополнительного соглашения № 8 от 26 января 2015 г., (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа  на следующих условиях:

- размер займа – 27 601 156,17 (Двадцать семь миллионов шестьсот одна тысяча сто пятьдесят шесть и 17/100) долларов США;
- процентная ставка за пользование кредитом – 12 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 09 декабря 2015г.;
- уплата процентов за пользование займом – 29 января 2015г., 25 февраля 2015г., 25 марта 2015г., 24 апреля 2015г., 25 мая 2015г., 25 июня 2015г., 24 июля 2015г., 25 августа 2015г., 25 сентября 2015г., 26 октября 2015г., 25 ноября 2015г. и 09 декабря 2015г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 30 913 294,91 (Тридцать миллионов девятьсот тринадцать тысяч двести девяносто четыре 91/100) долларов США, а также суммы начисленных штрафных санкций по Договору,  в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу **26 января 2015** г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 01 февраля 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее чем 01 марта 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее чем 01 апреля 2015г. – на сумму, не превышающую 184 333,33 (Сто восемьдесят четыре тысячи триста тридцать три 33/100) долларов США;
- ранее чем 01 мая 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее чем 01 июня 2015г. – на сумму, не превышающую 197 500,01 (Сто девяносто семь тысяч пятьсот 01/100) долларов США;
- ранее чем 01 июля 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;

- ранее чем 01 августа 2015г. – на сумму, не превышающую 197 500,01 (Сто девяносто семь тысяч пятьсот 01/100) долларов США;
- ранее чем 01 сентября 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее 01 октября 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее чем 01 ноября 2015г. – на сумму, не превышающую 197 500,01 (Сто девяносто семь тысяч пятьсот 01/100) долларов США;
- ранее чем 01 декабря 2015г. – на сумму, не превышающую 204 083,35 (Двести четыре тысячи восемьдесят три 35/100) долларов США;
- ранее чем 15 декабря 2015г. – на сумму, не превышающую 28 707 878,10 (Двадцать восемь миллионов семьсот семь тысяч восемьсот семьдесят восемь 10/100) долларов США;

Срок действия настоящей гарантии истекает **31 декабря 2015 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления    _____ А.Д. Железняк

Главный бухгалтер    _____ Л.Э. Альховая

Confidential

AVPE0004974



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
         )
         ) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates Nos.

AVPE0004970–AVPE0004974.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 25ᵗʰ day of January, 20 17 .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143