# EXHIBIT 45

**Message**

| | |
|---|---|
| **From:** | Semenova Yuliya Yuryevna [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Semenova Yuliya Yuryevna [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova |
| **Sent:** | 8/26/2015 4:27:53 p.m. |
| **To:** | Nazanskaya Valentina Anatolyevna [valentina.nazanskaya@avilon.ru] |
| **Subject:** | Guarantee AG 20 |
| **Attachments:** | Guarantee AG 20.docx |

Confidential                                                                                                                                              AVPE0005003

[logo]   Financial Group

# Life

**JOINT STOCK COMPANY COMMERCIAL BANK PROBUSINESSBANK (OPEN JOINT SOCK COMPANY)**
ul. Petrovka, d.18/2, st. 1, Moscow, 127051, Russia
Tel./Fax: +7 (495)937-3797, +7 (495)733-9342, bank@prbb.ru, www.life-corp.ru
Sprint: probusiness/customers SWIFT BIC PRBMRUMM
TIN 7729086087, BIK 044525966, c/a 30101810600000000986
Tax Registration Code [TRC] 775001001, General Classifier of Enterprises and Organizations 17534020, All-Russia Classifier of Types of Activity 96120, Non-Bank Settlement and Credit Authority 2412
No _____
January 26, 2015
Ref. No_____

**CJSC Avilon AG**
Moscow, Volgogradskiy prospekt d. 43/3

## BANK GUARANTEE

Moscow

JOINT STOCK COMPANY COMMERCIAL BANK PROBUSINESSBANK (OPEN JOINT STOCK COMPANY) (hereinafter Guarantor) TIN 7729086087, BIK 044525986 [sic], registered office 119285, Moscow, ul. Pudovkina, 3, postal address 127051, Moscow, ul. Petrovka, 18/2, bldg. 1, has been advised that pursuant to the Agreement of December 9, 2014 to the Loan agreement No 1812/08 of December 18, 2008 and Loan agreement No 0109/11 of September 1, 2011 (as amended by Supplemental agreement No 1 of March 2, 2012, Supplemental agreement No 2 of September 3, 2012, Supplemental agreement No 3 of September 3, 2013, Supplemental agreement No 4 of September 16, 2013, Supplemental agreement No 5 of November 5, 2014, Supplemental agreement No 6 of December 9, 2014, Supplemental agreement No 7 of January 19, 2015, Supplemental agreement No 8 of January 26, 2015 (hereinafter Agreement) the company Avilon AG CJSC (hereinafter Beneficiary), registered office and postal address Moscow Volgogradskiy prospekt 43/3, and AMBIKA INVESTMENTS LIMITED (hereinafter Principal), registered office and postal address 115 Griva Digeni Ave, TRIDENT CENTRE, P.C 3101, Limassol, Cyprus, have agreed to grant a loan under the following terms and conditions:

- loan amount: USD 20,101,156.17 (Twenty million, one hundred one thousand, one hundred fifty-six and 17/100);
- interest rate : 12 (Twelve) percent per annum;
- loan period: until December 9, 2015;
- interest payments: January 29, 2015, February 25, 2015, March 25, 2015, April 24, 2015, May 25, 2015, June 25, 2015, July 24, 2015, August 25, 2015, September 25, 2015, October 26, 2015, November 25, 2015.

To this end, we undertake to pay you any amount or amounts of up to USD 22,588,294.90 (Twenty-two million, five hundred eighty-eight thousand, two hundred ninety-four and 90/100) and any penalties accrued under the Agreement, within 5 (Five) working days upon your first written demand and your written notice to the effect that the Principal has failed to honour his obligations under the Agreement and the Principal has breached the terms of the Agreement.

The rights granted to the Beneficiary under this Guarantee may not be transferred to any third parties.

This guarantee takes effect on **January 26, 2015**. The Beneficiary may make claims to the Guarantor for the payment of sums under the guarantee not sooner than before December 15, 2015 – for up USD 22,588,294.90 (Twenty-two million, five hundred eighty-eight thousand two hundred and ninety-four 90/100).

This guaranty expires on **December 31, 2015**. Therefore, any payment claims must be received by us by the above mentioned date (inclusive).

This guarantee shall be governed by the law of the Russian Federation. All disputes and differences arising from this guarantee shall be referred to the Arbitration Court of Moscow.

    Chairman of the Board ___[signature]_____ A.D. Zheleznyak
    Chief accountant _____[signature]_____ L.E. Alkhovaya

Confidential                                                                                                                                                 AVPE0005004

Case 1:16-cv-03595-JSR   Document 55-47   Filed 01/27/17   Page 4 of 7

Message

| | |
|---|---|
| **From:** | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=First Administrative Group/cn=Recipients/cn=juliya.semenova] |
| on behalf of | Семенова Юлия Юрьевна [/o=avilon-nymm/ou=first administrative group/cn=recipients/cn=juliya.semenova] |
| **Sent:** | 26/08/2015 16:27:53 |
| **To:** | Назанская Валентина Анатольевна [valentina.nazanskaya@avilon.ru] |
| **Subject:** | Гарантия АГ 20 |
| **Attachments:** | Гарантия АГ 20.docx |

Confidential

AVPE0005003



Финансовая группа
# Лайф

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. Петровка,18/2, стр.1. г. Москва, Россия 127051
ТЕЛ./ФАКС: +7(495)937-3797, +7(495)733-9342, bank@prbb.ru, www.life-corp.ru
Sprint: probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525966, к/с 30101810600000000986
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ _____
«26» января 2015 г.
На № _____

ЗАО «Авилон АГ»
Москва, Волгоградский проспект д. 43/3

## БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Соглашением от 09 декабря 2014г. к Договору займа № 1812/08 от 18 декабря 2008г. и Договору займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительного соглашения № 5 от 05 ноября 2014 года, Дополнительного соглашения № 6 от 09 декабря 2014 г., Дополнительного соглашения № 7 от 19 января 2015 г., Дополнительного соглашения № 8 от 26 января 2015 г.) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 20 101 156,17 (Двадцать миллионов сто одна тысяча сто пятьдесят шесть 17/100) долларов США;
- процентная ставка за пользование кредитом – 12 (Двенадцать) процентов годовых;
- срок пользования кредитом – до 09 декабря 2015г.;
- уплата процентов за пользование займом – 29 января 2015г., 25 февраля 2015г., 25 марта 2015г., 24 апреля 2015г., 25 мая 2015г., 25 июня 2015г., 24 июля 2015г., 25 августа 2015г., 25 сентября 2015г., 26 октября 2015г., 25 ноября 2015г.

В связи с этим, мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 22 588 294,90 (Двадцать два миллиона пятьсот восемьдесят восемь тысяч двести девяносто четыре 90/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу **26 января 2015 г.** Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее, чем 15 декабря 2015г. – на сумму, не превышающую 22 588 294,90 (Двадцать два миллиона пятьсот восемьдесят восемь тысяч двести девяносто четыре 90/100) долларов США.

Срок действия настоящей гарантии истекает **31 декабря 2015 г**. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления     А.Д. Железняк

Главный бухгалтер     Э. Альховая

Confidential

AVPE0005004



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                  )
                  ) ss
                  )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0005003–AVPE0005004.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York          Washington, D.C.     Chicago             Houston             San Francisco
t: +1.212.631.7432   t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143