# EXHIBIT 47 (PART 1 of 3)

Series  AV                                                                    No. **000785**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **August 6, 2014**
_____

at   _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million five-hundred thousand and 00/100 US dollars plus interest at the**
_____
*(amount in words)*
**rate of 10 (ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____
**Passport 45 10 505095 issued by the Federal Migration Service**
_____
*(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**
_____

_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

_____

*Maker*

___**A.D. Zheleznyak**___      [signature]_____      [illegible seal]_____

_____      _____      _____
Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____      Affix seal

SL0000001

Series   AV                                                               No. **000788**

## PROMISSORY NOTE

In the amount of   **14,293,096.00 US dollars**
*(amount in figures)*

Promissory note made on:   **August 6, 2014**

at   **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Fourteen million two-hundred ninety-three thousand ninety-six and 00/100 US dollars**
*(amount in words)*
**plus interest at the rate of 11 (eleven) percent per annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs Dept of Moscow on 04.06.2007**
*(full name and address of payee)*
**Supplement on 09.12.14 in the amount of 106,904.00 (one-hundred six thousand nine hundred four and 00/100) US dollars. Total amount of promissory note: 14,400,000.00 (fourteen million four-hundred thousand and 00/100) US dollars**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**A.D. Zheleznyak**

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of

Avalizer's signature

Date                                                              Affix seal

SL0000002

Series  AV                                                                No. **000792**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **August 15, 2014**
_____

at   **6A Ul. Belomorskaya, Moscow**
_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**
*(amount in words)*

**percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*

**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 17, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

*Maker*

**A.D. Zheleznyak**          [signature]          [illegible seal]
_____        _____        _____

_____        _____        _____
                                                   Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

SL0000003

Series   SN                                                          No. **000798**

<h1 style="text-align:center">PROMISSORY NOTE</h1>

In the amount of   **1,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **September 8, 2014**

at                                    **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**
*(full name and address of payee)*

**of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on September 8, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**A.D. Zheleznyak**          [signature]               [illegible seal]

Affix seal

<h2 style="text-align:center">FOR AVALIZATION (payment guarantee)</h2>

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

SL0000004

Series  AV                                                            No. **000800**

# PROMISSORY NOTE

In the amount of   **6,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **August 6, 2014**

at   **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Six million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
*(amount in words)*

**annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs**
*(full name and address of payee)*

**Department of Moscow on 04.06.2007**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on August 6, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]

Affix seal

# FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]

Date   **August 6, 2014**                                      Affix seal

[seal:] Probusinessbank Joint-Stock Commercial;
Bank Open Joint-Stock Company, Moscow

Series  SN                                                                                              No. **000802**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **September 12, 2014**

at _____ **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
*(amount in words)*

**annum. Interest payable quarterly**

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs**
*(full name and address of payee)*

**Department of Moscow on 04.06.2007**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on September 14, 2015**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]
_____          _____          _____

                                                                        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]   A.D. Zheleznyak

Date   **September 12, 2014**                                           Affix seal

                              [seal:] Probusinessbank Joint-Stock Commercial;
                              Bank Open Joint-Stock Company, Moscow

SL0000006

Series  OK                                                              No. **000806**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
<em>(amount in figures)</em>

Promissory note made on:   **October 2, 2014**

at                          **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
<em>(full name and full address of maker)</em>

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:
**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**
<em>(amount in words)</em>

**percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**
**Passport 45 10 505095 issued by the Federal Migration Service**
<em>(full name and address of payee)</em>

**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on October 2, 2015**

<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
<em>(city, town, etc.)</em>

*Maker*

**N.Yu. Abramova**          [signature]                    [seal:] Life Financial Group [illegible]

                                                                 Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]   A.D. Zheleznyak

Date   **October 2, 2014**                                    Affix seal

                          [seal:] Probusinessbank Joint-Stock Commercial;
                          Bank Open Joint-Stock Company, Moscow

SL0000007

Series  OK                                                                No. **000813**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
_____

*(amount in figures)*

Promissory note made on:   **October 10, 2014**
_____

at   **6A Ul. Belomorskaya, Moscow**
_____

The company (person):   **Life Financial Group CJSC**
_____

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten)**

*(amount in words)*

**percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service**

*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on October 12, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____

*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**         [signature]              [seal:] Life Financial Group [illegible]
_____      _____        _____

                                                                    Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]    A.D. Zheleznyak
_____

Date   **October 10, 2014**                        Affix seal
_____     [illegible seal]

SL0000008

Series  NB                                                        No. **000825**

### PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **November 5, 2014**

at                                  **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
*(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on November 5, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]

Affix seal

### FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature]      **A.D. Zhelezniak**

Date   **November 5, 2014**                     Affix seal
[illegible seal]

SL0000009

Series  NB

No. **000826**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **November 14, 2014**
_____

at  **6A Ul. Belomorskaya, Moscow**
_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million five-hundred thousand and 00/100 US dollars plus interest at the rate of 10**
*(amount in words)*
**(ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
**Passport 45 10 505095 issued by the Federal Migration Service**
*(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on November 16, 2015**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

_____

*Maker*
**N.Yu. Abramova**              [signature]              [seal:] Life Financial Group [illegible]
_____    _____    _____

_____    _____    _____
Affix seal


## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak
_____

Date   **November 14, 2014**                          Affix seal
_____          [illegible seal]

SL0000010

Series  DB

No. **001902**

## PROMISSORY NOTE

In the amount of   **2,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **December 3, 2014**

at                                     **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Two million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
*(amount in words)*
**annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
*(full name and address of payee)*
**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 3, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**            [signature]            [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak

Date   **December 3, 2014**                                    Affix seal
[illegible seal]

SL0000011

Series   DB                                                                                          No. **001904**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
_____
                              *(amount in figures)*

Promissory note made on:   **December 10, 2014**

at                               **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
_____
                    *(full name and full address of maker)*

                      **6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million five-hundred thousand and 00/100 US dollars plus interest at the rate of 10**
                              *(amount in words)*

**(ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
                    *(full name and address of payee)*

**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 10, 2015**

                    *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
                              *(city, town, etc.)*

*Maker*

   **N.Yu. Abramova**        [signature]              [seal:] Life Financial Group [illegible]

                                                           Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak

Date   **December 10, 2014**                               Affix seal
                                                            [illegible seal]

SL0000012

Series  DB

No. **001906**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
<em>(amount in figures)</em>

Promissory note made on:   **December 15, 2014**

at                                  **6A Ul. Belomorskaya, Moscow**

The company (person):   **Life Financial Group CJSC**
<em>(full name and full address of maker)</em>

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Five-hundred thousand and 00/100 US dollars plus interest at the**
<em>(amount in words)</em>

**rate of 10 (ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service**
<em>(full name and address of payee)</em>

**Directorate for the City of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 15, 2015**

<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
<em>(city, town, etc.)</em>

*Maker*

**N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature  **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak

Date   **December 15, 2014**                              Affix seal

[illegible seal]

SL0000013

Series  DB                                                        No. **001907**

## PROMISSORY NOTE

In the amount of   **500,000.00 euros**
_____
*(amount in figures)*

Promissory note made on:   **December 17, 2014**
_____

at _____ **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____

**Five-hundred thousand and 00/100 euros plus interest at the**
_____
*(amount in words)*

**rate of 10 (ten) percent per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
_____
*(full name and address of payee)*

**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 17, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*
_____

*Maker*

**N.Yu. Abramova**            [signature]                    [seal:] Life Financial Group [illegible]
_____        _____        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak
_____

Date   **December 17, 2014**                              Affix seal
_____     [illegible seal]

SL0000014

Series  DB                                                    No. **001908**

## PROMISSORY NOTE

In the amount of   **2,300,000.00 euros**
_____
*(amount in figures)*

Promissory note made on:   **December 24, 2014**
_____

at   _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of: _____
**Two million three-hundred thousand and 00/100 euros plus interest at the**
_____
*(amount in words)*
**rate of 10 (ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*
**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on December 24, 2015**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]              [seal:] Life Financial Group [illegible]
_____    _____    _____
_____    _____
                                                        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC [signature] A.D. Zheleznyak**
_____

Date   **December 24, 2014**                          Affix seal
_____     [illegible seal]

SL0000015

Series  YaN                                                      No. **001929**

## PROMISSORY NOTE

In the amount of   **1,110,904.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **January 12, 2015**

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million one-hundred ten thousand nine hundred four and 00/100 US dollars plus**
_____
*(amount in words)*

**interest at the rate of 11 (eleven) percent per annum. Interest payable upon maturity**
_____

directly to the company (person):   **Igor Feliksovich Renich**

**Passport 45 09 074131 issued by the Fili-Davydkovo Internal Affairs Dept of Moscow on 04.06.2007**
_____
*(full name and address of payee)*

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 12, 2016**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]
_____         _____         _____

_____         _____              Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of  **Life Financial Group CJSC**_____

Avalizer's signature  **Probusinessbank JSCB OJSC**_____   A.D. Zheleznyak_____

Date   **January 12, 2015**_____          Affix seal
                                                             [illegible seal]

SL0000016

Series  DB

No. **001936**

## PROMISSORY NOTE

In the amount of  **1,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:  **December 29, 2014**

at  **6A Ul. Belomorskaya, Moscow**

The company (person):  **Life Financial Group CJSC**
*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):  **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*

**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:  **on December 29, 2015**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:  **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of  **Life Financial Group CJSC**

Avalizer's signature  **Probusinessbank JSCB OJSC** [signature]   A.D. Zheleznyak

Date  **December 29, 2014**                                    Affix seal

[seal:] Probusinessbank [illegible]

SL0000017

Series  YaN                                                                                              No. **001937**

## PROMISSORY NOTE

In the amount of   **2,500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **January 19, 2015**
at _____ **6A Ul. Belomorskaya, Moscow**
The company (person):   **Life Financial Group CJSC**
_____
*(full name and full address of maker)*
**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**Two million five-hundred thousand and 00/100 US dollars plus interest at the rate of 11**
*(amount in words)*
**(eleven) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
*(full name and address of payee)*
**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 19, 2016**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
*(city, town, etc.)*

*Maker*
  **N.Yu. Abramova**          [signature]          [seal:] Life Financial Group [illegible]

                                                             Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature  **Probusinessbank JSCB OJSC**          A.D. Zheleznyak

Date   **January 19, 2015**                                     Affix seal
                                                    [seal:] Probusinessbank [illegible]

SL0000018

Series  YaN                                                          No. **001938**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 euros**
_____
                              *(amount in figures)*

Promissory note made on:   **January 19, 2015**
at                          **6A Ul. Belomorskaya, Moscow**
The company (person):   **Life Financial Group CJSC**
                              *(full name and full address of maker)*
                       **6A Ul. Belomorskaya, Moscow**

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million five-hundred thousand and 00/100 euros plus interest at the rate of 11**
                              *(amount in words)*
**(eleven) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                              *(full name and address of payee)*
**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on January 19, 2016**
_____
            *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
                              *(city, town, etc.)*

*Maker*
   **N.Yu. Abramova**         [signature]              [seal:] Life Financial Group [illegible]

                                                        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**

Avalizer's signature   **Probusinessbank JSCB OJSC [signature] A.D. Zheleznyak**

Date   **January 19, 2015**                          Affix seal
                                          [seal] Probusinessbank [illegible]

SL0000019

Series  FV                                                                No. **001941**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars** _____
                                 *(amount in figures)*

Promissory note made on:   **February 2, 2015** _____

at _____ **6A Ul. Belomorskaya, Moscow** _____

The company (person):   **Life Financial Group CJSC** _____
                                 *(full name and full address of maker)*

_____ **6A Ul. Belomorskaya, Moscow** _____

agrees to pay unconditionally, in accordance with this note, the sum of: _____
**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent**
                                 *(amount in words)*
**per annum. Interest payable monthly** _____

directly to the company (person):   **Karen Kamoyevich Avagumyan** _____
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                                 *(full name and address of payee)*
**Moscow on 07.24.2009** _____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on February 2, 2016** _____

_____ *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow** _____
                                 *(city, town, etc.)*

_____

*Maker*
____ **N.Yu. Abramova** ____     [signature] ____     [seal:] Life Financial Group [illegible]

_____     _____     _____
                                                          Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of ____ **Life Financial Group CJSC** _____

Avalizer's signature ____ **Probusinessbank JSCB OJSC** [signature] **A.D. Zheleznyak** ____

Date ____ **February 2, 2015** _____     Affix seal
                                          [seal:] Probusinessbank [illegible]

SL0000020

Series  MR                                                                      No. **001948**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
_____

*(amount in figures)*

Promissory note made on:   **March 5, 2015**
_____

at _____**6A Ul. Belomorskaya, Moscow**_____

The company (person):   **Life Financial Group CJSC**
_____

*(full name and full address of maker)*

**6A Ul. Belomorskaya, Moscow**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**One million and 00/100 US dollars plus interest at the rate of 11 (eleven) percent per**
_____

*(amount in words)*

**annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**

*(full name and address of payee)*

**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on March 4, 2016**
_____

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **6A Ul. Belomorskaya, Moscow**
_____

*(city, town, etc.)*

*Maker*

**N.Yu. Abramova**             [signature]                [seal:] Life Financial Group [illegible]
_____         _____         _____

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of   **Life Financial Group CJSC**
_____

Avalizer's signature   **Probusinessbank JSCB OJSC** [signature] A.D. Zheleznyak
_____

Date   **March 5, 2015**                                          Affix seal

[seal:] Probusinessbank [illegible]

SL0000021

Series  IN                                                              No. **001953**

## PROMISSORY NOTE

In the amount of   **1,500,000.00 US dollars**
_____
                                    *(amount in figures)*

Promissory note made on:   **June 22, 2015**
_____

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED**
_____
                              *(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
_____
                                    *(amount in words)*
**annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
_____
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                              *(full name and address of payee)*
**Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 22, 2016**
_____
            *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
                                    *(city, town, etc.)*

*Maker*

___**N.Yu. Abramova**___      ___[signature]___      ___[seal:] Vennop Trading Limited___

_____      _____      Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____      Affix seal

SL0000022

Series  IN                                                          No. **001954**

## PROMISSORY NOTE

In the amount of   **2,000,000.00 US dollars**
_____
                                    *(amount in figures)*

Promissory note made on:   **June 29, 2015**
at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____
The company (person):   **VENNOP TRADING LIMITED**
                                    *(full name and full address of maker)*
                **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**Two million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
                                    *(amount in words)*
**annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**
**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City of**
                                    *(full name and address of payee)*
**Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 29, 2016**
_____
               *(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
                                    *(city, town, etc.)*
_____

*Maker*
___**M. Zvyagin**____        [signature]                    [seal:] Vennop Trading Limited

_____        _____        _____
                                                                        Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

SL0000023

Series  AP

No. **001955**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **April 4, 2015**
_____

at _____**17 Gr. Xenopoulou, Limassol 3106, Cyprus**_____

The company (person):   **VENNOP TRADING LIMITED**
_____
*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
_____
*(amount in words)*
**annum. Interest payable monthly**
_____

directly to the company (person):   **Diana Saakovna Karapetyan**
_____
**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
_____
*(full name and address of payee)*
**Moscow on 01.12.2005**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on April 4, 2016**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*
_____

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
*(city, town, etc.)*

_____

*Maker*

____**M. Zvyagin**____        [signature]        [seal:] Vennop Trading Limited

_____        _____        _____

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____        Affix seal

SL0000024