# EXHIBIT 47
# (PART 2 of 3)

Series  MA                                                    No. **001956**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **May 22, 2015**
_____

at _____ **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

The company (person):   **VENNOP TRADING LIMITED**
_____
*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____
**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
_____
*(amount in words)*
**annum. Interest payable monthly**
_____

directly to the company (person):   **Diana Saakovna Karapetyan**
_____
**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
_____
*(full name and address of payee)*
**Moscow on 01.12.2005**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on May 23, 2016**
_____

_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

_____

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
*(city, town, etc.)*

_____

*Maker*

_____ **M. Zvyagin** _____    [signature]            [seal:] Vennop Trading Limited
_____

_____     _____     _____
                                                              Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____    Affix seal

SL0000025

Series  IN                                                                No. **001957**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**
*(amount in figures)*

Promissory note made on:   **June 24, 2015**

at                          **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

The company (person):   **VENNOP TRADING LIMITED**
*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**
*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Diana Saakovna Karapetyan**

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**
*(full name and address of payee)*

**Moscow on 01.12.2005**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 24, 2016**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
*(city, town, etc.)*

*Maker*

**M. Zvyagin**          [signature]          [seal:] Vennop Trading Limited

                                                                Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____   Affix seal

SL0000026

Series IN

No. **001958**

## PROMISSORY NOTE

In the amount of   **1,000,000.00 US dollars**

*(amount in figures)*

Promissory note made on:   **June 30, 2015**

at   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

The company (person):   **VENNOP TRADING LIMITED**

*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

agrees to pay unconditionally, in accordance with this note, the sum of:

**One million and 00/100 US dollars plus interest at the rate of 10 (ten) percent per**

*(amount in words)*

**annum. Interest payable monthly**

directly to the company (person):   **Diana Saakovna Karapetyan**

**Passport 45 07 370000 issued by the Donskoy District Internal Affairs Department of**

*(full name and address of payee)*

**Moscow on 01.12.2005**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on June 30, 2016**

*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

*(city, town, etc.)*

*Maker*

**M. Zvyagin**      [signature]      [seal:] Vennop Trading Limited

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____      Affix seal

SL0000027

Series  IL                                                                          No. **001962**

## PROMISSORY NOTE

In the amount of   **500,000.00 US dollars**
_____
*(amount in figures)*

Promissory note made on:   **July 13, 2015**
_____

at   _____ **17 Gr. Xenopoulou, Limassol 3106, Cyprus** _____

The company (person):   **VENNOP TRADING LIMITED**
_____
*(full name and full address of maker)*

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____

agrees to pay unconditionally, in accordance with this note, the sum of:_____

**Five-hundred thousand and 00/100 US dollars plus interest at the rate of 10 (ten) percent**
*(amount in words)*

**per annum. Interest payable monthly**
_____

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**
*(full name and address of payee)*

**of Moscow on 07.24.2009**
_____

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on July 13, 2016**
_____
*(on demand, within a certain period after it is presented or made, or on a specific day)*

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
_____
*(city, town, etc.)*

*Maker*

_____ **M. Zvyagin** _____    [signature] _____    [seal:] Vennop Trading Limited

_____    _____    _____

Affix seal

## FOR AVALIZATION (payment guarantee)

Issued on behalf of _____

Avalizer's signature _____

Date _____    Affix seal

SL0000028

Series  AP                                                                No. **002000**

**PROMISSORY NOTE**

In the amount of   **700,000.00 euros**
<em>(amount in figures)</em>

Promissory note made on:   **April 16, 2015**

at                          **17 Gr. Xenopoulou, Limassol 3106, Cyprus**

The company (person):   **VENNOP TRADING LIMITED**
<em>(full name and full address of maker)</em>

**17 Gr. Xenopoulou, Limassol 3106, Cyprus**

agrees to pay unconditionally, in accordance with this note, the sum of:

**Seven-hundred thousand and 00/100 euros plus interest at the rate of 10**
<em>(amount in words)</em>

**(ten) percent per annum. Interest payable monthly**

directly to the company (person):   **Karen Kamoyevich Avagumyan**

**Passport 45 10 505095 issued by the Federal Migration Service Directorate for the City**
<em>(full name and address of payee)</em>

**of Moscow on 07.24.2009**

or, at the latter's request, to any other company (person).

This promissory note is payable:   **on April 18, 2016**

<em>(on demand, within a certain period after it is presented or made, or on a specific day)</em>

The place of payment is:   **17 Gr. Xenopoulou, Limassol 3106, Cyprus**
<em>(city, town, etc.)</em>

***Maker***

 **M. Zvyagin**            [signature]            [seal:] Vennop Trading Limited

Affix seal

**FOR AVALIZATION (payment guarantee)**

Issued on behalf of _____

Avalizer's signature _____

Date _____            Affix seal

SL0000029

Серия **АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000785

На сумму _____ 1 500 000-00  долларов США _____
(сумма цифрами)

Дата, место составления векселя:   **06   августа   2014  года**

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):   ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес векселедателя)

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100  долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата  процентов ежемесячно.**

непосредственно  предприятию(лицу):  Авагумян Карен Камоевич

**Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.**
(полное наименование и адрес плательщика)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   **«06» августа 2015 г.**

(по предъявлении, во столько-то времени от предъявления или составления; в определенный день)

Местом платежа является:     г. Москва, ул. Беломорская, д.6А
(город, село и т.п.)

*Векселедатель*

Железняк А.Д.

М.П.

## ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.

SL0000001

Серия **АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000788

14 293 096-00 долляров США

На сумму _____
*(сумма цифрами)*

Дата, место составления векселя:     06   августа     2014  года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*

г.Москва, ул.Беломорская, д.6А

_____

обязуется безусловно уплатить по этому векселю денёжную сумму в размере: _____

**Четырнадцать миллионов двести девяносто три тысячи девяносто шесть 00/100 долларов США**
*(сумма прописью)*

плюс проценты из расчета 11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально

непосредственно предприятию(лицу): _____ Ренич Игорь Феликович

**Паспорт 45 09 074131  выдан  ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

Пополнение 12.09.14 в сумме 106904,00 (Сто шесть тысяч девятьсот четыре 00/100) долларов США.

Общая сумма векселя 14400000,00 (Четырнадцать миллионов четыреста тысяч 00/100) долларов США

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:  «06» августа 2015 г.

_____

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

*Векселедатель*

Железняк А.Д. _____

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____     М.П.

SL0000002

Серия **АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000792

На сумму _____ **500 000-00 долларов США** _____
*(сумма цифрами)*

Дата, место составления векселя: ___ **15 августа 2014 года** ___

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо) _____ **ЗАО «Финансовая группа «Лайф»** _____
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**

**(Десять) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию (лицу) **Авагумян Карен Камоевич**

**Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или но его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __ **«17» августа 2015 г.** __

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ **г. Москва, ул. Беломорская, д.6А** _____
*(город, село и т.п.)*

*Векселедатель*

**Железняк А.Д.**

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____ М.П.

SL0000003

**Серия** <sup>СН</sup>

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000798**

На сумму _____ **1 000 000-00  долларов США**
_(сумма цифрами)_

Дата, место составления векселя: ____ **08    сентября     2014  года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): ____ **ЗАО «Финансовая группа «Лайф»**
_(полное наименование и полный адрес векселедателя)_

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ____

**Один миллион 00/100  долларов США плюс проценты из расчета 10**
_(сумма прописью)_

**(Десять) процентов годовых. Выплата  процентов ежемесячно,**

непосредственно предприятию(лицу) **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан  УФМС по г. Москве, 24.07.2009 г.**
_(полное наименование и адрес получателя)_

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«08» сентября 2015 г.**

_(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)_

Местом платежа является: ____ **г. Москва, ул. Беломорская, д.6А**
_(город, село и т.п.)_

**_Векселедатель_**

**Железняк А.Д.**

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____                                     М.П.

SL0000004

**Серия** АВ

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000800**

На сумму _6 000 000-00 долларов США_
(сумма цифрами)

Дата; место составления векселя «06» августа 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Шесть миллионов 00/100 долларов США** или процент из расчета
**11(Одиннадцать) процентов годовых.** Выплата процентов ежеквартально.

непосредственно предприятию (лицу) Ренич Игорь Феликсович

Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.
(полное наименование, адрес и платежные реквизиты)

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «06» августа 2015 г.

_(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)_

Местом платежа является: г. Москва, ул. Беломорская, д.6А
(город/село и т.п.)

**Векселедатель**
Абрамова Н.Ю.

**ДЛЯ АВАЛЯ** (вексельное поручительство)

За кого выдан ЗАО «Финансовая группа «Лайф»

Подпись авалиста ОАО АКБ «Пробизнесбанк»

Дата 06 августа 2014 г.

Серия **СН**   # ПРОСТОЙ ВЕКСЕЛЬ   № 000802

На сумму _1 000 000-00 долларов США_
_(сумма цифрами)_

Дата, место составления векселя «17» сентября 2014 года
г. Москва, ул. Беломорская, д.6А.

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
_(полное наименование и полный адрес векселедателя)_
г.Москва, ул.Беломорская, д.6А.

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____
**Один миллион 00/100 долларов США** _кроме процентов из расчета_
**11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.**
Репин Игорь Олегович
непосредственно предприятию(лицу) _____
Паспорт 45 09 074131 выдан ОВД района Левобережный г. Москвы, 06.04.2007 г.
_(полное наименование и полный адрес получателя)_

или по его приказу любому другому предприятию (лицу) _____
Этот вексель подлежит оплате в следующий срок: «14» сентября 2015 г.
_(по предъявлении, по столько-то времени от предъявления или составления; в определенный день)_

Местом платежа является: г.Москва, ул. Беломорская, д.6А
_(город, село и т.п.)_

*Векселедатель*
**Абрамова Н.Ю.**

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан ЗАО «Финансовая группа «Лайф»
Подпись авалиста ОАО АКБ «Пробизнесбанк»
Дата 12 сентября 2014 г.                                            М.П.

**Серия** ок

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000806**

На сумму _____ 500 000-00 долларов США _____
*(сумма цифрами)*

Дата, место составления векселя: _02 октября 2014 года_

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _ЗАО «Финансовая группа «Лайф»_
*(полное наименование и полный адрес векселедателя)*

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*

(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _«02» октября 2015 г._

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _г. Москва, ул. Беломорская, д.6А_
*(город, село и т.п.)*

*Векселедатель*

Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан _ЗАО Финансовая группа «Лайф»._

Подпись авалиста _ОАО АКБ «Пробизнесбанк»_ _А.Д.Железняк_

Дата _02 октября 2014 г._ М.П.

**Серия** ОК

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000813**

На сумму __500 000-00 долларов США__
<span>(сумма цифрами)</span>

Дата, место составления векселя: __10 октября 2014 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
<span>(полное наименование и полный адрес векселедателя)</span>

г.Москва, ул.Беломорския, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
<span>(сумма прописью)</span>

(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу) Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
<span>(полное наименование и адрес получателя)</span>

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «12» октября 2015 г.

<span>( по предъявлении, во столько-то времени от предъявления или составления, в определенный день)</span>

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
<span>(город, село и т.п.)</span>

*Векселедатель*

Абрамова Н.Ю. _____

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

__ЗАО «Финансовая группа «Лайф»__

За кого выдан _____

Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д.Железняк

Дата __10 октября 2014 г.__   М.П.

SL0000008

**Серия ПБ**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000825**

На сумму ____ 1 000 000-00 долларов США ____
*(сумма цифрами)*

Дата, место составления векселя:   05   ноября   2014 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):   ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ____

Один миллион 00/100 долларов США плюс процент, из расчета 10
*(сумма прописью)*

(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан  УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:  «05» ноября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:   г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

*Векселедатель*

Абрямова Н.Ю. ____

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан ____

Подпись авалиста   ОАО АКБ «Пробизнесбанк» ____ А.Д.Железняк

Дата   05 ноября 2014 г. ____

М.П.

SL0000009

**Серия** ПБ

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000826**

На сумму ___1 500 000-00 долларов США___
_(сумма цифрами)_

Дата, место составления векселя: ___14 ноября 2014 года___

___г. Москва, ул. Беломорская, д.6А___

Предприятие(лицо): ___ЗАО «Финансовая группа «Лайф»___
_(полное наименование и полный адрес векселедателя)_

___г.Москва, ул.Беломорская, д.6А___

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

___Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10___

___(Десять) процентов годовых. Выплата процентов ежемесячно.___
_(сумма прописью)_

непосредственно предприятию(лицу): ___Аванумян Карен Камоевич___

___Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.___
_(полное наименование и адрес получателя)_

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«16» ноября 2015 г.___

_(на предъявлении, во столько-то времени от предъявления или составления, в определённый день)_

Местом платежа является: ___г. Москва, ул. Беломорская, д.6А___
_(город, село и т.п.)_

_Векселедатель_

___Абрамова Н.Ю.___

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)
За кого выдан ___ЗАО «Финансовая группа «Лайф»___

Подпись авалиста ___ОАО АКБ «Пробизнесбанк»___ А.Л.Железняк

Дата ___14 ноября 2014 г.___ М.П.

SL0000010

Серия **ДБ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001902

На сумму _____ **2 000 000-00  долларов США**
*(сумма цифрами)*

Дата, место составления векселя:    **03    декабря    2014  года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): ___ **ЗАО «Финансовая группа «Лайф»**
**г.Москва, ул.Беломорская, д.6А** *(полное наименование и полный адрес векселедателя)*

обязуется безусловно уплатить по этому векселю денёжную сумму в размере:
**Два миллиона 00/100  долларов США плюс проценты из расчета 10**

**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу) ____ **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан  УФМС по г. Москве, 24.07.2009 г.**

*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

**«03» декабря 2015 г.**
Этот вексель подлежит оплате в следующий срок: _____

*(по предъявлению, во столько-то времени от предъявления или составления, в определенный день)*

**г. Москва, ул. Беломорская, д.6А**
Местом платежа является: _____
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)
**ЗАО «Финансовая группа «Лайф»**

За кого выдан _____

**ОАО АКБ «Пробизнесбанк»**          **А.Д.Железняк**

Подпись авалиста _____
**03 декабря 2014 г.**
Дата _____                       М.П.

SL0000011

# ПРОСТОЙ ВЕКСЕЛЬ

Серия ДБ   № 001904

На сумму _____ 1 500 000-00 долларов США _____
(сумма цифрами)

Дата, место составления векселя:   10   декабря   2014 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):   ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес векселедателя)

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
(сумма прописью)
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г.Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «10» декабря 2015 г.

(по предъявлении, во сколько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А
(город, село и т.п.)

**Векселедатель**

Абрамова Н.Ю.

М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____ ЗАО «Финансовая группа «Лайф»

Подпись авалиста   ОАО АКБ «Пробизнесбанк»          А.Д.Железняк

Дата   10 декабря 2014 г.                                       М.П.

SL0000012

**Серия** ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001906**

На сумму ___ **500 000-00 долларов США** ___
*(сумма цифрами)*

Дата, место составления векселя: ___ **15 декабря 2014 года** ___

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): ___ **ЗАО «Финансовая группа «Лайф»** ___
*(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ **«15» декабря 2015 г.** ___

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ **г. Москва, ул. Беломорская, д.6А** ___
*(город, село и т.п.)*

*Векселедатель*

**Абрамова Н.Ю.**

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан ___ **ЗАО «Финансовая группа «Лайф»** ___

Подпись авалиста ___ **ОАО АКБ «Пробизнесбанк»** ___ **А.Д.Железняк**

Дата ___ **15 декабря 2014 г.** ___

М.П.

SL0000013

**Серия дБ**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001907**

На сумму _____ **500 000-00 евро**
*(сумма цифрами)*

Дата, место составления векселя: ____ **17   декабря      2014 года**

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Пятьсот тысяч 00/100  евро плюс проценты из расчета 10 (Десять)**
*(сумма прописью)*

**процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Клмоевич**

**Паспорт 45 10 505095 выдан  УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«17» декабря 2015 г.**

*(по предъявлении, во столько-то время от предъявления или составления, в определенный день)*

Местом платежа является: ____ **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

*Векселедатель*

**Абрамова Н.Ю.**

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

**ЗАО «Финансовая группа «Лайф»**

За кого выдан _____

Подпись авалиста **ОАО АКБ «Пробизнесбанк»**          **А.Д.Железняк**

Дата ____ **17 декабря 2014 г.**          М.П.