# EXHIBIT 47
# (PART 3 of 3)

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001908

На сумму ___2 300 000-00 евро___
(сумма цифрами)

Дата, место составления векселя: ___24   декабря   2014 года___
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___ЗАО «Финансовая группа «Лайф»___
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
___Два миллиона триста тысяч 00/100  евро плюс проценты из расчета 10 (Десять)___
(сумма прописью)
___процентов годовых. Выплата процентов ежемесячно.___

непосредственно предприятию(лицу): ___Авагумян Карен Камоевич___
___Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.___
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«24» декабря 2015 г.___
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: ___г. Москва, ул. Беломорская, д.6А___
(город, село и т.п.)

*Векселедатель*

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан _____
Подпись авалиста___ОАО АКБ «Пробизнесбанк»___   А.Д.Железняк
Дата ___24 декабря 2014 г.___
М.П.

| Серия ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001929 |

На сумму _____ **1 110 904-00 долларов США** _____
(сумма цифрами)

Дата, место составления векселя: **12   января   2015 года**
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ **ЗАО «Финансовая группа «Лайф»** _____
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____
**Один миллион сто десять тысяч девятьсот четыре 00/100 долларов США плюс проценты**
(сумма прописью)
**из расчета 11(Одиннадцать) процентов годовых. Выплата процентов в конце срока.**

непосредственно предприятию(лицу): **Ревич Игорь Феликсович**
**Паспорт 45 09 074131  выдан  ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _____ **«12» января 2016 г.** _____
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ **г. Москва, ул. Беломорская, д.6А** _____
(город, село и т.п.)

*Векселедатель*

Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____ **ЗАО «Финансовая группа «Лайф»** _____

Подпись авалиста _____ **ОАО АКБ «Пробизнесбанк»** _____ А.Д.Железняк

Дата _____ **12 января 2015 г.** _____ М.П.

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001936 |

На сумму _____ 1 000 000-00 долларов США _____
(сумма цифрами)

Дата, место составления векселя: _____ 29  декабря  2014 года _____

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф» _____
(полное наименование и полный адрес векселедателя)

г. Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов

годовых. Выплата процентов ежемесячно.
(сумма прописью)

непосредственно предприятию(лицу): _____ Авагумян Карен Камоевич _____

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _____ «29» декабря 2015 г. _____

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А _____
(город, село и т.п.)

Векселедатель

Абрамова Н.Ю. _____

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан _____

Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____  А.Д.Железняк

Дата _____ 29 декабря 2014 г. _____

М.П.



| Серия ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001938 |

На сумму: 1 500 000-00 евро
*(сумма цифрами)*

Дата, место составления векселя: 19 января 2015 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 евро плюс проценты из расчета
*(сумма прописью)*
11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: «19» января 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.    [подпись]

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан: ЗАО Финансовая группа «Лайф»
Подпись авалиста: ОАО АКБ «Пробизнесбанк»    А.Д. Железняк
Дата: 19 января 2015 г.

М.П.
М.П.

SL0000019

Серия ФВ  **ПРОСТОЙ ВЕКСЕЛЬ**  № 001941

На сумму ___1 000 000-00 долларов США___
(сумма цифрами)

Дата, место составления векселя: __02   февраля   2015 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___ЗАО «Финансовая группа «Лайф»___
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___Один миллион 00/100 долларов США плюс проценты из расчета 11___
(сумма прописью)
(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: __«02» февраля 2016 г.__
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
   Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан _____
   ОАО АКБ «Пробизнесбанк»   А.Д.Железняк
Подпись авалиста _____
Дата __02 февраля 2015 г.__
М.П.

SL0000020

Серия МР

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001948

На сумму __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __05   марта   2015 года__

г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 11__
(сумма прописью)
__(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию (лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: __«04» марта 2016 г.__
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан _____

Подпись авалиста __ОАО АКБ «Пробизнесбанк»__    А.Д.Железняк

Дата __05 марта 2015 г.__

М.П.

SL0000021

Серия ин    **ПРОСТОЙ ВЕКСЕЛЬ**    № 001953

На сумму ___1 500 000-00 долларов США___
                      _(сумма цифрами)_

Дата, место составления векселя: ___22   июня   2015 года___

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): ___ВЕННОП ТРЕЙДИНГ ЛИМИТЕД___
                          _(полное наименование и полный адрес векселедателя)_

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета
                                                    _(сумма прописью)_

10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу) ___Авагумян Карен Камоевич___

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
                          _(полное наименование и адрес получателя)_

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«22» июня 2016 г.___
          _(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)_

Местом платежа является: ___3106, Лимассол, Кипр, Гр. Ксенопулу, 17___
                              _(город, село и т.п.)_

Векселедатель

Звягин М.    [signature]    [stamp: VENNOP TRADING LIMITED М.П.]

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____    М.П.

SL0000022

| Серия ип | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001954 |

На сумму ___2 000 000-00 долларов США___
(сумма цифрами)

Дата, место составления векселя: ___29  июня  2015 года___

___3106, Лимассол, Кипр, Гр. Ксенопулу, 17___

Предприятие(лицо): ___ВЕННОП ТРЕЙДИНГ ЛИМИТЕД___
(полное наименование и полный адрес векселедателя)
___3106, Лимассол, Кипр, Гр. Ксенопулу, 17___

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___Два миллиона 00/100 долларов США плюс проценты из расчета___
(сумма прописью)
___10 (Десять) процентов годовых. Выплата процентов ежемесячно.___

непосредственно предприятию(лицу) ___Авагумян Карен Кямоевич___
___Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.___
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«29» июня 2016 г.___
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: ___3106, Лимассол, Кипр, Гр. Ксенопулу, 17___
(город, село и т.п.)

*Векселедатель*
Звягин М.     [signature]     [stamp: VENNOP TRADING LIMITED]
                                                              М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____
Подпись авалиста _____
Дата _____     М.П.

SL0000023

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001955 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 04 апреля 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): ВЕННОН ТРЕЙДИНГ ЛИМИТЕД
*(полное наименование и полный адрес векселедателя)*

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.
*(сумма прописью)*

непосредственно предприятию(лицу): Карапетян Диана Сааковна

Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «04» апреля 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    [подпись]                    М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____                                        М.П.

SL0000024

| Серия МА | ПРОСТОЙ ВЕКСЕЛЬ | № 001956 |

На сумму: __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __22 мая 2015 года__

__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
(полное наименование и полный адрес векселедателя)
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Карапетян Диана Сааковна__
__Паспорт 45 07 370000, выдан ОВД Донского района города Москвы, 12.01.2005 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«23» мая 2016 г.__
(по предъявлении; во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
(город, село и т.п.)

Векселедатель
Звягин М.          [signature]         М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                    М.П.

SL0000025

| Серия ИН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001957 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 24 июня 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
(Десять) процентов годовых. Выплата процентов ежемесячно.
*(сумма прописью)*

непосредственно предприятию(лицу): Карапетян Диана Спаковна
Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «24» июня 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    [подпись]                    М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                                     М.П.

SL0000026

| Серия ин | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001958 |
|---|---|---|

На сумму: **1 000 000-00 долларов США**
(сумма цифрами)

Дата, место составления векселя: **30 июня 2015 года**

**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
(полное наименование и полный адрес векселедателя)

**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Карапетян Диана Сааковна**

**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«30» июня 2016 г.**

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
(город, село и т.п.)

Векселедатель
Звягин М.                    [подпись]                    М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                     М.П.

SL0000027

| Серия ил | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001962 |

На сумму: 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 13 июля 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): ВЕННОП ТРЕЙДИНГ ЛИМИТЕД
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета
*(сумма прописью)*
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: «13» июля 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.          [подпись]          [печать: VENNOP TRADING LIMITED]
                                                                М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                                            М.П.

SL0000028

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 002000 |

На сумму _____ 700 000-00 евро _____
                    (сумма цифрами)

Дата, место составления векселя: __16__ __апреля__ __2015__ года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
                    (полное наименование и полный адрес векселедателя)
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____
Семьсот тысяч 00/100 евро плюс проценты из расчета
                        (сумма прописью)
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
                    (полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«18» апреля 2016 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
                                (город, село и т.п.)

Векселедатель
    Звягин М.                    [подпись]                    М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____             М.П.

SL0000029



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0000001–SL0000029.

_____
Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __25__ day of __January__, 20__17__.

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York            Washington, D.C.     Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris                Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87  t: +49.69.7593.8434 t: +852.2159.9143