# EXHIBIT 48
# (PART 1 of 2)

| | |
|---|---|
| **From:** | Robert Stahl |
| **To:** | Weigel, Robert |
| **Cc:** | "Richard Sapinski" |
| **Subject:** | FW: Urgent: Debt confirmation (part 2) |
| **Date:** | Wednesday, January 20, 2016 1:15:12 PM |
| **Attachments:** | PN 1.pdf |

2 of 3.

Regards,

*Robert G. Stahl*

Law Offices of Robert G. Stahl, LLC
220 St. Paul Street
Westfield, N.J. 07090
(Office) 908.301.9001
(Cell)    908.591.1101
rstahl@stahlesq.com
http://www.stahlesq.com

This e-mail is designed for general information only. The information presented should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This e-mail may contain privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments.

CIRCULAR 230 DISCLOSURE:
To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

| Серия ИЛ | # ПРОСТОЙ ВЕКСЕЛЬ | № 001962 |

На сумму: __500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __13 июля 2015 года__

__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
*(полное наименование и полный адрес векселедателя)*
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 долларов США плюс проценты из расчета__
*(сумма прописью)*
__10 (Десять) процентов годовых. Выплата процентов ежемесячно,__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«13» июля 2016 г.__
*(по предъявлении, во столько-то времени от предъявления или составления; в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
*(город, село и т.п.)*

**Векселедатель**
Звягин М.                [подпись]                    [печать: VENNOP TRADING LIMITED] М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____
Подпись авалиста _____
Дата _____                                                М.П.

| Серия ин | # ПРОСТОЙ ВЕКСЕЛЬ | № 001954 |

На сумму __2 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя:   **29   июня   2015 года**

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо):   **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   **«29» июня 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:   **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
*(город, село и т.п.)*

**Векселедатель**
Звягин М.

[подпись]   [печать: VENNOP TRADING LIMITED]   М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.

| Серия ИН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001953 |

На сумму __1 500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __22   июня   2015 года__

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета__
*(сумма прописью)*
__10 (Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: __«22» июня 2016 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
*(город, село и т.п.)*

**Векселедатель**
Звягин М.       *[подпись]*       [печать: VENNOP TRADING LIMITED]
М.П.

**ДЛЯ АВАЛЯ** (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____       М.П.

# ПРОСТОЙ ВЕКСЕЛЬ

Серия **АП**    № 002000

На сумму _____ **700 000-00 евро** _____
*(сумма цифрами)*

Дата, место составления векселя: _____ **16    апреля    2015 года** _____

**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

Предприятие(лицо): _____ **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД** _____
*(полное наименование и полный адрес векселедателя)*
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Семьсот тысяч 00/100 евро плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«18» апреля 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ **3106, Лимассол, Кипр, Гр. Ксенопулу, 17** _____
*(город, село и т.п.)*

**Векселедатель**
**Звягин М.**

М.П.

### ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                М.П.

Серия **МР**

# ПРОСТОЙ ВЕКСЕЛЬ

№ **001948**

На сумму **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **05 марта 2015 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 11**
*(сумма прописью)*
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«04» марта 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

*Векселедатель*

**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан **ЗАО «Финансовая группа «Лайф»**

Подпись авалиста **ОАО АКБ «Пробизнесбанк»**     **А.Д.Железник**

Дата **05 марта 2015 г.**

М.П.

| Серия ФВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001941 |

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __02   февраля   2015 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 11__
*(сумма прописью)*
__(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«02» февраля 2016 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.    [подпись]

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан _____
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д.Железняк
Дата __02 февраля 2015 г.__

М.П.

| Серия ян | # ПРОСТОЙ ВЕКСЕЛЬ | № 001937 |

На сумму: **2 500 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **19 января 2015 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г. Москва, ул. Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«19» января 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
**ЗАО Финансовая группа «Лайф»**

За кого выдан _____

Подпись авалиста **ОАО АКБ «Пробизнесбанк»**   **А.Д. Железняк**

Дата **19 января 2015 г.**

М.П.

| Серия ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001938 |

На сумму ___ 1 500 000-00 евро ___
*(сумма цифрами)*

Дата, место составления векселя: ___ 19 января 2015 года ___
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___ ЗАО «Финансовая группа «Лайф» ___
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___
**Один миллион пятьсот тысяч 00/100 евро плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): ___ **Авагумян Карен Камоевич** ___
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ «19» января 2016 г. ___
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ г. Москва, ул. Беломорская, д.6А ___
*(город, село и т.п.)*

*Векселедатель*
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан ___
Подпись авалиста ___ ОАО АКБ «Пробизнесбанк» ___ А.Д.Железняк
Дата ___ 19 января 2015 г. ___
М.П

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001936

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __29   декабря   2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__
*(сумма прописью)*

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«29» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**
ЗАО «Финансовая группа «Лайф»

За кого выдан _____
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__                А.Д.Железняк
Дата __29 декабря 2014 г.__

М.П.