# EXHIBIT 48
# (PART 2 of 2)

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001908 |

На сумму __2 300 000-00 евро__
*(сумма цифрами)*

Дата, место составления векселя: __24 декабря 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 10 (Десять)__
*(сумма прописью)*
__процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«24» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
__Абрамова Н.Ю.__

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__ А.Д.Железняк
Дата __24 декабря 2014 г.__
М.П.

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 001907 |

На сумму __500 000-00 евро__
*(сумма цифрами)*

Дата, место составления векселя: __17 декабря 2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять)__
*(сумма прописью)*
__процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«17» декабря 2015 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д.Железняк
Дата __17 декабря 2014 г.__

М.П.

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001906

На сумму __500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __15 декабря 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«15» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

### ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__        А.Д.Железняк
Дата __15 декабря 2014 г.__                          М.П.

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001904

На сумму __1 500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __10   декабря   2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г.Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«10» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

**Векселедатель**
Абрамова Н.Ю.

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__

Подпись авалиста __ОАО АКБ «Пробизнесбанк»__    А.Д.Железняк

Дата __10 декабря 2014 г.__    М.П.

Серия **ДБ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001902

На сумму **2 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **03 декабря 2014 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«03» декабря 2015 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

**Векселедатель**
   Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
**ЗАО «Финансовая группа «Лайф»**

За кого выдан
   **ОАО АКБ «Пробизнесбанк»**                  А.Д.Железняк
Подпись авалиста
   **03 декабря 2014 г.**
Дата

М.П.

| Серия НБ | # ПРОСТОЙ ВЕКСЕЛЬ | № 000826 |

На сумму __1 500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __14 ноября 2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Аватумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«16» ноября 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
  Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__        А.Д.Железняк
Дата __14 ноября 2014.г.__                           М.П.

| Серия НБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000825 |

На сумму: **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **05 ноября 2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г. Москва, ул. Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию (лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«05» ноября 2015 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

**Векселедатель**
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**
За кого выдан: **ЗАО «Финансовая группа «Лайф»**
Подпись авалиста: **ОАО АКБ «Пробизнесбанк»**   А.Д. Железняк
Дата: **05 ноября 2014 г.**

М.П.

Серия ОК

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000813

На сумму: **500 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **10 октября 2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г..Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«12» октября 2015 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

*Векселедатель*
**Абрамова Н.Ю.**

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**
За кого выдан **ЗАО «Финансовая группа «Лайф»**
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**   **А.Д.Железняк**
Дата **10 октября 2014 г.**

М.П.

| Серия ОК | ПРОСТОЙ ВЕКСЕЛЬ | № 000806 |

На сумму __500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __02   октября   2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуётся безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«02» октября 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

**Векселедатель**

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д.Железняк
Дата __02 октября 2014 г.__   М.П.

| Серия **СН** | # ПРОСТОЙ ВЕКСЕЛЬ | № 000798 |

**На сумму** _1 000 000-00 долларов США_
(сумма цифрами)

**Дата, место составления векселя:** 08 сентября 2014 года
г. Москва, ул. Беломорская, д.6А

**Предприятие(лицо):** ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

**непосредственно предприятию(лицу):** Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «08» сентября 2015 г.

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

**Местом платежа является:** г. Москва, ул. Беломорская, д.6А
(город, село и т.п.)

**Векселедатель**
   Железняк А.Д.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____ М.П.

| Серия AB | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000792 |

На сумму _____ **500 000-00  долларов США** _____
*(сумма цифрами)*

Дата, место составления векселя: **15   августа   2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«17» августа 2015 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

**Векселедатель**

**Железняк А.Д.**

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____ М.П.

| Серия АВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000785 |

На сумму   **1 500 000-00  долларов США**
*(сумма цифрами)*

Дата, место составления векселя:   **06   августа   2014 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо):   **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100  долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу):   **Авагумян Карен Камоевич**

**Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   **«06» августа 2015 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:   **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

**Векселедатель**

**Железняк А.Д.**

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.