# EXHIBIT 49
# (PART 1 of 4)

# PROMISSORY NOTE

Series IN [ИН]                                                          No. 000765

for the amount of                        **USD 1,500,000.00**

*(amount in figures)*

Date and place of promissory note issuance              **June 20, 2014**

**6A ul. Belomorskaya, Moscow**

Enterprise (person)                      **Life Financial Group CJSC**

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten) per cent**

**per annum, interest is payable monthly.**

directly to the enterprise (person):              **Avagumian Karen Kamoevich**

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date              **June 22, 2015**

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment:                        **6A ul. Belomorskaya, Moscow**

*(city / village etc.)*

Maker

**N.Yu. Abramova**                        **[signature]**

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for                        **Financial Group Life CJSC**

Backer signature:        **AKB Probusinessbank OJSC**              **A.D. Zhelezniak**

Date:              **June 20, 2014**                        [seal:] [illegible]

Seal here

ADP0000977

AVP0000963

# PROMISSORY NOTE

Series AP [АП]                                                                    No. 000735

for the amount of                    **EUR 700,000.00**

*(amount in figures)*

Date and place of promissory note issuance            **April 16, 2014**

**6A ul. Belomorskaya, Moscow**

Enterprise (person)                    **Life Financial Group CJSC**

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**seven hundred thousand 00/100 Euros plus interest at the rate of 10 (Ten) per cent per annum,**

**interest is payable monthly.**

directly to the enterprise (person):            **Avagumian Karen Kamoevich**

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date            **April 16, 2015**

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment:                    **6A ul. Belomorskaya, Moscow**

*(city / village etc.)*

Maker

**N.Yu. Abramova**                    **[signature]**

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for            **Financial Group Life CJSC**

Backer signature:        **AKB Probusinessbank OJSC**        **A.D. Zhelezniak**

Date:        **April 16, 2014**

[seal:]  [illegible]

Seal here

AVP0000978

AVP0000963

# PROMISSORY NOTE

Series IL [ИЛ]                                                    No. 000777

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **July 11, 2014** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten) per cent**

**per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **July 13, 2015** _____

*(upon presentation/ within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____      _____ [signature] _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____      Seal here

AVP0000982

AVP0000979

# PROMISSORY NOTE

**Series MR [MP]**                                                              No. 000714

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **March 5, 2014** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 10 (Ten)** _____

**per cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **March 5, 2015** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____        _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

**FOR AVAL (bank guarantee)**

issued for _____

Backer signature: _____

Date: _____

Seal here

AVP0000983

AVP0000979

# PROMISSORY NOTE

**Series NB [НБ]**                                                                                     No. 009087

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **November 1, 2011** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**One million 00/100 US dollars plus interest at the rate of 10 (Ten) per cent per annum,**

**interest is payable monthly.** _____

*(amount in words)*

_____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **November 1, 2012** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____ [signature] _____

                                                                                        [seal:]  Life Financial Group CJSC

                                                                                                                   Seal here

### FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank JSC** _____ **[signature]** _____

Date: _____ **November 1, 2011** _____                [seal:]  Probusinessbank [illegible]

                                                                     Seal here

SL0002397

# PROMISSORY NOTE

**Series DB [ДБ]**                                                          No. 009001

for the amount of _____**USD 2,000,000.00**_____

*(amount in figures)*

Date and place of promissory note issue _____**December 2, 2011**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.**

*(amount in words)*

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**December 3, 2012**_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city/village etc.)*

Maker

_____**N.J. Abramova**_____          [signature]

        [seal:]   Life Financial Group CJSC

           Seal here

### FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank JSC**_____   [signature]   **A.D. Zhelezniak**

Date: _____**December 2, 2011**_____   [seal:]  Probusinessbank [illegible]

           Seal here

SL0002398

# PROMISSORY NOTE

**Series DB [ДБ]**                                                        No. 009077

for the amount of _____ **EUR 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 15, 2011** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 euros plus interest at the rate of Ten (10) per cent per annum,**

**interest is payable monthly.**

*(amount in words)*

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich**

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 17, 2012**

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow**

*(city/village etc.)*

Maker

_____ **N.Yu. Abramova** _____        [signature]

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank JSC** _____   [signature]   **A.D. Zhelezniak**

Date: _____ **December 15, 2011** _____   [seal:]  Probusinessbank [illegible]

Seal here

SL0002399

# PROMISSORY NOTE

Series DB [ДБ]                                                                   No. 009194

for the amount of _____ **EUR 2,300,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 23, 2011** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million three hundred thousand 00/100 euros plus interest at the rate of Eleven (11)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 24, 2012** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city/village etc.)*

Maker

_____ **N.Yu. Abramova** _____                    [signature]

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank JSC** _____    [signature]    **A.D. Zhelezniak**

Date: _____ **December 23, 2011** _____        [seal:]  Probusinessbank [illegible]

Seal here

SL0002400

# PROMISSORY NOTE

Series YaN [ЯН]                                                   No. 009179

for the amount of _____ **EUR 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **January 17, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**One million five hundred thousand 00/100 Euros plus interest at the rate of 10 (Ten)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **January 17, 2013** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ [signature] _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** _____ **A.D. Zhelezniak**

Date: _____ **January 17, 2012** _____     [seal:]  Probusinessbank [illegible]

Seal here

SL0002405

# PROMISSORY NOTE

Series YaN [ЯН]                                              No. 009195

for the amount of _____**USD 2,500,000.00**_____

*(amount in figures)*

Date and place of promissory note issuance _____**January 17, 2012**_____

_____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____**Life Financial Group CJSC**_____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**January 17, 2013**_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

Maker

_____**N.Yu. Abramova**_____        _____**[signature]**_____

[seal:] Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank OJSC**_____ **[signature]   A.D. Zhelezniak**

Date: _____**January 17, 2012**_____        [seal:] Probusinessbank [illegible]

Seal here

SL0002406

# PROMISSORY NOTE

**Series YaN [ЯН]**                                                        No. 009185

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **January 31, 2012** _____

_____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of Eleven (11) per cent per annum,**

**interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **January 31, 2013** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]**    **A.D. Zhelezniak**

Date: _____ **January 31, 2012** _____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002407

# PROMISSORY NOTE

Series AP [AΠ]                                                                                No. 009167

for the amount of _____ **EUR 700,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **April 16, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**seven hundred thousand 00/100 Euros plus interest at the rate of 10 (Ten) per cent per annum,**

**interest is payable monthly.** _____


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal** _____

**Migration Service** _____

*(payee full name and address)*


or at his order, to any other enterprise (person). _____

This promissory note is payable by the following date _____ **April 16, 2013** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*


Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____          _____ **[signature]** _____

                                        [seal:]   Life Financial Group CJSC

                                                          Seal here


## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

                                                          Seal here


SL0002409

# PROMISSORY NOTE

Series IL [ИЛ]                                                      No. 002310

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **July 11, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent**

**per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **July 11, 2013** _____

*(upon presentation/ within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____        _____ [signature] _____

[seal:] Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ [signature]   **A.D. Zhelezniak**

Date: _____ **July 11, 2012** _____        [seal:] Probusinessbank [illegible]

Seal here

SL0002412

# PROMISSORY NOTE

Series AV [AB]                                                           No. 002322

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **August 6, 2012** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of 11(Eleven)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **August 6, 2013** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **A.D. Zhelezniak** _____ **[signature]** _____

Date: _____ **August 6, 2012** _____          [seal:]   Probusinessbank [illegible]

Seal here

SL0002413

# PROMISSORY NOTE

**Series AV [AB]**                                                                                          No. 002323

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **August 15, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **August 15, 2013** _____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____            _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** **A.D. Zhelezniak**

Date: _____ **August 15, 2012** _____            [seal:] Probusinessbank [illegible]

Seal here

SL0002414

# PROMISSORY NOTE

Series SN [CH]                                                   No. 002336

for the amount of _____ **USD 1,000,000.00** _____

(amount in figures)

Date and place of promissory note issue _____ **September 6, 2012** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

(maker full name and address)

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

(payee full name and address)

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **September 6, 2013** _____

(upon presentation / in certain period after presentation or issue / on a certain day)

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

(city / village etc.)

Maker

___**A.D. Zhelezniak**___          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002415

# PROMISSORY NOTE

**Series OK**                                                              No. 002340

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **October 2, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per**

**annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **October 2, 2013** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____          _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002416

# PROMISSORY NOTE

Series OK                                                                No. 002344

for the amount of _____**USD 500,000.00**_____

*(amount in figures)*

Date and place of promissory note issuance _____**October 10, 2012**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per**

**annum, interest is payable monthly.**_____

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**_____

*(payee full name and address)*

or at his order, to any other enterprise (person). _____

This promissory note is payable by the following date _____**October 10, 2013**_____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

_____

Maker

_____**A.D. Zhelezniak**_____        _____**[signature]**____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002417

# PROMISSORY NOTE

**Series NB [НБ]**                                                        **No. 002363**

for the amount of _____**USD 1,000,000.00**_____

*(amount in figures)*

Date and place of promissory note issuance _____**November 1, 2012**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 10 (Ten) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**November 1, 2013**_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

Maker

_____**N.Yu. Abramova**_____                _____**[signature]**_____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank OJSC**_____  **[signature]**  **A.D. Zhelezniak**

Date: _____**November 1, 2012**_____        [seal:]  Probusinessbank [illegible]

Seal here

SL0002418

# PROMISSORY NOTE

Series NB [НБ]                                                    No. 002365

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **November 14, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred 00/100 US dollars plus interest at the rate of**

**11 (Eleven) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **November 14, 2013** _____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____          _____ [signature] _____

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____ *Life Financial Group CJSC* _____

Backer signature: \_\_\_\_\_ *AKB Probusinessbank OJSC* \_\_\_\_\_ *[signature]*  *A.D. Zhelezniak*

Date: \_\_\_\_\_ *November 14, 2012* \_\_\_\_\_          [seal:]  [illegible]

Seal here

SL0002419

# PROMISSORY NOTE

Series DB [ДБ]                                                                 No. 002369

for the amount of _____ **USD 2,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **December 3, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**two million 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.**


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 3, 2013** _____

_____

*(upon presentation / in certain period after presentation or issue / on a certain day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____        _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here


## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** ____ **A.D. Zhelezniak**

Date: _____ **December 3, 2012** _____     [seal:]  Probusinessbank [illegible]

Seal here

SL0002420

# PROMISSORY NOTE

**Series DB [ДБ]**                                                     **No. 002399**

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 10, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of 11 (Eleven)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 10, 2013** _____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____          _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002421

# PROMISSORY NOTE

Series DB [ДБ]                                                        No. 002400

for the amount of _____ **EUR 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **December 17, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 Euros plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.** _____


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 17, 2013** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here


## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002422

# PROMISSORY NOTE

Series DB [ДБ]                                                    No. 002382

for the amount of _____ **EUR 2,300,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 24, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million three hundred thousand 00/100 euros plus interest at the rate of 11 (Eleven) per**

**cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich**

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 24, 2013**

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** **A.D. Zhelezniak**

Date: _____ **December 24, 2012** _____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002423

# PROMISSORY NOTE

Series DB [ДБ]                                                  No. 002392

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **December 27, 2012** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 27, 2013** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____        _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002424

# PROMISSORY NOTE

Series YaN [ЯН]                                                      No. 002408

for the amount of _____ **USD 2,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **January 17, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million five hundred thousand 00/100 US dollars plus interest at the rate of 11(Eleven)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **January 17, 2014** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____                _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002431

# PROMISSORY NOTE

Series YaN [ЯН]                                                          No. 002407

for the amount of _____ **EUR 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **January 17, 2013**

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 Euros plus interest at the rate of 11(Eleven) per**

**cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** ___

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **January 17, 2014** _____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

_____

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____        _____ [signature] _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002432

# PROMISSORY NOTE

Series YaN [ЯН]                                                          No. 002414

for the amount of _____**USD 1,000,000.00**_____

*(amount in figures)*

Date and place of promissory note issue _____**January 31, 2013**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of Eleven (11)**

**per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**January 31, 2014**_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

Maker

_____**N.Yu. Abramova**_____          _____**[signature]**_____

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank OJSC**_____ **[signature]**  **A.D. Zhelezniak**

Date: _____**January 31, 2013**_____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002433

# PROMISSORY NOTE

Series MR [MP]                                                              No. 002428

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **March 5, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 11 (Eleven)**

**per cent per annum, interest is payable monthly.**


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **March 5, 2014** _____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

_____

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____          _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002434

# PROMISSORY NOTE

Series AP [AП]                                                    No. 002444

for the amount of _____        **EUR 700,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance        **April 16, 2013** _____

_____        **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____        **Life Financial Group CJSC** ____

_____        **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**seven hundred thousand 00/100 Euros plus interest at the rate of 11 (Eleven) per cent per annum,**

**interest is payable monthly.** _____

directly to the enterprise (person): _____        **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____        **April 16, 2014** ____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

_____

Place of payment: _____        **6A ul. Belomorskaya, Moscow** ____

*(city / village etc.)*

_____

Maker

_____ **A.D. Zhelezniak** _____        _____ [signature] ____

[seal;]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002436

# PROMISSORY NOTE

Series IN [ИН]                                                   No. 002465

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **June 20, 2013** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten) per cent**

**per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **June 20, 2014** _____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____ **Financial Group Life CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____          **A.D. Zhelezniak** _____

Date: _____ **June 20, 2013** _____

[seal:] [illegible]

Seal here

SL0002438

# PROMISSORY NOTE

Series IL [ИЛ]                                                                         No. 002471

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **July 11, 2013** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten) per cent**

**per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **July 11, 2014** _____

*(upon presentation/ within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** **A.D. Zhelezniak**

Date: _____ **July 11, 2013** _____          [seal:] [illegible]

Seal here

SL0002440

# PROMISSORY NOTE

Series AV [AB]                                                                   No. 002482

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **August 6, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of 10(Ten)**

**per cent per annum, interest is payable monthly.**

_____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **August 6, 2014** _____

_____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____        _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____        **A.D. Zhelezniak** _____

Date: _____ **August 6, 2013** _____        [seal:]        [illegible]

Seal here

SL0002442

# PROMISSORY NOTE

**Series AV [AB]**                                                                     No. 002489

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issuance _____ **August 15, 2013** _____

**6A ul. Belomorskaya, Moscow**

Enterprise (person) _____ **Life Financial Group CJSC** _____

**6A ul. Belomorskaya, Moscow**

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of 10 (Ten) per cent per annum,**

**interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **August 15, 2014** _____

*(upon presentation /within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____        _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002443

# PROMISSORY NOTE

Series SN [CH]                                                                                    No. 002496

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **September 6, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of 10 (Ten) per cent per annum,**

**interest is payable monthly.**


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **September 8, 2014** _____

*(upon presentation / in certain period after presentation or issue / on a certain day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____         _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____

Seal here

SL0002444

# PROMISSORY NOTE

**Series OK**                                                           No. 000631

for the amount of _____ **USD 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **October 2, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **October 2, 2014** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **A.D. Zhelezniak** _____            _____ **[signature]** _____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____

Backer signature: _____

Date: _____                                              Seal here

SL0002445

# PROMISSORY NOTE

**Series OK**                                                                    No. 000638

for the amount of _____**USD 500,000.00**_____

*(amount in figures)*

Date and place of promissory note issue _____**October 10, 2013**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of**

**10 (Ten) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**October 10, 2014**_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

Maker

_____**N.Yu. Abramova**_____          _____**[signature]**_____

[seal:]   Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank OJSC**_____     **[signature]     A.D. Zhelezniak**

Date: _____**October 10, 2013**_____          [seal:]     Probusinessbank [illegible]

Seal here

SL0002446

# PROMISSORY NOTE

Series NB [НБ]                                                                                    No. 000647

for the amount of _____ **USD 1,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **November 1, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**one million 00/100 US dollars plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.** _____


directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **November 5, 2014** _____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____       _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here


## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____  **[signature]**  **A.D. Zhelezniak**

Date: _____ **November 1, 2013** _____       [seal:]  Probusinessbank [illegible]

Seal here


SL0002447

# PROMISSORY NOTE

Series NB [НБ]                                                          No. 000653

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **November 14, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of**

**10 (Ten) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **November 14, 2014** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____     **[signature]   A.D. Zhelezniak**

Date: _____ **November 14, 2013** _____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002448

# PROMISSORY NOTE

**Series DB [ДБ]**                                                      No. 000656

for the amount of _____ **USD 2,000,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 3, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**two million 00/100 US dollars plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 3, 2014** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____                  _____ **[signature]** _____

                                                    [seal:]  Life Financial Group CJSC

                                                                    Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]**   **A.D. Zhelezniak**

Date: _____ **December 3, 2013** _____        [seal:]  Probusinessbank [illegible]

                                                                    Seal here

SL0002449

# PROMISSORY NOTE

Series DB [ДБ]                                                No. 000658

for the amount of _____ **USD 1,500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 10, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**one million five hundred thousand 00/100 US dollars plus interest at the rate of**

**10 (Ten) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 10, 2014** _____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

Maker

_____ **N.Yu. Abramova** _____          _____ **[signature]** _____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ **[signature]** ____ **A.D. Zhelezniak**

Date: _____ **December 10, 2013** _____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002450

# PROMISSORY NOTE

**Series DB [ДБ]**                                              **No. 000660**

for the amount of _____**USD 500,000.00**_____

*(amount in figures)*

Date and place of promissory note issue _____**December 13, 2013**_____

_____**6A ul. Belomorskaya, Moscow**_____

Enterprise (person) _____**Life Financial Group CJSC**_____

_____**6A ul. Belomorskaya, Moscow**_____

*(maker full name and address)*

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 US dollars plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.**

directly to the enterprise (person): _____**Avagumian Karen Kamoevich**_____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service**

*(payee full name and address)*

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____**December 15, 2014**_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____**6A ul. Belomorskaya, Moscow**_____

*(city / village etc.)*

Maker

_____**N.Yu. Abramova**_____          _____**[signature]**_____

[seal:]  Life Financial Group CJSC

Seal here

## FOR AVAL (bank guarantee)

issued for _____**Life Financial Group CJSC**_____

Backer signature: _____**AKB Probusinessbank OJSC**_____ **[signature]** **A.D. Zhelezniak**

Date: _____**December 13, 2013**_____          [seal:]  Probusinessbank [illegible]

Seal here

SL0002451

# PROMISSORY NOTE

Series DB [ДБ]                                                    No. 000662

for the amount of _____ **EUR 500,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 17, 2013** _____

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**five hundred thousand 00/100 euros plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal**

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 17, 2014** _____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____          _____ [signature] _____

                                         [seal:]   Life Financial Group CJSC

                                                          Seal here


## FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ [signature]   **A.D. Zhelezniak**

Date: _____ **December 17, 2013** _____   [seal:]  Probusinessbank [illegible]

                                                  Seal here


SL0002452

# PROMISSORY NOTE

Series DB [ДБ]                                                No. 000668

for the amount of _____ **EUR 2,300,000.00** _____

*(amount in figures)*

Date and place of promissory note issue _____ **December 24, 2013**

_____ **6A ul. Belomorskaya, Moscow** _____

Enterprise (person) _____ **Life Financial Group CJSC** _____

_____ **6A ul. Belomorskaya, Moscow** _____

*(maker full name and address)*

_____

undertakes to pay unconditionally under this promissory note the amount of:

**two million three hundred thousand 00/100 euros plus interest at the rate of** _____

**10 (Ten) per cent per annum, interest is payable monthly.** _____

directly to the enterprise (person): _____ **Avagumian Karen Kamoevich** _____

**passport 45 10 505095 issued on July 24, 2009 by Moscow Department of Russian Federal** ___

**Migration Service** _____

*(payee full name and address)*

_____

or at his order, to any other enterprise (person).

This promissory note is payable by the following date _____ **December 24, 2014** ____

_____

*(upon presentation / within a specified period after presentation or issuance / on a specific day)*

Place of payment: _____ **6A ul. Belomorskaya, Moscow** _____

*(city / village etc.)*

_____

Maker

_____ **N.Yu. Abramova** _____      _____ [signature] _____

[seal:]  Life Financial Group CJSC

Seal here

### FOR AVAL (bank guarantee)

issued for _____ **Life Financial Group CJSC** _____

Backer signature: _____ **AKB Probusinessbank OJSC** _____ [signature] ___ **A.D. Zhelezniak**

Date: _____ **December 24, 2013** _____     [seal:]  Probusinessbank [illegible]

Seal here

SL0002453



**Серия ин** ## ПРОСТОЙ ВЕКСЕЛЬ № 000765

На сумму ___ **1 500 000-00 долларов США**
                         *(сумма цифрами)*

Дата, место составления векселя: **20 июня 2014 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
                                   *(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
                                                                          *(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
                                   *(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу),

Этот вексель подлежит оплате в следующий срок: **«22» июня 2015 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
                                        *(город, село и пр.)*

*Векселедатель*
   **Абрамова Н.Ю.**

                                                                   М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)
           **ЗАО Финансовая группа «Лайф»**

За кого выдан ___

**ОАО АКБ «Пробизнесбанк»** **А.Д.Железняк**

Подпись авалиста ___
Дата      **20 июня 2014 г.**                                  М.П.

AVP0000977
AVP0000963



**Серия АП**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 000735**

На сумму _____ **700 000-00 евро**
(сумма цифрами)

Дата, место составления векселя: _____ **16 апреля 2014 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): _____ **ЗАО «Финансовая группа «Лайф»**
(полное наименование и полный адрес векселедателя)

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Семьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять) процентов годовых**
(сумма прописью)

**Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): _____ **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«16» апреля 2015 г.**

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: _____ **г. Москва, ул. Беломорская, д.6А**
(город, село и т.п.)

Векселедатель

**Абрамова Н.Ю.**

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан **ЗАО Финансовая группа «Лайф»**

Подпись авалиста **ОАО АКБ «Пробизнесбанк»** **А.Д.Железняк**

Дата **16 апреля 2014 г.**

М.П.

AVP0000978
AVP0000963

Серия ИЛ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000777

На сумму **500 000-00 долларов США**
(сумма цифрами)

Дата, место составления векселя: **11 июля 2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
(полное наименование и полный адрес векселедателя)
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу) **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«13» июля 2015 г.**

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
(город, село и т.п.)

*Векселедатель*
**Железняк А.Д.**

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                    М.П.

AVP0000982
AVP0000979

**Серия МР**

# ПРОСТОЙ ВЕКСЕЛЬ № 000714

На сумму     1'000 000-00 долларов США
<sub>(сумма цифрами)</sub>

Дата, место составления векселя:     05   марта   2014 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):     ЗАО «Финансовая группа «Лайф»
<sub>(полное наименование и полный адрес, вексельдателя)</sub>

г. Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион 00/100 долларов США плюс проценты из расчета 10
<sub>(сумма прописью)</sub>

(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
<sub>(полное наименование и адрес получателя)</sub>

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   «05» марта 2015 г.

<sub>(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)</sub>

Местом платежа является:     г. Москва, ул. Беломорская, д.6А
<sub>(город, село и т.п.)</sub>

*Векселедатель*

Железняк А.Д.

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                                М.П.

AVP0000983
AVP0000979

# ПРОСТОЙ ВЕКСЕЛЬ

№ 009087

На сумму _____ 1 000 000-00 долларов США.

Дата, место составления векселя: 01 ноября 2011 года
г.Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов
годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Кимович
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «01» ноября 2012 г.

Местом платежа является: г.Москва, ул. Беломорская, д.6А

Векселедатель:    Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан    ОАО АКБ «Пробизнесбанк»

Полное авалиста
Дата    01 ноября 2011 г.

М.П.

SL0002397

Серия ПБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 009001

На сумму _2 000 000,00 долларов США_

Дата, место составления векселя _02 декабря 2011 года_
_г. Москва, ул. Беломорская, д.6А_

Предприятие (лицо) _ЗАО «Финансовая группа «Лайф»_
_(полное наименование и точный адрес векселедателя)_
_г. Москва, ул.Беломорская, д.6А_

обязуется безусловно уплатить по этому векселю денежную сумму в размере
_Два миллиона 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать)_
_процентов годовых. Выплата процентов ежемесячно_

непосредственно предприятию (лицу) _Авагумян Карен Климович_
_Паспорт 45 10 585095 выдан УФМС по г. Москве 24.07.2009 г._
_(полное наименование и адрес получателя)_

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок _«02» декабря 2012 г._
_(это предписание; во сколько по времени по предъявлении для составления с определенной даты)_

Местом платежа является _г. Москва, ул. Беломорская, д.6А_
_(город, село и т.д.)_

Векселедатель

_Абрамова П.Ю._

За кого выдан ПЛИ АВАЛЬ (вексельное поручительство)
_ЗАО Финансовая группа «Лайф»_

Подпись авалиста _ОАО АКБ «Пробизнесбанк»_

Дата _02 декабря 2011 г._

SL0002398

Серия ЛБ · **ПРОСТОЙ ВЕКСЕЛЬ** · № 009077

На сумму 500 000-00 евро

15 декабря 2011 года

Дата, место составления векселя: г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять)**
процентов годовых. Выплата процентов ежемесячно.

Авакумян Карен Ашотович

непосредственно предприятию (лицу): Паспорт 45 10 505095 выдан УФМС пос. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу):

Этот вексель подлежит оплате в следующий срок: «17» декабря 2012 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель

Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан

ОАО АКБ «Пробизнесбанк»

А.Д.Железняк

Подпись авалиста

Дата 15 декабря 2011 г.

SI_0002399

# ПРОСТОЙ ВЕКСЕЛЬ

Серия дБ

№ 009194

На сумму _____ 2 300 000-00 евро _____

Дата, место составления векселя: «23» декабря 2011 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо) _____ ЗАО «Финансовая группа «Лайф»
(полное наименование и точный адрес векселедателя)
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Два миллиона триста тысяч 00/100 евро США плюс процентов из расчета:
11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу) ___ Аннагулин Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2008 г.
(полное наименование и точный адрес)

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок: «24» декабря 2012 г.

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: г. Москва, ул. Беломорская, д.6А
(город или село и т.п.)

*Векселедатель*

Абрамов Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан ____ ЗАО Финансовая группа «Лайф»

ОАО АКБ «Пробизнесбанк» ____ А.Д.Железняк

Подпись аналиста: _____

Дата 23 декабря 2011 г. _____ М.П.

SL0002400

Серия ЛП · ПРОСТОЙ ВЕКСЕЛЬ · № 009179

На сумму 1 500 000-00 евро

Дата, место составления векселя 17 января 2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00-100 евро США плюс проценты из
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу) Авагумян Карен Камоевич
Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок — «17» января 2013 г.

Место платежа является г. Москва, ул. Беломорская, д.6А

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан

ОАО АКБ «Пробизнесбанк» А.Д.Железняк

Подпись авалиста

Дата 17 января 2012 г. М.П.

SL0002405