# EXHIBIT 49
# (PART 2 of 4)

| Серия ЯН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 009195 |

На сумму: 2 500 000-00 долларов США

17 января 2012 года

Дата, место составления векселя: г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Ашугмян Карен Камоевич
Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «17» января 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель: Абрамова Н.Ю.

За кого авали: ДЛЯ ЗАО (вексельное поручительство)
ЗАО Финансовая группа «Лайф»
ОАО АКБ «Пробизнесбанк»    А.Д.Железняк

Дата 17 января 2012 г.

SL0002406

| Серия ЯН | ПРОСТОЙ ВЕКСЕЛЬ | № 009185 |

На сумму _____ 1 000 000-00 долларов США _____

Дата, место составления векселя _____ 31 января 2012 года _____
_____ г. Москва, ул. Беломорская, д.6А _____

Предприятие (лицо): _____ ЗАО «Финансовая группа «Лайф» _____
_____ г. Москва, ул. Беломорская, д.6А _____

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу) _____ Авакумян Карен Камоевич _____
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок _____ «31» января 2013 г. _____

Местом платежа является _____ г. Москва, ул. Беломорская, д.6А _____

Векселедатель _____ Абрамова Н.Ю. _____

За кого выдан _____ ДЛЯ АВАЛЯ (вексельное поручительство) _____
_____ ЗАО Финансовая группа «Лайф» _____
_____ ОАО АКБ «Пробизнесбанк» _____ А.Д. Железняк _____
Подпись авалиста _____
Дата _____ 31 января 2012 г. _____

SL0002407

| Серия | АП | ПРОСТОЙ ВЕКСЕЛЬ | № 009167 |

На сумму: 700 000-00 евро

Дата, место составления векселя: 16 апреля 2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Семьсот тысяч 00/100 евро плюс проценты из расчета
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу): Апасумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок: «16» апреля 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:
Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                                                                              м.п.

SL0002409

| Серия ИЛ | ПРОСТОЙ ВЕКСЕЛЬ | № 002310 |

На сумму 500.000-00 долларов США

11 июля 2012 года

Дата, место составления векселя: г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Аватумян Карен Кимоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «11» июля 2013 г.

Местом платежа по векселю: г. Москва, ул. Беломорская, д.6А

Векселедатель: Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан: ОАО АКБ «Пробизнесбанк»      А.Д. Железняк

Подпись авалиста

Дата 11 июля 2012 г.

SL0002412

Серия АВ   **ПРОСТОЙ ВЕКСЕЛЬ**   № 002322

На сумму    1 500 000-00 долларов США

Дата, место составления векселя    06 августа 2012 года
г. Москва, ул. Беломорская, д. 6А

Предприятие (лицо)    ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д. 6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета
11 (одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу)    Аваргумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок:    «06» августа 2013 г.

Местом платежа является:    г. Москва, ул. Беломорская, д. 6А

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»
А.Д.Железняк
За кого выдан
Подпись авалиста
Дата    06 августа 2012 г.                              М.П.

SL0002413

| Серия АВ | ПРОСТОЙ ВЕКСЕЛЬ | № 002323 |
|---|---|---|

На сумму: 500 000-00 долларов США

15 августа 2012 года

Дата, место составления векселя: г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11
(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «15» августа 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель: Абрамова Н.Ю.

За кого выдан: ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»
ОАО АКБ «Пробизнесбанк» А.Д.Железняк

Подпись авалиста:

Дата: 15 августа 2012 г.  М.П.

SL0002414

Серия СН  **ПРОСТОЙ ВЕКСЕЛЬ**  № 002336

На сумму: 1 000 000,00 долларов США

Дата, место составления векселя: 06 сентября 2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере
Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать)
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию: Авагумян Карен Хамоевич
Паспорт 45 10 505695 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «06 сентября 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:
Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан:
Подпись авалиста:
Дата:                                                                        М.П.

SL0002415

| Серия ОК | ПРОСТОЙ ВЕКСЕЛЬ | № 002340 |

На сумму    500 000-00 долларов США

Дата, место составления векселя    02   октября   2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо):    ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать)
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу)    Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

(или по его приказу любому другому предприятию/лицу)

Этот вексель подлежит оплате в следующий срок:   «02» октября 2013 г.

Местом платежа является    г. Москва, ул. Беломорская, д.6А

Векселедатель
Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                                                                           М.П.

SL0002416

Серия ок   **ПРОСТОЙ ВЕКСЕЛЬ**   № 002344

На сумму   500 000-00 долларов США
             (сумма цифрами)

Дата, место составления векселя:   10   октября   2012 года
                                    г. Москва, ул. Беломорская, д. 6А

Предприятие(лицо)   ЗАО «Финансовая группа «Лайф»
                    (полное наименование и полный адрес векселедателя)
                    г. Москва, ул. Беломорская, д. 6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать)
процентов годовых. Выплата процентов ежемесячно.**
                                (сумма прописью)

непосредственно предприятию(лицу)   Авагумян Карен Карпович

Паспорт 45 10 505095 выдан УФМС по г. Москве, 21.07.2009 г.
                    (полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   «10» октября 2013 г.
                (по предъявлении, во столько-то времени от предъявления или составления, на определенный день)

Местом платежа является:   г. Москва, ул. Беломорская, д. 6А
                            (адрес места платежа)

*Векселедатель*

    Железняк А.Д.

                                                        М.П.

                ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                    М.П.

SL0002417

Серия НБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 002363

На сумму        1 000 000-00 долларов США
                    (сумма цифрами)

Дата, место составления векселя   01  ноября  2012 года
                    г. Москва, ул. Беломорская, д.6А

Предприятие(лицо)   ЗАО «Финансовая группа «Лайф»
                    (полное наименование и точное место нахождения)
                    г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 10
(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу)   Акопумян Карен Камоевич

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
                    (полное наименование и точное место нахождения)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:  «01» ноября 2013 г.

                    (при предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является:       г. Москва, ул. Беломорская, д.6А
                    (адрес, тел. и т.п.)

Векселедатель
Абрамова Н.Ю.

                    ДЛЯ АВАЛЯ(вексельное поручительство)
                    ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста    ОАО АКБ «Пробизнесбанк»             А.Д. Железняк
Дата                01 ноября 2012 г.                   М.П.

SL0002418

| Серия НБ | ПРОСТОЙ ВЕКСЕЛЬ | № 002365 |

На сумму: 1 500 000-00 долларов США
(прописью)

Дата, место составления векселя: 14 ноября 2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета

11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «14» ноября 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:
Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан: _____
Подпись авалиста: _____
Дата: _____

SL0002419

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 002369 |

На сумму  2 000 000-00 долларов США

Дата, место составления векселя:  03  декабря  2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо):  ЗАО «финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона 00/100 долларов США плюс проценты из расчета 11**
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

посредством предприятия (лица)  Аватумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.03.2009 г.

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок:  «03» декабря 2013 г.

Местом платежа является  г. Москва, ул. Беломорская, д.6А

Векселедатель
Абрямова Н.Ю.

ДЛЯ АВАЛЬ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»
ОАО АКБ «Пробизнесбанк»

Дата  03 декабря 2012 г.

SL0002420