# EXHIBIT 49
# (PART 3 of 4)

Серия ДБ   **ПРОСТОЙ ВЕКСЕЛЬ**   № 002399

На сумму: 1 500 000-00 долларов США

Дата, место составления векселя: 10 декабря 2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу): Аветисян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве 11.07.2009 г.

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «10» декабря 2013 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:

Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан
Подпись авалиста
Дата

SL0002421

Серия дб     **ПРОСТОЙ ВЕКСЕЛЬ**     № 002400

На сумму:    500 000-00 евро

Дата, место составления векселя:    17 декабря    2012 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо)    ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 евро плюс проценты из расчета 11**

**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу)    Авагумян Карен Камоевич

**Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.**

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «17» декабря 2013 г.

Местом платежа является:    г. Москва, ул. Беломорская, д.6А

Векселедатель:

Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан

Подпись авалиста

Дата

SL0002422

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 002382 |

На сумму  2 300 000-00 евро

Дата, место составления векселя   24   декабря   2012 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо)   ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю следующую сумму в размере:
**Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу)   Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок: «24» декабря 2013 г.

Местом платежа является:   г. Москва, ул. Беломорская, д.6А

Векселедатель
Абрамова И.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан   ЗАО Финансовая группа «Лайф»
Подпись авалиста   ОАО АКБ «Пробизнесбанк»   А.Д. Железняк
Дата   24 декабря 2012 г.   М.П.

SL0002423

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 002392 |

На сумму  1 000 000-00 долларов США
              *(сумма цифрами)*

Дата, место составления векселя   27   декабря   2012 года
                                    г. Москва, ул. Беломорская, д.6А

Предприятие(лицо)   ЗАО «Финансовая группа «Лайф»
                    *(полное наименование и точный адрес векселедателя)*
                    г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 11**
                                      *(прописью)*
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу)   Анагумян Карен Камоевич

Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и точный адрес векселедержателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:   «27» декабря 2013 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:   г. Москва, ул. Беломорская, д.6А
                            *(точное место и т.п.)*

Векселедатель

       Железняк А.Д.

                                                                    М.П.

                      ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                                М.П.

SL0002424

| Серия ЯН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 002408 |
|---|---|---|

На сумму ___2 500 000-00 долларов США___

Дата, место составления векселя ___17___ ___января___ ___2013 года___

г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ___ЗАО "Финансовая группа "Лайф"___

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу) ___Авагумян Карен Камоевич___

Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок: ___«17» января 2014 г.___

Местом платежа является ___г. Москва, ул. Беломорская, д.6А___

Векселедатель

___Железняк А.Л.___

М.П.

ПЛЯ АВАЛЬ (вексельное поручительство)

За кого выдан ___

Подпись авалиста ___

Дата ___ М.П.

SL0002431

| Серия ян | ПРОСТОЙ ВЕКСЕЛЬ | № 002407 |

На сумму  1 500 000-00 евро

Дата, место составления векселя    17 января    2013 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):    ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 евро плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу) Авагумян Карен Камоевич

Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «17» января 2014 г.

Местом платежа является    г. Москва, ул. Беломорская, д.6А

Векселедатель

Железняк А.Л.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                                                           М.П.

SL0002432

| Серия ЯН | ПРОСТОЙ ВЕКСЕЛЬ | № 002414 |

На сумму __1 000 000-00 долларов США__

Дата, место составления векселя: __31__ __января__ __2013 года__
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): __ЗАО «Финансовая группа «Лайф»__
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

__Один миллион 00/100 долларов США плюс проценты из расчета 11__
__(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию (лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__

или по его приказу любому другому предприятию (лицу)

этот вексель подлежит оплате в следующий срок: «31» января 2014 г.

Местом платежа является __г. Москва, ул. Беломорская, д.6А__

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ЗАО Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__ __А.Л.Железняк__
Дата __31 января 2013 г.__

SL0002433

Серия МР    ПРОСТОЙ ВЕКСЕЛЬ    № 002428

На сумму: 1 000 000.00 долларов США

Дата, место составления векселя: 05 марта 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок: «05» марта 2014 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель
Железняк А.Д.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                    М.П.

SL0002434

| Серия АП | ПРОСТОЙ ВЕКСЕЛЬ | № 002444 |
|---|---|---|

На сумму _700.000-00 евро_

Дата, место составления векселя _16 апреля 2013 года_
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): _ЗАО «Финансовая группа «Лайф»_
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере

**Семьсот тысяч 00/100 евро плюс проценты из расчета 11**
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу) _Авагумян Карен Камоевич_
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок: _«16» апреля 2014 г._

Местом платежа является _г. Москва, ул. Беломорская, д.6А_

Векселедатель
_Железняк А.Д._

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                      М.П.

SL0002436

Серия ИН   ПРОСТОЙ ВЕКСЕЛЬ   № 002465

На сумму   1 500 000,00 долларов США

Дата, место составления векселя   20   июня   2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):   ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу)   Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию(лицу)
Этот вексель подлежит оплате в следующий срок:   «20» июня 2014 г.

Местом платежа является:   г. Москва, ул. Беломорская, д.6А

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
ОАО АКБ «Пробизнесбанк»   А.Д. Железняк
Подпись авалиста
Дата   20 июня 2013 г.
М.П.

SL0002438

Серия НЛ  ПРОСТОЙ ВЕКСЕЛЬ  № 002471

На сумму  500.000-00 долларов США

Дата, место составления векселя:  11  июля  2013 года
г. Москва, ул. Беломорская, д. 6А

Предприятие (лицо):  ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д. 6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Пятьсот тысяч 00/100 долларов США плюс проценты из расчёта 10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу):  Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок:  «11» июля 2014 г.

Местом платежа является:  г. Москва, ул. Беломорская, д. 6А

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
за кого выдан
Подпись авалиста  ОАО АКБ «Пробизнесбанк»  А.Д. Железняк
Дата  11 июля 2013 г.  М.П.

SL0002440

| Серия АВ | ПРОСТОЙ ВЕКСЕЛЬ | № 002482 |

На сумму     1 500 000-00 долларов США
                  (сумма цифрами)

Дата, место составления векселя    06  августа  2013 года

г. Москва, ул. Беломорская, д.6А

Предприятие (лицо)    ЗАО «Финансовая группа «Лайф»
                  (полное наименование и полный адрес, для гражданина —
                   ф.и.о. и адрес)

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион пятьсот тысяч 00/100 долларов США и все проценты из расчета 10
                  (сумма прописью)
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу)    Аветумян Карен Камоевич

Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.
                  (полное наименование и полный адрес)

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок   «06» августа 2014 г.
                  (по предъявлении, во столько-то времени от предъявления или составления, в
                   определенный день)

Местом платежа является    г. Москва, ул. Беломорская, д.6А
                  (адрес, телефон и т.п.)

Векселедатель

Абрамова Н.Ю.

                                                   М.П.

                  ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан      ЗАО «Финансовая группа «Лайф»
Подпись авалиста   ОАО АКБ «Пробизнесбанк»          А.Д.Железняк
Дата    06 августа 2013 г.                          М.П.

SL0002442

Серия АВ                    ПРОСТОЙ ВЕКСЕЛЬ                    № 002489

На сумму          500 000-00 долларов США
                        (сумма цифрами)

Дата, место составления векселя:    15    августа    2013 года
                                    г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):        ЗАО «Финансовая группа «Лайф»
                        (полное наименование и точный адрес векселедателя)
                        г.Москва, ул.Беломорская, д.6А


обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
                        (сумма прописью)
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу)   Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
                        (полное наименование и точный адрес получателя)


или по его приказу любому другому предприятию(лицу)

этот вексель подлежит оплате в следующий срок:   «15» августа 2014 г.

            (по предъявлении, по предъявлении но не ранее определенной даты, в указанный день)


Местом платежа является          г. Москва, ул. Беломорская, д.6А
                                    (точный адрес и т.п.)


Векселедатель
            Железняк А.Д.



                                                                М.П.

                        ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                                            М.П.

SL0002443