# EXHIBIT 49
# (PART 4 of 4)

| Серия СН | ПРОСТОЙ ВЕКСЕЛЬ | № 002496 |

На сумму  1 000 000-00 долларов США

Дата, место составления векселя   06  сентября  2013 года

г. Москва, ул. Беломорская, д.6А

Предприятие (лицо):   ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион 00/100 долларов США плюс проценты из расчета 10

(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу)  Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок  «08» сентября 2014 г.

Местом платежа является  г. Москва, ул. Беломорская, д.6А

Векселедатель

Железняк А.Д.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан

Подпись авалиста

Дата  М.П.

SL0002444

| Серия ОК | ПРОСТОЙ ВЕКСЕЛЬ | № 000631 |

На сумму 500 000-00 долларов США

Дата, место составления векселя 02 октября 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу) Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

или по его приказу любому другому предприятию (лицу)

Этот вексель подлежит оплате в следующий срок: «02» октября 2014 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:
Железняк А.Д.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан
Подпись авалиста
Дата                                              М.П.

SL0002445

| Серия ОК | ПРОСТОЙ ВЕКСЕЛЬ | № 000638 |

На сумму   500 000-00 долларов США
(сумма цифрами)

Дата, место составления векселя   10  октября   2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо):   ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес местонахождения)
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу)   г. Авагумян Карен Камоевич
**Паспорт 45 10 505095, выдан УФМС по г. Москве, 24.07.2009 г.**
(полное наименование и полный адрес местонахождения)

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок:   «10» октября 2014 г.

(по предъявлении; во столько-то времени от предъявления; во столько-то времени от составления; на определенный день)

Местом платежа является   г. Москва, ул. Беломорская, д.6А
(город, село и т.д.)

Векселедатель
Абрямова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста   ОАО АКБ «Пробизнесбанк»   А.Д. Железняк
Дата   10 октября 2013 г.

SL0002446

| Серия НБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000647 |

На сумму 1 000 000-00 долларов США
*(Сумма цифрами)*

Дата, место составления векселя 01 ноября 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо) ЗАО «Финансовая группа «Лайф»
*(полное наименование и почтовый адрес плательщика)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
*(Сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

предприятию (лицу) Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и почтовый адрес получателя)*

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «05» ноября 2014 г.
*(по предъявлении, во столько-то времени от предъявления, составления, в определённый день)*

Местом платежа является г. Москва, ул. Беломорская, д.6А
*(адрес места платежа)*

Векселедатель

Абрямова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан ОАО АКБ «Пробизнесбанк»
Подпись авалиста А.Д. Железняк
Дата 01 ноября 2013 г.   М.П.

SL0002447

| Серия ПБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000653 |

На сумму: 1 500 000-00 долларов США

Дата, место составления векселя: 14 ноября 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.

(или по его приказу любому другому предприятию (лицу))

Этот вексель подлежит оплате в следующий срок: «14» ноября 2014 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель: Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан:
Подпись авалиста: ОАО АКБ «Пробизнесбанк» А.Д. Железняк
Дата: 14 ноября 2013 г.

SL0002448

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000656 |

На сумму 2 000 000-00 долларов США

Дата, место составления векселя 03 декабря 2013 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Два миллиона 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.

(или по его приказу любому другому предприятию(лицу))

Этот вексель подлежит оплате в следующий срок: «03» декабря 2014 г.

Место платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель Абрамова Н.Ю.

ДЛЯ АВАЛЯ вексельное поручительство

За кого выдан ЗАО «Финансовая группа «Лайф»

Подпись авалиста ОАО АКБ «Пробизнесбанк» А.Д. Железняк

Дата 03 декабря 2013 г.

SL0002449

Серия ДБ                  **ПРОСТОЙ ВЕКСЕЛЬ**                  № 000658

На сумму      1 500 000-00 долларов США
                    (сумма цифрами)

Дата и место составления векселя      10   декабря   2013 года
                                    г. Москва, ул. Беломорская, д.6А

Предприятие (лицо)      ЗАО «Финансовая группа «Лайф»
                    (полное наименование и точный адрес местонахождения)
                    г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
                                    (сумма прописью)
**(десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу)   Анагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 29.07.2009 г.
                    (полное наименование и точный адрес местонахождения)

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок:   «10» декабря 2014 г.
                    (при предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Место платежа является:      г. Москва, ул. Беломорская, д.6А
                                (город, село и т.д.)

Векселедатель

Абрамова Н.Ю.                                    [signature]                    [seal: Финансовая
                                                                                 группа
                                                                                 Лайф]

                    ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан         ЗАО «Финансовая группа «Лайф»
Подпись авалиста      ОАО АКБ «Пробизнесбанк»                    А.Д.Железняк
Дата      10 декабря 2013 г.                                    п.

SL0002450

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000660 |
|---|---|---|

На сумму ___ 500 000-00 долларов США ___
(цифрами словами)

Дата, место составления векселя: ___ 13 декабря ___ 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ___ ЗАО «Финансовая группа «Лайф» ___
(полное наименование и почтовый адрес векселедателя)
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)

**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию (лицу): ___ Авагумян Карен Камоевич ___

**Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.**
(полное наименование и адрес получателя)

или по его приказу любому другому предложенному лицу,

Этот вексель подлежит оплате в следующий срок: ___ «15» декабря 2014 г. ___
(при предъявлении; во столько-то времени от предъявления или составления; на определенный день)

Место платежа по векселю: ___ г. Москва, ул. Беломорская, д.6А ___
(точный адрес и т.п.)

Векселедатель:
___ Абрамова Н.Ю. ___

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан: ___ ЗАО «Финансовая группа «Лайф» ___
Подпись авалиста ___ ОАО АКБ «Пробизнесбанк» ___   А. Д. Железяк
Дата ___ 13 декабря 2013 г. ___

SL0002451

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 000662 |

На сумму 500 000-00 евро

Дата, место составления векселя: 17 декабря 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москва 24.07.2009 г.

или его приказу любому другому предприятию (лицу):

Этот вексель подлежит оплате в следующий срок: «17» декабря 2014 г.

Местом платежа является: г. Москва, ул. Беломорская, д.6А

Векселедатель:
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого дан: ОАО АКБ «Пробизнесбанк»        А.Д. Железняк

Дата 17 декабря 2013 г.

SL0002452

# ПРОСТОЙ ВЕКСЕЛЬ

Серия ДБ № 000668

На сумму: 2 300 000,00 евро
*(сумма цифрами)*

Дата, место составления векселя: 24 декабря 2013 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 10 (Десять)
*(сумма прописью)*
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу): Анатусян Карен Каленович
Паспорт 45 10 505095, выдан УФМС по г. Москве, 14.07.2009 г.
*(полное наименование и полный адрес получателя)*

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок: «24» декабря 2014 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.                [signature]    [stamp]

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
Заголовщик
Подпись аваля        ОАО АКБ «Пробизнесбанк»        А.Л. Железняк
Дата 24 декабря 2013        М.П.

SL0002453



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Promissory Notes with Bates Nos. SL0002397–SL0002400, SL0002405–SL0002407, SL0002409, SL0002412–SL0002424, SL0002431–SL0002434, SL0002436, SL0002438, SL0002440, SL0002442–SL0002453, AVP0000977–AVP0000978, and AVP0000982–AVP0000983.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 25th day of January, 2017.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York          Washington, D.C.     Chicago             Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909   t: +1.415.576.9500
London            Paris                Stockholm           Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143