# EXHIBIT 50

| | |
|---|---|
| **From:** | Robert Stahl |
| **To:** | Weigel, Robert; "Richard Sapinski" |
| **Subject:** | FW: Urgent: Debt confirmation (part 3 of 3) |
| **Date:** | Wednesday, January 20, 2016 1:14:42 PM |
| **Attachments:** | PN 2.pdf |
| | PN 3.pdf |

3 of 3.

Regards,

*Robert G. Stahl*

Law Offices of Robert G. Stahl, LLC
220 St. Paul Street
Westfield, N.J. 07090
(Office) 908.301.9001
(Cell)     908.591.1101
rstahl@stahlesq.com
http://www.stahlesq.com

This e-mail is designed for general information only. The information presented should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This e-mail may contain privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments.

CIRCULAR 230 DISCLOSURE:
To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

| Серия ИН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001958 |
|---|---|---|

На сумму: **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **30 июня 2015 года**
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Карапетян Диана Сааковна**
**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«30» июня 2016 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
*(город, село и т.п.)*

**Векселедатель**
Звягин М.      *[подпись]*      М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____
Подпись авалиста _____
Дата _____                                    М.П.

| Серия ин | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001957 |

**На сумму** 1 000 000-00 долларов США
*(сумма цифрами)*

**Дата, место составления векселя:** 24 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

**Предприятие(лицо):** ВЕННОП ТРЕЙДИНГ ЛИМИТЕД
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Карапетян Диана Сааковна
Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «24» июня 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определённый день)*

**Местом платежа является:** 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

**Векселедатель**
Звягин М.                        [подпись]               М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                  М.П.

| Серия МА | # ПРОСТОЙ ВЕКСЕЛЬ | № 001956 |

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __22__ __мая__ __2015__ года
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
*(полное наименование и полный адрес векселедателя)*
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Карапетян Диана Сааковна__
__Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«23» мая 2016 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
*(город, село и т.п.)*

**Векселедатель**
   Звягин М.                    [подпись]                 М.П.

## ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____     М.П.

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001955 |

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __04 апреля 2015 года__
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Карапетян Диана Сааковна__
Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: __«04» апреля 2016 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
*(город, село и т.п.)*

**Векселедатель**
Звягин М.          [подпись]          [печать: VENNOP TRADING LIMITED]

М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____          М.П.

Серия ян

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001929

На сумму: **1 110 904-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **12 января 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион сто десять тысяч девятьсот четыре 00/100 долларов США плюс проценты**
*(сумма прописью)*
**из расчета 11(Одиннадцать) процентов годовых. Выплата процентов в конце срока.**

непосредственно предприятию(лицу): **Ренич Игорь Феликсович**
**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«12» января 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель

**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан **ЗАО «Финансовая группа «Лайф»**

Подпись авалиста **ОАО АКБ «Пробизнесбанк»**     А.Д.Железняк

Дата **12 января 2015 г.**     М.П.

| Серия АВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000800 |

На сумму __6 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя __06 августа 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Шесть миллионов 00/100 долларов США__ плюс проценты из расчета
*(сумма прописью)*
__11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.__

непосредственно предприятию(лицу) __Ричич Игорь Филиксович__
__Паспорт 45 09 074131 выдан ОВД «Филь-Давыдково» г. Москвы 06.04.2007 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок __«06» августа 2015 г.__
*(по предъявлении; во столько-то времени от предъявления или составления; в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

*Векселедатель*
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__ Железняк
Дата __06 августа 2014 г.__

Серия **СН**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000802

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 12 сентября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежеквартально.**

непосредственно предприятию (лицу): Ренин Игорь Феликсович
Паспорт 45 09 074131 выдан ОВД «Филн Левыково» г. Москвы, 06.04.2007 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию (лицу).

Этот вексель подлежит оплате в следующий срок «14» сентября 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

**Векселедатель**
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан ЗАО «Финансовая группа «Лайф»
Подпись авалиста ОАО АКБ «Пробизнесбанк»
Дата 12 сентября 2014 г.

| Серия AB | # ПРОСТОЙ ВЕКСЕЛЬ | № 000788 |

На сумму __14 293 096-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __06   августа   2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Четырнадцать миллионов двести девяносто три тысячи девяносто шесть 00/100 долларов США**
*(сумма прописью)*
плюс проценты из расчета 11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально

непосредственно предприятию(лицу): __Ренич Игорь Феликсович__
**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*
**Пополнение 12.09.14 в сумме 106904,00 (Сто шесть тысяч девятьсот четыре 00/100) долларов США.**
**Общая сумма векселя 14400000,00 (Четырнадцать миллионов четыреста тысяч 00/100) долларов США**
или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«06» августа 2015 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

**Векселедатель**
__Железняк А.Д.__

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                                     М.П.

