# EXHIBIT 51
# (PART 1 of 7)

Message

| | | |
|---|---|---|
| From: | Popov Vitaliy Nikolayevich | [vitaliy.popov@avilon.ru] |
| Sent: | 11/30/2015 3:52:18 p.m. | |
| To: | Monakhova Irina Nikolayevna | [irina.monakhova@avilon.ru] |
| Subject: | FW: Documents (for PRBB) | |
| Attachments: | AKKAM.pdf; RIF.pdf; KDS.pdf | |

For information

---

Respectfully yours,
**Popov Vitaliy Nikolayevich**
Director, Legal Department
**Avilon Automotive Group JSC**
109316 Moscow, Volgograd Prospekt, d. 43, k. 3
Tel:     +7 495 781-8199 ext.: 7040
Fax:    +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Click here to get the latest news

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Sunday, November 29, 2015 4:42 PM
**To:** Popov Vitaliy Nikolayevich
**Subject:** Documents

Vitaliy, good day!

I am sending the main part of the documents. For RIF, approximately 3 million was paid; however, the promissory notes have not been returned yet. That needs to be taken into consideration at the time of the transaction.

In this message I am sending you copies of the Promissory Notes.
In the next message, copies of the supplemental agreements. It is my understanding that there were a lot of them; I am sending the latest ones. I hope to get the actual loan agreements tomorrow and will forward them.
I want to draw [your] attention to the fact that your party has all the documents.

Confidential
AVPE0004204

| Серия иЛ | ПРОСТОЙ ВЕКСЕЛЬ | № 001962 |

На сумму _500 000-00 долларов США_
(сумма цифрами)

Дата, место составления векселя: _13 июля 2015 года_

_3106, Лимассол, Кипр, Гр. Ксенопулу, 17_

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
(полное наименование и полный адрес векселедателя)

_3106, Лимассол, Кипр, Гр. Ксенопулу, 17_

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

_Пятьсот тысяч 00/100 долларов США плюс проценты из расчета_
(сумма прописью)
_10 (Десять) процентов годовых. Выплата процентов ежемесячно._

непосредственно предприятию(лицу) _Авагумян Карен Камоевич_
_Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г._
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _«13» июля 2016 г._
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является _3106, Лимассол, Кипр, Гр. Ксенопулу, 17_
(город, село и т.п.)

Векселедатель
Звягин М.                    _[подпись]_                    [печать: VENNOP TRADING LIMITED * М.П.]

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                        М.П.

Confidential
AVPE0004205

| Серия ПП | ПРОСТОЙ ВЕКСЕЛЬ | № 001954 |

На сумму: 2 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 29 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Два миллиона 00/100 долларов США плюс проценты из расчета
*(сумма прописью)*
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу) Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «29» июня 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    [подпись]            [печать: VENNOP TRADING LIMITED]
                                                                        М.П.

**ДЛЯ АВАЛЯ** (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                      М.П.

Confidential                                                                                     AVPE0004206

| Серия ин | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001953 |
|---|---|---|

На сумму: 1 500 000-00 долларов США
(сумма цифрами)

Дата, место составления векселя: 22 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
(полное наименование и полный адрес векселедателя)
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета
(сумма прописью)
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: «22» июня 2016 г.
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
(город, село и т.п.)

Векселедатель
Звягин М.Э.    [подпись]    [печать: VENNOP TRADING LIMITED М.П.]

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан:
Подпись авалиста:
Дата:                                                                                           М.П.

Confidential                                                              AVPE0004207

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 002000 |

На сумму __700 000-00 евро__
  *(сумма цифрами)*

Дата, место составления векселя: __16   апреля   2015 года__

__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

Предприятие(лицо): __ВЕННОП ТРЕЙДИНГ ЛИМИТЕД__
  *(полное наименование и полный адрес векселедателя)*
__3106, Лимассол, Кипр, Гр. Ксенопулу, 17__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Семьсот тысяч 00/100 евро плюс проценты из расчета__
  *(сумма прописью)*
__10 (Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
  *(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«18» апреля 2016 г.__
  *(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __3106, Лимассол, Кипр, Гр. Ксенопулу, 17__
  *(город, село и т.п.)*

Векселедатель
__Звягин М.__                    [signature]                           М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                                    М.П.

Confidential

AVPE0004208

Серия МР    **ПРОСТОЙ ВЕКСЕЛЬ**    № 001948

На сумму __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __05 марта 2015 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 11**
(сумма прописью)
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«04» марта 2016 г.__
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
__Абрамова Н.Ю.__

ДЛЯ АВАЛЯ(вексельное поручительство)
__ЗАО «Финансовая группа «Лайф»__
За кого выдан
__ОАО АКБ «Пробизнесбанк»__
Подпись авалиста                                              __А.Д.Железняк__
Дата __05 марта 2015 г.__

М.П.

| Серия ФВ | # ПРОСТОЙ ВЕКСЕЛЬ | № 001941 |

На сумму: **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **02 февраля 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«02» февраля 2016 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель

**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
**ЗАО «Финансовая группа «Лайф»**

За кого выдан

Подпись авалиста **ОАО АКБ «Пробизнесбанк»**   **А.Д.Железняк**

Дата **02 февраля 2015 г.**   М.П.

Confidential

AVPE0004210

| Серия ЯП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001937 |

На сумму: **2 500 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **19 января 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г. Москва, ул. Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«19» января 2016 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**   **А.Д.Железняк**
Дата **19 января 2015 г.**

М.П.

| Серия ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001938 |

На сумму __1 500 000-00 евро__
*(сумма цифрами)*

Дата, место составления векселя: __19   января   2015 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100  евро плюс проценты из расчета__
*(сумма прописью)*
__11 (Одиннадцать) процентов годовых. Выплата  процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: __«19» января 2016 г.__
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»
За кого выдан
ОАО АКБ «Пробизнесбанк»                А.Д.Железняк
Подпись авалиста
Дата __19 января 2015 г.__

М.П.

Confidential

AVPE0004212

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001936 |

На сумму: **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **29 декабря 2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г. Москва, ул. Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию(лицу) **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«29» декабря 2015 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан **ЗАО «Финансовая группа «Лайф»**
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**   А.Д. Железняк
Дата **29 декабря 2014 г.**

М.П.

Confidential

AVPE0004213