# EXHIBIT 51
# (PART 2 of 7)

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001908

На сумму __2 300 000-00 евро__
(сумма цифрами)

Дата, место составления векселя: __24 декабря 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г. Москва, ул. Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере: __Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 10 (Десять)__
(сумма прописью)
__процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«24» декабря 2015 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
__Абрамова Н.Ю.__

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__    __А.Д. Железняк__
Дата __24 декабря 2014 г.__

М.П.

Confidential

AVPE0004214

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 001907 |

На сумму _____ 500 000-00 евро _____
_(сумма цифрами)_

Дата, место составления векселя: 17 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
_(полное наименование и полный адрес векселедателя)_
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять)**
_(сумма прописью)_
**процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
_(полное наименование и адрес получателя)_

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «17» декабря 2015 г.

_(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)_

Местом платежа является: г. Москва, ул. Беломорская, д.6А
_(город, село и т.п.)_

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан _____ ЗАО «Финансовая группа «Лайф» _____
Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____ А.Д.Железняк
Дата 17 декабря 2014 г.                                           М.П.

Confidential                                                                                     AVPE0004215

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001906 |

На сумму _____ 500 000-00 долларов США _____
*(сумма цифрами)*

Дата, место составления векселя: _____ 15 декабря 2014 года _____
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф» _____
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): _____ Авагумян Карен Камоевич _____
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «15» декабря 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А _____
*(город, село и т.п.)*

Векселедатель
_____ Абрямова Н.Ю. _____

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан _____ ЗАО «Финансовая группа «Лайф» _____
Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____ А.Д. Железняк
Дата _____ 15 декабря 2014 г. _____

М.П.

Confidential

AVPE0004216

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001904 |

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 10 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: «10» декабря 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

**Векселедатель**
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста ОАО АКБ «Пробизнесбанк» А.Д.Железняк
Дата 10 декабря 2014 г.                                                                  М.П.

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001902

На сумму: 2 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 03 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Два миллиона 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «03» декабря 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
ОАО АКБ «Пробизнесбанк»     А.Д.Железняк
Подпись авалиста
Дата 03 декабря 2014 г.                              М.П.

Confidential                                                                                                    AVPE0004218

Серия НБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000826

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 14 ноября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.
*(сумма прописью)*

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «16» ноября 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста ОАО АКБ «Пробизнесбанк»   А.Д.Железняк
Дата 14 ноября 2014 г.

М.П.

Confidential                                                                                             AVPE0004219

| Серия ПБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000825 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 05 ноября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «05» ноября 2015 г.
*(по предъявлению, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**
За кого выдан: ЗАО «Финансовая группа «Лайф»
Подпись авалиста: ОАО АКБ «Пробизнесбанк»        А.Д. Железняк
Дата: 05 ноября 2014 г.

М.П.

Confidential

AVPE0004220

Серия <sup>ОК</sup> **ПРОСТОЙ ВЕКСЕЛЬ** № 000813

На сумму ___500 000-00 долларов США___
(сумма цифрами)

Дата, место составления векселя: ___10   октября   2014 года___
___г. Москва, ул. Беломорская, д.6А___

Предприятие(лицо): ___ЗАО «Финансовая группа «Лайф»___
(полное наименование и полный адрес векселедателя)
___г. Москва, ул. Беломорская, д.6А___

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
___Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10___
(сумма прописью)
___(Десять) процентов годовых. Выплата процентов ежемесячно.___

непосредственно предприятию(лицу): ___Авагумян Карен Камоевич___
___Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.___
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___«12» октября 2015 г.___

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: ___г. Москва, ул. Беломорская, д.6А___
(город, село и т.п.)

*Векселедатель*
___Абрамова Н.Ю.___

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан ___ЗАО «Финансовая группа «Лайф»___
Подпись авалиста ___ОАО АКБ «Пробизнесбанк»___   А.Д.Железняк
Дата ___10 октября 2014 г.___

М.П.

Confidential                                                                                                                AVPE0004221

| Серия ОК | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000806 |

На сумму __500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __02 октября 2014 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«02» октября 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан __ЗАО Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__   А.Д.Железняк
Дата __02 октября 2014 г.__

М.П.

Confidential

AVPE0004222

| Серия СН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000798 |

На сумму __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __08   сентября   2014 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

__Один миллион 00/100 долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно,__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«08» сентября 2015 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

**Векселедатель**

Железняк А.Д.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                    М.П.