# EXHIBIT 51
# (PART 3 of 7)

| Серия АВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000792 |

На сумму: 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 15 августа 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок: «17» августа 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Железняк А.Д.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**
За кого выдан
Подпись авалиста
Дата                                                                М.П.

Confidential

AVPE0004224

| Серия АВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000785 |

На сумму _____ 1 500 000-00 долларов США _____
*(сумма цифрами)*

Дата, место составления векселя: __06__ __августа__ __2014 года__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «06» августа 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель

Железняк А.Д. _____

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____  М.П.

Confidential

AVPE0004225

| Серия ин | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001958 |

На сумму: 1 000 000-00 долларов США
(сумма цифрами)

Дата, место составления векселя: 30 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие (лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
(полное наименование и полный адрес векселедателя)
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион 00/100 долларов США плюс проценты из расчета 10
(сумма прописью)
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Карапетян Диана Саяковна

Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «30» июня 2016 г.
(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
(город, село и т.п.)

Векселедатель
Звягин М.       [signature]                                        М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                                              М.П.

Confidential

AVPE0004226

| Серия ин | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001957 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 24 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Карапетян Диана Саяковна
Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)
Этот вексель подлежит оплате в следующий срок: «24» июня 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.д.)*

Векселедатель
Звягин М.      [подпись]      М.П.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____      М.П.

| Серия МА | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001956 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 22 мая 2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Карапетян Диана Сааковна

Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «23» мая 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определённый день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                    [подпись]                    М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____                        М.П.

Confidential                                                                                 AVPE0004228

| Серия АП | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001955 |

На сумму _1 000 000-00 долларов США_
*(сумма цифрами)*

Дата, место составления векселя: _04   апреля   2015 года_
_3106, Лимассол, Кипр, Гр. Ксенопулу, 17_

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
_3106, Лимассол, Кипр, Гр. Ксенопулу, 17_

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
_Один миллион 00/100 долларов США плюс проценты из расчета 10_
*(сумма прописью)*
_(Десять) процентов годовых. Выплата процентов ежемесячно._

непосредственно предприятию(лицу) _Карапетян Диана Сааковна_
_Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г._
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: _«04» апреля 2016 г._
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _3106, Лимассол, Кипр, Гр. Ксенопулу, 17_
*(город, село и т.в.)*

Векселедатель
Звягин М.   _[подпись]_                     М.П.

**ДЛЯ АВАЛЯ** (вексельное поручительство)
За кого выдан _____
Подпись авалиста _____
Дата _____                    М.П.

Confidential                                           AVPE0004229

| Серия ян | # ПРОСТОЙ ВЕКСЕЛЬ | № 001929 |

На сумму: **1 110 904-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **12 января 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион сто десять тысяч девятьсот четыре 00/100 долларов США плюс проценты**
*(сумма прописью)*
**из расчета 11(Одиннадцать) процентов годовых. Выплата процентов в конце срока.**

непосредственно предприятию(лицу): **Ренич Игорь Феликсович**
**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«12» января 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан **ЗАО «Финансовая группа «Лайф»**
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**  **А.Д.Железняк**
Дата **12 января 2015 г.**

М.П.

Confidential

AVPE0004230

| Серия AB | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000800 |

На сумму  6 000 000-00 долл. США
*(сумма цифрами)*

Дата, место составления векселя:  06  августа  2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):  ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Шесть миллионов 00/100 долларов США и под процентный расчёт**
*(сумма прописью)*
**11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.**

Репин Игорь Феликсович

непосредственно предприятию(лицу)

Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.
*(наименование и полный адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «06» августа 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:  г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель

Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан  ЗАО «Финансовая группа «Лайф»

Подпись авалиста  ОАО АКБ «Пробизнесбанк»

Дата  06 августа 2014 г.