# EXHIBIT 51
# (PART 4 of 7)

| Серия СН | ПРОСТОЙ ВЕКСЕЛЬ | № 000802 |

**На сумму** _1 000 000-00 долларов США_
*(сумма цифрами)*

**Дата, место составления векселя**  12  сентября  2014 года
г. Москва, ул. Беломорская, д.6А

**Предприятие(лицо):**  ЗАО «Финансовая группа « Лайф»
*(полное наименование и название и рес. векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США** плюс процента  расчета

**11(Одиннадцать) процентов годовых.** Выплата процентов ежеквартально.

непосредственно предприятию(лицу)  Генин Игорь Федисович

Паспорт 45 09 074131 выдан  ОВД «Ши..., Новкиковой г. Москвы. 06.04.2007 г.
*(полное наименование и ... или ...)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок  «1» сентября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определённый день)*

**Местом платежа является:**  г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

**векселедатель**
Абрамова Н.Ю.

**ДЛЯ АВАЛЯ(вексельное поручительство)**
ЗАО «Финансовая группа «Лайф»
**За кого выдан** _____

**Подпись авалиста**  ОАО АКБ «Пробизнесбанк»

**Дата**  12 сентября 2014 г.

Confidential



Серия **АВ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ **000788**

**14 293 096-00 долларов США**

На сумму _____
*(сумма цифрами)*

Дата, место составления векселя: __**06**__ __**августа**__ __**2014 года**__

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___**ЗАО «Финансовая группа «Лайф»**___
*(полное наименование и полный адрес векселедателя)*

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Четырнадцать миллионов двести девяносто три тысячи девяносто шесть 00/100 долларов США**
*(сумма прописью)*

**плюс проценты из расчета 11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально**

непосредственно предприятию(лицу): ___**Ренич Игорь Феликсович**___

**Паспорт 45 09 074131 выдан ОВД «Фили-Давылково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*
**Пополнение 12.09.14 в сумме 106904,00 (Сто шесть тысяч девятьсот четыре 00/100) долларов США.**

**Общая сумма векселя 14400000,00 (Четырнадцать миллионов четыреста тысяч 00/100) долларов США**
или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___**«06» августа 2015 г.**___

*(во предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___**г. Москва, ул. Беломорская, д.6А**___
*(город, село и т.п.)*

*Векселедатель*

__**Железняк А.Д.**__

М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.

Confidential

AVPE0004233

Message

| | |
|---|---|
| **From:** | Попов Виталий Николаевич [vitaliy.popov@avilon.ru] |
| **Sent:** | 30/11/2015 15:52:18 |
| **To:** | Монахова Ирина Николаевна [irina.monakhova@avilon.ru] |
| **Subject:** | FW: документы (по ПРББ) |
| **Attachments:** | АККАМ.pdf; РИФ.pdf; КДС.pdf |

Для инфо

С уважением,
Попов Виталий Николаевич
Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:   +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Sunday, November 29, 2015 4:42 PM
**To:** Попов Виталий Николаевич
**Subject:** документы

Виталий, добрый день!

Направляю основную часть документов. По РИФу было выплачено около 3 млн, однако векселя пока не вернули. Это нужно будет учесть в момент сделки.

В данном письме направляю копии Векселей.
В следующем письме копии доп соглашений. Я так понимаю, что их было много, направляю последние. Сами договоры займа завтра надеюсь получить и перешлю.
Хочу обратить внимание, что все документы есть у Вашей стороны.

Confidential

AVPE0004204



**Серия иЛ**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001962**

На сумму   500 000-00. долларов США
*(сумма цифрами)*

Дата, место составления векселя:   13   июля   2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо):   **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу)   **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу),

Этот вексель подлежит оплате в следующий срок:   «13» июля 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является   3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

**Векселедатель**
Звягин М.

VENNOP TRADING LIMITED
* М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан

Подпись авалиста

Дата                                                                                      М.П.

Confidential

**Серия  ПП**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001954**

На сумму         2 000 000-00  долларов США
*(сумма цифрами)*

Дата, место составления векселя:     29    июня      2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо):      ВЕННОП ТРЕЙДИНГ ЛИМИТЕД
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Два миллиона 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно  предприятию(лицу)    Авагумян Карен Камоевич

**Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование, адрес получателя).*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок:     «29» июня 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день).*

Местом платежа является:       3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

*Векселедатель*
Звягин М.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан

Подпись авалиста

Дата                                                                                          М.П.

Confidential
AVPE0004206

| Серия ПН | ПРОСТОЙ ВЕКСЕЛЬ | № 001953 |
|---|---|---|

На сумму     1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя:     22     июня     2015 года

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо):     ВЕННОП ТРЕЙДИНГ ЛИМИТЕД
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета
*(сумма прописью)*
10 (Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию лицу: Авагумян Карен Камоевич

Паспорт 45 10 505095, выдан УФМС, по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок:     «22» июня 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является:     3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.                                    М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан

Подпись авалиста

Дата                                                          М.П.

Confidential                                                   AVPE0004207

**Серия  АП**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 002000**

На сумму _____ 700 000-00  евро
*(сумма цифрами)*

Дата, место составления векселя: ___ **16   апреля    2015  года**

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): ___ **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Семьсот тысяч 00/100  евро плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата  процентов ежемесячно.**

непосредственно  предприятию(лицу): **Авагумян Карен Камоевич**

**Паспорт 45 10 505095  выдан   УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок:  «18» апреля 2016 г.
_____

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
*(город, село и т.п.)*

*Векселедатель*
**Звягин М.**                                                    М.П.

**ДЛЯ АВАЛЯ** (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____            М.П.

Confidential

AVPE0004208

Серия **MP**

# ПРОСТОЙ ВЕКСЕЛЬ

№ **001948**

На сумму _____ **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **05 марта 2015 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и почтовый адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Один миллион 00/100 долларов США плюс проценты из расчета 11**
*(сумма прописью)*
**(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу) **Авагумян Карен Камоевич**

**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу),

Этот вексель подлежит оплате в следующий срок: **«04» марта 2016 г.**

*(по предъявлении, во сто како-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

*Векселедатель*
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
**ЗАО «Финансовая группа «Лайф»**
За кого выдан
**ОАО АКБ «Пробизнесбанк»** **А.Д.Железняк**
Подпись авалиста
Дата **05 марта 2015 г.**
М.П.

Confidential

AVPE0004209