# EXHIBIT 51
# (PART 5 of 7)

| Серия ФВ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001941 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 02 февраля 2015 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 11
*(сумма прописью)*
(Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «02» февраля 2016 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан
Подпись авалиста: ОАО АКБ «Пробизнесбанк»   А.Д.Железняк
Дата: 02 февраля 2015 г.

М.П.

Confidential                                                                                             AVPE0004210

| Серия  ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001937 |

На сумму: **2 500 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **19 января 2015 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«19» января 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрамова Н.Ю.**

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
**ЗАО Финансовая группа «Лайф»**
За кого выдан
Подпись авалиста **ОАО АКБ «Пробизнесбанк»** **А.Д.Железняк**
Дата **19 января 2015 г.**

М.П.

Confidential                                                                                                           AVPE0004211

| Серия  ян | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001938 |

На сумму ___ 1 500 000-00 евро ___
*(сумма цифрами)*

Дата, место составления векселя: ___ 19   января   2015 года ___
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ___ ЗАО «Финансовая группа «Лайф» ___
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере: ___
Один миллион пятьсот тысяч 00/100  евро плюс проценты из расчета
*(сумма прописью)*
11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): ___ Авагумян Карен Камоевич ___
Паспорт 45 10 505095  выдан  УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ «19» января 2016 г. ___
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ г. Москва, ул. Беломорская, д.6А ___
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан ___
Подпись авалиста ___ ОАО АКБ «Пробизнесбанк» ___ А.Д.Железняк
Дата ___ 19 января 2015 г. ___

М.П.

Confidential

| Серия ДБ | ПРОСТОЙ ВЕКСЕЛЬ | № 001936 |

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __29 декабря 2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г. Москва, ул. Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100 долларов США плюс проценты из расчета 11 (Одиннадцать) процентов__
*(сумма прописью)*
__годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«29» декабря 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан _____
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__  А.Д. Железняк
Дата __29 декабря 2014 г.__

М.П.

Confidential

AVPE0004213

Серия ДБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001908

На сумму __2 300 000-00 евро__
(сумма цифрами)

Дата, место составления векселя: __24   декабря   2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Два миллиона триста тысяч 00/100 евро плюс проценты из расчета 10 (Десять)__
(сумма прописью)
__процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«24» декабря 2015 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

Векселедатель
__Абрамова Н.Ю.__

М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__    __А.Д.Железняк__
Дата __24 декабря 2014 г.__
М.П.

Confidential

AVPE0004214

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001907 |

На сумму: 500 000-00 евро
*(сумма цифрами)*

Дата, место составления векселя: 17 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять)
*(сумма прописью)*
процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу) Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: «17» декабря 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**
За кого выдан ЗАО «Финансовая группа «Лайф»
Подпись авалиста ОАО АКБ «Пробизнесбанк»   А.Д.Железняк
Дата 17 декабря 2014 г.

М.П.

Confidential
AVPE0004215

Серия ДБ            **ПРОСТОЙ ВЕКСЕЛЬ**            № 001906

На сумму  500 000-00 долларов США
(сумма цифрами)

Дата, место составления векселя:  15 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо):  ЗАО «Финансовая группа «Лайф»
(полное наименование и полный адрес векселедателя)
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10**
(сумма прописью)
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу):  Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «15» декабря 2015 г.

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является:  г. Москва, ул. Беломорская, д.6А
(город, село и т.п.)

Векселедатель
  Абрамова Н.Ю.

                                                                          М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан  ЗАО «Финансовая группа «Лайф»
Подпись авалиста  ОАО АКБ «Пробизнесбанк»        А.Д.Железняк
Дата  15 декабря 2014 г.
                                                                          М.П.

Confidential                                                      AVPE0004216

| Серия ДБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 001904 |

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 10 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «10» декабря 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»
За кого выдан
Подпись авалиста  ОАО АКБ «Пробизнесбанк»                    А.Д.Железняк
Дата  10 декабря 2014 г.
М.П.

Confidential
AVPE0004217