# EXHIBIT 51
# (PART 6 of 7)

Серия **ДБ**

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001902

На сумму: 2 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 03 декабря 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Два миллиона 00/100 долларов США плюс проценты из расчета 10
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «03» декабря 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан: ОАО АКБ «Пробизнесбанк»       А.Д.Железняк

Подпись авалиста
Дата 03 декабря 2014 г.
М.П.

Confidential                                                                                                                AVPE0004218

Серия НБ

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000826

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 14 ноября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.
*(сумма прописью)*

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «16» ноября 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО «Финансовая группа «Лайф»

За кого выдан
Подпись авалиста: ОАО АКБ «Пробизнесбанк»   А.Д.Железняк
Дата: 14 ноября 2014 г.

М.П.

Confidential                                                                                         AVPE0004219

| Серия ПБ | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000825 |

На сумму: 1 000 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 05 ноября 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Один миллион 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «05» ноября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан: ЗАО «Финансовая группа «Лайф»

Подпись авалиста: ОАО АКБ «Пробизнесбанк»        А.Д.Железняк

Дата: 05 ноября 2014 г.

М.П.

Confidential

AVPE0004220

Серия  ОК

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000813

На сумму: 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 10 октября 2014 года

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*

г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию(лицу): Авагумян Карен Камоевич

Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «12» октября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан: ЗАО «Финансовая группа «Лайф»

Подпись авалиста: ОАО АКБ «Пробизнесбанк»    А.Д.Железняк

Дата: 10 октября 2014 г.

М.П.

Confidential

AVPE0004221

| Серия ОК | # ПРОСТОЙ ВЕКСЕЛЬ | № 000806 |

На сумму _500 000-00 долларов США_
*(сумма цифрами)*

Дата, место составления векселя: _02_ _октября_ _2014 года_
_г. Москва, ул. Беломорская, д.6А_

Предприятие(лицо): _ЗАО «Финансовая группа «Лайф»_
*(полное наименование и полный адрес векселедателя)*
_г.Москва, ул.Беломорская, д.6А_

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
_Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10_
*(сумма прописью)*
_(Десять) процентов годовых. Выплата процентов ежемесячно._

непосредственно предприятию(лицу) _Авагумян Карен Камоевич_
_Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г._
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: _«02» октября 2015 г._

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _г. Москва, ул. Беломорская, д.6А_
*(город, село и т.п.)*

Векселедатель
_Абрамова Н.Ю._

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан _ЗАО Финансовая группа «Лайф»_
Подпись авалиста _ОАО АКБ «Пробизнесбанк»_   _А.Д.Железняк_
Дата _02 октября 2014 г._

М.П.

| Серия СН | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000798 |

На сумму: __1 000 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя: __08   сентября   2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион 00/100  долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно,__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«08» сентября 2015 г.__

(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.п.)

**Векселедатель**
   Железняк А.Д.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____                              М.П.

| Серия AB | **ПРОСТОЙ ВЕКСЕЛЬ** | № 000792 |

На сумму: 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 15 августа 2014 года
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10
*(сумма прописью)*
(Десять) процентов годовых. Выплата процентов ежемесячно.

непосредственно предприятию (лицу) Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок: «17» августа 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

*Векселедатель*
Железняк А.Д.

М.П.

**ДЛЯ АВАЛЯ (вексельное поручительство)**

За кого выдан _____
Подпись авалиста _____
Дата _____                                    М.П.

Confidential
AVPE0004224

| Серия AB | ПРОСТОЙ ВЕКСЕЛЬ | № 000785 |

На сумму __1 500 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __06   августа   2014 года__
__г. Москва, ул. Беломорская, д.6А__

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
*(полное наименование и полный адрес векселедателя)*
__г.Москва, ул.Беломорская, д.6А__

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
*(сумма прописью)*
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу): __Авагумян Карен Камоевич__
__Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.__
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: __«06» августа 2015 г.__

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
*(город, село и т.п.)*

*Векселедатель*

__Железняк А.Д.__

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____                                        М.П.

Confidential                                                                                               AVPE0004225