# EXHIBIT 51
# (PART 7 of 7)



**Серия ин**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001958**

На сумму _____ 1 000 000-00 долларов США
<i>(сумма цифрами)</i>

Дата, место составления векселя:  **30   июня   2015 года**

<b>3106, Лимассол, Кипр, Гр. Ксенопулу, 17</b>

Предприятие(лицо):   **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
<i>(полное наименование и полный адрес векселедателя)</i>

<b>3106, Лимассол, Кипр, Гр. Ксенопулу, 17</b>

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
<i>(сумма прописью)</i>

**(Десять) процентов годовых. Выплата процентов ежемесячно,**

непосредственно предприятию(лицу): **Карапетян Диана Сааковна**

**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
<i>(полное наименование и адрес получателя)</i>

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «**30**» июня 2016 г.

<i>(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)</i>

Местом платежа является:   **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
<i>(город, село и т.п.)</i>

**Векселедатель**

**Звягин М.**

М.П.

<b>ДЛЯ АВАЛЯ (вексельное поручительство)</b>

За кого выдан _____

Подпись авалиста _____

Дата _____                                    М.П.

Confidential
AVPE0004226

**Серия ин**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001957**

На сумму _____ **1 000 000-00 долларов США** _____
*(сумма цифрами)*

Дата, место составления векселя: __ **24   июня   2015 года** __

**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Карапетян Диана Саяковна**

**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«24» июня 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
*(город, село и т.п.)*

**Векселедатель**
**Звягин М.**                    *Звягин М.*                    М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____     М.П.

Confidential
AVPE0004227

**Серия МА**

# ПРОСТОЙ ВЕКСЕЛЬ

**№ 001956**

На сумму __1 000 000-00 долларов США__
*(сумма цифрами)*

Дата, место составления векселя: __22  мая    2015 года__

3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*

**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*

**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Карапетян Диана Сааковна**

**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«23» мая 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления; в определенный день)*

Местом платежа является: **3106, Лимассол, Кипр, Гр. Ксенопулу, 17**
*(город, село и т.п.)*

*Векселедатель*
**Звягин М.**

М.П.

## ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____

Подпись авалиста _____

Дата _____     М.П.

| Серия АП | # ПРОСТОЙ ВЕКСЕЛЬ | №001955 |

На сумму _____ **1 000 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: ____ **04    апреля    2015 года**

**3106, Лимассол, Кипр, Гр, Ксенопулу, 17**

Предприятие(лицо): _____ **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
**3106, Лимассол, Кипр, Гр. Ксенопулу, 17**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Один миллион 00/100 долларов США плюс проценты из расчета 10**
*(сумма прописью)*
**(Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): **Карапетян Диана Сааковна**

**Паспорт 45 07 370000 выдан ОВД Донского района города Москвы, 12.01.2005 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«04» апреля 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ **3106, Лимассол, Кипр, Гр, Ксенопулу, 17**
*(город, село и т.п.)*

**Векселедатель**
**Звягин М.**     

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____     М.П.

AVPE0004229

| Серия **ян** | # ПРОСТОЙ ВЕКСЕЛЬ | № 001929 |

На сумму _____ **1 110 904-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: ____ **12** _____ **января** _____ **2015 года**

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): _____ **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Один миллион сто десять тысяч девятьсот четыре 00/100 долларов США плюс проценты**
*(сумма прописью)*

**из расчета 11(Одиннадцать) процентов годовых. Выплата процентов в конце срока.**

непосредственно предприятию(лицу): **Ренич Игорь Феликсович**

**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«12» января 2016 г.**

*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _____ **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

*Векселедатель*

**Абрамова Н.Ю.**

М.П.

### ДЛЯ АВАЛЯ(вексельное поручительство)

За кого выдан _____ **ЗАО «Финансовая группа «Лайф»**

Подпись авалиста ____ **ОАО АКБ «Пробизнесбанк»** _____ **А.Д.Железняк**

Дата ____ **12 января 2015 г.**

М.П.

Confidential

AVPE0004230

| Серия **АВ** | # ПРОСТОЙ ВЕКСЕЛЬ | № 000800 |
| --- | --- | --- |

На сумму _6 000 000-00 долл. США_
<span style="font-size:small">(сумма цифрами)</span>

Дата, место составления: _елик_ _06 августа_ _2014 года_
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
<span style="font-size:small">(полное наименование с правый, адрес векселедателя)</span>
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:

**Шесть миллионов 00/100 долларов США** и при процентном расчете
<span style="font-size:small">(сумма прописью)</span>
**11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.**

непосредственно предприятию (лицу) _Регин Игорь Францевич_
<span style="font-size:small">(полное наименование и адрес первого векселедержателя)</span>
**Паспорт 45 09 074131 выдан ОВД «Фили-Давыдково» г. Москвы 06.04.2007 г.**

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«06» августа 2015 г.**
<span style="font-size:small">(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)</span>

Местом платежа является: _г. Москва, ул. Беломорская, д.6А_
<span style="font-size:small">(город, село и т.п.)</span>

**Векселедатель**
**Абрамова Н.Ю.**

**ДЛЯ АВАЛЯ (вексельное поручительство)**
За кого выдан **ЗАО «Финансовая группа «Лайф»**
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**
Дата _06 августа 2014 г._

AVPE0004231

| Серия CH | ## ПРОСТОЙ ВЕКСЕЛЬ | № 000802 |

На сумму _____ 1 000 000-00 долларов США _____

*(сумма цифрами)*

Дата, место составления векселя _____ 12 сентября 2014 года _____

г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _____ ЗАО «Финансовая группа «Лайф» _____

*(полное наименование и платёж и рес векселедателя)*

г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по данному векселю денежную сумму в размере: _____

**Один миллион 00/100 долларов США** плюс проценты из расчёта

11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально.

непосредственно предприятию(лицу) _____ Гения Игорь Федисович _____

Паспорт 45 09 074131 выдан ОВД «Шата Давилковой» г. Москвы. 06.04.2007 г.

*(полное наименование и платёж и рес )*

или по его приказу любому другому предприятию(лицу) _____

Этот вексель подлежит оплате в следующий срок: «1» сентября 2015 г.

*(по предъявлении, во столько-то времени от предъявления или составления, в определённый день)*

Местом платежа является: _____ г. Москва, ул. Беломорская, д.6А _____

*(город, село и т.п.)*

**Векселедатель**

Абрамова Н.Ю.

**ДЛЯ АВАЛЯ**(вексельное поручительство)

За кого выдан _____ ЗАО «Финансовая группа «Лайф» _____

Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____

Дата _____ 12 сентября 2014 г. _____

Confidential

AVPE0004232



**Серия** АВ   **ПРОСТОЙ ВЕКСЕЛЬ**   № 000788

**14 293 096-00 долларов США**

На сумму _____
*(сумма цифрами)*

Дата, место составления векселя: ___ **06** ___ **августа** ___ **2014 года** ___

**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): ___ **ЗАО «Финансовая группа «Лайф»** ___
*(полное наименование и полный адрес векселедателя)*

**г.Москва, ул.Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере: _____

**Четырнадцать миллионов двести девяносто три тысячи девяносто шесть 00/100 долларов США**
*(сумма прописью)*

**плюс проценты из расчета 11(Одиннадцать) процентов годовых. Выплата процентов ежеквартально**

непосредственно предприятию(лицу): ___ **Ренич Игорь Феликсович** ___

**Паспорт 45 09 074131 выдан ОВД «Фили-Давылково» г. Москвы, 06.04.2007 г.**
*(полное наименование и адрес получателя)*

**Пополнение 12.09.14 в сумме 106904,00 (Сто шесть тысяч девятьсот четыре 00/100) долларов США.**

**Общая сумма векселя 14400000,00 (Четырнадцать миллионов четыреста тысяч 00/100) долларов США**
или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: ___ **«06» августа 2015 г.** ___

*(во предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: ___ **г. Москва, ул. Беломорская, д.6А** ___
*(город, село и т.п.)*

**Векселедатель**

**Железняк А.Д.**

М.П.

**ДЛЯ АВАЛЯ(вексельное поручительство)**

За кого выдан _____

Подпись авалиста _____

Дата _____   М.П.

Confidential



GEOTEXT
Translations

translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK      )
                       )
                       )      ss
COUNTY OF NEW YORK     )


## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates No.

AVPE0004204.


Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.


Sworn to and subscribed before me

this 25th day of January, 20 17.


LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143