# EXHIBIT 52

Print output

| Organization Information | Preview of Documents of File |
|---|---|
| **Information** | |
| Name | AMBIKA INVESTMENTS LIMITED |
| Registration Number | HE 179580 |
| Type | Company |
| Subcategory | Private |
| Record of Name | Last Name |
| Registration Date | 07/04/2006 |
| Organization Status | Registered |
| Date of Status | |

Date of Last Entry HE32      05/29/2013

| File Status | Directors and Secretaries | Registered Office |
|---|---|---|

**File Status**

Last Update Date 11/14/2016
Pending Services 1

| Service | Application Date | Supporting Document No. | Service No. |
|---|---|---|---|
| Filing HE 32 Private Company with capital | 03/20/2014 | 1550305 | 7 |

1 of 1

◀◀  ◀  ▶  ▶▶

Print output

| Organization Information | Preview of Documents of File |
|---|---|
| **Information** | |
| Name | AMBIKA INVESTMENTS LIMITED |
| Registration Number | HE 179580 |
| Type | Company |
| Subcategory | Private |
| Record of Name | Last Name |
| Registration Date | 07/04/2006 |
| Organization Status | Registered |
| Date of Status | |
| | Date of Last Entry HE32    05/29/2013 |

| File Status | Directors and Secretaries | Registered Office |
|---|---|---|

**Directors and Secretary**

| Name | |
|---|---|
| PETROS LIVANIOS | Director |
| RIA CHRISTOFIDI | Director |
| PETROS LIVANIOS | Secretary |

Print output

| Organization Information | Preview of Documents of File | | |
|---|---|---|---|
| **Information** | | | |
| Name | AMBIKA INVESTMENTS LIMITED | | |
| Registration Number | HE 179580 | | |
| Type | Company | | |
| Subcategory | Private | | |
| Record of Name | Last Name | | |
| Registration Date | 07/04/2006 | | |
| Organization Status | Registered | | |
| Date of Status | | | |
| | | Date of Last Entry HE32 | 05/29/2013 |
| **File Status** | **Directors and Secretaries** | **Registered Office** | |
| **Registered Office** | | | |
| 115, Griva Digeni TRIDENT CENTRE, 3101, Limassol, Cyprus | | | |

Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | AMBIKA INVESTMENTS LIMITED |
| Αριθμός Εγγραφής | HE 179580 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 04/07/2006 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης ΗΕ32    29/05/2013

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Κατάσταση Φακέλου**

Τελευταία Ημερομηνία Ενημέρωσης  14/11/2016
Εκκρεμείς Υπηρεσίες  1

| Υπηρεσία | Ημερ. Αίτησης | Αρ. Δικαιολογητικού | Αρ. Υπηρεσίας |
|---|---|---|---|
| Καταχώρηση ΗΕ32 Ιδιωτικής Εταιρείας με κεφάλαιο | 20/03/2014 | 1550305 | 7 |

1 από 1

◄◄  ◄  ►  ►►

Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | AMBIKA INVESTMENTS LIMITED |
| Αριθμός Εγγραφής | HE 179580 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 04/07/2006 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης ΗΕ32      29/05/2013

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Διευθυντές και Γραμματέας**

| Όνομα | |
|---|---|
| ΠΕΤΡΟΣ ΛΙΒΑΝΙΟΣ | Διευθυντής |
| ΡΙΑ ΧΡΙΣΤΟΦΙΔΗ | Διευθυντής |
| ΠΕΤΡΟΣ ΛΙΒΑΝΙΟΣ | Γραμματέας |

🖶 Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | AMBIKA INVESTMENTS LIMITED |
| Αριθμός Εγγραφής | HE 179580 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 04/07/2006 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης HE32    29/05/2013

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Εγγεγραμμένο Γραφείο**

Γρίβα Διγενή, 115,
TRIDENT CENTRE,
3101, Λεμεσός, Κύπρος



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Greek into English of the attached Organization Information of Ambika Investments Limited.

_____
Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York           Washington, D.C.    Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267  t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500

London             Paris               Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143