# EXHIBIT 55

Print output

| Organization Information | Preview of Documents of File |
|---|---|
| **Information** | |
| Name | VENNOP TRADING LIMITED |
| Registration Number | HE 317717 |
| Type | Company |
| Subcategory | Private |
| Record of Name | Last Name |
| Registration Date | 01/10/2013 |
| Organization Status | Registered |
| Date of Status | |
| | Date of Last Entry HE32       12/31/2014 |

| File Status | Directors and Secretaries | Registered Office |
|---|---|---|

**File Status**

Last Update Date 7/13/2016
Pending Services 1

| Service | Application Date | Supporting Document No. | Service No. |
|---|---|---|---|
| Payment of Annual Company Dues for 2013 | 07/31/2013 | 1472498 | 25 |

1 of 1

◀◀  ◀  ▶  ▶▶

Print output

| Organization Information | Preview of Documents of File | | |
|---|---|---|---|
| **Information** | | | |
| Name | VENNOP TRADING LIMITED | | |
| Registration Number | HE 317717 | | |
| Type | Company | | |
| Subcategory | Private | | |
| Record of Name | Last Name | | |
| Registration Date | 01/10/2013 | | |
| Organization Status | Registered | | |
| Date of Status | | | |
| | | Date of Last Entry HE32 | 12/31/2014 |
| File Status | Directors and Secretaries | Registered Office | |

| Directors and Secretary | |
|---|---|
| Name | |
| MYKYTA ZVYAGIN | Director |
| TOTALSERVE MANAGEMENT LIMITED | Secretary |

Print output

| Organization Information | Preview of Documents of File | | |
|---|---|---|---|
| **Information** | | | |
| Name | VENNOP TRADING LIMITED | | |
| Registration Number | HE 317717 | | |
| Type | Company | | |
| Subcategory | Private | | |
| Record of Name | Last Name | | |
| Registration Date | 01/10/2013 | | |
| Organization Status | Registered | | |
| Date of Status | | | |
| | | Date of Last Entry HE32 | 12/31/2014 |
| **File Status** | **Directors and Secretaries** | **Registered Office** | |
| **Registered Office** | | | |
| 17, Gr. Xenopoulou 3106, Limassol, Cyprus | | | |

🖨 Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | VENNOP TRADING LIMITED |
| Αριθμός Εγγραφής | HE 317717 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 10/01/2013 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης ΗΕ32    31/12/2014

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Κατάσταση Φακέλου**

Τελευταία Ημερομηνία Ενημέρωσης  13/07/2016
Εκκρεμείς Υπηρεσίες  1

| Υπηρεσία | Ημερ. Αίτησης | Αρ.Δικαιολογητικού | Αρ. Υπηρεσίας |
|---|---|---|---|
| Καταβολή Ετήσιου Τέλους Εταιρειών 2013. | 31/07/2013 | 1472498 | 25 |

1 από 1
|◀  ◀  ▶  ▶|

Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | VENNOP TRADING LIMITED |
| Αριθμός Εγγραφής | HE 317717 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 10/01/2013 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης ΗΕ32    31/12/2014

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Διευθυντές και Γραμματέας**

| Όνομα | |
|---|---|
| MYKYTA ZVYAGIN | Διευθυντής |
| TOTALSERVE MANAGEMENT LIMITED | Γραμματέας |

Έξοδος Εκτύπωσης

| Στοιχεία Οργανισμού | Προεπισκόπηση Εγγράφων Φακέλου |
|---|---|

**Πληροφορίες**

| | |
|---|---|
| Όνομα | VENNOP TRADING LIMITED |
| Αριθμός Εγγραφής | HE 317717 |
| Τύπος | Εταιρεία |
| Υποκατηγορία | Ιδιωτική |
| Κατάσταση Ονόματος | Τελευταίο Όνομα |
| Ημερομηνία Εγγραφής | 10/01/2013 |
| Κατάσταση Οργανισμού | Εγγεγραμμένη |
| Ημερομηνία Κατάστασης | |

Ημερ. Τελευταίας Καταχώρησης HE32    31/12/2014

| Κατάσταση Φακέλου | Διευθυντές και Γραμματέας | Εγγεγραμμένο Γραφείο |
|---|---|---|

**Εγγεγραμμένο Γραφείο**

Γρ. Ξενοπούλου, 17,

3106, Λεμεσός, Κύπρος



translations@geotext.com
www.geotext.com

STATE OF NEW YORK       )
                        )
                        )    ss
COUNTY OF NEW YORK      )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Greek into English of the attached Organization Information of Vennop Trading Limited.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 2017.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York              Washington, D.C.       Chicago               Houston               San Francisco
t: +1.212.631.7432    t: +1.202.828.1267     t: +1.312.242.3756    t: +1.713.353.3909    t: +1.415.576.9500

London                Paris                  Stockholm             Frankfurt             Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47   t: +46.8.463.11.87    t: +49.69.7593.8434   t: +852.2159.9143