# EXHIBIT 57



# State Registration Herald

No. 12 (524) 2015

**Founders:**
Federal Tax Service
Kommersant KARTOTEKA LLC

**Editorial Committee:**
Editor-in-Chief – A.A. Malyavkin
Deputy Editor-in-Chief – A.Yu. Tokmolayev

**Editorial Office:**
Kommersant KARTOTEKA LLC
(Primary State Registration Number 1027700177130)

**Address of the Editorial Office and Publisher:**
Far East Institute of the Russian Academy of Sciences
32 Nakhimovsky Prospect, suites 1312, 1300
Moscow 117997

**Website:** www.vestnik-gosreg.ru

**E-mail:** vestnik@kartoteka.ru, info@kartoteka.ru

**Telephones:** 8-800-100-85-55 (toll-free in the RF), (495) 755-90-06, (495) 755-90-08, (495) 755-90-20

**Bank account information for payment for posting reports as required under the federal legislation:**
Kommersant KARTOTEKA LLC
Taxpayer Identification Number 7713038962; VAT Identification Number 772901001
Settlement Acct. 40702810800000007592
at Gazprombank Open Joint Stock Company, Moscow
Correspondent Account 30101810200000000823
Bank Identifier Code 044525823

**Monthly audience in Russia:**
More than 100,000 persons

**Circulation method:**
– editorial subscription for print and electronic versions
– subscription through the catalog of the Rospechat Agency under the Zhurnaly Rossii section.
Subscription indices:
18385 – part 1 – for Moscow subscribers
18386 – part 1 – for RF subscribers
18387 – part 2 – for Moscow subscribers
18388 – part 2 – for RF subscribers
– subscription for print and electronic versions of the journal through the regional branches

**Circulation territory:**
The Russian Federation, CIS countries, foreign countries

**Printed at:**
RPC Ofort LLC
at 21 Budyonnogo Prospect, Moscow 105118

**Frequency:** weekly

**Journal format:** A4

**Price:** flexible

ISSN 1813-8675

Signed into print: 3/27/2015
Date of issue: 4/1/2015

© State Registration Herald 2015

Copying, circulation and distribution of the materials of this journal are permitted only with written consent of the Editorial Office of the State Registration Herald

The Editorial Office is not responsible for the information published in reports and advertising materials

Contents:

REGIONAL REPRESENTATIVES..................................................2

NOTICES BY LEGAL ENTITIES

   Notices on decisions to liquidate..................................................6

   Notices on decisions to reorganize.......................................78, 206

   Notices on decisions to reduce the authorized capital.........................191

   Notices on the acquisition of over 20% of the authorized capital of a legal entity..................................................202

   Other notices by legal entities subject to mandatory publishing under the laws of the Russian Federation........................202

   Information on net assets of organizations..................................206

INFORMATION FROM THE UNIFIED STATE REGISTER OF LEGAL ENTITIES

   Information on the state registration of legal entities at the time of their creation..................................................207

   Information on the state registration of legal entities created by way of reorganization..................................................242

   Information on entry in the Unified State Register of Legal Entities of information on legal entities registered prior to July 1, 2002 ..................................................249

   Information on the initiation of the process of liquidation of legal entities ..................................................284

   Information on the state registration of legal entities in connection with their liquidation ..................................................322

   Information on the termination of operations of legal entities in connection with their reorganization ..................................................336

   Information on the termination of operations of legal entities for other reasons..................................................370

   Information on removal of terminated legal entities from the Unified State Register of Legal Entities ..................................................374

---

DOCUMENT IS SIGNED WITH A REINFORCED ELECTRONIC SIGNATURE

Certificate number: 63A7FE5800030000342B
Proprietor: Kommersant KARTOTEKA LLC in the person of CEO A.Yu. Tokmolayev
Date 9/2/2016
Time: 12:20:14 p.m. MSK



PLAINTIFF'S EXHIBIT 5 12/14/16

## NOTICENOTICES BY LEGAL ENTITIES

1314. **LIFE FINANCIAL GROUP** Private Joint-stock Company (Primary State Registration Number 5067746596870, Taxpayer Identification Number 7743611080, VAT Identification Number 774301001; address: 6A Belomorskaya St., Moscow 125195) has issued a notice that the sole shareholder of "LIFE FINANCIAL GROUP" PJSC has resolved (Resolution no. 1, dated 2/20/2015) to liquidate "LIFE FINANCIAL GROUP" PJSC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 6A Belomorskaya St., Moscow 125195.

1315. **KANKRIN** Limited Liability Company (Primary State Registration Number 5077746939859, Taxpayer Identification Number 7719637602, VAT Identification Number 772801001; address: 55 Arkhitektora Vlasova St., Moscow 117393) has issued a notice that the sole participant of KANKRIN LLC has resolved (Resolution no. 1/15, dated 2/11/2015) to liquidate KANKRIN LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 55 Arkhitektora Vlasova St., Moscow 117393.

1316. **Amount Group** Limited Liability Company (Primary State Registration Number 5087746298866, Taxpayer Identification Number 7721636130, VAT Identification Number 772401001; address: 22 Kashirskoye shosse, bldg. 3, Moscow 115201; tel.: 89265522272, e-mail: 5522272@mail.ru) has issued a notice that the sole participant of Amount Group LLC has resolved (Resolution no. 1, dated 1/30/2015) to liquidate Amount Group LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 22 Kashirskoye shosse, bldg. 3, Moscow 115201; tel.: 89265522272, e-mail: 5522272@mail.ru.

1317. **TPK Avtopak** Limited Liability Company (Primary State Registration Number 5087746311681, Taxpayer Identification Number 7713665280, VAT Identification Number 771301001; address: 21 Lobnenskaya, bldg. 15, Moscow 125412) has issued a notice that the sole participant of TPK Avtopak LLC has resolved (Resolution no. 1/2015, dated 1/13/2015) to liquidate TPK Avtopak LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 21 Lobnenskaya, bldg. 15, Moscow 125412.

1318. **VEGA-CITY** Limited Liability Company (Primary State Registration Number 5107746021609, Taxpayer Identification Number 771789490, VAT Identification Number 771701001; address: 3 Tsandera St., bldg. 3, Moscow 129075) has issued a notice that the sole participant of VEGA-CITY LLC has resolved (Resolution no. 1L, dated 3/3/2015) to liquidate VEGA-CITY LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 3 Tsandera St., bldg. 3, Moscow 129075.

1319. **VELLTON** Limited Liability Company (Primary State Registration Number 5107746073177, Taxpayer Identification Number 7701902779, VAT Identification Number 770101001; address: 2/24 Makarenko St., Moscow 105062) has issued a notice that the sole participant of VELLTON LLC has resolved (Resolution no. 1L, dated 3/3/2015) to liquidate VELLTON LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 2/24 Makarenko St., Moscow 105062.

1320. **VNUKOVO AERO** Private Joint-stock Company (Primary State Registration Number 5137746030824, Taxpayer Identification Number 7729755919, VAT Identification Number 772901001; address: 19 Zavodskoye shosse, bldg. 1, Moscow 119027; tel.: 89645199134, e-mail: kotlov-vnukovo@yandex.ru) has issued a notice that the sole participant of VNUKOVO AERO PJSC has resolved (Resolution w/o no., dated 2/19/2015) to liquidate VNUKOVO AERO PJSC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 19 Zavodskoye shosse, bldg. 1, Moscow 119027; tel.: 89645199134, e-mail: kotlov-vnukovo@yandex.ru.

1321. **TEKOM PROGRESS** Limited Liability Company (Primary State Registration Number 5137746193173, Taxpayer Identification Number 7743910130, VAT Identification Number 770801001; address: 32 Kalachevskaya St. bldg. II, Moscow 129090) has issued a notice that the General Shareholders' Meeting of TEKOM PROGRESS LLC has resolved (Minutes no. 2, dated 3/4/2015) to liquidate TEKOM PROGRESS LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 32 Kalachevskaya St. bldg. II, Moscow 129090.

1322. **MARKO** Limited Liability Company (Primary State Registration Number 5137746232311, Taxpayer Identification Number 7724903899, VAT Identification Number 770801001; address: 15 Nizhnyaya Krasnoselskaya St. bldg. 1, Moscow 105066) has issued a notice that the sole participant of MARKO LLC has resolved (Resolution no. 2, dated 3/4/2015) to liquidate MARKO LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 15 Nizhnyaya Krasnoselskaya St. bldg. 1, Moscow 105066.

1323. **SV Intertrade** Limited Liability Company (Primary State Registration Number 5147746109253, Taxpayer Identification Number 7714945184, VAT Identification Number 771401001; address: 1 Magistralny Tupik, bldg. 1, ste. 1, Moscow 123290) has issued a notice that the sole participant of SV Intertrade Limited LLC has resolved (Resolution no. 4/2015, dated 3/17/2015) to liquidate SV Intertrade Limited LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 1 Magistralny Tupik, bldg. 1, ste. 1, Moscow 123290.

1324. **Lidera-K** Limited Liability Company (Primary State Registration Number 5147746252473, Taxpayer Identification Number 7716787818, VAT Identification Number 771601001; address: 17A Iskry St. bldg. 3, Moscow 129344; tel.: 8(495)9688240, e-mail: 9688240@inbox.ru) has issued a notice that the General Shareholders' Meeting of Lidera-K LLC has resolved (Minutes no. 01/15, dated 2/10/2015) to liquidate Lidera-K LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 7/14 B. Adronyevskaya St. bldg. 1, c. 1205, Moscow 109544; tel.: 8(495)9688240, e-mail: 9688240@inbox.ru.

1325. **AVANTAZH** Limited Liability Company (Primary State Registration Number 5147746436118, Taxpayer Identification Number 9705009217, VAT Identification Number 770501001; address: 36 Lyusinovskaya St. bldg. 1, Moscow 115093) has issued a notice that the Extraordinary General Shareholders' Meeting of AVANTAZH LLC has resolved (Minutes no. 01-2015, dated 2/6/2015) to liquidate AVANTAZH LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 36 Lyusinovskaya St. bldg. 1, Moscow 115093.

### St. Petersburg

1326. **The Independent Trade Union of Workers in the Judicial System and State Institutions of St. Petersburg** (Primary State Registration Number 1027800009247, Taxpayer Identification Number 7811098430, VAT Identification Number 782601001; address: 35 Bolshaya Morskaya St., Saint-Petersburg 190000) has issued a notice that the Extraordinary Conference of the Independent Trade Union of Workers in the Judicial System and State Institutions of St. Petersburg has resolved (Resolution no. 02, dated 3/17/2015) to liquidate the Independent Trade Union of Workers in the Judicial System and State Institutions of St. Petersburg. Creditors may file claims within 2 months of the publishing of this notice at the following address: 35 Bolshaya Morskaya St., St. Petersburg 190000.

1327. **LENA** Limited Liability Company (Primary State Registration Number 1027800554022, Taxpayer Identification Number 7801014713, VAT Identification Number 780101001; address: 14/45 Sredny Prospect #A., St. Petersburg 199104) has issued a notice that the Extraordinary General Meeting of the participants of LENA LLC has resolved (Minutes no. 1/2015, dated 3/4/2015) to liquidate LENA LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 14/45 Sredny Prospect #A., St. Petersburg 199104.

1328. **Baltiysky Myasnoy Dom** Limited Liability Company (Primary State Registration Number 1027801577737, Taxpayer Identification Number 7802185662, VAT Identification Number 781301001; address: 14 Divenskaya St. #A., 2-N St. Petersburg 197101; e-mail: sofia-n@ro.ru) has issued a notice that the sole participant of B.M.D. LLC has resolved (Resolution no. 2/15, dated 3/17/2015) to liquidate B.M.D. LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 14 Divenskaya St. #A., 2-N St. Petersburg 197101; e-mail: sofia-n@ro.ru.

1329. **MOTORESURS** Limited Liability Company (Primary State Registration Number 1027802485700, Taxpayer Identification Number 7804150866, VAT Identification Number 780401001; address: 17 Neyshlotsky Pereulok, St. Petersburg 194044) has issued a notice that the General Meeting of the participants of Motoresurs LLC has resolved (Minutes no. 1L-2015, dated 3/20/2015) to liquidate Motoresurs LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 17 Neyshlotsky Pereulok, St. Petersburg 194044.

1330. **NEMO** Limited Liability Company (Primary State Registration Number 1027804180260, Taxpayer Identification Number 7806106012, VAT Identification Number 780601001; address: 62 Sverdlovskaya Naberezhnaya #A, 6N, St. Petersburg 195027) has issued a notice that the sole participant of the participants of NEMO LLC has resolved (Resolution no. 03/15, dated 3/23/2015) to liquidate NEMO LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 62 Sverdlovskaya Naberezhnaya #A, 6N, St. Petersburg 195027.

1331. **Kometa** Limited Liability Company (Primary State Registration Number 1027804848180, Taxpayer Identification Number 7810159419, VAT Identification Number 781001001; address: 81 Lensoveta St. #A, 1-N, St. Petersburg 196158) has issued a notice that the General Meeting of the participants of Kometa LLC has resolved (Minutes no. 1/2015, dated 3/2/2015) to liquidate Kometa LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 81 Lensoveta St. #A, 1-N, St. Petersburg 196158.

1332. **Spetstransnefteprodukt Severo-Zapad Security Enterprise** Limited Liability Company (Primary State Registration Number 1027806056024, Taxpayer Identification Number 7811125934, VAT Identification Number 781101001; address: 8 Cheliyeva Pereulok #A, St. Petersburg 193230; tel.: (812) 339-29-98; e-mail: info@stnp-nw.ru) has issued a notice that the sole participant of OP STNP Severo-Zapad LLC has resolved (Resolution no. 47, dated 3/24/2015) to liquidate OP STNP Severo-Zapad LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 8 Cheliyeva Pereulok #A, St. Petersburg 193230; tel.: (812) 339-29-98; e-mail: info@stnp-nw.ru.

1333. **Louis Daguerre** Limited Liability Company (Primary State Registration Number 1027807564730, Taxpayer Identification Number 7814085849, VAT Identification Number 781401001; address: 6 Polikarpova Alley, bldg. 2, #A, St. Petersburg 197341) has issued a notice that the Extraordinary General Meeting of the participants of Louis Daguerre LLC has resolved (Minutes no. 1L, dated February 18, 2015) to liquidate Louis Daguerre LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 6 Polikarpova Alley, bldg. 2, #A, St. Petersburg 197341.

1334. **Komplekt-Atom-Izhora** Private Joint-Stock Company (Primary State Registration Number 1027808750463, Taxpayer Identification Number 4716009837, VAT Identification Number 781701001; address: 1 Lenina Prospect, Kollino, St. Petersburg 196651; tel.: (812) 3271504; e-mail: info@urist-a.ru) has issued a notice that the sole participant of Komplekt-Atom-Izhora PJSC has resolved (Resolution w/o no., dated 3/3/2015) to liquidate Komplekt-Atom-Izhora PJSC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 72 Budapeshtskaya St., bldg. 1, 4N, #A, St. Petersburg 192284; tel.: (812) 3271504; e-mail: info@urist-a.ru.

1335. **EkoEksPeRt** Limited Liability Company (Primary State Registration Number 1027810272731, Taxpayer Identification Number 7826739704, VAT Identification Number 780601001; address: 14 Stakhanovtsev St., bldg. 1 ste. 309, St. Petersburg 195196) has issued a notice that the sole participant of EkoEksPeRt LLC has resolved (Resolution no. 2, dated 3/19/2015) to liquidate EkoEksPeRt LLC. Creditors may file claims within 2 months of the publishing of this notice at the following address: 14 Stakhanovtsev St., bldg. 1 ste. 309, St. Petersburg 195196.

NOTICES OF DECISIONS TO LIQUIDATE



# Вестник
## государственной регистрации

№ 12 (524) 2015

**Учредители:**
Федеральная Налоговая Служба
ООО «Коммерсантъ КАРТОТЕКА»

**Редакционный совет:**
Главный редактор — Малявкин А.А.
Заместитель главного редактора — Токмолаев А.Ю.

**Издатель:**
ООО «Коммерсантъ КАРТОТЕКА»
(ОГРН 1027700177130)

**Адрес редакции и издателя:**
117997, Москва, Нахимовский пр-т, 32, ИДВ РАН,
офисы: 1312, 1300

**Сайт:** www.vestnik-gosreg.ru

**E-mail:** vestnik@kartoteka.ru, info@kartoteka.ru

**Телефоны:** 8-800-100-85-55 (звонок по РФ бесплатный),
(495) 755-90-06, (495) 755-90-08, (495) 755-90-20

**Реквизиты для оплаты публикации сообщений, предусмотренных федеральным законодательством:**
ООО «Коммерсантъ КАРТОТЕКА»,
ИНН 7713038962, КПП 772901001,
Р/сч 40702810800000007592
в ГПБ (ОАО) г. Москва,
К/сч 30101810200000000823,
БИК 044525823

**Ежемесячная аудитория в России:**
более 100 000 человек

**Способ распространения:**
— редакционная подписка на печатную
и электронную версии журнала
— подписка по каталогу Агентства «Роспечать»
в разделе «Журналы России». Подписные индексы:
18385 — часть 1 — для подписчиков Москвы
18386 — часть 1 — для подписчиков РФ
18387 — часть 2 — для подписчиков Москвы
18388 — часть 2 — для подписчиков РФ
— подписка на электронную и печатную версии
журнала через региональные представительства

**Территория распространения:**
Российская Федерация, страны СНГ,
зарубежные страны

**Отпечатано в типографии:**
ООО "РПЦ Офорт"
по адресу: 105118, г. Москва, пр-т Буденного, д. 21

**Периодичность:** еженедельно

**Формат журнала:** А4

**Цена:** свободная

ISSN 1813-8675

Подписано в печать: 27.03.2015
Дата выхода тиража: 01.04.2015

© «Вестник государственной регистрации» 2015 г.

Копирование, тиражирование и распространение материалов журнала допускается только с письменного разрешения редакции журнала «Вестник государственной регистрации».

Редакция не несет ответственности за информацию, опубликованную в сообщениях и рекламных материалах.

## Содержание:

**РЕГИОНАЛЬНЫЕ ПРЕДСТАВИТЕЛИ** ............................ 2

**СООБЩЕНИЯ ЮРИДИЧЕСКИХ ЛИЦ**

Сообщения о принятии решения о ликвидации .................................. 6
Сообщения о принятии решения о реорганизации ................. 78, 206
Сообщения о принятии решения об уменьшении
уставного капитала ........................................................................... 191
Сообщения о приобретении более 20%
уставного капитала юридического лица ......................................... 202
Другие сообщения юридических лиц, которые
они обязаны публиковать в соответствии
с законодательством Российской Федерации ............................... 202
Информация о чистых активах организаций ................................. 206

**СВЕДЕНИЯ ИЗ ЕДИНОГО ГОСУДАРСТВЕННОГО РЕЕСТРА ЮРИДИЧЕСКИХ ЛИЦ**

Сведения о государственной регистрации
юридических лиц при их создании .................................................. 207
Сведения о государственной регистрации юридических лиц,
создаваемых путем реорганизации ................................................ 242
Сведения о внесении в Единый государственный реестр
юридических лиц сведений о юридических лицах,
зарегистрированных до 1 июля 2002 года ..................................... 249
Сведения о начале процесса ликвидации
юридических лиц ............................................................................... 284
Сведения о государственной регистрации
юридических лиц в связи с их ликвидацией .................................. 322
Сведения о прекращении деятельности
юридических лиц в связи с реорганизацией .................................. 336
Сведения о прекращении деятельности
юридических лиц по иным основаниям ......................................... 370
Сведения об исключении из Единого
государственного реестра юридических лиц
недействующих юридических лиц .................................................. 374

ДОКУМЕНТ ПОДПИСАН УСИЛЕННОЙ
КВАЛИФИЦИРОВАННОЙ ЭЛЕКТРОННОЙ ПОДПИСЬЮ

Номер сертификата: 63A7FE5800030000342B
Владелец: ООО "Коммерсантъ КАРТОТЕКА" в лице
исполнительного директора Токмолаева А.Ю.
Дата 02.09.2016. Время 12:20:14. (Мск.)

## СООБЩЕНИЯ ЮРИДИЧЕСКИХ ЛИЦ

**1314.** Закрытое акционерное общество «ФИНАНСОВАЯ ГРУППА «ЛАЙФ» (ОГРН 5067746596870, ИНН 7743611080, КПП 774301001, место нахождения: 125195, г. Москва, ул. Беломорская, д. 6А) уведомляет о том, что единственным акционером ЗАО «ФГ «ЛАЙФ» (Решение № 1 от 20.02.2015 года) принято решение о ликвидации ЗАО «ФГ «ЛАЙФ». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 125195, г. Москва, ул. Беломорская, д. 6А.

**1315.** Общество с ограниченной ответственностью «КАНКРИН» (ОГРН 5077746939859, ИНН 7719637602, КПП 772801001, место нахождения: 117393, г. Москва, ул. Архитектора Власова, д. 55) уведомляет о том, что единственным участником ООО «КАНКРИН» (Решение № 1/15 от 11.02.2015 года) принято решение о ликвидации ООО «КАНКРИН». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 117393, г. Москва, ул. Архитектора Власова, д. 55.

**1316.** Общество с ограниченной ответственностью «Эмаунт Групп» (ОГРН 5087746298866, ИНН 7721636130, КПП 772401001, место нахождения: 115201, Москва, Каширское шоссе 22 корп. 3, тел.: 89265522272, e-mail: 5522272@mail.ru) уведомляет о том, что единственным участником ООО «Эмаунт Групп» (Решение № 1 от 30.01.2015 года) принято решение о ликвидации ООО «Эмаунт Групп». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 115201, Москва, Каширское шоссе 22 корп. 3, тел.: 89265522272, e-mail: 5522272@mail.ru.

**1317.** Общество с ограниченной ответственностью «ТПК Автопак» (ОГРН 5087746311681, ИНН 7713665280, КПП 771301001, место нахождения: 125412, г. Москва, ул. Лобненская, д. 21, стр. 15) уведомляет о том, что единственным участником ООО «ТПК Автопак» (Решение № 1/2015 от 13.01.2015 года) принято решение о ликвидации ООО «ТПК Автопак». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 125412, г. Москва, ул. Лобненская, д. 21, стр. 15.

**1318.** Общество с ограниченной ответственностью «ВЕГА-СИТИ» (ОГРН 5107746021609, ИНН 7717689490, КПП 771701001, место нахождения: 129075, г. Москва, ул. Цандера, д. 3, стр. 3) уведомляет о том, что единственным участником ООО «ВЕГА-СИТИ» (Решение № 1Л от 03.03.2015 года) принято решение о ликвидации ООО «ВЕГА-СИТИ». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 129075, г. Москва, ул. Цандера, д. 3, стр. 3.

**1319.** Общество с ограниченной ответственностью «ВЕЛЛТОН» (ОГРН 5107746232317, ИНН 7701902279, КПП 770101001, место нахождения: 105062, г. Москва, ул. Макаренко, д. 2/24) уведомляет о том, что единственным участником ООО «ВЕЛЛТОН» (Решение № 1Л от 03.03.2015 года) принято решение о ликвидации ООО «ВЕЛЛТОН». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 105062, г. Москва, ул. Макаренко, д. 2/24.

**1320.** Закрытое акционерное общество «ВНУКОВО АЭРО» (ОГРН 5137746030824, ИНН 7729755919, КПП 772901001, место нахождения: 119027, г. Москва, Заводское шоссе, д. 19, строен. 1, тел.: 89645199134, e-mail: kotlov-vnukovo@yandex.ru) уведомляет о том, что единственным акционером ЗАО «ВНУКОВО АЭРО» (Решение б/н от 19.02.2015 года) принято решение о ликвидации ЗАО «ВНУКОВО АЭРО». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 119027, г. Москва, Заводское шоссе, д. 19, строен. 1, тел.: 89645199134, e-mail: kotlov-vnukovo@yandex.ru.

**1321.** Общество с ограниченной ответственностью «ТЭКОМ ПРОГРЕСС» (ОГРН 5137746193173, ИНН 7743910130, КПП 770801001, место нахождения: 129090, г. Москва, Каланчевская улица, дом 32, помещение II) уведомляет о том, что общим собранием участников ООО «ТЭКОМ ПРОГРЕСС» (Протокол № 2 от 04.03.2015 года) принято решение о ликвидации ООО «ТЭКОМ ПРОГРЕСС». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 129090, г. Москва, Каланчевская улица, дом 32, помещение II.

**1322.** Общество с ограниченной ответственностью «МАРКО» (ОГРН 5137746232317, ИНН 7724903699, КПП 770801001, место нахождения: 105066, г. Москва, ул. Нижняя Красносельская д. 15, стр. 1) уведомляет о том, что единственным участником ООО «МАРКО» (Решение № 2 от 04.03.2015 года) принято решение о ликвидации ООО «МАРКО». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 105066, г. Москва, ул. Нижняя Красносельская д. 15, стр. 1.

**1323.** Общество с ограниченной ответственностью «СВ Интертрейд Лимитед» (ОГРН 5147746109253, ИНН 7714945184, КПП 771401001, место нахождения: 123290, г. Москва, 1-й Магистральный тупик, дом 11, строение 1, офис 1) уведомляет о том, что единственным участником ООО «СВ Интертрейд Лимитед» (Решение № 4/2015 от 17.03.2015 года) принято решение о ликвидации ООО «СВ Интертрейд Лимитед». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 123290, г. Москва, 1-й Магистральный тупик, дом 11, строение 1, офис 1.

**1324.** Общество с ограниченной ответственностью «Лидера-К» (ОГРН 5147746252473, ИНН 7716787818, КПП 771601001, место нахождения: 129344, г. Москва, ул. Искры, 17А, стр. 3, тел.: 8(495)9688240, e-mail: 9688240@inbox.ru) уведомляет о том, что общим собранием участников ООО «Лидера-К» (Протокол № 01/15 от 10.02.2015 года) принято решение о ликвидации ООО «Лидера-К». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 109544, г. Москва, ул. Б. Андроньевская, д. 7/14, стр. 1, к. 1205, тел.: 8(495)9688240, e-mail: 9688240@inbox.ru.

**1325.** Общество с ограниченной ответственностью «АВАНТАЖ» (ОГРН 5147746436118, ИНН 9705009217, КПП 770501001, место нахождения: 115093, Москва, ул. Люсиновская д. 38 стр. 1) уведомляет о том, что внеочередным общим собранием участников ООО «АВАНТАЖ» (Протокол № 01-2015 от 06.02.2015 года) принято решение о ликвидации ООО «АВАНТАЖ». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 115093, Москва, ул. Люсиновская д. 36 стр. 1.

### Санкт-Петербург

**1326.** Независимый профсоюз работников судебной системы и государственных учреждений Санкт-Петербурга (ОГРН 1027800009247, ИНН 7811098430, КПП 782601001, место нахождения: 190000, Санкт-Петербург, ул. Большая Морская, д. 35) уведомляет о том, что на Внеочередной Конференции Независимого профсоюза работников судебной системы и государственных учреждений Санкт-Петербурга (Постановление № 02 от 17.03.2015 года) принято решение о ликвидации Независимого профсоюза работников судебной системы и государственных учреждений Санкт-Петербурга. Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 190000, Санкт-Петербург, ул. Большая Морская, д. 35.

**1327.** Общество с ограниченной ответственностью «ЛЕНА» (ОГРН 1027800554022, ИНН 7801014713, КПП 780101001, место нахождения: 199104, г. Санкт-Петербург, пр-кт Средний, д. 14/45, литер А) уведомляет о том, что внеочередным общим собранием участников ООО «ЛЕНА» (Протокол № 1/2015 от 04.03.2015 года) принято решение о ликвидации ООО «ЛЕНА». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 199104, г. Санкт-Петербург, пр-кт Средний, д. 14/45, литер А.

**1328.** Общество с ограниченной ответственностью «Балтийский Мясной Дом» (ОГРН 1027801577737, ИНН 7802185662, КПП 781301001, место нахождения: 197101, Санкт-Петербург, ул. Дивенская, д. 14, литер А, помещение 2-Н, e-mail: sofia-n@ro.ru) уведомляет о том, что единственным участником ООО «Б.М.Д.» (Решение № 2/15 от 17.03.2015 года) принято решение о ликвидации ООО «Б.М.Д.». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 197101, Санкт-Петербург, ул. Дивенская, д. 14, литер А, помещение 2-Н, e-mail: sofia-n@ro.ru.

**1329.** Общество с ограниченной ответственностью «МОТОРЕСУРС» (ОГРН 1027802485700, ИНН 7804150866, КПП 780401001, место нахождения: 194044, Санкт-Петербург, переулок Нейшлотский, дом 17) уведомляет о том, что общим собранием участников ООО «Моторесурс» (Протокол № 1Л-2015 от 20.03.2015 года) принято решение о ликвидации ООО «Моторесурс». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 194044, Санкт-Петербург, переулок Нейшлотский, дом 17.

**1330.** Общество с ограниченной ответственностью «НЕМО» (ОГРН 1027804180260, ИНН 7806106012, КПП 780601001, место нахождения: 195027, Санкт-Петербург, Свердловская наб., д. 62, лит. А, пом. 6Н) уведомляет о том, что единственным участником ООО «НЕМО» (Решение № 03/15 от 23.03.2015 года) принято решение о ликвидации ООО «НЕМО». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 195027, Санкт-Петербург, Свердловская наб., д. 62, лит. А, пом. 6Н.

**1331.** Общество с ограниченной ответственностью «Комета» (ОГРН 1027804848180, ИНН 7810159419, КПП 781001001, место нахождения: 196158, Санкт-Петербург, улица Ленсовета, дом 81, литер А, помещение 1-Н) уведомляет о том, что общим собранием участников ООО «Комета» (Протокол № 1/2015 от 02.03.2015 года) принято решение о ликвидации ООО «Комета». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 196158, Санкт-Петербург, улица Ленсовета, дом 81, литер А, помещение 1-Н.

**1332.** Общество с ограниченной ответственностью «Охранное предприятие «Спецтранснефтепродукт Северо-Запад» (ОГРН 1027806056024, ИНН 7811125934, КПП 781101001, место нахождения: 193230, Санкт-Петербург, переулок Челиева, дом 8, литер А, тел.: (812)339-29-98, e-mail: info@stnp-nw.ru) уведомляет о том, что единственным участником ООО «ОП «СТНП Северо-Запад» (Решение № 47 от 24.03.2015 года) принято решение о ликвидации ООО «ОП «СТНП Северо-Запад». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 193230, Санкт-Петербург, переулок Челиева, дом 8, литер А, тел.: (812)339-29-98, e-mail: info@stnp-nw.ru.

**1333.** Общество с ограниченной ответственностью «Луи Дагер» (ОГРН 1027807564730, ИНН 7814085849, КПП 781401001, место нахождения: 197341, город Санкт-Петербург, Аллея Поликарпова, дом 6, корпус 2) уведомляет о том, что внеочередным общим собранием участников ООО «Луи Дагер» (Протокол № 1-л от 18 февраля 2015 года) принято решение о ликвидации ООО «Луи Дагер». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 197341, Город Санкт-Петербург, Аллея Поликарпова, дом 6, корпус 2.

**1334.** Закрытое акционерное общество «Комплект-Атом-Ижора» (ОГРН 1027808750463, ИНН 4716009637, КПП 781701001, место нахождения: 196651, г. Санкт-Петербург, Колпино, пр. Ленина, д. 1, тел.: (812)3271504, e-mail: info@urist-a.ru) уведомляет о том, что единственным участником ЗАО «КОМПЛЕКТ-АТОМ-ИЖОРА» (Решение б/н от 03.03.2015 года) принято решение о ликвидации ЗАО «КОМПЛЕКТ-АТОМ-ИЖОРА». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 192284, г. Санкт-Петербург, ул. Будапештская, д. 72, корп. 1, пом. 4Н, лит. А, тел.: (812)3271504, e-mail: info@urist-a.ru.

**1335.** Общество с ограниченной ответственностью «ЭкоЭксПеРт» (ОГРН 1027810272731, ИНН 7826739704, КПП 780601001, место нахождения: 195196, Санкт-Петербург, ул. Стахановцев, д. 14, корп. 1, ОФИС 309) уведомляет о том, что единственным участником ООО «ЭкоЭксПеРт» (Решение № 2 от 19.03.2015 года) принято решение о ликвидации ООО «ЭкоЭксПеРт». Требования кредиторов могут быть заявлены в течение 2 месяцев с момента опубликования настоящего сообщения по адресу: 195196, Санкт-Петербург, ул. Стахановцев, д. 14, корп. 1, ОФИС 309.

Сообщения о принятии решения о ликвидации



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached extract from the State Registration Herald No. 12 (524) 2015.

_Kristen Duffy_
Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 6th day of September, 20 16.

_____

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York            Washington, D.C.     Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris                Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87  t: +49.69.7593.8434 t: +852.2159.9143