# EXHIBIT 58

```
                                                         Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   _____
 4   SERGEY LEONTIEV,
 5                           Plaintiff,
 6          -against-
 7   ALEXANDER VARSHAVSKY,
 8                           Defendant.
 9   Case No. 1:16-cv-03595-JSR

     _____
10
11                           January 9, 2017
                             10:14 a.m.
12
13
                  *** CONFIDENTIAL ***
14
15          DEPOSITION of IRINA ZUBIY, taken
16   by Defendant, pursuant to Notice, held at
17   the offices of DEBEVOISE & PLIMPTON LLP,
18   919 Third Avenue, New York, New York
19   before Wayne Hock, a Notary Public of the
20   State of New York.
21
22
23
24
25
```

```
 1
 2     A P P E A R A N C E S:
 3
           GIBSON, DUNN & CRUTCHER LLP
 4         Attorneys for Plaintiff
                200 Park Avenue
 5              New York, New York 10166
 6         BY:  ALISON L. WOLLIN, ESQ., of
                counsel
 7              awollin@gibsondunn.com
                MASHA BRESNER, ESQ.
 8              mbresner@gibsondunn.com
 9
10
           DEBEVOISE & PLIMPTON LLP
11         Attorneys for Defendant
                919 Third Avenue
12              New York, New York 10022
13         BY:  SEAN HECKER, ESQ.
                shecker@debevoise.com
14              ALISA MELEKHINA, ESQ.
                amelekhina@debevoise.com
15
16
17
           ALSO PRESENT:
18
19              JONATHAN POPHAM, Videographer
                ANNA MAZUROVA, Interpreter
20              JONATHAN REICH
21
                    *       *       *
22
23
24
25
```

```
                                              Page 52
 1            I. Zubiy -- CONFIDENTIAL
 2      Q.    Which ones?
 3      A.    In August, 2016 I start managing
 4   a couple of companies, for example Ambika
 5   Investments Limited, Vermenda.
 6      Q.    And Valkera?
 7      A.    Yes.
 8      Q.    And is it your understanding
 9   those companies were previously managed by
10   Ms. Vyulkova or her team members?
11      A.    Yes.
12      Q.    And how did you learn that?
13      A.    Through communications with
14   Trident Trust.
15      Q.    When was the last time you spoke
16   with Ms. Vyulkova?
17      A.    It was April, 2016.
18      Q.    And where was she located
19   physically during that time?
20      A.    I don't know.
21      Q.    Do you know where she is now?
22      A.    No.
23      Q.    You don't know where she lives?
24      A.    No.
25      Q.    After the bank's license was
```

CERTIFICATION BY REPORTER


I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of January, 2017.

*Wayne Hock* (signature)