# EXHIBIT 59

| СОГЛАШЕНИЕ | DEED OF AGREEMENT |
|---|---|
| Настоящее соглашение подписано 18 декабря 2015 года во исполнении устного соглашения между: | This agreement has been signed on December 18, 2015 as a result of oral agreement between: |
| Гражданами РФ Господином Александром Дмитриевичем Железняком и Господином Сергеем Леонидовичем Леонтьевым, совместно именуемые далее **Заемщики**, и | Russian citizens Mr. Alexander D. Zheleznyak and Mr. Sergey L. Leontiev, together called to as the **Borrowers**, and |
| Авилон Автомобильная Группа Акционерным обществом, созданным и действующим в соответствии с законом РФ и Гражданом РФ Господином Авагумяном Камо Кимовичем, совместно именуемые далее **Займодавцы**, | Avilon Automotive Group Stock company registered and existing under the law of Russian federation and Russian citizen Mr. Kamo K. Avagumyan, together called to as the **Lenders**, |
| ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО: | WHEREAS |
| Займодавцы, напрямую или с участием своих Аффилированных компаний, предоставили Заемщикам, напрямую или их Аффилированным компаниям, ряд займов на общую сумму 65 000 000 $ (шестьдесят пять миллионов долларов США). Денежные средства были предоставлены Заемщику в форме Договора займа № 0109/11 от 01.09.2011г., заключенного между Ambika Investments Limited и АО Авилон АГ, а также путем приобретения нижеуказанных ценных бумаг: | The Lenders, directly or through its affiliates, provided to the Borrowers, directly or to their affiliated companies, a several loans for a total amount of $ 65,000,000 (sixty-five million US dollars) in the form of Loan agreement № 0109/11 dd. 01.09.2011 concluded between Ambika Investments Limited and Avilon Automotive Group, and receiving of the following promissory notes: |

| п/п | Документ/Security | Реквизиты/Details | Должник/Borrower | Кредитор/Lender | сумма /sum | Процент (годовых)/ interest annual | срок возврат/date of repayment |
|---|---|---|---|---|---|---|---|
| 1 | Вексель простой/ promissory note | ил № 001962 13/07/2015 | Веннон Трейдинг Лимитед | Авагумян К.К. /K. Avagumyan | 500000$ | 10 | 13/07/2016 |
| 2 | Вексель простой/ promissory note | ин № 001954 29/06/2015 | Веннон Трейдинг Лимитед | Авагумян К.К. /K. Avagumyan | 2000000$ | 10 | 29/06/2016 |
| 3 | Вексель простой/ promissory note | ин № 001953 22/06/2015 | Веннон Трейдинг Лимитед | Авагумян К.К. /K. Avagumyan | 1500000$ | 10 | 22/06/2016 |
| 4 | Вексель простой/ promissory note | ап № 002000 16/04/2015 | Веннон Трейдинг Лимитед | Авагумян К.К. /K. Avagumyan | 700000$ | 10 | 18/04/2016 |
| 5 | Вексель простой/ promissory note | мр № 001948 05/03/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1000000$ | 11 | 04/03/2016 |
| 6 | Вексель простой/ promissory note | фв № 001941 02/02/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1000000$ | 11 | 02/02/2016 |
| 7 | Вексель простой/ promissory note | ян № 001937 19/01/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 2500000$ | 11 | 19/01/2016 |
| 8 | Вексель простой/ promissory note | ян № 001938 19/01/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1500000 € | 11 | 19/01/2016 |
| 9 | Вексель простой/ promissory note | дб № 001936 29/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1000000 | 11 | 29/12/2015 |
| 10 | Вексель простой/ promissory note | дб № 001908 24/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 2000000 € | 10 | 24/12/2015 |
| 11 | Вексель простой/ promissory note | дб № 001907 17/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 500000 € | 10 | 17/12/2015 |
| 12 | Вексель простой/ promissory note | дб № 001906 15/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 500000 € | 10 | 15/12/2015 |

1



Confidential

AVPE0006163

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Вексель простой/ promissory note | дб № 001904 10/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1500000 $ | 10 | 10/12/2015 |
| 14 | Вексель простой/ promissory note | дб № 001902 03/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 2000000 $ | 10 | 03/12/2015 |
| 15 | Вексель простой/ promissory note | нб № 000826 14/11/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1500000$ | 10 | 16/11/2015 |
| 16 | Вексель простой/ promissory note | нб № 000825 05/11/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1000000$ | 10 | 05/11/2015 |
| 17 | Вексель простой/ promissory note | ок № 000813 10/10/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 500000 $ | 10 | 12/10/2015 |
| 18 | Вексель простой/ promissory note | ок № 000806 02/10/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 500000 $ | 10 | 02/10/2015 |
| 19 | Вексель простой/ promissory note | сн № 000798 08/09/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1000000$ | 10 | 08/09/2015 |
| 20 | Вексель простой/ promissory note | ав № 000792 15/08/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 500000 $ | 10 | 17/08/2015 |
| 21 | Вексель простой/ promissory note | ав № 000785 06/08/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. /K. Avagumyan | 1500000 $ | 10 | 06/08/2015 |
| 22 | Договор займа/ Loan agreement | 0109/11 01/09/11 | Ambika Investments Limited | Авилон АГ АО/AO Avilon AG | 22489331,18 € | 12 | 09/12/2015 |
| 23 | Вексель простой/ promissory note | нп № 001958 30/06/2015 | Веннон Трейдинг Лимитед | Карапетян Д.С./D.S. Karapetyan | 1000000$ | 10 | 30/06/2016 |
| 24 | Вексель простой/ promissory note | нп № 001957 24/06/2015 | Веннон Трейдинг Лимитед | Карапетян Д.С./ D. S. Karapetyan | 1000000$ | 10 | 24/06/2016 |
| 25 | Вексель простой/ promissory note | ма № 001956 22/05/2015 | Веннон Трейдинг Лимитед | Карапетян Д.С./ D. S/Karapetyan | 1000000$ | 10 | 23/05/2016 |
| 26 | Вексель простой/ promissory note | ап № 001955 04/04/2015 | Веннон Трейдинг Лимитед | Карапетян Д.С./ D. Karapetyan | 1000000$ | 10 | 04/04/2016 |
| 27 | Вексель простой/ promissory note | ян № 001929 12/01/2015 | Финансовая Группа Лайф ЗАО |Ренич И. Ф./I. F. Renich | 1110904 $ | 11 | 12/01/2016 |
| 28 | Вексель простой/ promissory note | ав № 000800 06/08/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф./I. F. Renich | 6000000$ | 11 | 06/08/2015 |
| 29 | Вексель простой/ promissory note | сн № 000802 12/09/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф./I. F. Renich. | 1000000 $ | 11 | 14/09/2015 |
| 30 | Вексель простой/ promissory note | ав № 000788 06/08/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф./I. F. Renich Ф. | 14293096$ | 11 | 06/08/2015 |

Заемщики настоящим подтверждают свою готовность исполнить свои обязательства по возврату полученных сумм займа, для чего Стороны в срок до _____ обязуются заключить в пользу Заемщиков договоры купли продажи векселей, указанных в таблице выше и договор уступки прав требования от АО Авилон АГ по договору займа № 0109/11 от 01.09.2011г. (далее по тексту Договоры исполнения);

The Borrowers hereby confirm its willingness to fulfill its obligations of repaying the received amount of loans, and the Parties have considered to conclude in favor of the Borrowers till _____ the **sale contracts of promissory notes** specified in the table above and the **cession agreement** under the Laon agreement № 0109/11 dd. 01.09.2011 with Avilon Automotive group (together calls to as the Executive agreements);

Стоимость и сроки оплаты по Договорам исполнения Заемщики определяют самостоятельно в рамках следующего графика возврата общей суммы займа:

The Borrowers will considered by themselves the amount of price and payment terms under the Executive agreements in accordance to the following schedule of total loan repayment:

| Дата/Date | Сумма/Sum (USD $) | Сумма начисленных /calculated interest % ( USD$) |
|---|---|---|
| 15.01.16 | 13 000 000 | 87 000 |
| 15.03.16 | 12 000 000 | 299 000 |
| 15.05.16 | 12 000 000 | 234 000 |
| 15.07.16 | 12 000 000 | 164 000 |
| 15.10.16 | 8 000 000 | 141 000 |
| 15.01.17 | 5 000 000 | 71 000 |
| 15.04.17 | 3 000 000 | 26 000 |
| **Всего/Total** | 65 000 000 | 1 022 000 |

Confidential

AVPE0006164

Вместе с тем, не зависимо от указанного выше графика платежа, Заемщики могут осуществить платеж в пользу АО Авилон АГ в размере _____ в срок до _____, который будет зачтен в счет оплаты по договору уступки прав требования от АО Авилон АГ заключенный в пользу Заемщиков по договору займа № 0109/11 от 01.09.2011г. При условии перечисления Заемщиками указанного платежа в срок, АО Авилон АГ обязуется не начислять штрафы, пени и неустойку, предусмотренные договором займа № 0109/11 от 01.09.2011г. за просрочку оплаты. В случае не выполнения в указанный срок Заемщиками платежа, предусмотренного настоящим абзацем, условие об освобождении от ответственности теряет свою силу.

At the same time regardless of the above payment schedule, the Borrowers can make payment in favor of AO Avilon AG in the amount of _____ up to _____, which will be offset against the payment under the cession agreement in favor of the Borrowers the Laon agreement № 0109/11 dd. 01.09.2011 with Avilon Automotive group. All charge fines and penalties provided by this loan agreement № 0109/11 of 01.09.2011 will be cancelled by AO Avilon AG if the Borrowers transfer abovementioned payment in favor of AO Avilon AG. In the case of not performing by Borrowers within the specified period the payment herein, the condition for release from liability is void.

Стороны согласовали следующие существенные условия договоров купли продажи векселей, планируемые к заключению между сторонами: Векселедержатель обязуется передать подлинный экземпляр векселя, с бланковым индоссаментом с оговоркой «без оборота на меня», не позднее следующего дня поступления от Приобретателя денежных средств в счет оплаты векселя на расчетный счет Векселедержателя. Векселедержатель несет ответственность только за действительность переданного по векселю требования, но не за платеж по нему третьим лицом.

The parties have agreed the following essential conditions of the sale contracts of promissory notes to be concluded by the Parties: The Noteholders shall transfer the original of the promissory note, endorsed in blank with the proviso "without recourse to me" not later the next date after receiving from the Purchaser the sum of money on the bank account of Noteholder as payment for the promissory note. Noteholder shall only be liable for the validity of requirements under promissory note, but not for the payment under it by a third party.

Настоящее соглашение регулируется правом Англии и Уэльса и заключено в форме официального документа за подписью и печатью.

This agreement is governed by the law of England and Wales and executed as a deed.

**ЗАЕМЩИКИ/BORROWERS**
_____ /А. Д. Железняк /A. D. Zheleznyak/
_____ /С. Л. Леонтьев /S. L. Leontiev/

В присутствии свидетеля/in presence of the witnesses
_____/_____/

**ЗАЙМОДАВЦЫ/LENDERS**
За и от имени АО Авилон АГ /For and on behalf of AO Avilon AG
Финансовый Директор/Finance director

_____ / И. Н. Монахова /I. N. Monakhova/
_____ /К. К. Авагумян /K. K. Avagumyan/
В присутствии свидетеля/in presence of the witnesses
_____/_____/

Confidential                                                                                           AVPE0006165

4

Confidential

AVPE0006166