# EXHIBIT 60

| СОГЛАШЕНИЕ О ПОРЯДКЕ ПОГАШЕНИЯ ЗАДОЛЖЕННОСТИ | DEED OF ARRANGMENT |
|---|---|
| Настоящее соглашение подписано 18 ноября 2015 года по результатам переговоров между: | This agreement has been signed on November 18, 2015 as a result of negotiation between: |
| Гражданами РФ Господином Александром Дмитриевичем Железняком и Господином Сергеем Леонидовичем Леонтьевым, совместно именуемые далее **Заемщики**, и | Russian citizens Mr. Alexander D. Zheleznyak and Mr. Sergey L. Leontiev, together called to as the **Borrowers**, and |
| Авилон Автомобильная Группа Акционерным обществом, созданным и действующим в соответствии с законом РФ и Гражданом РФ Господином Авагумяном Камо Кимовичем, совместно именуемые далее **Займодавцы,** | Avilon Automotive Group, stock company registered and existing under the law of Russian federation and Russian citizen Mr. Kamo K. Avagumyan, together called to as the **Lenders,** |
| ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО: | WHEREAS |
| Займодавцы, напрямую или с участием своих Аффилированных компаний, предоставили Заемщикам, напрямую или их Аффилированным компаниям, ряд займов в различных формах на общую сумму 65 000 000 $ (шестьдесят пять миллионов долларов США); | The Lenders, directly or with its affiliates, have provided to the Borrowers, directly or to their affiliated companies, a number of loans in various forms for a total amount of $ 65,000,000 (sixty-five million US dollars); |

| п/н | документ | реквизиты | Должник | Кредитор | сумма $ | Процент (годовых) | срок возврат |
|---|---|---|---|---|---|---|---|
| 1 | Вексель простой | ил № 001962 13/07/2015 | Венноп Трейдинг Лимитед | Авагумян К.К. | 500000 | 10 | 13/07/2016 |
| 2 | Вексель простой | ин № 001954 29/06/2015 | Венноп Трейдинг Лимитед | Авагумян К.К. | 2000000 | 10 | 29/06/2016 |
| 3 | Вексель простой | ин № 001953 22/06/2015 | Венноп Трейдинг Лимитед | Авагумян К.К. | 1500000 | 10 | 22/06/2016 |
| 4 | Вексель простой | ап № 002000 16/04/2015 | Венноп Трейдинг Лимитед | Авагумян К.К. | 700000 | 10 | 18/04/2016 |
| 5 | Вексель простой | мр № 001948 05/03/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1000000 | 11 | 04/03/2016 |
| 6 | Вексель простой | фв № 001941 02/02/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1000000 | 11 | 02/02/2016 |
| 7 | Вексель простой | ян № 001937 19/01/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 2500000 | 11 | 19/01/2016 |
| 8 | Вексель простой | ян № 001938 19/01/2015 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1500000 евро | 11 | 19/01/2016 |
| 9 | Вексель простой | дб № 001936 29/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1000000 | 11 | 29/12/2015 |
| 10 | Вексель простой | дб № 001908 24/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 2000000 евро | 10 | 24/12/2015 |
| 11 | Вексель простой | дб № 001907 17/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 500000 евро | 10 | 17/12/2015 |
| 12 | Вексель простой | дб № 001906 15/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 500000 евро | 10 | 15/12/2015 |
| 13 | Вексель простой | дб № 001904 10/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1500000 | 10 | 10/12/2015 |
| 14 | Вексель простой | дб № 001902 03/12/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 2000000 | 10 | 03/12/2015 |
| 15 | Вексель простой | нб № 000826 14/11/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1500000 | 10 | 16/11/2015 |
| 16 | Вексель простой | нб № 000825 05/11/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1000000 | 10 | 05/11/2015 |
| 17 | Вексель простой | ок № 000813 10/10/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 500000 | 10 | 12/10/2015 |

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AVPE0006115

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Вексель простой | ок № 000806 02/10/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 500000 | 10 | 02/10/2015 |
| 19 | Вексель простой | сн № 000798 08/09/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1000000 | 10 | 08/09/2015 |
| 20 | Вексель простой | ав № 000792 15/08/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 500000 | 10 | 17/08/2015 |
| 21 | Вексель простой | ав № 000785 06/08/2014 | Финансовая Группа Лайф ЗАО | Авагумян К.К. | 1500000 | 10 | 06/08/2015 |
| 22 | Договор займа | 0109/11 01/09/11 | Ambika Investments Limited | Авилон АГ АО | 22489331,18 евро | 12 | 09/12/2015 |
| 23 | Вексель простой | ин № 001958 30/06/2015 | Веннoп Трейдинг Лимитед | Карапетян Д.С. | 1000000 | 10 | 30/06/2016 |
| 24 | Вексель простой | ин № 001957 24/06/2015 | Веннoп Трейдинг Лимитед | Карапетян Д.С. | 1000000 | 10 | 24/06/2016 |
| 25 | Вексель простой | ма № 001956 22/05/2015 | Веннoп Трейдинг Лимитед | Карапетян Д.С. | 1000000 | 10 | 23/05/2016 |
| 26 | Вексель простой | ап № 001955 04/04/2015 | Веннoп Трейдинг Лимитед | Карапетян Д.С. | 1000000 | 10 | 04/04/2016 |
| 27 | Вексель простой | ян № 001929 12/01/2015 | Финансовая Группа Лайф ЗАО | Ренич И. Ф. | 1110904 | 11 | 12/01/2016 |
| 28 | Вексель простой | ав № 000800 06/08/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф. | 6000000 | 11 | 06/08/2015 |
| 29 | Вексель простой | сн № 000802 12/09/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф. | 1000000 | 11 | 14/09/2015 |
| 30 | Вексель простой | ав № 000788 06/08/2014 | Финансовая Группа Лайф ЗАО | Ренич И. Ф. | 14293096 | 11 | 06/08/2015 |

Заемщики настоящим подтверждают свою готовность исполнить свои обязательства по возврату полученных сумм займа, для чего Стороны обсуждают механизм возврата по каждому выданному займу;

Стороны пришли к соглашению, что не позднее 30 ноября 2015 года согласуют и подпишут, в том числе, но не ограничиваясь, необходимую документацию о переводе долга или уступки прав требования долга в отношении лиц, по которым это будет необходимо для целей возврата займов Займодавцам в полном объеме.

Стороны подтверждают следующий график возврата займа:

The Borrowers hereby confirms its willingness to fulfill its obligations of repaying the received amount of loans, and the Parties are considering the return mechanism for each provided loan;

The parties have agreed that not later than November 30, 2015 they will sign, including, but not limited, all necessary documentation of debt transfer or debt cession in respect of persons for which it will be necessary for the purpose of repayment of loans by the Lender in full.

The parties have agreed the following schedule of loan repayment:

| Дата/Date | Сумма/Sum (USD $) | Сумма начисленных /calculated interest % ( USD $) |
|---|---|---|
| 15.01.16 | 13 000 000 | 87 000 |
| 15.03.16 | 12 000 000 | 299 000 |
| 15.05.16 | 12 000 000 | 234 000 |
| 15.07.16 | 12 000 000 | 164 000 |
| 15.10.16 | 8 000 000 | 141 000 |
| 15.01.17 | 5 000 000 | 71 000 |
| 15.04.17 | 3 000 000 | 26 000 |
| **Всего/Total** | 65 000 000 | 1 022 000 |

Настоящее соглашение регулируется правом Англии и Уэльса и заключено в форме официального документа за подписью и печатью.

This agreement is governed by the law of England and Wales and executed as a deed.

2

AVPE0006116

**ЗАЕМЩИКИ/BORROWERS**

_____ /А. Д. Железняк /A. D. Zheleznyak/

_____ /С. Л. Леонтьев /S. L. Leontiev/

В присутствии свидетеля/in presence of the witnesses

_____ /_____/

**ЗАЙМОДАВЦЫ/LENDERS**

За и от имени АО Авилон АГ /For and on behalf of AO Avilon AG
Финансовый Директор/Finance director

_____/ И. Н. Монахова /I. N. Monakhova/

_____/К. К. Авагумян /K. K. Avagumyan/

В присутствии свидетеля/in presence of the witnesses

_____ /_____/

3