# EXHIBIT 62

Agreement No. 2
on Promissory Note Acquisition

Moscow                                                                                                                                December 7, 2015

This agreement is entered into between Mr. Sergey Leonidovich Leontiev, a citizen of the Russian Federation, hereinafter referred to as the Purchaser, and Karapetyan Diana Saakovna, a citizen of the Russian Federation, hereinafter referred to as the Holder, and jointly referred to as the Parties.

1. Subject of the Agreement

1.1.    The Purchaser shall transfer to the Holder the value specified in paragraph 1.3 of the securities indicated in paragraph 1.2, and the Holder shall transfer to the Purchaser the securities indicated in paragraph 1.2.
1.2.    Information on the securities which are the subject of this Agreement:

| No. | Document | Series, number | Place of issue | Date of issue | Maker | Nominal amount USD | Interest (annual) | Due date | Number of days |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Promissory note | Jun No. 001958 | Limassol, Cyprus | 6/30/2015 | Vennop Trading LTD | 1,000,000 | 10 | 6/30/2016 | 366 |
| 2 | Promissory note | Jun No. 001957 | Limassol, Cyprus | 6/24/2015 | Vennop Trading LTD | 1,000,000 | 10 | 6/24/2016 | 366 |
| 3 | Promissory note | May No. 001956 | Limassol, Cyprus | 5/22/2015 | Vennop Trading LTD | 1,000,000 | 10 | 5/23/2016 | 367 |
| 4 | Promissory note | Apr No. 001955 | Limassol, Cyprus | 4/4/2015 | Vennop Trading LTD | 1,000,000 | 10 | 4/4/2016 | 366 |

1.3.    The amount for payment is _____ (_____) rubles.

1.4.    The seller guarantees that the securities comprising the subject of this Agreement are genuine and free of any rights of third persons.

1.5.    The Parties confirm that this Agreement is entered into in observance of the requirements of current legislation of the Russian Federation.

2. Terms of acquisition and payment, settlement procedure

2.1.    Payment for the securities indicated in paragraph 1.2. hereof shall be made by the Purchaser transferring money in the amount of _____ (_____) rubles to the Holder's settlement account indicated in Article 7 herein.

Payment shall be made according to the schedule below:

| Date | Sum (USD) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

The Purchaser's obligations for payment of the promissory notes indicated in paragaraph 1.2 herein shall be considered fulfilled at the time of transfer of money to the Seller's settlement account indicated in Article 7 herein.

2.2.    The Holder shall transfer an original copy of the promissory note indicated in paragraph 1.2, with a blank endorsement "without recourse to me," no later than the day after receipt of the Purchaser's money for payment of the promissory note to the Holder's settlement account indicated in Article 7 herein, for which a Certificate of Acceptance and Transfer is drawn up, which is an integral part hereof.

3. Responsibilities of the Parties

3.1.    The parties shall bear responsibility for discharging the obligations under this Agreement in accordance with current legislation on the territory of the Russian Federation.
3.2.    In the event the sum indicated in paragraph 1.3 herein is not received in payment for all the promissory notes on the date established in paragaph 2.1 herein, the Holder may unilaterally cancel this Agreement. The Holder's obligations under the Agreement shall terminate from the time of its cancellation on the grounds cited in this paragraph of the Agreement.

4.  Force majeure

4.1.    In the event of force majeure circumstances, the Parties to this Agreement shall be released from responsibility for failure to discharge the assumed obligations, and the Agreement shall be considered terminated, if within two days from the onset of such circumstances the Party suffering from their effects notifies the other Party about what has happened.

5. Dispute resolution procedure

5.1.    All disputes arising in the process of executing this Agreement shall be referred for review and resolution to the Arbitrazh Court of the City of Moscow.

6. Term of the Agreement and procedure for amending it

6.1.    The Agreement shall enter into force from the time of its signing and shall be valid until the Parties discharge their obligations in full.

6.2.    All amendments and addenda hereto shall be valid only if they are made in writing and signed by persons authorized to do so by each of the Parties.

6.3.    The Parties shall inform one another in a timely manner about a change in legal status, address, or requisites. Otherwise, the guilty party shall be liable for adverse consequences.

6.4.    This Agreement is made in two copies having equal legal force: one for the Holder and the other for the Purchaser.

7. Addresses, bank details and signatures of the Parties

| HOLDER | PURCHASER |
|---|---|
| Karapetyan Diana Saakovna | Sergey Leonidovich Leontiev |
| Passport 4507 370000 issued by the Donskoy District Department of Internal Affairs of the City of Moscow on January 12, 2005 Registration address: Banking details: Settlement acct. _____ Bank _____ Correspondent acct. _____ BIC _____ _____/D.S. Karapetyan/ | Registration address: Banking details: Settlement acct. _____ Bank _____ Correspondent acct. _____ BIC _____ _____/S.L. Leontiev/ |

CERTIFICATE
of Acceptance and Transfer of Promissory Notes
under Agreement No. 2 on Promissory Note Acquisition of December 7, 2015

Moscow                                                                                                              December ___, 2015

      This certificate is signed between Mr. Sergey Leonidovich Leontievich, a citizen of the Russian Federation, hereinafter referred to as the Purchaser, and Karapetyan Diana Saakovna, a citizen of the Russian Federation, hereinafter referred to as the Holder, and jointly referred to as the Parties.

1. The Holder has transferred and the Purchaser has accepted the following securities:

Total: 4 (four) promissory notes for a note amount of 4,000,000 (four million) USD at a price of _____ (_____) USD:

| No. | Document | Series, number | Place of issue | Date of issue | Maker | Nominal amount USD | Interest (annual) | Due date | Number of days |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Promissory note | Jun No. 001958 | Limassol, Cyprus | 6/30/2015 | Vennop Trading LTD | 1,000,000 | 10 | 6/30/2016 | 366 |
| 2 | Promissory note | Jun No. 001957 | Limassol, Cyprus | 6/24/2015 | Vennop Trading LTD | 1,000,000 | 10 | 6/24/2016 | 366 |
| 3 | Promissory note | May No. 001956 | Limassol, Cyprus | 5/22/2015 | Vennop Trading LTD | 1,000,000 | 10 | 5/23/2016 | 367 |
| 4 | Promissory note | Apr No. 001955 | Limassol, Cyprus | 4/4/2015 | Vennop Trading LTD | 1,000,000 | 10 | 4/4/2016 | 366 |

2. This Certificate is done in 2 (Two) copies, one for each of the Parties.

Addresses, bank details and signatures of the Parties

| HOLDER | PURCHASER |
|---|---|
| Karapetyan Diana Saakovna | Sergey Leonidovich Leontiev |
| Passport 4507 370000 issued by the Donskoy District Department of Internal Affairs of the City of Moscow on January 12, 2005 Registration address: Banking details: Settlement acct. _____ Bank _____ Correspondent acct. _____ BIC _____ _____/D.S. Karapetyan/ | Registration address: Banking details: Settlement acct. _____ Bank _____ Correspondent acct. _____ BIC _____ _____/S.L. Leontiev/ |

Договор № 2
о приобретении векселя

г. Москва                                                                                                        "07" декабря 2015 г.

Настоящий договор заключен между Гражданином РФ Господином Сергеем Леонидовичем Леонтьевым, именуемый далее Приобретатель, и Гражданка РФ Карапетян Дианой Сааковной, именуемая далее Векселедержатель, совместно именуемые далее Стороны.

### 1. Предмет договора

1.1. Приобретатель обязуется перечислить Векселедержателю определенную в пункте 1.3 стоимость указанных в пункте 1.2 ценных бумаг, а Векселедержатель обязуется передать Приобретателю ценные бумаги, указанные в пункте 1.2.

1.2. Сведения о ценных бумагах, являющихся предметом настоящего Договора:

| п/н | Документ | Серия, номер | Место выдачи | Дата выдачи | Векселедатель | Номинальная сумма сумма $ | % (годовых) | Срок оплаты | Кол-во дней |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Вексель простой | ин № 001958 | Кипр, Лимассол | 30.06.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 30.06.2016 | 366 |
| 2 | Вексель простой | ин № 001957 | Кипр, Лимассол | 24.06.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 24.06.2016 | 366 |
| 3 | Вексель простой | ма № 001956 | Кипр, Лимассол | 22.05.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 23.05.2016 | 367 |
| 4 | Вексель простой | ап № 001955 | Кипр, Лимассол | 04.04.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 04.04.2016 | 366 |

1.3. Сумма в оплату векселя составляет _____ (_____) рублей

1.4. Продавец гарантирует, что ценные бумаги, составляющие предмет настоящего Договора, являются подлинными и свободными от любых прав третьих лиц.

1.5. Стороны подтверждают, что настоящий Договор заключается с соблюдением требований действующего законодательства Российской Федерации.

### 2. Условия приобретения и оплаты, порядок расчетов

2.1. Оплата ценных бумаг, указанных в пункте 1.2 настоящего договора, осуществляется путем перевода Приобретателем денежных средств в размере _____ (_____) рублей на расчетный счет Векселедержателя, указанный в статье 7 настоящего Договора.

Оплата должна быть произведена согласно графику ниже:

| Дата/Date | Сумма/Sum (USD $) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Всего/Total |  |

Обязательства Приобретателя по оплате векселей, указанных в пункте 1.2 настоящего Договора, считаются исполненными в момент зачисления денежных средств на расчетный счет Продавца, указанный в статье 7 Договора.

2.2. Векселедержатель обязуется передать подлинный экземпляр векселя, указанных в пункте 1.2, с бланковым индоссаментом с оговоркой «без оборота на меня», не позднее следующего дня поступления от Приобретателя денежных средств в счет оплаты векселя на расчетный счет Векселедержателя, указанный в статье 7 Договора, о чем составляется Акт приема-передачи, являющийся неотъемлемой частью настоящего Договора.

### 3. Ответственность сторон

3.1. Стороны несут ответственность за исполнение обязательств по настоящему Договору в соответствии с действующим на территории Российской Федерации законодательством.

3.2 При не поступлении указанной в пункте 1.3 Договора суммы в оплату всех векселей в срок, установленный в п.2.1 Договора, Векселедержатель в одностороннем порядке может расторгнуть настоящий Договор. Обязательства Векселедержателя по договору прекращаются с момента его расторжения по основаниям, приведенным в настоящем пункте Договора.

### 4. Форс-мажор

4.1. В случае возникновения обстоятельств непреодолимой силы, Стороны настоящего Договора освобождаются от ответственности за неисполнение взятых на себя обязательств и Договор считается расторгнутым, если в двухдневный срок с момента наступления таких обстоятельств Сторона, пострадавшая от их влияния, доведет до сведения другой Стороны известие о случившемся.

### 5. Порядок разрешения споров

5.1. Все споры, возникающие в процессе исполнения настоящего Договора, передаются на рассмотрение и разрешение в Арбитражный суд г.Москвы.

### 6. Срок действия Договора и порядок его изменения

6.1. Договор вступает в силу с момента его подписания и действует до полного исполнения Сторонами своих обязательств.

6.2. Все изменения и дополнения к настоящему Договору действительны лишь в том случае, если они совершены в письменной форме и подписаны уполномоченными на то лицами каждой из Сторон.

6.3. Стороны обязуются своевременно информировать друг друга об изменении юридического статуса, адреса, реквизитов. В противном случае, виновная сторона несет ответственность за отрицательные последствия.

6.4. Настоящий Договор составлен в 2-х экземплярах, имеющих одинаковую юридическую силу: один хранится у Векселедержателя, другой - у Приобретателя.

### 7. Адреса, реквизиты и подписи Сторон

| ВЕКСЕЛЕДЕРЖАТЕЛЬ | ПРИОБРЕТАТЕЛЬ |
|---|---|
| Карапетян Диана Сааковна | Сергей Леонидович Леонтьев |
| Паспорт 4507 370000 выдан ОВД Донского района города Москвы 12/01/2005 | Адрес регистрации: |
| Адрес регистрации: | |
| Банковские реквизиты: | Банковские реквизиты: |
| р/с _____ | р/с _____ |
| Банк _____ | Банк _____ |
| к/с _____ | к/с _____ |
| БИК _____ | БИК _____ |
| _____ /Д. С. Капапетян/ | _____ /С.Л. Леонтьев/ |

АКТ
приёма-передачи векселей
по Договору № 2 о приобретении векселя от "07" декабря 2015 г.

Confidential

AVPE0006135

г. Москва                                                                                                  "__" декабря 2015г.

Настоящий акт подписан между Гражданином РФ Господином Сергеем Леонидовичем Леонтьевым, именуемый далее Приобретатель, и Гражданка РФ Карапетян Дианой Сааковной, именуемая далее Векселедержатель, совместно именуемые далее Стороны:

1. Векселедержатель передал, а Приобретатель принял следующие ценные бумаги:

Итого: 4 (четыре) векселя на вексельную сумму 4 000 000 (четыре миллиона) долларов США по цене _____ (_____)долларов США:

| п/н | Документ | Серия, номер | Место выдачи | Дата выдачи | Векселедатель | Номинальная сумма сумма $ | % (годовых) | Срок оплаты | Кол-во дней |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Вексель простой | ин № 001958 | Кипр, Лимассол | 30.06.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 30.06.2016 | 366 |
| 2 | Вексель простой | ин № 001957 | Кипр, Лимассол | 24.06.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 24.06.2016 | 366 |
| 3 | Вексель простой | ма № 001956 | Кипр, Лимассол | 22.05.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 23.05.2016 | 367 |
| 4 | Вексель простой | ап № 001955 | Кипр, Лимассол | 04.04.2015 | Венноп Трейдинг ЛТД | 1 000 000 | 10 | 04.04.2016 | 366 |

2. Настоящий Акт составлен в 2 (Двух) экземплярах по одному для каждой из Сторон

Адреса, реквизиты и подписи Сторон

ПЕРЕДАЛ:                                                                                      ПРИНЯЛ:

ВЕКСЕЛЕДЕРЖАТЕЛЬ                                                          ПРИОБРЕТАТЕЛЬ

Карапетян Диана Сааковна                                                 Сергей Леонидович Леонтьев

Паспорт 4507 370000 выдан ОВД Донского района          Адрес регистрации:
города Москвы 12/01/2005
Адрес регистрации:
Банковские реквизиты:                                                          Банковские реквизиты:
р/с _____                                                              р/с _____
Банк _____                                                          Банк _____
к/с _____                                                              к/с _____
БИК _____                                                          БИК _____
_____/Д. С. Капапетян/                                    _____/С.Л. Леонтьев/

Confidential                                                                                                                                      AVPE0006136



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
                    )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0006134–AVPE0006136.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 2017.

_____

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York           Washington, D.C.      Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267    t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500

London             Paris                 Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143