# EXHIBIT 64

Note Purchase
Agreement No. 1

Moscow                                                                                                                           December 7, 2015

This agreement has been concluded between Russian Federation citizen Alexander Dmitrievich Zheleznyak, hereinafter referred to as the "Buyer," and
Russian Federation citizen Kamo Kimovich Avagumyan, hereinafter referred to as the "Noteholder," hereinafter collectively referred to as the "Parties."

1. Subject

1.1. The Buyer shall transfer to the Noteholder the price specified in clause 1.3 of the securities indicated in clause 1.2, and the Noteholder shall transfer to the Buyer the securities indicated in clause 1.2.
1.2. Information about the securities that are the subject of this Agreement:

| No. | Document | Series, number | Place of issuance | Issue date | Maker | Surety | Nominal value USD amount | Nominal value EUR amount | Interest (per annum) | Maturity date | Number Of days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Promissory note | il No. 001962 | Limassol, Cyprus | 07/13/2015 | Vennop Trading LTD | | 500,000 | | 10 | 07/13/2016 | 366 |
| 2 | Promissory note | in No. 001954 | Limassol, Cyprus | 06/29/2015 | Vennop Trading LTD | | 2,000,000 | | 10 | 06/29/2016 | 366 |
| 3 | Promissory note | in No. 001953 | Limassol, Cyprus | 06/22/2015 | Vennop Trading LTD | | 1,500,000 | | 10 | 06/22/2016 | 366 |
| 4 | Promissory note | ap No. 002000 | Limassol, Cyprus | 04/16/2015 | Vennop Trading LTD | | | 700,000 | 10 | 04/18/2016 | 368 |
| 5 | Promissory note | mr No. 001948 | Moscow, Russia | 03/05/2015 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 03/04/2016 | 365 |
| 6 | Promissory note | fv No. 001941 | Moscow, Russia | 02/02/2015 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 02/02/2016 | 365 |
| 7 | Promissory note | yan No. 001937 | Moscow, Russia | 01/19/2015 | FG Life CJSC | AKB Probusinessbank OJSC | 2,500,000 | | 11 | 01/19/2016 | 365 |
| 8 | Promissory note | yan No. 001938 | Moscow, Russia | 01/19/2015 | FG Life CJSC | AKB Probusinessbank OJSC | | 1,500,000 | 11 | 01/19/2016 | 365 |
| 9 | Promissory note | db No. 001936 | Moscow, Russia | 12/29/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 12/29/2015 | 365 |
| 10 | Promissory note | db No. 001908 | Moscow, Russia | 12/24/2014 | FG Life CJSC | AKB Probusinessbank OJSC | | 2,300,000 | 10 | 12/24/2015 | 365 |
| 11 | Promissory note | db No. 001907 | Moscow, Russia | 12/17/2014 | FG Life CJSC | AKB Probusinessbank OJSC | | 500,000 | 10 | 12/17/2015 | 365 |
| 12 | Promissory note | db No. 001906 | Moscow, Russia | 12/15/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 12/15/2015 | 365 |
| 13 | Promissory note | db No. 001904 | Moscow, Russia | 12/10/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,500,000 | | 10 | 12/10/2015 | 365 |
| 14 | Promissory note | db No. 001902 | Moscow, Russia | 12/03/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 2,000,000 | | 10 | 12/03/2015 | 365 |
| 15 | Promissory note | nb No. 000826 | Moscow, Russia | 11/14/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,500,000 | | 10 | 11/16/2015 | 367 |
| 16 | Promissory note | nb No. 000825 | Moscow, Russia | 11/05/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 10 | 05/11/2015 | 365 |
| 17 | Promissory note | ok No. 000813 | Moscow, Russia | 10/10/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 10/12/2015 | 367 |
| 18 | Promissory note | ok No. 000806 | Moscow, Russia | 10/02/2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 10/02/2015 | 365 |
| 19 | Promissory note | sn No. 000798 | Moscow, Russia | 09/08/2014 | FG Life CJSC | | 1,000,000 | | 10 | 09/08/2015 | 365 |
| 20 | Promissory note | av No. 000792 | Moscow, Russia | 08/15/2014 | FG Life CJSC | | 500,000 | | 10 | 08/17/2015 | 367 |
| 21 | Promissory note | av No. 000785 | Moscow, Russia | 08/06/2014 | FG Life CJSC | | 1,500,000 | | 10 | 08/06/2015 | 365 |

1.3. The payment price of the notes is _____ (_____) RUB.

1.4. The Seller guarantees that the securities comprising the subject of this Agreement are genuine and unencumbered by any third-party rights.

1.5. The Parties affirm that this Agreement has been concluded in compliance with the requirements of the current laws of the Russian Federation.

2. Purchase and Payment Terms and Conditions, Payment Procedure

2.1. The securities specified in clause 1.2 of this Agreement shall be paid via a transfer of funds by the Buyer in the amount of _____ (_____) RUB to the Noteholder's settlement account indicated in Article 7 of this Agreement.
Payment shall be made according to the schedule below:

| Date | Amount (USD) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

Buyer's obligations to pay for the notes specified in clause 1.2 of this Agreement shall be considered fulfilled from the time the funds are credited to Seller's settlement account specified in Article 7 of the Agreement.

2.2. The Noteholder shall transfer the original notes specified in clause 1.2, with a blank endorsement with the stipulation "without recourse to me," no later than the day after receipt of the Buyer's funds in payment of the note in the Noteholder's settlement account specified in Article 7 of the Agreement. A Statement of Transfer and Acceptance, which is an integral part of this Agreement, shall be prepared for the receipt of these funds.

3. Liability of the Parties

3.1. The Parties shall be liable for the performance of obligations under this Agreement in accordance with the current laws of the Russian Federation.
3.2. If the amount indicated in clause 1.3 of the Agreement in payment of all of the notes does not arrive by the date specified in clause 2.1 of the Agreement, the Noteholder may unilaterally terminate this Agreement. The obligations of the Noteholder under the Agreement shall cease from the time of its termination on the grounds provided in this clause of the Agreement.

4. Force Majeure

4.1. In the event of force majeure circumstances, the Parties of this Agreement shall be released from liability for non-performance of their assumed obligations and the Agreement shall be considered terminated if within a two-day period from the time of the onset of said circumstances the Party affected thereby makes the other Party aware of what has taken place.

5. Dispute resolution procedure

5.1. All disputes arising during the performance of this Agreement shall be sent to the Arbitrazh Court of the City of Moscow for examination and resolution.

6. Effective Term of the Agreement and Procedure for Changing the Effective Term

6.1. This Agreement shall enter into force from the time of its signing by the parties and shall remain in force until the Parties' full performance of their obligations hereunder.

6.2. No changes and additions to this Agreement shall be unless executed in writing and signed by representatives of each Party who are authorized to do so.

6.3. The Parties shall inform each other in a timely manner regarding changes in legal status, address, or details. Otherwise, the guilty Party shall be responsible for the adverse consequences.

6.4. This Agreement has been prepared in 2 counterparts, having identical legal force: one shall be kept by the Noteholder, the other by the Buyer.

7. Addresses, Details, and Signatures of the Parties

| NOTEHOLDER | BUYER |
|---|---|
| Kamo Kimovich Avagumyan | Alexander Dmitrievich Zheleznyak |
| Registered address: Russia, Moscow, ul. Alabyana, d. 3, kv. 110 | Registered address: |
| Banking details: | Banking details: |
| Settlement account_____ | Settlement account_____ |
| Bank_____ | Bank_____ |
| Correspondent account_____ | Correspondent account_____ |
| BIC _____ | BIC _____ |
| _____ (K. K. Avagumyan) | _____ (A. D. Zheleznyak) |

Confidential                                                                                                                                                         AVPE0006141

STATEMENT
of Transfer and Acceptance of Notes
under Note Purchase Agreement No. 1 of December 07, 2015

Moscow                                                                                                          December __, 2015

      Russian Federation citizen Alexander Dmitrievich Zheleznyak, hereinafter referred to as the Buyer, and Russian Federation citizen Kamo Kimovich Avagumyan, hereinafter referred to as the Noteholder, have prepared this statement to attest that:

    1. The Noteholder has transferred, and the Buyer has accepted, the following securities:

    <u>Total:</u> 21 (twenty-one) notes for a note amount of 20,000,000 (twenty million) USD (plus accrued interest of 2,057,465.75 USD) and 5,000,000 (five million) EUR (plus accrued interest of 515,575.34 EUR) for a total purchase price of _____ (_____) USD:

| No. | Document | Series, number | Place of issuance | Issue date | Maker | Surety | Nominal value | | Interest (per annum) | Maturity date | Number Of days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | USD amount | EUR amount | | | |
| 1 | Promissory note | il No. 001962 | Limassol, Cyprus | 07.13.2015 | Vennop Trading LTD | | 500,000 | | 10 | 07.13.2016 | 366 |
| 2 | Promissory note | in No. 001954 | Limassol, Cyprus | 06.29.2015 | Vennop Trading LTD | | 2,000,000 | | 10 | 06.29.2016 | 366 |
| 3 | Promissory note | in No. 001953 | Limassol, Cyprus | 06.22.2015 | Vennop Trading LTD | | 1,500,000 | | 10 | 06.22.2016 | 366 |
| 4 | Promissory note | ap No. 002000 | Limassol, Cyprus | 04.16.2015 | Vennop Trading LTD | | | 700,000 | 10 | 04.18.2016 | 368 |
| 5 | Promissory note | mr No. 001948 | Moscow, Russia | 03.05.2015 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 03.04.2016 | 365 |
| 6 | Promissory note | fv No. 001941 | Moscow, Russia | 02.02.2015 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 02.02.2016 | 365 |
| 7 | Promissory note | yan No. 001937 | Moscow, Russia | 01.19.2015 | FG Life CJSC | AKB Probusinessbank OJSC | 2,500,000 | | 11 | 01.19.2016 | 365 |
| 8 | Promissory note | yan No. 001938 | Moscow, Russia | 01.19.2015 | FG Life CJSC | AKB Probusinessbank OJSC | | 1,500,000 | 11 | 01.19.2016 | 365 |
| 9 | Promissory note | db No. 001936 | Moscow, Russia | 12.29.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 11 | 12.29.2015 | 365 |
| 10 | Promissory note | db No. 001908 | Moscow, Russia | 12.24.2014 | FG Life CJSC | AKB Probusinessbank OJSC | | 2,300,000 | 10 | 12.24.2015 | 365 |
| 11 | Promissory note | db No. 001907 | Moscow, Russia | 12.17.2014 | FG Life CJSC | AKB Probusinessbank OJSC | | 500,000 | 10 | 12.17.2015 | 365 |
| 12 | Promissory note | db No. 001906 | Moscow, Russia | 12.15.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 12.15.2015 | 365 |
| 13 | Promissory note | db No. 001904 | Moscow, Russia | 12.10.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,500,000 | | 10 | 12.10.2015 | 365 |
| 14 | Promissory note | db No. 001902 | Moscow, Russia | 12.03.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 2,000,000 | | 10 | 12.03.2015 | 365 |
| 15 | Promissory note | nb No. 000826 | Moscow, Russia | 11.14.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,500,000 | | 10 | 11.16.2015 | 367 |
| 16 | Promissory note | nb No. 000825 | Moscow, Russia | 11.05.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 1,000,000 | | 10 | 05.11.2015 | 365 |
| 17 | Promissory note | ok No. 000813 | Moscow, Russia | 10.10.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 10.12.2015 | 367 |
| 18 | Promissory note | ok No. 000806 | Moscow, Russia | 10.02.2014 | FG Life CJSC | AKB Probusinessbank OJSC | 500,000 | | 10 | 10.02.2015 | 365 |
| 19 | Promissory note | sn No. 000798 | Moscow, Russia | 09.08.2014 | FG Life CJSC | | 1,000,000 | | 10 | 09.08.2015 | 365 |
| 20 | Promissory note | av No. 000792 | Moscow, Russia | 08.15.2014 | FG Life CJSC | | 500,000 | | 10 | 08.17.2015 | 367 |
| 21 | Promissory note | av No. 000785 | Moscow, Russia | 08.06.2014 | FG Life CJSC | | 1,500,000 | | 10 | 08.06.2015 | 365 |

    2. This Statement has been prepared in 2 (two) counterparts, one for each of the Parties.

Addresses, Details, and Signatures of the Parties

TRANSFERRED:                                                                         ACCEPTED:

Kamo Kimovich Avagumyan                                                Alexander Dmitrievich Zheleznyak

Registered address: Russia, Moscow, ul. Alabyana, d. 3, kv. 110
Banking details:
Settlement account_____
Bank_____
Correspondent account_____
BIC _____
_____ (K. K. Avagumyan)

Registered address:

Banking details:
Settlement account_____
Bank_____
Correspondent account_____
BIC _____
_____ (A. D. Zheleznyak)

Договор № 1
о приобретении векселя

г. Москва                                                                                                              "07" декабря 2015 г.

Настоящий договор заключен между Гражданином РФ Господином Александром Дмитриевичем Железняком именуемый далее Приобретатель, и
Гражданином РФ Авагумяном Камо Кимовичем, именуемый далее Векселедержатель, совместно именуемые далее Стороны.

1. Предмет договора

1.1. Приобретатель обязуется перечислить Векселедержателю определенную в пункте 1.3 стоимость указанных в пункте 1.2 ценных бумаг, а Векселедержатель обязуется передать Приобретателю ценные бумаги, указанные в пункте 1.2.

1.2. Сведения о ценных бумагах, являющихся предметом настоящего Договора:

| № п/н | Документ | Серия, номер | Место выдачи | Дата выдачи | Векселедатель | Аваль | Номинальная сумма | | Процент (годовых) | Срок оплаты | Кол-во дней |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | сумма $ | сумма Eur | | | |
| 1 | Вексель простой | ип № 001962 | Кипр, Лимассол | 13.07.2015 | Венион Трейдинг ЛТД | | 500 000 | | 10 | 13.07.2016 | 366 |
| 2 | Вексель простой | ин № 001954 | Кипр, Лимассол | 29.06.2015 | Венион Трейдинг ЛТД | | 2 000 000 | | 10 | 29.06.2016 | 366 |
| 3 | Вексель простой | ин № 001953 | Кипр, Лимассол | 22.06.2015 | Венион Трейдинг ЛТД | | 1 500 000 | | 10 | 22.06.2016 | 366 |
| 4 | Вексель простой | ап № 002000 | Кипр, Лимассол | 16.04.2015 | Венион Трейдинг ЛТД | | | 700 000 | 10 | 18.04.2016 | 368 |
| 5 | Вексель простой | мр № 001948 | Россия, Москва | 05.03.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 04.03.2016 | 365 |
| 6 | Вексель простой | фв № 001941 | Россия, Москва | 02.02.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 02.02.2016 | 365 |
| 7 | Вексель простой | ян № 001937 | Россия, Москва | 19.01.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 2 500 000 | | 11 | 19.01.2016 | 365 |
| 8 | Вексель простой | ян № 001938 | Россия, Москва | 19.01.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 1 500 000 | 11 | 19.01.2016 | 365 |
| 9 | Вексель простой | дб № 001936 | Россия, Москва | 29.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 29.12.2015 | 365 |
| 10 | Вексель простой | дб № 001908 | Россия, Москва | 24.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 2 300 000 | 10 | 24.12.2015 | 365 |
| 11 | Вексель простой | дб № 001907 | Россия, Москва | 17.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 500 000 | 10 | 17.12.2015 | 365 |
| 12 | Вексель простой | дб № 001906 | Россия, Москва | 15.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 15.12.2015 | 365 |
| 13 | Вексель простой | дб № 001904 | Россия, Москва | 10.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 500 000 | | 10 | 10.12.2015 | 365 |
| 14 | Вексель простой | дб № 001902 | Россия, Москва | 03.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 2 000 000 | | 10 | 03.12.2015 | 365 |
| 15 | Вексель простой | нб № 000826 | Россия, Москва | 14.11.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 500 000 | | 10 | 16.11.2015 | 367 |
| 16 | Вексель простой | нб № 000825 | Россия, Москва | 05.11.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 10 | 05.11.2015 | 365 |
| 17 | Вексель простой | ок № 000813 | Россия, Москва | 10.10.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 12.10.2015 | 367 |
| 18 | Вексель простой | ок № 000806 | Россия, Москва | 02.10.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 02.10.2015 | 365 |
| 19 | Вексель простой | сн № 000798 | Россия, Москва | 08.09.2014 | ФГ Лайф ЗАО | | 1 000 000 | | 10 | 08.09.2015 | 365 |
| 20 | Вексель простой | ав № 000792 | Россия, Москва | 15.08.2014 | ФГ Лайф ЗАО | | 500 000 | | 10 | 17.08.2015 | 367 |
| 21 | Вексель простой | ав № 000785 | Россия, Москва | 06.08.2014 | ФГ Лайф ЗАО | | 1 500 000 | | 10 | 06.08.2015 | 365 |

1.3. Цены в оплату векселя составляет _____ (_____) рублей

1.4. Продавец гарантирует, что ценные бумаги, составляющие предмет настоящего Договора, являются подлинными и свободными от любых прав третьих лиц.

1.5. Стороны подтверждают, что настоящий Договор заключается с соблюдением требований действующего законодательства Российской Федерации.

2. Условия приобретения и оплаты, порядок расчетов

2.1. Оплата ценных бумаг, указанных в пункте 1.2 настоящего договора, осуществляется путем перевода Приобретателем денежных средств в размере _____ (_____) рублей на расчетный счет Векселедержателя, указанный в статье 7 настоящего Договора.
Оплата должна быть произведена согласно графику ниже:

| Дата/Date | Сумма/Sum (USD $) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Всего/Total | |

Confidential                                                                                                                                   AVPE0006140

Обязательства Приобретателя по оплате векселей, указанных в пункте 1.2 настоящего Договора, считаются исполненными в момент зачисления денежных средств на расчетный счет Продавца, указанный в статье 7 Договора.

2.2. Векселедержатель обязуется передать подлинный экземпляр векселя, указанных в пункте 1.2, с бланковым индоссаментом с оговоркой «без оборота на меня», не позднее следующего дня поступления от Приобретателя денежных средств в счет оплаты векселя на расчетный счет Векселедержателя, указанный в статье 7 Договора, о чем составляется Акт приема-передачи, являющийся неотъемлемой частью настоящего Договора.

### 3. Ответственность сторон

3.1. Стороны несут ответственность за исполнение обязательств по настоящему Договору в соответствии с действующим на территории Российской Федерации законодательством.

3.2 При непоступлении указанной в пункте 1.3 Договора суммы в оплату всех векселей в срок, установленный в п.2.1 Договора, Векселедержатель в одностороннем порядке может расторгнуть настоящий Договор. Обязательства Векселедержателя по Договору прекращаются с момента его расторжения по основаниям, приведенным в настоящем пункте Договора.

### 4. Форс-мажор

4.1. В случае возникновения обстоятельств непреодолимой силы, Стороны настоящего Договора освобождаются от ответственности за неисполнение взятых на себя обязательств и Договор считается расторгнутым, если в двухдневный срок с момента наступления таких обстоятельств Сторона, пострадавшая от их влияния, доведет до сведения другой Стороны известие о случившемся.

### 5. Порядок разрешения споров

5.1. Все споры, возникающие в процессе исполнения настоящего Договора, передаются на рассмотрение и разрешение в Арбитражный суд г.Москвы.

### 6. Срок действия Договора и порядок его изменения

6.1. Договор вступает в силу с момента его подписания и действует до полного исполнения Сторонами своих обязательств.

6.2. Все изменения и дополнения к настоящему Договору действительны лишь в том случае, если они совершены в письменной форме и подписаны уполномоченными на то лицами каждой из Сторон.

6.3. Стороны обязуются своевременно информировать друг друга об изменении юридического статуса, адреса, реквизитов. В противном случае, виновная сторона несет ответственность за отрицательные последствия.

6.4. Настоящий Договор составлен в 2-х экземплярах, имеющих одинаковую юридическую силу: один хранится у Векселедержателя, другой - у Приобретателя.

### 7. Адреса, реквизиты и подписи Сторон

| ВЕКСЕЛЕДЕРЖАТЕЛЬ | ПРИОБРЕТАТЕЛЬ |
|---|---|
| Авагумян Камо Кимович | Железняк Александр Дмитриевич |
| Адрес регистрации: Россия, Москва, ул. Алабяна, д. 3, кв. 110 | Адрес регистрации: |
| Банковские реквизиты: | Банковские реквизиты: |
| р/с _____ | р/с _____ |
| Банк _____ | Банк _____ |
| к/с _____ | к/с _____ |
| БИК _____ | БИК _____ |
| _____/К. К. Авагумян / | _____/А. Д. Железняк / |

Confidential
AVPE0006141

АКТ
приёма-передачи векселей
по Договору № 1 о приобретении векселя от "07" декабря 2015 г.

г. Москва                                                                                                         "__" декабря 2015 г.

Гражданин РФ Александр Дмитриевич Железняк именуемый далее Приобретатель, и Гражданин РФ Авагумян Камо Кимовичем, именуемый далее Векселедержатель, составили настоящий акт о нижеследующем.

1. Векселедержатель передал, а Приобретатель принял следующие ценные бумаги:

Итого: 21 (двадцать один) вексель на вексельную сумму 20 000 000 (двадцать миллионов) долларов США (плюс начисленные проценты 2 057 465,75 Долларов США) и 5 000 000 (пять миллионов) евро (плюс начисленные проценты 515 575,34 евро) по общей цене приобретения _____ (_____) долларов США:

| п/н | Документ | Серия, номер | Место выдачи | Дата выдачи | Векселедатель | Аваль | Номинальная сумма S | Номинальная сумма Eur | Процент (годовых) | Срок оплаты | Кол-во дней |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Вексель простой | пл № 001962 | Кипр, Лимассол | 13.07.2015 | Венюп Трейдинг ЛТД | | 500 000 | | 10 | 13.07.2016 | 366 |
| 2 | Вексель простой | ип № 001954 | Кипр, Лимассол | 29.06.2015 | Венюп Трейдинг ЛТД | | 2 000 000 | | 10 | 29.06.2016 | 366 |
| 3 | Вексель простой | ип № 001953 | Кипр, Лимассол | 22.06.2015 | Венюп Трейдинг ЛТД | | 1 500 000 | | 10 | 22.06.2016 | 366 |
| 4 | Вексель простой | ап № 002000 | Кипр, Лимассол | 16.04.2015 | Венюп Трейдинг ЛТД | | | 700 000 | 10 | 18.04.2016 | 368 |
| 5 | Вексель простой | мр № 001948 | Россия, Москва | 05.03.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 04.03.2016 | 365 |
| 6 | Вексель простой | фв № 001941 | Россия, Москва | 02.02.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 02.02.2016 | 365 |
| 7 | Вексель простой | ян № 001937 | Россия, Москва | 19.01.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 2 500 000 | | 11 | 19.01.2016 | 365 |
| 8 | Вексель простой | ян № 001938 | Россия, Москва | 19.01.2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 1 500 000 | 11 | 19.01.2016 | 365 |
| 9 | Вексель простой | дб № 001936 | Россия, Москва | 29.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 11 | 29.12.2015 | 365 |
| 10 | Вексель простой | дб № 001908 | Россия, Москва | 24.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 2 300 000 | 10 | 24.12.2015 | 365 |
| 11 | Вексель простой | дб № 001907 | Россия, Москва | 17.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | | 500 000 | 10 | 17.12.2015 | 365 |
| 12 | Вексель простой | дб № 001906 | Россия, Москва | 15.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 15.12.2015 | 365 |
| 13 | Вексель простой | дб № 001904 | Россия, Москва | 10.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 500 000 | | 10 | 10.12.2015 | 365 |
| 14 | Вексель простой | дб № 001902 | Россия, Москва | 03.12.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 2 000 000 | | 10 | 03.12.2015 | 365 |
| 15 | Вексель простой | нб № 000826 | Россия, Москва | 14.11.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 500 000 | | 10 | 16.11.2015 | 367 |
| 16 | Вексель простой | нб № 000825 | Россия, Москва | 05.11.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 1 000 000 | | 10 | 05.11.2015 | 365 |
| 17 | Вексель простой | ок № 000813 | Россия, Москва | 10.10.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 12.10.2015 | 367 |
| 18 | Вексель простой | ок № 000806 | Россия, Москва | 02.10.2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | 500 000 | | 10 | 02.10.2015 | 365 |
| 19 | Вексель простой | сн № 000798 | Россия, Москва | 08.09.2014 | ФГ Лайф ЗАО | | 1 000 000 | | 10 | 08.09.2015 | 365 |
| 20 | Вексель простой | ав № 000792 | Россия, Москва | 15.08.2014 | ФГ Лайф ЗАО | | 500 000 | | 10 | 17.08.2015 | 367 |
| 21 | Вексель простой | ав № 000785 | Россия, Москва | 06.08.2014 | ФГ Лайф ЗАО | | 1 500 000 | | 10 | 06.08.2015 | 365 |

2. Настоящий Акт составлен в 2 (Двух) экземплярах по одному для каждой из Сторон

Адреса, реквизиты и подписи Сторон

ПЕРЕДАЛ:                                                                                        ПРИНЯЛ:

Авагумян Камо Кимович                                                         Железняк Александр Дмитриевич

Адрес регистрации: Россия, Москва, ул. Алабяна, д. 3, кв. 110                    Адрес регистрации:

Банковские реквизиты:                                                            Банковские реквизиты:
р/с _____                                                        р/с _____
Банк _____                                                        Банк _____
к/с _____                                                        к/с _____
БИК _____                                                         БИК _____
_____/К. К. Авагумян /                                                 _____ /А. Д. Железняк /

Confidential                                                                                                                AVPE0006142



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
                   )
                   ) ss
                   )
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0006140–AVPE0006142.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this  25   day of   January  , 20 17 .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York           Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500
London             Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143