# EXHIBIT 65

| СОГЛАШЕНИЕ О ПОРЯДКЕ ПОГАШЕНИЯ ЗАДОЛЖЕННОСТИ | DEED OF ARRANGMENT |
|---|---|
| Настоящее соглашение подписано 18 ноября 2015 года по результатам переговоров между: | This agreement has been signed on November 18, 2015 as a result of negotiation between: |
| Гражданами РФ Господином Александром Дмитриевичем Железняком и Господином Сергеем Леонидовичем Леонтьевым, совместно именуемые далее **Заемщики**, и | Russian citizens Mr. Alexander D. Zheleznyak and Mr. Sergey L. Leontiev, together called to as the **Borrowers**, and |
| Авилон Автомобильная Группа Акционерным обществом, созданным и действующим в соответствии с законом РФ и Гражданом РФ Господином Авагумяном Камо Кимовичем, совместно именуемые далее **Займодавцы,** | Avilon Automotive Group, stock company registered and existing under the law of Russian federation and Russian citizen Mr. Kamo K. Avagumyan, together called to as the **Lenders,** |
| ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО: | WHEREAS |
| Займодавцы, напрямую или с участием своих Аффилированных компаний, предоставили Заемщикам, напрямую или их Аффилированным компаниям, ряд займов в различных формах на общую сумму 65 000 000 $ (шестьдесят пять миллионов долларов США); | The Lenders, directly or with its affiliates, have provided to the Borrowers, directly or to their affiliated companies, a number of loans in various forms for a total amount of $ 65,000,000 (sixty-five million US dollars); |
| Заемщики настоящим подтверждают свою готовность исполнить свои обязательства по возврату полученных сумм займа, для чего Стороны обсуждают механизм возврата по каждому выданному займу; | The Borrowers hereby confirms its willingness to fulfill its obligations of repaying the received amount of loans, and the Parties are considering the return mechanism for each provided loan; |
| Стороны пришли к соглашению, что не позднее 30 ноября 2015 года согласуют и подпишут, в том числе, но не ограничиваясь, необходимую документацию о переводе долга или уступки прав требования долга в отношении лиц, по которым это будет необходимо для целей возврата займов Займодавцам в полном объеме. | The parties have agreed that not later than November 30, 2015 they will sign, including, but not limited, all necessary documentation of debt transfer or debt cession in respect of persons for which it will be necessary for the purpose of repayment of loans by the Lender in full. |
| Стороны подтверждают следующий график возврата займа: | The parties have agreed the following schedule of loan repayment: |

| Дата/Date | Сумма/Sum (USD $) | Сумма начисленных /calculated interest % ( USD $) |
|---|---|---|
| 15.01.16 | 13 000 000 | 87 000 |
| 15.03.16 | 12 000 000 | 299 000 |

1

PLAINTIFF'S EXHIBIT 57 12/20/16

AVP0002718

| | | |
|---|---|---|
| 15.05.16 | 12 000 000 | 234 000 |
| 15.07.16 | 12 000 000 | 164 000 |
| 15.10.16 | 8 000 000 | 141 000 |
| 15.01.17 | 5 000 000 | 71 000 |
| 15.04.17 | 3 000 000 | 26 000 |
| **Всего/Total** | 65 000 000 | 1 022 000 |

Настоящее соглашение регулируется правом Англии и Уэльса и заключено в форме официального документа за подписью и печатью.

This agreement is governed by the law of England and Wales and executed as a deed.

**ЗАЕМЩИКИ/BORROWERS**

_____ /А. Д. Железняк /A. D. Zheleznyak/

_____ /С. Л. Леонтьев /S. L. Leontiev/

В присутствии свидетеля/in presence of the witnesses

_____ / _____ /

**ЗАЙМОДАВЦЫ/LENDERS**

За и от имени АО Авилон АГ /For and on behalf of AO Avilon AG
Финансовый Директор/Finance director

_____ / И. Н. Монахова /I. N. Monakhova/

_____ /К. К. Авагумян /K. K. Avagumyan/

В присутствии свидетеля/in presence of the witnesses

_____ / _____ /

AVP0002719