# EXHIBIT 66

Message

| | | |
|---|---|---|
| **From:** | Popov Vitaliy Nikolayevich | [vitaliy.popov@avilon.ru] |
| **Sent:** | 12/08/2015 09:04:43 p.m. | |
| **To:** | Monakhova Irina Nikolayevna | [irina.monakhova@avilon.ru] |
| **CC:** | Varshavsky Alexander Lazaryevich | [av@avilon.ru] |
| **Subject:** | FW: Documents | |

Irina Nikolayevna,

I am sending Maxim's letter with our version of the response.
Maxim also says that they can't get responses to letters from Robert.

_____

Respectfully yours,
**Popov Vitaliy Nikolayevich**
Director, Legal Department
**Avilon Automotive Group JSC**
109316 Moscow, Volgograd Prospekt, d. 43, k. 3
Tel:      + 495 781-8199 ext.: 7040
Fax:     +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:    www.avilon.ru



Click here to get the latest news

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Tuesday, December 08, 2015 9:09 AM
**To:** Popov Vitaliy Nikolayevich
**Subject:** Re: Documents

Vitaliy, good morning!

The idea is clear. Let's try to discuss this quickly with the signers.
In any event, you and I cannot avoid the U.S. attorneys because of the tax issues that arise.
Attorneys in the U.S. have been hired additionally in order to work on this issue. Who would it be best for them to communicate with? With Robert? He hasn't answered several of the latest messages from Covington.
I am available, too.

Respectfully yours,

Maxim

On Monday, December 7, 2015, user Popov Vitaliy Nikolayevich wrote:

Maxim, good day.

Confidential                                                                                                                                                AVPE0004244

We came up with a simple proposal that, on the one hand, removes your concerns that the amounts payable will be doubled (since the agreement we previously sent did not contain a specific list of the grounds) and, on the other hand, will correspond to the actual relationships, and, thirdly, will not raise any questions with tax authorities.

We propose that you review the possibility of documenting these relationships by making agreements under which the persons specified acquire the relevant promissory notes and claims from the current holders. That said, we can establish the agreed-on schedule.
We will be prepared to transfer the papers after payment, of course.

I do not see any reasons why we can't use this option. Please let [me] know your point of view in the near future. If you are not completely opposed, we will submit draft documents, theoretically they are almost ready, just need to spread out the amounts between your two purchasers.

_____
Respectfully yours,
**Popov Vitaliy Nikolayevich**
Director, Legal Department
**Avilon Automotive Group JSC**
109316 Moscow, Volgograd Prospekt, d. 43, k. 3
Tel:      + 495 781-8199 ext.: 7040
Fax:     +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:    www.avilon.ru



Click here to get the latest news

> **From:** Maxim Shamis [mailto:5391146@gmail.com]
> **Sent:** Sunday, November 29, 2015 4:42 PM
> **To:** Popov Vitaliy Nikolayevich
> **Subject:** Documents
>
>
> Vitaliy, good day!

Confidential                                                                                                                                      AVPE0004245

I am sending the main part of the documents. For RIF, approximately 3 million was paid, however the promissory notes have not been returned yet. That needs to be taken into consideration at the time of the transaction.

In this message I am sending you copies of the Promissory Notes.

In the next message, copies of the supplemental agreements. It is my understanding that there were a lot of them, I am sending the latest ones. I hope to get the actual loan agreements tomorrow and will forward them.

I want to draw [your] attention to the fact that your party has all the documents.

Confidential

| | |
|---|---|
| **From:** | Попов Виталий Николаевич [vitaliy.popov@avilon.ru] |
| **Sent:** | 08/12/2015 09:04:43 |
| **To:** | Монахова Ирина Николаевна [irina.monakhova@avilon.ru] |
| **CC:** | Варшавский Александр Лазаревич [av@avilon.ru] |
| **Subject:** | FW: документы |

Ирина Николаевна,

Направляю письмо Максима с ответом по нашему варианту.
Также Максим сообщает, что они не могут получить ответы на письма от Роберта.

С уважением,
**Попов Виталий Николаевич**
Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:  +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Tuesday, December 08, 2015 9:09 AM
**To:** Попов Виталий Николаевич
**Subject:** Re: документы

Виталий, доброе утро!

Идея понятна. Давайте оперативно постараюсь обсудить с подписантами.
В любом случае нам с Вами не избежать юристов из US ввиду возникающих налоговых вопросов.
Дополнительно привлечены юристы, находящиеся в US, чтобы проработать данный вопрос. С кем им лучше осуществлять коммуникации? С Робертом? Он на несколько последних писем от Covington не ответил.
Я также на связи.

С уважением,

Максим

понедельник, 7 декабря 2015 г. пользователь Попов Виталий Николаевич написал:

Максим, добрый день,

Confidential

AVPE0004244

У нас родилось простое предложение, которое с одной стороны снимает ваши опасения о том, что суммы, подлежащие возврату, будут задвоены (поскольку ранее направленное нами соглашение не содержало четкого перечня оснований), с другой стороны будет полностью соответствовать фактическим отношениям, с третьей стороны не вызовет каких-либо вопросов у налоговых органов.

Мы предлагаем вам рассмотреть вопрос оформления соответствующих отношений путем заключения договоров, по которым указанные физические лица приобретут соответствующие векселя и права требования у нынешних держателей. При этом мы можем установить оговоренный график. Бумаги мы будем готовы передать после оплаты разумеется.

Я не вижу каких-либо причин, по которым мы не можем использовать этот вариант. Сообщите пож-та Вашу точку зрения в ближайшее время. Если вы принципиально не против, мы представим проекты документов, в принципе они почти готовы, нужно только разнести суммы между вашими двумя приобретателями.

С уважением,
**Попов Виталий Николаевич**
Руководитель юридического департамента
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:   +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Sunday, November 29, 2015 4:42 PM
**To:** Попов Виталий Николаевич
**Subject:** документы

Виталий, добрый день!

Confidential                                                                                                                                       AVPE0004245

Направляю основную часть документов. По РИФу было выплачено около 3 млн, однако векселя пока не вернули. Это нужно будет учесть в момент сделки.

В данном письме направляю копии Векселей.

В следующем письме копии доп соглашений. Я так понимаю, что их было много, направляю последние. Сами договоры займа завтра надеюсь получить и перешлю.

Хочу обратить внимание, что все документы есть у Вашей стороны.

Confidential
AVPE0004246



translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         )    ss
COUNTY OF NEW YORK       )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0004244–AVPE0004246.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25th day of January, 20 17.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York          Washington, D.C.     Chicago            Houston            San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris                Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143