# EXHIBIT 67

Message

| | |
|---|---|
| **From:** | Irina Nikolaevna Monakhova  [/o=avilon-nymm/ou=Exchange Adminsitrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=irina.monakhova] |
| on behalf of | Irina Nikolaevna Monakhova  [/o=avilon-nymm/ou=Exchange Adminsitrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=irina.monakhova] |
| **Sent:** | 12/23/2015 10:16:53 AM |
| **To:** | Vitaliy Nikolaevich Popov [vitaliy.popov@avilon.ru] |
| **CC:** | Aleksandr Lazarevich Varshavsky [av@avilon.ru] |
| **Subject:** | FW: Ambika |

And then comes paragraph 6. 1, which undercuts everything:

**6.1. This agreement shall enter into force from the time of its signing by the parties and shall remain in force until the Parties' full performance of their obligations hereunder.**

And most importantly, we have the risk of partial performance or obligations. I.e. one sum gets paid, but the other does not. And then who is the creditor is an open-ended question. It can be contested in court.

_____

Regards,
**Irina Nikolaevna Monakhova**
Member of the Management Board of Avilon AG
Financial Director of Avilon Group of Companies
**AVILON GROUP**
Moscow, Volgogradsky prospect, bldg. 43, apt. 2
Tel.:      +7 495 781-8197
Fax:      +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon.ru


Click here for current news

>           **From:** Vitaliy Nikolaevich Popov
>           **Sent:** Wednesday, December 23, 2015 1:13 PM
>           **To:** Irina Nikolaevna Monakhova
>           **Cc:** Aleksandr Lazarevich Varshavsky
>           **Subject:** RE: Ambika
>
>           Irina Nikolaevna,
>
>           Please take note of the following:

Confidential                                                                                                                                                        AVPE0006232

Paragraph 2.4 states: From the moment of full payment under the present agreement the Assignee shall become a new creditor of the Debtor hereunder.

Paragraph 3.5 states: In case of Assignee's nonfulfillment of its obligation to pay as provided by the aforementioned clauses 3.3.1. and 3.3.2, this Agreement shall be considered terminated on the fifteenth day of the respective delay in payment.

---

Regards,
**Vitaliy Nikolaevich Popov**
Head of Legal Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradsky prospect, bldg. 43, apt. 3
Tel.:    +7 495 781-8199, ext.: 7040
Fax:    +7 495 781-7710
E-mail:  vitaliy.popov@avilon.ru
Http:    www.avilon.ru



Click here for current news

**From:** Irina Nikolaevna Monakhova
**Sent:** Wednesday, December 23, 2015 1:10 PM
**To:** Vitaliy Nikolaevich Popov
**Cc:** Aleksandr Lazarevich Varshavskiy
**Subject:** RE: Ambika

Vitaliy,

Under this contract we are assigning a full sum of 27 thousand dollars for a term "until full performance of obligations."

In other words, if the money is not transferred, then Zheleznyak (or an unknown legal entity) and not Ambika will owe the money to us.

In relation to Ambika we can apply to the court and recover the money.

We cannot do anything in relation to Zheleznyak.

This significantly increases our risks compared to current risks, and makes our position worse.

I cannot agree to this contract.

Send me the most recent correspondence with Maxim Shamis.

Confidential                                                                                          AVPE0006233

Regards,
**Irina Nikolaevna Monakhova**
Member of the Management Board of Avilon AG
Financial Director of Avilon Group of Companies
**AVILON GROUP**
Moscow, Volgogradsky prospect, bldg. 43, apt. 2
Tel.:     +7 495 781-8197
Fax:     +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon.ru


Click here for current news

> **From:** Vitaliy Nikolaevich Popov
> **Sent:** Tuesday, December 22, 2015 8:17 PM
> **To:** Irina Nikolaevna Monakhova
> **Subject:** RE: Ambika
>
> Attached.
>
> Regards,
> **Vitaliy Nikolaevich Popov**
> Head of Legal Department
> **Avilon Automobile Group JSC**
> 109316, Moscow, Volgogradsky prospect, bldg. 43, apt. 3
> Tel.:     +7 495 781-8199, ext.: 7040
> Fax:     +7 495 781-7710
> E-mail:  vitaliy.popov@avilon.ru
> Http:    www.avilon.ru
>
> 
> Click here for current news
>
>> **From:** Monakhova Irina Nikolaevna
>> **Sent:** Tuesday, December 22, 2015 8:12 PM
>> **To:** Vitaliy Nikolaevich Popov
>> **Subject:** RE: Ambika
>>
>> Send the final version.
>>
>> Regards,

Irina Nikolaevna Monakhova
Member of the Management Board of Avilon AG
Financial Director of Avilon Group of Companies
**AVILON GROUP**
Moscow, Volgogradsky prospect, bldg. 43, apt. 2
Tel.:      +7 495 781-8197
Fax:      +7 495 730-4449
E-mail:   irina.monakhova@avilon.ru
Http:     www.avilon.ru


Click here for current news

**From:** Vitaliy Nikolaevich Popov
**Sent:** Tuesday, December 22, 2015 7:54 PM
**To:** Irina Nikolaevna Monakhova
**Subject:** RE: Ambika

Irina Nikolaevna,

We have done the contract, but not yet sent it. Should we send it?

_____
Regards,
**Vitaliy Nikolaevich Popov**
Head of Legal Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradsky prospect, bldg. 43, apt. 3
Tel.:      +7 495 781-8199, ext.: 7040
Fax:      +7 495 781-7710
E-mail:   vitaliy.popov@avilon.ru
Http:     www.avilon.ru


Click here for current news

**From:** Irina Nikolaevna Monakhova
**Sent:** Tuesday, December 22, 2015 7:48 PM
**To:** Vitaliy Nikolaevich Popov
**Subject:** RE: Ambika

Yes, they are preparing to send 11 million right now.

And the rest at the end of January.

Confidential                                                                                                              AVPE0006235

Vitaliy, have we done the assignment contract?

The problem is that PBB (more accurately, Zheleznyak) are only willing to transfer the money under the existing contracts.

(they would take the money as it is, and they took it in suitcases, and how can it be returned – immediately "on what grounds…").

But according to the contract with Sanbay they do not owe us anything.

---

Regards,
**Irina Nikolaevna Monakhova**
Member of the Management Board of Avilon AG
Financial Director of Avilon Group of Companies
**AVILON GROUP**
Moscow, Volgogradsky prospect, bldg. 43, apt. 2
Tel.:     +7 495 781-8197
Fax:     +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon.ru



Click here for current news

**From:** Yuliya Yurievna Semyonova
**Sent:** Tuesday, December 22, 2015 7:43 PM
**To:** Irina Nikolaevna Monakhova
**Subject:** Ambika

Irina Nikolaevna

Perhaps it's possible to cement the Ambika loan for 27 million, and if the money arrives, then according to the Sanbay loan.

---

Regards,
**Yuliya Yurievna Semyonova**
Head Accountant
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradsky prospect, bldg. 43, apt. 3
Tel.:     +7 495 781-8199, ext.: 2060
Fax:     +7 495 781-7710
E-mail:  juliya.semenova@avilon.ru
Http:    www.avilon.ru

Confidential                                                                                                                                        AVPE0006236


Click here for current news

Confidential

AVPE0006237

| | |
|---|---|
| **Message** | |
| From: | Монахова Ирина Николаевна [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=irina.monakhova] |
| on behalf of | Монахова Ирина Николаевна [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=irina.monakhova] |
| Sent: | 23/12/2015 10:16:53 |
| To: | Попов Виталий Николаевич [vitaliy.popov@avilon.ru] |
| CC: | Варшавский Александр Лазаревич [av@avilon.ru] |
| Subject: | RE: Амбика |

А потом идет пункт 6.1, который все перечеркивает.

6.1. Настоящий договор вступает в силу с момента его подписания сторонами и действует до полного исполнения ими своих обязательств по настоящему договору.

И самое главное, у нас есть риск частичного исполнения обязательств. Т.е. одну сумму оплатят, а другую – нет

И тогда кто кредитор – вопрос неоднозначный. Его можно оспаривать в суде.

С уважением,
**Монахова Ирина Николаевна**
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:   +7 495 781-8197
Факс:  +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Попов Виталий Николаевич
**Sent:** Wednesday, December 23, 2015 1:13 PM
**To:** Монахова Ирина Николаевна
**Cc:** Варшавский Александр Лазаревич
**Subject:** RE: Амбика

Ирина Николаевна,

Пожалуйста обратите внимание на следующее:

Confidential

AVPE0006232

В пункте 2.4. указано - С момента полной оплаты по настоящему договору Цессионарий становится новым кредитором Должника по договору.

В пункте 3.5. указано - В случае не выполнения Цессионарием своих обязательств по оплате, предусмотренных вышеуказанным п. 3.3.1., 3.3.2 настоящий договор считается расторгнутым на пятнадцатый день соответствующей задержки в оплате.

---

С уважением,

Попов Виталий Николаевич

Руководитель юридического департамента

АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.: +7 495 781-8199 доб.: 7040
Факс: +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http: www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Wednesday, December 23, 2015 1:10 PM
**To:** Попов Виталий Николаевич
**Cc:** Варшавский Александр Лазаревич
**Subject:** RE: Амбика

Виталий,

По этому договору мы делаем уступку на полную сумму 27 тыс долларов на срок « до полного исполнения обязательств ».

Т.е. если деньги не будут перечислены , то нам их будет должен Железняк ( или непонятное юридическое лицо ), а не Амбика.

По Амбике мы можем обратиться в суд и разыскать деньги.

По Железняку мы не можем ничего.

Это существенно повышает наши риски по сравнению с существующими . И ухудшает наше положение.

Я не могу согласовать этот договор.

Пришли мне последнюю переписку с Максимом Шамис.

Confidential

AVPE0006233

С уважением,

Монахова Ирина Николаевна

Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т., д.43, к.2
Тел..     +7 495 781-8197
Факс:    +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Попов Виталий Николаевич
**Sent:** Tuesday, December 22, 2015 8:17 PM
**To:** Монахова Ирина Николаевна
**Subject:** RE: Амбика

Во вложении

С уважением,

Попов Виталий Николаевич

Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:    +7 495 781-8199 доб.: 7040
Факс:   +7 495 781-7710
E-mail: vitally.popov@avilon.ru
Http:    www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Tuesday, December 22, 2015 8:12 PM
**To:** Попов Виталий Николаевич
**Subject:** RE: Амбика

Пришли окончательную версию.

С уважением,

Confidential

AVPE0006234

Монахова Ирина Николаевна
Член Правления Авилон АГ
Финансовый Директор ГК Авилон
AVILON GROUP
Москва, Волгоградский пр-т., д.43, к.2
Тел.:   +7 495 781-8197
Факс:  +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Попов Виталий Николаевич
**Sent:** Tuesday, December 22, 2015 7:54 PM
**To:** Монахова Ирина Николаевна; Семенова Юлия Юрьевна
**Subject:** RE: Амбика

Ирина Николаевна,

Договор сделали, но не отправлял еще. Отправлять?

С уважением,
Попов Виталий Николаевич
Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:  +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Tuesday, December 22, 2015 7:48 PM
**To:** Семенова Юлия Юрьевна; Попов Виталий Николаевич
**Subject:** RE: Амбика

Да они будто бы вот- вот собираются выслать 11 млн.

И остальное – в конце января.

Confidential

AVPE0006235

Виталий, сделали договора уступки?

Проблема в том, что ПББ (точнее те Железняк), они готовы перечислять деньги только по существующим договорам.

(они бы так деньги брали, а то брали в чемоданчиках, а как возвращать – так сразу «на каком основании...»).

А по договору с Санбэй они нам ничего не должны.

---

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон
**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:   +7 495 781-8197
Факс:  +7 495 730-4449
E-mail: irina.monakhova@avilon.ru
Http:   www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Семенова Юлия Юрьевна
**Sent:** Tuesday, December 22, 2015 7:43 PM
**To:** Монахова Ирина Николаевна
**Subject:** Амбика

Ирина Николаевна

А может все-таки забетонировать займ Амбики на 27 млн. и если деньги придут, то по займу Санбэй

---

С уважением,

**Семенова Юлия Юрьевна**

Главный бухгалтер
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т, д.43, к.3
Тел.:   +7 495 781-8199 доб.: 2060
Факс:  +7 495 781-7710
E-mail: juliya.semenova@avilon.ru
Http:   www.avilon.ru

Confidential

AVPE0006236



Кликните здесь, чтобы узнать актуальные новости

Confidential

AVPE0006237



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. AVPE0006232–AVPE0006237.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 25 day of January, 20 17.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York           Washington, D.C.    Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267  t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500
London             Paris               Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143