# **EXHIBIT 69**

| | |
|---|---|
| **From:** | Robert Stahl |
| **To:** | Weigel, Robert |
| **Subject:** | FW: Urgent: Debt confirmation (part 1) |
| **Date:** | Wednesday, January 20, 2016 1:12:55 PM |
| **Attachments:** | Add agrt 7.pdf |
| | Agrt 09122014.pdf |
| | Loan agrt 18122008.pdf |
| | Add agrt 5.pdf |
| | Add agrt 6.pdf |

Bob,

I am back in my office from court, can we speak this afternoon? How is 2 or 2:30?

This is 1 of 3 emails with the documents we discussed.

Regards,

*Robert G. Stahl*

Law Offices of Robert G. Stahl, LLC
220 St. Paul Street
Westfield, N.J. 07090
(Office) 908.301.9001
(Cell)    908.591.1101
rstahl@stahlesq.com
http://www.stahlesq.com

This e-mail is designed for general information only. The information presented should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This e-mail may contain privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments.

CIRCULAR 230 DISCLOSURE:
To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 7<br>К ДОГОВОРУ ЗАЙМА № 1812/08 от 18/12/2008 | ADDITIONAL AGREEMENT #7<br>TO LOAN AGREEMENT # 1812/08 dated 18/12/2008 |
|---|---|
| г. Москва                      09/12/2014 г. | Moscow                        09/12/2014 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number НЕ 179580, date of incorporation 04.07.2006), hereinafter referred to as the Borrower, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 21.11.2014 по 09.12.2014 по **Договору займа № 1812/08 от 18/12/2008** из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:<br><br>• Сумма основного долга по состоянию на 09.12.2014 составляет 19 900 000,00 долларов США, что составляет с учетом проведенной конверсии 16 214 454.49 евро;<br>• Сумма начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 составляет 124 306,85 долларов США, что с учетом проведенной конверсии составляет 101 284,81 евро.<br>2) Изменить срок действия Договора займа № **1812/08 от 18/12/2008** до 09/12/2014 включительно. | 1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 under **Loan agreement # 1812/08 dated December 18, 2008** from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br><br>• Principal loan amount as of 09.12.2014 is USD 19,900,000.00, which upon agreed conversion will be equal to EUR 16,214,454.49;<br>• Sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 is USD 124,306.85, which upon agreed conversion will be equal to EUR 101,284.81.<br><br>2) To amend the validity period of the Loan Agreement # **812/08 dated December 18, 2008** till 09/12/2014 inclusively. |
| 3) Изменить пункт 3.1. Договора займа № 1812/08 от 18/12/ 2008:<br><br>«3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в евро на счет Заимодавца». | 3) To amend paragraph 3.1. of the Loan Agreement # 1812/08 dated December 18, 2008:<br><br>"3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу с момента его подписания Сторонами и является неотъемлемой составной частью Договора займа № 1812/08 от 18/12/ 2008. | 5) The present Agreement shall come into force after it is signed by the Parties and form an integral part of the Loan Agreement # 1812/08 dated December 18, 2008. |

| | |
|---|---|
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| 8) ПОДПИСИ СТОРОН ЗАИМОДАВЕЦ: ЗАО " Авилон АГ" /Ирина Монахова/ | 8) SIGNATURES OF THE PARTIES THE LENDER: JSC "Avilon AG" /Irina Monakhova/ |
| ЗАЕМЩИК: AMBIKA INVESTMENTS LIMITED /Петрос Ливаниос/ | THE BORROWER: AMBIKA INVESTMENTS LIMITED /Petros Livanios/ |

| СОГЛАШЕНИЕ | AGREEMENT |
|---|---|
| г. Москва                    09/12/2014 г. | Moscow                           09/12/2014 |

Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николасвны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и
AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее Соглашение о нижеследующем:

1) В связи с увеличением суммы займа по Договору займа № 0109/11 от 01.09.2011 года (дополнительное соглашение № 6 от 09.12.2014) обязательства Заемщика по возврату основной суммы займа по Договору займа № 1812/08 от 18.12.2008 года в размере EUR 16 214 454,49 (Шестнадцать миллионов двести четырнадцать тысяч четыреста пятьдесят четыре 49/100) евро и начисленных и подлежащих выплате процентов за период с 21.11.2014 по 09.12.2014 в размере 101 284,81 (Сто одна тысяча двести восемьдесят четыре 81/100) евро считать исполненными 09.12.2014 в полном объеме.

2) Данное соглашение вступает в силу с момента его подписания Сторонами.
3) В случае разногласий, приоритет имеет текст на русском языке.
4) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), все из которых обладают одинаковой юридической силой.

5) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

JSC "Avilon AG" (INN 7705133757, KPP 774901001 date of hereinafter referred to as the **Lender**, represented b Monakhova Irina Nikolaevna , acting on the basis of th Power of Attorney # 92/2013 dated 11.07.2013, on the on hand, and

AMBIKA INVESTMENTS LIMITED (reg. Number HI 179580, date of incorporation 04.07.2006), hereinafte referred to as the **Borrower**, represented by its Directo Petros Livanios, acting on the basis Memorandum anc Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this Agreement on the following:

1) Owing to the increase of the Loan amount under the **Loan Agreement № 0109/11 dated 01/09/2011** (additional agreement № 6 dated 09.12.2014), consider the Borrower's obligation to repay the principal loan sum under **Loan agreement № 1812/08 dated 18/12/2008** in amount of EUR 16,214, 454.49 (Sixteen million two hundred fourteen thousand four hundred fifty four  49/100) and sum of accrued and payable interest for the period from 21.11.2014 till 09.12.2014 in amount of EUR 101,284.81 (One hundred one thousand two hundred eighty four 81/100) fully discharged on 09.12.2014 in full.

2) The present Agreement shall come into force after it is signed by the Parties.
3) For the avoidance of doubt, the text in the Russian language shall prevail.
4) This agreement is made in two copies (one for each party) of equal legal effect.

5) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/



| ДОГОВОР ЗАЙМА № 1812/08 | LOAN AGREEMENT № 1812/08 |
|---|---|
| г. Москва               18 декабря 2008г. | Moscow               18 December 2008 |

ЗАО "Нью-Йорк Моторс – Москва" (ИНН 7705133757, КПП 772201001), именуемое в дальнейшем Заимодавец, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности №12 от 17.11.2006, с одной стороны, и AMBIKA INVESTMENTS LIMITED (рег. Номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем Заемщик в лице Директора Петроса Ливаниоса действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящий договор о нижеследующем:

1. ПРЕДМЕТ ДОГОВОРА

1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 19900000 (Девятнадцать миллионов девятьсот тысяч) долларов США в течении 3 дней с момента подписания договора на срок до 19.12.2009 г. включительно, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты).
1.2. Заем предоставляется Заемщику на пополнение оборотных средств.

2 УСЛОВИЯ ПРЕДОСТАВЛЕНИЯ ЗАЙМА

2.1. Займ предоставляется путем перечисления денежный средств Заимодавцем на счет Заемщика № 40807840400000030269 в ОАО АКБ "Пробизнесбанк". Датой получения Займа считается дата получения денежных средств на указанный счет Заемщиком и подтверждается выпиской с этого счета.
2.2. Процентная ставка за пользование Займом устанавливается в размере 14 (Четырнадцать) процентов годовых.
2.3. Проценты за пользование Займом начисляются на остаток ссудной задолженности по Займу, установленной на начало операционного дня, в который осуществляется начисление процентов.
Указанное начисление процентов производится исходя из фактического количества дней пользования Займом и процентной ставки, установленной в п.п. 2.2. настоящего Договора, и распространяется на период с даты, следующей за датой предоставления Займа, по дату погашения ссудной задолженности по Займу включительно.

3. ПОРЯДОК И СРОКИ ВОЗВРАТА ЗАЙМА И УПЛАТЫ ПРОЦЕНТОВ

3.1. Погашение Займа и процентов осуществляется Заемщиком путем перечисления денежных средств в долларах США на счет Заимодавца.
3.2. Датой исполнения обязательств Заемщика по настоящему договору является дата списания

---

CJSC "New York Motors-Moscow" (INN 7705133757, KPP 772201001 ), date of hereinafter referred to as the Lender, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 12 dated 17.11.2006, on the one hand, and AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580 , date of incorporation 04.07.2006), represented by its Director Petros Livanios , acting on the basis Memorandum and Articles of Association , hereinafter referred to as the Borrower, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this agreement on the following:

1. SUBJECT OF THE AGREEMENT

1.1. Under this Agreement the Lender shall disburse a USD 19900000 (Nineteen million nine hundred thousand) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period till 19/12/2009 г. inclusive, and the Borrower shall repay the principal loan and interest in accordance with the terms and conditions hereof.

1.2. The Loan shall be advanced to the Borrower to replenishment current assets turnover.

2. TERMS AND CONDITIONS OF THE LOAN

2.1. The Loan shall be advanced by the Lender to the Borrower's 40807840400000030269 account with "Probusinessbank". The Loan disbursement date shall be the date of crediting the funds to the Borrower's account with confirmation in the form of the respective account statement.

2.2. The loan interest rate shall be 14 (Fourteen) % p.a.

2.3. The loan interest shall be accrued on the outstanding loan amount as at the beginning of the banking day of the interest accrual.
The interest shall be based on the actual number of days, at the interest rate fixed in p. 2.2 hereof, and this period shall begin on the next day after the Loan disbursement date and last to the Loan repayment date, inclusive.

3. LOAN PRINCIPAL AND INTEREST REPAYMENT

3.1. The Borrower shall repay the Loan by a funds transfer in US Dollars from the account to the Lender's account.
3.2. The Borrower's obligations hereunder shall be considered completed at the date of debiting the funds

| | |
|---|---|
| денежных средств со счета Заемщика на соответствующий счет Займодавца. | from the Borrower's account to the Lender's account. |
| Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: 19/03/09, 19/06/09, 18/09/09. | Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates – 19/03/09, 19/06/09, 18/09/09. |
| Погашение Займа и процентов, начисленных за пользование займом за период с 19/09/09 по 18/12/09, производится Заемщиком одновременно 19/12/09. | Repayment of the loan and interest, added for using by the loan for the period from 19/09/09 till 18/12/09 is made by Borrower at the same time within the 19/12/09 banking day. |
| Заем может быть погашен досрочно без каких либо санкций со стороны Заимодавца к Заемщику, в этом случае проценты за пользование займом уплачиваются Заемщиком одновременно с возвратом займа. | The Borrower may repay the loan in advance without any penalties by the Lender, in this case the interest for using by the loan will be paid by the Borrower simultaneously with principal repayment. |
| 4 ОТВЕТСТВЕННОСТЬ СТОРОН | 4 RESPONSIBILITIES OF THE PARTIES |
| Заемщик обязан возвратить полученный Займ, а также уплатить начисленные проценты в полной сумме и в срок, установленный настоящим Договором. | The Borrower shall repay the loan principal and interest in full and in due time, fixed in this Agreement. |
| В случае невозвращения указанного в п.п. 1.1. Займа в определенный п.п. 1.1. срок, Заемщик уплачивает штраф в размере 0.1% от суммы Займа за каждый день просрочки до дня его возврата Заимодавцу. | In case the Borrower fails to repay the Loan in accordance with its terms and conditions, fixed in p. 1.1. hereof, the Borrower shall pay a penalty of 0.1% of the Loan amount for each day of delay, until the Loan is repaid in full. |
| В случае неисполнения или ненадлежащего исполнения одной из сторон обязательств по настоящему договору, она обязана возместить другой стороне причиненные таким неисполнением убытки. | In case one of the parties is in default hereunder, such defaulting party shall reimburse losses, caused by the default to the other party. |
| Неисполнение одной из сторон условий настоящего договора, приведшие к материальным потерям второй стороны, влечет за собой применение к виновной стороне штрафных санкций в размере нанесенного ущерба и может служить основанием досрочного прекращения договора. | In case one of the parties fails to fulfill terms and conditions hereof, such failure resulting in losses of the other party, the defaulting party shall be subject to penalties, equal to the incurred damage, and this may serve as a ground for an early termination of the Agreement. |
| 5. РАЗРЕШЕНИЕ СПОРОВ | 5. SETTLEMENT OF DISPUTES |
| 5.1. Все споры и разногласия, которые могут возникнуть между сторонами по вопросам, не нашедшим своего разрешения в тексте данного договора, будут разрешаться путем переговоров. | 5.1. All disputes and controversies between the parties with respect to any questions, not stipulated in this agreement, shall be settled through negotiations. |
| 5.2. При не урегулировании в процессе переговоров спорных вопросов, споры разрешаются в порядке, установленном действующим российским законодательством. | 5.2. In case the parties fail to settle any disputes through negotiations, such disputes shall be settled in accordance with the current laws of the Russian Federation. |
| 5.3. Стороны настоящим договариваются об исключительной подсудности Арбитражного суда г. Москвы по спорам, вытекающим из настоящего договора и в связи с настоящим договором. При этом процедура рассмотрения регулируется действующим российским законодательством. | 5.3. The parties agree hereby on exclusive jurisdiction of Moscow Arbitration Court (Moscow, Russia) over all disputes aroused from and connected with this Agreement. The procedure shall be governed by Russian Law. |
| 6. ПРЕКРАЩЕНИЕ ДОГОВОРА | 6. TERMINATION OF THE AGREEMENT |
| 6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного исполнения Сторонами своих обязательств по настоящему Договору. | 6.1. This Agreement shall come into effect, after it is executed by the parties, and it remains valid till the parties fulfill their mutual obligations hereunder. |
| 6.2. Договор может быть прекращен досрочно в случае выполнения Сторонами своих обязательств по настоящему Договору. | 6.2. The parties may terminate this Agreement in advance, in case the parties fulfill their mutual obligations hereunder. |
| 7. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ | 7. CLOSING PROVISIONS |
| 7.1. Любые изменения и дополнения к настоящему договору действительны, при условии, если они совершены в письменной форме и подписаны надлежащим образом уполномоченными | 7.1. Any amendments hereto shall be valid only if they are executed in writing and duly signed by authorized representatives of the parties. |

представителями сторон.

7.2. Все уведомления и сообщения должны направляться в письменной форме.

7.3. Настоящий договор составлен в двух экземплярах, имеющих одинаковую юридическую силу, по одному экземпляру для каждой из сторон.

8. АДРЕСА И РЕКВИЗИТЫ СТОРОН

ЗАИМОДАВЕЦ:
ЗАО "Нью-Йорк Моторс – Москва"

ИНН 7705133757
КПП 772201001
Адрес: Москва, Волгоградский проспект д. 43/1
Счет: 40702840600000011141 в ОАО АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM
Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США
SWIFT: AEIBUS33

/ Монахова Ирина Николаевна /

/Семенова Юлия Юрьевна/

ЗАЕМЩИК:

AMBIKA INVESTMENTS LIMITED

Адрес: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus
Банковские реквизиты:
AMBIKA INVESTMENTS LIMITED
Счет: 40807840400000030269 в ОАО АКБ "Пробизнесбанк"
SWIFT: PRBMRUMM
Кор. счет: 007-37-015 в American Express Ltd, Нью-Йорк, США
SWIFT: AEIBUS33

/Paulos Liyanios/

7.2. All notices and messages shall be provided in writing.

7.3. This Agreement shall be executed in two copies of equal legal effect, one for each party.

8. PARTIES

THE LENDER
CJSC "New York Motors-Moscow"

INN (Taxpayer Identification Number) 7705133757
KPP (Taxpayer Record Validity Code) 772201001
Address: 43/1, Volgogradsky pr-t, Moscow, Russia
USD: Acc. # 40702840600000011141 with Probusinessbank Moscow, Russia, SWIFT code PRBM RU MM, Acc. # 737015 with American Express Bank, New York, NY, USA, SWIFT code AEIB US 33.

/ Monakhova Irina Nikolaevna /

/Semenova Yliya Yr'evna/

THE BORROWER

AMBIKA INVESTMENTS LIMITED

Address: Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus
Banking details:
AMBIKA INVESTMENTS LIMITED
Account: 40807840400000030269 with Probusinessbank
SWIFT: PRBMRUMM
Corr./account: 007-37-015 with American Express Ltd, New York, USA
SWIFT: AEIBUS33


/Paulos Liyanios/

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 5 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011<br>г. Москва                    05/11/2014 г. | ADDITIONAL AGREEMENT # 5 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011<br>Moscow                    05/11/2014 |
|---|---|
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Заимодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и<br>AMBIKA INVESTMENTS LIMITED (рег. номер HE 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna , acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and<br><br>AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Продлить срок действия Договора займа №0109/11 от 01/09/2011 до **05/11/2015 включительно**, изложив п. 1.1 в следующей редакции:<br>«1.1. Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме 7500000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США в течение 3 дней с момента подписания договора на срок до **05.11.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | 1) To extend the validity period of the Loan Agreement № 0109/11 dd. 01/09/2011 till **05/11/2015 inclusively**, by revising p.1.1. as follows:<br>«1.1. Under this Agreement the Lender shall disburse a USD 7500000,00 (Seven million five hundred thousand 00/100) loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 05/11/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof». |
| 2) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:<br>«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком на ежеквартальной основе в следующие даты: **05.02.2015, 05.05.2015, 05.08.2015**». | 2) Amend paragraph 3.3. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:<br>"3.3. Repayment of interest, added for using by the loan is made by Borrower on quarterly basis within the following dates: **05.02.2015, 05.05.2015, 05.08.2015**". |
| 3) Изменить пункт 3.4. Договора займа № 0109/11 от 01.09.2011 изложив его в следующей редакции:<br>«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с **06.08.2015** по **05.11.2015**, производится Заемщиком одновременно **05.11.2015**». | 3) Amend paragraph 3.4. of the Loan Agreement № 0109/11 dated 01/09/2011 as follows:<br>"3.4. Repayment of the loan and interest, added for using by the loan for the period from **06.08.2015 till 05.11.2015** is made by Borrower at the same time within the **05.11.2015** banking day". |
| 4) Остальные условия (пункты) Договора займа остаются без изменений. | 4) Other provisions (clauses) of the Loan Agreement shall remain without amendments. |
| 5) Данное соглашение вступает в силу 05.11.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011. | 5) The present Agreement shall come into on 05.11.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011. |
| 6) В случае разногласий, приоритет имеет текст на русском языке. | 6) For the avoidance of doubt, the text in the Russian language shall prevail. |
| 7) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы. | 7) This agreement is made in two copies (one for each party) of equal legal effect. |
| **8) ПОДПИСИ СТОРОН**<br>**ЗАИМОДАВЕЦ:**<br>ЗАО " Авилон АГ"<br><br><br>/Ирина Монахова/ | **8) SIGNATURES OF THE PARTIES**<br>**THE LENDER:**<br>JSC "Avilon AG"<br><br><br>/Irina Monakhova/ |

| | |
|---|---|
| **ЗАЕМЩИК:**<br>AMBIKA INVESTMENTS LIMITED<br><br>_/signature/_<br>/Петрос Ливаниос/ | **THE BORROWER:**<br>AMBIKA INVESTMENTS LIMITED<br><br>_/signature/_<br>/Petros Livanios/ |

| ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 6 К ДОГОВОРУ ЗАЙМА № 0109/11 от 01/09/2011 | ADDITIONAL AGREEMENT # 6 TO LOAN AGREEMENT № 0109/11 dated 01/09/2011 |
|---|---|
| г. Москва                                     09/12/2014 г. | Moscow                                      09/12/2014 |
| Закрытое акционерное общество "Авилон Автомобильная Группа" (ИНН 7705133757, КПП 774901001), именуемое в дальнейшем **Заимодавец**, в лице Монаховой Ирины Николаевны, действующей на основании Доверенности № 92/2013 от 11.07.2013, с одной стороны, и | JSC "Avilon AG" (INN 7705133757, KPP 774901001), date of hereinafter referred to as the **Lender**, represented by Monakhova Irina Nikolaevna, acting on the basis of the Power of Attorney # 92/2013 dated 11.07.2013, on the one hand, and |
| AMBIKA INVESTMENTS LIMITED (рег. номер НЕ 179580, дата регистрации 04.07.2006), именуемое в дальнейшем **Заемщик**, в лице Директора Петроса Ливаниоса, действующего на основании Устава, с другой стороны, а совместно именуемые – Стороны, заключили настоящее дополнительное соглашение о нижеследующем: | AMBIKA INVESTMENTS LIMITED (reg. Number HE 179580, date of incorporation 04.07.2006), hereinafter referred to as the **Borrower**, represented by its Director Petros Livanios, acting on the basis Memorandum and Articles of Association, on the other hand, hereinafter jointly and collectively referred to as the Parties, signed this additional agreement on the following: |
| 1) Сконвертировать основную сумму займа и начисленных за пользование займом процентов за период с 06.11.2014 по 09.12.2014 по Договору займа № 0109/11 от 01/09/2011 из долларов США в евро по согласованному сторонами курсу равному 1 EUR=1.2273USD с 09.12.2014 следующим образом:<br>• Сумма основного долга по состоянию на 09.12.2014 составляет 7 500 000,00 долларов США, что составляет с учетом проведенной конверсии 6 110 975,31 евро;<br>• Сумма начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 составляет 76 849,32 долларов США, что с учетом проведенной конверсии составляет 62 616,57 евро. | 1) To convert the Principal Loan amount and sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 under **Loan agreement # 0109/11 dated 01/09/2011** from USD to EUR by agreed cross rate equal to 1 EUR=1.2273USD starting from 09.12.2014, as follows:<br>• Principal loan amount as of 09.12.2014 is USD 7,500,000.00, which upon agreed conversion will be equal to EUR 6,110,975.31;<br>• Sum of accrued and payable interest for the period from 06.11.2014 till 09.12.2014 is USD 76,849.32, which upon agreed conversion will be equal to EUR 62,616.57. |
| 2) Увеличить сумму Займа по **Договору займа № 0109/11 от 01/09/2011** на сумму:<br>• начисленных и подлежащих выплате процентов за период с 06.11.2014 по 09.12.2014 в размере 62 616,57 (Шестьдесят две тысячи шестьсот шестнадцать 57/100) евро;<br>• 16 315 739,30 (Шестнадцать миллионов триста пятнадцать тысяч семьсот тридцать девять 30/100) евро (сумма займа и процентов по Договору займа № 1812/08 от 18/12/2008), | 2) To increase the amount of a Loan under **Loan agreement # 0109/11 dated 01/09/2011** by the sum of:<br>• accrued and payable interest for the period from 06.11.2014 till 09.12.2014 in amount of EUR 62,616.57 (Sixty two thousand six hundred sixteen 57/100);<br>• EUR 16,315,739.30 (sixteen million three hundred fifteen thousand seven hundred thirty nine 30/100) (principal loan and sum of interest under Loan agreement # 1812/08 dd. 18/12/2008), |
| с **09.12.2014** и продлить срок действия Договора займа № 0109/11 от 01/09/2011 до **09.12.2015**, изложив п. 1.1 в следующей редакции: | from **09.12.2014** and to extend the validity period of the Loan Agreement № 0109/11 dated 01/09/2011 till **09.12.2015**, by revising p.1.1. as follows: |
| «1.1. По настоящему Договору Заимодавец передает Заемщику денежные средства на условиях возвратности, платности и срочности в общей сумме **22 489 331,18 (Двадцать два миллиона четыреста восемьдесят девять тысяч триста тридцать один 18/100) евро** в течение 3-х дней с момента подписания договора на срок до **09.12.2015 г. включительно**, а Заемщик обязуется исполнить свои обязательства по настоящему Договору в полном объеме, в том числе возвратить полученные по настоящему Договору денежные средства (далее - Заем) и уплатить проценты за пользование Займом, установленные настоящим Договором (далее - Проценты)». | "1.1. Under this Agreement the Lender shall disburse a **EUR 22,489,331.18 (Twenty two million four hundred eighty nine thousand three hundred thirty one 18/100)** loan to the Borrower during 3 (three) working days from the date of signing present Agreement with repayment period **till 09/12/2015 inclusive**, and the Borrower shall repay the principal loan (hereinafter referred to as the Loan) and interest (hereinafter referred to as the Interest) in accordance with the terms and conditions hereof". |

2) Изменить пункт 2.2. Договора займа №0109/11 от 01/09/2011 изложив его в следующей редакции:
«2.2. Процентная ставка за пользование Займом устанавливается в размере 12 (Двенадцать) процентов годовых».

3) Изменить пункт 3.1. Договора займа № 0109/11 от 01/09/2011 изложив его в следующей редакции:
«3.1. Погашение Займа и процентов осуществлятся Заемщиком путем перечисления денежных средств в евро на счет Заимодавца».

4) Изменить пункт 3.3. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«3.3. Выплата процентов, начисленных за пользование Займом, производится Заемщиком 09.12.2015».

5) Изменить пункт 3.4. Договора займа № 0109/11 от 01/09/2011, изложив его в следующей редакции:

«3.4. Погашение Займа и процентов, начисленных за пользование займом за период с 10/12/2014 по 09/12/2015, производится Заемщиком одновременно 09/12/2015».

6) Остальные условия (пункты) Договора займа остаются без изменений.
7) Данное соглашение вступает в силу 09.12.2014 и является неотъемлемой составной частью Договора займа № 0109/11 от 01/09/2011.
8) В случае разногласий, приоритет имеет текст на русском языке.
9) Данное соглашение составлено в двух экземплярах (по одному – каждой из сторон), одинаковой юридической силы.

10) ПОДПИСИ СТОРОН
ЗАИМОДАВЕЦ: ЗАО " Авилон АГ"

/Ирина Монахова/

ЗАЕМЩИК:
AMBIKA INVESTMENTS LIMITED

/Петрос Ливаниос/

---

2) Amend paragraph 2.2. of the **Loan Agreement** №0109/11 dated 01/09/2011 as follows:
« 2.2. The loan interest rate shall be 12 (Twelve) % p.a.».

3) Amend paragraph 3.1. of the **Loan Agreement** № 0109/11 dated 01/09/2011 as follows:
"3.1. The Borrower shall repay the Loan by a funds transfer in EUR from the account to the Lender's account".

4) To amend paragraph 3.3. of the **Loan Agreement** № 0109/11 dated 01/09/2011, by revising as follows:

"3.3. Repayment of interest, added for using by the loan is made by Borrower on 09.12.2015".

5) To amend paragraph 3.4. of the **Loan Agreement** № 0109/11 dated 01/09/2011, by revising as follows:

"3.4. Repayment of the loan and interest, added for using by the loan for the period from **10/12/2014 till 09/12/2015** is made by Borrower at the same time on **09/12/2015**".

6) Other provisions (clauses) of the Loan Agreement shall remain without amendments.
7) The present Agreement shall come into on 09.12.2014 and form an integral part of the Loan Agreement № 0109/11 dated 01/09/2011.
8) For the avoidance of doubt, the text in the Russian language shall prevail.
9) This agreement is made in two copies (one for each party) of equal legal effect.

10) SIGNATURES OF THE PARTIES
THE LENDER:
JSC "Avilon AG"

/Irina Monakhova/

THE BORROWER:
AMBIKA INVESTMENTS LIMITED

/Petros Livanios/