# EXHIBIT 70

| | |
|---|---|
| **From:** | Robert Stahl <rstahl@stahlesq.com> |
| **Sent:** | Monday, February 01, 2016 3:04 PM |
| **To:** | rweigel@gibsondunn.com; azheleznyak777@gmail.com; Sergei Leontiev; counsel.ww@gmail.com; 'Richard Sapinski'; Xenia Koycheva (koychevax@gmail.com) |
| **Cc:** | 'Richard Sapinski' |
| **Subject:** | FW: Varshavsky Matter |
| **Attachments:** | Bank warranties.pdf |

Bob,

Please see the attached bank warranties.

Regards,

*Robert G. Stahl*

Law Offices of Robert G. Stahl, LLC
220 St. Paul Street
Westfield, N.J. 07090
(Office) 908.301.9001
(Cell)    908.591.1101
rstahl@stahlesq.com
http://www.stahlesq.com

This e-mail is designed for general information only. The information presented should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This e-mail may contain privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments.

CIRCULAR 230 DISCLOSURE:
To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

Confidential                                                                                                                                         SL0002068

# Лайф Финансовая Группа

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ "ПРОБИЗНЕСБАНК"

ул. ПЕТРОВКА, 18/2 стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-2727, ФАКС: +7 (495) 733-9343, customer@prbb.ru, www.prbb.ru
SWIFT: probrumm/customer's S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986
КПП 775001001, ОКПО 17534020, ОКОНХ 96130, РККЦ 2412

№ 127-188

"18" декабря 2008 г.

г. Москва                                           БАНКОВСКАЯ ГАРАНТИЯ

на № 18 декабря 2008 г.                              г. Москва

ЗАО "Нью-Йорк Моторс – Москва"
109316 Москва, Волгоградский проспект д. 43/1

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО), (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором 1812/08 от 18 декабря 2008 (далее – «Договор») компания ЗАО "Нью-Йорк Моторс – Москва", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: 109316, Москва, Волгоградский проспект д. 43/1 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED), (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

* размер займа – 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
* процентная ставка за пользование кредитом – 14.0 (Четырнадцать) процентов годовых;
* срок пользования кредитом – до 19 декабря 2009 г.;
* уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22685749.74 (Двадцать два миллиона шестьсот восемьдесят пять тысяч семьсот сорок девять 74/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 19 декабря 2008 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 23 марта 2009 г. – на сумму, не превышающую 686708.65 (Шестьсот восемьдесят шесть тысяч семьсот восемь 65/100) долларов США.
- ранее чем 23 июня 2009 г. – на сумму, не превышающую 702224.66 (Семьсот две тысячи двести двадцать четыре 66/100) долларов США.
- ранее чем 24 сентября 2009 г. – на сумму, не превышающую 694591.78 (Шестьсот девяносто четыре тысячи пятьсот девяносто один 78/100) долларов США.
- ранее чем 23 декабря 2009 г. – на сумму, не превышающую 20602224.66 (Двадцать миллионов шестьсот две тысячи двести двадцать четыре 66/100) долларов США.

Срок действия настоящей гарантии истекает 18 января 2010 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления _____ А.Д. Железняк

Главный бухгалтер _____ Л.Э. Альперн

SL0002069

# Лайф Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9343, bank@pkb.ru, www.pkb.ru
Swift: prubrumm... S.W.I.F.T. B/C. PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

№ 183-692

"22" Сентября 2009 г.

г. Москва

на № _____

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43/1

## БАНКОВСКАЯ ГАРАНТИЯ

22 СЕНТЯБРЯ 2009 г.                                                                                                  г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором 1809/09 от 18 сентября 2009 (далее — «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/1 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Теклас Лиссиоти, 29 КАССАНДРА ЦЕНТР, 2 этаж, квартира / офис 201 – 202 п/я 3030, Лимассол, Кипр (Cassandra Centre, Office 201&202, 2nd Floor, Theklas Lyssioti, 29, P.C. 3030, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

* размер займа – 2100000.00 (Два миллиона сто тысяч 00/100) долларов США;
* процентная ставка за пользование кредитом – 12.0 (Двенадцать) процентов годовых;
* срок пользования кредитом – до 01 февраля 2010 г.;
* уплата процентов за пользование займом – в конце срока.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 2191134.25 (Два миллиона сто девяносто одна тысяча сто тридцать четыре 25/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения вами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 22 сентября 2009 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее 04 февраля 2010 г.

Срок действия настоящей гарантии истекает 18 февраля 2010 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                    _____                    А.Д.Железняк

Главный бухгалтер                              _____                    Л.Э.Ачьхова

SL0002070

# Лайф Финансовая Группа

**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ "ПРОБИЗНЕСБАНК"**

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3737, ФАКС: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
S.w.i.f.t: probusiness/customers S.W.I.F.T BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17534020, ОКОНХ 96120, РНКО 2412

ЗАО "Авилон Автомобильная Группа"
Москва, Волгоградский проспект д. 43 корп.3

№ ..................

"___" _____ 20 ____ г.                    БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

на № _____
20 ДЕКАБРЯ 2010 г.                                                                                             г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д.3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомляем, что в соответствии с Дополнительным соглашением №3 от 20 декабря 2010 к Договору 1812/08 от 18 декабря 2008 (далее — «Договор») компания ЗАО "Авилон Автомобильная Группа", (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43 корп. 3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED), (далее именуемой «Принципал»), имеющей юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились об изменении срока займа на следующих условиях:

* размер займа - 19900000.00 (Девятнадцать миллионов девятьсот тысяч 00/100) долларов США;
* процентная ставка за пользование кредитом – 11.0 (Одиннадцать) процентов годовых;
* срок пользования кредитом – до 20 декабря 2011 г.;
* уплата процентов за пользование займом – ежеквартально.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, не превышающие в итоге 22089000.00 (Двадцать два миллиона восемьдесят девять тысяч 00/100) долларов США, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 20 декабря 2010 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 24 марта 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем 24 июня 2011 г. – на сумму, не превышающую 545750.68 (Пятьсот сорок пять тысяч семьсот пятьдесят 68/100) долларов США;
- ранее чем 24 сентября 2011 г. – на сумму, не превышающую 551747.90 (Пятьсот пятьдесят одна тысяча семьсот сорок семь 90/100) долларов США;
- ранее чем 23 декабря 2011 г. – на сумму, не превышающую 20445750.68 (Двадцать миллионов четыреста сорок пять тысяч семьсот пятьдесят 68/100) долларов США;

Срок действия настоящей гарантии истекает 24 января 2012 г. В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления                              А.Д.Железняк

Главный бухгалтер                                         Л.А.Аль___



**Лайф Финансовая Группа**

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК "ПРОБИЗНЕСБАНК"
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
ОАО АКБ "ПРОБИЗНЕСБАНК"

ул. ПЕТРОВКА, 18/2, стр. 1, г. МОСКВА, РОССИЯ, 127051
ТЕЛ.: +7 (495) 933-3132, ФАКС: +7 (495) 933-3734, [email]bank@probb.ru[/email], www.p-bb.ru
Swift probusiness/customers S.W.I.F.T. BIC: PRBMRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986
КПП 775001001, ОКПО 17594050, ОКОНХ 96120, ОКВЭД 0412

№ _____

"___" _____ 20__ г.

г. Москва

на № _____

ЗАО «Авилон АГ»
Москва, Волгоградский проспект, д. 43/3

03 СЕНТЯБРЯ 2012 г.

БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр 1, осведомлен, что в соответствии с Договором займа № 0109/1 от 01 сентября 2011 (в редакции Дополнительного соглашения №1 от 02 марта 2012 и Дополнительного соглашения №2 от 03 сентября 2012) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 6 625 000,00 (Шесть миллионов шестьсот двадцать пять тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 03 сентября 2013 г.;
- уплата процентов за пользование займом – ежемесячно.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 7 353 100,84 (Семь миллионов триста пятьдесят три тысячи сто 84/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 03.09.2012 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 04 октября 2012 г. – на сумму, не превышающую 55 751,37 (Пятьдесят пять тысяч семьсот пятьдесят один 37/100) доллар США;
- ранее чем 07 ноября 2012 г. – на сумму, не превышающую 61 724,73 (Шестьдесят одна тысяча семьсот двадцать четыре 73/100) доллара США;
- ранее чем 06 декабря 2012 г. – на сумму, не превышающую 59 733,61 (Пятьдесят девять тысяч семьсот тридцать три 61/100) доллара США;
- ранее чем 14 января 2013 г. – на сумму, не превышающую 61 730,18 (Шестьдесят одна тысяча семьсот тридцать 18/100) долларов США;
- ранее чем 06 февраля 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем 06 марта 2013 г. – на сумму, не превышающую 55 904,11 (Пятьдесят пять тысяч девятьсот четыре 11/100) доллара США;

SL0002072

Страница 2

- ранее чем 04 апреля 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девяносто три 84/100) доллара США;
- ранее чем 13 мая 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;
- ранее чем 06 июня 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девятьсот три 84/100) доллара США;
- ранее чем 04 июля 2013 г. – на сумму, не превышающую 59 897,26 (Пятьдесят девять тысяч восемьсот девяносто семь 26/100) долларов США;
- ранее чем 06 августа 2013 г. – на сумму, не превышающую 61 893,84 (Шестьдесят одна тысяча восемьсот девятьсот три 84/100) доллара США;
- ранее чем 05 сентября 2013 г. – на сумму, не превышающую 6 690 886,99 (Шесть миллионов шестьсот девяносто тысяч восемьсот восемьдесят шесть 99/100) долларов США.

Срок действия настоящей гарантии истекает **04 октября 2013 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления _____ А.Д. Железняк

Главный бухгалтер _____ Л.Э. Альховая

SL0002073



**АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»**
**(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)**
**ОАО АКБ «ПРОБИЗНЕСБАНК»**

ул. Петровка, 18/2 стр. 1, г. Москва, Россия, 127051
Тел.: +7 (495) 933-3737, Факс: +7 (495) 733-9342, bank@prbb.ru, www.prbb.ru
Swift: prbusiness/customers S.W.I.F.T. BIC: PRBBRUMM
ИНН 7729086087, БИК 044525986, к/с 30101810600000000986,
КПП 775001001, ОКПО 17834029, ОКОНХ 96130, РНКО 9412

№ _АЗ-545_
_05_____ _11_____ 20 _14_ г.

г. Москва

ЗАО «Авилон АГ»
Москва, Волгоградский проспект д. 43/3

на № _____

05 НОЯБРЯ 2014 г.

БАНКОВСКАЯ ГАРАНТИЯ

г. Москва

АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее именуемый «Гарант»), ИНН 7729086087, БИК 044525986, имеющий юридический адрес: 119285, г. Москва, ул. Пудовкина, д. 3, почтовый адрес: 127051, г. Москва, ул. Петровка, д.18/2 стр.1, осведомлен, что в соответствии с Договором займа № 0109/11 от 01 сентября 2011 г. (в редакции Дополнительного соглашения № 1 от 02 марта 2012 г., Дополнительного соглашения № 2 от 03 сентября 2012 г., Дополнительного соглашения № 3 от 03 сентября 2013 года, Дополнительного соглашения № 4 от 16 сентября 2013 года, Дополнительное № 5 от 05 ноября 2014 года) (далее – «Договор») компания ЗАО «Авилон АГ» (далее именуемая «Бенефициар»), имеющая юридический и почтовый адрес: Москва, Волгоградский проспект, д. 43/3 и компания АМБИКА ИНВЕСТМЕНТС ЛИМИТЕД (AMBIKA INVESTMENTS LIMITED) (далее именуемая «Принципал»), имеющая юридический и почтовый адрес: Грива Дигени, 115, ТРИДЕНТ ЦЕНТР, п/я 3101, Лимассол, Кипр (115 Griva Digeni Ave, Trident Centre, P.C. 3101, Limassol, Cyprus) договорились о предоставлении займа на следующих условиях:

- размер займа – 7 500 000,00 (Семь миллионов пятьсот тысяч 00/100) долларов США;
- процентная ставка за пользование кредитом – 11 (Одиннадцать) процентов годовых;
- срок пользования кредитом – до 05 ноября 2015г.;
- уплата процентов за пользование займом – 05 февраля 2015г., 05 мая 2015г., 05 августа 2015г. и 05 ноября 2015г.

В связи с этим мы настоящим обязуемся выплатить Вам любую сумму или суммы, в пределах 8 325 000,00 (Восемь миллионов триста двадцать пять тысяч 00/100) долларов США, а также суммы начисленных штрафных санкций по Договору, в течение 5 (Пяти) рабочих дней с даты получения нами Вашего первого требования в письменной форме и Вашего письменного заявления, указывающего, что Принципал нарушил свои обязательства по Договору и в отношении чего Принципал допустил нарушение.

Права, принадлежащие Бенефициару по настоящей Гарантии, не могут быть переданы третьим лицам.

Настоящая гарантия вступает в силу 05 ноября 2014 г. Требование Бенефициара об уплате суммы гарантии не может быть предъявлено Гаранту ранее следующих дат:

- ранее чем 12 февраля 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;
- ранее чем 13 мая 2015г. – на сумму, не превышающую 201 164,38 (Двести одна тысяча сто шестьдесят четыре 38/100) долларов США;
- ранее чем 12 августа 2015г. – на сумму, не превышающую 207 945,21 (Двести семь тысяч девятьсот сорок пять 21/100) долларов США;

Страница 2

- ранее чем 13 ноября 2015 г. – на сумму, не превышающую 7 707 945,21 (Семь миллионов семьсот семь тысяч девятьсот сорок пять 21/100) долларов США.

Срок действия настоящей гарантии истекает **04 декабря 2015 г.** В соответствии с этим любое требование платежа должно быть получено нами до такой даты включительно.

Применимым правом по настоящей гарантии является право Российской Федерации. Все споры и разногласия, вытекающие из настоящей гарантии, подлежат передаче на разрешение в Арбитражный суд г. Москвы.

Председатель Правления    _____    А.Д. Железняк

Главный бухгалтер    _____    Л.Э. Альховая

SL0002075