# EXHIBIT 1

| | |
|---|---|
| From: | Alexander Zheleznyak <azheleznyak777@gmail.com> |
| Sent: | Monday, January 04, 2016 8:02 AM |
| To: | Denis WW; Maxim Shamis; Vadim Kolotnikov |
| Subject: | Fw: перевод заявления ЦБ в правоохранительные органы |
| Attachments: | Application of CB to enforcement bodies.docx |

Отправлено с моего смартфона BlackBerry 10.

**От:** Eugeniya Sokolova <9220163829s@gmail.com>
**Отправлено:** Monday, January 4, 2016 08:01
**Кому:** Alexander Zheleznyak
**Копия:** Maxim Shamis
**Тема:** перевод заявления ЦБ в правоохранительные органы

АД, доброе утро,

В приложении перевод заявления ЦБ в правоохранительные органы (в связи с очень низким качеством предоставленного оригинала на русском языке могут быть маленькие неточности на первой странице в конце последнего абзаца, но в принципе я постаралась максимально разобрать текст).

--
Best regards,

Evgeniya Sokolova
PA to Alexander Zheleznyak
Mob. +7 926 236 4446
E-mail: 9220163829s@gmail.com

1

Confidential SL0035954

| From: | Alexander Zheleznyak <azheleznyak777@gmail.com> |
|---|---|
| Sent: | Monday, January 04, 2016 8:02 AM |
| To: | Denis WW; Maxim Shamis; Vadim Kolotnikov |
| Subject: | Fw: translation of CB application to law-enforcement agencies |
| Attachments: | Application of CB to enforcement bodies.docx |

Sent from my Blackberry 10 smartphone

**From:** Eugeniya Sokolova <9220163829s@gmail.com>
**Sent:** Monday, January 4, 2016 08:01 a.m.
**To:** Alexander Zheleznyak
**Cc:** Maxim Shamis
**Subject:** translation of CB application to law-enforcement agencies

Good morning, AD,

Please find attached the CB's application to the law-enforcement agencies (due to the very poor quality of the Russian source text provided , there may be some minor inaccuracies at the end of the last paragraph on the first page, but I did my best to make out the text)

--
Best regards,

Evgeniya Sokolova
PA to Alexander Zheleznyak
Mob. +7 926 236 4446
E-mail: 9220163829s@gmail.com

1

Confidential

SL0035954_T

Regarding banks o financial group "Life"

Dear Yury Nikolaevich!

Central Bank of the Russian Federation informs of discovered signs of performance of illegal actions in activities of OAO AKB "Probusinessbank".

In view of failure of OAO AKB "Probusinessbank" (hereafter referred as the Bank) to comply with federal laws, governing banking activities, as well as regulatory acts of the Bank of Russia, figures of all own funds adequacy (capital) ratios below 2 percent, decrease of the amount of own funds (capital) below minimum amount of charter capital, defined at the date of state registration of credit institution, taking into account imposition of measures, set out by the Federal Law "About Central Bank of the Russian Federation (Bank of Russia)", with the order of the Bank of Russia dated 12.08.2015 № OD-2071 starting from 12.08.2015 banking license was revoked.

According to the data of financial statements, submitted by the former management of the Bank, as of the date of banking license revocation the value of its assets together with created for them provisions did not exceed 146,8 billion rubles with the amount of liabilities of 148,1 billion rubles.

With this, considered by the Bank assets (property) for the total value around 61,5 billion rubles (not less than 41,9% of assets of the Bank) was acquired and/or held on the basis of the agreements with companies-nonresidents.

Among mentioned assets there are securities issued by Atlas Investments Solutions (Luxembourg), warrants of Mediobanca International S.A., highly liquid securities, which were held at Brokercreditservice (Cyprus) Ltd and Otkritie Capital International Ltd, money claims to Ambika Investment Limited and Dinosaur Merchant Bank Limited (UK) generated as a result of transaction with currency and securities as well as funds, placed by the Bank with Falcon Private Bank Ltd.

The Bank of Russia found that activities of Falcon Private Bank Ltd. is loss-making, warrants of Mediobanca International S.A. as well as securities of Atlas Investment Solutions (registered on 07.10.2014), in respect to which the Bank did not have any financial or non-financial information concerning its activities, did not have market quotes, ratings and trading volumes.

There were no payments performed by the Bank with Dinosaur Merchant Bank Limited (UK) starting from 01.06.2012, and the statement confirming remaining funds of the Bank at the account opened with Dinosaur Merchant Bank Limited is not available.

Ambika Investment Limited was practically exclusive (single) counterparty of the Bank in its transactions of purchase and sale of foreign currency and the terms of transactions considerable differed from the market conditions and were performed by the Bank for technical increase of the profit.

When performing audit of financial position of the Bank it was discovered that on the terms of keeping with Brokercreditservice (Cyprus) Ltd and Otkritie Capital International Ltd (hereafter referred to as depositaries-nonresidents) owned by the Bank highly liquid securities for the amount around 8,8 billion rubles and 19,5 billion rubles, depositaries-nonresidents provided loans to Merianol and Ambika Investment Limited in practically comparable to the value of securities amounts (6,5 billion rubles and 18,5 billion rubles respectively).

In view of the fact that Merianol and Ambika Investment Limited failed to fulfill their obligations to depositaries-nonresidents, the Bank lost assets with balance value not less than 25 billion rubles.

With this, the Bank was concealing from supervisory body the fact of encumbrance of securities, placed with abovementioned depositaries-nonresidents.

In opinion of the Bank of Russia former management performed outflow of assets from the Bank by means of implementation of the scheme of placement of securities and their further

encumbrance for the benefit of Merianol and Ambika Investment Limited or was concealing the fact of earlier performed outflow of assets.

Moreover, counterparties of the Bank did not confirm requested by temporary administration remaining funds for the amount of 6,2 billion rubles placed with banks-nonresidents (BALTIKUMS BANK A.S., LAVUAS PASTA BANKA and Falcon Private Bank Ltd).

There were also discovered a number of "technical" economically affiliated (related) borrowers (OOO "Golden Funds" (INN 7723632269), OOO "Engineering royalty" (INN 7718894100), OOO "ISK Ivspetsgarant" (INN 3702522719), OOO "NewHowTrade" (INN 7715825429), OOO "Vostok-Cargo-Plus" (INN 7728829090) and OOO "Centre of trading" (INN 7710872866), by means of providing loans to which funds in the amount around 3 billion rubles were transferred out of the Bank and transferred by listed companies to the operating account of their common counterparty Vermenda Holdings Limited with further transfer to the operating account of mentioned counterparty opened with TRASTA KOMERCBANKA, RIGA.

Performed by OOO "Business Partner" (INN 7725833443), OOO "IK Realfinance" (INN 7709957709), OOO "Metall Invest" (INN 7718909099), OOO "Reformatsiya" (INN 7718908810) and OOO "Flaund" (INN 7727789550), total debt of which to the Bank amounts to 5,8 billion rubles, operations on operating accounts opened with the Bank, were limited by transactions of purchase and sale of securities and granting and repayment of loans with the Bank and affiliated with it companies with high dependency in total of sources of their funds in settlements with the Bank on funds of the Bank itself.

Under evaluation of state corporation "Deposit Insurance Agency" (hereafter referred to as Agency) total fair value of assets (property) of the Bank as of 12.08.2015 amounted to 86,9 billion rubles with the amount of liabilities of 127,8 billion rubles.

Taking into account that as of the date revocation of banking license of the Bank the value of its property (assets) is not sufficient for the repayment of liabilities to the creditors, Bank of Russia on 19.08.2015 filed an application to the Arbitration Court of Moscow regarding recognition of the Bank to be insolvent (bankrupt).

The Bank is the head organization to OAO "VUZ-bank", OAO KB "Poidem!", AO AKB "EXPRESS-VOLGA", ZAO NATIONAL SAVINGS BANK, OAO "Gazenergobank" and OAO KB "Solidarnost", which were together forming banking group, which was the member of financial group "Life", controlled by Leontiev S.L. and Zheleznyak A.D.

Analysis of data of financial statements of banks of the group shows presence of stable intergroup economic relations (banks have correspondent relations and perform operations at the interbank market) and high dependency on the funds of individuals (proportion of funds of individuals in attracted resource base amounted from 88% to 96%) with doubtful (suspicious) quality of assets and performance by the banks of the group high risk loan policy. The total volume of claims of the banks – members of the group to the Bank amounts to not less than 65 billion rubles.

Outlined facts of withdrawal of assets from the Bank, including assets provided to it by the banks, members of the group, proves implementation by owners of banking group of their powers in order to gain profit, benefits and advantages for themselves in spite of legal interests of creditors and depositors, which a reason to suggest presence in their actions of penal criminal acts, set out by the article 159 "Fraud", article 160 "Embezzlement", article 196 "Deliberate bankruptcy" and article 201 "Abuse of powers" of the Penal Code of the Russian Federation.

We request to consider and analyze submitted documents for presence in actions of management and owners of banking group of abovementioned sings and other facts of abuse in the circumstances (in the terms) of presence of the signs of bankruptcy of banking group.

In the meantime we inform you that mentioned information was also submitted to the Ministry of internal affairs of Russia and Investigation Committee of the Russian Federation.

With regards,

Confidential

SL0035956



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached document with Bates No.

SL0035954.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this ___8___ day of ___FEBRUARY___ , 20__17__ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

О банках финансовой группы «Лайф»


Уважаемый Юрий Яковлевич!


Центральный банк Российской Федерации сообщает о выявленных признаках совершения противоправных деяний в деятельности ОАО АКБ "Пробизнесбанк".

В связи с неисполнением ОАО АКБ "Пробизнесбанк" (далее – Банк) федеральных законов, регулирующих банковскую деятельность, а также нормативных актов Банка России, значением всех нормативов достаточности собственных средств (капитала) ниже 2 процентов, снижением размера собственных средств (капитала) ниже минимального значения уставного капитала, установленного на дату государственной регистрации кредитной организации, учитывая применение мер, предусмотренных Федеральным Законом «О Центральном банке Российской Федерации (Банке России)», приказом Банка России от 12.08.2015 № ОД-2071 с 12.08.2015 отозвана лицензия на осуществление банковских операций.

Согласно данным отчетности, переданной бывшим руководством Банка, по состоянию на дату отзыва лицензии стоимость его активов, с учетом сформированных под них резервов, не превышала 146,8 млрд. рублей при величине обязательств в сумме 148,1 млрд. рублей.

При этом учитываемое Банком имущество стоимости порядка 61,5 млрд. рублей (не менее 41,9% активов Банка) приобретено и/или хранилось на основании договоров, заключенных Банком с организациями – нерезидентами.

В составе указанного имущества числятся ценные бумаги, эмитентом которых является Atlas Investment Solutions (Luxembourg), варранты Mediobanka International S.A., высоколиквидные ценные бумаги, местом хранения которых являлись Brokercreditservice (Cyprus) Ltd. и Otkritie Capital International Ltd., денежные требования к Ambika Investment Limited и Dinosaur Merchant Bank Limited (UK), образовавшиеся в результате сделок с иностранной валютой и ценными бумагами, а также денежные средства, размещенные Банком в Falcon Private Bank Ltd.

Банком России установлено, что деятельность Falcon Private Bank Ltd убыточна, варранты Mediobanka International S.A. также как и ценные бумаги Atlas Investment Solutions (зарегистрирована 07.10.2014), в отношении которой в Банке отсутствует финансовая и нефинансовая информация о ее деятельности, не имеют рыночных котировок, рейтинга и объема торгов.

Расчеты с Dinosaur Merchant Bank Limited (UK) Банком не осуществлялись с 01.06.2012, а выписка, подтверждающая остаток средств Банка на счете, открытом в Dinosaur Merchant Bank Limited (UK), отсутствует.

Ambika Investment Limited является практически единственным контрагентом Банка при осуществлении им сделок купли-продажи иностранной валюты, а условия по сделкам существенно отличались от рыночных, и совершались Банком в целях технического увеличения прибыли.

При проведении обследования финансового состояния Банка выявлено, что на условиях размещения на хранение в Brokercreditservice (Cyprus) Ltd и Otkritie Capital International Ltd (далее депозитарии нерезиденты) принадлежащих Банку высоколиквидных ценных бумаг на сумму около 8,8 млрд. рублей и 19,3 млрд. рублей, депозитарии – нерезиденты практически в сопоставимых стоимости ценных бумаг размерах (6,5 млрд. рублей и 18,5 млрд. рублей) предоставили займы Merianol и Ambika Investment Limited.

Ввиду того, что Merianol и Ambika Investment Limited не выполнили свои обязательства перед депозитариями – нерезидентами, Банк утратил имущество финансовой стоимостью не менее 25 млрд. рублей.

SL0000496

При этом Банк скрывал от надзорного органа факт обременения ценных бумаг, размещенных в вышеуказанных депозитариях – нерезидентах.

По мнению Банка России, бывшее руководство осуществило вывод из Банка активов посредством реализации схемы размещения ценных бумаг и их последующего обременения в пользу Merianol и Ambika Investment Limited или скрывало факт ранее осуществленного вывода активов.

Кроме того, контрагентами Банка не подтверждены запрошенные временной администрацией остатки денежных средств на сумму 6,2 млрд. рублей, размещенные им в банках-нерезидентах (BALTIKUMS BANK AS, LAVUAS PASTA BANKA и Falcon Private Bank Ltd).

Также выявлен ряд «технических», экономически взаимосвязанных заемщиков (ООО «Голден Фандс» (ИНН 7723632269), ООО «Инжиниринг роялти» (ИНН 7718894100), ООО «ИСК Ивспецгарант» (ИНН 3702522719), ООО «НьюХауТрейд» (ИНН 7715825429), ООО «Восток-Карго-Плюс» (ИНН 7728829090), и ООО «Центр торговли» (ИНН 7710872866), посредством кредитования которых из Банка выведены денежные средства в сумме порядка 3 млрд. рублей, направленные перечисленными организациями на расчетный счет их общего контрагента Vermenda Holdings Limited с последующим перечислением на расчетный счет указанного контрагента, открытый в TRASTA KOMERCBANKA, RIGA.

Осуществляемые ООО «Бизнес Партнер» (ИНН 7725833443), ООО «ИК «Реалфинанс» (ИНН 7709957709), ООО «Металл Инвест» (ИНН 7718909099), ООО «Реформация» (ИНН 7718908810), и ООО «Флаунд» (ИНН 7727789550), чей совокупный долг перед Банком составляет 5,8 млрд. рублей, операции по расчетным счетам, открытым в Банке, были ограничены сделками по покупке-продаже ценных бумаг и выдаче-погашению займов с Банком и со связанными с ним компаниями в совокупности с высокой зависимостью от источников их денежных средств при расчетах с Банком от средств самого Банка.

По оценке государственной корпорации «Агентство по страхованию вкладов» (далее – Агентсво) совокупная справедливая стоимость имущества (активов) Банка по состоянию на 12.08.2015 составила 86,9 млрд. рублей, при величине обязательств в сумме 127,8 млрд. рублей.

Учитывая, что на дату отзыва у Банка лицензии на осуществление банковских операций стоимости его имущества (активов) недостаточно для исполнения обязательств перед кредиторами, Банком России 19.08.2015 в Арбитражный суд г. Москвы подано заявление и признании Банка несостоятельным (банкротом).

Банк является головной организацией по отношению к ОАО «ВУЗ-Банк», ОАО КБ «Пойдем!», АО АКБ «ЭКСПРЕСС-ВОЛГА», ЗАО «НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ», ОАО «Газэнергобанк» и ОАО КБ «Солидарность», совместно образующим банковскую группу, входящую в состав финансовой группы «Лайф», контролируемой Леонтьевым С.Л. и Железняком А.Д.

Анализ данных отчетности банков группы свидетельствует о наличии устойчивых межгрупповых экономических связей (Банки имеют корреспондентские отношения и осуществляют операции на межбанковском рынке) и высокой зависимости от средств физических лиц (удельный вес средств населения в привлеченной ресурсной базе составляет от 88% до 96%) при сомнительном качестве активов и проведения банками группы высокорискованной кредитной политики. Общий объем требований банков – участников группы к Банку составляет не менее 65 млрд. рублей.

Изложенные факты вывода из Банка активов, в том числе предоставленных ему банками – участниками группы, свидетельствуют об использовании собственниками банковской группы своих полномочий в целях извлечения выгод и преимуществ для себя вопреки законным интересам кредиторов и вкладчиков, что дает основание полагать наличие в их действиях уголовно наказуемых деяний, предусмотренных статьей 159

SL0000497

«Мошенничество», статьей 160 «Присвоение или растрата», статьей 196 «Преднамеренное банкротство» и статьей 201 «Злоупотребление полномочиями» Уголовного кодекса Российской Федерации.

Просим рассмотреть представленные материалы на предмет наличия в деятельности руководства и собственников банковской группы вышеуказанных признаков и иных фактов злоупотребления в условиях наличия признаков банкротства банковской группы.

Одновременно сообщаем, что указанная информация направлена также в МВД России и Следственный Комитет Российской Федерации.

С уважением,

SL0000498