# EXHIBIT 2

| | |
|---|---|
| From: | Sancho Pancho <myrock555@gmail.com> |
| Sent: | Thursday, February 25, 2016 9:41 AM |
| To: | Сережа; kolotnikov@gmail.com; counsel.ww@gmail.com; МШ |
| Subject: | Fwd: перевод второго документа |
| Attachments: | DIA_FSB.docx; Untitled attachment 00523.htm |

Начало переадресованного сообщения:

**От:** Jerry McGuire <jerrymcguire777@gmail.com>
**Дата:** 25 февраля 2016 г., 10:25:02 GMT-5
**Кому:** Sancho Pancho <myrock555@gmail.com>
**Тема: перевод второго документа**

АД, в приложении перевод письма АСВ (еще раз хотела обратить ваше внимание, что в данном документе отсутствует стр. 5).

Женя

1

Confidential                                                                                                                        SL0032531

1

| | |
|---|---|
| From: | Sancho Pancho <myrock555@gmail.com> |
| Sent: | Thursday, February 25, 2016 9:41 AM |
| To: | Serezha; kolotnikov@gmail.com; counsel.ww@gmail.com; MSh |
| Subject: | Fwd: translation of the second document |
| Attachments: | DIA_FSB.docx; Untitled attachment 00523.htm |

Forwarded message begins:

| | |
|---|---|
| **From:** | Jerry McGuire <jerrymcguire777@gmail.com> |
| **Date:** | February 25, 2016, 10:25:02 GMT-5 |
| **To:** | Sancho Pancho <myrock555@gmail.com> |
| **Subject:** | **Translation of the second document** |

AD, please find attached a translation of ASV's letter (once again, I would like to bring to your attention that this document is missing p. 5).

Zhenya

1

State Corporation
Deposit insurance agency
First deputy general director

Verkhniy Taganskiy tupik, 4
Moscow, 109240
Tel (495) 725-31-41, fax (495) 745-28-68
OGRN 1047796046198
INN/KPP 7708514824 / 775001001

№ 1-1/153 dated 14.01.2016

To:  Deputy head of the Agency –
     Head of "K" Division of Economic security service
     Of FSB Russia

     V.G. Voronin

Report of a crime, committed by
Executives of OAO AKB "Probusinessbank"

Dear Viktor Gennadievich!

By the Order of the Bank of Russia dated August 12th, 2015 № OD-2071 banking license of OAO AKB "Probusinessbank" (hereafter referred as the Bank) was revoked. By Judgement of Arbitration court of Moscow in case № A40-154909/15 dated October 28th, 2015 Bank was recognized insolvent (bankrupt), functions of bankrupt manager were assigned to the state corporation "Deposit insurance agency" (hereafter referred as the Agency), which according to the article 189.78 of the federal Law dated October 26th, 2002 № 127-FZ "About insolvency (bankruptcy)" exercises powers of management bodies of the Bank.

In the course of bankruptcy proceedings Agency discovered performed within the period from September 15th 2014 to August 6th, 2015 actions of executives (top managers) and employees of the Bank, containing elements of crime.

1.  On September 15th, 2014 Bank according to loan agreement DKL № 211-810/14u dated September 15th, 2014 credited to the opened with the Bank account of OOO «Innovative and construction company «IvSpetsGarant» funds in the amount of 280 000 000,00 rubles. Received as a loan funds within 15th and 16th of September 2014 using opened with the Bank accounts of OOO "Probusiness-Development", OOO "Personal+", OOO "Collection agency "Life" and OOO "ELSO" among other funds were transferred to the opened with the Bank account of legal entity non-resident Vermenda Holdings Limited. Afterwards on September 16th, 2015 funds credited to the account of Vermenda Holdings Limited in full amount were exchanged into US dollars and transferred to the account of these legal entity opened with credit institution non-resident TRASTA KOMERCBANKA RIGA (Latvia).

2.  On April 9th, 2015 Bank according to the loan agreement DKL № 044-810/15u dated April 9th, 2015 credited to the opened with the Bank account of OOO "Engineering-Royalty" funds in the amount 600 000 000,00 rubles. Received as a loan funds the same day in full amount using opened with the Bank accounts of OOO "Aliance" and OOO "Personal+" were transferred to the opened with the Bank account of legal entity non-resident Vermenda Holdings Limited. Afterwards, on September 9th and 13th, 2014, funds credited to the

|   |   |
|---|---|
|   | account of Vermenda Holdings Limited were in full amount exchanged into US dollars and transferred to the account of these legal entity opened with credit institution non-resident TRASTA KOMERCBANKA RIGA (Latvia). |
| 3. | On May 18th and 19th, 2015 Bank according to loan agreement № 071-810/15u dated May 15th, 2015 credited to the opened with the Bank account of OOO "Vostok-Cargo-Plus" funds in the amount of 365 000 000,00 rubles. Received as a loan funds the same days in full amount were transferred from the account of OOO "Vostok-Cargo-Plus" to the account of OOO "Iston" and afterwards in the amount of 364 700 000,00 rubles – to the account of OOO "ELSO". In its turn from the account of the latter funds in the amount of 347 000 000,00 rubles were transferred to the account of Vermenda Holdings Limited. Later on funds in the amount of 346 958 345,00 rubles were exchanged into US dollars and transferred to the account of legal entity opened with TRASTA KOMERCBANKA RIGA (Latvia).<br><br>On August 6th, 2015 settlement agreement between the Bank and OOO "Vostok-Cargo-Plus" was concluded. According to the terms of mentioned agreement liabilities under loan agreement were terminated and as a performance of liabilities Bank accepted a right of claim to OOO "Iston" under concluded between OOO "Vostok-Cargo-Plus" and OOO "Iston" loan agreements dated 15th and 18th of May 2015. |
| 4. | On June 23rd, 2015 Bank according to loan agreement DKL № 099-810/15u dated June 22nd, 2015 credited to the opened with the Bank account of OOO "Tsentr torgovli" funds in the amount of 698 200 000,00 rubles. Received as a loan funds the same day in full amount using opened with the Bank accounts of OOO "ProgmaTrade" and OOO "PK Technologies" were transferred to the account of OOO "Collection agency "Life". In its turn on June 24th, 2015 from the account of the latter funds among other funds in the amount of 700 000 000,00 rubles were transferred to the account of Vermenda Holdings Limited. Afterwards, on June 25th, 2015 funds credited to the account of Vermenda Holdings Limited were exchanged into US dollars and transferred to the account of this legal entity opened with TRASTA KOMERCBANKA RIGA (Latvia).<br><br>On August 3rd, 2015 settlement agreement between the Bank and OOO "Tsentr torgovli" was concluded. According to the terms of mentioned agreement liabilities under loan agreement were terminated and as a fulfillment of liabilities Bank accepted a right of claim to OOO "ProgmaTrade" under concluded between OOO "ProgmaTrade" and OOO "PK Technologies" loan agreement dated June 22nd, 2015. |
| 5. | On July 28th, Bank according to loan agreement DKL № 137-810/15u dated July 28th, 2015 credited to the opened with the Bank account of OOO "NewHowTrade" funds in the amount of 499 995 968,00 rubles. Received as a loan funds the same day in full amount using opened with the account of OOO "Financial centre "Escada" were transferred to the account of OOO "Sunris" and afterwards on July 29th, 2015 in the amount of 498 871 028,03 rubles – to the account of OOO "Collection agency "Life". In its turn on 29th and 30th of July 2015 mentioned funds among other funds were transferred from the account of the latter in the amount of 600 000 000,00 rubles to the account of Vermenda Holdings Limited. After that on July 30th, 2015, funds credited to the account of Vermenda Holdings Limited were exchanged into US dollars and transferred to the account of this legal entity opened with TRASTA KOMERCBANKA RIGA (Latvia). |

On July 29th, 2015 settlement agreement between the Bank and OOO "NewHowTrade" was concluded. According to the terms of mentioned agreement liabilities under loan agreement were terminated and as a fulfillment of liabilities Bank accepted a right of claim to OOO "Sunris" under concluded between OOO "Financial centre "Escada" and OOO "Sunris" loan agreements dated July 28th, 2015.

Thus, as a result of performance of abovementioned actions funds at correspondent accounts, which belonged to the Bank, were replaced with rights of claim to OOO "Innovative and construction company "IvSpetsGarant", OOO "Engineering-Royalty", OOO "Iston", OOO "PK Technologies" and OOO "Sunris" (hereafter referred as the debtors). With this there are grounds to believe that debtors are technical, namely they are not performing any actual business and economic activities and they do not have assets sufficient to repay the debts to the Bank, legal entities, operations on accounts of which were carried out for the benefit of top managers and owners of the Bank without knowledge and agreement of persons, mentioned as their directors.

According to information at the official website of Federal tax agency of Russia OOO "Engineering-Royalty" and OOO "Iston" are registered at the same address of massive registration of legal entities, and OOO "Sunris" is registered at the address of registration of OOO "Collection agency "Life", member of financial group "Life", member of which was also the Bank [1]. Moreover, OOO "Collection agency "Life" is the largest member of OOO "Engineering-Royalty" and OOO "Iston" and on July 21st, 2015 as a result of reorganization OOO "ELSO" was affiliated to it, and the account of OOO "ELSO" was used when performing...

Page 5 missing...

About criminal responsibility under art. 306 of the Penal code of the Russian Federation was warned.

Annexes (in copies):
1. Order of the Bank of Russia dated August 12th, 2015 № OD-2071 on 2 p. in 1 copy;
2. Judgement of Arbitration court of Moscow dated October 28th, 2015 on 2 p. in 1 copy;
3. Credit folders of OOO "Innovative and construction company "IvSpetsGarant", OOO "Engineering-Royalty", OOO "Vostok-Cargo-Plus", OOO "Tsentr torgovli", OOO "NewHowTrade" on 154 p. in 1 copy;
4. Customer profiles of OOO "Innovative and construction company "IvSpetsGarant", OOO "Probusiness-Development", OOO "Perosnal+", OOO "Collection agency "Life", Vermenda Holdings Limited, OOO "Aliance", OOO "Engineering-Royalty", OOO "Vostok-Cargo-Plus", OOO "Iston", OOO "Tsentr torgovli", OOO "ProgmaTrade", OOO "PK Technologies", OOO "NewHowTrade", OOO "Financial centre "Escada", OOO "Sunris" on 48 p. in 1 copy.
5. Operating account statement of OOO "Innovative and construction company "IvSpetsGarant", OOO "Probusiness-Development", OOO "Tsentr torgovli", OOO "ProgmaTrade", OOO "PK Technologies", OOO "Engineering-Royalty", OOO "Aliance", OOO "Personal+", OOO "Vostok-Cargo-Plus", OOO "Iston", OOO "ELSO", OOO "NewHowTrade", OOO "Financial centre "Escada", OOO "Sunris", OOO "Collection agency "Life", Vermenda Holdings Limited on 2400 p. in 1 copy.

---

[1] According to SPARK information Bank and OOO "Collection agency "Life" at different times were members of OOO "Processing company "Life" and OOO "Probusiness-Development".

Confidential
SL0032534

6. Information from official website of federal tax agency and from SPARK on 78 p. in 1 copy.
7. Personal files of Lomov A.V., Kazantsev V.V. and Alekseev N.V. on 158 p. in 1 copy.

Best regards,

V.A. Miroshnikov

Confidential



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )  ss
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. SL0032531.

Dustin Richard, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 23 day of December, 20 16.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7583.8434

Hong Kong
t: +852.2159.9143