# EXHIBIT 3



Официальный сайт

# Следственный комитет
Российской Федерации

## Возбуждено уголовное дело в отношении ряда бывших руководителей ОАО АКБ «Пробизнесбанк»



Главным следственным управлением Следственного комитета Российской Федерации возбуждено уголовное дело в отношении бывших вице-президента по развитию бизнеса ОАО АКБ «Пробизнесбанк» (далее – Банк) Вячеслава Казанцева, вице-президента по финансам – заместителя председателя Правления Банка Александра Ломова, начальника департамента корпоративных финансов Банка Николая Алексеева, начальника управления по обеспечению взаимодействия с акционерами и дочерними организациями Марины Крыловой, начальника управления по работе с проблемной задолженностью, генерального директора ООО «Коллекторское агентство «Лайф» Сергея Калачёва, руководителей ряда лжепредприятий Игоря Поликарпова, Алексея Симакова, Андрея Данукина, Людмилы Шпагиной, Оксаны Кравченко, а также иных неустановленных владельцев, руководителей и сотрудников Банка и финансовой группы «Лайф» по признакам преступлений, предусмотренных ч. 4 ст. 160 и ч.ч. 3, 5 ст. 33, ч. 4 ст. 160 УК РФ (присвоение или растрата; организация и пособничество в присвоении или растрате).

По версии следствия, неустановленные лица из числа руководителей и сотрудников Банка, используя своё служебное положение с целью хищения денежных средств Банка, привлекли подчинённых им сотрудников, работников Финансовой группы «Лайф», а также руководителей ряда фиктивных коммерческих организаций для участия в их преступном

© 2007-2017 Следственный Комитет Российской Федерации



Официальный сайт

# Следственный комитет
Российской Федерации

умысле. Общий принцип совершения преступления предусматривал выдачу подконтрольным лжепредприятиям, не ведущим никакой фактической хозяйственной деятельности заведомо невозвратных, не обеспеченных залоговым имуществом кредитов, и перечисление кредитных денежных средств на расчётные счета лжепредприятий. После этого под видом оплаты фиктивных сделок, приобретения неликвидных ценных бумаг проводилось перечисление денежных средств на счета подконтрольных юридических лиц. Затем похищенные денежные средства в рублях конвертировались в полном объёме в доллары США и перечислялись на различные счета зарубежных организаций и физических лиц и использовались участниками преступления по своему усмотрению. При этом документальное оформление выдачи кредитов с целью придания видимости законности производимых сделок формально носило законный характер, однако фактически указанные документы содержали недостоверные сведения, и все действия участников преступления были направлены на хищение денежных средств Банка. В результате были похищены денежные средства Банка на сумму около 2,5 млрд рублей.

В настоящее время проводится комплекс следственных действий, направленных на установление всех обстоятельств преступления, а также иных лиц, причастных к его совершению. Расследование уголовного дела продолжается.

Руководитель управления
В.И.Маркин

*17 Февраля 2016*

*Адрес страницы:* http://sledcom.ru/news/item/1017596

© 2007-2017 Следственный Комитет Российской Федерации

[seal:]
RF Investigative
Committee
Coat of Arms

OFFICIAL WEBSITE

INVESTIGATIVE COMMITTEE
OF THE RUSSIAN FEDERATION

***Criminal charges have been brought against a number of former executives of Joint Stock Commercial Bank Probusinessbank OJSC***

[logo:] Probusinessbank

The Main Investigative Department of the Russian Federation Investigative Committee brought criminal charges against Vyacheslav Kazantsev, former Vice-President for Business Development at JSCB Probusinessbank OJSC (hereinafter – the Bank), Alexander Lomov, former Vice-President for Finances and Deputy Chairman of the Bank's Board, Nikolai Alexeev, former Head of the Corporate Finance Department, Marina Krylova, former head of the Department for engagement with shareholders and subsidiaries, Sergei Kalachev, former head of the Department for troubled debts and Director General of Life Collection Agency LLC, CEOs of fictitious companies Igor Polikarpov, Alexei Simakov, Andrei Danukin, Ludmila Shpagina, Oxana Kravchenko as well as other unidentified owners, executive officers and employees of the Bank and Life Financial Group for offences committed under Article 160 (4), Article 33 (3)(5) and Article 160 (4) of the Russian Federation Penal Code (embezzlement or misappropriation; organizing and aiding and abetting embezzlement or misappropriation).

The investigators believe that unidentified persons among executive officers and employees of the Bank abused their office to embezzle money from the Bank and recruited their subordinates, employees of Life Financial Group as well as CEOs of a number of fictitious commercial organizations to take part in their criminal

© 2007-2017 Investigative Committee of the Russian Federation

[seal:]
RF Investigative
Committee
Coat of Arms

**OFFICIAL WEBSITE**

**INVESTIGATIVE COMMITTEE
OF THE RUSSIAN FEDERATION**

intent. As a general principle, this crime involved extending loans to fictitious enterprises under their control that were not engaged in any economic activities, where these loans were deliberately impossible to recover, were not secured by any property collateral, and were transferred to current accounts held by these fictitious enterprises. Following that, under the guise of paying for fictitious deals, acquisitions of non-liquid securities these funds were transferred to accounts of legal persons under their control. Later the embezzled funds in rubles were converted in their entirety into US dollars and transferred to various accounts of overseas organizations and physical persons and then used by the perpetrators of the crime at their discretion. While the documents formalizing the extension of these loans formally appeared legal to make the deals in question look legal as well, in fact the aforementioned documents contained inaccurate information and all actions of the perpetrators were taken with a view to embezzling funds from the Bank. As a result RUB 2.5 billion of the Bank's money ended up embezzled.

Currently, a number of investigative actions are being taken with a view to establishing all circumstances of this crime as well as identifying other parties involved in it. The criminal investigation is still under way.

Head of the Department
V. I. Markin

*February 17, 2016*

*Webpage address:* http://sledcom.ru/news/item/1017596

© 2007-2017 Investigative Committee of the Russian Federation



translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         )    ss
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document titled, "Criminal charges have been brought against a number of former executives of Joint Stock Commercial Bank Probusinessbank OJSC," dated February 17, 2016.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 7th day of February, 20 17.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143