# EXHIBIT 12

Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3
     - - - - - - - - - - - - - - - - - - -x
4
     SERGEY LEONTIEV,

5
                     Plaintiff,

6                                 Case No. 16-cv-3595
             -against-

7
     ALEXANDER VARSHAVSKY,

8
                     Defendant.

9
     - - - - - - - - - - - - - - - - - - -x
10
                     December 16, 2016
11                   10:12 a.m.

12

13

14           Videotaped deposition of
15    ANDREI PAVLOVICH, taken by Plaintiff,
16    pursuant to Notice, held at the offices of
17    Roschier Asianajotoimisto Oy, Keskuskatu
18    7A, Helsinki, Finland, before
19    Sharon Lengel, a Registered Professional
20    Reporter, Certified Realtime Reporter, and
21    Notary Public of the State of New York.

22

23              *    *    *

24

25

Page 2

1

2  A P P E A R A N C E S :

3

    GIBSON, DUNN & CRUTCHER LLP

4          Attorneys for Plaintiff
        200 Park Avenue

5          New York, New York 10166

6      BY:  MARSHALL KING, ESQ.
        ALISON A. WOLLIN, ESQ.

7

8

    DEBEVOISE & PLIMPTON LLP

9          Attorneys for Defendant
        801 Pennsylvania Avenue, N.W.

10         Washington, D.C. 20004

11     BY:  NICHOLAS C. TOMPKINS, ESQ.
        COLBY A. SMITH, ESQ.

12

13

14

15  ALSO PRESENT:

16          DAVID ROSS ELLIOTT, Videographer

17          NATALIA MURINA, Interpreter

18          VICTOR POTAPOV, Check Interpreter

19          VITALIY POPOV, ESQ.

20             *      *      *

21

22

23

24

25

1                    PAVLOVICH

2    System of Operational Leasing of

3    Transport, SOLT.

4        Q.    What is your ownership interest

5    in SOLT?

6        A.    20 percent.

7        Q.    Who are the other shareholders

8    of SOLT?

9        A.    Alexander Varshavsky and Kamo

10   Avagumyan.

11       Q.    Are there any other shareholders

12   besides the three of you?

13       A.    No.

14       Q.    What is Mr. Varshavsky's

15   ownership percentage in SOLT?

16       A.    The remaining 80 percent of SOLT

17   is with Max Bond Company.  That company is

18   owned by Mr. Varshavsky and Avagumyan.

19       Q.    What is the relationship between

20   Avilon and Avtologistica?

21       A.    I do not understand the

22   question.

23       Q.    You mentioned that Avtologistica

24   was affiliated with Avilon.

25             In what way is Avtologistica

Page 12

```
 1                    PAVLOVICH
 2   affiliated with Avilon?
 3       A.    The companies have the same
 4   shareholders.
 5       Q.    Who are those shareholders?
 6       A.    Alexander Varshavsky, Kamo
 7   Avagumyan, and Igor Bakonenko.
 8       Q.    Are there any other companies in
 9   which you have an ownership interest that
10   we have not discussed?
11       A.    No.
12       Q.    What are your current
13   responsibilities as the director general
14   of Avilon?
15       A.    Well, my key responsibility is
16   building a successful structure of sales
17   and business management, the company
18   operations, the operational activities of
19   the company, the profits, and the
20   marginality, advertising and marketing,
21   and development.
22       Q.    Who do you report to?
23       A.    I'm the chair of the board, so I
24   report to the president.
25       Q.    Who is the president?
```

Page 13

1                    PAVLOVICH

2      A.    Alexander Varshavsky.

3      Q.    Does Kamo Avagumyan have a

4  position at Avilon?

5      A.    As of today, Kamo Avagumyan has

6  no position with Avilon.

7      Q.    Did -- please go ahead.

8      A.    You say the company has

9  undergone restructuring.  We have a

10  management -- a managing company, Akita.

11  And Kamo Avagumyan has a position with

12  Akita.

13      Q.    When did the company undergo

14  this restructuring?

15      A.    Which company?

16      Q.    The restructuring that resulted

17  in Akita being part of the structure.

18      A.    The Akita company was

19  established late last year.

20      Q.    Did Mr. Avagumyan have a

21  position with Avilon before Akita was

22  established?

23      A.    Yes.

24      Q.    What was Mr. Avagumyan's

25  position at Avilon?

Page 17

```
                          PAVLOVICH
 1
 2        A.     Yes, I do.
 3        Q.     Does Mr. Zheleznyak owe Avilon
 4   money?
 5        A.     I do not know either.
 6        Q.     Was Avilon a client of
 7   Probusinessbank?
 8        A.     Yes, it was.
 9        Q.     When did Avilon's relationship
10   with Probusinessbank begin?
11        A.     I cannot remember accurately
12   when, but I know it's been a very long
13   relationship.
14        Q.     Was Avilon already using
15   Probusinessbank as its bank when you
16   started in 2004?
17        A.     It is possible, but I cannot
18   remember for sure.
19        Q.     Did you personally have any
20   dealings with Probusinessbank as the CEO
21   of Avilon?
22             MR. SMITH:  Objection to form.
23        Q.     You can answer.  Your attorney
24   is just objecting for the record.
25        A.     First of all, all the employees
```

```
                         PAVLOVICH
 1
 2    of the company had their salaries -- had
 3    their salaries paid to the credit cards --
 4    to their own credit cards with
 5    Probusinessbank.  So Probusinessbank was
 6    taking care of all the payroll for the
 7    whole company.  Also I had my personal
 8    accounts and deposits with
 9    Probusinessbank.
10        Q.    How would you characterize
11    Avilon's relationship with Probusinessbank
12    over the years?
13              MR. SMITH:  Objection to form.
14        A.    A working relationship and
15    successful as well.
16        Q.    Who at Probusinessbank did you
17    regularly interact with?
18        A.    What exactly do you mean?
19        Q.    Were there particular people
20    that you communicated with regularly at
21    Probusinessbank?
22              MR. SMITH:  Is there a
23        timeframe?  It sounds like it was a
24        long-term relationship.  Are you
25        focused on a particular period?
```

```
                                     Page 41
 1                    PAVLOVICH
 2   responsibility of the financial
 3   department.  My scope of responsibility is
 4   company development, selling more cars,
 5   becoming number one, getting larger share
 6   of the markets.  And with regard to these
 7   issues, I have full trust in the financial
 8   director of the company and the president.
 9        Q.    Why were you the one to sign
10   this agreement as opposed to
11   Ms. Monakhova?
12        A.    There are two persons in the
13   company that can sign it -- myself and
14   her.  It is not really important who
15   signed this agreement.
16        Q.    Do you know anything about why
17   Avilon was assigning its rights under the
18   2008 loan to Ambika to European Realty?
19        A.    The answer is no.  I'm not
20   really understanding the question.  But
21   the answer is no.
22        Q.    I want to make sure you
23   understand the question.
24              Do you know anything about why
25   Avilon entered into this assignment
```

Page 127

1

2                        CERTIFICATION

3

4      I, SHARON LENGEL, a Notary Public for

5   and within the State of New York, do

6   hereby certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12      I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17      IN WITNESS WHEREOF, I have hereunto

18   set my hand this 28th day of December,

19   2016.

20        *Sharon Lengel*

21   _____

22        SHARON LENGEL

23               *    *    *

24

25