# EXHIBIT 14

# REDACTED CONTENT FILED UNDER SEAL

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ——————————————————————————————————————
 4   SERGEY LEONTIEV,
 5                           Plaintiff,
 6           -against-
 7   ALEXANDER VARSHAVSKY,
 8                           Defendant.
 9   Case No. 1:16-cv-03595-JSR

10   ——————————————————————————————————————
11                     January 3, 2017
                       10:04 a.m.
12
13
                 *** CONFIDENTIAL ***
14
15           DEPOSITION of SERGEY LEONTIEV,
16   taken by Defendant, pursuant to Notice,
17   held at the offices of DEBEVOISE &
18   PLIMPTON LLP, 919 Third Avenue, New York,
19   New York before Wayne Hock, a Notary
20   Public of the State of New York.
21
22
23
24
25
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
      GIBSON, DUNN & CRUTCHER LLP
 4    Attorneys for Plaintiff
              200 Park Avenue
 5            New York, New York 10166
 6    BY:     ROBERT L. WEIGEL, ESQ.
              rweigel@gibsondunn.com
 7            ESTER MURDUKHAYEVA, ESQ.
              emurdukhayeva@gibsondunn.com
 8
 9    DEBEVOISE & PLIMPTON LLP
      Attorneys for Defendant
10            919 Third Avenue
              New York, New York 10022
11
      BY:     SEAN HECKER, ESQ.
12            shecker@debevoise.com
              NATHAN S. RICHARDS, ESQ.
13            nsrichards@debevoise.com
14
15
      ALSO PRESENT:
16
17            JONATHAN POPHAM, Videographer
              P. ELANA PICK, Ph.D.,
18            Interpreter
              VLADIMIR KHRENOV
19            ALEKSEI ROMANOVSKI
20                  *      *      *
21
22
23
24
25
```

Page 10

1          S. Leontiev -- CONFIDENTIAL



Page 11



Page 12



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Q.      What was his role at
24   Probusinessbank?
25        A.      He was head of the department.
```

Page 13

1           S. Leontiev -- CONFIDENTIAL

2       Q.     Which department?

3       A.     Analytical department or shares.

4       Q.     For?

5       A.     Investments in shares or general

6    investments.

23       Q.     Who is Mr. Panteleev?

24       A.     He was vice president of the

25    bank.

```
                                          Page 14
 1          S. Leontiev -- CONFIDENTIAL
 2      Q.      What was his role at the bank?
 3      A.      He was head of business unit.
 4      Q.      Head of?
 5      A.      Business unit.
 6      Q.      Which unit?
 7      A.      He was doing some businesses in
 8   retail loans.
 9      Q.      He was responsible for retail
10   banking operations?
11      A.      Not whole retail, just some
12   business units.
13      Q.      Okay.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                          Page 15
 1          S. Leontiev -- CONFIDENTIAL

 2   citizenship?

 3       A.     No.

 4       Q.     Do you know where she is now?

 5       A.     No.

 6       Q.     You don't know where she lives?

 7       A.     No.

 8       Q.     What was her role at the bank?

 9       A.     She was the head of department

10   for off-balance-sheet companies of the

11   bank.

12       Q.     For off-balance-sheet companies?

13       A.     Yes.

14       Q.     We'll come back to that.

15              Yaroslav Alekseev?

16              MR. WEIGEL: What about Yaroslav

17       Alekseev?

18       Q.     Do you know who that is?

19       A.     He was vice president and head

20   of department.

21       Q.     Which department?

22       A.     Wealth management products.

23

24

25
```

1

2

3

4

5

6

7

8

9

10

11          MR. WEIGEL: Sean, excuse me for

12     a minute, can you give me some clue as

13     to why this might have some relevance

14     to this lawsuit?

15          MR. HECKER: Mr. Weigel, the

16     relevance concerns whether certain

17     witnesses have received financial

18     support from Mr. Leontiev.  I'm going

19     to continue asking the questions

20     unless you instruct him not to answer

21     the questions.

22          MR. WEIGEL: Well, none of these

23     people are witnesses, so far as I

24     know.

25          Are you representing that these

Page 17

1          S. Leontiev -- CONFIDENTIAL

2      people are witnesses in the case?

3            MR. HECKER: Some are, some

4      aren't.  I'm going to continue asking

5      questions.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 18

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     Q.    Now, have you ever actually

16  lived in Cyprus?

17     A.    Several months.

18     Q.    When?

19          MR. WEIGEL: I'm going to

20      instruct him not to answer.  Let's

21      move on.  This has nothing to do with

22      this lawsuit at all.

23          MR. HECKER: Whether he lived in

24      Cyprus?

25          MR. WEIGEL: Yes, why does that

```
                                          Page 20
 1           S. Leontiev -- CONFIDENTIAL
 2      Q.     And have you stepped foot in
 3   Moscow --
 4           MR. HECKER: Strike that.
 5      Q.     Have you stepped foot in Russia
 6   since August, 2015?  Have you been to
 7   Russia since August, 2015?
 8      A.     No.
 9      Q.     Since August of 2015, have you
10   been present in the United States?
11      A.     I came to the United States
12   either end of August or beginning of
13   September.
14      Q.     Okay.
15           And since that time, have you
16   remained in the United States?
17      A.     Yes.
18      Q.     You haven't traveled outside the
19   United States?
20      A.     Sorry?
21      Q.     You haven't traveled outside the
22   United States since you moved here?
23      A.     I haven't traveled.
24      Q.     And are you a citizen of any
25   countries other than Russia and Cyprus?
```

Page 22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 27



Page 28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
                                            Page 32
 1           S. Leontiev -- CONFIDENTIAL
 2      Q.     How you what, I'm sorry?
 3      A.     How you evaluate the assets.
 4      Q.     How you value them?
 5      A.     Yes.
 6      Q.     Mr. Leontiev, what's your
 7  current immigration status in the United
 8  States?
 9      A.     L-1 visa.
10      Q.     When did you obtain an L-1 visa?
11      A.     A year ago.
12      Q.     Am I correct that an L-1 visa is
13  given to executives of foreign companies
14  that establish a branch in the United
15  States?
16      A.     Yes.
17      Q.     And how did you obtain an L-1
18  visa to live in the United States?
19      A.     As an executive for --
20  established a branch.
21      Q.     As an executive of what entity?
22      A.     Wonderworks.
23      Q.     When did you become an executive
24  of Wonderworks?
25      A.     No, executive of Grid Research.
```

```
                                              Page 33
 1            S. Leontiev -- CONFIDENTIAL
 2       Q.     Well, which one?
 3       A.     I am an executive of Grid
 4   Research.
 5       Q.     When did you become an executive
 6   of Grid Research?
 7       A.     A year ago.
 8       Q.     So prior to the visa
 9   application, you were not an executive of
10   Grid Research?
11       A.     I was an owner of Wonderworks.
12       Q.     But you didn't have a title; is
13   that correct?
14       A.     I was main shareholder and chief
15   investment officer.  I did have a title.
16       Q.     You had a title at Wonderworks
17   of chief investment officer?
18       A.     Yes.
19       Q.     Prior to the time you applied
20   for your visa?
21       A.     Yes.
22       Q.     Who gave you that title?
23       A.     The company.
24       Q.     Are there any documents which
25   you've ever seen which identify you as the
```

Page 45

1          S. Leontiev -- CONFIDENTIAL

2     Q.     2011 to 2016?

3     A.     I can't tell you exactly the

4  dates but it's about five years.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 46



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 46



```
                                            Page 49
 1            S. Leontiev -- CONFIDENTIAL
 2      Q.     What's that one?
 3      A.     What's the question?
 4      Q.     What is Finbay?
 5      A.     What is Finbay?  Well, I've
 6  heard from the expert reports and already
 7  being here in the U.S. that it was one of
 8  the off-balance-sheet companies of the
 9  bank.
10      Q.     And when you say
11  off-balance-sheet company, you mean a
12  company that's not reflected in the
13  financial statements of the bank?
14      A.     Sometimes some of the
15  off-balance-sheet companies are reflected,
16  sometimes not.  It depends on the type of
17  product they provide to the client.
18      Q.     Was Finbay reflected anywhere in
19  the financial statements?
20      A.     I don't know.
21      Q.     You don't know?
22      A.     I don't know.
23      Q.     What about Greater Divide
24  Limited?
25      A.     I don't recall.
```

```
                                            Page 58
 1          S. Leontiev -- CONFIDENTIAL
 2              Why don't you re-mark this, just
 3      put a defendant's Exhibit 3 stamp on
 4      this document so we're certain what
 5      we're talking about if it ever comes
 6      up again.
 7      Q.      Direct your attention to
 8  appendix A.
 9      A.      Appendix?
10      Q.      Appendix A.  It comes after.
11              Do you have appendix A in front
12  of you?
13      A.      Uh-huh.
14      Q.      You need to speak verbally.
15      A.      Yes.
16      Q.      Do you recognize this document?
17      A.      I found out about this document
18  already in the U.S.
19      Q.      And you reviewed this complaint
20  before it was filed; correct?
21      A.      Yes.
22      Q.      You've seen this list of
23  promissory notes before; right?
24      A.      I was reviewing.  I didn't put
25  any effort to it specifically this
```

```
                                          Page 59
 1          S. Leontiev -- CONFIDENTIAL
 2    document.
 3        Q.    Mr. Leontiev, am I correct that
 4    you have no basis for believing that any
 5    of the loans that are listed on this page
 6    have been repaid?
 7        A.    Can you say it once again?
 8              MR. HECKER: Can you read that
 9        back.
10              (Whereupon the requested portion
11        was read back by the reporter)
12              THE WITNESS:  I just don't know.
13        Q.    Right.
14              But you have no basis for
15    believing that the loans were repaid as
16    you sit here now?
17              MR. WEIGEL: Asked and answered.
18        You didn't like the answer.
19        Q.    Go ahead.  You can answer.
20        A.    Can you put the question again?
21        Q.    Sure.
22              As you sit here now, you have no
23    basis for believing that these loans were
24    repaid; correct?
25              MR. WEIGEL: Asked and answered.
```

```
                                          Page 60
 1            S. Leontiev -- CONFIDENTIAL
 2      Q.     You can answer.
 3      A.     Correct.
 4      Q.     Okay.
 5             Now turn to appendix B.
 6             This is a list of loan
 7  agreements attached to the complaint;
 8  correct?
 9      A.     Uh-huh.
10      Q.     You need to speak verbally.
11      A.     Yes.  Sorry.
12      Q.     And you've seen this before;
13  correct?
14      A.     Again, the same answer.  I
15  didn't go into this.
16      Q.     You don't go into it but you saw
17  it before the complaint was filed;
18  correct?
19      A.     I didn't pay attention, I just
20  read more the complaint.
21      Q.     Well, let me ask you, as you sit
22  here now, am I also correct that you have
23  no basis for believing that any of the
24  loans reflected on appendix B have been
25  repaid?
```

Page 63

1            S. Leontiev -- CONFIDENTIAL
2       Q.     More than twenty years?
3       A.     Ten.
4       Q.     More than twenty, also?
5       A.     Somewhere in the 90s we start,
6   somewhere in the 90s.  So maybe it's not
7   exactly twenty but maybe less.
8       Q.     Do you trust Mr. Zheleznyak?
9       A.     Of course.
10      Q.     And based on your professional
11  and personal experience with him, he's an
12  honest man?
13      A.     Yes.
14      Q.     Have you ever felt that he's
15  been less than honest with you?
16      A.     No.
17             MR. WEIGEL: I object.
18      Overbroad.
19      Q.     Describe for me the partnership
20  that you and Mr. Zheleznyak had together.
21      A.     We actually -- so partnership is
22  the wrong word.  He was a shareholder, so
23  we were both shareholders.  But there was
24  a general management concept in Group Life
25  that was called partnership.

```
                                            Page 64
 1            S. Leontiev -- CONFIDENTIAL
 2       Q.     You were both shareholders in
 3   what?
 4       A.     In Probusinessbank.
 5       Q.     You said there was a general
 6   management concept in Group Life that was
 7   called partnership?
 8       A.     Yes.
 9       Q.     Explain that to me.
10              What was the general management
11   concept?
12       A.     What do you want to know?  It's
13   just a broad thing.
14       Q.     What was the general --
15       A.     Do we have enough time?
16       Q.     What was the general management
17   concept in Financial Group Life?
18       A.     So the heads of business units
19   and the heads of branches and also some
20   loan officers, they were partners, so
21   there were about sixteen thousand people
22   who reported to me and among them there
23   were maybe several thousand partners.
24       Q.     You called them partners?
25       A.     Not only I called them partners
```

Page 65

```
 1           S. Leontiev -- CONFIDENTIAL
 2   but there was a partnership concept that
 3   seems a little bit similar maybe you have
 4   in your company.  But because it was a
 5   retail business, it was a different -- a
 6   little bit different structure and a
 7   little bit different rights, but that's
 8   what we called partnership.
 9       Q.    These partners didn't own equity
10   in the Probusinessbank business; did they?
11       A.    No, they didn't, but they had
12   the share of profits.
13       Q.    So there was profit sharing as
14   part of the business model?
15       A.    More than that but profit
16   sharing was part of it.
17       Q.    Okay.
18           And when you said earlier that
19   your partnership with Mr. Zheleznyak was
20   part of the general concept of there being
21   a partnership at Financial Group Life,
22   that's what you're referring to?
23           MR. WEIGEL: I'm going to object.
24       It misstates the record.
25           Go ahead.
```

Page 66

1        S. Leontiev -- CONFIDENTIAL

2     Q.      You can answer.

3             MR. WEIGEL: He said partnership

4     was the wrong word.

5     A.      Yeah, I just said exactly the

6     opposite actually from what you're saying

7     now.

8     Q.      So let me try again.

9             Mr. Zheleznyak was not your

10    business partner?

11    A.      I don't know what I understand

12    under the word "partner."

13            As I explained to you, in our

14    language he was a shareholder and we were

15    both shareholders and I have about two

16    thousand partners and he was not one of

17    these two thousand, that's right.

18    Q.      There came a time when you had a

19    meeting in London with my client, Mr.

20    Varshavsky; correct?

21    A.      Yes.

22    Q.      And Mr. Zheleznyak was there?

23            MR. WEIGEL: Sean, if you're

24    going to go into a new topic, we've

25    been going about an hour.  Why don't

Page 67

1          S. Leontiev -- CONFIDENTIAL

2      we take a break.

3              MR. HECKER: Okay.  Go ahead, you

4      take a short break.

5              THE VIDEOGRAPHER: We're going

6      off the record at 11:03 a.m.

7              (Whereupon a break was taken)

8              THE VIDEOGRAPHER: We are back on

9      the record 11:17 a.m.

10     Q.     Before the break, I asked you a

11  series of questions about your

12  relationship with Mr. Zheleznyak and you

13  took issue with my use of the term

14  "partner" to describe your relationship.

15             Do you recall that question and

16  answer?

17     A.     I recall about the childhood.

18     Q.     Well, do you recall being asked:

19  "Mr. Zheleznyak was not your business

20  partner.

21             Answer: "I don't know what I

22  understand under the word 'partner.'"

23             Do you recall that testimony?

24     A.     Yes.

25     Q.     Now, you've previously described

```
                                           Page 68
 1          S. Leontiev -- CONFIDENTIAL
 2   Mr. Zheleznyak as your partner; correct?
 3       A.     Yeah, we used partners, friends,
 4   we used these words when we were meeting
 5   with each other.
 6       Q.     You described him as your
 7   partner; correct?
 8       A.     No.  How to explain?  I can tell
 9   you, Sean, you're my partner but
10   officially, I tried to explain to you what
11   it was officially, officially we were
12   shareholders of the bank.
13       Q.     Do you recall having a meeting
14   with Mr. Zheleznyak and Mr. Varshavsky and
15   others in London in approximately August
16   of 2015?
17       A.     Yes.
18       Q.     And during that meeting, didn't
19   you repeatedly refer to Mr. Zheleznyak as
20   your partner?
21       A.     Yes.
22       Q.     And you did that in the context
23   of stating that you would repay the
24   obligations that Mr. Zheleznyak undertook
25   with respect to certain loans; isn't that
```

```
                                      Page 69
 1           S. Leontiev -- CONFIDENTIAL
 2    true?
 3        A.    No, that's not true statement.
 4    Actually, that meeting Alexander asked me
 5    to resolve a dispute, help him, he had an
 6    issue with these people.  So that was a
 7    meeting to settle this dispute.  So I
 8    brought a package to them, a proposal
 9    because he asked me to do this.
10           So but the word "partner" was
11    used during this meeting, you're
12    absolutely right.  I had to explain to
13    these people the relationship and so I was
14    saying that we are friends, actually,
15    that's what I mean.
16        Q.    And you told Mr. Varshavsky that
17    you recognize the obligation because Sasha
18    and you were partners; right?
19        A.    As a part of the settlement
20    deal, yes.
21        Q.    So you did say that?
22        A.    Yes, I proposed them a
23    settlement.  There was several points in
24    the settlement package.  That was one of
25    them.
```

Page 73

1          S. Leontiev -- CONFIDENTIAL

2               Go on.

3               MR. HECKER: You're instructing

4      him not to answer that question?

5               MR. WEIGEL: Yes.  If you want to

6      discuss settlement, we can go off the

7      record.

8               MR. HECKER: Mr. Weigel, you can

9      object; you can instruct him not to

10     answer.  I don't want you testifying.

11              MR. WEIGEL: I have no intention

12     of testifying.  If you want to discuss

13     settlement, we'll do it at another

14     time.

15

16

17

18

19

20

21

22

23

24

25

Page 74



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page  75

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
                                              Page 76
 1           S. Leontiev -- CONFIDENTIAL
 2    that purpose.
 3        Q.    Have you had partners other than
 4    Mr. Zheleznyak who owned stakes in
 5    Alivikt?
 6              MR. WEIGEL: I object to the
 7         form.
 8              THE WITNESS:  Well, in different
 9         periods of time there were different
10         -- first of all, as I explained to
11         you, formally we were not partners, we
12         were shareholders.  You used the word
13         "partners."
14        Q.    In my question?
15        A.    Yes.
16        Q.    Let me rephrase the question if
17    that's causing you difficulty.
18        A.    I just want to be precise.
19        Q.    Were there others who owned
20    shares in Alivikt other than Mr.
21    Zheleznyak during the time that you were
22    the majority shareholder?
23        A.    I don't remember.  There were
24    different -- there were people -- there
25    were different other shareholders at
```

Page 77

1           S. Leontiev -- CONFIDENTIAL
2    different periods of time in Group Life,
3    but I can tell you when the license was
4    revoked, there were two of us.
5        Q.    You said Group Life.  My
6    questions had been about Alivikt.
7              To you are they synonymous?
8        A.    No.  We just called Group Life
9    was a brand which we used for branding
10   purposes.
11       Q.    Okay.
12             And Alivikt owned a hundred
13   percent of Group Life?
14       A.    Group Life, it's a brand, it's
15   not an entity.
16       Q.    So when you a moment ago said
17   that at the time of the liquidation Mr.
18   Zheleznyak and you were the only two
19   partners in Group Life, you meant in
20   Alivikt; correct?
21             MR. WEIGEL: I object to the
22       form.
23       Q.    You can answer.
24       A.    I mean Probusinessbank.
25       Q.    Okay.

Page 78

```
 1          S. Leontiev -- CONFIDENTIAL
 2             Who were your other partners
 3    prior to August of 2015 in Alivikt?
 4             MR. WEIGEL: Are you
 5        intentionally using the word
 6        "partners?" The witness has said he
 7        has a problem with that.  You keep
 8        putting it into the question.  If
 9        you're doing it by accident --
10             MR. HECKER: There's no strategy.
11        You can object to the form of the
12        question and I'll rephrase it.
13             MR. WEIGEL: I object to the form
14        of the question.
15        Q.    Prior to August of 2015, who
16    were the other shareholders in Alivikt?
17        A.    I can't remember but there were
18    two more persons which were shareholders
19    different period of time.
20        Q.    You don't remember their names?
21        A.    I remember their names.  I don't
22    remember exactly the times.
23        Q.    I understand.
24             Who were those two?
25        A.    Panteleev and Bikmaev.
```

Page 79

1    S. Leontiev -- CONFIDENTIAL

2

3

4

5

6

7

8

9

10

11

12    Q.    And at all times were you the

13 controlling shareholder in

14 Probusinessbank?

15    A.    I was majority shareholder in

16 Probusinessbank.

17    Q.    During the entire period of 2010

18 to call it 2015 when the license was

19 revoked?

20    A.    The bank was established '93, so

21 I'm talking now -- I remember exactly the

22 percentage in the last period before the

23 license was revoked.  That's what I can

24 tell you exactly.  '93 I can't tell you

25 how the shareholding structure looked

```
                                        Page 82
 1            S. Leontiev -- CONFIDENTIAL
 2        A.    No.  I don't understand your
 3   question.
 4        Q.    You said Financial Group Life
 5   served as a brand; is that correct?
 6        A.    Well, there was a brand.  The
 7   brand was Financial Group Life, yes, so if
 8   you call at the reception tell they will
 9   tell you Financial Group Life speaking and
10   that was about ten thousand people in the
11   call center saying this, that was the
12   brand Financial Group Life.  That's what I
13   was saying.
14        Q.    Were they actually employees of
15   Probusinessbank?
16        A.    Every employee of each bank, any
17   bank they will say Financial Group Life.
18        Q.    I understand.
19             Was Group Life the brand that
20   was used to describe all of the holdings
21   of all of these different banks?
22        A.    Yes.  It was the umbrella brand.
23        Q.    In 2014 is it correct that
24   Alivikt Holdings Limited owned over fifty
25   percent of Probusinessbank?
```

Page 84

1            S. Leontiev -- CONFIDENTIAL

2       Q.      Have you seen this document

3   before?

4       A.      I don't remember.

5       Q.      You don't know whether you've

6   reviewed the financial statements for

7   Probusinessbank for 2014?

8       A.      I just don't remember.

9       Q.      You were the president of

10  Probusinessbank going back to 1996; is

11  that correct?

12      A.      I don't remember exact year.

13      Q.      In the 1990s, did you become

14  president of Probusinessbank?

15      A.      I don't remember when I become

16  the president.  But at the moment when the

17  license was revoked, I was the president.

18      Q.      And you've been the president

19  for many years; correct?

20      A.      Yes.

21      Q.      And as president, did you make

22  it a practice to review the financial

23  statements for the bank?

24      A.      It was the function of the

25  board.

```
                                            Page 85
 1              S. Leontiev -- CONFIDENTIAL
 2       Q.      You were on the board; correct?
 3       A.      I was on the board, yes.
 4       Q.      So did you review the financial
 5   statements?
 6       A.      What do you mean review?
 7       Q.      Did you look at them before they
 8   were issued?
 9       A.      Of course.
10       Q.      And you've therefore seen this
11   document before; correct?
12       A.      Yes, but I just don't remember
13   exactly now.
14       Q.      That's fine.
15               So you don't remember when you
16   saw it but you know you must have seen it
17   previously?
18       A.      I must have seen it, if it's the
19   right one.
20       Q.      Well, I'll represent that your
21   counsel produced this in the litigation.
22       A.      Okay.
23       Q.      If you look at page sixteen, do
24   you see with me in the middle of the page
25   it says, "shareholders" in bold and then
```

Page 87

```
 1            S. Leontiev -- CONFIDENTIAL
 2      Q.    Yes?
 3      A.    Yes.
 4      Q.    So during the periods 2013 and
 5   2014, is it fair to say Alivikt held a
 6   majority of the shares of Probusinessbank?
 7      A.    Yes.
 8
 9
10
11
12
13      Q.    And are you aware of any period
14   during the time that you were president of
15   Probusinessbank that Alivikt Holdings
16   Limited's ownership stake fell below fifty
17   percent?
18      A.    Can say it once again?
19      Q.    To your knowledge, did Alivikt's
20   ownership stake in Probusinessbank ever go
21   below fifty percent?
22      A.    It could be.
23      Q.    Could be?
24            Do you recall a time when it was
25   less than fifty percent?
```

1           S. Leontiev -- CONFIDENTIAL

2      Q.    Do you have an estimate of how

3  long you were chairman of the board of

4  Probusinessbank?

5      A.    Several years.

6      Q.    And you were president of the

7  Probusiness during that period?  I think

8  we covered that.

9      A.    Yes.

10     Q.    In fact, you were president of

11  the bank going back to 1996; right?

12     A.    I don't remember exactly when.

13     Q.    Approximately that time period?

14     A.    I don't remember but many years.

15     Q.    And you were on the management

16  board going back to 1993; right?

17     A.    I think so.

18     Q.    At Probusinessbank am I correct

19  that day-to-day management was carried out

20  by the management board and the chairman

21  of the management board?

22     A.    Yes.

23     Q.    And the management board was

24  supervised by the board of directors and

25  the general shareholders' meetings; is

```
                                           Page 92
  1           S. Leontiev -- CONFIDENTIAL
  2   that right?
  3       A.    Yes.
  4       Q.    And the management board
  5   received monthly reports on the group's
  6   financial position and its business
  7   performance?
  8       A.    Do I need to read something?
  9       Q.    No.
 10             I'm just asking you, the
 11   management board received monthly reports
 12   on the group's financial position and its
 13   performance; is that right?
 14       A.    Can you say it once again?
 15       Q.    The management board received
 16   monthly reports on the financial business
 17   -- financial position and business
 18   performance?
 19       A.    Regularly.
 20       Q.    Okay.
 21       A.    I wouldn't say months but
 22   regularly.
 23       Q.    And there were three people on
 24   the management board in the period 2010 to
 25   2015; right?
```

Page 93

1              S. Leontiev -- CONFIDENTIAL

2      A.     I don't remember how many.

3      Q.     Well, you were on the management

4  board; right?

5      A.     Yes.

6      Q.     Alexander Zheleznyak was on the

7  management board; correct?

8      A.     Yes.

9      Q.     And Alexander Lomov, was he also

10  on the management board?

11      A.     Of course.

12      Q.     And what was his position?

13      A.     Member of the board, chairman of

14  the board for a period of time, head of

15  accounting.

16      Q.     Any other members of the

17  management board over the last five-year

18  period of Probusinessbank?

19      A.     Dylnov.

20      Q.     We're on the management board?

21      A.     Yes.  He was the chairman,

22  actually.  Dmitry Dylnov.

23      Q.     Not Lomov, sorry.

24              Were there any other people --

25      A.     No, Dylnov, that's not Lomov.

```
                                          Page 95

 1          S. Leontiev -- CONFIDENTIAL

 2    group that did not come to you for

 3    approval?

 4        A.    A lot.

 5        Q.    There were a lot of significant

 6    decisions that were taken at

 7    Probusinessbank that you didn't approve?

 8        A.    Sure.

 9        Q.    Give me an example of one.

10        A.    It's easy that I explain to you

11    what I was doing.

12        Q.    Can you answer my question?

13        A.    I can try.

14              The bank as a business consisted

15    of business units, infrastructure, and

16    systems.  So all the decisions in terms of

17    infrastructure were taken without my

18    participation.  All the decisions in terms

19    of systems were taken without my

20    participation.  I have never visited

21    Central Bank because the chairman of the

22    management board was doing that.  I've

23    never signed any accounting documents for

24    Central Bank.

25              There is a lot I can tell you
```

Page 96

1              S. Leontiev -- CONFIDENTIAL
2       I've never done.
3           Q.    You sat on the strategic
4       committee of Probusinessbank; correct?
5           A.    Yes.
6           Q.    And the strategic committee was
7       the key operating body of the group; is
8       that true?
9           A.    I was -- I suggested that I
10      explain what I was doing.
11          Q.    Try and answer my questions if
12      you can and then you can have a chance to
13      explain.
14          A.    What's the question?
15          Q.    Was the strategic committee the
16      key operating body of the group?
17          A.    One of the operating bodies of
18      the group.
19          Q.    Wasn't it the key operating body
20      of the group?
21          A.    One of the committees of the
22      group.
23          Q.    And the strategic committee
24      established the group's policies, rules,
25      and procedures in relation to key business

Page 97

```
 1           S. Leontiev -- CONFIDENTIAL
 2    practices; right?
 3         A.    That's right.
 4         Q.    And in addition to you as
 5    president of the Probusinessbank, other
 6    members of that committee included the
 7    heads of various divisions within the
 8    group; is that true?
 9         A.    Yes.
10         Q.    Now, in terms of Mr.
11    Zheleznyak's role, is it fair to say that
12    he was involved in efforts to raise funds
13    to support the operation of the
14    businesses?
15         A.    That was -- his main
16    responsibility was not raising funds.  He
17    was the head of corporate business.
18         Q.    Was Mr. Zheleznyak's role to
19    help raise funds to help support the
20    operation of the business?
21         A.    He was doing that as well as
22    maybe number one hundred priority.
23         Q.    He had other priorities --
24         A.    (Through interpreter) That was
25    his priority number one hundred.
```

```
                                          Page 98
 1              S. Leontiev -- CONFIDENTIAL
 2        Q.     So he had other priorities that
 3   were higher on the list?
 4        A.     Yes.
 5        Q.     But one of the things that he
 6   did was raise money to support the
 7   operations of the group; correct?
 8        A.     I wouldn't say actually that.
 9   He was head of business unit.  Every head
10   of business unit was selling products of
11   the bank.  So we don't have the term that
12   we used raised funds.  He was selling
13   products.
14        Q.     And as part of selling products,
15   he helped raised funds from investors that
16   were put to use by affiliates of
17   Probusinessbank; correct?
18        A.     We called them wealth management
19   products so he was selling to his clients
20   wealth management products.
21        Q.     And he thereby raised funds from
22   investors?
23              MR. WEIGEL: Asked and answered.
24        Q.     You can answer.
25        A.     Wealth management product means
```

Page 99

1          S. Leontiev -- CONFIDENTIAL

2    that a client who buys it invests in the

3    bank.

4       Q.    You didn't personally

5    participate in the efforts to sell wealth

6    management products?

7       A.    I didn't participate, of course.

8       Q.    You did not?

9       A.    I did not.

10      Q.    But you were involved in

11   decisions about products that the bank

12   would sell; correct?

13      A.    I would -- actually, we had more

14   than a hundred business units, so each

15   business unit will -- they had a strategy.

16   So you imagine one hundred strategies,

17   something like that.  They will get to the

18   treasury departments.  Treasury will use a

19   dynamic modeling to select the best of

20   them and I was involved in establishing

21   the rules, the principles how this

22   modeling was working.  So I will develop

23   with the treasury the rules.

24            Then they will select the best

25   of the proposals.  Then they will go to

1          S. Leontiev -- CONFIDENTIAL
2    financial department.  After that they
3    will go to strategy department.  And then
4    it will come to me back and I will
5    introduce the strategy to the board and
6    then usually board will accept what was
7    prepared that way.
8        Q.    And you signed off on it before
9    the board did; correct?
10       A.    Well, the board could take a
11   decision that they don't like a specific
12   product or a specific business unit, but I
13   will introduce it as a suggestion.
14       Q.    Right.
15             And if you didn't approve it, it
16   wouldn't be presented to the board;
17   correct?
18       A.    Correct, but I never did this.
19   Actually, it was all done while in the
20   treasury.  So what my role was mostly
21   develop the rules, how the treasury makes
22   decisions but not taking any specific
23   decisions and saying to people in treasury
24   you do this, you do that, because then I
25   will violate my own principles which I

```
 1            S. Leontiev -- CONFIDENTIAL
 2    discuss with them.
 3             So my role was that if we decide
 4    this year the return on equity should be
 5    fifteen percent then you don't really take
 6    businesses which have thirteen percent and
 7    they will put a lot of different ratios
 8    like that so that model, which they will
 9    prepare and they will bring to the board,
10    will have this specific ratios.  So I was
11    responsible for those ratios.  Deciding
12    that it's fifteen percent and not thirteen
13    percent, that was my prime influence.
14        Q.    You set the business financial
15    targets?
16        A.    Yes.
17        Q.    And you knew, did you not, that
18    Mr. Zheleznyak was involved in obtaining
19    loans from Avilon?
20        A.    Well, I knew that there was such
21    client Avilon.
22        Q.    And you knew that Mr. Zheleznyak
23    was involved in obtaining loans from the
24    Avagumyan family; correct?
25        A.    I didn't know anything about.
```

1          S. Leontiev -- CONFIDENTIAL

2      Q.     You knew that the product that

3  was being sold by Mr. Zheleznyak to Avilon

4  was loans; correct?

5      A.     No, no, it was not loans, it was

6  wealth management product.

7      Q.     What was the wealth management

8  product?

9      A.     As I said, wealth management

10  product we start using from 2008

11  approximately when we need the capital, so

12  some of the clients would like to have

13  high interest rate and they could have on

14  deposit, so they would buy the wealth

15  management product which is an investment

16  in the capital of the bank so we will have

17  higher leverage and more and have the

18  opportunity to give them also bigger

19  interest because of that.

20      Q.     So the wealth management product

21  that you're describing is a high interest

22  loan provided by the investor to an

23  offshore entity created by someone at the

24  bank; is that right?

25      A.     It's wrong statement because

1          S. Leontiev -- CONFIDENTIAL

2     loan itself is just a part of the

3     structure, part of the infrastructure.

4     The idea and assets of the product is an

5     investment which the client does in the

6     capital of the bank to earn higher

7     interest than in a regular deposit.

8          Q.    In 2008, is it correct that

9     Probusinessbank was undercapitalized as a

10    result of the financial crisis?

11         A.    Not specifically

12    undercapitalized but we were interested in

13    growing capital because of the situation

14    of the markets.

15         Q.    And one of the ways you grew

16    capital was by offering high interest rate

17    investment opportunities to investors;

18    correct?

19         A.    You use now your own term.  We

20    call it wealth management products.

21               I don't understand what you

22    mean.

23         Q.    You don't understand what I mean

24    by high interest rate loan?

25         A.    No, this is wrong statement.  It

1          S. Leontiev -- CONFIDENTIAL

2   was not a high interest rate loan at all.

3   That's what I'm explained five minutes

4   ago.  It was a wealth management product

5   and we started to use it, yes, that period

6   of time.

7       Q.    And you understood that Mr.

8   Zheleznyak was selling that product

9   including to Avilon?

10      A.    Mr. Zheleznyak was not selling

11  anything.  He was -- just imagine, he was

12  the head of the corporate division which

13  had something like five, six hundred

14  people.  These people were selling and

15  these people were managers who had

16  hundreds of clients related to them.  So

17  we had the structure in the group that

18  each manager and he had about six hundred

19  of them in his department.  Each manager

20  was responsible for from twenty to a

21  hundred clients.  And the manager would

22  select the products for his client

23  according to the demands of the client,

24  and Zheleznyak was the head of all that.

25  So I wouldn't imagine that he himself

1           S. Leontiev -- CONFIDENTIAL

2    would do any views.  It was impossible.

3        Q.    You didn't know he was speaking

4    to investors about these wealth management

5    products?

6        A.    Yeah, he -- the way it worked

7    that the manager of the -- so each client

8    has a manager, first of all, it could be

9    that in Probusinessbank even a retail

10   client wouldn't have a manager, it was not

11   possible.  So manager is the window for

12   the client in the bank.  So it could

13   happen that the manager will bring his

14   client to from Zheleznyak.

15           It didn't happen that I met some

16   clients that way but it will be the

17   manager who's responsible for selling the

18   product, for the negotiation, for the P&L

19   of the client.  And actually, the manager

20   will have -- you remember we discussed the

21   word "partnership." That's exactly this

22   manager who would be the partner because

23   he will have the share of the profits from

24   that client.  So not Mr. Zheleznyak but

25   the specific manager who's responsible for

Page 106

S. Leontiev -- CONFIDENTIAL

1               S. Leontiev -- CONFIDENTIAL

2   this client will get the share of the

3   profits from this client.  That was how it

4   was structured.

5      Q.   Can you pull back up Defendant's

6   Exhibit 3 which is the complaint and I

7   want to direct your attention to appendix

8   A of that document.

9         You recall we reviewed this

10  earlier?

11     A.   Yes.

12     Q.   And you see here that what is

13  identified are certain promissory notes

14  where the borrower was either ZAO

15  Financial Group Life or Vennop Trading.

16        Do you see that?

17     A.   Yes.

Page 107



23      Q.      Were you aware of these loans

24   when they were entered into?

25      A.      No.

```
 1              S. Leontiev -- CONFIDENTIAL
 2        Q.     And do you know where the funds
 3    that were -- that are reflected here went
 4    after the loans were provided to Financial
 5    Group Life?
 6        A.     Well, I don't remember
 7    specifically about these loans but
 8    usually, as I explained to you, the wealth
 9    management product worked that way, the
10    money went to the treasury of the bank.
11        Q.     So to the extent the moneys were
12    borrowed by Financial Group Life,
13    Financial Group Life transferred them to
14    the treasury of Probusinessbank; is that
15    your testimony?
16        A.     Somehow it went to treasury.
17        Q.     You don't know now?
18        A.     No.  I was not responsible for
19    the structure.  Each deal was structured
20    differently.
21        Q.     What about Vennop Trading?  Is
22    that an entity you're familiar with?
23        A.     No.
24        Q.     Do you know who set it up?
25        A.     No.
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2      Q.    And am I correct that Financial
 3  Group Life voluntarily applied for
 4  liquidation in the beginning of 2015?
 5      A.    Yeah, I found out here.
 6      Q.    You weren't aware of that
 7  decision?
 8      A.    No, I don't remember -- I don't
 9  remember when I found out about that.
10      Q.    At the time of the litigation
11  you were the majority shareholder of
12  Financial Group Life; correct?
13          MR. HECKER: Sorry.  Let me
14      rephrase the question.  I misspoke.
15      Q.    At the time of the liquidation,
16  were you the majority shareholder of
17  Financial Group Life?
18      A.    I think so, yes, the main
19  shareholder.
20      Q.    So were you involved in the
21  decision to liquidate Financial Group
22  Life?
23      A.    I just don't remember how it was
24  taken.
25      Q.    Is it a reasonable assumption
```

```
                                              Page 110
 1            S. Leontiev -- CONFIDENTIAL
 2     that, as the majority shareholder, that
 3     somebody would have checked with you prior
 4     to liquidation?
 5         A.    As I mentioned to you, this was
 6     the company that was created for the
 7     specific purpose.  That's why I never
 8     really wasn't so much interested.
 9         Q.    And the purpose was to serve as
10     a brand?
11         A.    Yes.
12         Q.    And also to borrow funds; right?
13         A.    It was part of the structure
14     which we used to sell wealth management
15     products.
16         Q.    Why not sell them directly from
17     Probusinessbank?
18         A.    I can't tell you exactly about
19     this case but in general there were
20     clients that wouldn't like that and that's
21     what specifically the client will say -- I
22     mean, if you mean -- what it mean exactly
23     through Probusinessbank?
24         Q.    Well, the loans that are
25     reflected in appendix A, you said you
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2     don't know about these specifically but
 3     your understanding is the loan moneys, if
 4     they went to Financial Group Life, they
 5     made their way to the treasury of
 6     Probusinessbank; correct?
 7          A.    Yes.
 8          Q.    My question is why didn't
 9     Probusinessbank directly seek to acquire
10     the funds from investors?
11          A.    Oh, that's very easy.
12               Then the client will get two
13     percent instead of twelve percent if it
14     went directly because then it will be a
15     deposit on the Probusinessbank.  And
16     specifically these clients you're talking
17     about, they had a lot of deposits directly
18     on the balance sheet of Probusinessbank
19     but they wanted larger interest.  That's
20     why they asked their managers to sell them
21     wealth management products.
22          Q.    So they weren't prepared to make
23     the investments for two percent interest
24     directly to the bank?
25          A.    No, that's not true statement.
```

Page 112

```
 1           S. Leontiev -- CONFIDENTIAL
 2      Q.    Not true?
 3      A.    Not true.
 4      Q.    So --
 5      A.    You're mixing now deposit and
 6   investment.
 7      Q.    In order to obtain the moneys
 8   for the treasury of Probusinessbank, the
 9   bank, through these offshore vehicles,
10   offered higher interest rate products;
11   correct?
12      A.    Can you say it once again?
13           MR. HECKER: Can you read that
14      back?  And then we'll take a break
15      after your answer.
16           (Whereupon the requested portion
17      was read back by the reporter)
18           THE WITNESS:  No.  In order to
19      -- there were deposits and there were
20      wealth management products.  These are
21      two different products completely.  I
22      don't want you to mix it up.
23           Wealth management products were
24      sold for different interest rate,
25      that's right, because the nature of
```

Page 113

```
 1          S. Leontiev -- CONFIDENTIAL
 2     this product completely different.
 3     It's the capital of the bank and the
 4     deposit will go on the account and
 5     that's the difference.
 6          MR. HECKER: Why don't we take a
 7     break to change the tape.
 8          THE VIDEOGRAPHER: We're going
 9     off the record at 12:05 p.m.
10          This marks the end of media one.
11          (Whereupon a break was taken)
12          THE VIDEOGRAPHER: We're back on
13     the record at 12:16 p.m.
14          This marks the beginning of
15     media two.
16     Q.    Before the break, we discussed
17   the decision to liquidate FG Life and I
18   believe you testified you didn't recall
19   how that decision was taken; is that
20   right?
21     A.    Yes.
22     Q.    Do you know who was involved in
23   the decision to liquidate FG Life?
24     A.    No.
25     Q.    No?
```

```
 1              S. Leontiev -- CONFIDENTIAL
 2        A.     No.
 3        Q.     Did you ever ask that question
 4   of anyone who was involved in the
 5   operation of FG Life?
 6        A.     I mean now here in New York we
 7   talked about that with Alexander but not
 8   at that time.
 9        Q.     So what did you learn about how
10   the decision to liquidate FG Life was
11   taken?
12        A.     Just Alexander told me that he
13   was involved in that.
14        Q.     He didn't check with you as the
15   controlling shareholder of FG Life?
16        A.     I don't remember.  Maybe he did
17   but I just don't remember.
18        Q.     So it's possible that he checked
19   with you before the decision to --
20        A.     I don't remember.
21        Q.     What assets did FG Life have at
22   the time that it was liquidated?
23        A.     I don't know.
24        Q.     Do you know what was done with
25   any assets that FG Life had at the time of
```

1          S. Leontiev -- CONFIDENTIAL

2    the liquidation?

3        A.    No.

4        Q.    Did you receive any distribution

5    of assets?

6        A.    No.

7        Q.    Were any assets used to pay FG

8    Life's liabilities at the time of the

9    liquidation?

10       A.    I don't know.

11       Q.    Do you know whether FG Life had

12   sufficient assets to pay its creditors at

13   the time the voluntary liquidation was

14   initiated?

15       A.    I don't know.  But it was part

16   of the wealth management product so, as I

17   understand, it was a product of the bank.

18            Why are you talking separately

19   about this company?

20       Q.    Earlier we looked at Defendant's

21   Exhibit 10.

22            Do you have that in front of

23   you?  It's the financial statements and

24   independent auditor's report.  That one.

25            Is there any mention of the FG

Page 116

```
 1           S. Leontiev -- CONFIDENTIAL
 2   Life wealth management product you were
 3   describing in the financial statement or
 4   the balance sheet of the company?
 5           MR. WEIGEL: There's three
 6       hundred thirty-three pages.
 7           Are you asking the witness to go
 8       through this entire document to find
 9       out if there's a mention?
10           MR. HECKER: I'm asking him if he
11       knows whether it's mentioned in the
12       financial statements of the company.
13           THE WITNESS:  I don't know.
14   Q.    Do you know if --
15           MR. HECKER: Strike that.
16   Q.    These wealth management
17   products, am I correct, were sold through
18   offshore vehicles that were set up by a
19   structuring division within
20   Probusinessbank; is that correct?
21   A.    Yes.
22   Q.    And those structures which were
23   set up were controlled by bank employees;
24   correct?
25   A.    By the bank.
```

Page 117

1          S. Leontiev -- CONFIDENTIAL

2      Q.     Of which you were the majority

3  shareholder; right?

4      A.     Yes.  Main shareholder.

5      Q.     So it's by Probusinessbank

6  employees that these entities were

7  operated; right?

8      A.     Yes.

9      Q.     And do you know whether the

10  financial statements that were reviewed by

11  auditors reflected the control by

12  Probusinessbank of these offshore

13  entities?

14      A.     I don't know how it was done.

15      Q.     Well, I believe you testified as

16  the president and the member of the board

17  you reviewed the financial statements

18  during your time as president of the bank;

19  right?

20      A.     Financial statements of what

21  company?

22      Q.     Of Probusinessbank.

23      A.     Yes, we reviews viewed this.

24      Q.     Did you ever see any mention of

25  the offshore vehicles which were

Page 118

```
 1         S. Leontiev -- CONFIDENTIAL
 2   controlled by Probusinessbank employees
 3   reflected in the financial statements or
 4   the balance sheet of the bank?
 5         A.    As I said already several hours
 6   ago, sometimes some companies -- you must
 7   understand we have more than a hundred
 8   companies like that.
 9         Q.    And when you say companies like
10   that, you're referring to --
11         A.    Off-balance-sheet companies.
12   Because different products like
13   securitization products, they will require
14   off-balance-sheet entity.  That's why
15   sometimes they were consolidated,
16   sometimes not.  I just never get into
17   details why.
18         Q.    But you understood that these
19   off-balance-sheet entities were controlled
20   at all times by Probusinessbank employees;
21   correct?
22         A.    By Probusinessbank.
23         Q.    And by employees of
24   Probusinessbank; right?
25         A.    I'll stay with Probusinessbank.
```

1          S. Leontiev -- CONFIDENTIAL

2    Because if you say employee, I don't

3    understand it.

4       Q.    You don't know what an employee

5    of Probusinessbank means?

6       A.    Look, an employee can have his

7    own interest.  In that sense it was part

8    of the product of Probusinessbank.  That's

9    why I'm saying Probusinessbank.

10      Q.    So as president of

11   Probusinessbank, it was the bank that

12   controlled the offshore vehicles --

13      A.    Yes.

14      Q.    -- that made these products

15   available to investors; right?

16      A.    Yes.  Now you're right.

17      Q.    And it was through employees who

18   worked for you as president that these

19   offshore entities were operated on a

20   regular basis; right?

21      A.    Yes.

22      Q.    With respect to Financial Group

23   Life, were you regularly receiving

24   documents reflecting the finance of that

25   entity?

```
 1          S. Leontiev -- CONFIDENTIAL
 2       It's vague as to what you mean by the
 3       lenders.
 4       Q.     You can answer the question.
 5       A.     Specify who I'm talking about.
 6       Q.     Well, you know that Avilon is a
 7    creditor; right?
 8       A.     I know that there was a client
 9    with that name.
10       Q.     Avilon.
11       A.     Avilon, yes.
12       Q.     And they lent money to Ambika;
13    right?
14       A.     As we discussed --
15       Q.     Yes or no, are you aware that
16    Avilon lent money to Ambika?
17       A.     As part of the wealth management
18    product.
19       Q.     Yes.
20              So you'll forgive me, I'm going
21    to refer to those as loans.
22       A.     No, you're just trying to put
23    the part of the deal as a separate deal.
24    That's why I'm opposing it.  That's my
25    position.  I can put my position here, as
```

Page 123

1          S. Leontiev -- CONFIDENTIAL
2     I understand.
3          Q.     You understand that in August,
4     2015 Avilon had not been repaid in
5     connection with certain loans that it had
6     made to Ambika?
7               MR. WEIGEL: Asked and answered.
8               THE WITNESS:  What I'm saying is
9          that the license was revoked.  Of
10         course there were clients that were
11         not repaid, clients of the bank, and
12         Ambika was one of them.
13         Q.     And the Avagumyans were also
14    investors who had not been repaid?
15         A.     It is found out here.  I didn't
16    know about that.
17         Q.     And you met with Mr. Varshavsky
18    in Moscow along with Alex Zheleznyak to
19    discuss your potential repayment of the
20    moneys that had not been repaid; right?
21         A.     No.  The purpose you formulate
22    of that meeting is not right.
23              Alexander asked me -- he was
24    asking me for four hours literally to go
25    to that meeting to help him to resolve the

```
                                      Page 124

 1          S. Leontiev -- CONFIDENTIAL
 2    dispute.  It was to propose any kind of
 3    settlement to Varshavsky.
 4        Q.    When you met with Mr. Varshavsky
 5    in Moscow with Mr. Zheleznyak, is it your
 6    testimony that you did not discuss
 7    potentially repaying the moneys that were
 8    then outstanding to Avilon?
 9        A.    We did discuss this part as a
10    part of the settlement again.
11        Q.    So that was part of the
12    discussion?
13        A.    Yes.
14        Q.    And then when you later met in
15    London in August, that was again part of
16    the discussion; correct?
17        A.    Yes.
18        Q.    And when you met in London, you
19    taped the conversation that you had with
20    Mr. Varshavsky and others; correct?
21        A.    Yes.
22        Q.    You didn't tell them you were
23    taping that conversation; right?
24        A.    I didn't tell Varshavsky.
25        Q.    You told Zheleznyak; right?
```

```
 1            S. Leontiev -- CONFIDENTIAL
 2       A.    Are you reading something?
 3       Q.    I'm not reading anything.
 4       A.    Sorry, because I think you're
 5  looking at text.
 6       Q.    I'm looking at my notes.
 7       A.    Okay.
 8            You have to tell me because I
 9  have to change spectacles.
10       Q.    I understand.  I've got the same
11  problem.  I just take them off.
12            After August, '15, you discussed
13  a proposal, actually a couple of different
14  proposals to repay a total of a hundred
15  million dollars, eighty-three million plus
16  moneys from Valkera, to lenders
17  represented by Mr. Varshavsky; correct?
18            MR. WEIGEL: I object.  Form.
19       Foundation.
20            THE WITNESS:  Several things
21       which I don't agree.  First of all, I
22       was talking specifically about
23       Varshavsky.  I don't understand what
24       you mean several lenders.  So I was
25       told at least that this is money from
```

Page 132

1          S. Leontiev -- CONFIDENTIAL

2     the analogy.

3              So you didn't understand that

4     Mr. Varshavsky was a president and owner

5     of Avilon?

6         A.    Yes, I know that, just was his

7     pocket company.

8         Q.    What do you mean when you say

9     pocket company?

10        A.    His own company.  He used it for

11    his own purposes.

12        Q.    Like Financial Group Life was

13    your company?

14        A.    You mean this branding?

15

16

17

18

19

20

21

22

23

24        Q.    And through it you owned a

25    majority in Probusinessbank?

Page 134

```
                                    Page 134
 1            S. Leontiev -- CONFIDENTIAL
 2   and he bought wealth management product of
 3   the bank.  When his money stuck at the
 4   bank, he tried to impose the obligation on
 5   my friend and my friend asked me to come
 6   and to try to settle this issue.  So
 7   that's what I did.
 8        Q.    So you understood that Mr.
 9   Varshavsky owned Avilon, that Avilon had
10   invested moneys that had not been repaid,
11   and you were asked to try to make good on
12   the obligation to repay it; is that fair?
13        A.    Yes.
14        Q.    And over time, in the period
15   after August, 2015, you made proposals
16   about how to repay a hundred million
17   dollars pursuant to that obligation,
18   right, as part of a settlement?
19        A.    Not exactly that.
20              During the meeting, actually the
21   proposal, the way I propose it was
22   rejected.  So they asked me to do
23   something else, were very insistent, so we
24   can read and see what happened there.
25              So after that, I pretty much
```

1          S. Leontiev -- CONFIDENTIAL

2    stopped negotiating with them but

3    Alexander will keep trying to find a

4    solution himself.

5        Q.    And Mr. Leontiev, in September,

6    2015 you proposed repayment schedules for

7    repaying $83 million over either two and a

8    half or three and a half years as part of

9    those discussions; correct?

10       A.    That was our internal discussion

11   on that with Alexander which I never

12   proposed to Mr. Varshavsky.

13       Q.    You don't know whether Mr.

14   Zheleznyak passed those proposals on to

15   Mr. Varshavsky?

16       A.    I don't know.

17       Q.    But you gave them to Mr.

18   Zheleznyak for the purpose of making --

19       A.    Internal discussions, yes.

20   Because you must understand he keep

21   pressuring me --

22       Q.    Mr. Zheleznyak?

23       A.    Yes.  He had literally

24   eighteen-hour calls with Mr. Varshavsky a

25   day.  So after that on his free time he

1          S. Leontiev -- CONFIDENTIAL

2    was calling me and asking to find -- he

3    was just asking.

4        Q.    You know that the repayment

5    schedules that you describe as internal

6    that you gave to Mr. Zheleznyak were

7    shared with Mr. Varshavsky; right?

8        A.    I found out later.

9        Q.    Mr. Zheleznyak told you that;

10   right?

11       A.    Yes.  I think so.

12       Q.    Right.

13            And you understood that the

14   repayments that Mr. Zheleznyak shared with

15   Avilon provided for repayment of $83

16   million over a period of either two and a

17   half or three and a half years; correct?

18   You understood that that's what the

19   proposal was as part of the settlement?

20       A.    Exactly.  So it's -- no, can I

21   -- let me finish.  I want to finish this.

22            As you said, a part of the

23   settlement and, as I explained previously,

24   another part of the settlement was their

25   cooperation and why was I not eager to

```
 1        S. Leontiev -- CONFIDENTIAL
 2   move further is because they started
 3   threatening us.  So instead of
 4   cooperation, I've got real threats and a
 5   criminal case was opened which I can think
 6   was also Varshavsky was involved in that,
 7   so that was the reason that I stopped that
 8   negotiation at all.
 9        Q.    Mr. Leontiev --
10        A.    Because this part of the
11   settlement package was actually breached.
12        Q.    Mr. Leontiev, of the moneys that
13   were owed to Avilon by Ambika, you agree
14   with me that seventeen million was repaid
15   in 2015 from Valkera?
16             MR. WEIGEL: I object to form.
17        Foundation.
18        Q.    You can answer.
19        A.    We pay -- Alexander made the
20   payment, I know that Alexander made the
21   payment of seventeen million from Valkera.
22        Q.    And you approved the payment?
23        A.    I would say I didn't stop it.
24        Q.    You approved it; right?  You
25   okayed it?
```

Page 138

1          S. Leontiev -- CONFIDENTIAL
2      A.    I could stop it but I decided
3  not to do.
4      Q.    Is that different from okaying
5  it?
6      A.    No, I'm just telling you the
7  truth.
8      Q.    So you had the power to stop it;
9  right?
10     A.    Not exactly.
11     Q.    That's just using your words.
12           You didn't have the power to
13  stop the payment of $17 million from
14  Valkera?
15     A.    Formally I couldn't stop it.  So
16  formally Vadim just asked me are you okay
17  with the payment and I could say no and I
18  don't know what they would do to that and
19  I could say yes and at the end I said yes.
20     Q.    So you okayed the payment of $17
21  million from Valkera?
22     A.    At the end I said yes.
23     Q.    So you said yes to payment.
24           And is it your understanding
25  that that payment was one that you could

Page 139



1              S. Leontiev -- CONFIDENTIAL

2        Q.     Who was the owner of Valkera?

3        A.     Nominal director.

4        Q.     Nominal director was the owner

5    of Valkera?

6        A.     Yes.

7        Q.     Who was that?

8        A.     I don't know.

9        Q.     You have no idea?  Was it Vadim

10   Kolotnikov?

11       A.     No.

12       Q.     So someone was put in to serve

13   as a nominal director who didn't actually

14   own or control the company; right?

15       A.     The way all the

16   off-balance-sheet companies of the bank

17   were structured, they all had, some of

18   them had nominal directors.

19       Q.     When you use the word "nominal,"

20   you mean someone who is not, in fact,

21   owning or controlling the company but

22   whose name appears in the registrar as the

23   owner of the company?

24       A.     Yes.

25       Q.     Okay.

Page 147

1        S. Leontiev -- CONFIDENTIAL



24        Q.      Okay.

25                And this was at the time when

Page 148

1          S. Leontiev -- CONFIDENTIAL

2    you were chief investment officer for

3    Wonderworks; correct?

4        A.    Yes.

5        Q.    And the sole beneficial owner of

6    Wonderworks; correct?

7        A.    Yes.

8        Q.    And one of your duties --

9              MR. HECKER: Strike that.

10       Q.    Weren't you in effect the CEO of

11   Wonderworks?

12       A.    No, I was chief investment

13   officer.

14       Q.    So you weren't the CEO?

15       A.    No.

16

17

18

19

20

21

22

23

24

25

Page 149



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 150



Page 161

1          S. Leontiev -- CONFIDENTIAL

2     Q.     After the liquidation --

3          MR. HECKER: Sorry, strike that.

4     Q.     After the license for

5  Probusinessbank was pulled in August,

6  2015, did Vadim Kolotnikov and others

7  working for you control the operations of

8  the off-balance-sheet entities that had

9  been established by Probusinessbank

10 employees?

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Q.     Some Probusinessbank employees

25 worked at Wonderworks as well?

Page 162

S. Leontiev -- CONFIDENTIAL

1     A.    Yes.   Actually, were, let's say

2  were involved in the team which did the

3  business.

4     Q.    They spent some of their time

5  working to advance the interests of

6  Wonderworks; correct?

7     A.    Exactly, yes.

8     Q.    And that was your own investment

9  vehicle?

10    A.    Yes.

11    Q.    And those same employees were

12 also involved in the operations of

13 Probusinessbank; right?

14    A.    Yes.

15    Q.    But when they were wearing

16 different hats, they had different duties;

17 correct?

18    A.    Yes.

19    Q.    And after the license for

20 Probusinessbank was pulled in August of

21 2015, did Wonderworks employees including

22 Vadim Kolotnikov control the operations of

23 the off-balance-sheet entities that had

24 been established by Probusinessbank

```
                                      Page 167
 1         S. Leontiev -- CONFIDENTIAL
 2      A F T E R N O O N   S E S S I O N
 3                January 3, 2017
 4                  1:38 p.m.
 5            THE VIDEOGRAPHER: We are back on
 6      the record at 1:38 p.m.
 7  S E R G E Y   L E O N T I E V, having
 8         been previously duly sworn by a
 9         Notary Public of the State of
10         New York, upon being examined,
11         testified as follows:
12  EXAMINATION CONTINUED BY
13  MR. HECKER:
14      Q.    Mr. Leontiev, Ambika Investments
15  Limited was an off-balance-sheet entity
16  created by employees of Probusinessbank;
17  is that right?
18      A.    Yes.
19      Q.    And to your knowledge, has
20  Ambika repaid any creditors after
21  September of 2015?
22      A.    I don't know.
23      Q.    You don't know?
24            Why was Ambika created?
25      A.    Ambika is one of the
```

Page 168

```
 1            S. Leontiev -- CONFIDENTIAL
 2    off-balance-sheet companies of the bank
 3    which was used in wealth management
 4    products.
 5        Q.    Did it serve any purposes other
 6    than providing wealth management products
 7    to potential investors?
 8        A.    Not that I knew, but we had
 9    other products as well.
10        Q.    Do you know whether it provided
11    any purposes --
12        A.    I don't know about specifically
13    this company.
14        Q.    You don't know about Ambika in
15    particular?
16        A.    No.
17        Q.    But Probusinessbank employees
18    had control over Ambika's management and
19    operations; right?
20        A.    The bank had control, yes.
21        Q.    Right.
22              And the bank acted through
23    employees; right?
24        A.    We had this discussion several
25    hours ago.
```

Page 169

1          S. Leontiev -- CONFIDENTIAL
2      Q.     And you agree with me that --
3      A.     My point is that bank had
4   control --
5      Q.     You need to let me finish the
6   question so the record's clear.
7             It is the bank operating through
8   its employees that the control is
9   exercised by the bank; right?
10     A.     Yes.
11     Q.     And Ms. Vyulkova was one of the
12  bank employees who participated in the
13  process of establishing and operating
14  these off-balance-sheet entities?
15     A.     Yes.
16     Q.     And Probusinessbank had access
17  to the funds that were raised through the
18  activities of Ambika and other
19  off-balance-sheet entities?
20     A.     I'd say this is the right
21  statement: Probusinessbank was selling
22  wealth management products to the clients.
23  Ambika was just part of the structure.
24     Q.     Right.
25             And the moneys that were raised

```
 1          S. Leontiev -- CONFIDENTIAL
 2   by Ambika went to the treasury of the
 3   bank; right?
 4       A.    Yes.
 5       Q.    And they were controlled by bank
 6   employees there?
 7       A.    Of course.
 8       Q.    And we spoke earlier about
 9   Trident and you said you were familiar
10   with Trident as a --
11       A.    Registrator.
12       Q.    -- a registrator of companies
13   based in Cyprus?
14       A.    Yes.
15       Q.    And Trident employees served as
16   directors of Ambika; right?
17       A.    I don't know about Ambika.
18       Q.    You know that they provided
19   directors for Wonderworks; right?
20       A.    Yes.
21       Q.    What about Vermenda, is that
22   company familiar to you?
23       A.    Just found out here.
24       Q.    That's another off-balance-sheet
25   entity created by Probusinessbank
```

```
                                          Page 175

 1           S. Leontiev -- CONFIDENTIAL
 2      A.     Strategy of the Wonderworks.
 3      Q.     What did you tell them?
 4      A.     Explained them what the strategy
 5   is.
 6      Q.     This was the only time you've
 7   ever spoken to the directors?
 8      A.     Yes.
 9      Q.     So you were the COO of
10   Wonderworks and the sole beneficial owner
11   during the entire period that Wonderworks
12   existed; is that correct?
13      A.     Can I correct my answer?
14      Q.     Yes, of course.
15      A.     That was the only one which I
16   remember at the moment.
17      Q.     So you were the COO of
18   Wonderworks and the sole beneficial owner
19   during the entire period that Wonderworks
20   existed; right?
21      A.     Chief investment officer, yes,
22   sir.
23      Q.     Chief investment officer.  I
24   apologize.
25             And your testimony is that you
```

Page 177

```
 1          S. Leontiev -- CONFIDENTIAL
 2   employees did contacts.
 3       Q.     Not Trident?
 4       A.     Did contacts with Trident, yes.
 5       Q.     Is it fair to say that Andreas
 6   and any other Trident directors who served
 7   as directors for Wonderworks took their
 8   instructions from Wonderworks employees?
 9       A.     I think so.
10       Q.     Do you know who Aleksandr
11   Shcheglyaev is?
12       A.     I found out recently.
13       Q.     You found out recently meaning
14   in the context of the litigation?
15       A.     Yes.
16       Q.     You now know that he was the
17   nominee beneficial owner for Ambika and
18   Valkera; right?
19       A.     Uh-huh.
20       Q.     Yes?
21       A.     Yes.
22       Q.     And you understood that he was
23   paid a small fee to serve in that
24   function?
25       A.     Yes.
```

1                S. Leontiev -- CONFIDENTIAL
2        Q.     You also learned that he was a
3    beneficial owner of Vermenda, right,
4    nominee beneficial owner?
5        A.     I don't know that.
6        Q.     You're not sure about that one?
7        A.     No.
8        Q.     Ambika has a shareholder that is
9    a BVI entity called Greater Divide, LLC.
10               Is that an entity that you're
11   familiar with?
12       A.     No.
13       Q.     You don't know who owns Greater
14   Divide Limited?
15       A.     No.
16       Q.     What about Vennop Trading
17   Limited, is that an entity with which
18   you're familiar?
19       A.     During the investigation.
20       Q.     By investigation, do you mean
21   the litigation that you brought?
22       A.     The litigation, sorry.
23       Q.     And you now know that that's an
24   off-balance-sheet entity that was created
25   by Probusinessbank employees?

1     S. Leontiev -- ATTORNEYS' EYES ONLY

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          MR. WEIGEL: Are you talking

21     about before the trust was set up?

22          THE WITNESS:  To now I'm not.

23     Q.   Excluding the time period after

24   you set up a trust --

25          MR. HECKER: Strike that.

Page 180



Page 181



Page 182



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 184

```
 1           S. Leontiev -- CONFIDENTIAL
 2   before?
 3        A.    I don't remember this document.
 4        Q.    You don't remember this
 5   document?
 6        A.    Can I read it, please?
 7        Q.    Sure.
 8        A.    (Reviewing).
 9              Uh-huh.
10        Q.    Having now read the document, is
11   this a document you've seen before?
12        A.    No.
13        Q.    Do you know what it was provided
14   for?
15        A.    No.
16
17
18
19
20
21
22
23
24
25
```

Page 185



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 186



Page 187

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1          S. Leontiev -- CONFIDENTIAL

11     A.    Do you want me to guess?

12     Q.    I want you to tell me if you can

13   think of something that may have been

14   around this time that would have prompted

15   this letter.

16     A.    It will be guess.

17     Q.    Go ahead then.

18          MR. WEIGEL: Don't guess.

19          THE WITNESS:  I can't remember.

20          MR. WEIGEL: Don't guess.  You

21      shouldn't guess.  If you have an

22      answer, if you can help him out please

23      do so, but don't guess.

24          (Whereupon, a six-page document

25      was marked Defendant's Exhibit 13

Page 191

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
                                          Page 192
```

1       S. Leontiev -- CONFIDENTIAL

2            MR. WEIGEL: I object.  Broad,

3    vague.

4       Q.    Go ahead.

5

6

7

8

9

10

11

12

13

14

15

16      Q.    Was Nadezhda, was that person

17   also an employee of Probusinessbank?

18      A.    I don't think -- I don't have.

19      Q.    What about Afanasyev?

20      A.    Afanasyev, yes, was a chief of a

21   department.

22      Q.    Which department?

23      A.    Analytical investments.

24

25

Page 193



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1          S. Leontiev -- CONFIDENTIAL
 2      A.      Kazmarck.
 3      Q.      He's identified here as head of
 4  trading.
 5      A.      Uh-huh.
 6      Q.      Is that accurate?
 7      A.      Yes.  He was a trader.
 8      Q.      And head of research was who?
 9      A.      Gorozhankin.  That's what I
10  said.
11      Q.      Do you see under the
12  organizational chart of the company it
13  says, "as can be seen from the chart
14  above, Mr. Leontiev was acting as a CEO of
15  the company taking direct participation in
16  Wonderworks management?"
17      A.      Where does it say that?
18      Q.      Under that chart that we were
19  just looking at.
20      A.      I don't know why it says CEO.
21  As shown here on the chart itself, it's
22  chief investment officer, that's right.
23  Different parts from the document
24  contradict the chart.
25      Q.      So who was the CEO of the
```

Page 195

1          S. Leontiev -- CONFIDENTIAL

2    company?

3          A.     Afanasyev.

4          Q.     Wait, who?

5          A.     Afanasyev.

6          Q.     Does he appear in the chart at

7    all?

8          A.     I don't know who did this.

9          Q.     Is this on the right side, on

10    the far right is that Maksim Afanasyev's

11    name on the far right at the top?

12          A.     I can't read.

13          Q.     Yes, it's hard to read.

14                But you agree with me he's not

15    identified here as the CEO?

16          A.     I don't know why.

17          Q.     And you don't know who created

18    this?

19          A.     I don't know.  But there is one

20    thing which is right that I'm chief

21    investment officer.

22          Q.     In the box it's correct, it's

23    wrong in the description below the box?

24          A.     Yes.

25          Q.     Have you asked any of your team



1    S. Leontiev -- CONFIDENTIAL

2        Q.    Is that approximately the number

3    that you recall?

4        A.    Approximately maybe.

5        Q.    ████ ████ ████ ████ █████ ████████

6    ██████████ ████ █████████████ ████████

7        A.    ████ .

8        Q.    ████ █████ ████ █████ ████████ ████

9    ██████

10       A.    ████

11       Q.    ████ █████ █████ ████████ ██████

12   █████████████ ██████ ████ ███ ████████ █████

13   ██████

14       A.    ████

15       Q.    ████ █████ ████ █████████ ███████████

16   ████████████ █████████ ███████ ████ ████████

17   ██████

18       A.    ████

19       Q.    ████ █████ ████ █████ ████████ ██████

20   ██████ ████ █████████ ████ █ ██████████ █████████

21   ███████████████ █████████ █████████ ███ █

22   ████████████ █████████ ████████ ██████

23       A.    What do you mean created by

24   Probusinessbank employees?

25       Q.    Set up by them.

Page 220

                S. Leontiev -- CONFIDENTIAL

1

2         A.     No, that's not true.  Let me

3    explain again.

4              So the off-balance-sheet

5    entities of the bank, they were just part

6    of the infrastructure so they couldn't do

7    anything.  The deals were done by the head

8    of the business units of the bank.  These

9    were more than a hundred of them.  ██ ██

10   ████████ ████ █ ████ ████ ██ ████ ████████████

11   ████ ████ ████ ████ ██ ████████████████

12   ████ ████ ██ ████ ████ ████

13           ████ ████ ████ ████████ ████ ████ █

14   ████ ████ ████ ████████ ████ ████

15   ████████████ ████ ████ ████ ████████████

16   ████ ██ ████ ████

17      Q.     ████ ████ ████ ████ ████ ████

18   ████████ ████ ██ ████████████ ████

19   ████████ ██ ████ ██ ████ ████████

20      A.     ████ ████ ████ ████████ ████

21      Q.     Which ones by name?

22      A.     There are hundreds of them.

23      Q.     Name one.

24             MR. WEIGEL: Why are you raising

25      your voice, counsel?

1          S. Leontiev -- CONFIDENTIAL

2               MR. HECKER: The video will

3     reflect that I'm not raising my voice.

4               THE WITNESS:  Voronov.

5     Q.    Excuse me?

6     A.    Voronov.

7     Q.    Voronov?

8     A.    Arshinov.

9     Q.    You're going to have to go slow

10  and spell them.

11              MR. HECKER: You know what?

12     We're running out of video.

13              Can we take a short break?

14              MR. WEIGEL: We've been going on

15     for an hour anyway.

16              MR. HECKER: Five minutes.

17              THE VIDEOGRAPHER: We're going

18     off the record at 2:37 p.m.

19              This marks the end of media two.

20              (Whereupon a break was taken)

21              THE VIDEOGRAPHER: We are back on

22     the record at 2:51 p.m.

23              This marks the beginning of

24     media number three.

25     ████████████████████████████████████

Page 222

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 223



Page 224



Page 225



Page 226



Page 227



Page 228



Page 229



Page 230



Page 231



Page 232



Page 233



THE WITNESS:  There are a lot of

Page 234

```
 1        S. Leontiev -- CONFIDENTIAL
 2     words which you gave your own
 3     impression of that.  That would be not
 4     my point of view.
 5            My point of view is that they
 6     were part of the structure of
 7     Probusinessbank and every bank in
 8     every country is using
 9     off-balance-sheet entities.  The whole
10     markets of subordinated loans
11     structured wealth management products
12     structured that way everywhere.
13     Q.    Was Dunning Finance one of the
14  off-balance-sheet entities created by
15  Probusinessbank employees?
16     A.    I don't know exactly about this
17  company.
18     Q.    ███ ███ ███ ███  ██████ ██████
19  ███ ███ ██ ████████████
20     A.    █ █████ █████   ███ ████ ██████
21     Q.    ███ ██ ████  ██████ █████
22  ████ ██ █████████
23     A.    ████ █████ ██ █████ ████ ██ ████
24  █████
25     Q.    Is Finbay one of the
```

Page 235

1          S. Leontiev -- CONFIDENTIAL

2    off-balance-sheet companies established by

3    Probusinessbank employees?

4          A.    Yes.

5          Q.    What about Greenex Trading?

6          A.    I don't remember.

7          Q.    And Vermenda Holdings, was that

8    an --

9          A.    We discussed already.

10         Q.    It was an off-balance-sheet

11   entity created by Probusinessbank

12   employees?

13         A.    Yes.

14         Q.    ████  ██  ████  ██

15   ████████

16         A.    █████  ███  ████  ████  ██

17   ████  ██████  ████  ███  ██████  ██████

18   ████  ███  ████  ███  ████  ██████

19   ██████  ██████  ███  ████  ███  ███  ██

20   ████  ███  ██████  ███  ████  █████

21   ██████  ███  ███  ████  ███  ███  ███

22   ██████  ███  ███  ████  ███  ███  ███

23   ████  ██  ███

24         Q.    The business unit heads at

25   Probusinessbank worked for you as

Page 236

```
 1          S. Leontiev -- CONFIDENTIAL
 2   president of Probusinessbank; right?
 3       A.     They worked for the bank.
 4       Q.     And you were president of the
 5   bank?
 6       A.     Yes.
 7       Q.     ████ ███ █████ ███ ███ ████
 8   ████ ███ ███ ███ ███ ██████
 9   █████████ ████ █████ ██████████
10   █████████ ████ ███ ███ ██████ ██████
11   ████ ████ ██ █████ ██ █████ ████ ██
12   ████████
13       A.     ██████ ██████ ███ ███ ████
14   █████
15       Q.     ████ ████ █████ ██████
16   █████████ █████ ████ ██ █ ███ ██████
17   ████ █████ ████ ███ ████ ████ ████ ███
18   ████ ███ ██████ ████ ██ ████████
19   ██ ███ ████ ███████
20       A.     █ ████
21       Q.     ████ ████ ███████ █ ██ ██
22   ████ █ ███████ ███ █ ████ ██████
23   █████ █████████ ████ ████ ████████
24       A.     ████ ███████ ███ █████
25       Q.     ████ ████ ████ █████ ████
```



Page 237

1          S. Leontiev -- CONFIDENTIAL

2      A.

3

4

5      Q.

6

7

8

9

10     A.

11

12

13

14     Q.    You don't understand my

15   question?

16     A.    No.

17     Q.

18

19

20

21

22

23

24     A.

25

Page 238



Page 239

1          S. Leontiev -- CONFIDENTIAL

2

3

4     A.

5     Q.

6     A.

7     Q.

8

9

10

11

12

13

14    A.

15    Q.    Okay.

16    A.    Because the system of the

17    business bank was done that way that I

18    never was involved in any specific deal.

19    The interest rate will be put by the

20    treasury of the bank and the treasury was

21    putting an interest rate on all these

22    deals.

23    Q.    And the business unit heads were

24    making a determination about how much

25    interest they should charge to earn a

1        S. Leontiev -- CONFIDENTIAL

2              You participated in that

3    process?

4        A.    Of course.

5        Q.    And was it standard under the

6    policies of the bank to review financial

7    statements before making a loan to a

8    company?

9        A.    We had a completely different

10   approach to that and that's exactly what

11   I'm explaining to you we're making

12   investments here in the U.S.  The

13   intangible part is the main side so we

14   will give complete authority to the loan

15   officer and the loan officer will have

16   complete responsibility and also he will

17   have a share of the profits.

18              So the business units I'm

19   talking about, they were not interested

20   not to get this loan back because they

21   will stay without bonus and the opposite

22   is true that if they get the loan back

23   with interest, part of their bonus will be

24   a share of the financial results.  So

25   every business unit will have a share and

1        S. Leontiev -- CONFIDENTIAL

2    that's your question about partners.  That

3    was what was the partnership model of the

4    bank that each head of business unit will

5    get some share of financial results each

6    year and each quarter sometimes.  So

7    that's why the they had the whole

8    responsibility and the whole authority and

9    they have the right to take decisions.

10   The risk management was just doing the

11   audit and looked at people following the

12   general policy and that's it.  Otherwise,

13   the business units were the people take

14   all the decisions.

15       Q.   ████ ██████ ████████ ███ ████ ██████

16   ████ █████ █████ ██████ ████ ████ ████

17   ███████████ █████ ██████ ███ █████ ██████

18   █████ ███ ████ ████ ████ ██████████ ██████

19       A.   ██ ██████ ███████

20       Q.   ████████████████

21       A.   █████ █████ ████ ██████

22       Q.   █████ ████████ ████ █████ ██████ ███

23   ██████ ██████ █████ ██████ ██████

24       A.   ██ ██████ ███████

25       Q.   ████ ████ ██████ █████ █████ █████

1          S. Leontiev -- CONFIDENTIAL

9          Q.     Did you have an understanding

10    about the interest rate that

11    off-balance-sheet entities created by bank

12    employees had to pay investors in the

13    products that you described earlier?

14          A.     Can you say it once again?

15          Q.     Did you know for example, that

16    Ambika, one of the off-balance-sheet

17    entities, was borrowing money at between

18    nine and fourteen percent from investors?

19          A.     I knew nothing about this

20    specific deal, but it was part of the

21    wealth management product as I explained.

22          Q.     And it was to offer interest

23    rates of between nine and fourteen

24    percent?

25          A.     Yes.

Page 248



Page 265



Page 266

1          S. Leontiev -- CONFIDENTIAL

2   infrastructure, it was not part of

3   business unit.  We had business units

4   which mostly were not individual entities

5   but sometimes they were, like Express

6   Volga, for example, and we had

7   infrastructure.

8          My job at the bank, I managed

9   head of business units, not the

10  infrastructure.  So if they decided -- if

11  there was a sense to do the deal, they

12  decided that they'll go to Vyulkova and

13  Vyulkova will provide the infrastructure,

14  that's what you call all these entities

15  which you're interested in so much.  They

16  are part of this infrastructure.

17     Q.     But they're off balance sheet;

18  right?

19     A.     These ones were off balance

20  sheet.

21          If the product needed the

22  off-balance-sheet structure, then it was

23  provided that way.  If it didn't, then

24  there were no off-balance-sheet companies.

25  So it depends on the structure of the

Case 1:16-cv-03595-JSR Document 60-14 Filed 02/11/17 Page 140 of 170
Case 1:16-cv-03595-JSR Document 55-1 Filed 01/27/17 Page 50 of 61

Page 270

1         S. Leontiev -- CONFIDENTIAL

2

3    A.

4    Q.

5

6

7    A.

8    Q.

9

10

11

12

13    A.    If I would have done this, it

14 will be like, I don't know, it will be

15 breach of principle number one of values

16 of the group.  So the basic concept was

17 that these people are independent and make

18 their own decisions.  I never will

19 micromanage and that's up to them to make

20 all decisions.  I will never do this.

21       What I was involved in, as I

22 explained, creating routes how they make

23 all these deals but I was not allowed to

24 take a decision instead of somebody.

25    Q.    On behalf of Probusinessbank?

Page 272

1           S. Leontiev -- CONFIDENTIAL

2   those contracts?

3       A.    Not Ambika.  Probusinessbank.

4       Q.    I'm asking about Ambika.

5       A.    It was part of infrastructure.

6       Q.    So you collapsed any profits

7   and loss at Ambika to Probusinessbank even

8   though it was an off-balance-sheet entity?

9       A.    I don't know anything about

10  Ambika.  I don't know the time company

11  existed.  I'm just explaining how the

12  system worked.

13

14

15

16

17

18

19

20

21

22

23

24

25      Q.    Are there others in particular

Page 282

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 283

1                S. Leontiev -- CONFIDENTIAL



Page 284



Page 285



Page 286

13          MR. WEIGEL: Sean, when you get

14      to a good breaking point.

15          MR. HECKER: We can break now.

16          THE VIDEOGRAPHER: We're going

17      off the record at 3:58 p.m.

18          This marks the end of media

19      three.

20          (Whereupon a break was taken)

21          THE VIDEOGRAPHER: We are back on

22      the record at 4:14 p.m.

23          This marks the beginning of

24      media four.

25          MR. WEIGEL: While we were off

Page 300



Page 301



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1          S. Leontiev -- CONFIDENTIAL
 2              MR. WEIGEL: I object to the
 3      form.  Compound.  Misstates the
 4      record.
 5      Q.    You can go ahead.
 6      A.    Yes.
 7              You're asking very hypothetical
 8  question.  We earned the money from wealth
 9  management product went in the capital of
10  the bank.  So with the leverage one to
11  ten, it was highly profitable business.
12  Also on the retail part of the bank, we
13  earned actually seventy percent interest.
14  So it was absolutely not a problem for
15  Probusinessbank to pay this high interest.
16              But it happened that, for a
17  specific short period of time, different
18  companies had specific funds while they
19  were transiting the capital so they tried
20  to use every day to earn something.  So
21  that was not the main source of income but
22  an additional source of income in that
23  case.
24              But I'm not speaking about
25  Ambika here.  I am explaining to you in
```

Page 303

                    S. Leontiev -- CONFIDENTIAL

1

2   general how the system worked.

3        Q.    Explain to me how there was

4   leverage of one to ten on wealth

5   management products that were sold by the

6   offshore entities.

7              How was there leverage of one to

8   ten?

9        A.    Because if I were to put the $1

10  million which I -- the money that I took

11  from the client for even fourteen percent,

12  I would put it in the capital of the bank.

13  So the bank, Probusinessbank, will give

14  $10 million on this $1.  So he will earn

15  interest on ten million while taking from

16  the client only one million.

17       Q.    Because of the regulatory

18  capital requirements?

19       A.    No, because this was an

20  investment.  That's exactly the difference

21  between deposit and investment.

22  Investment will go into the capital of the

23  bank and from the capital I have an

24  opportunity to give -- I have a leverage

25  and on the leverage I would earn much more

Page 304

```
 1           S. Leontiev -- CONFIDENTIAL
 2   than on the capital itself.  That's why it
 3   was so interesting but that's why it was
 4   also risky for the client and the clients
 5   wanted to have fourteen percent, not two
 6   percent, so that's why they were asking
 7   for that product, and that's how it works.
 8       Q.    Did you have any personal
 9   discussions with any of the people who
10   invested money in what you're describing
11   as wealth management products sold by
12   Probusinessbank through these offshore
13   entities?
14       A.    I cannot remember.
15       Q.    Did you have discussions prior
16   to investments made by Avilon with Avilon
17   representatives?
18       A.    I never knew them.  I met
19   Varshavsky first when the license was
20   revoked some period of time.
21       Q.
22
23
24
25
```



Page 305



1          S. Leontiev -- CONFIDENTIAL

2     A.

3

4     Q.

5

6

7

8

9     A.

10    Q.

11    A.

12    Q.

13

14

15

16    A.

17    Q.

18

19

20    A.

21

22

23    Q.

24

25



Page 306

1    S. Leontiev -- CONFIDENTIAL

```
 1            S. Leontiev -- CONFIDENTIAL
 2       Q.     You've read the testimony that
 3  Mr. Zheleznyak gave in connection with
 4  this case?
 5       A.     Can you say it once again?
 6       Q.     You've reviewed the testimony
 7  that Mr. Zheleznyak gave when he was
 8  deposed in this case?
 9       A.     If I see his --
10       Q.     You've read his testimony?
11       A.     Yes.
12       Q.     You saw that he testified that
13  in 2008 that you asked him to acquire a
14  large loan from Avilon?  Do you recall
15  seeing that testimony?  Is that accurate?
16       A.     Well, I was speaking at strategy
17  session which we held every month.  There
18  were about three hundred managers there
19  and I was introducing the wealth
20  management product, 2008, I suppose, or
21  something like that.  He was there so he
22  was one of the managers who was listening
23  to that.
24       Q.     Did you ask him to acquire a
25  large loan from Avilon in particular in
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2   2008?
 3       A.    I don't remember.  I think we
 4   discussed -- after I made the speech,
 5   which was about two hours usually, then we
 6   will have discussions and every manager
 7   will tell him, look, I have such a number
 8   of clients, I have such a number of
 9   clients, so they will go and do.  And
10   maybe he was telling me the type of
11   clients he has.  It was not only Avilon.
12   He has at least twenty, thirty clients
13   like that.  So usually -- in our
14   management system, they decide by
15   themselves, as I explained to you already.
16       Q.    My question was really simple.
17       A.    I don't recall telling him
18   exactly that.  I don't remember telling
19   him exactly that but that could be
20   possible that we discussed something like
21   that.
22       Q.    Okay.
23             And did you -- in 2008, was the
24   reason that you discussed with Mr.
25   Zheleznyak and others the need to raise
```

```
                                       Page 310
 1          S. Leontiev -- CONFIDENTIAL
 2    money because of the financial crisis?
 3    Was that the reason that you needed to
 4    raise funds?
 5         A.    Yes.
 6         Q.    And in order to do that, did you
 7    need to offer investors higher rates of
 8    return than historically would have been
 9    provided?
10         A.    No, not because of that but
11    because of the leverage which I explained
12    to you already.
13         Q.    Did you need to raise large sums
14    to continue to do business and increase
15    the capital of the bank?
16         A.    No.
17         Q.    Did you agree with Mr.
18    Zheleznyak's testimony that at your
19    request he went and discussed the terms of
20    the large loan from Avilon?
21         A.    I tell you what I remember.
22         Q.    Is it your testimony that the
23    moneys that were raised by Ambika by
24    selling products for Probusinessbank were
25    transferred to the treasury of
```

Page 311

```
 1          S. Leontiev -- CONFIDENTIAL
 2    Probusinessbank and are no longer
 3    available to repay investors?
 4          A.    Well, I don't know about this
 5    deal but everything went to treasury
 6    because it was product of the bank.
 7          Q.    And what about moneys loaned to
 8    FG Life?
 9          A.    Can you specify the question?
10          Q.    Sure.
11                What happened to the moneys that
12    were loaned to FG Life?
13          A.    Went to the treasury.
14          Q.    And in addition to going to the
15    treasury, some of the moneys also went to
16    other offshore off-balance-sheet entities
17    created by Probusinessbank employees;
18    correct?
19          A.    They went for a short period of
20    time and then went treasury.
21          Q.    ███████  █  ███  █████  ████  ████
22    ██████  ████  █████████████  ████████  ███
23    ████████████  ██████  █████  █████  █  ██████
24          A.    █  ███████  ████  █████████  █████
25    █████  ████  ████████  █  ██████  ██████  ████
```

Page 312

1          S. Leontiev -- CONFIDENTIAL

2   ████████████████████   ████████   ████████   ████

3   ████████   ████████   I just told you one of the

4   options in principle which could happen.

5   But the end destination of all these funds

6   was treasury.

7       Q.   ████████   ████   ████   ████

8   ████████████████████   ████   ████████   ████████   ████████   ████████

9   ████████   ████████████████████   ████████████

10  ████████████

11      A.   ████████████

12      Q.   ████████   ████   ████████████████

13      A.   ████████████   ████   ████   █   ████████

14  ████████   ████████   ████████████   ████████████   ████████████

15  ████████   ████████████   ████████████   ████████   ████████

16  ████   ████   ████   ████████   ████   ████████   To

17  pay interest of fourteen percent to the

18  client we had to earn seventy and that's

19  why it had to go only to the bank and the

20  retail loans.  That was the commonality of

21  this product.

22      Q.   ████████   ████████████   ████   ████████

23  ████████████   ████   ████   ████████████   ████   ████████   ████

24  ████████████   ████████   ████   ████████

25      A.   ████████

```
 1            S. Leontiev -- CONFIDENTIAL
 2        Q.     So it didn't go to the treasury
 3    in that --
 4        A.     But we don't know specifically
 5    the source was wealth management product.
 6        Q.     Because money's fungible so it's
 7    difficult to trace; right?
 8        A.     No, not because of that. Each
 9    product was very traceable so we
10    understood the economy of each product and
11    there was a product department who know
12    for sure how many products they sold and
13    -- because you forget that they were
14    getting their salary as a profit.
15    Everybody was getting a salary share of
16    profit.  That's why everybody knew exactly
17    where, when, for what, and how much.
18        Q.     Am I correct that after
19    Probusinessbank's license was revoked on
20    August 12, 2015, the bank was determined
21    to be insolvent?
22        A.     What do you mean determined to
23    be insolvent?
24        Q.     Was found insolvent.
25        A.     I understand the procedure just
```

Page 329

```
 1        S. Leontiev -- CONFIDENTIAL
 2   conference call?
 3      A.    Alexander asked me to call him
 4   because he was making pressure on him.  So
 5   I called him and explained to him that we
 6   have no deal, there is no settlement, that
 7   he's not pressuring Alexander anymore.  He
 8   told me you must pay now specific amount
 9   and I told him that I'm not going to pay
10   him anything.  And then he told me that he
11   starts a war against me I will regret,
12   something like that.
13      Q.    When was this call?
14      A.    August.
15      Q.    Was it within -- how long were
16   you in London after you left Moscow?
17      A.    I came here, I don't remember
18   exactly, end of August or beginning of
19   September, so the call was before that.
20      Q.    After you left Moscow, you went
21   to London; is that right?
22      A.    Yes.
23      Q.    And after London you came to the
24   U.S.?
25      A.    Yes.
```

Page 330

1              S. Leontiev -- CONFIDENTIAL
2        Q.    Did you travel anywhere else?
3        A.    No.
4        Q.    And so this call happened after
5    the in-person meeting but before you came
6    to New York at the end of August or
7    beginning of September?
8        A.    Yes.
9        Q.    This is 2015, August, 2015?
10       A.    Of course.
11       Q.    Did you ever meet with Mr.
12   Varshavsky in Gstaad?
13       A.    Where?
14       Q.    Gstaad?  You don't know what
15   Gstaad is, the city?
16       A.    No.
17       Q.    You never met him any other time
18   in person?
19       A.    No.
20       Q.    During the meeting that you had
21   in London, am I correct that Mr.
22   Varshavsky did not threaten to bring
23   criminal charges against you if the moneys
24   were not repaid?
25       A.    He was threatening the whole

Page 333

```
 1          S. Leontiev -- CONFIDENTIAL
 2    understand that to mean.
 3        Q.    Anything else in the London
 4    meeting that you interpreted as a threat?
 5        A.    Sure.
 6              35:44.  Please understand
 7    tomorrow there will be yes, we'll have the
 8    expenses because we will need to defend
 9    him.  What could happen, he could be
10    arrested tomorrow, God forbid.
11        Q.    And you interpret that to be a
12    threat to bring criminal charges against
13    you?
14        A.    Sure.  If we could bring
15    Alexander in jail then of course he can
16    bring me in jail.
17        Q.    You don't interpret this to be a
18    statement about the possible expenses of
19    having to defend Mr. Zheleznyak if he's
20    arrested?
21        A.    Well, look, we're not children.
22    If he's saying something like that, you
23    must understand who Varshavsky is, you get
24    it as a real threat.
25              I'll give you some more points,
```

Page 345

1           S. Leontiev -- CONFIDENTIAL
2    statement, of course, again.
3            So actually, as I explained
4    already, it's the head of the business
5    unit who will be doing deal with another
6    head of another business unit and they
7    will just use the entity as a vehicle for
8    that.  So that will be -- you always --
9    when you say that the off-balance-sheet
10   entity was doing business, you're always
11   wrong, you always oppose that because they
12   were doing no business, they were
13   infrastructures.  You must go after the
14   source of funds.  So if you go after the
15   -- that's what recommend you to do.  So if
16   you go after the source of funds, you must
17   find who owes the money.  And this is
18   always a business unit in our structure.
19   So this business unit would take a
20   decision and not an off-balance-sheet
21   company which he just uses as a part of
22   infrastructure.
23        Q.   I don't understand it, but
24   that's fine.
25        A.   I can try it once again.

Page 346

S. Leontiev -- CONFIDENTIAL

1          S. Leontiev -- CONFIDENTIAL
2      Q.    I don't think it's going to get
3   clear.
4          At the beginning of your
5   deposition today I asked you questions
6   about whether you made efforts to collect
7   documents from certain entities that were
8   involved in the litigation.  I want to ask
9   you specifically go FG Life.
10         FG Life is a company that was
11  owned by Alivikt; correct?
12     A.    Yes.
13     Q.    And did you undertake to locate
14  FG Life documents that were relevant to
15  the issues in the litigation?
16     A.    I gave everything I had.
17     Q.    I'm asking about FG Life in
18  particular.
19     A.    Yes, I gave all my devices and
20  they took everything which I said.  I
21  don't have anything else.
22     Q.    Where did FG Life documents
23  live?
24     A.    I don't know.
25     Q.    You don't know.

Page 352

1              S. Leontiev -- CONFIDENTIAL



Page 353

```
 1  ██████████████████████████████████
 2  ██████████████████████████████████
 3  ██████████████████████████████████
 4  ██████████████████████████████████
 5  ██████████████████████████████████
 6  ██████████████████████████████████
 7      Q.    Do you agree with me that, as
 8  the managing shareholder of
 9  Probusinessbank, that you had at least an
10  indirect relationship with the
11  off-balance-sheet companies created by
12  Probusinessbank employees?
13          MR. WEIGEL: I object to the form
14      of the question.
15      Q.    You can answer.
16      A.    I was the president of the bank.
17  These companies were part of the
18  infrastructure.  I don't fully understand.
19      Q.    So as the president of the bank,
20  do you believe you had a direct or
21  indirect relationship with the
22  off-balance-sheet entities created by bank
23  employees who worked for you?
24          MR. WEIGEL: At what point in
25      time?
```

```
 1          S. Leontiev -- CONFIDENTIAL
 2             THE WITNESS:  What time?
 3      Q.    At any point in time.
 4      A.    There's no connection.  So there
 5   were hundreds of companies.  I didn't know
 6   their names, I didn't know that they
 7   existed at all.
 8      Q.    You've described them as part of
 9   the infrastructure of Probusinessbank;
10   right?
11      A.    Of course.
12      Q.    And you were president of
13   Probusinessbank?
14      A.    Yes.
15      Q.    So do you think you had a
16   relationship directly or indirectly with
17   the infrastructure of Probusinessbank?
18      A.    I have relationship with this
19   room.  I have relationship with you now.
20   What kind of relationship?
21      Q.    So you don't understand the
22   nature of the question that was being
23   asked in this?
24      A.    I don't understand at all what
25   kind of nature.
```

1              S. Leontiev -- CONFIDENTIAL

20              MR. WEIGEL: I object to the

21       form.

22              THE WITNESS:  Indirect relation?

23       Every person has an indirect

24       relationship to other person.  We have

25       now with each other an indirect

1       S. Leontiev -- CONFIDENTIAL

2    relationship.

3            If you would be more specific

4    what kind of indirect relationship you

5    are talking about.

6    Q.    Did you have an indirect

7    relationship with Dunning and Finbay?

8    A.    Let me answer.  I was the

9    president of the bank and these companies

10   were off-balance-sheet companies, part of

11   infrastructure of the bank.  That's my

12   answer to the question.

13   Q.    We've spoken about Vadim

14   Kolotnikov.

15           Am I correct he's now working

16   for you at Grid Research?

17   A.    Yes.

18   Q.    You pay him a salary on a

19   regular basis?

20   A.    The company pays him a salary.

21   Q.    And you're the owner of the

22   company?

23   A.    I have CEO of the company.

24   Q.    Are you an owner of the company?

25   A.    No.

Page 368

1

2                    CERTIFICATION BY REPORTER

3

4       I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6       That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9       That said witness was duly sworn

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16       I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22       IN WITNESS WHEREOF, I have hereunto

23   set my hand this 10th day of January, 2017

24              _Wayne Hock_

25              WAYNE HOCK