# EXHIBIT 17

ADDITIONAL AGREEMENT № 10
TO THE LOAN AGREEMENT
NO NYMM-TOJ/11
dd. 29 August 2011

ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 10
К ДОГОВОРУ ЗАЙМА
NO NYMM-TOJ/11
ОТ 29 АВГУСТА 2011 Г.

Moscow                    October 29, 2015

г. Москва           «29» октября 2015 г.

A company **Avilon Automotive Group** (Russia) hereinafter called the Borrower represented by CEO Andrey Pavlovich on the one hand and **TO Jets Transporter Inc. (Canada),** hereinafter called the Lender represented by President George Rependa (USA) on the other hand, together called as the Parties have concluded the present additional agreement (hereinafter Agreement) to Loan agreement NYMM-TOJ/11 dd. 29 August 2011 (hereinafter Contract) on the following:

АО «Авилон Автомобильная Группа» (Россия), именуемое в дальнейшем «Заемщик», в лице Генерального директора Павловича А.Н., действующего на основании Устава, с одной стороны, и **TO Jets Transporter Inc. (Canada),** именуемая в дальнейшем «Займодавец», в лице Президента Джорджа Репенда, с другой стороны, совместно именуемые Стороны, заключили настоящее Дополнительное соглашение (далее – Соглашение) к Договору займа № **NYMM-TOJ/11** от 29 августа 2011 г. (далее – Договор) о нижеследующем:

1. The Borrower shall transfer the part of Loan under Contract in the amount of 150 000 USD, on the following details of company SANBAY HOLDINGS LIMITED:

1. Заемщик обязуется перечислить часть основного долга по Договору, в размере 150 000 $, по реквизитам Санбэй Холдингз Лимитед:

acc. BANK OF CYPRUS PUBLIC COMPANY LIMITED, IBU Nicosia 3
SWIFT: BCYPCY2N
USD IBAN CY83 0020 0195 0000 3570 1644 3536
USD acc. 357016443536

2. In all provisions are not covered by this additional agreement shall be valid the conditions of the Contract and additional agreements to it.

2. Во всем остальном, что не предусмотрено Соглашением, действуют условия Договора и приложений к нему.

3. This agreement is made in two original copies equally valid, one for each Party.

3. Соглашение исполнено в двух экземплярах, имеющих равную юридическую силу, по одному для каждой из Сторон.

LENDER/ ЗАЙМОДАВЕЦ
TO Jets Transporter Inc. (Canada)

_[signature: George Rependa]_

BORROWER/ ЗАЕМЩИК
Avilon Automotive Group/ АО "Авилон Автомобильная Группа"

_[signature and seal]_

Confidential                                                                                                                                          AVPE0006133

| ADDITIONAL AGREEMENT № 12 TO THE LOAN AGREEMENT NO NYMM-TOJ/11 dd. 29 August 2011 | ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 12 К ДОГОВОРУ ЗАЙМА NO NYMM-TOJ/11 ОТ 29 АВГУСТА 2011 Г. |
|---|---|
| Moscow                November 27, 2015 | г. Москва         «27» ноября 2015 г. |
| A company **Avilon Automotive Group** (Russia) hereinafter called the Borrower represented by Finance director Monakhova Irina acting on the basis of Power of Attorney № 92/2013 dd. July 11, 2013 on the one hand and **TO Jets Transporter Inc. (Canada),** hereinafter called the Lender represented by President George Rependa (USA) on the other hand, together called as the Parties have concluded the present additional agreement (hereinafter Agreement) to Loan agreement NYMM-TOJ/11 dd. 29 August 2011 (hereinafter Contract) on the following: | АО «Авилон Автомобильная Группа» (Россия), именуемое в дальнейшем «Заемщик», в лице Финансового директора Монаховой Ирины Николаевны действующей на основании Доверенности 92/2013 от 11 июля 2013, действующего на основании Устава, с одной стороны, и **TO Jets Transporter Inc. (Canada),** именуемая в дальнейшем «Займодавец», в лице Президента Джорджа Репенда, с другой стороны, совместно именуемые Стороны, заключили настоящее Дополнительное соглашение (далее – Соглашение) к Договору займа № **NYMM-TOJ/11** от 29 августа 2011 г. (далее – Договор) о нижеследующем: |
| 1. The Borrower shall transfer the part of Loan under Contract in the amount of 156.403 USD, on the following details of company SANBAY HOLDINGS LIMITED: | 1. Заемщик обязуется перечислить часть основного долга по Договору, в размере 156.403 $, по реквизитам Санбэй Холдингз Лимитед: |

acc. BANK OF CYPRUS PUBLIC COMPANY LIMITED, IBU Nicosia 3
SWIFT: BCYPCY2N
USD IBAN CY83 0020 0195 0000 3570 1644 3536
USD acc. 357016443536

| 2. In all provisions are not covered by this additional agreement shall be valid the conditions of the Contract and additional agreements to it. | 2. Во всем остальном, что не предусмотрено Соглашением, действуют условия Договора и приложений к нему. |
|---|---|
| 3. This agreement is made in two original copies equally valid, one for each Party. | 3. Соглашение исполнено в двух экземплярах, имеющих равную юридическую силу, по одному для каждой из Сторон. |

LENDER/ ЗАЙМОДАВЕЦ
TO Jets Transporter Inc. (Canada)
_____

BORROWER/ ЗАЕМЩИК
Avilon Automotive Group/ АО "Авилон Автомобильная Группа"
_____

Confidential
AVPE0004238

Confidential

AVPE0004239

ADDITIONAL AGREEMENT № 13
TO THE LOAN AGREEMENT
NO NYMM-TOJ/11
dd. 29 August 2011

ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ № 13
К ДОГОВОРУ ЗАЙМА
NO NYMM-TOJ/11
ОТ 29 АВГУСТА 2011 Г.

Moscow         December 17, 2015

г. Москва         «17» декабря 2015 г.

A company **Avilon Automotive Group** (Russia) hereinafter called the Borrower represented by Finance director Monakhova Irina acting on the basis of Power of Attorney № 92/2013 dd. July 11, 2013 on the one hand and **TO Jets Transporter Inc. (Canada)**, hereinafter called the Lender represented by President George Rependa (USA) on the other hand, together called as the Parties have concluded the present additional agreement (hereinafter Agreement) to Loan agreement NYMM-TOJ/11 dd. 29 August 2011 (hereinafter Contract) on the following:

АО «Авилон Автомобильная Группа» (Россия), именуемое в дальнейшем «Заемщик», в лице Финансового директора Монаховой Ирины Николаевны действующей на основании Доверенности 92/2013 от 11 июля 2013, с одной стороны, и **TO Jets Transporter Inc. (Canada)**, именуемая в дальнейшем «Займодавец», в лице Президента Джорджа Репенда, с другой стороны, совместно именуемые Стороны, заключили настоящее Дополнительное соглашение (далее – Соглашение) к Договору займа № NYMM-TOJ/11 от 29 августа 2011 г. (далее – Договор) о нижеследующем:

1. The Borrower shall transfer the part of calculated interest under the Contract in the amount of 124.208 USD, on the following details of company SANBAY HOLDINGS LIMITED:

1. Заемщик обязуется перечислить часть начисленных процентов по Договору, в размере 124.208 $, по реквизитам Санбэй Холдингз Лимитед:

acc. BANK OF CYPRUS PUBLIC COMPANY LIMITED, IBU Nicosia 3
SWIFT: BCYPCY2N
USD IBAN CY83 0020 0195 0000 3570 1644 3536
USD acc. 357016443536

2. To approve the following edition of point 2.2. of Contract: " The Loan has to be repaid till 09 December 2017."

2. Утвердить статью 2.2. Договора займа в следующей редакции: "Заем должен быть возвращен в срок до 09 декабря 2017."

3. In all provisions are not covered by this additional agreement shall be valid the conditions of the Contract and additional agreements to it.

3. Во всем остальном, что не предусмотрено Соглашением, действуют условия Договора и приложений к нему.

4. This agreement is made in two original copies equally valid, one for each Party.

4. Соглашение исполнено в двух экземплярах, имеющих равную юридическую силу, по одному для каждой из Сторон.

LENDER/ ЗАЙМОДАВЕЦ
TO Jets Transporter Inc. (Canada)

_____

BORROWER/ ЗАЕМЩИК
Avilon Automotive Group/ АО "Авилон Автомобильная Группа"

_____ И.Н.Монахова

Согласовано:
_____ А.Варшавский

_____ К.К.Авагумян

Confidential

Moscow   December 17, 2015 | г. Москва   «17» декабря 2015 г.

A company **Avilon Automotive Group** (Russia) hereinafter called the Borrower represented by Finance director Monakhova Irina acting on the basis of Power of Attorney № 92/2013 dd. July 11, 2013 on the one hand and **TO Jets Transporter Inc. (Canada)**, hereinafter called the Lender represented by President George Rependa (USA) on the other hand, together called as the Parties have concluded the present additional agreement (hereinafter Agreement) to Loan agreement NYMM-TOJ/11 dd. 29 August 2011 (hereinafter Contract) on the following:

АО «Авилон Автомобильная Группа» (Россия), именуемое в дальнейшем «Заемщик», в лице Финансового директора Монаховой Ирины Николаевны действующей на основании Доверенности 92/2013 от 11 июля 2013, с одной стороны, и **TO Jets Transporter Inc. (Canada)**, именуемая в дальнейшем «Займодавец», в лице Президента Джорджа Репенда, с другой стороны, совместно именуемые Стороны, заключили настоящее Дополнительное соглашение (далее – Соглашение) к Договору займа № NYMM-TOJ/11 от 29 августа 2011 г. (далее – Договор) о нижеследующем:

1. The Borrower shall transfer the part of calculated interest under the Contract in the amount of 124.208 USD, on the following details of company SANBAY HOLDINGS LIMITED:

acc. BANK OF CYPRUS PUBLIC COMPANY LIMITED, IBU Nicosia 3
SWIFT: BCYPCY2N
USD IBAN CY83 0020 0195 0000 3570 1644 3536
USD acc. 357016443536

1. Заемщик обязуется перечислить часть начисленных процентов по Договору, в размере 124.208 $, по реквизитам Санбэй Холдингз Лимитед:

2. To approve the following edition of point 2.2. of Contract: "The Loan has to be repaid till 09 December 2017."

3. In all provisions are not covered by this additional agreement shall be valid the conditions of the Contract and additional agreements to it.

4. This agreement is made in two original copies equally valid, one for each Party.

2. Утвердить статью 2.2. Договора займа в следующей редакции: "Заем должен быть возвращен в срок до 09 декабря 2017."

3. Во всем остальном, что не предусмотрено Соглашением, действуют условия Договора и приложений к нему.

4. Соглашение исполнено в двух экземплярах, имеющих равную юридическую силу, по одному для каждой из Сторон.

LENDER/ ЗАЙМОДАВЕЦ
TO Jets Transporter Inc. (Canada)

_(signature: George Rependa)_

BORROWER/ ЗАЕМЩИК
Avilon Automotive Group/ АО "Авилон Автомобильная Группа"

_(signature)_   И.Н.Монахова

Согласовано:
_____ А.Варшавский        _____ К.К.Авагумян

Confidential

AVPE0007702