# EXHIBIT 18

                                              Page 1

 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

 3

     - - - - - - - - - - - - - - - - - - -x

 4

     SERGEY LEONTIEV,

 5

                      Plaintiff,

 6                                     Case No. 16-cv-3595

          -against-

 7

     ALEXANDER VARSHAVSKY,

 8

                      Defendant.

 9

     - - - - - - - - - - - - - - - - - - -x

10

                      December 20, 2016

11                    9:35 a.m.

12

13

          *** CONFIDENTIAL ***

14

15            Videotaped deposition of

16   KAMO AVAGUMYAN, taken by Plaintiff,

17   pursuant to Notice, held at the offices of

18   Roschier Asianajotoimisto Oy, Keskuskatu

19   7A, Helsinki, Finland, before

20   Sharon Lengel, a Registered Professional

21   Reporter, Certified Realtime Reporter, and

22   Notary Public of the State of New York.

23

24

25

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4            Attorneys for Plaintiff
              200 Park Avenue
 5            New York, New York 10166
 6      BY:   MARSHALL KING, ESQ.
              ALLISON A. WOLLIN, ESQ.
 7            ANDREI MALIKOV, ESQ.
 8
 9      DEBEVOISE & PLIMPTON LLP
              Attorneys for Defendant
10            801 Pennsylvania Avenue, N.W.
              Washington, D.C. 20004
11
        BY:   NICHOLAS C. TOMPKINS, ESQ.
12            COLBY A. SMITH, ESQ.
              ALISA MELEKHINA, ESQ.
13
14
15    ALSO PRESENT:
16            DAVID ROSS ELLIOTT, Videographer
17            VICTORIA FRANTSEVA, Interpreter
18            VICTOR POTAPOV, Check Interpreter
19            VITALIY POPOV, ESQ.
20
                   *     *     *
21
22
23
24
25
```

1      K. AVAGUMYAN - CONFIDENTIAL

2      A.    I work as the chairman of the

3   board of the company Akita.

4      Q.    And what does Akita do?

5      A.    It's a managing company which

6   manages the assets of the companies where

7   I'm also a shareholder.

8      Q.    Who owns Akita?

9      A.    I own Akita with my partner,

10  Varshavsky.

11     Q.    How much of Akita do you own?

12     A.    50 percent.

13     Q.    And Mr. Varshavsky owns

14  50 percent?

15     A.    Yes.

16     Q.    Is Avilon Automobile Group one

17  of the companies that Akita manages?

18     A.    Yes.

19     Q.    Do you hold any positions in

20  Avilon Automobile Group?

21     A.    At this point, I do not.

22     Q.    Have you ever held a position at

23  Avilon?

24     A.    Yes.

25     Q.    When and what position?

```
                                              Page 8
 1       K. AVAGUMYAN - CONFIDENTIAL
 2       A.      Chairman of the board.
 3       Q.      When?
 4       A.      Starting about 2010.
 5       Q.      When was Akita formed?
 6       A.      Last year.
 7       Q.      Do you have an ownership
 8   interest in Avilon?
 9       A.      I own 45 percent of Avilon.
10       Q.      Who are the other owners of
11   Avilon?
12       A.      Varshavsky, and we also have a
13   partner, Bakonenko.
14       Q.      Anyone else?
15       A.      These are the main owners.
16       Q.      How much do Mr. Varshavsky and
17   Mr. Bakonenko own?
18       A.      25 percent each.
19       Q.      You said you became chairman or
20   you were chairman of Avilon beginning in
21   about 2010.
22               Did you have a position at
23   Avilon before then?
24       A.      I was a shareholder.
25       Q.      When was Avilon formed?
```

Page 12

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   An economist and a attorney.
 3        Q.    Where were you working in 2008?
 4        A.    In 2008, I owned shares at ERK.
 5   So I worked at ERK.
 6        Q.    What were you doing for ERK?
 7        A.    I had the same -- I had the same
 8   responsibilities everywhere.  I did not
 9   tackle the operational side of the
10   business.  I was the chairman of the board
11   of directors.
12        Q.    Why was Akita formed?
13        A.    To manage more effectively.  And
14   as far as I know, there is a form of
15   governing a company and huge holdings like
16   that for a more effective management of
17   the other companies.
18        Q.    Forgive me if I've asked this
19   already.  But are the owners of Akita the
20   same as the owners of Avilon?
21        A.    Akita is owned by me and
22   Varshavsky, and Avilon is owned also by
23   Igor Bakonenko.
24        Q.    How do you hold your interest in
25   Akita?
```

Page 13

K. AVAGUMYAN - CONFIDENTIAL

1

2      A.      Through also and off-shore
3 company.

4      Q.      Is it the same off-shore
5 company, Boncast?

6      A.      (In English) No.

7      Q.      What's the name of the company
8 that --

9      A.      Max Bond.

10      Q.      Max Bond?

11              Did you ever hold office as in
12 the -- in the general prosecutor's office
13 of Armenia?

14      A.      No.   I have never held an office
15 in the general prosecutor's office in
16 Armenia.

17      Q.      You were not the deputy general
18 prosecutor of Armenia?

19      A.      No.   I have never been deputy
20 general prosecutor of Armenia.

21      Q.      Have you discussed the subject
22 of this lawsuit with Mr. Varshavsky?

23              MR. SMITH:  Objection to form.

24      A.      He is aware that I was coming
25 here to testify.  He knows that I will be

```
                                           Page 14
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   testifying.
 3        Q.     Did you discuss what you would
 4   say in your testimony?
 5        A.     We discussed that I will only
 6   tell the truth and only the truth, and I
 7   will answer truthfully to the questions
 8   that the attorneys will ask me.
 9        Q.     Other than Avilon and ERK, have
10   you been in any other business ventures
11   with Mr. Varshavsky?
12        A.     We do have another company right
13   now, and we're dealing in agricultural or
14   we're doing agricultural business.
15        Q.     What is the name of that
16   company?
17        A.     The name of the company is Agro
18   Invest.
19        Q.     When was Agro Invest formed?
20        A.     About three years ago.
21        Q.     And are you and Mr. Varshavsky
22   the only owners of Agro Invest?
23        A.     Yes, Mr. Varshavsky and I,
24   50/50.
25        Q.     What is the business of Avilon?
```

```
                                          Page 15
 1        K. AVAGUMYAN - CONFIDENTIAL
 2             MR. SMITH:  Objection to form.
 3        A.    It sells cars, also maintenance
 4   and repairs.
 5             MR. SMITH:  Marshall, can we
 6        clarify that one?  You asked -- you
 7        asked about Avilon.  I think he's
 8        already testified there are three
 9        different Avilon companies.
10             MR. KING:  Got it.
11             MR. SMITH:  I think he may have
12        answered with respect to one of them.
13             MR. KING:  Got it.
14             MR. SMITH:  So --
15             MR. KING:  Got it.
16             MR. SMITH:  Thank you.
17        Q.    The company that you just
18   described is Avilon Automobile Group?
19        A.    (In English) Yes.
20        Q.    And Avilon Plaza is a separate
21   company or -- strike that.
22             Avilon Plaza is a separate
23   company that is involved in real estate?
24        A.    Yes.
25        Q.    And Avilon Holding holds both of
```

Page 16

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2   those companies; is that correct?
 3      A.    (In English) Yes.
 4      Q.    Does Avilon Holding own anything
 5   else?
 6      A.    Avilon Plaza, Auto Logistics.
 7   That's it.  Maybe I'm forgetting
 8   something.  You know the structure of my
 9   company better than me.
10      Q.    I doubt that.
11      A.    We also created a company, Agro
12   Firma, and -- which deals in animals --
13   agricultural animals.
14      Q.    Did you personally have a
15   banking relationship with Probusinessbank?
16      A.    I have -- I had a personal
17   relationship with Mr. Zheleznyak Alexander
18   Dmitrievitch, Probusinessbank's -- the
19   chairman of the board of Probusinessbank.
20      Q.    And how do you know -- how did
21   you meet Mr. Zheleznyak?
22      A.    I met him a very, very long time
23   ago, because the accounts of our company
24   were at Probusinessbank.
25      Q.    Which company are you referring
```

```
                                          Page 17
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   to?
 3        A.     Avilon.
 4        Q.     Did you ever borrow money in
 5   your personal capacity from
 6   Probusinessbank?
 7        A.     I have not personally ever taken
 8   any loans from them.
 9        Q.     Did you personally have a bank
10   account at Probusinessbank?
11        A.     Yes.  I did have a credit card
12   with them.
13        Q.     Did you ever introduce other
14   people or entities to Probusinessbank for
15   purposes of them obtaining credit from
16   Probusinessbank?
17             MR. SMITH:  Objection to form.
18        A.     There was one case.  Yes.
19        Q.     Who did you introduce to
20   Probusinessbank?
21        A.     My school friend, he owns a
22   company named Paritet.
23        Q.     And what is the name of your
24   school friend?
25        A.     Ararat Arakelyan.
```

Page 22

1      K. AVAGUMYAN - CONFIDENTIAL

2      A.      I have promissory notes.  If

3   that means lending, then yes.  I have

4   promissory notes that have nothing to do

5   with Probusinessbank.

6      Q.      What do you have promissory

7   notes related to?

8      A.      I have promissory notes that I

9   received from the company called Life.

10     Q.      What were the circumstances of

11  you receiving promissory notes from the

12  Life Group?

13     A.      The history of those promissory

14  notes is as follows:  Mr. Zheleznyak, with

15  whom I have been friends for a long time,

16  offered -- suggested that I invest my own

17  money into the Life Group, which was

18  controlled by him and his partner,

19  Leontiev.

20          The essence of the business was

21  that they dealt in trading business,

22  trading businesses.  So they bought

23  shares, and then they played the stock

24  exchange and insured a very high interest

25  rate, much higher than if the money was

1     K. AVAGUMYAN - CONFIDENTIAL

2  simply invested into their bank.  And

3  starting from 2010 or 2011, I started

4  investing into these projects, the

5  so-called promissory notes.

6     Q.    So --

7     A.    But I have never issued any

8  credits to Probusinessbank, never gave

9  them any loans.

10     Q.    So sometime around 2010, you had

11  a conversation with Mr. Zheleznyak?

12         MR. SMITH:  Objection to form.

13     A.    Yes.

14     Q.    Where did the conversation take

15  place?

16     A.    In my office.

17     Q.    Where was your office?

18     A.    Avilon Plaza, same place where

19  Zheleznyak's office was.

20     Q.    What did Mr. Zheleznyak tell you

21  about the Life Group?

22     A.    He said that it's a financial

23  group outside of the bank, which they

24  formed together with Leontiev, and Sasha

25  Zheleznyak's function was to attract money

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   into that group.   And Mr. Leontiev's
 3   function was to place the money and ensure
 4   high percentage rates.
 5        Q.    Did Mr. Zheleznyak provide you
 6   with any documentation concerning the Life
 7   Group or its investments?
 8        A.    What kind of documentation do
 9   you mean?
10        Q.    Did he provide you any sort of
11   investment package or financial
12   information concerning the Life Group?
13        A.    I saw something, but I cannot
14   recall at this point what exactly -- what
15   kind of documents exactly.   I would like
16   to point out that Mr. Zheleznyak and I
17   were friends, and I trusted him very much.
18   Moreover, the accounts of our company were
19   at his bank, so we had no problems.
20        Q.    He was asking you for an
21   investment from you personally; correct?
22        A.    Yes.
23        Q.    Did you decide to invest with
24   the Life Group?
25        A.    Yes, I did, and I was very happy
```

1      K. AVAGUMYAN - CONFIDENTIAL

2  with it.

3      Q.    Why were you happy with it?

4      A.    Because they really provided

5  very high percentages, about 9, 10 percent

6  annually.  And they paid out regularly.

7      Q.    So the interest rate that was

8  being offered to you was higher than other

9  interest rates available to you for

10  investments?

11      A.    At that time, yes.

12      Q.    Did you understand that there

13  was any risk involved with these

14  investments?

15      A.    There are always risks with

16  every business.  But as far as I knew,

17  Leontiev was a pretty successful trader,

18  and people said that he was good at buying

19  high-liquidity papers, at least in

20  different networks.  That's what people

21  talked about.

22      Q.    Did you ask Mr. Zheleznyak for

23  any information about what kinds of

24  securities Financial Group "Life" was

25  investing in?

```
                                              Page 26
 1        K. AVAGUMYAN - CONFIDENTIAL
 2             MR. SMITH:  Is there a time
 3        period for that question or at any
 4        time?
 5        Q.    At the time that you first
 6   invested with him.
 7        A.    We were talking about the shares
 8   of very large American companies, like
 9   Apple and many others, very famous, and
10   heard of -- Facebook, I think, huge
11   companies.  And he said that Leontiev was
12   a very experienced professional.  I had no
13   reason to believe that it wasn't so,
14   because they were successful, and their
15   bank was very successful.  So everything
16   went very well.
17        Q.    How much money did you invest
18   with him?
19        A.    I started investing 1 million or
20   2 million at a time.  And from 2010,
21   altogether, I invested about $20 million
22   and about 5 million Euros, which have
23   not -- which was not returned.
24        Q.    How physically did you make the
25   investment?  How did you transfer the
```

```
                                         Page 27
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   money to Financial Group "Life"?
 3        A.     Physically, it happened in this
 4   way.  I gave the money in cash at my
 5   office in portions that, at that time,
 6   were supposed to be invested.  Usually,
 7   two of the employees of the company came
 8   to my office for the money.  It was -- for
 9   the most part, it was Yanna Krisiuk and
10   Natalia Abramova.  They were at our office
11   also.
12             They were renting -- they were
13   renting an office at our building.  And
14   they came from the second floor of their
15   office to my office on the 19th floor.
16   They took the money, and they went back to
17   the second floor.  In return, I received a
18   promissory note for the amount that I
19   issued at the time -- I gave them at the
20   time.
21        Q.     So you handed Ms. Krisiuk or
22   Ms. Abramova a million dollars in cash?
23        A.     Yes.
24        Q.     Why did you do it in cash?
25        A.     Because, initially, that was a
```

```
1        K. AVAGUMYAN - CONFIDENTIAL
2    wish -- it was a wish from Zheleznyak,
3    that it would be easier for them to deal
4    in cash.  And secondly, in Russia, there
5    is no ban on cash -- on using cash, so I
6    thought it was a normal procedure.  What
7    they did with the money further, I do not
8    know.  They could have taken it and put it
9    into some accounts or invested.  I am not
10   aware of what happened later.
11        Q.    And so when you made your first
12   million-dollar investment, you had a
13   million dollars in U.S. cash sitting in
14   your office.
15        A.    Yes.  I collected cash.
16        Q.    And was the money contained --
17   placed in any sort of container when you
18   passed it on to Ms. Krisiuk or
19   Ms. Abramova?
20        A.    Physically, it was just put in a
21   bag.  And Krisiuk came with a -- with a
22   guard, took the bag, and used the elevator
23   to go to the second floor.
24        Q.    And did she hand you back a
25   promissory note at the same time that you
```

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   handed her the cash?
 3        A.    Yes.
 4        Q.    So she came with a promissory
 5   note and handed it to you at the same time
 6   she took the cash from you.
 7        A.    Sometimes.  And then sometimes,
 8   I gave them the money, and then they
 9   brought back the promissory notes in the
10   evening, because we were in the same
11   building.  For the most part, Krisiuk was
12   the lady that I dealt with.  Abramova was
13   sometimes also the contact person, but
14   mostly Krisiuk.
15        Q.    How was the interest rate for
16   the notes decided upon?
17        A.    Zheleznyak and Leontiev agreed
18   upon it, usually.  Sometimes we
19   negotiated; they offered 8 percent or 9,
20   and I wanted 10.  And then Krisiuk took a
21   break, and she went and discussed it with
22   Zheleznyak and Leontiev.  And sometimes
23   Zheleznyak called me directly and said, "I
24   cannot give you 10, but I can give you 9."
25   So it was a negotiation, the process of
```

```
                                            Page 30
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   negotiating.
 3        Q.    Who decided that you would
 4   receive a promissory note in exchange for
 5   your investment?
 6        A.    I did not -- I did not
 7   understand the question.
 8        Q.    Did you discuss with
 9   Mr. Zheleznyak whether you would enter
10   into a loan agreement with Financial Group
11   "Life"?
12        A.    I don't remember signing
13   anything.
14        Q.    Did you discuss with him whether
15   you would enter into a loan agreement?
16        A.    I cannot recall anything like
17   that.
18        Q.    How was it decided that you
19   would get a promissory note?  Did you ask
20   for a promissory note, or did he offer you
21   a promissory note?
22        A.    No.  He offered promissory
23   notes.  This was the kind of investment
24   where I give the money, and they provide
25   the interest rate outside of the bank.
```

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   And the promissory note was the document
 3   that -- that showed that I gave them that
 4   money.
 5        Q.    Were the promissory notes issued
 6   to you?
 7        A.    No.  They were issued to my son.
 8        Q.    Why?
 9        A.    That was my decision, because I
10   took it as the money that I wanted my son
11   to inherit.  This money was -- this money
12   was not used for any other purposes.  It
13   was just a -- the money designated for my
14   son, like an inheritance.  Somebody buys a
15   house for their son, somebody buys a car,
16   and somebody a promissory note.  I decided
17   to buy promissory notes and leave them for
18   my son.  And, naturally, my son knew about
19   the existence of these promissory notes,
20   but I kept them.
21        Q.    Do you have any other children?
22        A.    Yes.  I have another son.
23        Q.    And did you obtain promissory
24   notes in the name of your other son?
25        A.    No.
```

```
                                       Page 32
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.     How often was interest paid on
 3   the notes?
 4        A.     Every month, one time per month.
 5        Q.     And to whom was the interest
 6   paid?
 7        A.     Personally to me.  Krisiuk
 8   brought it.
 9        Q.     In what form did she bring it?
10        A.     Same, in cash.  Same as I gave
11   them the investment money, same way they
12   brought me back the interest.
13        Q.     Did you pass the interest on to
14   your son?
15        A.     No.  I collected it, and, as I
16   collected an X amount of money before the
17   next million, then I invested it back
18   again, and I bought another promissory
19   note with it.  Most of the promissory
20   notes were for $1 million, maybe a little
21   bit more or a little bit less sometimes,
22   depending on how much free cash I was able
23   to collect.
24        Q.     Did you and Mr. Zheleznyak
25   discuss the term of the investment, how
```

```
                                        Page 35
 1       K. AVAGUMYAN - CONFIDENTIAL
 2   promissory notes when you received them?
 3       A.    I put them in my safe.
 4       Q.    You have a safe in your office
 5   at Avilon Plaza?
 6       A.    Yes.
 7       Q.    Do you still have copies of
 8   promissory notes in that safe?
 9       A.    Yes.
10       Q.    Did you keep any record of how
11   much in interest you received on the
12   promissory notes?
13       A.    Can you re-ask the question,
14   please, in different way?
15       Q.    Sure.
16       A.    Because I received as many
17   percent as it said.  Some of the money I
18   spent; some of the money I collected
19   again, and then I gave it back to them.
20       Q.    Did you keep track in -- on any
21   document of the interest that you were
22   supposed to receive and the interest you
23   did receive?
24       A.    No, I do not -- no, I do not
25   have a document.  I always received the
```

```
                                       Page 36
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   money on the same day that it was
 3   promised.  Yanna Krisiuk came up in the
 4   elevator with the money, and I either
 5   spent it or saved it, collected it for
 6   future investments.  I liked that
 7   business.
 8        Q.    Did you have any involvement in
 9   Avilon granting loans to a company called
10   Ambika?
11        A.    Like I said before, I did not do
12   any operational management.  That's why I
13   did not get involved in any kind of
14   signing of agreements or anything like
15   that.  The management dealt with that.
16   But I am aware of the situation that we
17   had a history of interaction with Ambika,
18   which, just like Life Group, was under the
19   control of Zheleznyak and Leontiev.
20        Q.    When did you learn about Ambika?
21        A.    Maybe five years ago.  I don't
22   remember exactly.
23        Q.    And who told you that it was
24   under the control of Zheleznyak and
25   Leontiev?
```

```
                                        Page 37
 1      K. AVAGUMYAN - CONFIDENTIAL
 2      A.    Zheleznyak personally talked
 3 about it.
 4      Q.    What were the --
 5      A.    Because I have never dealt with
 6 Leontiev personally.  Moreover, our
 7 management worked with their management,
 8 and all the conditions were discussed with
 9 Zheleznyak also.
10      Q.    Okay.  How do you know that?
11      A.    I know because of our management
12 stories, because they invested, and they
13 also paid all the interest timely to the
14 company.  This was not in cash.  This was
15 under the control of our financial unit
16 and the auditors.
17      Q.    When did you learn for the first
18 time that Avilon made a loan to Ambika?
19      A.    About five years ago.
20      Q.    Who told you?
21      A.    The management.
22      Q.    Who?
23      A.    We have the financial unit.
24      Q.    Who?
25      A.    We have Monakhova, and also I
```

```
                                                Page 44
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.     Did Mr. Varshavsky ever tell you
 3   that some of the money that Avilon
 4   invested with Ambika came from European
 5   Realty Corporation?
 6             MR. SMITH:  Objection to form.
 7        A.     Can you repeat the question,
 8   please?  I didn't understand it quite.
 9        Q.     Did Mr. Varshavsky ever tell you
10   that some of the money that Avilon
11   invested with Ambika originally came from
12   European Realty Corporation?
13             MR. SMITH:  Objection to form.
14        A.     I cannot recall a conversation
15   like that.
16        Q.     Going back to the promissory
17   notes that you received in exchange for
18   your money, did you have any discussion
19   with Mr. Zheleznyak about whether
20   repayment would be guaranteed by anybody?
21        A.     Naturally, Zheleznyak always
22   said that he personally guarantees this
23   money, and Leontiev personally guarantees
24   this money.  And also, at the same time,
25   it was said several times that this money
```

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   has nothing to do with the bank, because
 3   otherwise, it would have been easier for
 4   me to go and deposit the money into the
 5   bank and get not 10 percent but 3 percent
 6   on the money.  And I had no reason not to
 7   trust them, because they were partners.
 8        Q.    Did you ask Mr. Zheleznyak to
 9   put those guarantees in writing?
10        A.    It was enough for me that he
11   signed the promissory notes himself as
12   Zheleznyak Alexander Dmitrievitch.
13        Q.    Did you ask him to get
14   Mr. Leontiev's guarantee in writing?
15        A.    We had a conversation like that,
16   but he said that it was enough that I
17   personally guarantee the money.  He is my
18   partner, 50/50, and we have -- each one of
19   us has responsibilities within the
20   company.  I collect the money, and he
21   invests it.
22        Q.    This was all part of the
23   original discussion that you had before
24   investing with Financial Group "Life"?
25        A.    Yes.
```

```
                                          Page 46
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.     How long did the original
 3   discussion take?
 4             MR. SMITH:  Objection to form.
 5        A.     Are you talking about minutes or
 6   hours or days?
 7        Q.     That's what I'm talking about.
 8             How long did it take?
 9        A.     We -- we periodically talked
10   about my investments with him, because we
11   were friends.  I always asked him how is
12   it going, how is the market, how are the
13   investments, and he kept telling me that
14   Leontiev is doing really well, and he is
15   buying very good papers.  Mr. Zheleznyak
16   and I have been friends.  We're still
17   friends, family friends.  He came to the
18   wedding of my son.  I came to all of his
19   family holidays.  And, to this day, I
20   consider him my friend.
21        Q.     Did you and Mr. Zheleznyak
22   discuss whether Probusinessbank would
23   guarantee repayment of the promissory
24   notes?
25        A.     That there was no sense in doing
```

```
                                            Page 48
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.     At any point in time, did you
 3   and Mr. Zheleznyak discuss whether
 4   Probusinessbank would guarantee repayment
 5   of the notes?
 6        A.     No.  We have never talked about
 7   the bank.  I understood that the bank
 8   could not guarantee the promissory notes,
 9   and that's why we never did discuss with
10   the bank, and I understood why I was
11   getting interest so high.  They were
12   higher than the bank percentage rates --
13   interest rates.
14        Q.     I think we discussed earlier
15   that each of the notes was issued for a
16   term of one year.
17             Do you recall that?
18        A.     Yes.
19        Q.     And, occasionally, you would ask
20   to have the principal repaid, but
21   sometimes you would ask to have a new note
22   issued; correct?
23        A.     Yes.  So we would extend it.
24        Q.     How did that work mechanically?
25        A.     So when the term -- so when the
```

1       K. AVAGUMYAN - CONFIDENTIAL
2   term of validity was close to expiring on
3   the promissory note, either Zheleznyak
4   called me or Yanna Krisiuk came to me and
5   asked me, "Shall we return the money?"
6   And if I needed the money at the time,
7   then I took the money back; so they
8   brought it back in a bag.  But if I didn't
9   need the money, then they prepared a new
10  promissory note for a new date for one
11  year and took the old promissory note
12  back -- I mean, the original.
13      Q.    Did you make copies of any
14  expired promissory notes?
15      A.    I have always had copies,
16  because they brought an original and a
17  copy.  But I didn't keep the copies.  So
18  when the term expired, they took the
19  original back, and they gave me a new
20  original of the promissory note.  So the
21  old one -- the copy of the old one I did
22  not need.  So I destroyed them.  I did not
23  keep them.
24      Q.    Did you ever give copies of the
25  notes to your son?

Page 50

1          K. AVAGUMYAN - CONFIDENTIAL

2          A.     I showed them to him, but I kept

3     them in my safe.

4          Q.     I'd like to show you what we've

5     previously marked as Plaintiff's

6     Exhibit 2.

7               What you have there,

8     Mr. Avagumyan, is a series of promissory

9     notes.  The originals are in Russian, and

10    there's a translation of each that goes

11    with it.

12              So the first page is English --

13    an English translation of the second page,

14    the third page is an English translation

15    of the fourth page, et cetera.

16              Could you take a look at the

17    Russian versions and tell me if you

18    recognize these as the promissory notes

19    that you had issued in the name of your

20    son from Financial Group "Life."

21              MR. SMITH:  Objection to form.

22         A.     Yes.  Do you want me to look

23    through all of them?

24         Q.     Please.

25         A.     (Witness perusing document.)

```
 1       K. AVAGUMYAN - CONFIDENTIAL
 2              Yes.  These are the ones.
 3       Q.    Do you know whether any of these
 4  have been paid back?
 5       A.    I cannot remember exactly which
 6  ones were paid back and which ones were
 7  extended.  They either paid or they
 8  extended.  So I don't understand what is
 9  the essence of the question.
10       Q.    Are there some notes that are
11  still outstanding?
12              MR. SMITH:  Objection to form.
13       A.    All of these -- all of these
14  promissory notes are outstanding.  I have
15  to -- I have to maybe get a calculator and
16  count them up, but I have the originals in
17  my safe at home.  I have about $20 million
18  of outstanding promissory notes and 5
19  million Euros' worth of outstanding
20  promissory notes.  Those are all
21  outstanding.
22       Q.    Did there --
23       A.    And they were issued a year or
24  two ago.
25       Q.    Did there come a point in time
```

```
                                              Page 52
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   when Financial Group "Life" stopped paying
 3   interest on the notes?
 4        A.     They stopped paying when they --
 5   when they left Russia in August.  I think
 6   it was August.
 7        Q.     Of 2015?
 8        A.     In 2015, they left.  First,
 9   Zheleznyak left.  Sorry.  First, Leontiev
10   left, and then Zheleznyak left as well.
11   And practically from September, I stopped
12   receiving interest and, of course, the
13   money as well.  So as of today, all of
14   these are expired.  So I do not have the
15   money; only the paper.
16             MR. SMITH:  I think there may be
17        a translation problem.  Could he be
18        asked to repeat the last few sentences
19        of the answer?
20        A.     As of today, all the promissory
21   notes are outstanding, so I did not
22   receive the money that I was supposed to
23   receive for these promissory notes,
24   because the terms -- the validity expired.
25        Q.     I understand.
```

```
                                       Page 53
 1        K. AVAGUMYAN - CONFIDENTIAL
 2             MR. KING:  I think it's clear,
 3        but -- is it past due?
 4             MR. SMITH:  Yeah.  I think it's
 5        past due.
 6             MR. KING:  Past due?
 7             MR. SMITH:  Yeah.
 8             MR. KING:  Fine.
 9             MR. SMITH:  Thank you.
10        Q.    Up until last August of 2015,
11    Financial Group "Life" was current with
12    respect to its interest payments?
13        A.    Yes, it was.  And Yanna brought
14    the money, like she did before.  And I
15    have to check, but in May or June, I also
16    made investments.  I have to check the
17    promissory notes.
18        Q.    When you received the promissory
19    notes from Ms. Krisiuk, did you read them
20    to make sure they were accurately
21    reflecting the terms of your loan?
22        A.    The thing that I paid attention
23    to was the interest, which I always
24    communicated verbally -- communicated
25    verbally with Zheleznyak.
```

```
                                     Page 54
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.    Were there ever occasions when
 3   there was a mistake on the promissory note
 4   that had to be corrected?
 5        A.    No.   There were no mistakes.
 6   But -- and I will have to check on that
 7   for sure.   But on the last few promissory
 8   notes, instead of the Financial Group
 9   "Life," there was listed another company.
10   I noticed that it was not Life Financial
11   Group but another company.   I asked Yanna,
12   and she said that it was also their
13   company, because they did an internal
14   restructurization of the companies, that
15   it's a company similar to Life, which is
16   also personally controlled by Zheleznyak
17   and Leontiev, after which I made a call to
18   Zheleznyak, who confirmed this information
19   and said it was their company, that it did
20   not -- that it should not matter to me
21   if -- if Life Financial Group was listed
22   on the promissory note or Vinnor.   I think
23   that was the name of their new company,
24   Vinnor.
25        Q.    Vennop?
```

Page 55

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        A.    I think it's in one of their
 3   promissory notes.
 4             MR. KING:  Let me show the
 5        witness, just so we aren't struggling
 6        with this, Exhibit 3 that was marked
 7        previously.
 8        Q.    Mr. Avagumyan, perhaps you want
 9   to look at Exhibit 3, which is four notes
10   issued by Vennop Trading Limited in the
11   name of your son, along with English
12   translations.
13             Are these the notes that you
14   were referring to?
15        A.    Yes.  So these were the last
16   promissory notes.
17        Q.    And after Mr. Zheleznyak
18   explained that it shouldn't matter, did
19   you say anything to him?
20        A.    No.  It was enough for me that
21   he confirmed that it was his and
22   Leontiev's company.
23        Q.    Could you go back to Exhibit 2,
24   please.  And I'd like you to look at -- at
25   the fourth promissory note in Exhibit 2.
```

```
                                        Page 59
 1      K. AVAGUMYAN - CONFIDENTIAL
 2   to do with this promissory note or these
 3   promissory notes.
 4      Q.    And you knew that because
 5   Mr. Zheleznyak told you that the bank had
 6   nothing to do with it?
 7      A.    Definitely so.  He said that the
 8   only two people that have anything to do
 9   with it are him and his partner, Leontiev,
10   who have a business outside, personal
11   business outside of the bank.
12      Q.    Did you ever ask Mr. Zheleznyak
13   to get Mr. Leontiev to sign a guarantee in
14   writing for these notes?
15      A.    No.  I have never asked him
16   about this.
17      Q.    Have you ever seen a guarantee
18   in writing from Mr. Leontiev for these
19   notes?
20      A.    No.
21      Q.    As I understand it, you were
22   comforted by seeing Mr. Zheleznyak's
23   signature on these notes.  You thought
24   that was good enough?
25      A.    Yes.  I thought it was good
```

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   enough, because I knew that they were
 3   partners.  And taking into account the
 4   fact that the interest was paid every
 5   month without any delay, over a period of
 6   time of several years, I had no reason to
 7   believe that -- I had no reason not to
 8   believe that -- that Leontiev does not
 9   have anything to do with the money,
10   because when I was brought interest by
11   Yanna Krisiuk or Abramova, they always
12   told me how successful and smart their
13   investor and boss, Leontiev, was, because
14   Leontiev was the one who managed my money,
15   and the girls were proud, and they boasted
16   about it.
17        Q.    They brought interest to you
18   every month for four or five years?
19        A.    Yes.
20        Q.    And every month, they mentioned
21   Mr. Leontiev?
22        A.    No.  I would not say it was
23   every month.  But we could have a
24   conversation about it every -- maybe two
25   or three times a year, especially when the
```

Page 61

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   promissory note's term of validity was
 3   close to expiring, and I was -- and I had
 4   to deal with the question whether I should
 5   extend it or cash out.
 6        Q.    Could you go back to Exhibit 3,
 7   please, the Vennop notes.
 8             Does Mr. Zheleznyak's signature
 9   appear on those notes?
10        A.    No.
11        Q.    Do you know who Mr. Zvyagin is?
12        A.    In the words of Abramova,
13   Krisiuk, and Zheleznyak -- and Zheleznyak,
14   this is the director of that new company.
15   But I do not know Zvyagin myself.  I have
16   never seen him.
17        Q.    Did you ask any of
18   Mr. Zheleznyak or Ms. Abramova or
19   Ms. Krisiuk about what business Vennop was
20   in?
21        A.    Yes, I did, and they said that
22   it's exactly the same business as Life
23   Group.
24        Q.    Did you ask to see any
25   documentation about Vennop or any
```

Page 62

1      K. AVAGUMYAN - CONFIDENTIAL

2   financial statements of Vennop?

3      A.    No.  I probably would have

4   asked, but I did not manage to, because

5   right after this, they started getting

6   into problems, and they all left.  These

7   last promissory notes are dated by June or

8   July, so these last investments I made

9   right before they left.  And this says

10  that I really believed in them, despite

11  any rumors that they had problems.

12     Q.    Were you --

13     A.    I invested money into their

14  company that they controlled practically

15  two months before they all left.

16     Q.    Were you aware of any rumors

17  that there were problems at Financial

18  Group "Life"?

19           MR. SMITH:  Objection to form.

20     A.    No.

21     Q.    You said --

22     A.    I have not heard anything.  To

23  my question why this is not Life, they

24  said that they had an internal

25  restructuralization, and they tried to

```
                                     Page 63
 1        K. AVAGUMYAN - CONFIDENTIAL
 2   minimize expenses and optimize something,
 3   so... and it changed nothing for me,
 4   because it was the same people, same
 5   faces.
 6        Q.   Did you ever come to learn that
 7   Financial Group "Life" had been
 8   liquidated?
 9        A.   I did not know anything about
10   that.
11        Q.   Sitting here today, have you
12   ever heard that it had been liquidated?
13        A.   I don't know -- I do not know
14   the legal status of this company right
15   now.  I know that the license has been
16   revoked, and all of them after that.  But
17   I do not know what the legal status of
18   Life is at this point.  I have -- I have
19   not been checking on the situation.
20             MR. SMITH:  There may be a
21        translation issue.  I think where it
22        says, "The license has been revoked,"
23        he may have said that it was the
24        bank's license that had been revoked.
25             THE INTERPRETER:  The bank's
```

```
                                    Page 64
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        license has been revoked.
 3              MR. KING:  Is that what he said?
 4              THE INTERPRETER:  I missed the
 5        word "bank."
 6              MR. KING:  Okay.  I'll try and
 7        clarify.
 8        Q.    Let me go back to my original
 9    question.
10              Have you ever heard that
11    Financial Group "Life" has been
12    liquidated?
13        A.    No.
14        Q.    You did hear that
15    Probusinessbank had its license revoked;
16    correct?
17        A.    Yes.  Yes.  Naturally, it was
18    talked about, and the accounts of my
19    company were at Probusinessbank.
20        Q.    Did you understand that the
21    revocation of Probusinessbank's license
22    had anything -- any effect on the status
23    of Financial Group "Life"?
24        A.    First of all, I do not think so,
25    because I knew that Financial Group "Life"
```

Page 74

```
 1       K. AVAGUMYAN - CONFIDENTIAL
 2       or --
 3              MR. SMITH:  That would be great.
 4              THE VIDEOGRAPHER:  Okay.  This
 5       is the end of Media 2, Volume I.
 6       We're going off the record at
 7       12 minutes past 12:00 p.m., as
 8       indicated on the video screen.  Thank
 9       you.
10              (Recess)
11              (Plaintiff's Exhibit 47, A
12       promissory note, Bates SL0000024, was
13       hereby marked for identification, as
14       of this date.)
15              THE VIDEOGRAPHER:  This is the
16       beginning of Media 3, Volume I, in the
17       video deposition of Mr. Kamo
18       Avagumyan.  We're back on the record
19       at 12:29 p.m., as indicated on the
20       video screen.
21  BY MR. KING:
22       Q.    Who is Diana Karapetyan?
23       A.    I do not know.
24       Q.    Do you know anyone named
25  Karapetyan?
```

```
                                          Page 83
 1      K. AVAGUMYAN - CONFIDENTIAL
 2           MR. KING:  The word "assign" was
 3      translated as something else?
 4           MR. SMITH:  Well, I think it was
 5      "assigned" -- "assigned the right to
 6      collect the documents."
 7           MR. KING:  Oh, all right.
 8           MR. SMITH:  So it's kind of a
 9      different question.
10           MR. KING:  We'll --
11           MR. SMITH:  You might want to
12      re-ask your question.
13           MR. KING:  I will re-ask.  I do
14      see that it was -- in English, at
15      least, it's that way.
16           THE CHECK INTERPRETER:  It's
17      ambiguous.
18           MR. KING:  Okay.
19   BY MR. KING:
20      Q.    Your son had a right to collect
21   money from Financial Group "Life" under
22   the promissory notes; correct?
23      A.    Correct.
24      Q.    Did your son ever legally assign
25   the right to collect the money under the
```

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2   notes to Mr. Varshavsky?
 3           MR. SMITH:  Object to form.
 4      Foundation.
 5      A.    My son nominally owns these
 6   promissory notes.  I managed the
 7   promissory notes.  They're in my safe.  He
 8   never managed them himself.  And I asked
 9   Varshavsky to when he's in the
10   United States, and I knew that the legal
11   proceedings were starting -- his legal
12   proceedings were starting.
13           And I did ask him to touch on
14   the questions that concerned my personal
15   money.  I don't think that, between me and
16   my partner, we have to sign any kind of
17   legal documents regarding this request.
18      Q.    Who has the right to collect the
19   money that is owed on the notes?
20           MR. SMITH:  Objection to form
21      and foundation.
22      A.    The whole time, I was the one
23   getting -- collecting the money.  So I
24   think I have the right to collect the
25   money.
```

```
                                        Page 85
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        Q.    You didn't give that right to
 3   Mr. Varshavsky, did you?
 4             MR. SMITH:  Objection to form.
 5        A.    No.  I gave him -- I gave him
 6   the right, because if he can collect the
 7   money on the territory of the
 8   United States, I am satisfied with this
 9   outcome, because the money is in the USA
10   jurisdiction.
11        Q.    Do you have an agreement with
12   Mr. Varshavsky that if he collects the
13   money, he will pay it over to you?
14        A.    I have a verbal agreement with
15   him, yes.
16        Q.    When you communicate with
17   Mr. Varshavsky, do you do so -- do you
18   ever do so by email?
19        A.    No, practically not, very
20   rarely, because our offices are next to
21   each other, and if I'm not at my office,
22   then we talk on the phone.
23        Q.    Do you ever text with him?
24        A.    Yes, I do.
25        Q.    What text messaging app do you
```

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2  that schedule.  I saw only -- I saw only
 3  drafts.  But I never received a signed
 4  document.
 5      Q.    Okay.
 6            MR. KING:  Let's mark this as
 7      the next exhibit in order.
 8            (Plaintiff's Exhibit 52, An
 9      email dated September 1, 2015, Bates
10      AVPE0001262, was hereby marked for
11      identification, as of this date.)
12      Q.    Exhibit 52 is an email dated
13  September 1, 2015, with an -- with an
14  attachment.  The original Russian begins a
15  few pages in.
16            Is this an email that you
17  received from Ms. Malygina on or about
18  September 1st of 2015?
19      A.    Well, if my name is listed among
20  the people that it was mailed to, then I
21  received it.
22      Q.    Okay.  Ms. Malygina was asking
23  you to check the amounts.
24            Do you see that?
25      A.    Yes.  Yes.  I see it.  I see the
```

```
 1       K. AVAGUMYAN - CONFIDENTIAL
 2   sums here that are mine including --
 3   including mine.
 4       Q.    Okay.  Let's talk -- which ones
 5   do you think are yours?
 6       A.    From Line 1, where it says
 7   "Customer A K KAM," these are all mine.
 8   And in the middle, where it says "Value of
 9   Agreement," there, it lists $20 million
10   outstanding and 5 million Euros
11   outstanding.
12       Q.    And those you think are the
13   notes that were issued in the name of your
14   son?
15       A.    Yes.  Yes.
16       Q.    Do you see, above the entries
17   for Customer A K KAM, there's an entry for
18   Customer Y?
19            Do you know who that is?
20       A.    No.  I have no idea.  There's
21   Avilon Plaza here, that I see the Avilon
22   Automobile Group.  But what is Customer Y?
23   I don't know.
24       Q.    And do you see, after the table
25   that shows the notes that were issued in
```

```
 1      K. AVAGUMYAN - CONFIDENTIAL
 2  promissory notes from Ambika?
 3      A.    I do not know.
 4      Q.    Who do you think is responsible
 5  for paying -- repaying the money that was
 6  loaned under the promissory notes?
 7      A.    You mean my promissory notes.
 8      Q.    Yes.
 9      A.    I think that Zheleznyak and
10  Leontiev are responsible.
11      Q.    Why?
12      A.    Both.
13      Q.    Why?
14      A.    Because these are the two
15  partners that attracted -- that took my
16  money, and Zheleznyak took my money, and
17  Leontiev invested it.  He managed it.  And
18  they paid the rate of return on a regular
19  basis to me.
20      Q.    Don't you --
21      A.    And it's my firm convictions
22  that both Zheleznyak and Leontiev owe the
23  money to me.
24      Q.    Did you have a discussion with
25  Mr. Zheleznyak recently about a recording
```

Page 151

1

2                    CERTIFICATION

3

4      I, SHARON LENGEL, a Notary Public for

5   and within the State of New York, do

6   hereby certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10  record of the testimony given by said

11  witness.

12     I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage, and that I am

15  in no way interested in the outcome of

16  this matter.

17     IN WITNESS WHEREOF, I have hereunto

18  set my hand this 29th day of December,

19  2016.

20

       _____

21

22          SHARON LENGEL

23

24

25