# EXHIBIT 20

## ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"

ОГРН 5067746596870
ИНН/КПП 7743611080/774301001
по состоянию на 30.01.2017

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| | **Наименование** | |
| 1 | Полное наименование | ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ" |
| 2 | Сокращенное наименование | ЗАО "ФГ "ЛАЙФ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | **Адрес (место нахождения)** | |
| 4 | Почтовый индекс | 125195 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | УЛИЦА БЕЛОМОРСКАЯ |
| 7 | Дом (владение и т.п.) | 6А |
| 8 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | **Сведения о регистрации** | |
| 9 | Способ образования | Создание юридического лица |
| 10 | ОГРН | 5067746596870 |
| 11 | Дата регистрации | 13.09.2006 |
| 12 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | **Сведения о регистрирующем органе по месту нахождения юридического лица** | |
| 13 | Наименование регистрирующего органа | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 14 | Адрес регистрирующего органа | 125373, г.Москва, Походный проезд, домовладение 3, стр.2 |
| 15 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| | **Сведения о состоянии юридического лица** | |
| 16 | Состояние | Находится в стадии ликвидации |
| 17 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089 14.03.2015 |
| | **Сведения об учете в налоговом органе** | |
| 18 | ИНН | 7743611080 |
| 19 | КПП | 774301001 |
| 20 | Дата постановки на учет | 13.09.2006 |
| 21 | Наименование налогового органа | Инспекция Федеральной налоговой службы № 43 по г. Москве |

AVP0005712

| 22 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157747677070<br>06.08.2015 |
|---|---|---|
| **Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации** | | |
| 23 | Регистрационный номер | 087211035204 |
| 24 | Дата регистрации | 14.09.2006 |
| 25 | Наименование территориального органа Пенсионного фонда | Государственное учреждение - Главное Управление Пенсионного фонда РФ №5 по г. Москве и Московской области муниципальный район Левобережный г.Москвы |
| 26 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067756900836<br>15.09.2006 |
| **Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации** | | |
| 27 | Регистрационный номер | 770103076377351 |
| 28 | Дата регистрации | 17.09.2016 |
| 29 | Наименование исполнительного органа Фонда социального страхования | Филиал №35 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| 30 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7167749353655<br>04.10.2016 |
| **Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах)** | | |
| 31 | Вид | УСТАВНЫЙ КАПИТАЛ |
| 32 | Размер (в рублях) | 10000 |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870<br>13.09.2006 |
| **Сведения о лице, имеющем право без доверенности действовать от имени юридического лица** | | |
| 34 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 6157746596089<br>14.03.2015 |
| 35 | Фамилия | САЛТЫКОВ |
| 36 | Имя | АЛЕКСЕЙ |
| 37 | Отчество | ГЕННАДЬЕВИЧ |
| 38 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089<br>14.03.2015 |
| 39 | Должность | Ликвидатор |
| 40 | Контактный телефон | +79036766017 |
| 41 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6157746596089<br>14.03.2015 |
| **Сведения об учредителях (участниках) юридического лица** | | |
| *В соответствии с законодательством Российской Федерации о государственной регистрации юридических лиц в Едином государственном реестре юридических лиц содержатся сведения об учредителях акционерного общества, а не о его акционерах. Сведения об акционерах общества отражаются в реестре акционеров, держателем которого является само общество или регистратор* | | |
| 42 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 5067746596870<br>13.09.2006 |
| 43 | ОГРН | 1027739829116 |

AVP0005713

| 44 | ИНН | 7706216090 |
|---|---|---|
| 45 | Полное наименование | **ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИВИКТ"** |
| 46 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| 47 | Номинальная стоимость доли (в рублях) | 10000 |
| 48 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о держателе реестра акционеров акционерного общества** | | |
| 49 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 9147747888620 23.10.2014 |
| 50 | ОГРН | 5067746596870 |
| 51 | ИНН | 5067746596 |
| 52 | Полное наименование | **ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"** |
| 53 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9147747888620 23.10.2014 |
| **Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности** *(ОКВЭД ОК 029-2001 КДЕС. Ред. 1)* | | |
| *Сведения об основном виде деятельности* | | |
| 54 | Код и наименование вида деятельности | 74.14 Консультирование по вопросам коммерческой деятельности и управления |
| 55 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| *Сведения о дополнительных видах деятельности* | | |
| *1* | | |
| 56 | Код и наименование вида деятельности | 67.11.19 Прочая деятельность, связанная с управлением финансовыми рынками, не включенная в другие группировки |
| 57 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| *2* | | |
| 58 | Код и наименование вида деятельности | 74.1 Деятельность в области права, бухгалтерского учета и аудита; консультирование по вопросам коммерческой деятельности и управления предприятием |
| 59 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| *3* | | |
| 60 | Код и наименование вида деятельности | 74.15 Деятельность по управлению финансово-промышленными группами и холдинг-компаниями |
| 61 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 5067746596870 13.09.2006 |
| **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | | |
| *1* | | |
| 62 | ГРН и дата внесения записи в ЕГРЮЛ | 5067746596870 13.09.2006 |

| 63 | Причина внесения записи в ЕГРЮЛ | (Р11001) Создание ЮЛ |
|----|----|----|
| 64 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 65 | Наименование документа | ЗАЯВЛЕНИЕ (С ПРИЛОЖЕНИЯМИ) |
| 66 | Дата документа | 11.09.2006 |
| | | |
| 67 | Наименование документа | УСТАВ |
| 68 | Дата документа | 11.09.2006 |
| | | |
| 69 | Наименование документа | ПРОТОКОЛ |
| 70 | Дата документа | 11.09.2006 |
| | | |
| 71 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 72 | Дата документа | 11.09.2006 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 73 | Серия, номер и дата выдачи свидетельства | 77 009636607 13.09.2006 |
| | **2** | |
| 74 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756834022 13.09.2006 |
| 75 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
| 76 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | **3** | |
| 77 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756887031 15.09.2006 |
| 78 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФОМС |
| 79 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | **4** | |
| 80 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756894577 15.09.2006 |
| 81 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 82 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | **5** | |
| 83 | ГРН и дата внесения записи в ЕГРЮЛ | 2067756900836 15.09.2006 |
| 84 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ПФ РФ |

AVP0005715

| 85 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|----|----|----|
| **6** | | |
| 86 | ГРН и дата внесения записи в ЕГРЮЛ | 2107747324771 <br> 29.04.2010 |
| 87 | Причина внесения записи в ЕГРЮЛ | (Р13001) Внесение изменений в учредительные документы |
| 88 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 89 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 90 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 91 | Номер документа | 265 |
| 92 | Дата документа | 22.04.2010 |
| 93 | Наименование документа | УСТАВ ЮЛ |
| 94 | Дата документа | 01.03.2010 |
| 95 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 96 | Номер документа | 1 |
| 97 | Дата документа | 01.03.2010 |
| 98 | Наименование документа | УСТАВ |
| 99 | Наименование документа | ЗАПРОС, КВИТ., КОНВЕРТ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 100 | Серия, номер и дата выдачи свидетельства | 77 012288734 <br> 29.04.2010 |
| **7** | | |
| 101 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984007 <br> 27.09.2010 |
| 102 | Причина внесения записи в ЕГРЮЛ | (Р14002) Внесение сведений о чистых активах АО |
| 103 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

AVP0005716

| | | |
|---|---|---|
| 104 | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| 105 | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| | Серия, номер и дата выдачи свидетельства | 77 013030103 27.09.2010 |
| **8** | | |
| 106 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983952 27.09.2010 |
| 107 | Причина внесения записи в ЕГРЮЛ | (Р14002) Внесение сведений о чистых активах АО |
| 108 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 109 | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| 110 | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| | Серия, номер и дата выдачи свидетельства | 77 013030105 27.09.2010 |
| **9** | | |
| 111 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748984030 27.09.2010 |
| 112 | Причина внесения записи в ЕГРЮЛ | (Р14002) Внесение сведений о чистых активах АО |
| 113 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 114 | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| | Наименование документа | Р14002 ЗАЯВЛЕНИЕ О НАХОЖДЕНИИ АО В ПРОЦЕССЕ УМЕНЬШЕНИЯ УК И/ИЛИ О СТОИМОСТИ ЧИСТЫХ АКТИВОВ АО |
| 115 | Наименование документа | РАСЧЕТ+РАСЧЕТ+РАСЧЕТ |

AVP0005717

| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
|---|---|---|
| 116 | Серия, номер и дата выдачи свидетельства | 77 013030102 27.09.2010 |
| **10** | | |
| 117 | ГРН и дата внесения записи в ЕГРЮЛ | 6107748983919 27.09.2010 |
| 118 | Причина внесения записи в ЕГРЮЛ | (Р14001) Внесение изменений не связанных с учредительными документами |
| 119 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 120 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 121 | Наименование документа | РЕШЕНИЕ+ЗАЯВЛЕНИЕ+КОНВЕРТ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 122 | Серия, номер и дата выдачи свидетельства | 77 013030104 27.09.2010 |
| | Сведения о статусе записи | |
| 123 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 124 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 7117746265630 05.04.2011 |
| **11** | | |
| 125 | ГРН и дата внесения записи в ЕГРЮЛ | 6117746780244 21.03.2011 |
| 126 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 127 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **12** | | |
| 128 | ГРН и дата внесения записи в ЕГРЮЛ | 7117746265630 05.04.2011 |
| 129 | Причина внесения записи в ЕГРЮЛ | Исправление ошибок, допущенных РО |
| 130 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 131 | ГРН и дата записи, в которую внесены исправления | 6107748983919 27.09.2010 |

AVP0005718

| | 13 | |
|---|---|---|
| 132 | ГРН и дата внесения записи в ЕГРЮЛ | 2117747137980 18.07.2011 |
| 133 | Причина внесения записи в ЕГРЮЛ | (Р14001) Внесение изменений не связанных с учредительными документами |
| 134 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 135 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 136 | Наименование документа | РЕШЕНИЕ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 137 | Серия, номер и дата выдачи свидетельства | 77 013019631 18.07.2011 |
| | 14 | |
| 138 | ГРН и дата внесения записи в ЕГРЮЛ | 6127746305263 05.03.2012 |
| 139 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 140 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | 15 | |
| 141 | ГРН и дата внесения записи в ЕГРЮЛ | 9147747888620 23.10.2014 |
| 142 | Причина внесения записи в ЕГРЮЛ | (Р14001) Внесение изменений не связанных с учредительными документами |
| 143 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 144 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 145 | Наименование документа | Доверенность |
| | 16 | |
| 146 | ГРН и дата внесения записи в ЕГРЮЛ | 6157746596089 14.03.2015 |
| 147 | Причина внесения записи в ЕГРЮЛ | (Р15001) Внесение сведений о решении о ликвидации и о ликвидаторе |
| 148 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

AVP0005719

| | | |
|---|---|---|
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 149 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| 150 | Наименование документа | РЕШЕНИЕ О ЛИКВИДАЦИИ, ПРИНЯТОЕ УЧРЕДИТЕЛЯМИ (УЧАСТНИКАМИ) ИЛИ ОРГАНОМ ЮЛ |
| 151 | Наименование документа | ДОВЕРЕННОСТЬ |
| | **17** | |
| 152 | ГРН и дата внесения записи в ЕГРЮЛ | 9157746803249 17.06.2015 |
| 153 | Причина внесения записи в ЕГРЮЛ | (Р15001) Внесение сведений о промежуточном ликвидационном балансе |
| 154 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 155 | Наименование документа | Р15001 УВЕДОМЛЕНИЕ О ПРИНЯТИИ РЕШЕНИЯ О ЛИКВИДАЦИИ ЮЛ |
| 156 | Наименование документа | ПРОМЕЖУТОЧНЫЙ ЛИКВИДАЦИОННЫЙ БАЛАНС |
| 157 | Наименование документа | РЕШЕНИЕ |
| 158 | Наименование документа | ДОВЕРЕННОСТЬ |
| | **18** | |
| 159 | ГРН и дата внесения записи в ЕГРЮЛ | 8167748080580 06.09.2016 |
| 160 | Причина внесения записи в ЕГРЮЛ | Признание вышестоящим НО внесения записи (ГРН) недействительной |
| 161 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 162 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 163 | Номер документа | 12-34/099789 |
| 164 | Дата документа | 02.09.2016 |
| | | |
| 165 | Наименование документа | АКТ |
| 166 | Дата документа | 06.09.2016 |
| 167 | ГРН и дата записи, которая признана недействительной | 6157747676619 05.08.2015 |

AVP0005720

| | | |
|---|---|---|
| | Сведения о статусе записи | |
| 168 | Статус записи | Запись признана недействительной |
| 169 | ГРН и дата внесения записи, которой запись признана недействительной | 2177746152725 10.01.2017 |
| **19** | | |
| 170 | ГРН и дата внесения записи в ЕГРЮЛ | 8167748080591 06.09.2016 |
| 171 | Причина внесения записи в ЕГРЮЛ | Признание вышестоящим НО внесения записи (ГРН) недействительной |
| 172 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 173 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 174 | Номер документа | 12-34/099789 |
| 175 | Дата документа | 02.09.2016 |
| 176 | Наименование документа | АКТ |
| 177 | Дата документа | 06.09.2016 |
| 178 | ГРН и дата записи, которая признана недействительной | 6157747677070 06.08.2015 |
| | Сведения о статусе записи | |
| 179 | Статус записи | Запись признана недействительной |
| 180 | ГРН и дата внесения записи, которой запись признана недействительной | 2177746152736 10.01.2017 |
| **20** | | |
| 181 | ГРН и дата внесения записи в ЕГРЮЛ | 2167749881880 21.09.2016 |
| 182 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 183 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **21** | | |
| 184 | ГРН и дата внесения записи в ЕГРЮЛ | 7167749353655 04.10.2016 |
| 185 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 186 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **22** | | |
| 187 | ГРН и дата внесения записи в ЕГРЮЛ | 6157747676619 05.08.2015 |
| 188 | Причина внесения записи в ЕГРЮЛ | (Р16001) Ликвидация ЮЛ |
| 189 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

AVP0005721

|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|-----|-----|-----|
| 190 | Наименование документа | Р16001 ЗАЯВЛЕНИЕ О ЛИКВИДАЦИИ (ПО РЕШЕНИЮ УЧРЕДИТЕЛЕЙ (УЧАСТНИКОВ) ИЛИ ИНОГО ОРГАНА ЮЛ) |
| 191 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 192 | Номер документа | 4914844657 |
| 193 | Дата документа | 29.07.2015 |
| 194 | Наименование документа | ЛИКВИДАЦИОННЫЙ БАЛАНС |
| 195 | Наименование документа | РЕШЕНИЕ |
| 196 | Наименование документа | ДОВЕРЕННОСТЬ |
|     | Сведения о статусе записи | |
| 197 | Статус записи | Запись признана недействительной |
| 198 | ГРН и дата внесения записи, которой запись признана недействительной | 8167748080580 06.09.2016 |

23

|     |     |     |
|-----|-----|-----|
| 199 | ГРН и дата внесения записи в ЕГРЮЛ | 2177746152725 10.01.2017 |
| 200 | Причина внесения записи в ЕГРЮЛ | Признание вышестоящим НО внесения записи (ГРН) недействительной |
| 201 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 202 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 203 | Номер документа | СА-4-9/24995@ |
| 204 | Дата документа | 26.12.2016 |
| 205 | Наименование документа | ПИСЬМО |
| 206 | Номер документа | 12-15/1/000488@ |
| 207 | Дата документа | 09.01.2017 |
| 208 | Наименование документа | АКТ |
| 209 | Дата документа | 10.01.2016 |
| 210 | ГРН и дата записи, которая признана недействительной | 8167748080580 06.09.2016 |

24

|     |     |     |
|-----|-----|-----|
| 211 | ГРН и дата внесения записи в ЕГРЮЛ | 6157747677070 06.08.2015 |

AVP0005722

| 212 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
|---|---|---|
| 213 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|  |  |  |
|  | Сведения о статусе записи |  |
| 214 | Статус записи | Запись признана недействительной |
| 215 | ГРН и дата внесения записи, которой запись признана недействительной | 8167748080591 06.09.2016 |

**25**

| 216 | ГРН и дата внесения записи в ЕГРЮЛ | 2177746152736 10.01.2017 |
|---|---|---|
| 217 | Причина внесения записи в ЕГРЮЛ | Признание вышестоящим НО внесения записи (ГРН) недействительной |
| 218 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|  |  |  |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 219 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 220 | Номер документа | СА-4-9/24995@ |
| 221 | Дата документа | 26.12.2016 |
|  |  |  |
| 222 | Наименование документа | ПИСЬМО |
| 223 | Номер документа | 12-15/1/000488@ |
| 224 | Дата документа | 09.01.2017 |
|  |  |  |
| 225 | Наименование документа | АКТ |
| 226 | Дата документа | 10.01.2016 |
| 227 | ГРН и дата записи, которая признана недействительной | 8167748080591 06.09.2016 |

**26**

| 228 | ГРН и дата внесения записи в ЕГРЮЛ | 2177746787315 27.01.2017 |
|---|---|---|
| 229 | Причина внесения записи в ЕГРЮЛ | Признание вышестоящим НО внесения записи (ГРН) недействительной |
| 230 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|  |  |  |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 231 | Наименование документа | РЕШЕНИЕ ПО ЖАЛОБЕ |
| 232 | Номер документа | 12-34/007181 |
| 233 | Дата документа | 20.01.2017 |
|  |  |  |
| 234 | Наименование документа | АКТ |

| 235 | ГРН и дата записи, которая признана недействительной | 6157747676619<br>05.08.2015 |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».

AVP0005724

UNIFIED STATE REGISTER OF LEGAL ENTITIES [USRLE]

Information about legal entity

CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP

PSRN [Primary State Registration No.] 5067746596870
TIN [Taxpayer Identification Number]/TRC [Tax Registration Code] 7743611080/774301001
as at 1/30/2017

| Item No. | Item name | Item description |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full name | CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP |
| 2 | Abbreviated name | LIFE FG CJSC |
| 3 | SRN [State Registration No.] and date of entry of the information in the USRLE | 5067746596870 9/13/2006 |
| **Address (location)** | | |
| 4 | Post code | 125195 |
| 5 | Constituent entity of the Russian Federation | CITY OF MOSCOW |
| 6 | Street (prospect, lane, etc.) | ULITSA BELOMORSKAYA |
| 7 | House (property, etc.) | 6A |
| 8 | SRN and date of entry of the information in the USRLE | 5067746596870 9/13/2006 |
| **Information about registration** | | |
| 9 | Method of formation | Establishment of a legal entity |
| 10 | PSRN | 5067746596870 |
| 11 | Registration date | 9/13/2006 |
| 12 | SRN and date of entry of the information in the USRLE | 5067746596870 9/13/2006 |
| **Information about the registering authority based on the location of the legal entity** | | |
| 13 | Name of the registering authority | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| 14 | Address of the registering authority | 3 Pokhodny Proyezd, Bldg. 2, Moscow, 125373 |
| 15 | SRN and date of entry of the information in the USRLE | 5067746596870 9/13/2006 |
| **Information about the status of the legal entity** | | |
| 16 | Status | In the liquidation stage |
| 17 | SRN and date of entry of the information in the USRLE | 6157746596089 3/14/2015 |
| **Information on registration with the tax authority** | | |
| 18 | TIN | 7743611080 |
| 19 | TRC | 774301001 |
| 20 | Registration date | 9/13/2006 |
| 21 | Name of tax authority | Inspectorate of the Federal Tax Service No. 43 for the City of Moscow |

| 22 | SRN and date of entry of the information in the USRLE | 6157747677070<br>8/6/2015 |
|---|---|---|
|  | **Information about registration as an insured party with the territorial body<br>of the Pension Fund of the Russian Federation** | |
| 23 | Registration number | 087211035204 |
| 24 | Registration date | 9/14/2006 |
| 25 | Name of territorial body of the Pension Fund | State Institution – Central Office of the Pension Fund of the Russian Federation No. 5 for the City of Moscow and the Moscow Region, Levoberezhnyi Municipal District of the City of Moscow |
| 26 | SRN and date of entry of the information in the USRLE | 2067756900836<br>9/15/2006 |
|  | **Information about registration as an insured party with the executive authority of the Social Insurance<br>Fund of the Russian Federation** | |
| 27 | Registration number | 770103076377351 |
| 28 | Registration date | 9/17/2006 |
| 29 | Name of executive authority of the Social Insurance Fund | Branch Office No. 35 of State Institution – Moscow Regional Department of the Social Insurance Fund of the Russian Federation |
| 30 | SRN and date of entry of the information in the USRLE | 7167749353655<br>10/4/2016 |
|  | **Information about the share capital (pooled capital, authorized fund, equity contributions)** | |
| 31 | Type | Share capital |
| 32 | Amount (in RUB) | 10,000 |
| 33 | SRN and date of entry of the information about the person in the USRLE | 5067746596870<br>9/13/2006 |
| | **Information about the person authorized to act on behalf of the legal entity without a power of attorney** | |
| 34 | SRN and date of entry of the information about the party in the USRLE | 6157746596089<br>3/14/2015 |
| | | |
| 35 | Last name | SALTYKOV |
| 36 | First name | ALEKSEY |
| 37 | Patronymic | GENNADEVICH |
| 38 | SRN and date of entry of the information in the USRLE | 6157746596089<br>3/14/2015 |
| 39 | Position | Receiver |
| 40 | Contact phone number | +79036766017 |
| 41 | SRN and date of entry of the information in the USRLE | 6157746596089<br>3/14/2015 |
|  | **Information about the founders (members) of the legal entity**<br>*In accordance with the laws of the Russian Federation on state registration of legal entities, the USRLE contains information about the founders of a joint stock company, and not about its shareholders. Information about the shareholders of a joint stock company is shown in the shareholder register, maintained by the company itself or a registrar* | |
| 42 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| 43 | PSRN | 1027739829116 |

| 44 | TIN | 7706216090 |
|---|---|---|
| 45 | Full name | Limited Liability Company Alivikt |
| 46 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | | |
| 47 | Nominal value of a holding stake (in RUB) | 10,000 |
| 48 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | **Information about the entity maintaining the joint stock company's shareholder register** | |
| 49 | SRN and date of entry of the information about the entity in the USRLE | 9147747888620<br>10/23/2014 |
| 50 | PSRN | 5067746596870 |
| 51 | TIN | 5067746596 |
| 52 | Full name | CLOSED JOINT STOCK COMPANY LIFE FINANCIAL GROUP |
| 53 | SRN and date of entry of the information in the USRLE | 9147747888620<br>10/23/2014 |
|  | **Information about the types of economic activities according to the All-Russian Classification of Types of Economic Activities [OKVED]**<br>*(OKVED OK 029-2001 KDES. Ver. 1)* | |
| | *Information about the core business* | |
| 54 | Code and name of the type of activity | 74.14 Consulting on business and management issues |
| 55 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | *Information about additional types of activities* | |
| | 1 | |
| 56 | Code and name of the type of activity | 67.11.19 Other activities associated with the management of financial markets, not included in the other groups |
| 57 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | 2 | |
| 58 | Code and name of the type of activity | 74.1 Activities in the area of law, accounting, and auditing; consulting on business and management issues |
| 59 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | 3 | |
| 60 | Code and name of the type of activity | 74.15. Financial and industrial group and holding company management activities |
| 61 | SRN and date of entry of the information in the USRLE | 5067746596870<br>9/13/2006 |
| | **Information about entries in the USRLE** | |
| | 1 | |
| 62 | SRN and date of entry in the USRLE | 5067746596870<br>9/13/2006 |

| 63 | Reason for entry in the USRLE | (R11001) Establishment of legal entity |
|---|---|---|
| 64 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | | |
| | Information about documents supporting entry in the USRLE | |
| 65 | Document name | APPLICATION (WITH APPENDICES) |
| 66 | Document date | 9/11/2006 |
| | | |
| 67 | Document name | CHARTER |
| 68 | Document date | 9/11/2006 |
| | | |
| 69 | Document name | MINUTES |
| 70 | Document date | 9/11/2006 |
| | | |
| 71 | Document name | RECEIPT FOR PAYMENT OF STAMP DUTY |
| 72 | Document date | 9/11/2006 |
| | | |
| | Information about the certificate confirming entry in the USRLE | |
| 73 | Series, number, and issue date of certificate | 77 009636607 9/13/2006 |
| **2** | | |
| 74 | SRN and date of entry in the USRLE | 2067756834022 9/13/2006 |
| 75 | Reason for entry in the USRLE | Entry of information about registration with tax authority |
| 76 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **3** | | |
| 77 | SRN and date of entry in the USRLE | 2067756887031 9/15/2006 |
| 78 | Reason for entry in the USRLE | Entry of information about registration with the Mandatory Health Insurance Fund |
| 79 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **4** | | |
| 80 | SRN and date of entry in the USRLE | 2067756894577 9/15/2006 |
| 81 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 82 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **5** | | |
| 83 | SRN and date of entry in the USRLE | 2067756900836 9/15/2006 |
| 84 | Reason for entry in the USRLE | Entry of information about registration with the Pension Fund of the Russian Federation |

| 85 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
|---|---|---|
| | **6** | |
| 86 | SRN and date of entry in the USRLE | 2107747324771<br>4/29/2010 |
| 87 | Reason for entry in the USRLE | (R13001) Amendments to the constitutive documents |
| 88 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 89 | Document name | R13001 NOTICE OF AMENDMENTS TO CONSTITUTIVE DOCUMENTS |
| 90 | Document name | RECEIPT FOR PAYMENT OF STATE DUTY |
| 91 | Document number | 265 |
| 92 | Document date | 4/22/2010 |
| 93 | Document name | CHARTER OF LEGAL ENTITY |
| 94 | Document date | 3/1/2010 |
| 95 | Document name | RESOLUTION TO AMEND THE CONSTITUTIVE DOCUMENTS |
| 96 | Document number | 1 |
| 97 | Document date | 3/1/2010 |
| 98 | Document name | CHARTER |
| 99 | Document name | REQUEST, RECEIPT, ENVELOPE |
| | Information about the certificate confirming entry in the USRLE | |
| 100 | Series, number, and issue date of certificate | 77 012288734<br>4/29/2010 |
| | **7** | |
| 101 | SRN and date of entry in the USRLE | 6107748984007<br>9/27/2010 |
| 102 | Reason for entry in the USRLE | (R14002) Entry of information about the net asset value of the joint stock company |
| 103 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |

| | Information about documents supporting entry in the USRLE | |
|---|---|---|
| 104 | Document name | R14002 NOTICE OF THE JOINT STOCK COMPANY BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| | Information about the certificate confirming entry in the USRLE | |
| 105 | Series, number, and issue date of certificate | 77 013030103 9/27/2010 |
| **8** | | |
| 106 | SRN and date of entry in the USRLE | 6107748983952 9/27/2010 |
| 107 | Reason for entry in the USRLE | (R14002) Entry of information about the net asset value of the joint stock company |
| 108 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 109 | Document name | R14002 NOTICE OF THE JOINT STOCK COMPANY BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| | Information about the certificate confirming entry in the USRLE | |
| 110 | Series, number, and issue date of certificate | 77 013030105 9/27/2010 |
| **9** | | |
| 111 | SRN and date of entry in the USRLE | 6107748984030 9/27/2010 |
| 112 | Reason for entry in the USRLE | (R14002) Entry of information about the net asset value of the joint stock company |
| 113 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 114 | Document name | R14002 NOTICE OF THE JOINT STOCK COMPANY BEING IN THE PROCESS OF REDUCING ITS SHARE CAPITAL AND/OR ITS NET ASSET VALUE |
| 115 | Document name | CALCULATION+CALCULATION+CALCULATION |

Information from the website of the Federal Tax Service of Russia
1/30/2017 5:39 p.m.                    PSRN 5067746596870                    Page 17 of 13
AVP0005717_T

| | Information about the certificate confirming entry in the USRLE | |
|---|---|---|
| 116 | Series, number, and issue date of certificate | 77 013030102<br>9/27/2010 |
| **10** | | |
| 117 | SRN and date of entry in the USRLE | 6107748983919<br>9/27/2010 |
| 118 | Reason for entry in the USRLE | (R14001) Entry of amendments not associated with the constitutive documents |
| 119 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 120 | Document name | R14001 NOTICE OF AMENDMENTS TO INFORMATION NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1) |
| 121 | Document name | RESOLUTION+NOTICE+ENVELOPE |
| | Information about the certificate confirming entry in the USRLE | |
| 122 | Series, number, and issue date of certificate | 77 013030104<br>9/27/2010 |
| | Information about status of entry | |
| 123 | Status of entry | Corrections made to entry due to technical error made by registering authority |
| 124 | SRN and date of entry which made corrections due to a technical error | 7117746265630<br>4/5/2011 |
| **11** | | |
| 125 | SRN and date of entry in the USRLE | 6117746780244<br>3/21/2011 |
| 126 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 127 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **12** | | |
| 128 | SRN and date of entry in the USRLE | 7117746265630<br>4/5/2011 |
| 129 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 130 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| 131 | SRN and date of entry to which corrections were made | 6107748983919<br>9/27/2010 |

| | 13 | |
|---|---|---|
| 132 | SRN and date of entry in the USRLE | 2117747137980<br>7/18/2011 |
| 133 | Reason for entry in the USRLE | (R14001) Entry of amendments not associated with the constitutive documents |
| 134 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 135 | Document name | R14001 NOTICE OF AMENDMENTS TO INFORMATION NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1) |
| 136 | Document name | RESOLUTION |
| | Information about the certificate confirming entry in the USRLE | |
| 137 | Series, number, and issue date of certificate | 77 013019631<br>7/18/2011 |
| | 14 | |
| 138 | SRN and date of entry in the USRLE | 6127746305263<br>3/5/2012 |
| 139 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 140 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | 15 | |
| 141 | SRN and date of entry in the USRLE | 9147747888620<br>10/23/2014 |
| 142 | Reason for entry in the USRLE | (R14001) Entry of amendments not associated with the constitutive documents |
| 143 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 144 | Document name | R14001 NOTICE OF AMENDMENTS TO INFORMATION NOT ASSOCIATED WITH AMENDMENTS TO THE CONSTITUTIVE DOCUMENTS (Clause 2.1) |
| 145 | Document name | Power of attorney |
| | 16 | |
| 146 | SRN and date of entry in the USRLE | 6157746596089<br>3/14/2015 |
| 147 | Reason for entry in the USRLE | (R15001) Entry of information about the RESOLUTION on liquidation and about the receiver |
| 148 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |

|  | Information about documents supporting entry in the USRLE |  |
|---|---|---|
| 149 | Document name | R15001 NOTICE OF ADOPTION OF RESOLUTION ON LIQUIDATION OF LEGAL ENTITY |
| 150 | Document name | RESOLUTION ON LIQUIDATION ADOPTED BY FOUNDERS (MEMBERS) OR A BODY OF THE LEGAL ENTITY |
| 151 | Document name | POWER OF ATTORNEY |
| **17** | | |
| 152 | SRN and date of entry in the USRLE | 9157746803249 <br> 6/17/2015 |
| 153 | Reason for entry in the USRLE | (R15001) Entry of information about the interim liquidation balance sheet |
| 154 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
|  | Information about documents supporting entry in the USRLE |  |
| 155 | Document name | R15001 NOTICE OF ADOPTION OF RESOLUTION ON LIQUIDATION OF LEGAL ENTITY |
| 156 | Document name | INTERIM LIQUIDATION BALANCE SHEET |
| 157 | Document name | RESOLUTION |
| 158 | Document name | POWER OF ATTORNEY |
| **18** | | |
| 159 | SRN and date of entry in the USRLE | 8167748080580 <br> 9/6/2016 |
| 160 | Reason for entry in the USRLE | Entry (state registration number) invalidated by higher-level tax authority |
| 161 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
|  | Information about documents supporting entry in the USRLE |  |
| 162 | Document name | DECISION ON APPEAL |
| 163 | Document number | 12-34/099789 |
| 164 | Document date | 9/2/2016 |
| 165 | Document name | RECORD |
| 166 | Document date | 9/6/2016 |
| 167 | SRN and date of invalidated entry | 6157747676619 <br> 8/5/2015 |

| | Information about status of entry | |
|---|---|---|
| 168 | Status of entry | Entry invalidated |
| 169 | SRN and date of entry invalidating entry | 2177746152725<br>1/10/2017 |
| **19** | | |
| 170 | SRN and date of entry in the USRLE | 8167748080591<br>9/6/2016 |
| 171 | Reason for entry in the USRLE | Entry (state registration number) invalidated by higher-level tax authority |
| 172 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | Information about documents supporting entry in the USRLE | |
| 173 | Document name | DECISION ON APPEAL |
| 174 | Document number | 12-34/099789 |
| 175 | Document date | 9/2/2016 |
| 176 | Document name | RECORD |
| 177 | Document date | 9/6/2016 |
| 178 | SRN and date of invalidated entry | 6157747677070<br>8/6/2015 |
| | Information about status of entry | |
| 179 | Status of entry | Entry invalidated |
| 180 | SRN and date of entry invalidating entry | 2177746152736<br>1/10/2017 |
| **20** | | |
| 181 | SRN and date of entry in the USRLE | 2167749881880<br>9/21/2016 |
| 182 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 183 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **21** | | |
| 184 | SRN and date of entry in the USRLE | 7167749353655<br>10/4/2016 |
| 185 | Reason for entry in the USRLE | Entry of information about registration with the Social Insurance Fund of the Russian Federation |
| 186 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| **22** | | |
| 187 | SRN and date of entry in the USRLE | 6157747676619<br>8/5/2015 |
| 188 | Reason for entry in the USRLE | (R16001) Liquidation of legal entity |
| 189 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |

|  | Information about documents supporting entry in the USRLE |  |
|---|---|---|
| 190 | Document name | R16001 NOTICE OF LIQUIDATION (BY A RESOLUTION OF THE FOUNDERS (MEMBERS) OR OTHER BODY OF THE LEGAL ENTITY) |
|  |  |  |
| 191 | Document name | RECEIPT FOR PAYMENT OF STAMP DUTY |
| 192 | Document number | 4914844657 |
| 193 | Document date | 7/29/2015 |
|  |  |  |
| 194 | Document name | LIQUIDATION BALANCE SHEET |
|  |  |  |
| 195 | Document name | RESOLUTION |
|  |  |  |
| 196 | Document name | POWER OF ATTORNEY |
|  |  |  |
|  | Information about status of entry |  |
| 197 | Status of entry | Entry invalidated |
| 198 | SRN and date of entry invalidating entry | 8167748080580 9/6/2016 |
| **23** |  |  |
| 199 | SRN and date of entry in the USRLE | 2177746152725 1/10/2017 |
| 200 | Reason for entry in the USRLE | Entry (state registration number) invalidated by higher-level tax authority |
| 201 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
|  |  |  |
|  | Information about documents supporting entry in the USRLE |  |
| 202 | Document name | DECISION ON APPEAL |
| 203 | Document number | SA-4-9/24995@ |
| 204 | Document date | 12/26/2016 |
|  |  |  |
| 205 | Document name | LETTER |
| 206 | Document number | 12-15/1/000488@ |
| 207 | Document date | 1/9/2017 |
|  |  |  |
| 208 | Document name | RECORD |
| 209 | Document date | 1/10/2016 |
| 210 | SRN and date of invalidated entry | 8167748080580 9/6/2016 |
| **24** |  |  |
| 211 | SRN and date of entry in the USRLE | 6157747677070 8/6/2015 |

Information from the website of the Federal Tax Service of Russia
1/30/2017 5:39 p.m.                    PSRN 5067746596870                    Page 22 of 13
AVP0005722_T

| 212 | Reason for entry in the USRLE | Entry of information about registration with tax authority |
|---|---|---|
| 213 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | | |
| | Information about status of entry | |
| 214 | Status of entry | Entry invalidated |
| 215 | SRN and date of entry invalidating entry | 8167748080591 9/6/2016 |
| **25** | | |
| 216 | SRN and date of entry in the USRLE | 2177746152736 1/10/2017 |
| 217 | Reason for entry in the USRLE | Entry (state registration number) invalidated by higher-level tax authority |
| 218 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | | |
| | Information about documents supporting entry in the USRLE | |
| 219 | Document name | DECISION ON APPEAL |
| 220 | Document number | SA-4-9/24995@ |
| 221 | Document date | 12/26/2016 |
| | | |
| 222 | Document name | LETTER |
| 223 | Document number | 12-15/1/000488@ |
| 224 | Document date | 1/9/2017 |
| | | |
| 225 | Document name | RECORD |
| 226 | Document date | 1/10/2016 |
| 227 | SRN and date of invalidated entry | 8167748080591 9/6/2016 |
| **26** | | |
| 228 | SRN and date of entry in the USRLE | 2177746787315 1/27/2017 |
| 229 | Reason for entry in the USRLE | Entry (state registration number) invalidated by higher-level tax authority |
| 230 | Name of the registering authority making the entry in the USRLE | Interdistrict Inspectorate of the Federal Tax Service No. 46 for the City of Moscow |
| | | |
| | Information about documents supporting entry in the USRLE | |
| 231 | Document name | DECISION ON APPEAL |
| 232 | Document number | 12-34/007181 |
| 233 | Document date | 1/20/2017 |
| | | |
| 234 | Document name | RECORD |

| 235 | SRN and date of invalidated entry | 6157747676619<br>8/5/2015 |

Information compiled from website of FTS Russia using the service Details of State Registration of Legal Entities, Sole Proprietors, and Peasant (Farm) Holdings.



translations@geotext.com
www.geotext.com

STATE OF NEW YORK          )
                           )    ss
                           )
COUNTY OF NEW YORK         )


## CERTIFICATION


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached pages with Bates Nos.

AVP0005712–AVP0005724.


Dustin Richard, Managing Editor
Geotext Translations, Inc.


Sworn to and subscribed before me

this _10th_ day of _February_, 20 _17_.


LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143