# EXHIBIT 21

Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

3
    - - - - - - - - - - - - - - - - - - -x

4
    SERGEY LEONTIEV,

5
                    Plaintiff,

6                               Case No. 16-cv-3595
            -against-

7
    ALEXANDER VARSHAVSKY,

8
                    Defendant.

9
    - - - - - - - - - - - - - - - - - - -x

10
                    January 17, 2017

11                  7:10 a.m.

12

13

14

15              Videoconference deposition

16   of IRINA MONAKHOVA, taken by Plaintiff,

17   pursuant to Notice, held at the offices of

18   Gibson, Dunn & Crutcher LLP, 200 Park

19   Avenue, New York, New York, before

20   Sharon Lengel, a Registered Professional

21   Reporter, Certified Realtime Reporter, and

22   Notary Public of the State of New York.

23

24              *     *     *

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
       GIBSON, DUNN & CRUTCHER LLP
 4          Attorneys for Plaintiff
            200 Park Avenue
 5          New York, New York 10166
 6      BY:  MARSHALL KING, ESQ.
            ANDREI MALIKOV, ESQ.
 7
 8      MONASTYRSKY, ZYUBA, STEPANOV & PARTNERS (MZS)
            Attorneys for Plaintiff
 9          3/1 Novinsky Boulevard
            Moscow 121099
10          Russia
11      BY:  VLADIMIR KHRENOV, ESQ.
                (Appearing via videoconference)
12
13
       DEBEVOISE & PLIMPTON LLP
14          Attorneys for Defendant and the witness
            801 Pennsylvania Avenue, N.W.
15          Washington, D.C. 20004
16      BY:  SEAN HECKER, ESQ.
            NICHOLAS C. TOMPKINS, ESQ.
17
18      -and-
19          JANE SHVETS, ESQ.
                (Appearing via videoconference)
20
21
22   ALSO PRESENT:
23          ANNA MAZUROVA, Interpreter
24
                   *      *      *
25
```

```
 1              MONAKHOVA
 2  your counsel posited?
 3      A.   Yes.  I gave them access.  That
 4  was a whole process.  People came, and I
 5  gave them access to all files, including
 6  the Ambika files, where I kept all the
 7  information on the subject.  I don't know
 8  what exactly they retrieved, but they
 9  certainly had access to my computer.
10              THE INTERPRETER:  May the
11      interpreter instruct the witness to
12      make breaks after parts of statements.
13              MR. KING:  It's fine with me.
14      You'll have to tell her.
15              THE WITNESS:  I didn't hear you
16      well, but I have a question too.  I
17      wasn't sure whether you translated as
18      "I gave the reply" or "I gave access."
19              MR. KING:  Okay.
20  BY MR. KING:
21      Q.   Could you tell us what your
22  current employment position is.
23      A.   At present, I am general
24  director of managing company.
25      Q.   And what's the name of the
```

```
                                           Page 11
 1                    MONAKHOVA
 2   managing company?
 3        A.    Akita.
 4        Q.    How long have you been the
 5   general director of Akita?
 6        A.    Since end of 2015.
 7        Q.    And prior to that time, what was
 8   your position?
 9        A.    Prior to that, I was general
10   director of such companies as Avilon
11   Plaza, Olymp, ERK Invest, and CFO of --
12   let me put it like this -- our
13   corporation.
14        Q.    Did you have the position of
15   financial director of Avilon Automobile
16   Group?
17        A.    Yes.
18        Q.    When Akita was formed and you
19   became general director of that company,
20   did your role change with respect to your
21   management responsibilities?
22        A.    Yes.
23        Q.    How did your role change?
24        A.    I assumed -- I assumed
25   responsibility for administrative
```

```
 1                    MONAKHOVA
 2   director of Avilon, who did you report to?
 3        A.    The shareholders.
 4        Q.    And who are the shareholders
 5   that you're referring to?
 6        A.    Alexander Varshavsky and Kamo
 7   Avagumyan.
 8        Q.    When you were financial director
 9   of Avilon, did you sometimes manage
10   Mr. Varshavsky's personal finances?
11             MR. HECKER:  Objection to form.
12        Vague.  You can answer.
13        A.    Could you specify what you mean
14   exactly when you refer to Mr. Varshavsky's
15   personal finances?
16        Q.    Did you ever arrange loans to
17   Mr. Varshavsky individually?
18        A.    No.
19        Q.    Did you ever manage
20   Mr. Varshavsky's bank accounts that were
21   maintained in his individual name?
22        A.    No.
23        Q.    How long did you work for
24   Avilon?
25        A.    I started working for Avilon in
```

1           MONAKHOVA

2       Q.    So you held the same position

3    from 2004 through 2015 at Avilon; is that

4    correct?

5       A.    No.

6       Q.    Okay.  Tell me what positions

7    you held during your time at Avilon.

8       A.    I remained Avilon financial

9    director up until 2008.  As of 2008, I

10   became financial director of Avilon, the

11   group of companies called Auto Logistics,

12   and the group of companies called ERK.

13   Auto Logistics or, in Russian,

14   Avtologistica.

15           In 2010, in addition to my

16   previous duties, I acquired the duties of

17   general director in relation to all the

18   companies that I listed.  And I still have

19   the duties of general director, as we

20   speak.  In 2015, I received the duties of

21   the general director of the managing

22   company.

23       Q.    Okay.  Have you ever met or

24   spoken with Sergey Leontiev?

25       A.    Yes.

```
                                        Page 17
 1                   MONAKHOVA
 2        Q.    How many times?
 3        A.    Once.
 4        Q.    When was that?
 5        A.    That was in mid-August 2015.
 6        Q.    Prior to that time, had you ever
 7   spoken to him?
 8        A.    No.
 9        Q.    Were you involved in Avilon
10   making a loan to Ambika in December of
11   2008?
12        A.    Yes.
13        Q.    What was your involvement?
14        A.    I controlled the deal.
15        Q.    What does that mean, you
16   controlled the deal?
17        A.    I controlled it to the effect of
18   making sure it goes through, making sure
19   that everything goes right.
20        Q.    How did -- how did it come to be
21   that Avilon made a loan to Ambika in 2008?
22        A.    In 2008, Alexander Varshavsky
23   charged me with placing money on the terms
24   previously discussed with Mr. Zheleznyak,
25   and that was the way it was arranged.  And
```

```
 1                    MONAKHOVA
 2   my task was to execute all of it.
 3        Q.    At the time, Avilon was known as
 4   New York Motors Moscow; is that correct?
 5        A.    Correct.
 6        Q.    So you learned about this
 7   transaction from Mr. Varshavsky; correct?
 8        A.    What I learned from
 9   Mr. Varshavsky is that it was necessary to
10   place the money.
11        Q.    Why was -- did he tell you why
12   it was necessary to place the money?
13             MR. HECKER:  Objection to form.
14        Foundation.
15        A.    No.
16        Q.    Did he tell you how much money
17   was going to be placed?
18        A.    Yes.
19        Q.    What did he tell you?
20        A.    He said that the amount of
21   19.900 was to be placed.
22        Q.    $19.9 million?
23        A.    Yes.
24        Q.    And he told you he had agreed
25   upon terms with Mr. Zheleznyak?
```

```
                                            Page 19
 1                 MONAKHOVA
 2      A.    Yes.
 3      Q.    What did he tell you the terms
 4  were going to be?
 5      A.    He gave me the interest rate.
 6      Q.    Do you recall what the interest
 7  rate was?
 8      A.    No.
 9      Q.    Do you recall anything else he
10  told you about the terms?
11      A.    No.
12      Q.    Do you believe he told you
13  anything else about the terms?
14            MR. HECKER:  Objection to form.
15      Foundation.
16      A.    I don't quite recall, and I'm
17  not sure I understand what you are talking
18  about.  What is it specifically that
19  interests you?
20      Q.    Did Mr. Varshavsky tell you
21  anything else about the terms of the
22  placement?
23      A.    I don't think so.  I don't think
24  so.
25      Q.    Did Mr. Varshavsky mention
```

Page 20

1                   MONAKHOVA

2   Ambika as the counterparty?

3       A.    No.

4       Q.    How did you come to learn that

5   the money would be loaned to Ambika?

6       A.    Because that company was

7   suggested by Zheleznyak's representatives.

8       Q.    Okay.  Explain that to me.

9             What do you mean that was

10  suggested by Mr. Zheleznyak's

11  representatives?

12      A.    Well, I don't know English.  To

13  that extent, it was not suggested.  It was

14  given.  It was given.

15      Q.    Okay.  Let's go back a second.

16            After Mr. Varshavsky told you it

17  was necessary to place money, what did you

18  do with respect to this transaction?

19      A.    I got in touch with

20  Mr. Zheleznyak's contact person and

21  discussed the structure of the transaction

22  and who will be involved on our part.

23  Then people on my side started working

24  together with people on their side to

25  structure the transaction.

```
 1                    MONAKHOVA
 2      Q.     Who was it that Mr. Zheleznyak
 3  put you in touch with as his contact
 4  person?
 5            MR. HECKER:  Objection to form.
 6       Foundation.
 7            MS. SHVETS:  Just -- I think the
 8       translation was a bit off.  You asked
 9       to whom -- with whom Zheleznyak put
10       her in touch with.
11            MR. KING:  Let me ask it again.
12            THE INTERPRETER:  The
13       interpreter stands corrected.
14            MR. KING:  Let me ask it again,
15       and we'll clean it up.
16      Q.     Who was the contact person that
17  you got in touch with?
18      A.     Yana Krisjuk.
19      Q.     And you and she discussed the
20  structure of the transaction?
21      A.     Me and her discussed -- let me
22  put it like this -- the general picture of
23  the transaction, how it will take place,
24  and who will be involved on each side.
25      Q.     What was the general picture of
```

Page 22

1                    MONAKHOVA
2    the transaction that you discussed with
3    her?
4         A.     Yana gave me the name of the
5    company for who the money would be placed.
6    We discussed the interest rate, and she
7    confirmed the interest rate at which the
8    money would be placed.  She had received
9    the interest rates from Zheleznyak, and I
10   had received mine from Varshavsky, and we
11   made sure that the amount was the same.
12   She gave me the contacts -- the contact
13   name for her lawyers, and I gave her mine,
14   those that were already preparing the
15   agreements.
16        Q.     Who did she tell you would be
17   the lawyers and contacts involved on their
18   side?
19        A.     I don't recall.
20        Q.     And who did you give as the
21   contact people on your side?
22        A.     I don't quite recall, but
23   probably the name of the head of the law
24   department at the time.
25        Q.     And do you recall who that was?

```
 1                    MONAKHOVA
 2      Q.    Did you ask anyone at Avilon to
 3  perform any diligence on Ambika?
 4      A.    No.
 5      Q.    What was your understanding of
 6  what Ambika would do with the money?
 7      A.    I had no understanding
 8  whatsoever of what Ambika would do with
 9  the money.
10      Q.    Where did Avilon get the money
11  that it loaned to Ambika?
12            MR. HECKER:  Objection to form.
13      Vague.
14      A.    The money came to our account
15  from New York Motors Corporation.
16      Q.    What was New York Motors
17  Corporation?
18      A.    This is one of the shareholder
19  companies, one of our shareholders.
20      Q.    And how was it decided that the
21  money would come to Avilon from New York
22  Motors Corporation?
23      A.    I know nothing about it.
24      Q.    Have you ever heard the phrase
25  "technical loan"?
```

Page 55

1                    MONAKHOVA

2    term of the loan approached its

3    termination each year, Avilon decided to

4    extend the loan by an additional year?

5              MR. HECKER:  Objection to the

6       form.  You can answer.

7       A.    I recall Avilon annually

8    renewing this placement, these loans.

9       Q.    And who at Avilon was involved

10   in deciding to renew the placement?

11      A.    The shareholders.

12      Q.    Did you -- were you involved

13   each year in deciding to renew the

14   placement?

15      A.    No.

16      Q.    You signed each of these

17   agreements; correct?

18      A.    Yes.

19      Q.    Did you discuss whether the

20   loans should be renewed with anyone at

21   Avilon each year?

22      A.    No.

23      Q.    When you said that the

24   shareholders were involved in deciding to

25   renew the placement, how did you know

Page 56

1                          MONAKHOVA

2     that?

3          A.    Because there could be no

4     agreement renewal without the shareholders

5     making this decision.   That was simply

6     impossible.

7          Q.    And who was involved in

8     documenting the renewals?

9          A.    The working group, that included

10    lawyers and finance people.

11         Q.    Do you recall in specific who

12    that was?

13         A.    No.

14                MR. KING:   This is a good time

15         for a break.

16                (Recess)

17    BY MR. KING:

18         Q.    Ms. Monakhova, am I correct that

19    the interest rate on the loan that was

20    originally made in 2008 changed from time

21    to time?

22         A.    Yes.

23         Q.    And who was involved in any

24    negotiations concerning the changes to the

25    interest rate?

Page 57

1                    MONAKHOVA

2      A.    The interest rate was always

3  agreed upon by the shareholders on one

4  side and Zheleznyak and Leontiev on the

5  other.

6      Q.    Okay.  And who do you mean when

7  you say "the shareholders"?

8      A.    Varshavsky and Avagumyan.

9      Q.    So is it your understanding that

10  both Mr. Varshavsky and Mr. Avagumyan had

11  discussions with Mr. Zheleznyak and

12  Mr. Leontiev when interest rates were

13  changing?

14      A.    I don't know in what form the

15  agreement was reached, whether it was done

16  by correspondence, whether everyone

17  participated in it.  But there was always

18  an agreement between our shareholders and

19  Zheleznyak and Leontiev.

20      Q.    Okay.  And how do you know that?

21      A.    The fact that all decisions of

22  this level -- the shareholder level

23  decisions are always agreed upon by our

24  shareholders is something I know from my

25  everyday practice.

Page 66

1          MONAKHOVA

2     Q.    Am I correct that you recall no

3  discussions about whether there should be

4  a bank guarantee in connection with the

5  2008 loan from Avilon to Ambika or any of

6  its extensions?

7     A.    I don't recall.

8     Q.    Do you recall whether Avilon

9  requested any guarantees from Mr. Leontiev

10 concerning repayment of the loan made in

11 2008?

12          MR. HECKER:  Objection.  Vague

13     as to time.  You can answer.

14     A.    Can you please specify the

15 question, what period of time is at issue?

16     Q.    At the time that Avilon entered

17 into the 2008 loan with Ambika, did it

18 request any guarantee of repayment from

19 Mr. Leontiev?

20     A.    I don't recall.

21     Q.    Who within the law department or

22 the finance department of Avilon was

23 responsible for determining what

24 guarantees would be requested?

25          MR. HECKER:  Objection to form.

1                    MONAKHOVA

2        You can answer.

3        A.    The structure of the agreement

4    of the loan, of the set of documents, was

5    determined by the working group.  Members

6    of the working group were designated -- as

7    for the finance people, those were

8    designated by the chief accountant.  As

9    for the lawyers, they were designated by

10   the head of the law department.

11       Q.    Okay.  And who was the chief

12   accountant?

13       A.    Yulia Semenova.

14       Q.    Do you recall anyone who was

15   part of the working group by name?

16       A.    No, I don't.

17       Q.    Okay.

18            MR. KING:  Let's put in front of

19        the witness what's behind Tab 7A.

20        That's a document previously marked as

21        Plaintiff's Exhibit 8.

22       Q.    Do you recognize the first page

23   of Exhibit 8 as a loan agreement between

24   European Realty Corp and New York Motors

25   Moscow?

Page 68

1           MONAKHOVA

2      A.     I see a copy of the document

3  which is called the loan agreement of

4  December 17, 2008, between the European

5  Realty Corp and New York Motors Moscow,

6  and I recognize my signature.

7      Q.     Does seeing this document

8  refresh your recollection that the money

9  that Avilon loaned to Ambika came from

10  European Realty Corp and not from New York

11  Motors Corp?

12      A.     It is possible.

13      Q.     Who negotiated the terms of this

14  loan agreement?

15      A.     The instructions came to me from

16  the shareholders.

17      Q.     Okay.  What do you mean by "the

18  shareholders"?

19      A.     I mean Alexander Varshavsky and

20  Kamo Avagumyan.

21      Q.     And what did Mr. Varshavsky and

22  Mr. Avagumyan say about the agreement with

23  European Realty Corp?

24      A.     I don't recall exactly.

25      Q.     Do you recall generally?

Page 71

                    MONAKHOVA

 1

 2      her recollection as to whether those

 3      things happened.

 4      A.    No, I don't recall.

 5      Q.    Do you recall any discussion

 6  with anyone at Avilon about whether

 7  Avilon's claims against Ambika should be

 8  assigned to European Realty?

 9      A.    No, I don't recall.

10      Q.    What is European Realty Corp?

11      A.    One of our shareholders.

12      Q.    And who owns European Realty

13  Corp?

14      A.    Alexander Varshavsky and Igor

15  Bakonenko.

16      Q.    Do you recall any discussion

17  with Mr. Varshavsky about assigning

18  Avilon's rights under the loan agreement

19  with Ambika to European Realty?

20      A.    No, I do not.

21      Q.    What's the current status of the

22  loan between European Realty and Avilon?

23      A.    Avilon owes 900 -- or, rather,

24  $19.9 million to European Realty

25  Corporation.

```
 1                    MONAKHOVA
 2      Q.     What do you recall about that
 3  additional loan?
 4      A.     I recall that the amount was
 5  more than 6 million.
 6      Q.     And how did you learn about this
 7  additional -- that this additional loan
 8  would be made?
 9      A.     I received instructions from the
10  shareholders.
11      Q.     Which of your shareholders did
12  you receive instructions from?
13      A.     Either Alexander Varshavsky or
14  Kamo Avagumyan.  I don't remember exactly.
15      Q.     Do you remember what you were
16  told about the loan?
17      A.     That we must place it similarly
18  to the 19.9.
19      Q.     And did you do anything to
20  implement the transaction?
21      A.     Yes.
22      Q.     What did you do?
23      A.     I gave instructions to my
24  employees to place the money similar to
25  the way that 19.9 was placed.
```

```
 1                    MONAKHOVA
 2      Q.     When you say "similar to the way
 3  the 19.9 was placed," do you mean that
 4  your instructions were to make the loan to
 5  Ambika?
 6             MR. HECKER:  Objection to form.
 7      You can answer.
 8      A.     No.
 9      Q.     Was the loan made to Ambika?
10      A.     Possibly.
11             MR. KING:  Let's show the
12      witness Tab 3, which is previously
13      marked as Plaintiff's Exhibit 12.
14      Q.     Let me know if you recognize the
15  first three pages of Exhibit 12 as a loan
16  agreement entered into between Avilon and
17  Ambika in September of 2011.
18      A.     I see that this is an agreement.
19  The copy of the document says it was made
20  on September 1, 2011, between Avilon and
21  Ambika, and, yes, I recognize my
22  signature.
23      Q.     At the time you entered into
24  this loan agreement, did you know anything
25  more about Ambika than you knew in 2008?
```

```
 1                    MONAKHOVA
 2       A.    No.
 3       Q.    Did you do any additional
 4   research into Ambika prior to entering the
 5   2011 loan agreement?
 6       A.    No.
 7       Q.    Did you review Ambika's
 8   financial statements before entering into
 9   the loan agreement in 2011?
10       A.    No.
11       Q.    Did you ask any members of your
12   staff to do any research or any diligence
13   into Ambika prior to entering the 2011
14   loan agreement?
15       A.    No.
16       Q.    Who agreed to the interest rate
17   that was to be paid in connection with the
18   loan agreement in 2011?
19       A.    The shareholders.
20       Q.    Do you recall which of your
21   shareholders agreed to it?
22       A.    No.
23       Q.    Do you recall any role that
24   Probusinessbank had with respect to the
25   2011 loan agreement?
```

```
 1                    MONAKHOVA
 2      A.    Same as with the preceding loan
 3   of 19.9.   Probusinessbank played no role
 4   for this transaction.
 5      Q.    Did Probusinessbank issue bank
 6   guarantees in connection with this
 7   transaction?
 8      A.    I don't recall.
 9      Q.    Did you request any guarantees
10   of the loan repayment at the time the 2011
11   loan was entered into?
12      A.    I did not request any guarantees
13   of the loan repayment.
14      Q.    Do you know if anyone on your
15   staff requested any bank guarantees of the
16   loan repayment?
17      A.    I don't know.
18           MR. KING:  We're going to mark
19      another document.  This one is Tab 23,
20      Vladimir.
21           (Plaintiff's Exhibit 125, An
22      email, Bates SL0033741, was hereby
23      marked for identification, as of this
24      date.)
25      Q.    Exhibit 125 is a three-page
```

Page 86

```
 1                    MONAKHOVA
 2   guarantee from anyone else at the time the
 3   2011 loan was entered into or any of its
 4   additional agreements were entered into?
 5             MR. HECKER:  Objection to form.
 6       A.    I don't recall.
 7       Q.    Okay.
 8             MR. KING:  We'll take a short
 9       break.
10             MR. HECKER:  As long as we have
11       you on the video, it's, like, a little
12       after 7:00 there.  You should tell us
13       if you're hungry and you want to take
14       a break long enough to eat something
15       before we reconvene.  It's up to you.
16             MS. SHVETS:  We're fine.
17             MR. HECKER:  Okay.
18             MR. KING:  All right.  Take a
19       short break, then.
20             (Recess)
21   BY MR. KING:
22       Q.    With respect to the
23   6.625 million loan in 2011, do you know
24   where Avilon got the money that it then
25   loaned to Ambika?
```

Page 87

```
 1                  MONAKHOVA
 2      A.    The money came from TO Jets
 3  company.
 4      Q.    Just a second.
 5            (Pause)
 6      Q.    Why -- let me ask that again.
 7            Did Avilon borrow money from TO
 8  Jets?
 9      A.    Yes.
10      Q.    Why did Avilon borrow money from
11  TO Jets?
12      A.    I don't know.
13      Q.    How did you find out that Avilon
14  was going to borrow money from TO Jets?
15      A.    I don't recall.
16      Q.    Does Mr. Varshavsky have any
17  ownership interest in TO Jets?
18      A.    No.
19      Q.    Who decided that Avilon was
20  going to borrow money from TO Jets?
21      A.    I don't know.
22      Q.    Do you recall any discussions
23  with anyone at Avilon about the fact that
24  it was going to be borrowing money from TO
25  Jets?
```

Page 89

```
 1                    MONAKHOVA
 2       Foundation.
 3       A.    I don't recall.
 4       Q.    What's the current status of the
 5   loan from TO Jets to Avilon?
 6       A.    It is still open.  We still owe
 7   the money.
 8       Q.    During the period of time when
 9   Avilon was receiving interest payments
10   from Ambika, was Avilon passing on those
11   interest payments to TO Jets?
12       A.    I don't recall.
13       Q.    Do you ever recall being advised
14   or asked -- sorry.  Let me start that
15   again.
16            Do you ever recall being asked
17   why Avilon was making interest payments to
18   European Realty Corporation that were owed
19   to TO Jets?
20       A.    I don't recall.
21            MR. KING:  Let's show the
22       witness Tab 25.  It's a document that
23       was previously marked as Exhibit 31.
24       Q.    So Exhibit 31 is a two-page
25   Russian email chain, Bates Nos. AVPE3360
```

```
 1                    MONAKHOVA
 2   should I put it -- this -- Avilon
 3   corporation, it had nothing to do with it,
 4   but there were companies, structures,
 5   businesses, but it was not related.  It
 6   had nothing to do with it.
 7        Q.    Who owned --
 8        A.    The corporation.
 9        Q.    Who owned Sanbay?
10        A.    Karen Avagumyan.
11        Q.    And who is Karen Avagumyan?
12        A.    The brother of one of our
13   shareholders.
14        Q.    And do you have any
15   understanding of why certain interest that
16   was payable to TO Jets was going to be
17   paid to this company instead?
18        A.    I don't know.
19        Q.    Did you ever manage any
20   financial transactions on behalf of
21   Sanbay?
22             MR. HECKER:  Objection to form.
23        You can answer.
24        A.    Some transactions that went
25   through Sanbay were implemented under my
```

```
                                     Page 99
 1                    MONAKHOVA

 2   control.

 3       Q.    What kind of transactions went

 4   through Sanbay that were implemented under

 5   your control?

 6       A.    I cannot tell exactly.  Ask me a

 7   specific question.  Otherwise, I don't

 8   recall.

 9       Q.    Do you remember any transaction

10   that went through Sanbay that was

11   implemented under your control?

12       A.    I don't recall.

13       Q.    Did you ever arrange for a loan

14   to be made to Sanbay by Probusinessbank or

15   a company controlled by Probusinessbank?

16       A.    I don't recall.

17            MR. KING:  Let's show the

18       witness another document, Tab 5B,

19       previously marked as exhibit --

20       Plaintiff's Exhibit 28.

21            MR. KHRENOV:  I'm actually

22       missing 5B, Marshall.

23            MR. KING:  That's okay.  We'll

24       move on.

25            MR. KHRENOV:  I'm sorry.  I just
```

```
 1                    MONAKHOVA
 2   the answer.  Popov said that the guarantee
 3   was -- such as it were, was at Yana's
 4   place.  Whether they were there or they
 5   weren't there, no one ever did anything.
 6   No one ever found anything.  I don't know
 7   whether there was an effort to really do
 8   something about it or simply to imitate an
 9   activity.  This is still unknown as of
10   today.  It is still unknown today whether
11   these guarantees existed, these documents.
12   No one knows.
13        Q.    This morning, or this afternoon
14   your time, you mentioned that you had been
15   in one meeting with Mr. Leontiev in
16   August 2015.
17             Do you recall that testimony?
18        A.    Yes.
19        Q.    What do you recall about that
20   meeting?
21        A.    I recall that that was a meeting
22   between me, Varshavsky, Leontiev, and
23   Zheleznyak.  And I recall that we asked
24   Leontiev and Zheleznyak whether the
25   revocation of Probusinessbank license
```

Page 133

1          MONAKHOVA
2  would affect the repayment of debt on
3  other companies.  Leontiev and Zheleznyak
4  confirmed that the total amount owed was
5  100 million USD, without interest, and
6  that they would repay the debt, and the
7  license revocation would not affect it.
8  The only thing, according to them, that we
9  needed to discuss was the structure of the
10  transaction for debt repayment.
11      Q.    Why was it that you were asking
12  whether the revocation of
13  Probusinessbank's license would affect the
14  repayment of the debt on other companies?
15      A.    We did not ask that specific
16  question, at least I do not recall asking
17  the question.  I do not recall us asking
18  the question.  I know for sure that what
19  we discussed was repayment of the money by
20  Ambika.
21      Q.    Okay.  So --
22      A.    Okay.  From Ambika.  The total
23  amount of the debt, $1 million, included,
24  among other things, Ambika's debt.
25          MR. HECKER:  100 million?

```
 1              MONAKHOVA
 2   discussed the debt and the amount of
 3   $100 million.  That amount included
 4   Ambika's debt.  A part of that amount was
 5   Ambika's debt.
 6       Q.    Did you also discuss whether
 7   there was debt owed to anyone other than
 8   Avilon?
 9       A.    Let me repeat once again.
10             We discussed the amount of 100
11   million.  Only approximately 40 million of
12   that amount was Ambika's debt.
13   Correspondingly, the remaining money --
14   correspondingly, the remaining amount was
15   owed to other individuals.
16       Q.    Did you discuss --
17       A.    But we did not discuss who
18   exactly at that particular meeting.
19       Q.    Did you discuss who exactly owed
20   the balance of the money?
21       A.    At that meeting, we did not.
22       Q.    Okay.  How long did the meeting
23   with Mr. Zheleznyak and Mr. Leontiev last?
24       A.    I don't recall.  Probably about
25   an hour.
```

Page 134

1                    MONAKHOVA

2      A.    $100 million.

3      Q.    Okay.  Let me see if I have this

4   straight.

5            You asked Zheleznyak and

6   Leontiev whether the revocation of the

7   license would affect the repayment of the

8   debt owed to Avilon by Ambika?  Is that

9   correct?

10     A.    No.

11     Q.    Okay.  Who said that the amount

12  owed was $100 million?

13     A.    I don't remember who said it

14  first.

15     Q.    Okay.

16     A.    I recall that the amount

17  discussed was 100 million.

18     Q.    Okay.

19     A.    And it was confirmed by

20  everyone -- Varshavsky, Zheleznyak, and

21  Leontiev.

22     Q.    And were you discussing debts

23  that were owed to people or entities other

24  than Avilon?

25     A.    At that particular meeting, we

```
 1                 MONAKHOVA
 2      Q.    Okay.  What else do you recall
 3  about the meeting?  What else was
 4  discussed at the meeting?
 5      A.    I recall them saying that the
 6  money was invested into securities and
 7  that it is alive, it is safe and sound,
 8  the money, and that everything will be
 9  repaid; not to worry.
10      Q.    Did you discuss what the
11  structure of the repayment would be?
12      A.    No.
13      Q.    Did you agree that you would
14  have further discussions concerning the
15  structure of the repayment?
16      A.    Yes.
17      Q.    And that was the first and only
18  time that you were ever part of a
19  conversation with Mr. Leontiev; correct?
20      A.    Yes.
21      Q.    Did Mr. Varshavsky ever
22  communicate to you any discussion -- any
23  other discussions that he had with
24  Mr. Leontiev?
25      A.    No.
```

```
 1                    MONAKHOVA
 2   removed from the amount?
 3        A.    No.
 4        Q.    Did you understand who was going
 5   to be paying the 19 million?
 6        A.    Who was going to be paying?  I
 7   understand that.
 8        Q.    And who was going to be paying
 9   the 19 million?
10        A.    Leontiev.  Leontiev.
11        Q.    You see that Mr. Zheleznyak
12   said, "There will be a separate agreement
13   with a different person for that"?
14              Who did you understand that
15   different person --
16        A.    Yes.
17        Q.    Sorry.
18        A.    I have no idea.
19        Q.    Okay.  If you look at page 4200,
20   is this you sending Mr. Zheleznyak a
21   revised schedule and amounts of repayment?
22        A.    Yes.
23        Q.    And the amounts set forth in
24   this schedule are less than the amounts
25   that were set forth in your original
```

```
 1                    MONAKHOVA
 2  schedule; is that correct?
 3      A.    Correct.
 4      Q.    Was there ever an agreement
 5  signed that -- in which Mr. Leontiev
 6  agreed to repay these amounts on the
 7  schedule?
 8      A.    No.
 9      Q.    And --
10      A.    It is not known to me.
11      Q.    What were the debts that went
12  into the schedule that was set forth here?
13      A.    I know that that includes Ambika
14  debt minus -- minus what they had already
15  paid.  And they had paid 17 million.
16  Correspondingly, it is Ambika's debt minus
17  17 million.
18      Q.    And then there were some debts
19  that were not owed to Avilon; is that
20  correct?
21            MR. HECKER:  Objection to the
22      form.  You can answer.
23      A.    Yes.
24      Q.    And who were those debts owed
25  to?
```

Page 145

```
1                      MONAKHOVA
2    included the money given by him.
3         Q.    Did you ever come to understand
4    what kind of documentation Mr. Avagumyan
5    had concerning that obligation?
6         A.    No.
7         Q.    Did you ever see promissory
8    notes issued in the name of any of the
9    Avagumyans?
10        A.    No.
11        Q.    Did you have an understanding of
12   whether the obligation was owed to
13   Mr. Avagumyan by Ambika?
14        A.    My understanding was that it was
15   Zheleznyak and Leontiev who owed money to
16   Avagumyan.  I had no understanding through
17   which of his entities the money was owed
18   to him.  Their entities.
19        Q.    Have you ever heard the name
20   Diana Karapetyan?
21        A.    No.
22              MR. KING:  Vladimir, could you
23        show the witness Tab 56.  It's a
24        document that was previously marked
25        Exhibit 108.
```

Page 180

1

2                    CERTIFICATION

3

4      I, SHARON LENGEL, a Notary Public for

5   and within the State of New York, do

6   hereby certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10  record of the testimony given by said

11  witness.

12     I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage, and that I am

15  in no way interested in the outcome of

16  this matter.

17     IN WITNESS WHEREOF, I have hereunto

18  set my hand this 24th day of January,

19  2017.

20

    _____

21

22  SHARON LENGEL, RPR, CRR

23                *       *       *

24

25