# EXHIBIT 22



translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK      )
                       )      ss
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate transcription and translation from Russian into English of the attached audio file

titled SL0000993.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Affirmed and subscribed before me

this __15__ day of __November__, 20 _16_ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

Title of Clip [file name/no.]: 37-2395  SL0000993

1   00:00 – 00:29                              [звук шагов]

2   00:30 – 00:50                              [inaudible]

3   00:51             SERGEY LEONTIEV:        Заболел гриппом каким-то … [inaudible]

4   наверное… извините

5   00:57             EKATERINA MALYGINA: Жарко…

6   00:58             ALEXANDER VARSHAVSKY:      [inaudible] поэтому, когда ты

7   сказал, что хочешь прилететь в Лондон реструктуризировать весь этот процесс [inaudible]

8   как мы дальше можем получить наши деньги

9   01:15             MR. VARSHAVSKY:        Абсолютно я понимаю все эти вопросы,

10  связанные с комплайенс, с проблемами, [inaudible], еще раз хочу повторить, деньги нам не

11  нужны, мы готовы оставить [inaudible] в работе, нет проблем, нам просто на сегодняшний

12  день просто нужны гарантии. Гарантии нужны почему? Потому что, ну, вот люди,

13  которые вместе с нами участвовали во всем этом мероприятии, они не знают Сашу, они не

14  знают тебя, они никого не знают, они знают нас, и они говорят: «Слушайте, банка нет,

15  дайте им гарантию».

16  01:40             MR. VARSHAVSKY:        Поэтому нам надо на сегодняшний день

17  просто выработать позицию, при которой мы будем четко понимать, что мы являемся

18  владельцами тех денег, которые мы дали, вы можете их использовать согласно

19  дополнительному нашему графику, да, потому что на сегодняшний день сроки, они все

20  вышли уже, все деньги вышли из ипотеки, мы проценты не получали, и денег у нас нет.

21  02:08             MR. VARSHAVSKY:        Можно сказать, какой-то нонсенс,

22  неправильно, несправедливая история, да, потому что мы отдали, и никогда мы не

23  говорили о том, что мы это отдаем эти деньги пока что под честное слово, которое, да, он

24  сказал … и когда случилась вот эта история с БАНКОМ.РУ, которому мы, в принципе,

25  помогали, который в принципе, нас умолял… она не сработала, не вдаваясь в подробности

26  почему, но мы тогда

1 пришли, я пришел и сказал: «Саша, я хочу забрать все свои деньги. Вот я хочу забрать,
2 да».
3 02:38          MR. VARSHAVSKY:          Он мне говорит: «Я тебе клянусь, я тебе
4 отвечаю, у меня нет другого ничего, но я тебе гарантирую, что ваши деньги все вернут.
5 Вот если не дай Бог что-нибудь произойдет, то ваши деньги, они находятся у Сергея,
6 Сергей играет на бирже, покупает фишки, не фишки, марфишки, не важно [inaudible], но
7 деньги вы свои получите. Ваши деньги там есть».
8 02:58          MR. VARSHAVSKY:          Я ему говорю: «Меня все остальное-то не
9 интересует. Ты мне гарантируешь?». Он говорит: «Да, я гарантирую». То же самое я
10 гарантирую всем тем людям, которые принесли, да, когда нужны были, когда у вас была
11 тяжелая ситуация, да, мало кто был, кроме нас, правильно? Которые взяли, принесли
12 деньги, дали, чтобы вам помочь. Поэтому на сегодняшний день не хочу, честно говоря,
13 оправдываться, хотел просто послушать, какой у нас сегодня есть механизм, чтобы мы
14 были гарантированы тем, что наши деньги [inaudible] нас.
15 03:25          MR. VARSHAVSKY:          Пользоваться — это, давайте, второй
16 вопрос, пожалуйста, вот я сейчас говорю: «Пожалуйста, пользуйся» … определимся на
17 условиях, срок, во всем остальном, [inaudible], проблем нет. На сегодня я не могу в
18 подвешенном состоянии там … ждать неделями, когда там юристы придумают какую-то
19 схему, они что-то решат. Мы же тогда договорились, мы говорили в пятницу — что
20 давайте, подключайте наших. Вот я специально взял Катю, да, чтобы она приехала,
21 встретилась с вашими юристами, чтобы понимать, что мы говорим на одном языке, чтобы
22 понимать: «Нам надо ждать?»
23 03:59          ALEXANDER ZHELEZNYAK:          Чтобы понять, что как бы вот
24 наши опасения, они имеют под собой почву, [inaudible], чтобы люди понимали, что есть
25 проблемы, которые, там вот, просто поставить фамилию владельца другого невозможно.
26 Есть

1   предложение своего рода [inaudible]…

2   04:15               MR. VARSHAVSKY:        Нет, давайте про предложение

3   [inaudible]…

4   04:17               MS. MALYGINA:      [inaudible]

5   04:18               MR. VARSHAVSKY:        …давайте мы просто Сергея послушаем,

6   хочу, чтобы Сергей сказал, какая у тебя позиция на сегодняшний день.

7   04:24               MR. LEONTIEV: Понятно, кхм, кхм, значит, смотрите, позиция

8   следующая: э, э, э, у нас с вами … давайте так, я начну, извините, там, с азов, как я

9   ситуацию понимаю. Мы с вами имели бизнес. Бизнес был выгодный – для вас, для нас.

10  Мы платили проценты. Заплатили, кстати, немало процентов, да, порядка 100 миллионов

11  долларов процентов выплатили. А после отзыва лицензии у банка бизнес сломан, бизнеса

12  нет. Соответственно, мы понимали реальную ситуацию. Сейчас бизнес, который

13  зарабатывал деньги, его нет. Есть личные активы, которыми управляет не Саша, которыми

14  управляю я. И у меня есть куча обязательств, которые я собираюсь выполнять. Не только

15  перед вами, есть и перед другими людьми.

16  05:39               MR. LEONTIEV: Кстати, они не менее могущественные, живут здесь,

17  в том числе и в Лондоне, и я хочу со всеми расплатиться, с ключевыми людьми. Как я

18  собираюсь это делать?

19  05:57               MR. LEONTIEV: Я собираюсь зарабатывать, продолжать

20  зарабатывать на тех личных активах, они к банку не имеют никакого отношения. Я на них

21  собираюсь зарабатывать, и из этих доходов, и плюс частично уменьшая сумму капитала,

22  потому что только из доходов не получится, буду всем гасить обязательства.

23  06:23               MR. LEONTIEV: Значит, с вами вот я встречаюсь второй раз, мы с

24  вами лично не знакомы, поэтому скажу откровенно, вот особого там желания лично у

25  меня расплачиваться по этим обязательствам никакого нету…

26  6:39               MR. VARSHAVSKY:        Хорошо, тоже ответ.

1   6:39             MR. LEONTIEV: …Но поскольку Саша мой партнер, и он находится

2   в жесткой установке, что перед вами обязательства мы должны погасить, а для меня

3   именно его позиция важна, поверьте, не ваша. Вот я вас не знаю, первый раз вижу, и

4   совершенно мне это не важно, а вот его позиция мне важна.

5   07:05            MR. LEONTIEV: Если он мне говорит, что он дал обязательство, и

6   мы должны его погасить, я это признаю.

7   07:12            MR. ZHELEZNYAK:       Но мы брали тогда по…

8   07:13            MR. LEONTIEV: Значит, секундочку, поэтому … значит, я перед

9   вами также готов выполнять обязательство – я, Сергей Леонтьев, а не Александр

10  Железняк, также беру обязательство Александра на себя перед вами. Это тезис номер

11  один.

12  07:31            MR. LEONTIEV: А-а, ну, как я готов, и что в моих силах, я вчера

13  Борису озвучил. Надеюсь, вы, наверное, обменялись, да, информацией.

14  07:43            MR. VARSHAVSKY:      [inaudible]

15  07:43            MR. ZHELEZNYAK:       [inaudible]

16  07:44            MR. LEONTIEV: Не разговаривали?

17  07:45            MR. VARSHAVSKY:      Не разговаривали

18  07:46            MR. LEONTIEV: Хорошо, значит, позиция, которая я в состоянии это

19  сделать, чтобы вот выполнять обязательства перед всеми … значит, а-а, значит рассрочка

20  два года, первый платеж, а-а, в первом квартале следующего года — порядка 25

21  миллионов. Ну, проценты замораживаем, разумеется, нет процентов. Гасим в полном

22  объеме за два года долг.

23  08:18            MR. LEONTIEV: Вот, собственно говоря, что я в состоянии сделать.

24  А теперь мне очень важно, чтобы в этом процессе у нас с вами было действительно

25  сотрудничество. Вот как Борис вчера говорил … значит, вы действительно нам пытались

1    помогать, спасибо большое, вот, но, к сожалению, пока не удалось ничего сделать.

2    Лицензия в результате была отозвана.

3    08:59              MR. VARSHAVSKY:          А знаете, почему у банка отозвали

4    лицензию?

5    09:02              MR. LEONTIEV: Сейчас, Александр, мне кажется, мне настолько

6    уже непринципиальная тема, да…

7    09:10              MR. VARSHAVSKY:          Это очень принципиальная тема, да…,

8    это очень важная и принципиальная, просто хочу отметить, была встреча, организована

9    вот Александру с главой Центробанка. И он должен был прийти один. А он пришел

10   вместе с вами, на которой вы прочитали лекцию руководителю сегодня нашего как бы

11   одного из могущественных органов, который называется Центробанк, как вести

12   кредитную денежную политику государства, и чем вы занимаетесь. После этого, когда вы

13   вышли из кабинета, она сказала, что с такими людьми она разговаривать…

14   09:39              MR. LEONTIEV: А вы были на встрече?

15   09:40              MR. VARSHAVSKY:          А-а, были на встрече еще люди, да, и

16   сегодня про эту встречу ходят легенды во всем Центральном банке.

17   09:45              MR. LEONTIEV: Ну вот мы с Сашей были на этой встрече…

18   09:47              MR. VARSHAVSKY:          Да

19   09:48              MR. LEONTIEV: … ничего подобного там не было, я вас уверяю.

20   09:50              MR. VARSHAVSKY:          Пусть Саша скажет, так или нет.

21   09:52              MR. ZHELEZNYAK:          [inaudible] Сергей сказал, чем мы

22   занимаемся, это было уважительно…

23   09:55              MR. VARSHAVSKY:          Ну, понятно…

24   09:52              MR. ZHELEZNYAK:          …хамства не было, но она восприняла

25   это…

26   10:00              MR. VARSHAVSKY:          Вот тебе сказали, что было после

27   встречи, правильно?

| | | | |
|---|---|---|---|
| 1 | 10:02 | MR. ZHELEZNYAK: | [inaudible] сказали |
| 2 | 10:03 | MR. VARSHAVSKY: | …все тебе сказали, правильно? |
| 3 | 10:04 | MR. ZHELEZNYAK: | Сергей передал мне, все это сказали |

4  [inaudible].

5  10:08          MR. VARSHAVSKY:          Все это сказали.

6  10:08          MR. LEONTIEV:  А почему же они не сказали, что было на встрече,

7  вопрос?

8  10:11          MR. ZHELEZNYAK:          Нет, а на встрече Саша рассказал, что

9  было, Сергей сказал, чем мы занимаемся…

10  10:15          MR. LEONTIEV: Ну, какой лекция? Там была лекция о том, чем надо

11  заниматься…

12  10:19          MR. ZHELEZNYAK:          Нет, лекции там не было, там … ты

13  сказал: «Вы знаете, чем мы занимаемся?» и начал рассказывать, чем мы занимаемся.

14  10:23          MR. LEONTIEV: Чем занимается банк, я рассказывал, а не тем, чем

15  занимается ЦБ. Ну, короче, Александр, вы понимаете, сейчас можно … давайте так, мы же

16  хотим с вами конструктивный провести разговор, да? Поэтому такие вот, знаете, сейчас…

17  Я ведь без упреков это сейчас говорю, да?

18  10:40          MR. LEONTIEV: Была обещана помощь, она результата не дала,

19  лицензии отозваны. Вы предлагали взять 50 процентов банка, мы вели переговоры на этот

20  счет, да, как бы. Ничего, никакого эффекта это не дало. Понятно, с Центральным бывает.

21  Претензий нет, нет претензий, поймите. Да, бывает. Центральный банк — институт

22  сложный, не справились, не получилось, да, как бы? Но вы говорите, что вы —

23  могущественные люди, у вас там руководители прокуратуры, там сын Чайки, там супер.

24  11:19          MR. VARSHAVSKY:          [inaudible]

25  11:19          MR. LEONTIEV: Как бы сейчас, ну... [phone ringing in the background]

26  11:20          MR. VARSHAVSKY:          …надо что-то говорить

1　11:20　　　　　MR. LEONTIEV: ну, окей… сейчас речь идет о том, что… э-э…

2　будут уголовные дела в Москве. Для меня, на моих людей. Это расходы, это мои деньги.

3　Поэтому помогите. Вот сейчас чисто начинается силовой вопрос, тут уже не Центральный

4　банк. Отсутствие уголовных дел, отсутствие всего этого беспредела в России — это у

5　меня меньше расходов, я буду лучше и быстрее платить вам. Как бы я меньше трачу

6　денег, меня меньше сейчас напрягают, я работаю спокойно на погашение обязательств

7　вам, да, как бы? Мне нужна помощь.

8　12:13　　　　　MR. VARSHAVSKY:　　Да, можно я скажу одну вещь, да, про то,

9　что вы говорите, у нас обязательств перед банком не было никаких, это номер раз.

10　12:21　　　　　MR. LEONTIEV: Это не так.

11　12:24　　　　　MR. VARSHAVSKY:　　Как не так? Саш, у нас были какие-то

12　обязательства?

13　12:25　　　　　MR. ZHELEZNYAK:　　Просто мы говорили о том, что вы

14　сможете помочь нам…

15　12:28　　　　　MR. VARSHAVSKY:　　Правильно?

16　12:28　　　　　MR. ZHELEZNYAK:　　…в урегулировании вопроса.

17　12:28　　　　　MR. VARSHAVSKY:　　Правильно?

18　12:28　　　　　MR. ZHELEZNYAK:　　Да.

19　12:28　　　　　MR. VARSHAVSKY:　　Да, мы что сказали? Мы сказали: «До тех

20　пор, пока на нас не будет оформлено, мы делать ничего не будем». Так мы сказали или

21　нет? [inaudible] На что…

22　12:38　　　　　MR. ZHELEZNYAK:　　Мы говорим так, что мы с первого июня

23　партнеры, и…

24　12:42　　　　　MR. VARSHAVSKY:　　Неважно, но мы сказали: «Давайте

25　сначала оформите, да, это первое, и скажите нам …

| 1 | 12:43 | MR. ZHELEZNYAK: | И надо оформлять. |

2  12:44      MR. VARSHAVSKY:      Да, и кажите нам величину вашего

3  бедствия». Вот такая на сегодняшний день есть версия, потому что цена валюты

4  [inaudible] если мы стали партнерами, мы ровно на паритетных началах должны были

5  отвечать за всю глубину вашего бедствия. Правильно?

6  12:59      MR. ZHELEZNYAK.      Да.

7  13:00      MR. VARSHAVSKY:      И мы сказали: «Дайте нам эту цифру».

8  13:01      MR. ZHELEZNYAK.      Да.

9  13:01      MR. VARSHAVSKY:      Нам эту цифру не дали до сегодняшнего

10  дня.

11  13:02      MR. ZHELEZNYAK:      Я говорю, порядка 10.

12  13:03      MR. VARSHAVSKY:      Порядка 10. Сегодня у нас 60.

13  13:04      MR. LEONTIEV: Это не правда.

14  13:06      MR. VARSHAVSKY:      Подожди, ну, правда, неправда, это

15  говорит ЦБ.

16  13:09      MR. LEONTIEV: Ну, он может что угодно говорить.

17  13:11      MR. VARSHAVSKY:      Нет, подождите. Это номер раз.

18  [inaudible]. Мы говорим: «Те деньги, те деньги, которые давались лично в руки,

19  13:16      MR. ZHELEZNYAK:      давались [inaudible]

20  13:16      MR. VARSHAVSKY:      да, лично в руки, это не те деньги,

21  которые мы давали в банк. В банк, это мы [inaudible]

22  13:23      MR. LEONTIEV: Мы оформляли … мы оформляли определенные

23  там бумаги по всем этим деньгам, правильно? Часть из них мы переводили безналичным

24  путем.

25  13:30      MR. ZHELEZNYAK:      Давай сейчас сделаем [inaudible]

26  13:32      MR. VARSHAVSKY:      Причем тут бумаги?

27  13:34      MR. ZHELEZNYAK:      Это моя личная ответственность, бумаги

28  тут

1   вообще не причём.

2   13:36            MR. LEONTIEV: Нет, хорошо, вот…

3   13:37            MR. ZHELEZNYAK:        Это техника, это техника, Серёга, ну это

4   техника, ну подожди [inaudible]

5   13:40            MR. LEONTIEV: Значит, давайте, вот вы уже поняли, что есть Саша,

6   есть я, да, как бы? Вот я говорю за себя сейчас. Вы хотели мою позицию послушать? Я

7   вам ее излагаю. Да, ну просто опять — какой предмет встречи? Вот давайте определимся

8   сейчас, то есть...

9   13:59            MR. ZHELEZNYAK:        Предмет встречи — отдать людям

10  деньги.

11  14:02            MR. LEONTIEV: Ну, окей, это общая постановка. Вы хотите же мою

12  позицию понять, да, по этому поводу, наверное? Или вы хотите…

13  14:10            MR. VARSHAVSKY:       [inaudible]

14  14:10            MR. LEONTIEV: Или вы хотите сейчас там, чтобы меня в чем-то

15  убедить?

16  14:14            MR. ZHELEZNYAK:        Мы же говорили [inaudible], что мы

17  деньги отдаем [inaudible]. Изменилась позиция как-то или нет?

18  14:20            MR. LEONTIEV: А я что только что сказал? Я разве «нет» сказал? Я

19  вообще не понимаю, о чем спор пошел, какой-то балаган начался просто в разговоре.

20  14:27            MS. MALYGINA:    Можно как-то это обязательство оформить,

21  чтобы мы знали…?

22  14:28            MR. LEONTIEV: Нет, мы предлагаем: вот у нас есть понятийное

23  обязательство Александра…

24  14:30            MS. MALYGINA:    Понятийное…

25  14:41            MR. LEONTIEV: Да, оно было и есть. Зачем нам его сейчас как-то

26  оформлять? Вы же нам до этого доверяли с 2008 года? Доверяли. Что изменилось? Мы

1    обязательство признаем. Убегать от вас — не убегаем. Никуда не скрываемся. Говорим,

2    что будем возвращать. Я объяснил, как. Зачем нам менять нашу сделку, как она есть

3    сейчас?

4    15:03              MR. ZHELEZNYAK:        Люди хотят просто иметь доступ … если

5    вдруг что-то происходит, да, неприятность какая-нибудь [inaudible]… все мы летаем…

6    [inaudible] понимаете, так они возьмут эти деньги и станут владельцами денег и оставляют

7    нас

8    15:20              MR. LEONTIEV: Ну, [inaudible] наше слово…

9    15:21              MR. ZHELEZNYAK:        [inaudible] по имени владельца…

10   15:24              MR. LEONTIEV: …до сих пор было слово и остается слово. Что

11   поменялось? Было слово и остается слово. Вы давали под слово.

12   15:31              MR. VARSHAVSKY:        Подождите секундочку.

13   15:32              MR. LEONTIEV: Это было ваше решение. Сейчас это слово

14   остается…

15   15:35              MR. VARSHAVSKY:        Мы давали под слово, которое не

16   выполнили, потому что…

17   15:41              MR. LEONTIEV: Почему?

18   15:41              MR. ZHELEZNYAK:        [inaudible]

19   15:41              MR. VARSHAVSKY:        Потому что … потому что депозиты-то

20   закончились …

21   15:42              MR. ZHELEZNYAK:        до отзыва лицензии…

22   15:43              MR. VARSHAVSKY:        до отзыва лицензии, и меня Саша

23   попросил…

24   15:44              MR. ZHELEZNYAK:        …ждать…

25   15:44              MR. VARSHAVSKY:        …начиная с декабря месяца, их не

26   забирать. И мы не забрали. Мы не забрали. Я свои личные деньги, которые у меня на

27   карточке, я не

1  забрал, потому что не верил в то, что могут отозвать лицензию. Просто не верил. У меня

2  все люди бежали когда, я не побежал.

3  16:05                MR. LEONTIEV: Понятно, понятно.

4  16:08                MR. VARSHAVSKY:        Вы сегодня говорите, что у вас, у вас

5  лично денег нет. Но это нечестно, мне кажется. Это первое, что есть нечестное. У вас

6  обязательства, вы партнеры. Когда Саша брал деньги, он брал и говорил…

7  16:19                MR. LEONTIEV: Еще раз, я принял обязательство Александра на

8  себя в отношении вас, первый тезис. Я …

9  16:24                MR. VARSHAVSKY:        Так если вы говорите…

10  16:26                MR. LEONTIEV: …я принял это обязательство.

11  16:29                MR. VARSHAVSKY:        Почему вы тогда не хотите понять то, что

12  у нас у всех есть обязательства перед другими людьми, у нас есть дети, у нас есть семьи, у

13  нас есть люди, да, почему сегодня мы… что мы должны говорить? Нам скажут: «А нас не

14  интересуют вообще ваши отношения, нас просто они не интересуют. Нам деньги

15  отдайте».

16  16:43                MR. LEONTIEV: Смотрите, у меня… вы должны понимать просто

17  еще раз … просто что произошло. Бизнес сломан. У меня есть сейчас обязательства  и не

18  только пред вами. Безусловно, можно сейчас… ну, если кто-нибудь из тех, перед кем я

19  несу обязательства, возьмет и что-нибудь со мной сделает, ну, никто не получит ничего.

20  Вот на этом все и закончится, да?

21  17:17                MR. ZHELEZNYAK:        [inaudible]

22  17:18                MR. LEONTIEV: Поэтому я…

23  17:19                MR. VARSHAVSKY:        Мы, мы что, бандиты или не приятели?

24  17:22                MR. LEONTIEV: Я ни к этому говорю. Я говорю о том, что я в этой

25  ситуации… сейчас вот встречаюсь с людьми и говорю, как я буду гасить обязательства.

1   Так же и с вами. Я вам говорю… вот я объяснил предложение, которое в состоянии

2   сделать. Вот если вы сейчас хотите, что я вам сейчас пообещал что-нибудь еще, я вам

3   пообещаю, потом мы с вами встретимся через три  недели, я вам скажу: «Вы знаете,

4   ребята, я не справляюсь». Поэтому я сразу говорю вещи, за которые могу нести

5   ответственность. Вот правда, какая бы она ни была сложная, но она правда.

6   17:50            BORIS ZUEV:      Серёж, а в чем будет ответственность?

7   17:51            MR. LEONTIEV: Понимаете, просто нету другой возможности вот в

8   принципе. Поверьте мне, ее нет.

9   17:58            MR. ZHELEZNYAK:       [inaudible] мы должны обсудить

10  [inaudible]

11  17:59            MR. VARSHAVSKY:       Во-первых, мы когда сидели в пятницу,

12  вы говорите: «Почему вы мне не верите?», потому что когда мы сидели в пятницу…

13  18:01            MR. LEONTIEV: Да.

14  18:01            MR. VARSHAVSKY:       вы признали всю свою задолженность,

15  вот у меня в кабинете…

16  18:07            MR. LEONTIEV: Я и сейчас признаю.

17  18:08            MR. VARSHAVSKY:       …вы сказали, что есть механизм, вам

18  только надо разобраться с комплайенс, и вы с нами рассчитаетесь. Вы говорите сегодня,

19  что нету. Но…

20  18:18            MR. LEONTIEV: Нет, я не говорю, что нет.

21  18:19            MR. VARSHAVSKY:       Вот вы говорите: «Что изменилось»?

22  Изменилось то, что у нас была договоренность, что как только депозиты заканчивают свое

23  существование, мы имеем право забрать деньги.

24  18:28            MR. ZHELEZNYAK:       Досрочно.

25  18:29            MR. VARSHAVSKY:       Да … мы, веря Саше на слово…

26  18:31            MR. ZHELEZNYAK:       …досрочно, да…

1   18:31              MR. VARSHAVSKY:         ну, это мы уже не обсуждаем…

2   закончили, мы приходим и говорим: «Отдай наши деньги». Он нам не отдает. Поэтому мы

3   в принципе… у нас, честно говоря, и к вам вопросов нет… у нас вопросы есть вот к

4   Железняку. Отдай нам наши деньги.

5   18:51              MR. LEONTIEV: Ну вот он перед вами обязательство выполнить не

6   может…

7   18:52              MR. VARSHAVSKY:         Хорошо.

8   18:53              MR. LEONTIEV: …потому что деньги у меня, управляю бизнесом

9   этим… этой частью бизнеса управляю я.

10  18:56              MR. VARSHAVSKY:         Хорошо.

11  18:56              MR. LEONTIEV: Я вам говорю, какие обязательства я могу

12  выполнить. Более того, еще раз, да… мы с вами встречаемся второй раз. Меня вот лично

13  сейчас бежать и выполнять обязательства именно перед вами вообще никакого нету. Я

14  принимаю это обязательство потому, что мы с Сашей — партнеры. Мне важна позиция

15  его, я не знаю, почему он так меня прессует именно в отношении вас. Это для меня

16  большой вопрос. Но я в данном случае принимаю это обязательство, потому что мы друг

17  друга знаем сорок лет, и мы с ним партнеры, и его обязательства для меня однозначно —

18  то же самое. Я впрягаюсь в эту тему только благодаря ему. Вот моя позиция.

19  19:31              MR. ZHELEZNYAK:         …получается, как и с тобой, они думают,

20  что у нас с тобой доля там … я так думаю.

21  19:36              MR. LEONTIEV: Нет, я ничего не думаю. Давайте сейчас не будем…

22  19:40              MR. ZHELEZNYAK:         Ну, ты так сказал мне…

23  19:41              MR. LEONTIEV: Нет, Саш, я этого не говорил, во-первых, давай не

24  будем весь этот…

25  19:43              MR. ZHELEZNYAK:         [inaudible] почему я так [inaudible]

| | | |
|---|---|---|
| 1 | 19:45 | MR. LEONTIEV: …я не говорил никакие доли … никакие… |
| 2 | 19:48 | MR. ZHELEZNYAK:       Ну а какой у меня может быть еще |

3   интерес, кроме того, что [inaudible]

| 4 | 19:50 | MR. VARSHAVSKY:       Можно я, коллеги… |
| 5 | 19:52 | MR. LEONTIEV: Коллеги, давайте сейчас вот только не на эту |

6   тему…

| 7 | 19:57 | MR. ZUEV:       Постоянно вот мы же приехали договориться, как |

8   дальше действовать. Вести речь о том, что делать какие-то дальше движения с финансами,

9   возвращать … вы это признаете… но мы же все здравомыслящие люди. Вы уже один раз

10   нарушили… по моей части  — так это просто обманули. Но я молчу, бывает всякое.

11   Может, не специально. Может, так получилось. Но я без бумаги уезжать не могу. Мы же

12   физические лица, участники определенного там … рыночного движения, да. И говорить о

13   том, что еще раз поверить в то, что все будет нормально. Я просто могу задать вопрос? А

14   если в январе ничего не состоится, допустим? Это же тоже бизнес, вы можете что-то

15   сделать, что-то не сделать, где-то прогореть, где-то заработать больше…

| 16 | 20:42 | MR. ZHELEZNYAK:       [inaudible] |
| 17 | 20:42 | MR. ZUEV:       … давайте так … подождите, Сань … Все очень |

18   просто — а почему нет желания подготовить какие-то документы? Я думал, мы для этого

19   все и приехали. Если бы речь шла о том, чтобы просто поговорить, я бы вообще не

20   приезжал, я Сане и так доверяю. Чё мне, он сказал: «Все нормально», и мне этого слова

21   достаточно. Я-то думал, я приехал для того, чтобы вы уехали, проработав юридическую

22   сторону вопроса, и с тем чтобы потом Александр, как старший товарищ, приедет со

23   специалистами, которые с вами и в спокойном режиме, посмотрят, как гарантировать

24   обоюдные интересы, с тем чтобы вам не мешать дальше работать, а нам спокойно улететь

25   и дальше просто быть уверенными в том, что наши риски, как модно говорить, будут

1   зафиксированы.

2   21:32            MR. LEONTIEV: Можете быть уверены, мы свои обязательства

3   будем перед вами выполнять. А если вы нам еще будете помогать…

4   21:39            MR. ZUEV:        Серёж, подождите, подождите… это же слова.

5   21:42            MR. LEONTIEV: Да, слова. К сожалению, у нас с вами сделка с 2008

6   года только на словах построена.

7   21:48            MR. ZUEV:        Нет, подождите секундочку… у меня [inaudible]

8   выписаны векселя в банках, которые вы, нет, ну какая разница, если банк, в котором вы

9   [inaudible].

10  21:57            MR. ZHELEZNYAK:      Это не причем. Давайте…

11  21:58            MR. VARSHAVSKY:      Подожди секунду, Сань, мы говорим, что

12  у нас у всех есть векселя [inaudible], у нас, во-первых, у всех есть [inaudible]. Нельзя так

13  [inaudible]…

14  22:04            MR. ZHELEZNYAK:      Да, это да.

15  22:06            MR. VARSHAVSKY:      Хорошо, о чем мы говорим, у нас у всех

16  есть эти векселя. [inaudible]

17  22:09            MR. LEONTIEV: У нас есть понятийное обязательство. Оно

18  сохраняется.

19  22:11            MR. ZUEV:        Оно не сохранилось. Вы меня обманули. Вы можете

20  это понять? Ваш банк.

21  22:15            MR. LEONTIEV: Мы вас не обманули, еще раз… мы…

22  22:19            MR. ZUEV:        Это было 23-го… это было в июле, когда [inaudible]

23  22:20            MR. LEONTIEV: Поймите, нам сломали бизнес. Ну вы … вы

24  поймите, ведь ну… не бывает просто так…  деньги не рождаются ниоткуда.

25  22:28            MR. ZUEV:        Серёж, подождите… [inaudible]

| | | |
|---|---|---|
| 1 | 22:30 | MR. LEONTIEV: Их дают, вы получали проценты |
| 2 | 22:31 | MR. ZUEV:        В июле у вас не был сломан бизнес |
| 3 | 22:37 | MR. ZHELEZNYAK:        Они раньше закончили… [inaudible] |
| 4 | 22:38 | MS. MALYGINA:      Может быть, вам безо льда? |
| 5 | 22:39 | MR. LEONTIEV: Нет, мне вообще ничего не надо. |
| 6 | 22:40 | MS. MALYGINA:      К чаю? |
| 7 | 22:41 | MR. LEONTIEV: Нет. No. |
| 8 | | Waitress        No? Okay. |
| 9 | 22:47 | MR. ZUEV:        [inaudible] no ice for me please |
| 10 | 22:49 | Waitress        Okay |
| 11 | 22:50 | MS. MALYGINA:      Can you just bring empty glasses? |
| 12 | 22:50 | Waitress        Empty glasses? Okay. |
| 13 | | [inaudible in English] |
| 14 | 22:56 | MR. ZUEV:        I don't need water |
| 15 | 22:58 | Waitress        Don't need water? At all? Okay. |
| 16 | 23:10 | MS. MALYGINA:      Бутылку оставьте, [смех], запутали женщину. |
| 17 | 23:15 | MR. ZUEV:        Надо же… как-то найти какое-то решение |

18 юридическое … как… мы же не просто собрались…

19  23:19        MR. LEONTIEV: Если вы хотите встретиться… перенести разговор в

20 официальную часть, встретиться с юристами — окей, давайте я… тогда это разговор

21 юристов, я вам организую встречу с нашими юристами, здесь или в Нью-Йорке, не знаю,

22 надо просто время. Это будет чисто тогда официальный процесс, не вопрос. Хотите идти

23 по такому пути? Давайте, мы не отказываемся. Они вам объяснят, на юридическом языке,

24 почему то предложение, которое я формулирую сейчас, — оно для меня единственно

25 возможное.

1   23:51              MR. ZUEV:       Мы тоже не против этого. И Александр подтвердил,

2   что, в принципе, в январе — и слава богу. Речь идет о том, что если юридическая часть

3   [inaudible]

4   24:02              MR. LEONTIEV: Не в январе, а в первом квартале. Ну… я говорю

5   про первый квартал.

6   24:09              MR. ZUEV:       Но это же надо подписать все или нет? Или мы

7   будем дальше на словах? А если вы не отдадите в первом квартале?

8   24:09              MR. LEONTIEV: Я предлагаю … а если бы я хотел вам не отдавать,

9   зачем я сейчас с вами встречаюсь?

10  24:15              MR. ZUEV:       Сергей, но вы мне-то уже не отдали. Вы можете это

11  понять, или у вас нет [inaudible]?

12  24:17              MR. LEONTIEV: Хорошо. Мы вам не отдали. Вот я вам говорю

13  сейчас, что я сейчас могу сделать, поймите, да… вот я … я не могу вам пообещать … вы

14  хотите, чтобы я вам пообещал больше, чем я могу. Смысл?

15  24:28              MR. ZUEV:       А в чем больше? Я большего не прошу.

16  24:30              MR. LEONTIEV: Да я просто вот могу только это.

17  24:31              MR. ZUEV:       Что это?

18  24:32              MR. LEONTIEV: Что я вам только что озвучил.

19  24:33              MR. ZUEV:       Я говорю — закрепите это на бумаге.

20  24:36              MR. LEONTIEV: Не могу это закрепить на бумаге.

21  24:37              MR. ZUEV:       Ну, тогда вы просто … [inaudible]

22  24:38              MR. LEONTIEV: Я считаю, что это неправильно было бы делать.

23  24:41              MR. ZUEV:       Тогда вы меня просто посылаете.

24  24:43              MR. LEONTIEV: Нет, если бы я посылал, я бы не встречался.

25  24:48              MR. ZUEV:       Слушайте, ну, Серёж, у меня и так денег нет, я

1   приехал, за гостиницу плачу, за [inaudible], шампанское тоже самим придется …

2   24:53            MS. MALYGINA:    … с горя [смех]

3   24:54            MR. ZUEV:      …с горя пить, я чё приехал-то сюда, с вами

4   познакомиться?

5   24:59            MR. ZHELEZNYAK:     схема, которая позволяет … на взгляд…

6   25:00            MR. ZUEV:     Серёж, вы считаете, что вы такой [inaudible]

7   25:02            MR. ZHELEZNYAK:     … позволяет зафиксировать эти

8   обязательства.

9   25:04            MR. ZUEV:     Серёж, как вы считаете, я приехал с вами [inaudible]

10  25:06            MR. LEONTIEV: Борис, извините, я не знаю, почему вы приехали.

11  Меня попросил на встречу прийти Александр, я пришел.

12  25:15            MR. ZUEV:     Серёж…

13  25:15            MR. ZHELEZNYAK:     Ну нет, мы договорились, что Саша

14  подъедет, что мы [inaudible]

15  25:16            MR. ZUEV:     Вы в пятницу уехали от Сани и сказали, что вы

16  будете заниматься этим вопросом.

17  25:20            MR. LEONTIEV: Я этим…поверьте, я только этим и занимаюсь.

18  25:24            MR. VARSHAVSKY:     Вот мы приехали … Сергей, подождите,

19  мы когда сидели у меня в кабинете, да [inaudible], вы когда у меня сидели, вы сказали:

20  «Да, я согласен».

21  25:33            MR. LEONTIEV: Я и сейчас говорю «да».

22  25:33            MR. VARSHAVSKY:     А сегодня вы говорите: «У меня нет

23  желания с вами разговаривать». Это тоже позиция [inaudible]

24  25:37            MR. LEONTIEV: Подождите, я не так говорю. Я говорю, что я

25  объясняю вам, почему я готов взять на себя обязательство именно ваше. Вот что я вам

26  объясняю. Нет.

| | | | |
|---|---|---|---|
| 1 | 25:48 | MR. VARSHAVSKY: | Нет. |

2 25:48 MR. LEONTIEV: Вы меня не слышите. Коллеги, вы меня просто не
3 слышите.

4 25:51 MR. VARSHAVSKY: Я слышу очень хорошо. Мы когда сидели
5 у меня в кабинете, вы сказали, что «Я поеду сейчас», мы позвали Ирину, вы сказали: «Я
6 еду сейчас…

7 25:57 MR. LEONTIEV: Да.

8 25:57 MR. VARSHAVSKY: …я поеду и буду структурировать форму
9 сделки, потому что…

10 26:01 MR. LEONTIEV: Да.

11 26:01 MR. VARSHAVSKY: …она у нас ...». Вы же говорили, это не
12 мои слова, что мы можем [inaudible] если я вам сейчас это отдам, в результате и я
13 потеряю, и вы потеряете…

14 26:08 MR. LEONTIEV: Да.

15 26:08 MR. VARSHAVSKY: Потому что у нас есть комплайенс.

16 26:11 MR. LEONTIEV: Да.

17 26:11 MR. VARSHAVSKY: Мы говорим: «Мы не хотим ничего
18 нарушать, мы не хотим, чтобы кто-то что-то менял…

19 26:15 MR. LEONTIEV: Да.

20 26:15 MR. VARSHAVSKY: …но мы хотим быть уверены, что это
21 наше». Почему так нельзя сделать? Вы говорите: «У нас будет еще возможность…».

22 26:20 MR. LEONTIEV: Это мне объяснили юристы… еще раз, давайте,
23 хотите поговорить на юридическом языке, давайте я вам организую встречу с нашими
24 юристами.

25 26:27 MR. VARSHAVSKY: А можно сейчас это сделать, потому что
26 Катя

1   улетает просто.

2   26:30          MS. MALYGINA:      Может быть, хотя бы понятийное?

3   26:31          MR. LEONTIEV: Нужно время … нет, давайте, разговор юристов

4   будут вести юристы, да? Я не юрист. Давайте просто … я приехал сюда… мне все

5   объяснили, я понял, как работает механизм, как … как можно сейчас действовать в этой

6   системе, понял, обобщил все свои обязательства, разобрался, кому я должен, сколько

7   должен, — это окончательно оформилось только здесь. Мне стало понятно, как я могу

8   рассчитаться. Я понял это. У меня сейчас реально здравая картина, что я могу делать. И

9   поверьте, с вами я хочу рассчитываться, но…

10  27:06          MR. ZUEV:      Серёж, вы сказали, что вы не хотите с нами

11  рассчитываться, что вы это делаете, потому что Александр вас попросил.

12  27:10          MR. LEONTIEV: Именно так. Именно так.

13  27:13          MR. ZUEV:      Второе. Можно я задам вопрос? Мы же люди все

14  социальные, в обществе находимся.

15  27:17          MR. LEONTIEV: Да, конечно.

16  27:18          MR. ZUEV:      Вот смотрите, в чем фенька заключается. Мы с

17  вами договаривались, или не договаривались, решали там, работали с Александром, да…

18  вы с ним партнёры, у вас была структура, которая работала. Ситуация изменилась. Де-

19  факто в отношении меня она простая. Моя семья и я сейчас без денег, я в Москве. Судя по

20  всему, вы не в Москве, и вы с деньгами. И вы сейчас говорите, что это ваши личные

21  деньги, и вы особо не хотите с нами разговаривать, но делаете это в силу того, что с

22  Александром дружите 40 лет.

23  27:52          MR. LEONTIEV: Потому что мы — партнеры.

24  27:52          MR. ZUEV:      Серёж, Серёж, а что вам такое вот основание дает

25  вообще со мной так разговаривать? Я-то что вам плохого сделал? Вы считаете, я приехал

1    просто на вас посмотреть?

2    28:03                MR. LEONTIEV: Вы поймите, Борис, у меня нет никакого негатива…

3    28:06                MR. ZUEV:        [inaudible], Серёжа, я приехал сюда подписать

4    бумаги, чтобы я и моя семья завтра были уверены, что если с вами что-то случится, или со

5    мной, чтобы она не осталась окончательно без денег. И если для вас это деньги там… вы

6    можете или не можете рассчитываться… для меня это судьбоносно, Серёжа. Я же не

7    приехал с вами познакомиться! Вы так со мной разговариваете, как будто я вот приехал и

8    назойливо к вам пристаю …

9    28:29                MR. LEONTIEV: Извините, пожалуйста, я так с вами не хотел

10   разговаривать.

11   28:34                MR. ZUEV:        Вы ещё вспоминаете каких-то могущественных

12   людей, немогущественных … они вообще к этому не имеют никакого отношения. Это

13   разговор чисто по бизнесу, деловых людей. Больше того, я сейчас трачу на поездку, на

14   проживание, юристы не самые сейчас… хорошо, высококвалифицированные юристы —

15   они тоже стоят, это все затраты. Или вы считаете, я кайфую оттого, что я приехал и трачу

16   на это все, чтобы вы мне сказали, что вы с нами не собираетесь…

17   28:55                MR. VARSHAVSKY: Честно говоря, да…

18   29:00                MR. LEONTIEV: Я вам сказал прямо противоположное… я вам

19   сказал прямо противоположное, что я обязательства перед вами готов выполнять.

20   Озвучил, как я готов — это то, что …

21   29:08                MR. ZUEV:        Не озвучили

22   29:08                MR. LEONTIEV: Озвучил.

23   29:11                MR. ZUEV:        Вы сказали сроки предполагаемые…

24   29:13                MR. LEONTIEV: Да.

25   29:14                MR. ZUEV:        Вы сказали. Мы говорим: «Окей, возьмите,

1  пожалуйста, юристов. Пускай они пообщаются».

2  29:16            MR. VARSHAVSKY:        Мы говорим с точки зрения правовой,

3  что мы хотим быть гарантированы, что мы получим эти деньги. Вот и все. Все, что мы

4  говорим.

5  29:27            MR. LEONTIEV: И юристы мои мне объяснили, что это невозможно.

6  Если вы хотите выяснить, почему, давайте встретим… проведем встречу юристов, вам это

7  объяснят.

8  29:36            MR. ZUEV:        Мы для этого приехали, а вы говорите: «Мы

9  сегодня не встретимся с юристами».

10  29:39            MR. LEONTIEV: Нет.

11  29:41            MR. ZUEV:        Вы думаете, я в Лондоне не был [inaudible]?

12  29:42            MR. LEONTIEV: Ну, коллеги, вот зачем на меня оказывать давление?

13  29:45            MR. ZUEV:        Кто оказывает?

14  29:45            MR. LEONTIEV: Это как-то…

15  29:46            MR. ZUEV:        Это вы давите.

16  29:47            MR. LEONTIEV: Я давлю?

17  29:48            MR. ZUEV:        Конечно. [inaudible]

18  29:53            MS. MALYGINA:        [inaudible] скажите, пожалуйста, [inaudible]

19  29:56            MR. LEONTIEV: С кем?

20  29:56            MS. MALYGINA:        [inaudible] самое раннее

21  29:58            MR. LEONTIEV: Ну давайте, вот сейчас еще такая установка, я после

22  встречи с нами … с вами переговорю с нашими юристами. Мне надо какое-то время это

23  организовать.

24  30:06            MR. ZHELEZNYAK:        А где он сейчас?

25  30:07            MR. LEONTIEV: Он в отпуске сейчас.

26  30:10            MR. ZUEV:        Серёж, вы же в пятницу уехали. Прошла неделя.

1  Что за это время сделано? Вы за это время готовы нам что-то сказать с точки зрения…

2  30:15            MR. LEONTIEV: Коллеги, вот если будет такой прессинг каждые 2–3

3  дня, я вам должен сказать, что я сделал и так далее… ну, не получится у нас разговора.

4  Еще раз, да.

5  30:22            MR. ZUEV:       А он у нас уже не получился, Серёж, [inaudible].

6  30:25            MR. LEONTIEV: Ну, тогда если не получилось, тогда что?

7  30:26            MR. ZUEV:       Ну, я вам желаю добра и здоровья, [inaudible]

8  30:27            MR. LEONTIEV: Спасибо, ладно вам. [inaudible]

9  30:32            MR. LEONTIEV: Ну, давайте я тогда с Сашей поговорю отдельно.

10  30:35            MR. VARSHAVSKY:       Ну, давайте, поговори.

11  30:38            MR. LEONTIEV: Хорошо, тогда давайте в другом месте поговорим.

12  30:39 — 31:03                  [Background noise]

13  31:03            MR. LEONTIEV: Давайте где-нибудь здесь. Давайте здесь. Ничего

14  страшного. Sorry, can we… excuse me… can we … over here? Can you move to this side? We

15  have three of us to talk. Sorry about that, sorry.

16  31:22            Male (?):       Thank you.

17  31:24            MR. VARSHAVSKY:       Смотрите, что получается, да… у меня

18  очень много ответственности… и я как бы абсолютно без задней мысли поверил Саше. Я

19  сегодня не могу ни работать, ни пить, ни есть, потому что на меня оказывается давление.

20  Вот это вот, это все — детский сад. Я должен жить в Москве.

21  31:45            MR. LEONTIEV: Ну, там есть человек, который…

22  31:45            MR. VARSHAVSKY:       И я Саше сказал… и я Саше сказал:

23  «Саша, мне не нужны деньги, не хочу их забирать, я готов помогать». Вы говорите про

24  всякие вещи [inaudible] деньги, да, я не могу пойти отдать деньги этих людей, я не могу

25  пойти, чтобы они помогали. Потому что…

| | | | |
|---|---|---|---|
| 1 | 31:52 | MR. ZHELEZNYAK: | Об этом речь-то. Знаешь, они сейчас не |

2   то, что помогали, они [inaudible], срать будут.

| 3 | 32:04 | MR. VARSHAVSKY: | Да нет, Сань, будет просто. Ну, не знаю, |

4   что будет, не хочу даже думать. А самое главное, что мне надо сегодня идти продавать

5   что-то, но это же нечестно по отношению к моим детям, к моей семье. Я отдал деньги

6   живые, я верил, меня надо просто понять. Это человеческий вопрос.

7   32:20        MR. LEONTIEV: Я понимаю.

8   32:21        MR. VARSHAVSKY:        Если… Сергей, так вопрос же

9   заключается в том … я же говорю — я ничего забирать не буду? и мне не надо, мне надо

10  прийти к людям и сказать: «Вот, посмотрите. Вот, посмотрите. Эти деньги у нас». Люди

11  работают…

12  32:34        MR. LEONTIEV: Я вам даю слово, мы выполним обязательство.

13  32:35        MR. VARSHAVSKY:        Я не могу… я не могу это слово никуда

14  принести. Не могу, мне не поверит никто. Мне скажут: «Плевали на твое слово, дай

15  деньги!».

16  32:41        MR. ZHELEZNYAK:        Давайте [inaudible], у вас же есть схема,

17  давайте сейчас сядут юристы, посмотрят вашу схему, вы же нам предлагаете...

18  32:48        MR. VARSHAVSKY:        Сань, я говорю очень просто…[inaudible]

19  я потому и говорю, зачем нужно, я же сразу сказал, не надо Борю сюда тащить, я же

20  звонил…

21  32:57        MR. ZHELEZNYAK:        У вас же есть схема, последняя, что вы

22  нам предложили.

23  32:59        MR. VARSHAVSKY:        … дайте юриста, она специально

24  прилетела, [inaudible] человек специально прилетел сюда, человек прилетел

25  33:03        MR. ZHELEZNYAK:        Пусть он прилетит.

26  33:05        MR. LEONTIEV: Ну ты знаешь, с кем я сейчас буду говорить.

1   Давайте, юристы — значит все, окей.

2   33:06             MR. ZHELEZNYAK:        Потому что есть схема, на мой взгляд,

3   она здравая, да.

4   33:12             MR. VARSHAVSKY:        Мы же не против, мы хотим вам

5   помогать, вы поймите [inaudible]. Вы хотите с нами рассчитываться из-за Саши, да?

6   33:21             MR. LEONTIEV: Да.

7   33:21             MR. VARSHAVSKY:        Ну я ж тоже вас не знаю. Но помогать

8   мне вам придется только из-за него, потому что я не хочу, чтобы у него была проблема.

9   Понимаете, мы в равных… мы в равных.

10  33:28             MR. LEONTIEV: Так мы и рассчитаемся.

11  33:29             MR. VARSHAVSKY:        Но мне надо, чтобы людям сказать, что

12  «Ребята, вот, это у нас. Всё. Мы не имеем права это забирать. Вот документы. Вот такие у

13  нас условия. Вот так это лежит. И вот на такой срок».

14  33:41             MR. LEONTIEV: Александр, я не вижу этого пути. Мне объяснили

15  юристы. Ну, если хотите еще раз пройти этот путь, как я его прошел, давайте, пройдем,

16  нет вопросов.

17  33:51             MR. ZHELEZNYAK:        Схема, которая мне понравилась

18  последняя, которая может сработать. Ее надо просто… если она сработает, то вообще тема

19  закрылась сама собой.

20  33:58             MR. LEONTIEV: То есть [inaudible]

21  33:59             MR. ZHELEZNYAK:        Понимаешь, там просто …

22  34:00             MR. VARSHAVSKY:        Я думаю, один из самых юристов

23  сильных в Лондоне, который осуществляет M&A сделки, да, я с ним разговаривал уже

24  всю неделю… разговаривал сколько, что надо сделать… он знает от начала до конца всю

25  структуру, да. Что нужно сделать, э-э, у него есть несколько вопросов, на которые мы не

26  можем

1   ответить, на которые можете ответить вы, но он говорит: «Все сделать так, чтобы не

2   нарушить процедуру комплайенс, никто не пострадал и перенести в вашу собственность

3   или в траст, но это надо от трех минут до трех дней. Не надо больше времени, и при этом

4   ничто не будет нарушаться, и никто не попадет…

5   34:36            MR. LEONTIEV: Ну, я …

6   34:36            MR. VARSHAVSKY:        … ни на какие налоговые…

7   34:37            MR. LEONTIEV: Окей, давайте, я не верю в это, у меня другая

8   совершенно позиция, мне говорят совершенно другое. Давайте организуем встречу

9   юристов.

10  34:48            MR. VARSHAVSKY:        Я для чего приехал? Я же Саше сказал:

11  «Я приеду сюда с юристом».

12  34:50            MR. LEONTIEV: Это займет время, Александр.

13  34:52            MR. VARSHAVSKY:        Вы меня поймите. Вы хотите, чтобы я в

14  Москву не приезжал?

15  34:53            MR. LEONTIEV: Ну почему? Оставляйте юристов, займет время

16  просто.

17  34:58            MR. VARSHAVSKY:        Ну, как я могу оставить, если вы

18  говорите, что [inaudible]

19  34:59            MR. LEONTIEV: Хорошо, назначьте новую дату, пришлете юристов.

20  Это же не ваш разговор, это юристов разговор. Вот если они дальше что-то родят, мы

21  встретимся снова и уже обсудим тогда то, что родят наши юристы. Не вопрос.

22  35:12            MR. VARSHAVSKY:        Можно мне понять, да? Вот у нас есть

23  обязательство перед… у вас перед нами обязательство в районе ста миллионов…

24  35:17            MR. LEONTIEV: Да.

25  35:18            MR. VARSHAVSKY:        … у вас есть эти деньги на сегодня?

1   35:21            MR. ZHELEZNYAK:        [inaudible] есть, сто процентов…

2   35:22            MR. LEONTIEV: У нас есть личные активы, да…

3   35:24            MR. VARSHAVSKY:        Ну, не важно, личные – не личные…

4   35:26            MR. LEONTIEV: Есть.

5   35:26            MR. VARSHAVSKY:        У вас эти деньги есть, правильно?

6   35:27            MR. ZHELEZNYAK         Да.

7   35:27            MR. LEONTIEV: Да, 100%.

8   35:28            MR. VARSHAVSKY:        Мы говорим…

9   35:29            MR. LEONTIEV: Вы не волнуйтесь, мы обязательство выполним. Я

10  просто говорю обязательства, которые я действительно смогу выполнить. Но вот вы как

11  верили вот Александру — это остается. Вы поймите, просто может быть, разговор он

12  кажется жестким, но он реалистичный. Вот поймите…

13  35:44            MR. VARSHAVSKY:        Вы поймите, вот скажите, что завтра

14  будет… что завтра будет, да… вот вы говорите — у вас расходы. Расходы будут у нас,

15  потому что мы должны будем его защищать. Вот что будет … завтра его, не дай Бог,

16  арестуют. И что дальше?

17  36:00            MR. LEONTIEV: Этого нельзя допустить.

18  36:01            MR. VARSHAVSKY:        А что дальше-то?

19  36:02            MR. LEONTIEV: Нельзя допустить… ну, этого нельзя допустить,

20  потому что тогда мне гасить обязательство будет сложнее перед вами. Если его арестуют

21  … понимаете вот, вот сейчас чем больше вы мне помогаете, тем… я могу ускорить… я

22  назвал срок не самый оптимистичный. Если будет ситуация складываться лучше, у нас не

23  будет уголовных дел, у нас будет [inaudible], я буду гасить быстрее перед вами

24  обязательство.

25  36:29            MR. VARSHAVSKY:        Смотрите, Сергей….

1   36:30                MR. LEONTIEV: Первый квартал я назвал, исходя из жесткого

2   сценария развития событий. Жесткого. Если будет…

3   36:39                MR. VARSHAVSKY:       Сергей, вот смотрите…

4   36:39                MR. LEONTIEV: … более благоприятная ситуация в Москве, у меня

5   будет меньше расходов, не будет уголовных дел, не будет вот этой всей чернухи там, да,

6   то я буду, конечно, перед вами рассчитываться быстрее.

7   36:54                MR. VARSHAVSKY:       [inaudible] сказал, когда он попросил

8   меня, чтобы я не брал деньги, я сказал, что «Саш, у меня есть график, который я обязан

9   платить, купил там новые вещи, которые у меня график… у меня лежит график … я

10  сегодня не могу выполнить эти обязательства потому, что [inaudible] проценты пропадут,

11  которые я уже заплатил.

12  37:10                MR. LEONTIEV: Александр, я понимаю…

13  37:12                MR. VARSHAVSKY:       У меня один платеж в сентябре… у меня

14  в конце августа один платеж на порядка там 10 миллионов, девять миллионов, и в

15  сентябре у меня еще один платеж, по-моему, на 17. Я не могу их не заплатить.

16  37:28                MR. LEONTIEV: Я вам одно могу сказать: я буду стараться. Вот что

17  сделаю, то смогу. Все, что сделаю, что смогу. Обязательства Саши для меня — это

18  больше, чем мои обязательства.

19  37:41                MR. VARSHAVSKY:       Вот вы сказали… вот видите, да…

20  [inaudible] какие бы они были могущественные люди, но я, наверное в свое время помогал

21  вам больше во всем, да? И когда было действительно плохо, у нас сумма доходила до

22  цифры двести, и мы держали ее у вас, и мы верили на слово. Но мне..

23  37:58                MR. LEONTIEV: И мы вам платили проценты.

24  37:59                MR. VARSHAVSKY:       Абсолютно правильно

25  37:59                MR. LEONTIEV: У нас был бизнес.

1   38:00            MR. VARSHAVSKY:            Подождите, подождите, у нас бизнеса не

2   было. У нас была личная, личная просьба.

3   38:06            MR. LEONTIEV: Как не было бизнеса, если мы платили вам такие

4   проценты? Александр, ну, побойтесь Бога. Мы заплатили только в виде процентов сто

5   миллионов долларов. Ну как не бизнес? Это бизнес, понимаете?

6   38:21            MR. VARSHAVSKY:            Подождите, подождите…

7   38:22            MR. LEONTIEV: И когда нам сломали бизнес наши враги, как бы,

8   тут, к сожалению, вы нам помочь не смогли. И это привело к цепной реакции и

9   последствиям для вас, потому что курица, которая несла золотые яйца, ее грохнули. А вы

10  не смогли ей помочь.

11  38:39            MR. VARSHAVSKY:            Сергей…

12  38:39            MR. LEONTIEV: Я … у меня нет претензий, еще раз. Ну, случилось

13  — случилось. Просто давайте сейчас входить в положение друг друга. Вот это тогда

14  конструктив, да, как бы?

15  38:48            MR. VARSHAVSKY:            Конструктив, абсолютно.

16  38:48            MR. LEONTIEV: Тогда я стараюсь и работаю, вы мне помогаете, да?

17  38:55            MR. VARSHAVSKY:            [inaudible] я не могу уехать отсюда … вот

18  не могу… без каких-то гарантий. Я не могу, понимаешь? Мне идти завтра надо и

19  продавать дом, или что-то? Я не могу просто показаться в Москве.

20  39:11            MR. ZHELEZNYAK:            Делай, что можешь.

21  39:12            MR. VARSHAVSKY:            Я не могу сказать человеку, что я ездил к

22  Леонтьеву, он мне сказал, что все хорошо, он мне пообещал. Он мне скажет: «Ну, блядь,

23  иди и слушай его сам. [inaudible] отдай, сам его слушай». Но это неправильно и нечестно.

24  У нас [inaudible] «Я деньги тебе давал...

25  39:29            MR. ZHELEZNYAK:            [inaudible]

1   39:30                MR. VARSHAVSKY:           … Я деньги тебе давал». И все

2   обязательства — у тебя, не у него. Вы партнеры, не партнеры, я не знаю. [inaudible] это

3   очень … все быстрая история… и каждый… деньги… мы же не переходим в русло], что

4   мы должны с кем-то бороться, да? Мы говорим о том, что случилась такая ситуация, давай

5   из нее друг другу поможем, выйдем красиво…

6   39:57                MR. LEONTIEV: Давайте, давайте!

7   39:57                MR. VARSHAVSKY:           Я прошу только одно, Сергей!

8   39:59                MR. LEONTIEV: Что просите?

9   40:03                MR. ZHELEZNYAK:           Саша просит следующую вещь:

10  [inaudible], можно сказать, что все окей, деньги оставляем, мы ими владеем, ни от кого не

11  зависим, вдруг кому-то упадет кирпич на голову… [inaudible] Саша хочет предложить

12  схему, которую разработал его юрист, которая полностью его в этом обезопасит.

13  40:26                MR. LEONTIEV: Давайте лучше встретим… отвезу, встречу юриста,

14  мне нужно время. Сколько, не могу сейчас сказать. Сейчас приду, сразу приеду в офис,

15  буду звонить, отзвонюсь, скажу, когда возможно по срокам.

16  40:40                MR. ZHELEZNYAK:           [inaudible]

17  30:52                MR. LEONTIEV: Нет, ну, Саш [inaudible], ну хоть сейчас … ну чё,

18  какая разница?

19  40:45                MR. ZHELEZNYAK:           [inaudible]

20  40:45                MR. LEONTIEV: Все равно не сегодня. Ну, так не бывает, да.

21  40:47                MR. ZHELEZNYAK:           Я [inaudible]

22  40:48                MR. LEONTIEV: Но просто мне кажется, что как бы вы должны нам

23  просто доверять опять. Ну, юристы скажут вам то же самое, поверьте. Ну хорошо, давайте

24  пройдем этот путь.

25  41:02                MR. ZHELEZNYAK:           [inaudible] предложение — оно есть, мы

1   должны, обязаны [inaudible]

2   41:07          MR. LEONTIEV: Хорошо, давайте попросим наших юристов

3   проговорить вашу схему, окей. Давайте.

4   41:12          MR. ZHELEZNYAK:          [inaudible] проблемы [inaudible]

5   41:17          MR. LEONTIEV: Не, ну мы же вчера это обсуждали. Ты прекрасно

6   понимаешь, о чем это.

7   41:20          MR. ZHELEZNYAK:          Мы-то не обсуждали.

8   41:21          MR. LEONTIEV: Это обсуждали, почему? Хорошо, давайте, я пошел

9   работать тогда, дальше поищу. Что еще, Александр?

10  41:30          MR. VARSHAVSKY:          Борю… надо поговорить с Катей. Потому

11  что Катя не от меня одного приехала, да. Она сейчас приедет туда, блин, и скажет: «Нас

12  послали на хуй».

13  41:41          MR. LEONTIEV: Слушайте, но нет такой ситуации, Катя так не

14  поняла, я уверен.

15  41:45          MR. VARSHAVSKY:          Я уверен, что она поняла именно так. Мы

16  нашли…

17  41:50          MR. LEONTIEV: Нет, ну неправда. Я пять раз вам подтвердил, что я

18  беру на себя обязательство.

19  41:56          MR. VARSHAVSKY:          Мы можем сейчас без Бори встретиться с

20  Катей, с которой мы договоримся, когда она должна сюда приехать?

21  42:02          MR. ZHELEZNYAK:          [inaudible]

22  42:02          MR. VARSHAVSKY:          …да, чтобы она рассказала, что она

23  считает. Она занимается этим всю свою жизнь.

24  42:08          MR. LEONTIEV: Саша, позови Катю, пожалуйста, сюда.

25  Пожалуйста, без этого. Да нет, ну позови сюда просто. [inaudible]. Да удобно, почему?

1   Давай!

2   42:16            MR. ZHELEZNYAK:        Я позову, позову! Иди туда за стол.

3   42:18            MR. LEONTIEV: Да не надо, здесь! Саш, ну зачем? Позови сюда,

4   нормально сидим.

5   42:28            MR. LEONTIEV: Вы поймите, сейчас просто вот это понятно, что

6   сейчас фактор давления мне только мешает.

7   42:33            MR. VARSHAVSKY:        Подождите.

8   42:35            MR. LEONTIEV: Поймите, вот мне сейчас нужно реально работать,

9   зарабатывать и отдавать. Вот просто войдите в положение.

10  42:48            MR. VARSHAVSKY:        Сергей, кто на вас давит?

11  42:50            MR. LEONTIEV: Случилось, как случилось, да? Вот дальше…

12  давайте сейчас забудем все, что было.

13  42:56            MR. VARSHAVSKY:        [inaudible]

14  42:56            MR. LEONTIEV: Мы же хотим вперед смотреть, да? Нам нужно

15  решить проблему.

16  42:56            MR. VARSHAVSKY:        Конечно.

17  42:58            MR. LEONTIEV: Вот я вас включил для себя в первоочередные

18  задачи. Это однозначно, понимаете? Садитесь, пожалуйста.

19  43:07            MS. MALYGINA:     Можно куда-нибудь… вам удобно?

20  43:09            MR. LEONTIEV: Скажите, пожалуйста, как вы поняли мою

21  позицию? Сформулируйте вкратце, как вы меня услышали.

22  43:17            MS. MALYGINA:     Я поняла вашу позицию… ну, вот я человек

23  незаинтересованный, посторонний.

24  43:20            MR. LEONTIEV: Да, да.

25  43:21            MS. MALYGINA:     Но вот поверьте, я хочу тоже как бы, чтобы

26  была

1     договоренность.

2     43:26         MR. LEONTIEV: Да, да, я вот просто тоже хочу понять. Мы тут

3     поспорили с Александром, как вы [inaudible].

4     43:29         MS. MALYGINA:     Я поняла ее так, что, несмотря на то, что деньги

5     Александр передавал другому Александру лично, то, поскольку вы с Александром

6     партнеры, то вы этот долг принимаете, ну, в том числе, на себя.

7     43:46         MR. LEONTIEV: Да, именно.

8     43:47         MS. MALYGINA:     Второе. Что сейчас вы не готовы

9     рассчитываться по этому долгу. Есть какой-то график на два года, первый платеж —

10     первый квартал двадцать … шестнадцатого года.

11     43:57         MR. LEONTIEV: 25 миллионов

12     43:58         MS. MALYGINA:     Сумма без процентов, в размере 100. Э-э,

13     значит, единственный вопрос, который я не поняла и который бы я у вас просто хотела

14     спросить, что Александр считает … этот Александр… что он с вами договорился неделю

15     назад, что те активы, на которых вы планируете это зарабатывать, в определенной части

16     могут быть оформлены на его компанию…

17     44:35         MR. VARSHAVSKY:     Переданной в управление…

18     44:36         MS. MALYGINA:     Как, например, доля в трасте… ну,

19     определенная доля.

20     44:40         MR. VARSHAVSKY:     [inaudible]

21     44:40         MS. MALYGINA:     Они не будут забираться. Вот как бы, ну, мы все

22     нормальные люди, никто вообще не хочет … все хотят получить деньги. И мы понимаем,

23     что есть, наверное, другие обязательства.

24     44:51         MR. LEONTIEV: Понятно, на этот тезис смотрите… на этот тезис

25     позиция следующая: после вот, сколько там прошло, недели работы с юристами, мне

1   поняло, мне объяснили, что это невозможно, это сильно повредит делу, поэтому этот point

2   я выполнить не могу. Если вы хотите с этими юристами встретиться, обсудить,

3   поговорить…

4   45:14                MS. MALYGINA:     Если можно… [inaudible]

5   45:14                MR. LEONTIEV: То я готов вам организовать эту встречу…

6   45:17                MS. MALYGINA:     А нельзя сегодня?

7   45:17                MR. LEONTIEV: Сегодня нельзя.

8   45:18                MS. MALYGINA:     А его нет, что ли?

9   45:20                MR. LEONTIEV: Да, он в отпуске, поэтому, к сожалению, это будет

10  … сложно

11  45:23                MR. VARSHAVSKY:       [inaudible] пойдем, сядем…

12  45:30                MS. MALYGINA:     Может, пойдем туда, только подальше …

13  [inaudible] … просто он немножко нервничает, как я поняла … спасибо  … Куда мне

14  сесть?

15  46:01                MR. LEONTIEV: А-а, поэтому … значит… вот всё, то есть … меня

16  поставили к жесткому пониманию того, что любая… любое сейчас такое действие будет

17  ставить под удар всю сумму. Мы потеряем просто все. Поэтому у меня жесточайшая

18  рекомендация юристов юридической компании, которая нас сейчас ведет, что мы…

19  46:31                MR. VARSHAVSKY:       Какая это компания?

20  46:33                MR. LEONTIEV: Ну, Александр, зачем так?

21  46:34                MR. VARSHAVSKY:       Конфиденциально?

22  46:35                MR. LEONTIEV: Конечно! Поэтому я дальше детали не могу

23  рассказывать, я просто не юрист, да, сейчас у нас не тот разговор пойдет. Поэтому я вам

24  могу с ними организовать встречу, но они такие — бюрократическая структура, нельзя

25  позвонить, сказать: «Сейчас, давай там приезжай».

| | | |
|---|---|---|
| 1 | 46:48 | MS. MALYGINA: Не, нет, все понятно, я по телефону ничего не |

2 собираюсь вообще говорить.

3 46:53 MR. LEONTIEV: Да.

4 46:54 MS. MALYGINA: Просто вы должны нас как бы понять, позицию,

5 вот та структура, которая существует, мы не хотим ее разрушать. Вот она есть, и она как-

6 то вами реструктуризируется, как мы понимаем, да?

7 47:04 MR. LEONTIEV: Да, да.

8 47:05 MS. MALYGINA: Все, что мы хотим, это… вот в этой структуре

9 есть активы. Не надо их продавать. Не надо там их закладывать. Дайте, пожалуйста, pro-

10 rata ту долю, которую вот Александр отдал Александру, а вы, как партнер, на себя

11 приняли, и зарабатывайте на них эти деньги.

12 47:24 MR. LEONTIEV: У меня такая была именно идея.

13 47:25 MS. MALYGINA: Вот, больше этой доли никто не попросит…

14 47:27 MR. LEONTIEV: Секундочку, я вот понимаю все… у меня именно

15 такая была идея, когда я сюда приехал.

16 47:32 MS. MALYGINA: Да.

17 47:34 MR. LEONTIEV: Дальше мне было объяснено и 100 процентов

18 рекомендовано вот ничего подобного не делать, потому что есть риск потери всего актива.

19 47:47 MR. ZHELEZNYAK: Ты мне это объяснил, у ребят есть другая

20 [inaudible]

21 47:47 MS. MALYGINA: Из чего он проистекает, можете объяснить, или

22 это с юристами надо разговаривать?

23 47:51 MR. LEONTIEV: Да, надо говорить с юристами … но дальше я бы не

24 хотел развивать эту тему, потому что это непрофессионально с моей точки зрения здесь

25 сидеть и что-то там говорить.

| | | | |
|---|---|---|---|
| 1 | 48:01 | MS. MALYGINA: | И еще один вопрос. Смотрите, вот как бы мы … |

2    48:03        MR. LEONTIEV: Мы с вами вообще ничего не получим как

3   следствие каких-то попыток. Вот ведь в чем риск, понимаете? Мы сейчас начнем что-то

4   предпринимать, для того чтобы кому-то там в Москве что-то объяснить, а потом

5   закончится, что вообще ничего не будет. В то время, как, как…я вам путь предлагаю

6   нормальный, разумный, в котором все срастется, но с… за … через срок, понимаете?

7    48:20        MS. MALYGINA:     Хорошо, можно [inaudible]?

8    48:21        MR. LEONTIEV: Вам что нужно, деньги получить или вот

9   предпринять любой ценой сейчас как бы?

10   48:48        MS. MALYGINA:     Серёж, а можно мы тогда начнем с простого?

11   [inaudible] [смех] Она ко мне приходит, молодец! Я тут самая платежеспособная,

12   чувствуется! [inaudible]

13   48:42        Waitress        What is the room number, ma'am?

14   48:42        MR. ZHELEZNYAK:      112

15   48:44        Waitress        There is no one in room 112, sir.

16   48:48        MS. MALYGINA:     112 — ваша? чья это room? Она говорит, там

17   никого нет, она нежилая.

18   48:53        MR. ZHELEZNYAK:       Конечно, никого, я здесь. Check-out

19   please [inaudible]

20   49:00        MR. LEONTIEV: 112, 122, 122, один сто двадцать два

21   49:08        MS. MALYGINA:     What is number?

22   49:08        MR. LEONTIEV: Check 122 [inaudible]

23   49:13        MS. MALYGINA:     Вы где живете-то? [inaudible].

24   49:21        MR. LEONTIEV: Я говорил тебе, 122. Я твой номер знаю лучше,

25   [inaudible], секрет фирмы.

1   49:30         MS. MALYGINA:    Просто все, что мы хотим, это: можно ли нам

2   понимать процесс, вот которым вы сейчас идете? Чтобы понимать, что действительно есть

3   какие-то существенные препоны, не позволяющие оформить …

4   49:49         MR. LEONTIEV: Юристы… разговор с юристами…

5   49:50         MS. MALYGINA:    … вот то имущество, которое [inaudible]

6   49:51         MR. ZHELEZNYAK:     … [inaudible], если у вас есть схема,

7   которую вы предлагаете, мы ее обсудим с юристами, да и все…

8   49:59         MR. LEONTIEV: Нет, это не с нами сейчас. Это вот… давайте…

9   50:05         MS. MALYGINA:    Можно вам как-нибудь показать ее?

10   50:06         MR. LEONTIEV: Ну давайте, я готов послушать безусловно все что

11   угодно, просто я все равно содержательно вам ничего не скажу на это.

12   50:13         MS. MALYGINA:    Да, может быть, просто мы расскажем, как мы

13   понимаем ситуацию, а вы скажете, в том ли направлении, как бы, ну, нам, это понимается.

14   50:22         MR. LEONTIEV: Угу.

15   50:24         MS. MALYGINA:    Мы понимаем, что у вас, как у физического

16   лица, есть ряд компаний. На этих компаниях есть активы, которые представлены ценными

17   бумагами — облигациями там, акциями, может быть, [inaudible] фондами и так далее. И,

18   соответственно, на этом вы и собираетесь продолжать зарабатывать. То есть какой-то

19   капитал, который, как вы говорите, «мои личные активы». Ну, потому что они лично

20   принадлежат вам.

21   50:52         MR. LEONTIEV: Есть личные активы, которые, да…приносят доход.

22   50:54         MS. MALYGINA:    Да, личные активы … которые, как я понимаю,

23   вы планируете использовать в целях продолжения, чтобы они заработали те деньги,

24   которые, в том числе, отдадут … ну, вот по Сашиным обязательствам, как я поняла.

25   51:10         MR. LEONTIEV: Не только по ним, но в том числе.

| | | |
|---|---|---|
| 1 | 51:12 | MS. MALYGINA:    Ну, какие-то другие, а вот можно понять по- |
| 2 | | честному, если, например, активов на 100, а обязательств на 50 или, например, на 150, |
| 3 | | скажем приблизительно… |
| 4 | 51:22 | MR. ZHELEZNYAK:       [inaudible] на большую сумму… |
| 5 | 51:23 | MS. MALYGINA:    …ну, потому что понимаете, да, мы же не знаем |
| 6 | | тоже… |
| 7 | 51:26 | MR. LEONTIEV: Я рассчитываюсь … |
| 8 | 51:28 | MS. MALYGINA:    … или это какая-то конфиденциальная |
| 9 | | информация? |
| 10 | 51:29 | MR. LEONTIEV: Ну, давайте так, да, ну зачем мне сейчас |
| 11 | | рассказывать вам про обязательства других сторон? Ну, этот как-то вот некорректно. Я же |
| 12 | | не буду … вы же не хотите, чтобы я рассказывал про свои обязательства вам той стороне, |
| 13 | | да? Если я сейчас буду всем все рассказывать, да… я понимаю, что вам хочется … но |
| 14 | | просто я сейчас сведу людей лбами, они начнут... Мне сейчас надо урегулировать со |
| 15 | | всеми вопросы, со всеми договориться, и как бы тут без доверия невозможно, вы поймите, |
| 16 | | да… Я понимаю, что вы хотите что-то юридически, но … |
| 17 | 51:56 | MS. MALYGINA:    А в чем смысл тогда реструктуризации вот этой |
| 18 | | структуры? Ну просто, чтобы понимать. Ну, к тому что, там, если вы позволите, да, я там с |
| 19 | | юристом встречусь, но не вопрос. |
| 20 | 52:06 | MR. LEONTIEV: Риск состоит в следующем…. |
| 21 | 52:06 | MS. MALYGINA:    Да, расскажите. |
| 22 | 52:08 | MR. LEONTIEV: … что несмотря на все попытки удержать ситуацию |
| 23 | | под контролем, с банком, это не удалось… |
| 24 | 52:16 | MS. MALYGINA:    Я поняла. |
| 25 | 52:17 | MR. LEONTIEV: Соответственно, в России начаты … если будут |

1   начаты уголовные преследования … здесь эти деньги сразу ставятся под вопрос очень

2   большой.

3   52:27            MS. MALYGINA:     Поэтому вы как физическое лицо…

4   52:28            MR. LEONTIEV: И любые неадекватные действия с ними как

5   попытки что-то там…

6   52:30            MS. MALYGINA:     Я поняла.

7   52:30            MR. LEONTIEV: … как попытки как-то там…

8   52:32            MS. MALYGINA:     …будут считаться какой-то…

9   52:32            MR. LEONTIEV: …юристы сразу ставят на этом крест. Все.

10  52:36            MS. MALYGINA:     Хорошо. А в какой … как бы … в каком

11  направлении ваша реструктуризация хотя бы? Чтобы мы понимали.

12  52:40            MR. LEONTIEV: Вот давайте, всё…

13  52:41            MS. MALYGINA:     … или это конфиденциальная [inaudible]?

14  52:42            MR. LEONTIEV: Все, что мог, сказал. Нет, давайте, если хотите

15  официальный путь, давайте как бы договариваемся с юристами…

16  52:50            MS. MALYGINA:     Мы хотим какой-то компромисс, чтобы вам

17  тоже это было … ну, чтобы вы согласны были.

18  52:53            MR. LEONTIEV: Я, смотрите, я вот…

19  52:57            MS. MALYGINA:     Просто я, чисто вот, как сказать, я — Сашин

20  сотрудник, понимаете, и в данном случае он, мой работодатель, вы просто меня тоже

21  поймите. Ну, как сказать, я и к вам хорошо отношусь, и к нему хорошо отношусь, просто

22  … ну, как сказать, его позиция в том, что, наверное, какие-то договоренности есть.

23  Соответственно, ваша позиция…

24  53:15            MR. LEONTIEV: Извините, вас как зовут?

25  53:16            MS. MALYGINA:     Катя.

1   53:16          MR. LEONTIEV: Катя, ну вот я все ж сказал, честно.

2   53:19          MS. MALYGINA:     Я тоже так думаю, я не говорю, что вы не честно

3   говорите.

4   53:22          MR. LEONTIEV: Вот все сказал … все, что мог, сказал. Коллеги, ну

5   вот просто…

6   53:26          MS. MALYGINA:     Давайте тогда на какое-то число просто

7   договоримся…

8   53:28          MR. LEONTIEV: Вот давайте, мне кажется, мы сейчас ходим по

9   пятому кругу…

10  53:31          MS. MALYGINA:     Или ты против?

11  53:33          MR. VARSHAVSKY:     Я ни за что не против. Я ни за что не

12  против.

13  53:39          MR. ZHELEZNYAK:     [inaudible] положение такое, что

14  [inaudible] партнерам своим, но они начнут действовать, понимаете?

15  53:44          MS. MALYGINA:     Я все понимаю, я все понимаю.

16  53:45          MR. ZHELEZNYAK:     Они начнут действовать. Они просто

17  сидели, а сейчас начнут действовать.

18  53:46          MS. MALYGINA:     Я все понимаю.

19  54:00          MR. VARSHAVSKY:     Знаешь, я просто от Сергея не могу

20  услышать, что, что, ребят, я… Сань,… я за всё готов рассчитываться, да? Давайте сядем и

21  выработаем какой-то курс для того, чтобы… [inaudible]. Потому что я когда говорю: «Нам

22  нужны гарантии», а гарантии я вам не дам, но это неправильно.

23  54:20          MR. LEONTIEV: Нет, не то, что не дам. Те гарантии, которые есть,

24  остаются. Мы не поднимаем уровень гарантий выше. Уровень гарантий как мы давали в

25  2008-м году деньги, те гарантии остаются.

26  54:30          MR. VARSHAVSKY:     Вы не отдали, вы нарушили его

27  обязательство.

1     Вы деньги вовремя [inaudible].

2   54:36           MR. LEONTIEV: Мы вам еще раз, да: у нас произошел форс-мажор.

3   54:39           MR. VARSHAVSKY:      Это было до форс-мажора.

4   54:40           MR. LEONTIEV: Сломан бизнес.

5   54:41           MR. VARSHAVSKY:      Извиняюсь, это до форс-мажора было.

6   54:44           MR. LEONTIEV: Александр, вот еще раз… просто, ну, вот… пойдем
7 по этому сценарию сейчас взаимных обвинений … давайте, если мы хотим посмотреть
8 вперед, да, как бы … вот моральные эти все моменты давайте оставим их, как бы. Сейчас
9 задача — погасить обязательство. Я вам объясняю: я готов это делать, объяснил, что
10 реалистично, будете помогать — буду делать быстрее. Назвал вам сценарий, в котором мы
11 будем двигаться, если будет складываться тяжелая ситуация. Значит, все дальнейшие
12 дискуссии: почему так? Как, почему нельзя получить гарантии? Какая схема, чтобы всё-
13 таки юридически что-то зафиксировать — давайте это с юристами…

14   55:26           MS. MALYGINA:     Как можно, самое раннее, с ними встретиться?

15   55:28           MR. LEONTIEV: … организую встречу. Ну, сейчас я не могу сказать.
16 Мне надо приехать в офис, я позвоню, переговорю, вам отзвонюсь, когда.

17   55:33           MS. MALYGINA:     Тогда вы нам сегодня скажете?

18   55:35           MR. LEONTIEV: Сегодня скажу.

19   55:36           MS. MALYGINA:     Начиная со среды мы готовы встречаться там,
20 где вы скажете.

21   55:38           MR. LEONTIEV: Окей, да, договорились. Я понял.

22   55:43           MS. MALYGINA:     Ну просто..

23   55:43           MR. ZHELEZNYAK:      [inaudible] сейчас, подожди секундочку,
24 сейчас просто … я просто понимаю сейчас Сашу [inaudible], ему сейчас надо какую-то
25 позицию более внятную … [inaudible] хреново звучит, тем людям нельзя так говорить.

1   56:00                MR. VARSHAVSKY:            Не поймут.

2   56:00                MR. ZHELEZNYAK:           Да, они не поймут, начнутся … начнется

3   не лучший для нас сценарий, да. Самый спокойный вообще в этой всей ситуации, которая

4   происходит — это Саша. Самый спокойный, который никогда в жизни не скажет: «Вынь

5   да положь», [inaudible], таких других нет. И прийти сейчас и сказать: «Мы пришли, а все

6   так и осталось», [inaudible] нельзя. Надо тем людям сказать то, о чем мы тут внятно

7   сценарий. Так нельзя расстаться. Он сейчас приедет просто, там начнется кипеш, этот

8   кипеш выльется тебе понятно во что, я тебе ранее говорил, не хочу теперь повторять, да…

9   56:35                MS. MALYGINA:     Я могу уйти, вы можете поговорить…

10  56:38                MR. ZHELEZNYAK:           [inaudible] условные вещи … арест,

11  экстрадиция… и тому подобное …люди начнут просто делать усиленно вытаскивание там

12  меня, тебя отсюда, да … потому что эти люди с этим связаны … ну, зачем это все вообще?

13  Просто …

14  57:01                MR. VARSHAVSKY:            Никто не знает, что начнется, что не

15  начнется. Я просто …

16  57:03                MR. ZHELEZNYAK:           Я так думаю может, мне так кажется.

17  57:04                MR. VARSHAVSKY:            Первое начнется с того, что мне скажут:

18  «Отдай деньги». Вот первое, с чего начнется. А потом дальше [inaudible] я не знаю, чем

19  закончится. Я думаю, будет продолжаться. Я просто не понимаю другого, что, если я

20  верил людям, верил человеку 20 лет сегодня, почему я сегодня не могу получить гарантии

21  того, что это у меня лежит, это мое?

22  57:28                MR. LEONTIEV: Невозможно юридически.

23  57:30                MR. VARSHAVSKY:            Что?

24  57:31                MR. LEONTIEV: Невозможно юридически это сделать.

25  57:35                MR. ZHELEZNYAK:           Гипотеза.

1   57:35      MR. LEONTIEV: Это не потому, что мы не хотим, это невозможно
2 юридически.
3   57:37      MR. VARSHAVSKY:      Я когда разговаривал с Сашей, да ... он
4 мне говорит: «Твои деньги гарантированы. Хочешь, блядь, письменно, хочешь —
5 [inaudible]. Твои деньги гарантированы».
6   57:44      MR. LEONTIEV: Но вот это невозможно сейчас сделать.
7   57:46      MR. VARSHAVSKY:      Короче, вы только что сказали — вы
8 партнеры. Может, вам двоим лучше поговорить?
9   57:53      MR. LEONTIEV: Александр, но вот я что мог, на данный момент
10 сказал. Просто мы сейчас будем … ну что вот сейчас еще ходить кругами? То есть…
11   58:00      MR. ZHELEZNYAK:      А почему мы не можем гарантировать
12 эти деньги по предложенной схеме [inaudible]? Почему, вот вопрос?
13   58:04      MR. LEONTIEV: Ну, для этого надо организовать встречу с
14 юристами … давай, ты же понимаешь, как бы, это займет время.
15   58:08      MR. ZHELEZNYAK:      [inaudible], что это гипотеза
16   58:09      MR. LEONTIEV: Ну хорошо, давайте за какое-то время организуем…
17 я же… давайте я тогда пошел организовывать встречу, все.
18   58:16      MR. ZHELEZNYAK:      Вот есть схема, юристы предложили,
19 юристы все говорят «да», мы берем и это сделаем, в чем проблема?
20   58:21      MS. MALYGINA:      Мы же не забираем активы, это все остается.
21   58:24      MR. ZHELEZNYAK:      [inaudible]
22   58:25      MR. LEONTIEV: Вот я бы не хотел вести эти разговоры … еще раз,
23 да … просто опять потом будет истрактовано … там что-то сказал, да…
24   58:33      MR. VARSHAVSKY:      Мне принципиально важен один вопрос:
25 вот если наша схема, или схема юристов, или, вернее, наша схема подходит вашим
26 юристам,

1    ваша … схема ваших юристов подходит нашим юристам, и при этом мы получаем

2    собственно гарантии, без убирания средств, вам подходит этот вариант?

3    58:56              MR. LEONTIEV: Если юристы договорятся — не вопрос. [inaudible]

4    Подумайте: нужна вам эта процедура формализованная?

5    59:00              MS. MALYGINA:     Конечно.

6    59:01              MR. VARSHAVSKY:       Что, что?

7    59:03              MR. LEONTIEV: Вам нужна эта формализованная процедура или

8    нет?

9    59:05              MS. MALYGINA:     Да.

10   59:06              MR. VARSHAVSKY: [inaudible]

11   59:08              MS. MALYGINA:     Да, да, да.

12   59:10              MR. ZHELEZNYAK: [inaudible]

13   59:11              MR. LEONTIEV: Я очень … не знаю, мне кажется, не стоит это

14   делать, но это ваш выбор, да, как бы, решайте.

15   59:16              MS. MALYGINA:     У нас нет выбора.

16   59:17              MR. VARSHAVSKY:       Почему, Сергей, почему не стоит?

17   59:18              MR. ZHELEZNYAK:       Там сейчас все сводится … там все

18   сводится, когда проходит процедуру комплаенса…

19   59:23              MR. VARSHAVSKY:       Там нет … там же нет комплаенса.

20   59:24              MR. ZHELEZNYAK:       Есть. Везде, в любом банке, как только

21   деньги попадают в…

22   59:30              MR. VARSHAVSKY:       Мы не говорим о деньгах, нам не нужны

23   деньги…

24   59:32              MR. ZHELEZNYAK:       …бумажные…

25                      MR. VARSHAVSKY:       …нету там комплайенса… [inaudible]

| 1 | 59:30 | MS. MALYGINA: | Нам не нужны деньги, они не двигаются… |

1   59:30          MS. MALYGINA:    Нам не нужны деньги, они не двигаются…

2   59:35          MR. VARSHAVSKY:    Они не двигаются…

3   59:37          MS. MALYGINA:    Нет, нет, Саш, они не двигаются [inaudible]

4   59:40          MR. LEONTIEV: Хорошо, я пошел звонить юристу.

5   59:41          MS. MALYGINA:    Да, давайте приходите к нам.

6   59:45          MR. LEONTIEV: Нет, я вам отзвонюсь тогда просто. Я скажу, но это

7  будет не сегодня. В любом случае, вам надо будет прилетать специально под эту встречу.

8   59:51          MS. MALYGINA:    Ну, ничего.

9   59:52          MR. ZHELEZNYAK:    Они останутся на две недели.

10   59:54          MS. MALYGINA:    [inaudible]

11   59:56          MR. LEONTIEV: Саш, ну, ты же понимаешь…

12   59:56          MS. MALYGINA:    Сегодня можно?

13   59:56          MR. LEONTIEV: …кому я буду звонить. Конечно, нет. Я же

14  объясняю, то есть это же не от меня зависит, коллеги. Я просто позвоню, просто попрошу

15  сейчас.

16   01:00:02       MR. VARSHAVSKY:    Сергей, можно вам задать вопрос?

17   01:00:02       MR. LEONTIEV: Да.

18   01:00:02       MR. VARSHAVSKY:    [inaudible] двадцать пятой 21-й век, есть

19  же телефон, да. Мы же можем отойти в сторону.

20   01:00:10       MR. LEONTIEV: Нет, ну мне надо сейчас позвонить, договориться.

21  Ну, время займет.

22   01:00:16       MR. VARSHAVSKY:    Сань ну вы можете пойти, поговорить?

23  Ну, я не могу лететь в Москву, понимаешь? Оторвут голову. Я не могу объяснить, что

24  нельзя позвонить с телефона, я не могу [inaudible], меня не поймут [inaudible].

25   01:00:39       MR. LEONTIEV: Ну, я все, я пошел.

1    01:00:42        MS. MALYGINA:    Ну, Саш, подожди.

2    01:00:44        MR. VARSHAVSKY:      Нет, мы говорили же, что вы сейчас

3 пойдете, позвоните юристам, [inaudible].

4    01:00:46        MR. LEONTIEV: Саша мне сейчас что-то скажет. Мне надо ехать,

5 Сань, а не звонить. Мне нужна встреча.

6    01:00:50        MR. ZHELEZNYAK:      Дай … подожди, давай мы сейчас

7 позвоним, договоримся, когда Кате приезжать.

8    01:00:56        MR. VARSHAVSKY:      [inaudible]

9    01:00:58        MR. LEONTIEV: Пусть Катя сидит ждет тогда, хорошо, когда мы

10 [inaudible], будет, какое-то время займет.

11    01:01:04        MS. MALYGINA:      [inaudible]

12    01:01:06        MR. LEONTIEV: Я уеду сейчас в офис. Я уезжаю. Мне чтобы

13 договориться, надо поехать.

14    01:01:10        MR. ZHELEZNYAK:      А мы не можем позвонить-то?

15    01:01:11        MR. LEONTIEV: Ну, мне надо ехать. У меня здесь ни телефонов нет,

16 ничего. Но Саша с вами будет же, да, как бы, пожалуйста.

17    01:01:22        MR. ZHELEZNYAK:      Давай мы приедем в офис через сколько-

18 то… позвони, мы приедем, через сколько нам приехать в офис? Мы с Катей приедем.

19    01:01:30        MR. LEONTIEV: Слушайте, ну а что нам еще обсуждать-то?

20    01:01:32        MR. ZHELEZNYAK:      Я хочу с Сашей, я же объяснял, просто

21 очень важно, сейчас Саша приедет к людям, скажет: «Закончим нашу схему в среду, нашу

22 схему будут обсуждать, если она устраивает две стороны, все подписывается. Если он

23 приезжает и говорит, что у человека нет телефона, человек не может позвонить, да …

24 человек не может договориться… человек тебе хуй деньги отдаст, я извиняюсь, Кать…

25    01:01:55        MR. LEONTIEV: Ну, я вам сейчас сообщу, когда будет встреча. Все.

1  Вот будет вся информация. Сейчас буду созваниваться с юристами, пытаться с ними

2  договориться. Они меня там возьмут два часа паузы, три часа продумают, четыре часа

3  скажут. Через какое-то времени я вам перезвоню, скажу. Все, что тут.

4  01:02:11          MR. ZHELEZNYAK:          Ты не можешь взять им просто позвонить

5  из офиса по телефону, спросить у него его позицию, что он тебе скажет, [inaudible]

6  01:02:19          MR. LEONTIEV: Ну мы же проговаривали заранее, они встречаться

7  готовы, да, но, во-первых, это время займет.

8  01:02:23          MR. ZHELEZNYAK:          Когда просто?

9  01:02:24          MR. LEONTIEV: Ну не знаю я, когда. Ну что ты, сейчас, Сань, как

10  ребенок, я не знаю.

11  01:02:27          MR. ZHELEZNYAK:          Ребенок? Ребенок — это тогда, когда не

12  можешь позвонить и договориться.

13  01:02:30          MR. LEONTIEV: Я иду договариваться, звонить. Просто зачем?

14  01:02:33          MR. ZHELEZNYAK:          Зачем нам в офис-то ехать?

15  01:02:34          MR. LEONTIEV: Зачем мне приезжать-то еще раз, да? Как бы я

16  договорюсь о встрече, вам сообщу. Со мной темы не будет, я не буду на встрече-то

17  участвовать. Это будет встреча юристов. Мне-то, собственно говоря, что еще нужно?

18  01:02:46          MR. ZHELEZNYAK:          Понятно. Как мы узнаем, когда встреча?

19  01:02:47          MR. LEONTIEV: Я позвоню вам. Если ты здесь, я отзвонюсь, скажу.

20  [inaudible] Ну все, окей, тогда я иду, звоню, договариваюсь, вам звоню.

21  01:02:57          MS. MALYGINA:          А мы вас увидим сегодня?

22  01:02:59          MR. LEONTIEV: Да нет, а зачем вам меня видеть?

23  01:03:02          MS. MALYGINA:          Ну, смотрите, если мы с юристами будем

24  встречаться…

25  01:03:04          MR. LEONTIEV: Да.

1   01:03:05          MS. MALYGINA:     … вы им как дадите задание?

2   01:03:07          MR. LEONTIEV: Как мы с вами договорились.

3   01:03:09          MS. MALYGINA:     Ну то есть чтобы они нам раскрыли структуру.

4   01:03:11          MR. LEONTIEV: Они вам объяснят, почему у меня такая позиция,

5   что … э-э… я вам озвучил, что сейчас с их точки зрения невозможно никаких

6   оформлений, да. И вашу схему они проработают. Саша говорит, это какая-то схема, они ее

7   проработают вместе с вами. Дальше они на меня выйдут независимо от вас, вы-то здесь

8   причем? И скажут там: «Господин Леонтьев, делайте то-то, то-то, мы вам рекомендуем то-

9   то, то-то». Если такая установка у меня появится, я снова вас наберу и скажу: «Давайте

10  встречаться, у меня есть установка от юристов моих». Но это все, понимаете, не за один

11  день. Тут так люди не работают за один день, не понимаете, это не 90-е годы. Здесь

12  процедура у всех, назначения, встречи, термины. Это мы можем там, да, а юристов я это

13  не могу так заставить работать так, как нам надо. Поэтому я сейчас запущу этот процесс,

14  поэтому как бы сегодня у нас [inaudible]…

15  01:04:01          MS. MALYGINA:     Я могу в любое время начиная со среды.

16  01:04:04          MR. LEONTIEV: Ну хорошо, понятно.

17  01:04:06                              [inaudible]

18  01:04:08          MS. MALYGINA:     Сегодня пятница. [inaudible] Мне просто идти

19  некуда. Понимаешь, у меня просто за два дня, если ты думаешь, что-то случится…

20  01:04:20          MR. ZHELEZNYAK:     Нет, я просто как бы … я просто не об

21  этом…

22  01:04:22          MR. VARSHAVSKY:     [inaudible] в Москве [inaudible]

23  01:04:24          MR. ZHELEZNYAK:     То, что с ним ничего не случится, и не

24  случится ничего с деньгами — я вам это гарантирую уверенно. [inaudible]. Случится, я вам

25  объяснил, почему. Потому что надо людям сказать… [inaudible].

26  01:04:32          MS. MALYGINA:     Давайте сделаем так, если юристы смогут в

1    понедельник, я прилечу в понедельник.

2    01:04:34          MR. VARSHAVSKY:        Зачем? Сядь-ка на секундочку.

3    01:04:36          MS. MALYGINA:     Я прилечу в понедельник. Давайте так.

4    01:04:38          MR. VARSHAVSKY:        Вы поймите правильно. Вот то, что вы

5    говорили, что будут арестовывать ваших людей, будут дополнительные расходы, да?

6    Может быть точка невозврата. Тогда уже деньги ваши никому не нужны. Вот это самое

7    страшное, что может произойти.

8    01:04:53          MR. LEONTIEV: Ну, я понимаю. Ну вот вы понимаете вот, я делаю,

9    что могу.

10   01:04:57          MR. VARSHAVSKY:        Да я не вижу.

11   01:04:58          MR. LEONTIEV: Как не видите? Ну, вот тогда извините…

12   01:05:04          MR. VARSHAVSKY:        Потому что сегодня…сегодня, Сережа, я

13   считаю, что у вас может быть дороже, чем репутация собственного партнера и честное его

14   слово? Я бы сделал все, я бы вышел отсюда…

15   01:05:11          MR. LEONTIEV: Я делаю все, поверьте.

16   01:05:13          MR. VARSHAVSKY:        Ну почему нельзя взять позвонить и

17   договориться? Можно [inaudible]?

18   01:05:17          MR. LEONTIEV: Я буду сейчас… иду звонить и договариваться. Мы

19   только что пять раз одно и то же…

20   01:05:19          MS. MALYGINA:     Давайте вот сейчас начиная с понедельника…к

21   понедельнику…

22   01:05:21          MR. LEONTIEV: Слушайте, я просто не могу вам давать ответ за

23   юристов, ну просто какой-то детский сад. Вы просто сейчас сидите, меня прессингуете,

24   чтобы я за юриста что-то сказал. Ну как я скажу за юристов?

25   01:05:30          MR. LEONTIEV: Кто сказал? Ну как я скажу за юристов?

| 1 | 01:05:31 | MS. MALYGINA: Смотрите, вот просто я сама юрист. , |

1   01:05:31        MS. MALYGINA:    Смотрите, вот просто я сама юрист. ,

2   01:05:31        MR. LEONTIEV: Очень хорошо.

3   01:05:32        MS. MALYGINA:    …юристы делают то…

4   01:05:33        MR. LEONTIEV: Да.

5   01:05:34        MS. MALYGINA:    …что им говорит клиент.

6   01:05:35        MR. LEONTIEV: Здесь не так, вот не так здесь, понимаете? Ну, вот

7  давайте, вы корпоративный юрист, а эта компания — независимая, самостоятельная. Ну,

8  вот давайте просто…

9   01:05:42        MS. MALYGINA:    Если у вас с ними договор, и вы им платите

10  деньги, они обязаны делать то, что им говорит клиент.

11   01:05:49        MR. LEONTIEV: Послушайте, коллеги, вы, я вам еще раз…

12   01:05:50        MS. MALYGINA:    Я сама клиент … Я обязана [inaudible]

13   01:05:52        MR. LEONTIEV: Вы мне должны доверять.

14   01:05:53        MS. MALYGINA:    Не доверяем.

15   01:05:54        MR. LEONTIEV: Я взял на себя добровольное обязательство, я хочу

16  вам погасить. Вот это разговор как приблизительно с Борисом. Если вы мне не доверяете,

17  ну я тогда пошел. Если вы мне доверяете, то доверяйте тогда, пожалуйста. Когда

18  начинаются вот эти мелкие… вот, извиняюсь за выражение, подъебки, зачем они нужны?

19  Если вы мне доверяете в принципе, так доверяйте. Я делаю, что могу. Если не доверяете,

20  ну скажите: «Не доверяете». Все, я пошел тогда, вы мне не доверяете. Если есть доверие,

21  мы с вами, понимаете, через процедуру все равно никаким контролем ничего не добьемся.

22  Или вы мне доверяете, или нет. Если доверяете, я пошел работать, чтобы решать наши с

23  вами проблемы. И всё. Что мне сидеть с вами здесь и куковать? Мне работать надо,

24  решать задачу, которая стоит. Я вам объяснил, [inaudible] дал, ожидаемые сроки дал, мне

25  работать надо. Вот Саша — партнер, вот он сидит, вместе с вами общается. Окей. Мне-то

1   что сидеть? Я что смогу, то сделаю. Я вам обещаю. Так я поговорю так с юристами, как

2   надо поговорить, как я могу поговорить. Дальше я вам гарантировать сейчас ничего не

3   могу. Что получится, то получится. Поймите, вот это все давление на меня … оно только

4   мешает.

5   01:07:07           MS. MALYGINA:     [inaudible] я вообще не могу давить.

6   01:07:08           MR. LEONTIEV: Ну, у нас просто так разговор складывается.

7   01:07:10           MR. ZHELEZNYAK:      [inaudible] понимаешь, с чем ехать

8   [inaudible], у меня складывается впечатление, что не мы брали, а у нас брали, да.

9   01:07:19           MR. LEONTIEV: Коллеги, ну, неправильное впечатление. Еще раз, да

10   … я вот не хочу его создавать. Но просто правда, вот мне необходимо сейчас делать все

11   необходимое, чтобы [inaudible] общие цели погасить обязательства. Я их признал. Ну,

12   давайте, я просто …я думаю я просто теряю время, я поехал звонить юристу. Значит, я

13   тебе отзвоню, да. Как бы все. Александр, да, всего доброго. [inaudible]. Хорошо.

14                        [At the end – background street noise and a

15   conversation with a cab-driver in English]



translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK            )
                            )        ss
                            )
COUNTY OF NEW YORK           )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate transcription and translation from Russian into English of the attached audio file

titled SL0000993.


Lynda Green, Senior Managing Editor
Geotext Translations, Inc.


Affirmed and subscribed before me

this __15__ day of __November__, 20 __16__ .


JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019


New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

Title of Clip [file name/no.]: 37-2395  SL0000993

1    00:00 – 00:29                    [footsteps]

2    00:30 – 00:50                    [inaudible]

3    00:51            SERGEY LEONTIEV:        Came down with the flu… [inaudible]…

4    Sorry.

5    00:57            EKATERINA MALYGINA: Hot…

6    00:58            ALEXANDER VARSHAVSKY:     [inaudible] that is why, when you

7    said you want to fly to London [inaudible] and restructure the entire process how we are going to

8    get our money going forward.

9    01:15            MR. VARSHAVSKY:        …I absolutely understand this issue with

10   compliance, problems [inaudible], and I want to repeat that we don't need money, we are

11   prepared to leave it [inaudible] at work, no problem. We just need guarantees today. Why do we

12   need guarantees? Because the people who participated with us in this endeavor, they don't know

13   Sasha[1], they don't know you, they don't know anybody, they know us, and they're saying,

14   "Listen, there's no bank. Give them a guarantee."

15   01:40            MR. VARSHAVSKY:        So, as of right now, we just need to work out

16   a position where we have a clear understanding that we are the owners of the money that we

17   gave, you can use it as per the supplemental schedule, yes, because as of today the deadlines

18   have all passed. All the money is out of the mortgage, we weren't getting interest, and we don't

19   have any money.

20   02:08            MR. VARSHAVSKY:        It's like total nonsense, inaccurate, unfair

21   story. Yes, because we gave and we never said anything about giving the money on a word of

22   honor, that yeah, he said … and when this whole story happened with BANKOM.RU, that we

23   basically helped, that was basically begging us… it didn't work, without going into the reasons

24   why, but then we came, I came and said, "Sasha, I want to take all my money. Yes, I want to

25   take it."

26   02:38            MR. VARSHAVSKY:        And he says to me: "I swear to you, you

27   have my word that I don't have anything else, but I guarantee to you that all your money will be

28   given

---

[1] Diminutive for Alexander

1    back. And if, God forbid, something happens, then your money is with Sergey. Sergey is playing

2    the stock exchange. He buys chips, not chips, *shmips*, it doesn't matter [inaudible] but you'll get

3    your money. Your money is all there."

4    02:58          MR. VARSHAVSKY:       So I tell him: "I'm not interested in the rest

5    of it. Are you giving me a guarantee?" He says: "Yes, I guarantee it." I'm giving the same

6    guarantee to all the people that brought it. Yes, when it was needed, when you were in a bad

7    situation, yes, there weren't many people except us, right? People that brought money and gave it

8    to help you. So as of today I honestly don't want to make excuses. I just wanted to hear that we

9    have a way to guarantee to them that our money [inaudible] us.

10    03:25          MR. VARSHAVSKY:       To use – that's, let's look at the second

11    question, please. Right now I'm saying "Please, use it…" Let's figure out the terms, the period,

12    everything else [inaudible] no problem. Today I can't stay up in the air… waiting for weeks

13    while the lawyers come up with a plan. They'll decide something. Back then we agreed, we said

14    on Friday, let's bring in ours. So I brought Katya, yeah, for that very purpose, for her to come

15    and meet with your lawyers, in order to understand that we are speaking the same language, in

16    order to understand, "Do we have to wait?"

17    03:59          ALEXANDER ZHELEZNYAK:      In order to understand that our

18    concerns have solid ground under them, [inaudible], so that people understand that there are

19    problems, that it's not possible to just put down the name of another owner. There's a proposal

20    of sorts [inaudible]…

21    04:15          MR. VARSHAVSKY:       No, let's talk about the proposal [inaudible]

22    04:17          MS. MALYGINA:     [inaudible]

23    04:18          MR. VARSHAVSKY:       …let's just listen to Sergey, so that Sergey

24    can tell us what your position is as of today.

25    04:24          MR. LEONTIEV: So, [cough] look, the position is like this: um, we…

26    let's do this, excuse me, um, I'll start from the basics, the way I see the situation. We had a

1    business with you. The business was profitable for you and for us. We paid interest. We paid a

2    lot of interest, by the way, about 100 million dollars in interest. And after the bank's license was

3    revoked, the business was broken, there's no business. So, we understood the true situation.

4    There was a business that was bringing in money, but now it's gone. There are personal assets

5    that are managed not by Sasha, but by me. And I have a bunch of obligations that I intend to

6    fulfill. Not just to you. I have obligations to other people, as well.

7    05:39                    MR. LEONTIEV: And by the way, they aren't any less powerful. They

8    live here, including in London, and I want to repay everyone. The key people. How do I plan to

9    do that?

10   05:57                    MR. LEONTIEV: I plan to earn money, to continue earning money using

11   those personal assets. They aren't in any way associated with the bank. I intend to use them to

12   make money, and plus by partially reducing the capital, because it won't work just using

13   revenue, and I will pay everyone what they are owed.

14   06:23                    MR. LEONTIEV: So, this is the second time I've met with you. We aren't

15   personally acquainted, so I'll tell you straight out that I don't have any great desire to pay these

16   obligations.

17   6:39                     MR. VARSHAVSKY: Okay, that's an answer.

18   6:39                     MR. LEONTIEV: …But since Sasha is my partner and he is in a tough

19   spot in that we must pay you these obligations, it's his position that matters to me, believe me,

20   not yours. I don't know you. This is the first time I've seen you, and I don't care about this at all.

21   But I care about his position.

22   07:05                    MR. LEONTIEV: If he tells me he gave a promise and we have to pay it

23   off, I recognize that.

24   07:12                    MR. ZHELEZNYAK:        But back then we borrowed at…

25   07:13                    MR. LEONTIEV: Hold on a second. So. I'm also prepared to pay you

1    what you're owed. Me, Sergey Leontiev, not Alexander Zheleznyak. I am taking on Alexander's

2    obligation to you. That's item number one.

3    07:31              MR. LEONTIEV: So, what I'm prepared to do, and what's within my

4    power, I told Boris yesterday. I hope you that information was shared between you.

5    07:43              MR. VARSHAVSKY:         [inaudible]

6    07:43              MR. ZHELEZNYAK:         [inaudible]

7    07:44              MR. LEONTIEV: You didn't talk?

8    07:45              MR. VARSHAVSKY:         We didn't talk.

9    07:46              MR. LEONTIEV: Okay, so the position that, I'm prepared to do it, to pay

10   you what you are owed… So, we're talking installments over two years. The first payment, uh,

11   in the first quarter of next year, about 25 million. We'll freeze the interest, of course, there's no

12   interest. We will pay the full debt in two years.

13   08:18              MR. LEONTIEV: That is basically what I'm prepared to do. Now it's

14   important to me we have a partnership with you during this process. As Boris said yesterday…

15   You really did try to help us, and thanks a lot, but unfortunately, nothing has worked so far. The

16   license was revoked in the end.

17   08:59              MR. VARSHAVSKY:         Do you know why the bank's license was

18   revoked?

19   09:02              MR. LEONTIEV: Right now, Alexander, I think, I don't really care about

20   that topic, yeah…

21   09:10              MR. VARSHAVSKY:         This is a really basic topic, yeah, it's very

22   important and basic, I want to say that there was a meeting organized for Alexander with the

23   head of the Central Bank. He was supposed to come alone. But he came with you. And you

24   delivered a lecture to the director today of one of our, I guess you could say, powerful agencies,

25   that is called the Central Bank, on how to pursue the government's lending and monetary policy,

26   and what you are doing. Afterwards, when you left the office, she said that for her, talking to

27   such

1   people…
2   09:39            MR. LEONTIEV: Were you at the meeting?
3   09:40            MR. VARSHAVSKY:       Well, there were other people at the
4   meeting, and today there are legends about that meeting being circulated at the Central Bank.
5   09:45            MR. LEONTIEV: Sasha and I were at the meeting…
6   09:47            MR. VARSHAVSKY:       Yes.
7   09:48            MR. LEONTIEV: …there wasn't anything of the sort, I assure you.
8   09:50            MR. VARSHAVSKY:       Let Sasha say if there was or wasn't.
9   09:52            MR. ZHELEZNYAK:       [inaudible] Sergey talked about our work, it
10  was respectful.
11  09:55            MR. VARSHAVSKY:       I see…
12  09:52            MR. ZHELEZNYAK:       …there was nothing offensive, but she took
13  it…
14  10:00            MR. VARSHAVSKY:       Did they tell you what happened after the
15  meeting?
16  10:02            MR. ZHELEZNYAK:       [inaudible] they said
17  10:03            MR. VARSHAVSKY:       …they told you everything, right?
18  10:04            MR. ZHELEZNYAK:       Sergey told me, all that was said [inaudible]
19  10:08            MR. VARSHAVSKY:       All that was said.
20  10:08            MR. LEONTIEV: Why didn't they said what happened at the meeting?
21  That's the question.
22  10:11            MR. ZHELEZNYAK:       No, at the meeting Sasha talked about what
23  happened. Sergey talked about our work…
24  10:15            MR. LEONTIEV: What lecture? There was a lecture about what needs to
25  be done…
26  10:19            MR. ZHELEZNYAK:       No, there was no lecture there… You said,
27  "Do you know what we do?" and started talking about our work.

1   10:23                MR. LEONTIEV: I talked about what the bank is doing, not about what

2   the CB is doing. Okay, so Alexander, you understand that now… Let's do this, we want to have

3   a constructive conversation with you, okay? So let's not… I'm not criticizing, okay?

4   10:40                MR. LEONTIEV: Assistance was promised, but it didn't achieve

5   anything, and the license was revoked. You offered to take 50 percent of the bank, we held

6   negotiations about it. That didn't do anything. No effect. Okay, that happens with Central. No

7   complaints, I've got no complaints, see. Yeah, that happens. The Central Bank is a complex

8   institution. We didn't succeed. It didn't work out, see? But you are saying that you are powerful

9   people, that you have top prosecutors, Chaika's son, just great.

10  11:19                MR. VARSHAVSKY:

11  11:19                MR. LEONTIEV: So right now, well… [phone ringing in the background]

12  11:20                MR. VARSHAVSKY:        …need to say something

13  11:20                MR. LEONTIEV: okay… now we're talking about … eh… there will be

14  criminal cases in Moscow. For me and my people. That's expenses. That's my money. So, help

15  out. Right now there is the law enforcement issue. That's not the Central Bank. If there are no

16  criminal cases and no nonsense going on in Russia, that means fewer expenses for me, the easier

17  it is for me to pay you, and faster. The less money I spend, the less trouble people give me, the

18  better I work to pay you back, see? I need help.

19  12:13                MR. VARSHAVSKY:        Yeah, can I say one thing? About what

20  you're saying. We didn't have any obligations to the bank. That's the first thing.

21  12:21                MR. LEONTIEV: That's not the case.

22  12:24                MR. VARSHAVSKY:        What do you mean it isn't? I say it is. Sasha,

23  did we have any obligations?

24  12:25                MR. ZHELEZNYAK:        We just talked about how you could help

25  us….

26  12:28                MR. VARSHAVSKY:        Right?

| | | | |
|---|---|---|---|
| 1 | 12:28 | MR. ZHELEZNYAK: | …handle the issue. |
| 2 | 12:28 | MR. VARSHAVSKY: | Isn't that right? |
| 3 | 12:28 | MR. ZHELEZNYAK: | Yes. |
| 4 | 12:28 | MR. VARSHAVSKY: | What did we say? We said: "We won't do |

5 anything until it's in our names." Isn't that what we said? [inaudible] To that…

| | | | |
|---|---|---|---|
| 6 | 12:38 | MR. ZHELEZNYAK: | We are saying that we are partners as of the |

7 first of June, and…

| | | | |
|---|---|---|---|
| 8 | 12:42 | MR. VARSHAVSKY: | That doesn't matter. But we said: "Let's do |

9 the paperwork, that's the first thing, and tell us…

| | | | |
|---|---|---|---|
| 10 | 12:43 | MR. ZHELEZNYAK: | The paperwork needs to get done. |
| 11 | 12:44 | MR. VARSHAVSKY: | Yeah, and show us the extent of your |

12 trouble." That's the story as of today, because [inaudible] if we became partners, we should have

13 answered equally to the extent of your troubles. Right?

| | | | |
|---|---|---|---|
| 14 | 12:59 | MR. ZHELEZNYAK. | Yes. |
| 15 | 13:00 | MR. VARSHAVSKY: | And we said "Give us the number." |
| 16 | 13:01 | MR. ZHELEZNYAK. | Yes |
| 17 | 13:01 | MR. VARSHAVSKY: | And today we still don't have that number. |
| 18 | 13:02 | MR. ZHELEZNYAK: | I'm saying, it's about 10. |
| 19 | 13:03 | MR. VARSHAVSKY: | About 10. Today we have 60. |
| 20 | 13:04 | MR. LEONTIEV: That's not true. | |
| 21 | 13:06 | MR. VARSHAVSKY: | Wait, true or not true, it's what the CB says. |
| 22 | 13:09 | MR. LEONTIEV: It can say anything it wants. | |
| 23 | 13:11 | MR. VARSHAVSKY: | No, wait. That's number one. [inaudible] |

24 We say: "The money, the money that was handed over in person,

| | | | |
|---|---|---|---|
| 25 | 13:16 | MR. ZHELEZNYAK: | gave [inaudible] |

1   13:16                MR. VARSHAVSKY:          Yeah, into their hands personally, that's not

2   the money we gave the bank. To the bank we [inaudible]

3   13:23                MR. LEONTIEV: We drew up …we drew up certain papers for all the

4   money, isn't that right? Some of it was transferred electronically.

5   13:30                MR. ZHELEZNYAK:          Let's now do [inaudible]

6   13:32                MR. VARSHAVSKY:          Why do papers matter?

7   13:34                MR. ZHELEZNYAK:          It's my personal responsibility, that's why.

8   13:36                MR. LEONTIEV: No, okay, but…

9   13:37                MR. ZHELEZNYAK:          It's the method, it's the method, Serega[2], it's

10  the method, but wait [inaudible]

11  13:40                MR. LEONTIEV: Okay, so you understand that there's Sasha and then

12  there's me, right? So, I'm speaking on my own behalf now. You wanted to hear my position?

13  I'm giving it to you. So, again, what's the purpose of the meeting? Let's agree right now that…

14  13:59                MR. ZHELEZNYAK:          The purpose of the meeting is to give

15  people's money back.

16  14:02                MR. LEONTIEV: Okay, that's the general situation. You want to

17  understand my position on that matter, right? Or do you want…

18  14:10                MR. VARSHAVSKY:          [inaudible]

19  14:10                MR. LEONTIEV: Or do you want to just convince me of something now?

20  14:14                MR. ZHELEZNYAK:          We said [inaudible] that we will give the

21  money back [inaudible]. Has the position changed or not?

22  14:20                MR. LEONTIEV: What did I just say? Did I say no? I don't understand

23  what the disagreement is about. It's like the conversation just plunged into chaos somehow.

24  14:27                MS. MALYGINA:    Can we document the obligation so that we

25  know…?

26  14:28                MR. LEONTIEV: No. We're offering: here's Alexander's conceptual

---

[2] Diminutive for Sergey

1    obligation…

2    14:30                MS. MALYGINA:        Conceptual…

3    14:41                MR. LEONTIEV: Yeah, it existed and it still exists. Why should we

4    document it now? You've trusted us before, since 2008. You did. What's changed? We

5    recognize that obligation. We won't run away from you. We aren't hiding. We are saying that

6    we'll pay it back. I explained how. Why should we change the deal other than the way it is now?

7    15:03                MR. ZHELEZNYAK:        People just want to have access… in case

8    something happens, yeah, trouble or something [inaudible] you see, they'll take that money and

9    become the owners of the money and leave us.

10   15:20                MR. LEONTIEV: Well, [inaudible] our word…

11   15:21                MR. ZHELEZNYAK:        [inaudible] in the name of the owner…

12   15:24                MR. LEONTIEV: …it's been our word till now, and it's still our word.

13   What's changed? It's been our word and it's still our word. You gave it on our word.

14   15:31                MR. VARSHAVSKY:        Hold on a second.

15   15:32                MR. LEONTIEV: It was your decision. Now that word is still there…

16   15:35                MR. VARSHAVSKY:        We gave it on your word that you didn't

17   keep, because…

18   15:41                MR. LEONTIEV: Why?

19   15:41                MR. ZHELEZNYAK:        [inaudible]

20   15:41                MR. VARSHAVSKY:        Because… because the deposits ran out…

21   15:42                MR. ZHELEZNYAK:        Before the license was revoked…

22   15:43                MR. VARSHAVSKY:        Before the license was revoked, and Sasha

23   asked me…

24   15:44                MR. ZHELEZNYAK:        …to wait…

25   15:44                MR. VARSHAVSKY:        …starting in December. So, we didn't take

1    anything. I didn't even take my own money that was on my card, because I didn't believe that

2    they could revoke the license. I just didn't believe it. And when everyone was running, I didn't

3    run.

4    16:05          MR. LEONTIEV: I see, I see.

5    16:08          MR. VARSHAVSKY:      Today you're saying that you, that you

6    personally don't have any money. But that's disingenuous, it seems to me. That's the first thing

7    that's disingenuous. You have obligations, you are partners. When Sasha took the money, he

8    took it and said…

9    16:19          MR. LEONTIEV: One more time, I accept Alexander's obligation as my

10    own to pay you. That's the first thing. I…

11    16:24          MR. VARSHAVSKY:      But if you're saying…

12    16:26          MR. LEONTIEV: …I accepted the obligation.

13    16:29          MR. VARSHAVSKY:      Then why don't you want to understand that

14    we also have obligations to other people. We have children, we have families; we have people.

15    So why should we today… what are we supposed to say? They'll say to us: "We aren't interested

16    in your relationship. We just aren't interested. Give us back our money."

17    16:43          MR. LEONTIEV: Listen, I have… you just need to understand again…

18    simply what happened. The business is broken. I have obligations, and not only to you. Of

19    course, it's possible… well, if any of the people I owe money to do something to me, then

20    nobody gets anything. That will be the end of it, right? So, I…

21    17:17          MR. ZHELEZNYAK:      [inaudible]

22    17:18          MR. LEONTIEV: So I…

23    17:19          MR. VARSHAVSKY:      We, what are we, criminals or enemies?

24    17:22          MR. LEONTIEV: That's not what I meant. I am saying that I am in this

25    situation… right now I'm meeting with people and explaining how I will pay back the

1     obligations. Just like with you. I am telling you… I explained the proposal that I can offer. If you

2     want me to promise you something different, I can do that. And then when we'll meet again in

3     three weeks, I'll say: "Listen guys, I can't do it." So, I'm telling you up front what I can be

4     responsible for. That's the truth. Hard as it may be, it's the truth.

5     17:50           BORIS ZUEV:     So, Serezh[3], what will the responsibility be?

6     17:51           MR. LEONTIEV: You see, there's just no other way at all. Believe me,

7     there isn't.

8     17:58           MR. ZHELEZNYAK:       [inaudible] we have to discuss [inaudible]

9     17:59           MR. VARSHAVSKY:       First of all, when we were together on

10    Friday, you said: "Why don't you believe me?" Because when we were together on Friday…

11    18:01           MR. LEONTIEV: Yeah.

12    18:01           MR. VARSHAVSKY:       You recognized all of your debt, in my

13    office I have…

14    18:07           MR. LEONTIEV: And I recognize it now.

15    18:08           MR. VARSHAVSKY:       …you said that there's a method, you just

16    need to figure out a plan and you'll pay us. Today you're saying that you don't have one. But…

17    18:18           MR. LEONTIEV: No, I'm not saying I don't have one.

18    18:19           MR. VARSHAVSKY:       You're saying, "What's changed?" What's

19    changed is that we had an agreement that as soon as the deposits cease existing, we have the

20    right to take our money back.

21    18:28           MR. ZHELEZNYAK:       Ahead of schedule.

22    18:29           MR. VARSHAVSKY:       Yes… We took Sasha at his word

23    18:31           MR. ZHELEZNYAK:       …ahead of schedule, yeah…

24    18:31           MR. VARSHAVSKY:       well, we're not talking about that…

25    concluded, then we come in and say: "Give us our money back." He doesn't do it. So. we

26    basically… to tell you

---

[3] Short for Serezha, which is diminutive for Sergey

1   the truth, we don't have a problem with you… we have a problem with Zheleznyak. Give us

2   back our money.

3   18:51            MR. LEONTIEV: Well, he can't repay you…

4   18:52            MR. VARSHAVSKY:        Ok.

5   18:53            MR. LEONTIEV: because I have the money. I manage the business… that

6   part of the business is managed by me.

7   18:56            MR. VARSHAVSKY:        Ok.

8   18:56            MR. LEONTIEV: I am telling you what obligations I can perform.

9   Furthermore, again, yeah… this is the second time I've met with you. I don't have any [word

10  omitted] to run out and perform my obligations specifically to you. I recognize the obligation

11  because Sasha and I are partners. I care about his position. I don't know why he's pressuring me

12  as much as he is specifically about you. That's a big question for me. But in this case I accept the

13  obligation, because we've known each other forty years. He and I are partners, and his

14  obligations are my obligations, no doubt about it. He is the only reason I'm involved now. That's

15  my position.

16  19:31            MR. ZHELEZNYAK:         … turns out, just like with you, they think

17  you and I have a share there… that's what I think.

18  19:36            MR. LEONTIEV: No, I don't think anything. Let's not do this now.

19  19:40            MR. ZHELEZNYAK:         Well, you told me so…

20  19:41            MR. LEONTIEV: No, Sasha, I didn't say that, first of all, let's not do all

21  that

22  19:43            MR. ZHELEZNYAK:         [inaudible] why would I [inaudible]

23  19:45            MR. LEONTIEV: … I didn't say anything about any shares… none…

24  19:48            MR. ZHELEZNYAK:         Well, what other interest could I have other

25  than [inaudible]

1   19:50            MR. VARSHAVSKY:        Colleagues, may I…

2   19:52            MR. LEONTIEV: Colleagues, let's not talk about this right now…

3   19:57            MR. ZUEV:       It's always like, we came here to agree on what to do

4   going forward. To talk about some further movements with finances, repayment… you

5   acknowledge this… but we are all people of common sense. You have already violated once…

6   as far as I'm concerned, simply lied. But I'm not saying anything, these things happen. Maybe it

7   wasn't intentional. Maybe it just happened. But I can't leave without the paper. We are

8   individuals, participants in a certain … market movement, yeah. And to talk about trusting yet

9   again that everything will be fine... I could simply ask a question: What if, say, nothing happens

10  in January? This is also business, you can do something, not do something, go bust somewhere,

11  earn more somewhere…

12  20:42            MR. ZHELEZNYAK:        [inaudible]

13  20:42            MR. ZUEV:       So let's… Hold on, Sanya[4]… It's all very simple – why

14  don't you want to draw up any documents? I thought that's why we all came here. If it was just

15  to talk, I would not have come at all – I have all the trust in Sanya anyway. If he told me:

16  "Everything is okay," that's enough for me. I thought I was coming so that you could leave

17  having worked out the legal aspects of the issue, and so that Alexander, as the senior person,

18  could then come in with the specialists, who would sit down with you and work out how to

19  guarantee our mutual interests, so that you could go about your business and we could fly back

20  feeling certain that our risks, as they say nowadays, [inaudible] have been documented.

21  21:32            MR. LEONTIEV: You can be certain that we will perform our obligations

22  to you. And if you will still help us…

23  21:39            MR. ZUEV:       Serezh, hold on, hold on… that's just words.

24  21:42            MR. LEONTIEV: Yes, words. Unfortunately, our deal with you has been

25  based only on words since 2008.

---

[4] Diminutive for Alexander

| | | | |
|---|---|---|---|
| 1 | 21:48 | MR. ZUEV: | No, wait a second… I have [inaudible] promissory |

2 notes at banks that you, no, what difference does it make if the bank in which you [inaudible].

3 21:57      MR. ZHELEZNYAK:      That has nothing to do with it.

4 21:58      MR. VARSHAVSKY:      Hold on a second, Sanya, we are saying that

5 we all have promissory notes [inaudible], yes… we all have [inaudible]. You can't just

6 [inaudible]…

7 22:04      MR. ZHELEZNYAK:      Yes, that's true.

8 22:06      MR. VARSHAVSKY:      Good, what we're talking about, we all have

9 promissory notes [inaudible].

10 22:09      MR. LEONTIEV: We have a conceptual obligation. It remains in effect.

11 22:11      MR. ZUEV:      It has not remained in effect. You deceived me. Can

12 you understand this? Your bank.

13 22:15      MR. LEONTIEV: We did not deceive you, again… we…

14 22:19      MR. ZUEV:      It was the 23rd… it was in July, when [inaudible]

15 22:20      MR. LEONTIEV: Please understand, our business got broken. And you…

16 please understand, because… money doesn't just appear out of nowhere.

17 22:28      MR. ZUEV:      Serezh, hold on… [inaudible].

18 22:30      MR. LEONTIEV: It's earned, you earned interest.

19 22:31      MR. ZUEV:      Your business was not broken in July.

20 22:37      MR. ZHELEZNYAK:      They finished earlier… [inaudible].

21 22:38      MS. MALYGINA:      Would you like it without ice?

22 22:39      MR. LEONTIEV: No, I don't need anything.

23 22:40      MS. MALYGINA:      Something with your tea?

24 22:41      MR. LEONTIEV: No. No.

25      Waitress      No? Okay.

26 22:47      MR. ZUEV:      [inaudible] no ice for me, please.

| | | | |
|---|---|---|---|
| 1 | 22:49 | Waitress | Okay. |
| 2 | 22:50 | MS. MALYGINA: | Can you just bring empty glasses? |
| 3 | 22:50 | Waitress | Empty glasses? Okay. |
| 4 | | | [inaudible in English] |
| 5 | 22:56 | MR. ZUEV: | I don't need water. |
| 6 | 22:58 | Waitress | Don't need water? At all? Okay. |
| 7 | 23:10 | MS. MALYGINA: | Leave the bottle, [laughter], we have confused the |

8   woman.

9   23:15          MR. ZUEV:          We need to… how can we find some legal solution…

10   how… we didn't just get together here…

11   23:19          MR. LEONTIEV: If you want to meet… to start the official part of the

12   conversation, meet with the lawyers – okay, let me… then this is a conversation for the lawyers,

13   I will arrange a meeting for you with our lawyers, here or in New York, I don't know, we just

14   need time. Then this will be a purely official process, of course. Do you want to go down this

15   path? Okay, we do not object. They will explain to you, in legal language, why the proposal that

16   I am formulating now is the only one that is possible for me.

17   23:51          MR. ZUEV:          We are not opposed to this either. And Alexander

18   confirmed that, in principle, in January, and thank God. We are talking about if the legal part

19   [inaudible].

20   24:02          MR. LEONTIEV: Not in January, but in the first quarter. Well… I am

21   talking about the first quarter.

22   24:09          MR. ZUEV:          But all this needs to be signed? Or not? Or will we

23   continue verbally? And what if you don't give it back in the first quarter?

24   24:09          MR. LEONTIEV: I propose… and if I didn't want to give it back to you,

25   then why am I meeting with you?

| 1 | 24:15 | MR. ZUEV: | Sergey, but you already didn't give it back. Can you |
|---|---|---|---|

2   understand this, or do you not have [inaudible]?

3   24:17   MR. LEONTIEV: Fine. We didn't give it back to you. I am telling you

4   now, what I can do now, please understand, yes… and I… I cannot promise you… you want me

5   to promise you more than I can. What is the point?

6   24:28   MR. ZUEV:   How is it more? I am not asking for more.

7   24:30   MR. LEONTIEV: That's just all I can do.

8   24:31   MR. ZUEV:   What is?

9   24:32   MR. LEONTIEV: What I just articulated to you.

10   24:33   MR. ZUEV:   I am saying – put it on paper.

11   24:36   MR. LEONTIEV: I cannot put it on paper.

12   24:37   MR. ZUEV:   Well, then you are just… [inaudible]

13   24:38   MR. LEONTIEV: I think it would be inappropriate to do that.

14   24:41   MR. ZUEV:   Then you are just brushing me off.

15   24:43   MR. LEONTIEV: No, if I was brushing you off, I wouldn't have met with

16   you.

17   24:48   MR. ZUEV:   Listen, Serezh, I don't have money anyway, I came

18   here, I'm paying for the hotel, for [inaudible], and even the champagne…

19   24:53   MS. MALYGINA:   …drown our sorrows [laughter].

20   24:54   MR. ZUEV:   …drown our sorrows, why did I come here, just to get

21   to know you?

22   24:59   MR. ZHELEZNYAK:   …a plan that will allow… in the view of…

23   25:00   MR. ZUEV:   Serezh, you think that you are so [inaudible].

24   25:02   MR. ZHELEZNYAK:   …allow us to document the obligations.

25   25:04   MR. ZUEV:   Serezh, do you think I came here to [inaudible] with

1   you?

2   25:06            MR. LEONTIEV: You know, Boris, I don't know why you came here. I

3   was asked to come and meet by Alexander, and so I came.

4   25:15            MR. ZUEV:        Serezh…

5   25:15            MR. ZHELEZNYAK:        No, we agreed that Sasha would come, that

6   we [inaudible].

7   25:16            MR. ZUEV:       You left Sanya on Friday and said that you would work

8   on this issue.

9   25:20            MR. LEONTIEV: I am… believe me, it's the only thing I'm working on.

10  25:24            MR. VARSHAVSKY:        So, we came… Sergey, hold on, when we

11  were sitting in my office, yes [inaudible], when you were sitting with me, you said: "Yes, I

12  agree."

13  25:33            MR. LEONTIEV: And I am saying "Yes" now.

14  25:33            MR. VARSHAVSKY:        But today you are saying: "I have no desire

15  to speak with you." This is also a position [inaudible].

16  25:37            MR. LEONTIEV: Hold on, that's not what I'm saying. I am saying that I

17  am explaining to you why I am willing to undertake specifically your obligation. You are not

18  hearing me. Colleagues, you are just not hearing me.

19  25:48            MR. VARSHAVSKY:        No.

20  25:48            MR. LEONTIEV: You aren't hearing me. Colleagues, you just aren't

21  hearing me.

22  25:51            MR. VARSHAVSKY:        I'm hearing very well. When we were sitting

23  in my office, you said: "I will go now," we called Irina in, and you said: "I am going now…"

24  25:57            MR. LEONTIEV: Yeah.

25  25:57            MR. VARSHAVSKY:        I will go and structure the deal, because…

26  26:01            MR. LEONTIEV: Yeah.

1   26:01              MR. VARSHAVSKY:        …we have it…" You said it, these are not

2   my words, that we can [inaudible] if I give it to you now, both you and I will lose as a result.

3   26:08              MR. LEONTIEV: Yeah.

4   26:08              MR. VARSHAVSKY:        Because we have compliance.

5   26:11              MR. LEONTIEV: Yeah.

6   26:11              MR. VARSHAVSKY:        We are saying: "We do not want to violate

7   anything, we do not want anyone to change anything…

8   26:15              MR. LEONTIEV: Yeah.

9   26:15              MR. VARSHAVSKY:        …but we want to be certain that it is ours."

10  Why can't we do it like that? You're saying: "We will have another opportunity…"

11  26:20              MR. LEONTIEV: The lawyers explained this to me… again, if you want

12  to speak in legal language, I will arrange a meeting for you with our lawyers.

13  26:27              MR. VARSHAVSKY:        And we can do this now? Because Katya is

14  flying out.

15  26:30              MS. MALYGINA:     Perhaps just conceptually?

16  26:31              MR. LEONTIEV: We need time… no, let the lawyers have the lawyers'

17  conversation, right? I am not a lawyer. Let's just… I came here… everything was explained to

18  me, I understand how the mechanism works, how… how we can now operate in this system, I

19  understand, I have sorted out all my obligations, figured out whom I owe, how much I owe – this

20  has finally come together here. I now understand how I can pay. I understand this. I now have a

21  sensible picture of what I can do. And believe me, I want to settle up with you, but…

22  27:06              MR. ZUEV:     Serezh, you said you do not want to settle with us, that

23  you are doing this because Alexander asked you to.

24  27:10              MR. LEONTIEV: Exactly. Exactly.

25  27:13              MR. ZUEV:     Secondly. May I ask a question? We are all social

1   people, we are in a society.

2   27:17            MR. LEONTIEV: Yes, of course.

3   27:18            MR. ZUEV:        So look, here's the funny thing. We agreed, or we

4   didn't agree, we worked it out, we worked with Alexander, yes… you and he are partners, you

5   had a structure that worked. The situation has changed. De facto it is simple for me. My family

6   and I have no money now, I am in Moscow. Apparently you are not in Moscow, and you have

7   money. And now you say it's your personal money, and you don't especially want to talk to us,

8   but you are doing this by virtue of the fact that you and Alexander have been friends for 40

9   years.

10  27:52            MR. LEONTIEV: Because we are partners.

11  27:52            MR. ZUEV:        Serezh, Serezh, what gives you the right to talk to me

12  like that? Did I do something bad to you? Do you think I came here just to look at you?

13  28:03            MR. LEONTIEV: Please understand, Boris, I have no negative feelings at

14  all…

15  28:06            MR. ZUEV:        [inaudible], Serezha, I came here to sign papers so that

16  I and my family can be certain tomorrow that if something happens to you, or to me, my family

17  will not be left without any money. And if this is money for you there… you can or cannot

18  settle… this is pivotal for me, Serezha. I did not come here just to get to know you! You are

19  talking to me as if I am being a nuisance to you…

20  28:29            MR. LEONTIEV: Please excuse me, I did not mean to talk to you that

21  way.

22  28:34            MR. ZUEV:        You are also bringing up certain powerful people, or

23  not powerful people… they have nothing to do with this at all. This is purely a business

24  conversation, among businessmen. And I am also spending money on travel and hotels, right

25  now the lawyers are not the most… okay, qualified lawyers are also expensive, these are all

1    costs. Or do you think I enjoy coming here and spending all this money just to hear you tell me

2    that you don't plan to…

3    28:55                    MR. VARSHAVSKY: Honestly, yeah…

4    29:00                    MR. LEONTIEV: I told you the exact opposite… I told you the exact

5    opposite, that I am willing to perform my obligations to you. I articulated how I am willing – this

6    is what…

7    29:08                    MR. ZUEV:           You did not articulate it.

8    29:08                    MR. LEONTIEV: I articulated it.

9    29:11                    MR. ZUEV:           You stated an estimated timeframe…

10   29:13                    MR. LEONTIEV: Yes.

11   29:14                    MR. ZUEV:           You said. We're saying: "Okay, please bring the

12   lawyers. Let them talk it over."

13   29:16                    MR. VARSHAVSKY:            We are speaking from a legal perspective,

14   that we want guarantees that we will receive this money. That's all. That's all we are saying.

15   29:27                    MR. LEONTIEV: And my lawyers explained to me that this is

16   impossible. If you want to know why, let's meet… Let's have a meeting with the lawyers, and

17   they will explain it to you.

18   29:36                    MR. ZUEV:           That's why we came here, and you are saying: "We are

19   not going to meet with the lawyers today."

20   29:39                    MR. LEONTIEV: No.

21   29:41                    MR. ZUEV:           Do you think I was not in London [inaudible]…?

22   29:42                    MR. LEONTIEV: Colleagues, why are you putting pressure on me?

23   29:45                    MR. ZUEV:           Who is putting pressure?

24   29:45                    MR. LEONTIEV: This is somehow…

25   29:46                    MR. ZUEV:           You are the one pressuring.

1    29:47              MR. LEONTIEV: I am pressuring?

2    29:48              MR. ZUEV:        Of course. [inaudible]

3    29:53              MS. MALYGINA:      [inaudible] tell me, please, [inaudible].

4    29:56              MR. LEONTIEV: With whom?

5    29:56              MS. MALYGINA:      [inaudible] the earliest.

6    29:58              MR. LEONTIEV: Well, okay, now we have another arrangement, after

7    the meeting with us… with you, I will talk with our lawyers. I need some time to arrange this.

8    30:06              MR. ZHELEZNYAK:        Where is he now?

9    30:07              MR. LEONTIEV: He is on vacation now.

10   30:10              MR. ZUEV:        Serezh, you left on Friday. A week has gone by. What

11   has been done in this time? After this time, are you ready to tell us anything from the

12   perspective…

13   30:15              MR. LEONTIEV: Colleagues, if we are going to have this kind of

14   pressure every 2-3 days, and I have to report to you what I have done and so forth, our

15   conversation will be unsuccessful. One more time.

16   30:22              MR. ZUEV:        It has already been unsuccessful, Serezh, [inaudible].

17   30:25              MR. LEONTIEV: Well, if it has been unsuccessful, then what?

18   30:26              MR. ZUEV:        Well, I wish you well and good health, [inaudible].

19   30:27              MR. LEONTIEV: Thanks, thanks. [inaudible].

20   30:32              MR. LEONTIEV: Well, then let me speak with Sasha separately.

21   30:35              MR. VARSHAVSKY:        Go ahead.

22   30:38              MR. LEONTIEV: Fine, then let's talk somewhere else.

23   30:39 — 31:03                        [Background noise]

24   31:03              MR. LEONTIEV: Let's find a place here. Let's talk here. It's fine. Sorry,

25   can we… excuse me… can we … over here? Can you move to this side? We have three of us to

1  talk. Sorry about this, sorry.

2  31:22                Male (?):              Thank you.

3  31:24                MR. VARSHAVSKY:              Look, here is the deal… I have a great deal

4  of responsibility… and I trusted Sasha absolutely, without a second thought. Now I can't work, I

5  can't drink or eat, because I am under this pressure. It's like, it's all like kindergarten. I should be

6  living in Moscow.

7  31:45                MR. LEONTIEV: Well, there is a person there who…

8  31:45                MR. VARSHAVSKY:              And I told Sasha… and I told Sasha: "Sasha,

9  I don't need money, I don't want to collect it, I am willing to help." You talk about all kinds of

10  things [inaudible] money, yes, I can't go and give away these people's money, I can't go and get

11  them to help. Because…

12  31:52                MR. ZHELEZNYAK:              This is what we're talking about. You know,

13  they are not going to help now, they [inaudible] are going to shit.

14  32:04                MR. VARSHAVSKY:              No, Sanya, it will be simple. I don't know

15  what will happen, I don't even want to think about it. The main thing is that I need to go and sell

16  something today, but this is unfair toward my children, toward my family. I gave real money, I

17  trusted, you must understand me. This is a human issue.

18  32:20                MR. LEONTIEV: I understand.

19  32:21                MR. VARSHAVSKY:              If… Sergey, the issue is not that… I am

20  saying – I won't collect anything? And I don't need it, I need to go to the people and say: "Look.

21  Look. We have this money." People are working…

22  32:34                MR. LEONTIEV: I give you my word, we will perform the obligation.

23  32:35                MR. VARSHAVSKY:              I can't… I can't take that word anywhere. I

24  can't, no one will believe me. They will say: "To hell with your word, give us the money!"

25  32:41                MR. ZHELEZNYAK:              Let's [inaudible], you have a plan, let's sit

26  down

1   with the lawyers and they will look over the plan you are proposing to us…

2   32:48             MR. VARSHAVSKY:        Sanya, I am saying very simply…

3   [inaudible] that's why I'm saying, why do we need it, I said this right away, we don't need to

4   drag Borya[5] in, I called…

5   32:57             MR. ZHELEZNYAK:        You have a plan, the last one that you

6   proposed to us.

7   32:59             MR. VARSHAVSKY:        …give the lawyer, she flew in specifically

8   for this, [inaudible] the person flew in here specifically for this, the person flew in.

9   33:03             MR. ZHELEZNYAK:        Let the person fly in.

10  33:05             MR. LEONTIEV: Well, you know who I am going to speak with now. Let

11  the lawyers – then that's that, okay.

12  33:06             MR. ZHELEZNYAK:        Because there is a plan that makes sense in

13  my view.

14  33:12             MR. VARSHAVSKY:        We are not opposed to this, we want to help

15  you, please understand [inaudible]. You want to settle up with us because of Sasha, right?

16  33:21             MR. LEONTIEV: Yes.

17  33:21             MR. VARSHAVSKY:        Well, I don't know you either. But I have to

18  help you only because of him, because I don't want him to have a problem. You understand, we

19  are on equal terms… we are on equal terms.

20  33:28             MR. LEONTIEV: That's how we will settle up.

21  33:29             MR. VARSHAVSKY:        But I need you to tell people, "Guys, look,

22  we have this. That's it. We do not have the right to take it. Here are the documents. These are the

23  terms we have. That's how it is. And for this period of time."

24  33:41             MR. LEONTIEV: Alexander, I see no other way. The lawyers explained it

25  to me. So if you want to go down this path again, I have already been down it, so let's go, no

---

[5] Diminutive for Boris

1   problem.

2   33:51               MR. ZHELEZNYAK:          The plan I like is the last one, which could

3   work. It just needs to be… if it works, this issue will go away by itself.

4   33:58               MR. LEONTIEV: In other words [inaudible].

5   33:59               MR. ZHELEZNYAK:          You see, it simply…

6   34:00               MR. VARSHAVSKY:          One of the top lawyers in London who does

7   M&A deals, I've been talking to him all week… we talked a lot about what to do… he knows the

8   whole structure from beginning to end, yes. What we need to do, he has several questions that we

9   cannot answer, that you can answer, but he says: "Do everything so as not to violate the

10  compliance procedure, no one would suffer, and transfer it into your property or in a trust, but

11  this will take from three minutes to three days. We don't need more time than that, and nothing

12  would be violated, and no one would get in trouble…

13  34:36               MR. LEONTIEV: Well, I…

14  34:36               MR. VARSHAVSKY:          …no tax…

15  34:37               MR. LEONTIEV: Okay, fine, I don't believe that, I have an entirely

16  different position, I am hearing entirely different things. Let's arrange a meeting of the lawyers.

17  34:48               MR. VARSHAVSKY:          Why did I come here? I told Sasha: "I'm

18  coming here with a lawyer."

19  34:50               MR. LEONTIEV: That will take time, Alexander.

20  34:52               MR. VARSHAVSKY:          Please understand me. You don't want me to

21  go to Moscow?

22  34:53               MR. LEONTIEV: Why? Leave the lawyers, it just takes time.

23  34:58               MR. VARSHAVSKY:          Well, how can I leave them, if you say that

24  [inaudible].

25  34:59               MR. LEONTIEV: Fine, set a new date, send the lawyers. This is not your

1    conversation, it's the lawyers' conversation. If they come up with something, we will meet again

2    and then we can discuss what our lawyers come up with. No problem.

3    35:12            MR. VARSHAVSKY:            Let me make sure I understand, okay? So,

4    we have an obligation toward… you have an obligation toward us in the neighborhood of 100

5    million…

6    35:17            MR. LEONTIEV: Yes.

7    35:18            MR. VARSHAVSKY:            …do you have this money today?

8    35:21            MR. ZHELEZNYAK:            [inaudible] have it, 100 percent…

9    35:22            MR. LEONTIEV: We have personal assets, yes…

10   35:24            MR. VARSHAVSKY:            Well, it doesn't matter if they are personal

11   or not…

12   35:26            MR. LEONTIEV: We have it.

13   35:26            MR. VARSHAVSKY:            You have this money, correct?

14   35:27            MR. ZHELEZNYAK            Yes.

15   35:27            MR. LEONTIEV: Yeah, 100%

16   35:28            MR. VARSHAVSKY:            We are saying…

17   35:29            MR. LEONTIEV: Don't worry, we will perform the obligation. I am just

18   talking about the obligations that I can actually perform. Just as you trusted Alexander, that

19   remains. Please understand, the conversation can just seem tough, but it's realistic. Please

20   understand…

21   35:44            MR. VARSHAVSKY:            Please understand, you say tomorrow there

22   will be… that tomorrow there will be, yes… You say you have expenses. We will have the

23   expenses, because we will need to defend him. What will happen… he could be arrested

24   tomorrow, God forbid. Then what?

25   36:00            MR. LEONTIEV: This cannot be allowed.

26   36:01            MR. VARSHAVSKY:            But what then?

27   36:02            MR. LEONTIEV: This cannot be allowed… well, this cannot be allowed

1   because then it will be more difficult for me to pay off my obligation to you. If he is arrested…

2   you understand, the more you help me now, the more… I can expedite… the time period I gave

3   was not the most optimistic. If the situation improves, we have no criminal cases, we have

4   [inaudible], I will pay off the obligation to you more quickly.

5   36:29                 MR. VARSHAVSKY:        Look, Sergey…

6   36:30                 MR. LEONTIEV: I said the first quarter based on a worst-case scenario.

7   Worst case. If there is…

8   36:39                 MR. VARSHAVSKY:        Sergey, look…

9   36:39                 MR. LEONTIEV: …a more favorable situation in Moscow, my expenses

10   will be less, there will be no criminal cases, there will not be this whole mess there, yes, then, of

11   course, I will be able to settle up with you more quickly.

12   36:54                 MR. VARSHAVSKY:       [inaudible] said when he asked me not to

13   take the money, I said: "Sasha, I have a schedule that I have to pay, I bought new things there

14   that my schedule… I have a schedule… today I am not able to perform all of the obligations

15   because [inaudible] interest that I already paid will be lost.

16   37:10                 MR. LEONTIEV: Alexander, I understand…

17   37:12                 MR. VARSHAVSKY:        I have one payment in September… I have

18   one payment at the end of August for about 10 million, nine million, and in September I have

19   another payment, for 17, I think. I can't not pay them.

20   37:28                 MR. LEONTIEV: I can tell you one thing: I will try. I will do everything I

21   can. Everything I can do, I will do. For me, Sasha's obligations are bigger than my own

22   obligations.

23   37:41                 MR. VARSHAVSKY:        So you said… you see, yes… [inaudible]

24   whatever powerful people, but in the past I helped you more in everything, right? And when it

25   was really bad, our amount reached the figure of 200, and we held it with you, and we took your

26   word. But

1    to me…

2    37:58               MR. LEONTIEV: And we paid you interest.

3    37:59               MR. VARSHAVSKY:        Absolutely correct.

4    37:59               MR. LEONTIEV: We were doing business.

5    38:00               MR. VARSHAVSKY:        Hold on, hold on, we were not doing

6    business. We had a personal, personal request.

7    38:06               MR. LEONTIEV: How was it not business if we paid you that interest?

8    Alexander, of all the nerve. We paid a 100 million dollars in interest alone. How is that not

9    business? That's business, do you understand?

10   38:21               MR. VARSHAVSKY:        Hold on, hold on…

11   38:22               MR. LEONTIEV: And when our enemies broke our business, you were

12   unfortunately unable to help us. And this caused a chain reaction and consequences for you,

13   because the goose that laid the golden eggs was slaughtered. And you could not help her.

14   38:39               MR. VARSHAVSKY:        Sergey…

15   38:39               MR. LEONTIEV: I… I have no complaints, again. So it happened, it

16   happened. Let's just try to see it from each other's point of view. Then it will be sort of

17   constructive, right?

18   38:48               MR. VARSHAVSKY:        Constructive, absolutely.

19   38:48               MR. LEONTIEV: Then I try and work, and you help me, right?

20   38:55               MR. VARSHAVSKY:        [inaudible] I cannot leave here… I cannot…

21   without any guarantees. I cannot, do you understand? Will I have to go and sell my house or

22   something tomorrow? I can't just show up in Moscow.

23   39:11               MR. ZHELEZNYAK:        Do what you can.

24   39:12               MR. VARSHAVSKY:        I can't just tell a person that I went to see

25   Leontiev, and he told me everything is fine, he promised me. He will say to me: "Well, fuck, go

26   and listen

1  to him yourself. [inaudible], give back, listen to him yourself." But that isn't right, it isn't honest.

2  We have [inaudible] "I gave you the money…

3  39:29            MR. ZHELEZNYAK:          [inaudible]

4  39:30            MR. VARSHAVSKY:          …I gave you the money." And all the

5  obligations are yours, not his. Whether or not you are partners, I don't know. [inaudible] it's

6  very…a fast story… and each…money…we are getting into a path that we should fight

7  someone, right? We are talking about how there's this situation, let's help each other get out of it

8  nicely…

9  39:57            MR. LEONTIEV: Let's do it!

10  39:57            MR. VARSHAVSKY:          I ask for only one thing, Sergey!

11  39:59            MR. LEONTIEV: What do you ask?

12  40:03            MR. ZHELEZNYAK:          Sasha asks for this: [inaudible], can say that

13  everything is okay, we leave the money, we are in possession of it, we are not dependent on

14  anyone, then suddenly a brick falls on someone's head. [inaudible] Sasha wants to propose a

15  plan that his lawyer came up with, which will keep him perfectly safe in this.

16  40:26            MR. LEONTIEV: It's better for us to meet… I'll take it and meet with the

17  lawyer, I need time. How much, I cannot say right now. Now I'll go back, as soon as I get to the

18  office, I'll call, make some calls, and I'll say when it's possible in terms of time.

19  40:40            MR. ZHELEZNYAK:          [inaudible]

20  30:52            MR. LEONTIEV: No, Sasha, [inaudible], even now… no, what's the

21  difference?

22  40:45            MR. ZHELEZNYAK:          [inaudible]

23  40:45            MR. LEONTIEV: It still won't be today. That's not possible, yeah.

24  40:47            MR. ZHELEZNYAK:          I [inaudible]

25  40:48            MR. LEONTIEV: It just seems to me that you need to trust us again. The

26  lawyers will tell you the same thing, believe me. Well, fine, let's go down this path.

1  41:02               MR. ZHELEZNYAK:          [inaudible] there is a proposal, we must, we

2  are obligated [inaudible].

3  41:07               MR. LEONTIEV: Fine, let's ask our lawyers to talk over your plan, okay.

4  Let's do that.

5  41:12               MR. ZHELEZNYAK:          [inaudible] problems [inaudible]

6  41:17               MR. LEONTIEV: No, but we discussed it yesterday. You understand

7  exactly what it's about.

8  41:20               MR. ZHELEZNYAK:          We didn't discuss it.

9  41:21               MR. LEONTIEV: We discussed it, why do you say that? Fine, let's do

10  that, I'll get back to work, then, and I'll keep looking. What else, Alexander?

11  41:30               MR. VARSHAVSKY:          To Borya…we need to talk to Katya.

12  Because Katya didn't come only on my behalf, yeah. Damn, she's going to get there and say,

13  "We were told to fuck off."

14  41:41               MR. LEONTIEV: Listen, that's not the situation, Katya didn't take it that

15  way, I'm sure.

16  41:45               MR. VARSHAVSKY:          I'm sure she took it exactly that way. We

17  found…

18  41:50               MR. LEONTIEV: No, that's not true. I assured you five times that I am

19  undertaking the obligation.

20  41:56               MR. VARSHAVSKY:          We can meet with Katya without Borya, and

21  come to an agreement with her, when should she come here?

22  42:02               MR. ZHELEZNYAK:          [inaudible]

23  42:02               MR. VARSHAVSKY:           … yes, so she can tell us what she thinks.

24  She has been doing this her whole life.

25  42:08               MR. LEONTIEV: Sasha, call Katya here, please. Please, without that. No,

26  just call her here. [inaudible]. Yes, it's comfortable, why? Let's do it!

1   42:16            MR. ZHELEZNYAK:     I'll call her! Go sit at the table.

2   42:18            MR. LEONTIEV: We don't need to, let's do it here! Sasha, why? Call her

3   here, we're fine here.

4   42:28            MR. LEONTIEV: Please understand, it's clear now that the pressure is

5   what is bothering me now.

6   42:33            MR. VARSHAVSKY:     Wait.

7   42:35            MR. LEONTIEV: Please understand, I really need to work and earn

8   money so I can pay it back. Put yourself in my position.

9   42:48            MR. VARSHAVSKY:     Sergey, who is pressuring you?

10   42:50            MR. LEONTIEV: It is what it is, right? Moving forward… let's forget

11   about everything that happened.

12   42:56            MR. VARSHAVSKY:     [inaudible]

13   42:56            MR. LEONTIEV: We want to look ahead, right? We need to resolve the

14   problem.

15   42:56            MR. VARSHAVSKY:     Of course.

16   42:58            MR. LEONTIEV: I have made you one of my top priorities. This is

17   definite, do you understand? Please sit down.

18   43:07            MS. MALYGINA     We can go somewhere… are you comfortable?

19   43:09            MR. LEONTIEV: Please tell me how you understood my position.

20   Summarize how you took what I said.

21   43:17            MS. MALYGINA     I understood your position… well, I am not an

22   interested party; I'm an outsider.

23   43:20            MR. LEONTIEV: Yes, yes.

24   43:21            MS. MALYGINA     So believe me, I also want there to be an agreement.

25   43:26            MR. LEONTIEV: Yes, yes, I just want to be sure I understand. Alexander

1    and I were arguing here about how you [inaudible].

2    43:29              MS. MALYGINA:     I understood it that, despite the fact that Alexander

3    gave the money to the other Alexander personally, since you and Alexander are partners, you are

4    taking on this debt, among others, for yourself.

5    43:46              MR. LEONTIEV: Yes, exactly.

6    43:47              MS. MALYGINA:     Second. Now you are not prepared to settle this

7    debt. There is some sort of schedule for two years, the first payment in the first quarter of twenty

8    … two thousand sixteen.

9    43:57              MR. LEONTIEV: 25 million.

10   43:58              MS. MALYGINA:     The sum excludes interest, in the amount of 100.

11   Now, the only issue I don't understand and that I would like to ask you about, is that Alexander

12   believes… this Alexander… that he agreed with you a week ago that the assets that you plan to

13   use to earn money may be placed in the name of his company to some extent.

14   44:35              MR. VARSHAVSKY:         Transferred to management…

15   44:36              MS. MALYGINA:     For example, a share in a trust… a certain share.

16   44:40              MR. VARSHAVSKY:         [inaudible]

17   44:40              MS. MALYGINA:     They will not be taken back. So, well, we are all

18   normal people, no one wants to… everyone wants to receive money. And we understand that

19   there are probably other obligations.

20   44:51              MR. LEONTIEV: I understand, you are looking at this point… here is my

21   position on this point: after all the time that passed, a week of working with the lawyers, I

22   realized, it was explained to me, that this is impossible, this would cause serious harm, so I

23   cannot perform on this point. If you want to meet with these lawyers to discuss it, talk it over…

24   45:14              MS. MALYGINA:     If possible…

25   45:14              MR. LEONTIEV: I am willing to arrange this meeting for you…

1  45:17              MS. MALYGINA:    Can we meet today?

2  45:17              MR. LEONTIEV: It's not possible today.

3  45:18              MS. MALYGINA:    Is he gone or something?

4  45:20              MR. LEONTIEV: Yeah, he's on vacation, unfortunately. It would be...

5  difficult.

6  45:23              MR. VARSHAVSKY:        [inaudible] let's go have a seat,

7  45:30              MS. MALYGINA:    Maybe go over there, only a little further…

8  [inaudible] … he's just a bit nervous, as I understand it… Thanks… Where should I sit? …

9  46:01              MR. LEONTIEV: Ah, so… that means… that's it … I was made to

10 clearly understand that any… any such action now would put the entire amount at risk. We will

11 simply lose everything. So I have this severe recommendation from the lawyers of the law firm

12 currently guiding us, that we…

13 46:31              MR. VARSHAVSKY:        What firm?

14 46:33              MR. LEONTIEV: But, Alexander, why be that way?

15 46:34              MR. VARSHAVSKY:        Confidentially?

16 46:35              MR. LEONTIEV: Of course! That is why I can't get into the details. I am

17 simply not a lawyer. And right now we would be having a different conversation. So, I can

18 arrange a meeting with them for you, but they are such a bureaucratic structure, you can't just

19 call and say, "Go there now."

20 46:48              MS. MALYGINA:    No, no. I get it. I don't intend on saying anything at

21 all over the phone.

22 46:53              MR. LEONTIEV: Yeah.

23 46:54              MS. MALYGINA:    You just need to understand us, the position. There

24 is this structure that exists, we don't want to destroy it. There it is, and it is somehow being

25 restructured by you. You understand, right?

1    47:04                    MR. LEONTIEV: Yes, yes.

2    47:05                    MS. MALYGINA:      All we want is… well, this structure has assets. Do

3    not sell them. Do not encumber them. Please give a share in proportion to the share that

4    Alexander gave Alexander, and that you, as a partner, took for yourself, and are making money

5    on.

6    47:24                    MR. LEONTIEV: That is exactly the idea that I had.

7    47:25                    MS. MALYGINA:      And nobody will ask for more than this share…

8    47:27                    MR. LEONTIEV: Just a second, I understand everything… I had exactly

9    that idea when I came here.

10   47:32                    MS. MALYGINA:      Sure.

11   47:34                    MR. LEONTIEV: Then it was explained to me and recommended to me

12   100 percent to do nothing of the sort, because there is a risk of losing all of the assets.

13   47:47                    MR. ZHELEZNYAK:        You explained it to me. The guys have a

14   different [inaudible].

15   47:47                    MS. MALYGINA:      Can you explain where this is coming from, or is

16   this something that needs to be discussed with the lawyers?

17   47:51                    MR. LEONTIEV: Yes, it needs to be discussed with the lawyers… but I

18   would not like to speak further on this subject, because it is unprofessional from my point of

19   view to sit here and talk about it.

20   48:01                    MS. MALYGINA:      And one more question. Look, we are like …

21   48:03                    MR. LEONTIEV: You and I will not receive anything at all as a result of

22   such attempts. That is where the risk is, understand? We start to do something now in order to

23   explain something to someone there in Moscow, and then it ends with nothing happening.

24   Meanwhile, I… I am proposing to you a sensible, rational path in which everything grows

25   together, but from… over… after a time, understand?

26   48:20                    MS. MALYGINA:      Okay, perhaps [inaudible]?

1   48:21                    MR. LEONTIEV: What do you need: to receive money or to try right now

2   at any cost?

3   48:48                    MS. MALYGINA:     Serezh, maybe can we start with a simple thing?

4   [inaudible] [laughter] She will come to me, well done! It feels like I am the most solvent one

5   here! [inaudible].

6   48:42                    Waitress          What is the room number, ma'am?

7   48:42                    MR. ZHELEZNYAK:          112.

8   48:44                    Waitress          There is no one in room 112, sir.

9   48:48                    MS. MALYGINA:     Is 112 yours? Whose room is it? She says there is

10   no one there, it is vacant.

11   48:53                    MR. ZHELEZNYAK:          Of course, no one is there. I'm here. Check

12   out, please [inaudible]

13   49:00                    MR. LEONTIEV: 112, 122, 122, one hundred twenty two.

14   49:08                    MS. MALYGINA:     What is number?

15   49:08                    MR. LEONTIEV: Check 122 [inaudible].

16   49:13                    MS. MALYGINA:     Where do you live? [inaudible].

17   49:21                    MR. LEONTIEV: I told you, 122. I know your number better, [inaudible],

18   a trade secret.

19   49:30                    MS. MALYGINA:     All we want is just this: can we understand the

20   process you are currently conducting? In order to understand that there really are some

21   substantial obstacles that prevent the registration…

22   49:49                    MR. LEONTIEV: Lawyers… a conversation with the lawyers…

23   49:50                    MS. MALYGINA:     …the property that [inaudible]

24   49:51                    MR. ZHELEZNYAK:          …[inaudible], if you have a plan you are

25   proposing,

26   we will discuss it with the lawyers, and that's it…

1   49:59                MR. LEONTIEV: No, it's not with us now. It's [inaudible], let's…

2   50:05                MS. MALYGINA:     Is there any way to show it?

3   50:06                MR. LEONTIEV: Okay. I'm ready to listen unconditionally to anything.

4   It's just that I still will not say anything substantive to you about it.

5   50:13                MS. MALYGINA:     Sure. Perhaps we can simply explain how we

6   understand the situation, and you will say, whether the direction, you know, as we understand it.

7   50:22                MR. LEONTIEV: Uh-huh.

8   50:24                MS. MALYGINA:     We understand that you, as an individual, have a

9   number of companies. These companies have assets, which are represented by securities – bonds,

10  maybe shares, [inaudible] funds, and so on. And, accordingly, you intend to continue to make

11  money on this. In other words, there is some capital which you describe as "my personal assets."

12  Because they belong to you personally.

13  50:52                MR. LEONTIEV: There are personal assets that, uh… bring in income.

14  50:54                MS. MALYGINA:     Yes, personal assets… that, as I understand it, you

15  plan to use in order to continue, so that they make the money that, among other things, will be

16  used to settle, uh, Sasha's obligations, as I understand it.

17  51:10                MR. LEONTIEV: Not only, but also for that purpose.

18  51:12                MS. MALYGINA:     Okay, there are other purposes, and we can honestly

19  understand it if, for example, the assets are for 100, and the obligations for 50, or perhaps for

20  150, let's say approximately…

21  51:22                MR. ZHELEZNYAK:         [inaudible] for a large amount…

22  51:23                MS. MALYGINA:     …well, because, you understand, we also do not

23  know…

24  51:26                MR. LEONTIEV: I am settling up…

25  51:28                MS. MALYGINA:     …or is it some confidential information?

1   51:29                    MR. LEONTIEV: Well, let's do this... Why should I now disclose to you

2   obligations toward other parties? It isn't right somehow. After all, I'm not going to... you do not

3   want me to disclose my obligations toward you to that party, right? If I were to tell everybody

4   everything... I understand what you want... but that might start a conflict between parties and

5   they could... I need to settle all the issues, come to an agreement with everybody, and it seems to

6   be impossible without trust, you must understand... I understand that you want something

7   legally, but...

8   51:56                    MS. MALYGINA:     But what then is the sense in restructuring this

9   structure? I just want to understand. Well, and also, if you will allow, I will meet with the

10  lawyer, but certainly.

11  52:06                    MR. LEONTIEV: The risk is the following...

12  52:06                    MS. MALYGINA:     Yes, explain.

13  52:08                    MR. LEONTIEV: ...that despite all of the attempts to keep the situation

14  under control, with the bank, it hasn't succeeded...

15  52:16                    MS. MALYGINA:     I understand.

16  52:17                    MR. LEONTIEV: As a result, in Russia they have begun... if criminal

17  investigations begin... this money here will immediately become highly questionable.

18  52:27                    MS. MALYGINA:     So, you as an individual...

19  52:28                    MR. LEONTIEV: And any inappropriate actions with them like some

20  attempts to do anything

21  52:30                    MS. MALYGINA:     I understand.

22  52:30                    MR. LEONTIEV: ...like an attempt to...

23  52:32                    MS. MALYGINA:     ...would be considered a...

24  52:32                    MR. LEONTIEV: ...the lawyers will shut it down right away. That's it.

25  52:36                    MS. MALYGINA:     Okay. And in what, uh, in what direction is your

1  restructuring, at least? So we understand.

2  52:40                MR. LEONTIEV: Okay, that's it…

3  52:41                MS. MALYGINA:    …or is it confidential [inaudible]?

4  52:42                MR. LEONTIEV: I have said everything that I can. No, let's do this. If

5  you want an official path, let's come to an agreement with the lawyers…

6  52:50                MS. MALYGINA:    We want some sort of compromise so you have it

7  too… well, so you would be in agreement.

8  52:53                MR. LEONTIEV: I, look, I…

9  52:57                MS. MALYGINA:    It's just that, uh, how do I say this… I am Sasha's

10  employee, understand, and in this case he is my employer. You must also understand me. So, uh,

11  I have a good relationship with you, and I have a good relationship with him. I just … uh, how

12  do I say this… his position is that there probably are some sort of agreements. Accordingly, your

13  position…

14  53:15                MR. LEONTIEV: Excuse me, what is your name?

15  53:16                MS. MALYGINA:    Katya.

16  53:16                MR. LEONTIEV: Katya, look, I've said everything, honestly.

17  53:19                MS. MALYGINA:    I believe that, too. I am not saying that you are not

18  speaking honestly.

19  53:22                MR. LEONTIEV: Look, I've said everything… everything that I can.

20  Colleagues, I'm just…

21  53:26                MS. MALYGINA:    Then let's just agree on some date…

22  53:28                MR. LEONTIEV: Okay, it seems to me that we are now going around in

23  circles…

24  53:31                MS. MALYGINA:    Or are you opposed?

25  53:33                MR. VARSHAVSKY:       I'm not opposed to anything. I'm not

26  opposed to

1  anything.

2  53:39            MR. ZHELEZNYAK:            [inaudible] such a position that [inaudible]

3  to their partners, but they will begin to act, understand?

4  53:44            MS. MALYGINA:     I understand everything. I understand everything.

5  53:45            MR. ZHELEZNYAK:            They will begin to act. They have simply

6  been sitting, but now they will begin to act.

7  53:46            MS. MALYGINA:     I understand everything.

8  54:00            MR. VARSHAVSKY:            It's just that, I'm not hearing from Sergey

9  that the guys, I… Sanya, I'm ready to repay everything, okay? Let's sit down and figure out

10  some course so as to… [inaudible] Because when I say, "We need guarantees" but "I won't give

11  you guarantees," but this isn't right.

12  54:20            MR. LEONTIEV: No, it isn't that I won't give them. The guarantees that

13  exist still remain. We are not raising the level of guarantees higher. The level of guarantees that

14  we gave money in 2008, those guarantees remain.

15  54:30            MR. VARSHAVSKY:            You did not give back. You violated his

16  obligation. You [inaudible] the money in time.

17  54:36            MR. LEONTIEV: I'm telling you again: Yes, we experienced a force

18  majeure.

19  54:39            MR. VARSHAVSKY:            This was before the force majeure.

20  54:40            MR. LEONTIEV: The business was broken.

21  54:41            MR. VARSHAVSKY:            I'm sorry. That was before the force

22  majeure.

23  54:44            MR. LEONTIEV: Alexander, again… I'm just… okay, let's pursue this

24  scenario of mutual accusations now… If we want to look forward, like… look, let's leave all

25  these moral moments behind, okay? The task now is to repay the obligation. I am explaining to

26  you that I am prepared to do this. I explained that, realistically, if you will help – I will do it

1   faster. I mentioned to you the scenario in which we would move if a difficult situation comes

2   about. So, why are the subsequent discussions like this? Like, why is it impossible to get

3   guarantees? What is the plan that something can still be legally recorded – let's do this with

4   lawyers…

5   55:26            MS. MALYGINA:    What is the very earliest we can meet with them?

6   55:28            MR. LEONTIEV: …I will organize the meeting. But right now, I can't

7   say. I need to go to the office. I'll call, talk it over, and call you back with the time.

8   55:33            MS. MALYGINA:    Then will you tell us today?

9   55:35            MR. LEONTIEV: I will tell you today.

10  55:36            MS. MALYGINA:    Starting Wednesday, we are prepared to meet where

11  you tell us.

12  55:38            MR. LEONTIEV: Okay, agreed. I got it.

13  55:43            MS. MALYGINA:    But just…

14  55:43            MR. ZHELEZNYAK:        [inaudible] hang on, wait a second, now

15  just… I am just now understanding Sasha [inaudible]. Right now he needs a clearer position…

16  [inaudible] it sounds rotten, you can't say that to those people.

17  56:00            MR. VARSHAVSKY:        They won't understand.

18  56:00            MR. ZHELEZNYAK:        Yeah, they won't understand… it would

19  start a scenario that's less than ideal for us. The calmest person in this entire situation is Sasha.

20  The calmest person, who would never in his life say, "Give it, here and now," [inaudible], there

21  are no others like that. And to come now and say, "We've come, and everything remains as

22  before" is not permissible. Those people need to be told clearly about the scenario that we are

23  talking about here. We cannot part ways like this. He's just going to turn up, a commotion will

24  start, this commotion will overflow into you know what, I told you about that earlier. I don't

25  want to repeat

26  myself…

1   56:35               MS. MALYGINA:     I can leave. You can talk.

2   56:38               MR. ZHELEZNYAK:     [inaudible] hypothetical things… arrest,

3   extradition and the like… People will simply start to drag me and you out of here, you know…

4   because these people are tied to this… why would anyone need all that? It's just that…

5   57:01               MR. VARSHAVSKY:     Nobody knows what is going to start or not

6   start. I just…

7   57:03               MR. ZHELEZNYAK:     I think it is possible, it seems so to me.

8   57:04               MR. VARSHAVSKY:     First, it will start with them saying to me,

9   "Give the money back." That is what it will start with. And then later [inaudible] I don't know

10  how it will end. I think it will continue. I just don't understand another thing, that if I have

11  trusted people, trusted a person for 20 years today, why is it that today I cannot get guarantees

12  that it belongs to me, that it's mine?

13  57:28               MR. LEONTIEV: It is not possible legally.

14  57:30               MR. VARSHAVSKY:     What?

15  57:31               MR. LEONTIEV: It is not possible to do this legally.

16  57:35               MR. ZHELEZNYAK:     Hypothesis.

17  57:35               MR. LEONTIEV: It is not because we don't want to. It is impossible

18  legally.

19  57:37               MR. VARSHAVSKY:     When I spoke with Sasha, okay… he said to

20  me, "Your money is guaranteed. You can have it in fucking writing, you can have it [inaudible].

21  Your money is guaranteed."

22  57:44               MR. LEONTIEV: But now it is not possible to do that.

23  57:46               MR. VARSHAVSKY:     In brief, you just said that you are partners.

24  Perhaps it would be better for the two of you to talk?

25  57:53               MR. LEONTIEV: Alexander, look, I've said what I can say at present. We

1    will now simply… what, continue to go around in circles? In other words…

2    58:00            MR. ZHELEZNYAK:            But why can't we guarantee this money

3    according to the proposed plan [inaudible]? Why? That's the question.

4    58:04            MR. LEONTIEV: Well, that would require organizing a meeting with the

5    lawyers… As you can understand, you know, it takes time.

6    58:08            MR. ZHELEZNYAK:            [inaudible], what is this hypothesis?

7    58:09            MR. LEONTIEV: Okay, fine. We'll organize it for some time… I… Then

8    let me go and organize the meeting, that's it.

9    58:16            MR. ZHELEZNYAK:            There is the plan that the lawyers proposed,

10   the lawyers all say, "yes." We go and do it. What's the problem?

11   58:21            MS. MALYGINA:      We are not collecting the assets, everything

12   remains.

13   58:24            MR. ZHELEZNYAK:            [inaudible].

14   58:25            MR. LEONTIEV: Look, I would rather not hold these talks… again, you

15   know… it's just going to be interpreted again later… he said something, you know…

16   58:33            MR. VARSHAVSKY:            One thing is fundamentally important to me:

17   if our plan or the lawyers' plan, or rather our plan is suitable to your lawyers, your… the plan of

18   your lawyers is suitable to our lawyers, and we also receive essential guarantees, without the

19   withdrawal of funds, would that option be acceptable to you?

20   58:56            MR. LEONTIEV: If the lawyers come to an agreement, no question.

21   [inaudible] Think about it: do you need this formal procedure?

22   59:00            MS. MALYGINA:      Of course.

23   59:01            MR. VARSHAVSKY:            Huh?

24   59:03            MR. LEONTIEV: Do you need this formal procedure or not?

25   59:05            MS. MALYGINA:      Yes.

26   59:06            MR. VARSHAVSKY:            [inaudible]

| 1 | 59:08 | MS. MALYGINA: | Yeah, yeah, yeah. |

1    59:08        MS. MALYGINA:     Yeah, yeah, yeah.

2    59:10        MR. ZHELEZNYAK:     [inaudible]

3    59:11        MR. LEONTIEV: I'm very… I don't know. I don't think it's a good idea,

4    but it is your choice, you know. You decide.

5    59:16        MS. MALYGINA:     We don't have a choice.

6    59:17        MR. VARSHAVSKY:      Why, Sergey? Why isn't it worth it?

7    59:18        MR. ZHELEZNYAK:      Everything is now coming together there…

8    everything is coming together while the compliance procedure is underway…

9    59:23        MR. VARSHAVSKY:      There's no… there's no compliance there.

10    59:24        MR. ZHELEZNYAK:      There is. Everywhere, at any bank, as soon

11    as the money gets into…

12    59:30        MR. VARSHAVSKY:      We aren't talking about money. We don't

13    need money.

14    59:32        MR. ZHELEZNYAK:      …paper…

15              MR. VARSHAVSKY:      …there's no compliance there [inaudible]

16    59:30        MS. MALYGINA:     We don't need money. It isn't being moved.

17    59:35        MR. VARSHAVSKY:      It isn't being moved.

18    59:37        MS. MALYGINA:     No, no, Sasha. It isn't being moved [inaudible].

19    59:40        MR. LEONTIEV: Okay, I'm going to call the lawyer.

20    59:41        MS. MALYGINA:     Sure, let's have you come to us.

21    59:45        MR. LEONTIEV: No, I'll just call you back, then. I'll tell you, but it

22    won't be today. In any event, you will need to fly in specifically for this meeting.

23    59:51        MS. MALYGINA:     Okay, no problem.

24    59:52        MR. ZHELEZNYAK:      They will remain for two weeks.

25    59:54        MS. MALYGINA:     [inaudible].

1    59:56                    MR. LEONTIEV: Sasha, you do understand…

2    59:56                    MS. MALYGINA:      How about today?

3    59:56                    MR. LEONTIEV: …whom I am going to call. Of course not. I'm

4    explaining that it doesn't depend on me, colleagues. I'm just going to call and ask.

5    01:00:02                 MR. VARSHAVSKY:          Sergey, can I ask you a question?

6    01:00:02                 MR. LEONTIEV: Yes.

7    01:00:02                 MR. VARSHAVSKY:          [inaudible] in the twenty-fifth 21st century

8    there is a phone, sure. We can step aside.

9    01:00:10                 MR. LEONTIEV: No, I need to call now and negotiate. Well, it will take

10   time.

11   01:00:16                 MR. VARSHAVSKY:          Sanya, can you go and talk? Uh, I can't fly

12   to Moscow, understand? They'll rip my head off. I can't explain that it's impossible to call by

13   phone. I can't [inaudible] they won't understand me [inaudible].

14   01:00:39                 MR. LEONTIEV: Well, that's it for me, I'm leaving.

15   01:00:42                 MS. MALYGINA:      Wait, Sasha.

16   01:00:44                 MR. VARSHAVSKY:          No, we said that you would go and call the

17   lawyers now [inaudible].

18   01:00:46        MR. LEONTIEV:        Sasha has something to tell me now. I need to go. Sanya,

19   and not call. I need a meeting.

20   01:00:50                 MR. ZHELEZNYAK:          Let's… wait, let's call right now and come

21   to an agreement as to when Katya should come.

22   01:00:56                 MR. VARSHAVSKY:          [inaudible].

23   01:00:58                 MR. LEONTIEV: Let Katya sit and wait, then, okay, when we [inaudible]

24   will happen. It will take some time.

25   01:01:04                 MS. MALYGINA:      [inaudible].

1  01:01:06            MR. LEONTIEV: I'm leaving now for the office. I'm leaving. In order for

2  me to negotiate, I need to go.

3  01:01:10            MR. ZHELEZNYAK:        Can't we call?

4  01:01:11            MR. LEONTIEV: Well, I need to go. I don't have phones or anything

5  here. But Sasha will be with you, you know, please.

6  01:01:22            MR. ZHELEZNYAK:        Let's meet at the office after… call, we'll

7  come. When should we come to the office? Katya and I will come.

8  01:01:30            MR. LEONTIEV: Listen, what else do we have to discuss?

9  01:01:32            MR. ZHELEZNYAK:        I would like to… with Sasha. I already

10 explained, it's critical. Sasha will now go to people and say: "We'll wrap up our plan on

11 Wednesday, they'll discuss our plan, and if it satisfies both sides, everything will be signed. If he

12 comes and says that the person doesn't have a phone, the person can't call, you know… the

13 person can't come to an agreement… the person will give you jack shit. Pardon me, Katya.

14 01:01:55            MR. LEONTIEV: Well, I will tell you soon when the meeting will be.

15 That's it. That will be all the information. Right now, I will call the lawyers and try to come to an

16 agreement with them. They will take a two hour pause, they will think it over for three hours,

17 and they will tell me in four hours. After some time, I will call you and tell you. That's all.

18 01:02:11            MR. ZHELEZNYAK:        You can't just go and call them from the

19 office, ask him his position, see what he says to you, [inaudible].

20 01:02:19            MR. LEONTIEV: Well, we already talked earlier. They are ready to meet,

21 sure, but, first, it will take time.

22 01:02:23            MR. ZHELEZNYAK:        So, when?

23 01:02:24            MR. LEONTIEV: I don't know when. Sanya, right now you're like a

24 child. I don't know.

25 01:02:27            MR. ZHELEZNYAK:        A child? A child is when you can't make a

26 call and

1   come to an agreement.

2   01:02:30              MR. LEONTIEV: I am going to come to an agreement and call. But why?

3   01:02:33              MR. ZHELEZNYAK:          Why do we need to go to the office?

4   01:02:34              MR. LEONTIEV: Why do I need to make another trip, huh? When I come

5   to an agreement about the meeting, I will let you know. There won't be an issue with me. I won't

6   participate in the meeting. It will be a meeting of lawyers. For that matter, what else do I need?

7   01:02:46              MR. ZHELEZNYAK:          Understood. How will we find out when the

8   meeting is?

9   01:02:47              MR. LEONTIEV: I will call you. If you are here, I will call you back and

10  tell you. [inaudible] Well, that's it, okay. Then I'm going, I'll call and come to an agreement, and

11  call you.

12  01:02:57              MS. MALYGINA:      And will we see you today?

13  01:02:59              MR. LEONTIEV: No. Why do you need to see me?

14  01:03:02              MS. MALYGINA:      Well, you know, if we will meet with the lawyers…

15  01:03:04              MR. LEONTIEV: Yeah.

16  01:03:05              MS. MALYGINA:      …how will you give them the task?

17  01:03:07              MR. LEONTIEV: Just like we agreed.

18  01:03:09              MS. MALYGINA:      In other words, so they disclose the structure to us.

19  01:03:11              MR. LEONTIEV: They will explain to you why I have such a position

20  that… uh… I told you that right now, in their view, no sort of documentation is possible. And

21  they will work on your plan. Sasha says it's some plan, they will work on it together with you.

22  Then they will come to me, independently of you – what does it have to do with you? And then

23  they will say, "Mr. Leontiev, do such and such. We recommend such and such to you." If such

24  directions come about for me, I will call you again and say, "Let's meet. I have directions from

25  my lawyers." But this won't all happen in a day, you understand. People don't do this kind of

1   work in one day, don't you understand, it's not the 90s. Now everybody has a procedure:

2   functions, meetings, [inaudible]. We can do that there, sure, but I cannot force the lawyers to

3   work like we need them to. So, I will initiate this process now, so, like, today we [inaudible]…

4   01:04:01          MS. MALYGINA:     I can any time starting Wednesday.

5   01:04:04          MR. LEONTIEV: Okay, good. Understood.

6   01:04:06                              [inaudible].

7   01:04:08          MS. MALYGINA:     Today is Friday. [inaudible] I just don't have

8   anywhere to go. You understand, I… just for two days, if you think that something will happen.

9   01:04:20          MR. ZHELEZNYAK:      No, I, uh… I'm not talking about that

10  01:04:22          MR. VARSHAVSKY:      [inaudible] in Moscow [inaudible]

11  01:04:24          MR. ZHELEZNYAK:      That nothing will happen with him and

12  nothing will happen with the money – I guarantee you that with full confidence. [inaudible]. I

13  explained to you why it will happen. Because people have to be told… [inaudible].

14  01:04:32          MS. MALYGINA:     If people can on Monday, then I will fly in on

15  Monday.

16  01:04:34          MR. VARSHAVSKY:      What for? Sit down for a second.

17  01:04:36          MS. MALYGINA:        I will fly in on Monday. Let's do that.

18  01:04:38          MR. VARSHAVSKY:      Understand correctly. Here's what you said,

19  that they will arrest your people, there will be additional expenses, right? There may be a point

20  of no return. Then nobody will need your money. Now that is the scariest thing that could

21  happen.

22  01:04:53          MR. LEONTIEV: Well, I understand. But you must understand that I'm

23  doing what I can.

24  01:04:57          MR. VARSHAVSKY:      Yeah, I don't see that.

25  01:04:58          MR. LEONTIEV: How do you not see it? Well, then, sorry…

26  01:05:04          MR. VARSHAVSKY:      Because today… today, Serezha, I think,

27  what can

28  be more precious to you than the reputation of your own partner and his honest word? I would

1   have done everything. I would leave from here…

2   01:05:11              MR. LEONTIEV: I am doing everything, believe me.

3   01:05:13              MR. VARSHAVSKY:         But why is it not possible to call and come

4   to an agreement? Can [inaudible]?

5   01:05:17              MR. LEONTIEV: I will now… I'm going to call and come to an

6   agreement. We're just rehashing the same thing five times…

7   01:05:19              MS. MALYGINA:    Let's do this, starting from Monday… by

8   Monday…

9   01:05:21              MR. LEONTIEV: Listen, I can't simply give [inaudible] to a lawyer, you

10  know, this is like kindergarten. You're sitting there now and pressing me to say something for

11  the lawyer. But how can I speak for a lawyer?

12  01:05:30              MR. LEONTIEV: Who said? How am I supposed to speak for the

13  lawyers?

14  01:05:31              MS. MALYGINA:    Look, it's easy. I am a lawyer. Lawyers do what

15  they are told to do.

16  01:05:31              MR. LEONTIEV: Very good.

17  01:05:32              MS. MALYGINA:    …lawyers do…

18  01:05:33              MR. LEONTIEV: Yes.

19  01:05:34              MS. MALYGINA:    …what the client tells them.

20  01:05:35              MR. LEONTIEV: It's not that way here, not here, understand? Okay,

21  look, you're a corporate lawyer, but this company is independent, autonomous. So, then, let's

22  just…

23  01:05:42              MS. MALYGINA:    If you have a contract with them and you pay them

24  money, they are obligated to do what the client tells them.

25  01:05:49              MR. LEONTIEV: Listen, colleagues, I'm telling you again…

26  01:05:50              MS. MALYGINA:    I am the client …

| 1 | 01:05:52 | MR. LEONTIEV: You've got to trust me. |

1    01:05:52           MR. LEONTIEV: You've got to trust me.

2    01:05:53           MS. MALYGINA:    We don't trust you.

3    01:05:54           MR. LEONTIEV: I took upon myself a voluntary obligation. I want to

4    repay you. This conversation is similar to one with Boris. If you don't believe me, then I'll leave.

5    If you trust me, then trust me, please. When these wisecracks start… why are they necessary? If

6    you trust me in principle, then trust me. I am doing what I can. If you don't trust me, then say

7    that you don't trust me. Fine, I'll leave, then, you don't trust me. If there is trust, between us,

8    understand, we still won't gain any control through a procedure. Either you trust me or you

9    don't. If you trust me, then I'll go to work to solve our problems. That's all. Why do I need to sit

10   here with you and waste time? I need to work, to solve the problem that exists. I explained to

11   you, gave [inaudible], gave the expected dates. I need to work. Look, Sasha is a partner. He's

12   sitting here and communicating with you. Why do I need to sit? I will do what I can. I promise

13   you. So, I will speak with the lawyers. I will talk the way I am able to talk. Right now, I cannot

14   guarantee you anything further. What happens, happens. Understand, all this pressure on me… it

15   only gets in the way.

16   01:07:07           MS. MALYGINA:    [inaudible] I can't apply pressure at all.

17   01:07:08           MR. LEONTIEV: Well, that's just how the conversation is taking shape.

18   01:07:10           MR. ZHELEZNYAK:      [inaudible] you understand, what to go with,

19   I'm getting the impression that it wasn't us who took, but that it was taken from us.

20   01:07:19           MR. LEONTIEV: Colleagues, well, the impression is incorrect. Again,

21   you know… I don't want to create it. But it's simply the truth. Now I need to do what is

22   necessary to [inaudible] common goals to settle the obligations. I acknowledge them… I think

23   I'm wasting time, I'll go call the lawyer. So, I will call you. That's everything. Alexander, all the

24   best. [inaudible]. Okay.

25                                 [At the end – background street noise and a

1    conversation with a cab-driver in English]