# EXHIBIT 23

| | |
|---|---|
| **Message** | |
| **From**: | Попов Виталий Николаевич [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user5f48af15] |
| on behalf of | Попов Виталий Николаевич [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user5f48af15] |
| **Sent**: | 30/11/2015 15:21:32 |
| **To**: | Липина Галина Ивановна [galina.lipina@avilon.ru] |
| **Subject**: | FW: Документы2 |
| **Attachments**: | сканирование0004.pdf; сканирование0011.pdf; АП.pdf; б™†≠®аЃЃ†≠®•0001.pdf; б™†≠®аЃЃ†≠®•0005.pdf; б™†≠®аЃЃ†≠®•0002.pdf; б™†≠®аЃЃ†≠®•0003.pdf |

Строго конфиденциально.
Необходимо поименовать эти обязательства (кроме исполненных по Плазе) в проекте ранее подготовленного соглашения

_____
С уважением,
**Попов Виталий Николаевич**
Руководитель юридического департамента
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:     +7 495 781-8199 доб.: 7040
Факс:   +7 495 781-7710
E-mail:  vitaliy.popov@avilon.ru
Http:    www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Sunday, November 29, 2015 4:48 PM
**To:** Попов Виталий Николаевич
**Subject:** Документы2

Message

| | |
|---|---|
| **From**: | Vitaliy Nikolayevich Popov [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user5f48af15] |
| on behalf of | Vitaliy Nikolayevich Popov [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=Recipients/cn=user5f48af15] |
| **Sent:** | 11/30/2015 3:21:32 PM |
| **To:** | Galina Ivanovna Lipina [galina.lipina@avilon.ru] |
| **Subject:** | FW: Documents2 |
| **Attachments:** | scan0004.pdf; scan0011.pdf; AP.pdf; 6[characters]0001.pdf; 6[characters]0005.pdf; 6[characters]0002.pdf; 6[characters]0003.pdf |

Strictly confidential.
These obligations (except those performed for Plaza) must be named in the draft of the previously prepared agreement

_____

Best regards,
**Vitaliy Nikolayevich Popov**
Director of the Legal Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradskiy pr-t, d. 43, k. 3
Tel.: +7 495 781-8199 ext. 7040
Fax: +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http: www.avilon.ru



Click here to read the latest news

From: Maxim Shamis [mailto:5391146@gmail.com]
Sent: Sunday, November 29, 2015 4:48 PM
To: Vitaliy Nikolayevich Popov
Subject: Documents2



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )  ss
                      )
COUNTY OF NEW YORK    )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates No. AVPE0006100.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this _10_ day of _FEBRUARY_, 20_17_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York           Washington, D.C.    Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267  t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500

London             Paris               Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143