# EXHIBIT 24

## Message

| | |
|---|---|
| **From:** | Попов Виталий Николаевич [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user5f48af15] |
| **on behalf of** | Попов Виталий Николаевич [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user5f48af15] |
| **Sent:** | 01/12/2015 13:02:33 |
| **To:** | Монахова Ирина Николаевна [irina.monakhova@avilon.ru] |
| **CC:** | Варшавский Александр Лазаревич [av@avilon.ru] |
| **Subject:** | RE: документы (по ПРББ) |
| **Attachments:** | Копия займы ПРББ (3).xlsx |

Во вложении таблица с полным расчетом суммы. Готовим поручительство и промежуточные документы.

Сумма получается 83,8 млн долл

С уважением,

**Попов Виталий Николаевич**

Руководитель юридического департамента

**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:  +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Монахова Ирина Николаевна
**Sent:** Monday, November 30, 2015 7:00 PM
**To:** Попов Виталий Николаевич
**Cc:** Варшавский Александр Лазаревич
**Subject:** RE: документы (по ПРББ)

Тогда они должны взять выдать личное поручительство по обязательствам этих компаний и исполнить их в соответствии с графиком.

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ
Финансовый Директор ГК Авилон

**AVILON GROUP**
Москва, Волгоградский пр-т., д.43, к.2
Тел.:    +7 495 781-8197
Факс:   +7 495 730-4449
E-mail:  irina.monakhova@avilon.ru
Http:    www.avilon-group.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Попов Виталий Николаевич
**Sent:** Monday, November 30, 2015 6:52 PM
**To:** Монахова Ирина Николаевна
**Subject:** FW: документы (по ПРББ)

Для инфо

---

С уважением,
Попов Виталий Николаевич
Руководитель юридического департамента
АО "Авилон Автомобильная Группа"
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:  +7 495 781-7710
E-mail: vitaliy.popov@avilon.ru
Http:   www.avilon.ru



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:5391146@gmail.com]
**Sent:** Sunday, November 29, 2015 4:42 PM
**To:** Попов Виталий Николаевич
**Subject:** документы

Виталий, добрый день!

Направляю основную часть документов. По РИФу было выплачено около 3 млн, однако векселя пока не вернули. Это нужно будет учесть в момент сделки.

В данном письме направляю копии Векселей.
В следующем письме копии доп соглашений. Я так понимаю, что их было много, направляю последние. Сами договоры займа завтра надеюсь получить и перешлю.
Хочу обратить внимание, что все документы есть у Вашей стороны.

Confidential
AVPE0006124

Please see Native file

Confidential
AVPE0006125

| п/н | Документ | Серия, номер | Дата выдачи | Должник | Аваль | Кредитор | Основной долг | | Процент (годовых) | Срок оплаты | Кол-во дней | Сумма % на дату погашения | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | сумма $ | сумма Eur | | | | $ | Eur |
| 1 | Вексель простой | ил № 001962 | 7/13/2015 | Веннoп Трейдинг ЛТД | | Авагумян К.К. | 500,000 | | 10 | 7/13/2016 | 366 | 50,136.99 | |
| 2 | Вексель простой | ин № 001954 | 6/29/2015 | Веннoп Трейдинг ЛТД | | Авагумян К.К. | 2,000,000 | | 10 | 6/29/2016 | 366 | 200,547.95 | |
| 3 | Вексель простой | ин № 001953 | 6/22/2015 | Веннoп Трейдинг ЛТД | | Авагумян К.К. | 1,500,000 | | 10 | 6/22/2016 | 366 | 150,410.96 | |
| 4 | Вексель простой | ап № 002000 | 4/16/2015 | Веннoп Трейдинг ЛТД | | Авагумян К.К. | | 700,000 | 10 | 4/18/2016 | 368 | | 70,575.34 |
| 5 | Вексель простой | мр № 001948 | 3/5/2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,000,000 | | 11 | 3/4/2016 | 365 | 110,000.00 | |
| 6 | Вексель простой | фв № 001941 | 2/2/2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,000,000 | | 11 | 2/2/2016 | 365 | 110,000.00 | |
| 7 | Вексель простой | ян № 001937 | 1/19/2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 2,500,000 | | 11 | 1/19/2016 | 365 | 275,000.00 | |
| 8 | Вексель простой | ян № 001938 | 1/19/2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | | 1,500,000 | 11 | 1/19/2016 | 365 | | 165,000.00 |
| 9 | Вексель простой | дб № 001936 | 12/29/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,000,000 | | 11 | 12/29/2015 | 365 | 110,000.00 | |
| 10 | Вексель простой | дб № 001908 | 12/24/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | | 2,300,000 | 10 | 12/24/2015 | 365 | | 230,000.00 |
| 11 | Вексель простой | дб № 001907 | 12/17/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | | 500,000 | 10 | 12/17/2015 | 365 | | 50,000.00 |
| 12 | Вексель простой | дб № 001906 | 12/15/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 500,000 | | 10 | 12/15/2015 | 365 | 50,000.00 | |
| 13 | Вексель простой | дб № 001904 | 12/10/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,500,000 | | 10 | 12/10/2015 | 365 | 150,000.00 | |
| 14 | Вексель простой | дб № 001902 | 12/3/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 2,000,000 | | 10 | 12/3/2015 | 365 | 200,000.00 | |
| 15 | Вексель простой | нб № 000826 | 11/14/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,500,000 | | 10 | 11/16/2015 | 367 | 150,821.92 | |
| 16 | Вексель простой | нб № 000825 | 11/5/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 1,000,000 | | 10 | 11/5/2015 | 365 | 100,000.00 | |
| 17 | Вексель простой | ок № 000813 | 10/10/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 500,000 | | 10 | 10/12/2015 | 367 | 50,273.97 | |
| 18 | Вексель простой | ок № 000806 | 10/2/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Авагумян К.К. | 500,000 | | 10 | 10/2/2015 | 365 | 50,000.00 | |
| 19 | Вексель простой | сн № 000798 | 9/8/2014 | ФГ Лайф ЗАО | | Авагумян К.К. | 1,000,000 | | 10 | 9/8/2015 | 365 | 100,000.00 | |
| 20 | Вексель простой | ав № 000792 | 8/15/2014 | ФГ Лайф ЗАО | | Авагумян К.К. | 500,000 | | 10 | 8/17/2015 | 367 | 50,273.97 | |
| 21 | Вексель простой | ав № 000785 | 8/6/2014 | ФГ Лайф ЗАО | | Авагумян К.К. | 1,500,000 | | 10 | 8/6/2015 | 365 | 150,000.00 | |
| 22 | Вексель простой | ин № 001958 | 6/30/2015 | Веннoп Трейдинг ЛТД | | Карапетян Д.С. | 1,000,000 | | 10 | 6/30/2016 | 366 | 100,273.97 | |
| 23 | Вексель простой | ин № 001957 | 6/24/2015 | Веннoп Трейдинг ЛТД | | Карапетян Д.С. | 1,000,000 | | 10 | 6/24/2016 | 366 | 100,273.97 | |
| 24 | Вексель простой | ма № 001956 | 5/22/2015 | Веннoп Трейдинг ЛТД | | Карапетян Д.С. | 1,000,000 | | 10 | 5/23/2016 | 367 | 100,547.95 | |
| 25 | Вексель простой | ап № 001955 | 4/4/2015 | Веннoп Трейдинг ЛТД | | Карапетян Д.С. | 1,000,000 | | 10 | 4/4/2016 | 366 | 100,273.97 | |
| 26 | Вексель простой | ян № 001929 | 1/12/2015 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Ренич И. Ф. | 1,110,904 | | 11 | 1/12/2016 | 365 | 122,199.44 | |
| 27 | Вексель простой | ав № 000800 | 8/6/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Ренич И. Ф. | 6,000,000 | | 11 | 8/6/2015 | 365 | 660,000.00 | |
| 28 | Вексель простой | сн № 000802 | 9/12/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Ренич И. Ф. | 1,000,000 | | 11 | 9/14/2015 | 367 | 110,602.74 | |
| 29 | Вексель простой | ав № 000788 | 8/6/2014 | ФГ Лайф ЗАО | ОАО АКБ Пробизнесбанк | Ренич И. Ф. | 14,293,096 | | 11 | 8/6/2015 | 365 | 1,572,240.56 | |
| | Итого по векселям | | | | | | 46,404,000 | 5,000,000 | | | | 4,923,878.36 | 515,575.34 |
| 30 | Договор займа | 0109/11 | 12/9/2014 | Ambika Investments Limited | | Авилон АГ АО | | 22,489,331 | 12 | 12/9/2015 | | | 2,698,719.74 |
| | Всего | | | | | | 46,404,000 | 27,489,331 | | | | 4,923,878.36 | 3,214,295.08 |
| | Курс EUR/USD | 1.059 | | | | | | | | | | | |
| | Итого | 83,843,018.57 USD | | | | | | | | | | | |

AVPE0006125

[Produced in Native Format]

| | |
|---|---|
| **Message** | |
| **From:** | Vitaliy Nikolaevich Popov [/o=avilon-nymm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user5f48af15] |
| on behalf of | Vitaliy Nikolaevich Popov [/o=avilon-nymm/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user5f48af15] |
| **Sent:** | 12/01/2015  1:02:33 PM |
| **To:** | Irina Nikolaevna Monakhova [irina.monakhova@avilon.ru] |
| **Cc:** | Alexander Lazerevich Varshavsky [av@avilon.ru] |
| **Subject:** | RE: documents (regarding PRBB) |
| **Attachments:** | Copies of PRBB loans (3).xlsx |

Please find attached a spreadsheet with a complete calculation of the amount. We are preparing a guarantee and intermediate documents.

The amount is 83.8 million USD.

_____
Best regards,
**Vitaliy Nikolaevich Popov**
Head of the Legal Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradskiy pr-t, d. 43, k. 3
Tel.: + 495 781-8199 ext.: 7040
Fax: +7 495 781-7710
Email: vitaliy.popov@avilon.ru
Http: www.avilon.ru



Click here to learn the latest news

**From:** Irina Nikolaevna Monakhova
**Sent:** Monday, November 30, 2015 7:00 PM
**To:** Vitaliy Nikolaevich Popov
**Cc:** Alexander Lazarevich Varshavsky
**Subject:** RE: documents (regarding PRBB)

Then they should issue a personal guarantee on the obligations of these companies and fulfill them in accordance with the schedule.

_____
Best regards,
**Irina Nikolaevna Monakhova**
Member of the Management Board of Avilon AG
Financial Director of Avilon Group
**AVILON GROUP**
109316, Moscow, Volgogradskiy pr-t, d. 43, k. 2
Tel.: + 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
http: www.avilon-group.ru


Click here to learn the latest news

**From:** Vitaliy Nikolaevich Popov
**Sent:** Monday, November 30, 2015 6:52 PM
**To:** Irina Nikolaevna Monakhova
**Subject:** FW: documents (regarding PRBB)

FYI
_____
Best regards,
**Vitaliy Nikolaevich Popov**
Head of the Legal Department
**Avilon Automobile Group JSC**
109316, Moscow, Volgogradskiy pr-t, d. 43, k. 3
Tel.: + 495 781-8199 ext.: 7040
Fax: +7 495 781-7710
Email: vitaliy.popov@avilon.ru
http: www.avilon.ru


Click here to learn the latest news

From: Maxim Shamis [mailto: 5391146@gmail.com]
Sent: Monday, November 29, 2015 4:42 PM
To: Vitaliy Nikolaevich Popov
Subject: Documents

Vitaliy, good day.

I am sending the main body of documents. According to RIF, approximately 3 million was paid, but the note has not yet been repaid. This needs to be taken into consideration at the time of the transaction.

In this email I am sending copies of the notes.
In the next email, I will send copies of the supplementary agreements. I understand that there were a lot of them. I am sending the most recent. I hope to receive and send the actual loan agreements tomorrow.
I want to point out that your side has all of the documents.

Confidential                                                                                                                    AVPE0006124_T

Please see Native file

Confidential

AVPE0006125_T

| No. | Document | Series, number | Date issued | Debtor | Surety | Creditor | Principal debt | | Interest (annual) | Payment deadline | Number of days | Amount of interest on maturity date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount $ | Amount EUR | | | | $ | EUR |
| 1 | Promissory note | il No. 001962 | 7/13/2015 | Vennop Trading LTD | | K.K. Avagumyan | 500,000 | | 10 | 7/13/2016 | 366 | 50,136.99 | |
| 2 | Promissory note | in No. 001954 | 6/29/2015 | Vennop Trading LTD | | K.K. Avagumyan | 2,000,000 | | 10 | 6/29/2016 | 366 | 200,547.95 | |
| 3 | Promissory note | in No. 001953 | 6/22/2015 | Vennop Trading LTD | | K.K. Avagumyan | 1,500,000 | | 10 | 6/22/2016 | 366 | 150,410.96 | |
| 4 | Promissory note | ap No. 002000 | 4/16/2015 | Vennop Trading LTD | | K.K. Avagumyan | | 700,000 | 10 | 4/18/2016 | 368 | | 70,575.34 |
| 5 | Promissory note | mr No. 001948 | 3/5/2015 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,000,000 | | 11 | 3/4/2016 | 365 | 110,000.00 | |
| 6 | Promissory note | fv No. 001941 | 2/2/2015 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,000,000 | | 11 | 2/2/2016 | 365 | 110,000.00 | |
| 7 | Promissory note | yan No. 001937 | 1/19/2015 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 2,500,000 | | 11 | 1/19/2016 | 365 | 275,000.00 | |
| 8 | Promissory note | yan No. 001938 | 1/19/2015 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | | 1,500,000 | 11 | 1/19/2016 | 365 | | 165,000.00 |
| 9 | Promissory note | db No. 001936 | 12/29/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,000,000 | | 11 | 12/29/2015 | 365 | 110,000.00 | |
| 10 | Promissory note | db No. 001908 | 12/24/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | | 2,300,000 | 10 | 12/24/2015 | 365 | | 230,000.00 |
| 11 | Promissory note | db No. 001907 | 12/17/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | | 500,000 | 10 | 12/17/2015 | 365 | | 50,000.00 |
| 12 | Promissory note | db No. 001906 | 12/15/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 500,000 | | 10 | 12/15/2015 | 365 | 50,000.00 | |
| 13 | Promissory note | db No. 001904 | 12/10/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,500,000 | | 10 | 12/10/2015 | 365 | 150,000.00 | |
| 14 | Promissory note | db No. 001902 | 12/3/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 2,000,000 | | 10 | 12/3/2015 | 365 | 200,000.00 | |
| 15 | Promissory note | nb No. 000826 | 11/14/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,500,000 | | 10 | 11/16/2015 | 367 | 150,821.92 | |
| 16 | Promissory note | nb No. 000825 | 11/5/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 1,000,000 | | 10 | 11/5/2015 | 365 | 100,000.00 | |
| 17 | Promissory note | ok No. 000813 | 10/10/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 500,000 | | 10 | 10/12/2015 | 367 | 50,273.97 | |
| 18 | Promissory note | ok No. 000806 | 10/2/2014 | FG Life CJSC | AKB Probusinessbank OJSC | K.K. Avagumyan | 500,000 | | 10 | 10/2/2015 | 365 | 50,000.00 | |
| 19 | Promissory note | sn No. 000798 | 9/8/2014 | FG Life CJSC | | K.K. Avagumyan | 1,000,000 | | 10 | 9/8/2015 | 365 | 100,000.00 | |
| 20 | Promissory note | av No. 000792 | 8/15/2014 | FG Life CJSC | | K.K. Avagumyan | 500,000 | | 10 | 8/17/2015 | 367 | 50,273.97 | |
| 21 | Promissory note | av No. 000785 | 8/6/2014 | FG Life CJSC | | K.K. Avagumyan | 1,500,000 | | 10 | 8/6/2015 | 365 | 150,000.00 | |
| 22 | Promissory note | in No. 001958 | 6/30/2015 | Vennop Trading LTD | | D.S. Karapetyan | 1,000,000 | | 10 | 6/30/2016 | 366 | 100,273.97 | |
| 23 | Promissory note | in No. 001957 | 6/24/2015 | Vennop Trading LTD | | D.S. Karapetyan | 1,000,000 | | 10 | 6/24/2016 | 366 | 100,273.97 | |
| 24 | Promissory note | ma No. 001956 | 5/22/2015 | Vennop Trading LTD | | D.S. Karapetyan | 1,000,000 | | 10 | 5/23/2016 | 367 | 100,547.95 | |
| 25 | Promissory note | ap No. 001955 | 4/4/2015 | Vennop Trading LTD | | D.S. Karapetyan | 1,000,000 | | 10 | 4/4/2016 | 366 | 100,273.97 | |
| 26 | Promissory note | yan No. 001929 | 1/12/2015 | FG Life CJSC | AKB Probusinessbank OJSC | I.F. Renich | 1,110,904 | | 11 | 1/12/2016 | 365 | 122,199.44 | |
| 27 | Promissory note | av No. 000800 | 8/6/2014 | FG Life CJSC | AKB Probusinessbank OJSC | .F. Renich | 6,000,000 | | 11 | 8/6/2015 | 365 | 660,000.00 | |
| 28 | Promissory note | sn No. 000802 | 9/12/2014 | FG Life CJSC | AKB Probusinessbank OJSC | .F. Renich | 1,000,000 | | 11 | 9/14/2015 | 367 | 110,602.74 | |
| 29 | Promissory note | av No. 000788 | 8/6/2014 | FG Life CJSC | AKB Probusinessbank OJSC | .F. Renich | 14,293,096 | | 11 | 8/6/2015 | 365 | 1,572,240.56 | |
| | Total from notes | | | | | | 46,404,000 | 5,000,000 | | | | 4,923,878.36 | 515,575.34 |

| 30 | Loan agreement | 0109/11 | 12/9/2014 | Ambika Investments Limited | | Avilon AG JSC | | 22,489,331 | 12 | 12/9/2015 | | | 2,698,719.74 |

| Total | | | | | | | 46,404,000 | 27,489,331 | | | | 4,923,878.36 | 3,214,295.08 |
| EUR/USD exchange rate | | | | | | | | | | | | | |
| | | | 1.059 | | | | | | | | | | |
| Grand total | | | 83,843,018.57 USD | | | | | | | | | | |

Confidential

AVPE0006126_T
[Produced in Native Format]