# EXHIBIT 25

**From:** Vitaly Nikolayevich Popov
**Sent:** Monday, July 18, 2016 16:09
**To:** Aleksandr Sergeyevich Kulnev
**Subject:** FW: Absolute Assignment and Transfer of Loans v3.doc

**Attached:**



DA 17_11_2015
PRBB.DOC

Best regards,
**Vitaly Nikolayevich Popov**
Director
Legal Department
**UK AkitA**
Room 3, 43 Volgogradsky Pr-the, Moscow 109316
Tel.: +7 495 781-8199 ext.: 7660
Email: vitaliy.popov@akita.ru
Http: www.akita.ru



**From:** Vitaly Nikolayevich Popov
**Sent:**  Wednesday, November 18, 2015 4:46 PM
**To:** 'Maxim Shamis'
**Subject:** RE: Absolute Assignment and Transfer of Loans v3.doc

Good afternoon, Maksim,

Further to our conversation, I am sending you the draft master agreement. In our view it reflects the basic arrangements that have been agreed upon. Please look it over.

Best regards,
**Vitaly Nikolayevich Popov**
Director
Legal Department
Management Company AkitA
109316, Moscow, Volgogradskiy pr-t., d. 43, k. 3
Office:  +7 495 781-8199, ext. 7660
E-mail:  vitaliy.popov@akita.ru.com
Http:       www.akita.ru.com

AVP0002705



<u>Click here to get the latest news</u>

**From:** Maxim Shamis [mailto:maxim.shamis@gmail.com]
Sent: Monday, November 16, 2015 7:53 PM
**To:** Vitaly Nikolayevich Popov
Subject: Fwd: Absolute Assignment and Transfer of Loans v3.doc

Good evening, Vitaly!

When can we discuss this issue?

-----Forwarded **message**-----
From: **azheleznyak777** <azheleznyak777@gmail.ru>
Date: Monday, November 16, 2015
Subject: Re: Absolute Assignment and Transfer of Loans v3.doc
To: Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru>
Cc: Kamo Kimovich Avagumyan <ak@avilon.ru>, Aleksandr Lazarevich Varshavsky <av@avilon.ru>, "Bob Stahl (rstahl@stahlesq.com)" <rstahl@stahlesq.com>, Max <maxim.shamis@gmail.com>, Vitaly Nikolayevich Popov <vitaliy.popov@avilon.ru>

Exactly!

Best regards, Alex!

At 14:26 on November 16, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

Excellent. Vitaly Popov will handle it on our end.

He will get in touch with Maksim in your end.

This way I think we'll be able to sign quickly.

AVP0002706

Best regards,

**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Room 2, 43 Volgogradsky Pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru

<u>Click here to get the latest news</u>

**From:** azheleznyak777 [<u>mailto:azheleznyak777@gmail.com</u>]
**Sent:** Monday, November 6, 2015 5:24 PM
**To:** Irina Nikolayevna Monakhova
**Cc:** Kamo Kimovich Avagumyan; Aleksandr Lazarevich Varshavsky, "Bob Stahl (rstahl@stahlesq.com)"; Max
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Good afternoon, Irina Nikolayevna! We have yet to receive a reply to the letter our lawyers send on November 3. Let's appoint coordinators to handle the process from both our ends. I think things will go faster that way. Maksim Shamis will handle it on our end. He is the one who helped make the payment the first time.

3

AVP0002707

Best regards, Alex!

At 15:47 on November 3, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

Aleksandr Dmitriyevich,

Our lawyer, Robert Stahl, has been unable to reach you.

Specifically, Will Phillips. It seems he is out of the loop.

He recommended someone else, Mr. Yaron Kupfer.

But Robert couldn't reach him either.

Could you give us the contact information of the lawyer who is handling this matter, and copy him on your reply.

I am also copying Robert Stahl on this email.

Thanks.

Best regards,

4

AVP0002708

**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Room 2, 43 Volgogradsky Pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru

Click here to get the latest news

**From:** Irina Nikolayevna Monakhova
**Sent:** Monday, October 26, 2015 6:27 PM
**To:** 'azheleznyak777'
**Cc:** Kamo Kimovich Avagumyan; Aleksandr Lazarevich Varshavsky
**Subject:** RE: Absolute Assignment and Transfer of Loans v3.doc

Robert Stahl

rstahl@stahlesq.com

Best regards,

5

AVP0002709

**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Room 2, 43 Volgogradsky Pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru

Click here to get the latest news


**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Saturday, October 24, 2015 9:39 AM
**To:** Irina Nikolayevna Monakhova
**Cc:** Kamo Kimovich Avagumyan; Aleksandr Lazarevich Varshavsky
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Good morning! Send me the attorney's details so I can pass them on to Covington.

Best regards, Alex!


At 0:42 on Oct. 24, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

Aleksandr Dmitriyevich,

6

AVP0002710

Here is the schedule I sent to our attorney today.

He should be reaching out to you.

| AVILON | USD | |
|---|---|---|
| | $ | % |
| 15.01.16 | 13 000 | 87 |
| 15.03.16 | 12 000 | 299 |
| 15.05.16 | 12 000 | 234 |
| 15.07.16 | 12 000 | 164 |
| 15.10.16 | 8 000 | 141 |
| 15.01.17 | 5 000 | 71 |
| 15.04.17 | 3 000 | 26 |
| | | |
| | 65 000 | 1 022 |

Best regards,

**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**

7

Room 2, 43 Volgogradsky Pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru

Click here to get the latest news

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Thursday, October 22, 2015 3:27 PM
**To:** Irina Nikolayevna Monakhova
**Cc:** Kamo Kimovich Avagumyan; Aleksandr Lazarevich Varshavsky
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Good afternoon, Irina Nikolayevna! Will is waiting for you to send him the information. I spoke with Leontyev yesterday, and they are waiting to receive the letter for discussion.

Best regards, Alex!

At 17:00 on Oct. 21, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

Aleksandr Dmitriyevich,

I would like to clarify a few things about this 19 million.

1) Should I take care of this agreement simultaneously with the agreement for the remaining sum?

8

AVP0002712

2) If so, who will be signing it on your end?

3) Has an understanding been reached as to the schedule for this amount?


Best regards,

**Irina Nikolayevna Monakhova**
Member of the Management Board of Avilon AG
Chief Financial Officer of Avilon Group
**AVILON GROUP**
Room 2, 43 Volgogradsky Pr-t, Moscow
Tel.: +7 495 781-8197
Fax: +7 495 730-4449
Email: irina.monakhova@avilon.ru
Http: www.avilon-group.ru


Click here to get the latest news


**From:** azheleznyak777[mailto:azheleznyak777@gmail.com]
**Sent:** Wednesday, October 21, 2015 10:17 AM
**To:** Irina Nikolayevna Monakhova
**Cc:** Kamo Kimovich Avagumyan; Aleksandr Lazarevich Varshavsky
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

9

AVP0002713

-

Good afternoon!

I think Leontyev and I will be signing it. The guarantees, as I understand it, will consist in an agreement entered into under US law. But all of this will need to be discussed with Covington. The 19 million will have to be taken out of this amount. There will be a separate agreement for it, with someone else.

Best regards, Alex!

At 9:42 PM on Oct. 20, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

Aleksandr Dmitriyevich,

-

I am sending you our version of the schedule according to which we would like to receive the money.

-

For us it is vitally important to receive all of the funds no later than the date indicated in the schedule. Otherwise we will not be able to perform our obligations.

-

If you don't mind, I'll send it to your lawyer so he can get to work on it.

-

If I understand correctly, we are going to work with him to come up with a document stating that you (your side) will repay the funds according to the schedule.

-

I have several questions that I am sure your lawyer will have as well.

10

AVP0002714

-

<u>Who will be signing on your end?</u>

-

<u>What kind of guarantees can you provide?</u>

-

-

| AVILON | USD | |
|---|---|---|
| - | $ | % |
| 15.01.16 | 15 000 | - |
| 15.03.16 | 15 000 | *584* |
| 15.05.16 | 15 000 | *396* |
| 15.07.16 | 15 000 | *224* |
| 15.10.16 | 10 000 | *129* |
| 15.01.17 | 8 | |
| 15.04.17 | 5 000 | *7* |
| - | - | - |
| - | **83 000** | **1 396** |

-

-

_____

<u>Best regards,</u>

**Irina Nikolayevna Monakhova**

<u>Management Team Avilon AG</u>

<u>Financial Director Avilon GK</u>

**<u>AVILON GROUP</u>**

<u>Room 2, 43 Volgogradsky Pr-t, Moscow</u>

11

AVP0002715

Tel.:      +7 495 781-8197

Fax:       +7 495 730-4449

Email: irina.monakhova@avilon.ru

Http:      www.avilon-group.com

Click here to get the latest news

-

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Friday, October 16, 2015 1:32 AM
**To:** Irina Nikolayevna Monakhova
**Cc:** Aleksandr Lazarevich Varshavsky; Kamo Kimovich Avagumyan; Katya PWC; Max
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

-

Irina, good morning or afternoon, whichever it is where you are! I am sending you contact information so you can discuss the dates and procedures for paying back the rest of the money. We presented the schedule, which Aleksandr wasn't happy with, and we would like to hear your perspective on the dates. You can discuss all of the nuances with the attorney and draft the agreement and repayment procedures together. Yekaterina has already spoken with them. He is in Singapore at the moment and will be back on Monday, but you can write to him in any case. If you have any problems, I am at your service.

**C. William Phillips**

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1081 | cphillips@cov.com
www.cov.com

Best regards, Alex!

At 11:24 AM on Sep. 17, 2015, Irina Nikolayevna Monakhova <irina.monakhova@avilon.ru> wrote:

12

AVP0002716

<Absolute assignment and transfer of loans.pdf>

<mime-attachment>

13

AVP0002717

**From:** Попов Виталий Николаевич
**Sent:** Monday, July 18, 2016 16:09
**To:** Кульнев Александр Сергеевич
**Subject:** FW: Absolute Assignment and Transfer of Loans v3.doc

**Attached:**



DA 17_11_2015
PRBB.DOC

_____
С уважением,
**Попов Виталий Николаевич**
Директор
Юридический департамент
**УК "АкитА"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7660
E-mail:  vitaliy.popov@akita.ru
Http:    www.akita.ru



**From:** Попов Виталий Николаевич
**Sent:** Wednesday, November 18, 2015 4:46 PM
**To:** 'Maxim Shamis'
**Subject:** RE: Absolute Assignment and Transfer of Loans v3.doc

Максим, добрый день,

Согласно нашего разговора высылаю проект базового соглашения, в нашем понимании он отражает основные текущие договоренности. Посмотрите пож-та.

_____
С уважением,
**Попов Виталий Николаевич**
Руководитель юридического департамента
**АО "Авилон Автомобильная Группа"**
109316, г.Москва, Волгоградский пр-т., д.43, к.3
Тел.:   +7 495 781-8199 доб.: 7040
Факс:   +7 495 781-7710
E-mail:  vitaliy.popov@avilon.ru
Http:    www.avilon.ru

AVP0002705



Кликните здесь, чтобы узнать актуальные новости

**From:** Maxim Shamis [mailto:maxim.shamis@gmail.com]
**Sent:** Monday, November 16, 2015 7:53 PM
**To:** Попов Виталий Николаевич
**Subject:** Fwd: Absolute Assignment and Transfer of Loans v3.doc

Виталий, добрый вечер!

Когда сможем обсудить данный вопрос?

---------- Пересылаемое сообщение ---------
От: **azheleznyak777** <azheleznyak777@gmail.com>
Дата: понедельник, 16 ноября 2015 г.
Тема: Re: Absolute Assignment and Transfer of Loans v3.doc
Кому: Монахова Ирина Николаевна <irina.monakhova@avilon.ru>
Копия: Авагумян Камо Кимович <ak@avilon.ru>, Варшавский Александр
Лазаревич <av@avilon.ru>, "Bob Stahl (rstahl@stahlesq.com)"
<rstahl@stahlesq.com>, Макс <maxim.shamis@gmail.com>, Попов Виталий
Николаевич <vitaliy.popov@avilon.ru>

Точно!

Best regards,Alex!

16 нояб. 2015 г., в 14:26, Монахова Ирина Николаевна
<irina.monakhova@avilon.ru> написал(а):

Отлично, от нас будет Виталий Попов.

Он свяжется с Вашим Максимом.

Так я думаю мы быстро подпишемся.

2

_____

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

Москва, Волгоградский пр-т., д.43, к.2

Тел.:    +7 495 781-8197

Факс:   +7 495 730-4449

E-mail:    irina.monakhova@avilon.ru

Http:     www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

> **From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
> **Sent:** Monday, November 16, 2015 5:24 PM
> **To:** Монахова Ирина Николаевна
> **Cc:** Авагумян Камо Кимович; Варшавский Александр Лазаревич; Bob Stahl (rstahl@stahlesq.com); Макс
> **Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

> Ирина Николаевна,добрый день! Письмо от 3 ноября наших адвокатов осталось без ответа. Давайте поставим координаторов процесса от нас и Вас. Мне кажется,дело пойдет быстрее. От нас будет Максим Шамис,кто и в первом случае помогал делать платеж.

3

AVP0002707

Best regards, Alex!


3 нояб. 2015 г., в 15:47, Монахова Ирина Николаевна
<irina.monakhova@avilon.ru> написал(а):

Александр Дмитриевич,


Наш адвокат, Роберт Сталл, безуспешно пытался связаться с Вашим .


Конкретно с Will  Phillips. Он оказался не в курсе.


Порекомендовал другого , г-на Yaron Kupfer.


Но тот тоже с ним не связался.


Вы не могли бы нам дать контакты юриста, занимающегося этим
вопросом, и поставить его в копию.


Как я ставлю Роберта Сталла в этом письме.



Спасибо.


_____

С уважением,

4

AVP0002708

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

Москва, Волгоградский пр-т., д.43, к.2

Тел.:     +7 495 781-8197

Факс:    +7 495 730-4449

E-mail:   irina.monakhova@avilon.ru

Http:      www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

> **From:** Монахова Ирина Николаевна
> **Sent:** Monday, October 26, 2015 6:27 PM
> **To:** 'azheleznyak777'
> **Cc:** Авагумян Камо Кимович; Варшавский Александр Лазаревич
> **Subject:** RE: Absolute Assignment and Transfer of Loans v3.doc

> Robert Stahl
>
> rstahl@stahlesq.com
>
> _____
>
> С уважением,

AVP0002709

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

Москва, Волгоградский пр-т., д.43, к.2

Тел.:      +7 495 781-8197

Факс:      +7 495 730-4449

E-mail:      irina.monakhova@avilon.ru

Http:      www.avilon-group.ru

новости
Кликните здесь, чтобы узнать актуальные новости

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Saturday, October 24, 2015 9:39 AM
**To:** Монахова Ирина Николаевна
**Cc:** Авагумян Камо Кимович; Варшавский Александр Лазаревич
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Доброе утро! Сообщите данные адвоката,чтобы я мог их отправить в Covington .

Best regards,Alex!

24 окт. 2015 г., в 0:42, Монахова Ирина Николаевна <irina.monakhova@avilon.ru> написал(а):

Александр Дмитриевич,

6

AVP0002710

Вот график , который я сегодня отправила нашему адвокату .

Он должен связаться с Вашим.

| AVILON | USD | |
|--------|-----|-----|
| | $ | % |
| 15.01.16 | 13 000 | 87 |
| 15.03.16 | 12 000 | 299 |
| 15.05.16 | 12 000 | 234 |
| 15.07.16 | 12 000 | 164 |
| 15.10.16 | 8 000 | 141 |
| 15.01.17 | 5 000 | 71 |
| 15.04.17 | 3 000 | 26 |
| | | |
| | 65 000 | 1 022 |

---------------------

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

7

AVP0002711

Москва, Волгоградский пр-т., д.43, к.2

Тел.:      +7 495 781-8197

Факс:     +7 495 730-4449

E-mail:    irina.monakhova@avilon.ru

Http:      www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Thursday, October 22, 2015 3:27 PM
**To:** Монахова Ирина Николаевна
**Cc:** Авагумян Камо Кимович; Варшавский Александр Лазаревич
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Ирина Николаевна,добрый день! Will ждет от Вас информации,я вчера разговаривал с Леонтьевым и они ждут письма для обсуждения.

Best regards,Alex!

21 окт. 2015 г., в 17:00, Монахова Ирина Николаевна <irina.monakhova@avilon.ru> написал(а):

Александр Дмитриевич,

Хотела уточнить по этим 19 млн.

1)   Заниматься ли мне этим договором одновременно с договором на оставшуюся сумму ?

8

AVP0002712

2)    Если да, то кто с Вашей стороны будет по нему подписантом?

3)    Есть ли понимание по срокам на эту сумму?

_____

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

Москва, Волгоградский пр-т., д.43, к.2

Тел.:      +7 495 781-8197

Факс:     +7 495 730-4449

E-mail:    irina.monakhova@avilon.ru

Http:       www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

-

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Wednesday, October 21, 2015 10:17 AM
**To:** Монахова Ирина Николаевна
**Cc:** Авагумян Камо Кимович; Варшавский Александр Лазаревич
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

9

AVP0002713

-

Добрый день!

Я думаю,что подписывать будет Леонтьев и я.
Гарантии ,как я понимаю будет договор заключенный
по американскому праву. Это все и нужно обсудить с
Covington. Из этой суммы нужно убрать 19 млн. На нее
будет отдельный договор,с другим человеком.

Best regards,Alex!


20 окт. 2015 г., в 21:42, Монахова Ирина Николаевна
<irina.monakhova@avilon.ru> написал(а):

Александр Дмитриевич,

-

Направляю Вам наш вариант графика , в соответствии
с которым мы хотели бы получать деньги.

-

Для нас критически важно получить все средства не
позднее указанной в графике даты. В противном случае
мы не сможем исполнить наши обязательства.

-

Если Вы не возражаете , я отправлю его в работу
Вашему юристу.

-

Если я правильно понимаю, в результате нашей с ним
работы должен родится документ, согласно которого
Вы ( Ваша сторона ) обязуетесь возвратить средства в
соответствии с графиком.

-

У меня несколько вопросов , которые , уверена , будут и
у Вашего юриста.

10

AVP0002714

-

Кто будет подписантом с Вашей стороны?

-

Какого рода гарантии Вы могли бы предоставить?

-

-

| АВИЛОН | USD | |
|---|---|---|
| | $ | % |
| 15.01.16 | 15 000 | - |
| 15.03.16 | 15 000 | _584_ |
| 15.05.16 | 15 000 | _396_ |
| 15.07.16 | 15 000 | _224_ |
| 15.10.16 | 10 000 | _129_ |
| 15.01.17 | 8 | |
| 15.04.17 | 5 000 | _7_ |
| - | - | |
| - | **83 000** | **1 396** |

-

-

_____

С уважением,

**Монахова Ирина Николаевна**

Член Правления Авилон АГ

Финансовый Директор ГК Авилон

**A V I L O N   G R O U P**

Москва, Волгоградский пр-т., д.43, к.2

11

AVP0002715

Тел.:        +7 495 781-8197

Факс:        +7 495 730-4449

E-mail:        irina.monakhova@avilon.ru

Http:        www.avilon-group.ru

Кликните здесь, чтобы узнать актуальные новости

**From:** azheleznyak777 [mailto:azheleznyak777@gmail.com]
**Sent:** Friday, October 16, 2015 1:32 AM
**To:** Монахова Ирина Николаевна
**Cc:** Варшавский Александр Лазаревич; Авагумян Камо Кимович; Катя PWC; Макс
**Subject:** Re: Absolute Assignment and Transfer of Loans v3.doc

Ирина,доброго времени суток! Направляю Вам контакты для обсуждения сроков и порядка возврата оставшихся денег. Мы представляли график,который не устроил Александра и просим дать Ваше видение по срокам. Все нюансы можно обсудить с адвокатом и совместно подготовить договор и порядок возврата. Екатерина с ними уже общалась. Он находится сейчас в Сингапуре и будет в понедельник,но в любом случае ему можно написать. В случае каких либо проблем,я к Вашим услугам.

**C. William Phillips**

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1081 | cphillips@cov.com
www.cov.com

Best regards,Alex!

17 сент. 2015 г., в 11:24, Монахова Ирина Николаевна <irina.monakhova@avilon.ru> написал(а):

12

<Absolute assignment and transfer of loans.pdf>

<mime-attachment>

13

AVP0002717