# EXHIBIT 27

# REDACTED CONTENT
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————————————————————

SERGEY LEONTIEV,

                        Plaintiff,

          -against-

ALEXANDER VARSHAVSKY,

                        Defendant.

Case No. 1:16-cv-03595-JSR

————————————————————————————————

                        January 9, 2017

                        10:14 a.m.


                *** CONFIDENTIAL ***

                DEPOSITION of IRINA ZUBIY, taken

by Defendant, pursuant to Notice, held at

the offices of DEBEVOISE & PLIMPTON LLP,

919 Third Avenue, New York, New York

before Wayne Hock, a Notary Public of the

State of New York.

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
      GIBSON, DUNN & CRUTCHER LLP
 4    Attorneys for Plaintiff
              200 Park Avenue
 5            New York, New York 10166
 6    BY:     ALISON L. WOLLIN, ESQ., of
              counsel
 7            awollin@gibsondunn.com
              MASHA BRESNER, ESQ.
 8            mbresner@gibsondunn.com
 9
10
      DEBEVOISE & PLIMPTON LLP
11    Attorneys for Defendant
              919 Third Avenue
12            New York, New York 10022
13    BY:     SEAN HECKER, ESQ.
              shecker@debevoise.com
14            ALISA MELEKHINA, ESQ.
              amelekhina@debevoise.com
15
16
17
      ALSO PRESENT:
18
19            JONATHAN POPHAM, Videographer
              ANNA MAZUROVA, Interpreter
20            JONATHAN REICH
21                  *       *       *
22
23
24
25
```

```
 1              I. Zubiy -- CONFIDENTIAL
 2        Mr. Zheleznyak are privileged for
 3        purposes of this litigation?
 4              MS. WOLLIN: Ms. Zubiy is an
 5        employee of Grid Market Research, Mr.
 6        Zheleznyak is a director of Grid
 7        Market Research, and Mr. Reich is the
 8        general counsel, so their
 9        conversations are privileged.
10              MR. HECKER: As it relates to
11        this litigation?
12              MS. WOLLIN: As it relates to
13        anything for which they're seeking Mr.
14        Reich's advice.
15        Q.    Putting aside discussions that
16   you had with Mr. Zheleznyak in which Mr.
17   Reich participated, have you separately
18   had discussions with Mr. Zheleznyak about
19   your deposition testimony in this case?
20        A.    No.
21        Q.    Have you had any discussions
22   with Sergey Leontiev in connection with
23   your deposition in this case?
24        A.    No.
25        Q.    Do you have a family
```

1              I. Zubiy -- CONFIDENTIAL

2    relationship with Mr. Zheleznyak?

3        A.     Yes, I do.

4        Q.     And what is the nature of that

5    relationship?

6        A.     He is the husband of my cousin.

7        Q.     So Mr. Zheleznyak's wife is your

8    cousin?

9        A.     Yes.

10       Q.     Is she your first cousin?

11       A.     I don't understand the question.

12              What do you mean?

13       Q.     Okay.

14              How is it that you're cousins?

15       A.     My mother and her dad are sister

16   and brother.

17       Q.     Are you familiar with the term

18   "first cousin?"

19       A.     No.

20              Okay.  Cousin.

21       Q.     Ms. Zubiy, where do you live

22   now?

23       A.     In Boston.

24       Q.     And how long have you lived in

25   Boston?

Page 15

```
 1              I. Zubiy -- CONFIDENTIAL
 2    2011, did you obtain employment?
 3         A.    Yes.
 4         Q.    Where did you work?
 5         A.    In Probusinessbank.
 6         Q.    And was that beginning in June
 7    of 2011?
 8         A.    No, it was August, 2011.
 9         Q.    And how did you obtain your
10    position at Probusinessbank?
11         A.    Mr. Zheleznyak recommended me to
12    be a part of Probusinessbank.
13         Q.    What part?
14         A.    Start working in
15    Probusinessbank.
16         Q.    Right.
17               Which part of the bank?
18         A.    In risk management.
19         Q.    Did Mr. Zheleznyak hire you to
20    work in risk management?
21         A.    No.
22         Q.    Who hired you?
23         A.    Lavraytis.
24         Q.    Can you spell that?
25         A.    L A V R A Y T I S.
```

```
 1              I. Zubiy -- CONFIDENTIAL
 2      Q.      Lavraytis?
 3      A.      Uh-huh.
 4      Q.      Is that a male or a female?
 5      A.      A male.
 6      Q.      What was his role?
 7      A.      At that time he was the head of
 8  the risk department.
 9      Q.      How many people worked in the
10  risk department, approximately?
11      A.      Ten.
12      Q.      And did you report to Mr.
13  Lavraytis while working in the risk
14  department?
15      A.      Not from the beginning.
16      Q.      Okay.
17              Who did you report to at the
18  beginning?
19      A.      Yuliya.
20      Q.      Yuliya?
21      A.      I forget her full name.
22      Q.      Male or female?
23      A.      Female.
24      Q.      And you don't remember the last
25  name of Ms. Yuliya?
```

1              I. Zubiy -- CONFIDENTIAL

2       A.    No.

3       Q.    And what specifically did you do

4  when you began working in the risk

5  department in August, 2011?

6       A.    I looked through the financial

7  statements of the company and decide

8  whether to give a loan or not.  We work

9  with corporate clients only.

10      Q.    Okay.

11            So were you assessing the risk

12  of corporate clients that were seeking

13  financing from Probusinessbank?

14      A.    Yes.

15      Q.    And how long did you do that?

16      A.    For two years.

17      Q.    And what were the kinds of

18  information -- what was the --

19            MR. HECKER: Strike that.

20      Q.    What did you -- what type of

21  information did you review in deciding

22  whether or not to extend a loan to a

23  potential borrower of Probusinessbank?

24      A.    Financial statements of the

25  company for couple of years and reports

```
1              I. Zubiy -- CONFIDENTIAL
2    from the business team that described the
3    client, the relationship with the client,
4    about the business of the client, and so
5    on.
6         Q.    Any other information that you
7    would review in deciding whether or not to
8    extend a loan to a potential borrower from
9    Probusinessbank?
10        A.    A report from security of the
11   bank.  They provide the report about the
12   client and his business.
13        Q.    Did you say from the security
14   department?
15        A.    Yes.
16        Q.    Was that a due diligence report?
17        A.    Sort of, yes.
18        Q.    How did you learn what types of
19   information you were supposed to review
20   before deciding whether Probusinessbank
21   could extend financing to a potential
22   borrower?
23        A.    It was all written in
24   Probusinessbank reports how you should
25   assess the client right.
```

```
                                           Page 19

 1            I. Zubiy -- CONFIDENTIAL

 2       Q.    There were policies around that

 3   issue?

 4       A.    Yes.

 5       Q.    And did you receive training

 6   from other employees about how to conduct

 7   the risk assessment of potential borrowers

 8   of the bank?

 9       A.    Yes.

10       Q.    You said that Mr. Zheleznyak,

11   your cousin by marriage, recommended you

12   to risk management to be hired; is that

13   correct?

14       A.    Yes.

15       Q.    How long after he recommended

16   you for employment were you hired?

17       A.    I would say two weeks.  During

18   this two weeks, we had major training

19   where you can look at a department of the

20   bank and see and know that specific.

21       Q.    You understood that Mr.

22   Zheleznyak was one of the owners of the

23   bank; is that correct?

24            MS. WOLLIN: Objection to form.

25       Q.    You can answer.
```

```
                                          Page 20

 1            I. Zubiy -- CONFIDENTIAL
 2       A.    Yes.
 3       Q.    And did you also understand that
 4  Sergey Leontiev was an owner of the bank?
 5       A.    I knew that he was the president
 6  of the bank.
 7       Q.    And did you know that he was an
 8  owner of the bank as well?
 9            MS. WOLLIN: Objection to the
10       form.
11            THE WITNESS:  Yes.
12       Q.    And did you know -- did you have
13  an understanding that Mr. Zheleznyak and
14  Mr. Leontiev were partners?
15            MS. WOLLIN: Objection to the
16       form.
17            THE WITNESS:  Yes.
18       Q.    And did you have an
19  understanding of how long they had been
20  partners?
21       A.    For a long time.
22       Q.    Did you meet Mr. Leontiev before
23  you began working at Probusinessbank?
24       A.    Yes.
25       Q.    When did you first meet Mr.
```

```
                                    Page 21
 1            I. Zubiy -- CONFIDENTIAL
 2   Leontiev?
 3        A.    I don't remember.
 4        Q.    Was it when you were a young
 5   child?
 6        A.    No.
 7        Q.    Do you think it was while you
 8   were in university?
 9        A.    It might be.
10        Q.    And were you introduced by Mr.
11   Zheleznyak to Mr. Leontiev?
12        A.    Yes.
13        Q.    What did Mr. Zheleznyak say to
14   you about his relationship with Mr.
15   Leontiev when you first met Mr. Leontiev?
16        A.    Mr. Zheleznyak always said that
17   it's his friend.
18        Q.    Other than Mr. Zheleznyak and
19   Mr. Leontiev, did you have an
20   understanding about whether there were
21   other owners of Probusinessbank?
22        A.    Yes.
23        Q.    Who did you understand the other
24   owners to be?
25        A.    Edward Panteleev and Edward
```

```
                                        Page 22
 1            I. Zubiy -- CONFIDENTIAL
 2    Bikmaev.
 3        Q.    Was the first person you
 4    mentioned last name Panteleev?
 5        A.    Yes, P A N T E L E V.  No, I
 6    think there is like L E E V.
 7        Q.    Anyone else that you understood
 8    to be an owner of the bank?
 9        A.    Only those four.
10        Q.    Did you understand that Mr.
11    Leontiev was the majority owner of the
12    bank?
13        A.    Yes.
14        Q.    And ultimately you worked for
15    Mr. Leontiev as president of the bank;
16    right?
17        A.    I worked for bank.
18        Q.    And he was the president of the
19    bank?
20        A.    He was the president of the
21    bank.
22        Q.    And if he gave instructions, you
23    followed them?
24        A.    I reported to Yuliya and to Mr.
25    Lavraytis at that time.
```

```
 1              I. Zubiy -- CONFIDENTIAL
 2       Q.      Right.
 3               My question to you is if Mr.
 4   Leontiev gave you instructions to take
 5   some action while he was president of the
 6   bank, did you follow those instructions?
 7               MS. WOLLIN: Objection.  Asked
 8       and answered.
 9       Q.      You can answer.
10       A.      I would always confirm with Mr.
11   Lavraytis.
12       Q.      You said that you worked in risk
13   management --
14               MR. HECKER: Sorry, strike that.
15       Q.      You said you worked in the risk
16   department for two years beginning in
17   August, 2011; is that right?
18       A.      Yes.
19       Q.      Did you obtain a different job
20   after two years in the risk department?
21       A.      No.
22       Q.      So did you remain in the risk
23   department in 2013?
24       A.      Until September.
25       Q.      Of 2013?
```

```
                                            Page 24
 1              I. Zubiy -- CONFIDENTIAL
 2        A.    Yes.
 3        Q.    And what was --
 4        A.    Can I correct it?
 5        Q.    Please.
 6        A.    In September, 2013, I went to
 7   United Kingdom to obtain my master's
 8   degree but I still remained an employee of
 9   the bank, so yes.
10        Q.    So in 2013, you moved to London
11   to begin studying for a master's; is that
12   correct?
13        A.    No.
14        Q.    No?
15        A.    I moved to Nottingham.
16        Q.    Nottingham.  I apologize.
17              So you moved to Nottingham.
18              Where did you study in
19   Nottingham?
20        A.    In Nottingham University.
21        Q.    And you began that in 2013?
22        A.    Yes.
23        Q.    How long did it take you to --
24   did you obtain a master's degree?
25        A.    Yes.
```

```
                                              Page 25
 1            I. Zubiy -- CONFIDENTIAL
 2     Q.     When?
 3     A.     In December, 2014.
 4     Q.     So it was a three-month program?
 5     A.     A year and three months.
 6     Q.     December, 2014?
 7     A.     '14.
 8     Q.     Sorry.
 9            And were you a full-time student
10   during that period?
11     A.     Yes.
12     Q.     But is it your testimony that
13   you continued doing some work for
14   Probusinessbank while you were a full-time
15   student?
16     A.     Yes.
17     Q.     How many hours a week were you
18   working for Probusinessbank during the
19   time you were in Nottingham as a full-time
20   student?
21     A.     Not much, not many.
22     Q.     More than five hours a week?
23     A.     No.
24     Q.     Okay.
25            So you did very little work
```

```
                    I. Zubiy -- CONFIDENTIAL
 1
 2   during the time you were a full-time
 3   student?
 4        A.    Yes.
 5        Q.    What was your master's in?
 6        A.    Risk management.
 7        Q.    And when you graduated in
 8   December, 2014, what did you do next in
 9   terms of employment, if anything?
10        A.    I start working for Wonderworks.
11        Q.    Before I turn to Wonderworks, am
12   I correct that in December, 2014 after
13   receiving your master's degree you moved
14   to London; is that right?
15        A.    Yes.
16        Q.    Okay.
17              And when you moved to London,
18   did you begin working for Wonderworks
19   immediately at that point in December,
20   2014?
21        A.    No.
22        Q.    When did you start working for
23   Wonderworks?
24        A.    The beginning of 2015.
25        Q.    So putting aside the fewer than
```

Page 40

1            I.  Zubiy  --  CONFIDENTIAL



Page 41

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 42

1

2

3

4

5

6

7

8

9

10

11

12

13     Q.    What happened in December, 2015?

14     A.    Mr. Leontiev was no longer the

15  beneficial owner of Wonderheart.

16     Q.    Did he sell his interest in

17  Wonderheart?

18     A.    I don't know.

19           (CONTINUED IN SEPARATE

20      CONFIDENTIAL BOOK)

21

22

23

24

25

Page 43



Page 44

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 45



1

2

3      Q.      Are you familiar with someone

4   named Natalia Abramova?

5      A.      Yes.

6      Q.      Did Ms. Abramova work with Ms.

7   Vyulkova?

8      A.      No.

9      Q.      Are you familiar with someone

10  named Ms. Krisyuk?

11     A.      Yes.

12     Q.      And who is that?

13     A.      Former employee of the bank.

14     Q.      Did she work with Ms. Vyulkova?

15     A.      No.

16     Q.      What was Ms. Krisyuk's role at

17  Probusinessbank?

18     A.      She used to work for VIP

19  department of the bank.

20     Q.      And how do you know that?

21     A.      Their office located at the same

22  -- at Avilon building.

23     Q.      So during the time you worked at

24  Probusinessbank, you had occasion to

25  interact with Ms. Krisyuk?

Page 48

```
 1              I. Zubiy -- CONFIDENTIAL
 2    Wonderworks, did you have occasion to
 3    understand what Ms. Vyulkova's role was at
 4    Probusinessbank?
 5         A.    No.
 6         Q.    Are you familiar with someone
 7    named Nataliya Kudryakove?
 8         A.    Yes, I think it might be the one
 9    that worked for Aleksandra Vyulkova.
10         Q.    And what was her role?
11         A.    She was in Aleksandra Vyulkova's
12    team.
13
14
15
16
17
18
19
20
21
22
23         Q.    And did you have an
24    understanding of whether they managed
25    other companies not reflected on
```

Page 50

1                I. Zubiy -- CONFIDENTIAL

2        Q.     What was your understanding of

3    why all those other companies were

4    created?

5        A.     I don't know.

6        Q.     Well, how did you learn about

7    the fact that Ms. Vyulkova's team managed

8    a number of companies that were not

9    reflected on the bank's balance sheet?

10       A.     At some point I start managing

11   them.

12       Q.     And when did that point come?

13       A.     It depend on the companies.

14       Q.     When was the first time you

15   began managing a company that had been set

16   up by Ms. Vyulkova or one of her team

17   members that was not owned by

18   Probusinessbank?

19              MS. WOLLIN: Objection to form.

20       Q.     You can answer.

21       A.     I think it was August, 2015 or

22   maybe September, 2015.

23       Q.     And do you understand when the

24   Probusinessbank license was revoked by the

25   Central Bank?

```
                                          Page 51
 1           I. Zubiy -- CONFIDENTIAL
 2      A.     Yes.
 3      Q.     When was that?
 4      A.     August 12, 2015.
 5      Q.     So was it soon after the license
 6  of Probusinessbank was revoked that Ms.
 7  Vyulkova handed off to you responsibility
 8  for managing these companies that had been
 9  created by her team?
10           MS. WOLLIN: Objection.
11      Foundation.
12           THE WITNESS:  Not all of them,
13      but yes.
14      Q.     Which ones?
15      A.     Life-Sreda Holdings Limited,
16  Life-Sreda Luxemburg, LifePay Cyprus, and
17  some other companies.
18      Q.     What's the word after Life?
19      A.     Sreda, S R E D A.
20      Q.     Putting aside the Life companies
21  that you mentioned, were there other
22  off-balance-sheet companies that you
23  assumed responsibility for managing their
24  operations after August of 2015?
25      A.     Yes.
```

```
                                        Page 52
 1            I. Zubiy -- CONFIDENTIAL
 2       Q.      Which ones?
 3       A.      In August, 2016 I start managing
 4   a couple of companies, for example Ambika
 5   Investments Limited, Vermenda.
 6       Q.      And Valkera?
 7       A.      Yes.
 8       Q.      And is it your understanding
 9   those companies were previously managed by
10   Ms. Vyulkova or her team members?
11       A.      Yes.
12       Q.      And how did you learn that?
13       A.      Through communications with
14   Trident Trust.
15       Q.      When was the last time you spoke
16   with Ms. Vyulkova?
17       A.      It was April, 2016.
18       Q.      And where was she located
19   physically during that time?
20       A.      I don't know.
21       Q.      Do you know where she is now?
22       A.      No.
23       Q.      You don't know where she lives?
24       A.      No.
25       Q.      After the bank's license was
```

```
                                              Page 54
 1              I. Zubiy -- CONFIDENTIAL
 2       A.      Yes.
 3       Q.      What did Alexander Zheleznyak
 4   tell you about who Ms. Vyulkova was?
 5       A.      He told me that Aleksandra
 6   Vyulkova was his right hand.
 7       Q.      So Ms. Vyulkova was and sander
 8   Zheleznyak's right hand?
 9       A.      She help him a lot.
10       Q.      She worked for him?
11       A.      She worked in the bank.
12       Q.      For him?
13       A.      I don't know.
14       Q.      You said a moment ago that he
15   described her as his right hand.
16               Did that suggest to you that she
17   did work that he would request?
18       A.      That's what he told me.  I don't
19   think that she worked for him.
20       Q.      That's what he told you?
21       A.      Yes.
22       Q.      And as his right hand, what
23   kinds of tasks did she perform, to your
24   knowledge?
25       A.      She gave him financial advice on
```

Page 55

1           I. Zubiy -- CONFIDENTIAL

2    some investments.

3        Q.     What type of investments?

4        A.     I don't know.

5        Q.     Anything else you recall Mr.

6    Zheleznyak telling you about Ms.

7    Vyulkova's role at Probusinessbank?

8        A.     No.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 56



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 57



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 58



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
                                      Page 61
 1
 2
 3
 4       Q.     And in May, 2015, you stopped
 5   working as a consultant for
 6   Probusinessbank?
 7       A.     Yes.
 8       Q.     And at that time did you become
 9   employed by Grid Capital Cyprus?
10       A.     Yes.
11       Q.     And what is Grid Capital Cyprus?
12       A.     Cyprus company.
13       Q.     Owned by who?
14       A.     By Mr. Tirando.
15       Q.     Who's that?
16       A.     He's known for playing paintball
17   all the time.
18       Q.     Can you spell his name, please?
19       A.     T I R A N D O.
20       Q.     Tirando, T I R A N D O?
21       A.     Yes.
22       Q.     And he's known for playing
23   paintball?
24       A.     Yes.  He's professional in this
25   area.
```

```
                                    Page 91
 1            I.  Zubiy -- CONFIDENTIAL
 2   best trading execution solutions that are
 3   available to the company.
 4            Do you see that?
 5        A.    Yes.
 6        Q.    Do you have an understanding
 7   that he performed those functions for
 8   Wonderworks?
 9        A.    I don't know.
10        Q.    Did you know that in or about
11   October of 2015 that information was being
12   collected for purposes of trying to obtain
13   a visa to work in the United States for
14   Mr. Leontiev?
15        A.    Yes.
16        Q.    Did you participate in
17   collecting information for that purpose?
18        A.    Yes.
19        Q.    And where did you obtain
20   information for that purpose?
21            MS. WOLLIN: Objection.  Vague.
22            THE WITNESS:  You ask where?
23        Q.    Correct.
24            Where did you gather information
25   for the purpose of trying to help Mr.
```

Page 92

```
 1            I. Zubiy -- CONFIDENTIAL
 2    Leontiev obtain a visa?
 3        A.    From Trident Trust or from Grid
 4    Market Research offices.  It depends on
 5    information that was needed.
 6        Q.    And did you tell Trident Trust
 7    or Grid Market Research what information
 8    specifically was needed to assist Mr.
 9    Leontiev in trying to obtain a visa?
10        A.    We had a special person who
11    managed the visa activities, so she asked
12    me to prepare some documents as an
13    authorized person for both of those
14    companies, yes, I did.
15        Q.    And who was that person who
16    would ask you to prepare that information?
17        A.    She's also lawyer.
18            MS. WOLLIN: You can provide her
19        name but don't reveal the substance of
20        any communications with her.
21            THE WITNESS:  Her name is Lyuba
22        Selvanski.  It's S E L V A N S K Y, I
23        guess.  Oh, I think it's I at the end.
24        Q.    Is she a U.S. lawyer?
25        A.    I think so.
```

Page 111

1          I. Zubiy -- CONFIDENTIAL

2   Wonderworks using e-mail addresses in

3   other people's names?

4       A.    No.

5       Q.    Did you ever send e-mails

6   purporting to be on behalf of Mr.

7   Shcheglyaev, for example?

8             MS. WOLLIN: Objection.

9       Foundation.

10            THE WITNESS:  Yes.

11      Q.    And did you send e-mails from

12  Mr. Shcheglyaev using Irina Zubiy at

13  Gmail.com?

14      A.    No.

15      Q.    Did you use Mr. Shcheglyaev's

16  e-mail account?

17            MS. WOLLIN: Objection.

18            MR. HECKER: Strike that.

19      Q.    Did you use an e-mail account

20  the name of which included Shcheglyaev's

21  name at Gmail.com?

22      A.    Yes.

23      Q.    And who asked you to do that?

24      A.    The lawyers.

25      Q.    Which lawyers?

```
 1            I. Zubiy -- CONFIDENTIAL
 2    your own?
 3        A.    Yes.
 4        Q.    Did you tell the people at
 5    Trident Trust that, when you sent e-mails
 6    from an e-mail address with Mr.
 7    Shcheglyaev's name, that Mr. Shcheglyaev
 8    wouldn't be the one sending those e-mails?
 9            MS. WOLLIN: Objection
10        foundation.
11            THE WITNESS:  No.
12        Q.    So is it your understanding that
13    the Trident Trust directors believed when
14    they received e-mails from a Shcheglyaev
15    e-mail account that they were, in fact,
16    sent by Mr. Shcheglyaev?
17            MS. WOLLIN: Objection.  Calls
18        for speculation.
19            THE WITNESS:  I don't know what
20        they believed but that's how they
21        received the e-mails.
22        Q.    And did you ever tell them that
23    Mr. Shcheglyaev was not sending those
24    e-mails?
25        A.    No.
```

```
 1            I. Zubiy -- CONFIDENTIAL
 2       Q.    Did they ever ask you if Mr.
 3   Shcheglyaev was the one sending the
 4   e-mails?
 5       A.    No.
 6       Q.    Did anyone at Wonderworks know
 7   that you were sending e-mails using Mr.
 8   Shcheglyaev's name to interact with
 9   Trident Trust?
10            MS. WOLLIN: Objection.  Vague as
11       to anyone at Wonderworks.
12            THE WITNESS:  I don't think so.
13       Q.    Did you talk to Mr. Kolotnikov
14   about that topic?
15       A.    Not at that time.
16       Q.    Did you subsequently talk to him
17   about that topic?
18       A.    Yes.
19       Q.    What did you tell him?
20            MS. WOLLIN: I caution you not to
21       reveal any communications with
22       lawyers.
23       Q.    I'm not asking you about
24   communications with lawyers, I'm asking
25   you about discussions with Mr. Kolotnikov.
```

1              I. Zubiy -- CONFIDENTIAL

2       A.    I just let him know that I had

3    some information because I used an e-mail

4    address, that e-mail address.

5       Q.    The Shcheglyaev e-mail address?

6       A.    That e-mail address that I

7    established, I made in order to

8    communicate with Trident.

9            MS. WOLLIN: Do you need a break?

10       Can we go off the record for a minute?

11            THE VIDEOGRAPHER: Going off the

12       record 12:26 p.m.

13            (Whereupon a break was taken)

14            THE VIDEOGRAPHER: We're back on

15       the record at 12:37 p.m.

16       Q.    Ms. Zubiy, before we broke, you

17    testified that you established an e-mail

18    address with Mr. Shcheglyaev's name in

19    order to communicate with Trident Trust;

20    is that correct?

21       A.    Yes.

22       Q.    What was the name that you used

23    in the e-mail address you established?

24       A.    Alex Shcheglyaev.

25       Q.    Alexshcheglyaev@gmail.com?

```
 1          I. Zubiy -- CONFIDENTIAL
 2      A.    It was I think
 3   alex.shcheglyaev@gmail.com.
 4      Q.    And how did you establish that
 5   e-mail address?
 6      A.    Open a Web site with mail,
 7   Google like mails and set an account at
 8   Gmail.com.
 9      Q.    And did you set up the account
10   so that you were the actual account holder
11   and could access the account?
12          MS. WOLLIN: Objection.  Vague.
13          THE WITNESS:  I have the like
14      name and the password, yes.
15      Q.    So you set it up so you had the
16   password to use the account; right?
17      A.    Yes.
18      Q.    And did you associate your phone
19   number with the account if anyone needed
20   to contact you about the account?
21      A.    That wasn't necessary.
22      Q.    Okay.
23          And when you set up the Gmail
24   account with Mr. Shcheglyaev's name in it,
25   did you provide the account access
```

1            I. Zubiy -- CONFIDENTIAL

2   information to anyone else?

3        A.    I provide the name to Mr.

4   Shcheglyaev.

5        Q.    Did you give him the password so

6   that he could send e-mails from the

7   account?

8        A.    He never asked about it.

9        Q.    I asked you if you provided him

10  with the password.

11       A.    No.

12       Q.    Did you provide the password to

13  anyone else?

14       A.    No.

15       Q.    Who?  To whom did you provide

16  it?

17       A.    Svetlana Mishustina, M I S H U S

18  T I N A, Svetlana.

19       Q.    And who is Ms. Mishustina?

20       A.    She is the former employee of

21  Probusinessbank.

22       Q.    And why did you provide Ms.

23  Mishustina with the password to use the

24  alex.shcheglyaev@gmail.com e-mail address?

25       A.    In order to delete this e-mail.

Page 119

I. Zubiy -- CONFIDENTIAL

1

2     Q.     In order to delete his e-mail?

3     A.     This e-mail.

4     Q.     Which e-mail?

5     A.     Alex.shcheglyaev@gmail.com.

6     Q.     And why couldn't you delete that

7  e-mail?

8     A.     I don't think that I know how to

9  do it one hundred percent like.

10     Q.     Who was Ms. Mishustina?

11     A.     Former employee of the bank.

12     Q.     Why did you send her the

13  password of the account?

14            MS. WOLLIN: Objection.  Asked

15      and answered.

16            THE WITNESS:  Now she's the

17      employee of Grid Capital Cyprus.

18     Q.     And is she an IT expert?

19     A.     She communicates with IT

20  experts.  But she's more of a secretary.

21     Q.     And you instructed her to find a

22  way to delete the e-mail that would have

23  otherwise been found at the

24  alex.shcheglyaev@gmail.com address?

25            MS. WOLLIN: Objection.  Form;

```
 1          I. Zubiy -- CONFIDENTIAL
 2      foundation.  Misstates her testimony.
 3      Q.    You can answer.
 4      A.    No.
 5      Q.    Why did you send her the
 6  password to delete e-mail from that
 7  account?
 8      A.    I was asked to send her the
 9  password and the e-mail address in order
10  for her to ask somebody to delete it.
11      Q.    Who asked you to do that?
12      A.    Alexander Zheleznyak.
13      Q.    And when did he ask you to do
14  that?
15      A.    I think it was May.
16      Q.    Of 2016?
17      A.    Yes.
18      Q.    So Mr. -- what exactly did Mr.
19  Zheleznyak ask you to do?
20      A.    Stop using this e-mail and send
21  the e-mail details to Svetlana Mishustina
22  in order so she can have a chance to give
23  it to IT and they can delete it.
24      Q.    Did he ask you to take care to
25  preserve copies of the correspondence that
```

Page 121

1                I. Zubiy -- CONFIDENTIAL
2     had sent from or received by that account?
3          A.     No.
4          Q.     Did he tell you why he wanted
5     you to delete e-mail from that e-mail
6     address?
7          A.     He told me that lawyers ask him
8     to do so or advised him to do so.
9          Q.     Did he tell you which lawyers
10    advised him to delete e-mail from that
11    e-mail address?
12               MS. WOLLIN: Objection.
13          Foundation.
14          A.     No.
15               MR. HECKER: What's the basis for
16          your foundational objection?  She just
17          testified that lawyers instructed him
18          to tell her to delete e-mail from this
19          e-mail address.
20               MS. WOLLIN: You asked you her
21          about deleting e-mail from that e-mail
22          address.  I'm not sure that's an
23          accurate reflection of her testimony
24          as to what she was requesting of
25          Svetlana.

```
 1          I. Zubiy -- CONFIDENTIAL
 2   obviously there were all e-mails regarding
 3   these companies, special companies, so
 4   eventually Alex Shcheglyaev e-mails had
 5   been in there.
 6      Q.    You said these companies,
 7   special companies?
 8      A.    I mean some companies.
 9      Q.    And those companies are
10   Cyprus-based companies?
11      A.    Yeah, I think so.
12      Q.    They're all offshore?
13      A.    They're Cyprus.
14      Q.    And these are all -- are all
15   these companies companies for which Mr.
16   Shcheglyaev purported to serve as an owner
17   of the entity?
18          MS. WOLLIN: Objection.
19      Foundation.
20          THE WITNESS:  He's the
21      beneficial owner of the companies.
22      Q.    You learned at some point,
23   didn't you, that Mr. Shcheglyaev didn't
24   actually make any decisions with respect
25   to the operation of the companies on which
```

```
                                            Page 127
 1            I. Zubiy -- CONFIDENTIAL
 2   he was identified as the beneficial owner;
 3   isn't that right?
 4            MS. WOLLIN: Objection.
 5      Foundation.
 6            THE WITNESS:  Yes, that's true.
 7      Q.    And you understood that, in
 8   fact, decisions were made by others
 9   working at Probusinessbank or for Mr.
10   Leontiev directly; right?
11            MS. WOLLIN: Objection.  Form;
12      foundation.
13            THE WITNESS:  I understood that
14      somebody else made the decisions.
15      Q.    Okay.
16            Prior to the time that you
17   communicated with Trident on behalf of
18   Wonderworks, I believe you testified that
19   Ms. Vyulkova or people on her team had
20   that role; is that accurate?
21      A.    Yes.
22      Q.    And did you understand whether
23   Ms. Vyulkova or people on her team also
24   sent or received e-mails from a
25   Shcheglyaev Gmail account that they
```

```
 1            I. Zubiy -- CONFIDENTIAL
 2    address that had his name on it; is that
 3    what you're describing?
 4        A.    Yes.
 5        Q.    Did he know what you would be
 6    doing in terms of the instructions you
 7    would give Trident Trust?
 8        A.    He knew that I would collect
 9    some documents from Trident Trust.
10        Q.    What documents?
11        A.    I never specified to him.
12        Q.    Do you know how Mr. Shcheglyaev
13    was compensated for permitting people to
14    use his name as the beneficial owner?
15            MS. WOLLIN: Objection.
16        Foundation.
17        Q.    Do you know?
18        A.    No.
19        Q.    Has anyone ever told you why Mr.
20    Shcheglyaev agreed to allow his name to be
21    used as the beneficial owner for a number
22    of these special companies?
23            MS. WOLLIN: Objection.
24        Foundation.
25        Q.    You can answer.
```

```
 1              I. Zubiy -- CONFIDENTIAL
 2      A.      I know he was paid.
 3      Q.      Who told you that?
 4      A.      I think it was Mr. Zheleznyak.
 5      Q.      What did he tell you?
 6      A.      That Mr. Shcheglyaev was paid
 7  for being a beneficial owner of some of
 8  the companies.
 9      Q.      Do you know how much he was
10  paid?
11      A.      No.
12      Q.      Was there anyone else who was
13  paid to serve as a beneficial owner of
14  these companies?
15              MS. WOLLIN: Which companies?
16              MR. HECKER: Any of the
17      companies.
18              MS. WOLLIN: Objection.
19      Overbroad.  Vague.
20      Q.      You can answer if you know.
21              MS. WOLLIN: How can she answer?
22      You haven't specified what companies
23      you're talking about.
24      Q.      Are you aware of other
25  individuals like Mr. Shcheglyaev who were
```

```
 1           I. Zubiy -- CONFIDENTIAL
 2      Q.     Do you know who sent this
 3  e-mail?
 4      A.     What do you mean by that?
 5      Q.     Who actually wrote and hit send
 6  on the e-mail from the
 7  shcheglyaev@gmail.com account to the
 8  Trident employees.
 9      A.     I don't know.
10      Q.     You don't know.
11             Have you ever seen this document
12  before?
13      A.     No.
14      Q.     In December of 2015, do you know
15  who was sending e-mail from the
16  Shcheglyaev Gmail.com account, generally
17  speaking?
18      A.     In December, 2015, I didn't know
19  anything about the existence of this
20  e-mail.
21      Q.     And did you later learn who
22  would have had control of the Shcheglyaev
23  Gmail.com account in December, 2015?
24      A.     I would say Aleksandra
25  Vyulkova's team had an access to this
```

```
 1              I. Zubiy -- CONFIDENTIAL
 2    e-mail address.
 3         Q.    Vyulkova's team had access?
 4         A.    Yes.
 5         Q.    Do you know who on Vyulkova's
 6    team was communicating with Trident with
 7    respect to the activities of Valkera,
 8    Ambika, or Vermenda in December, 2015?
 9         A.    No.
10         Q.    In December of 2015, am I right
11    that Probusinessbank's license had been
12    revoked; correct?
13         A.    Yes.
14         Q.    Were there any Probusinessbank
15    employees working for Probusinessbank in
16    December, 2015?
17         A.    The license was revoked.  You
18    can't work for a bank, so no.
19         Q.    So no.
20               So do you know where Ms.
21    Vyulkova or members of her team were
22    working in December, 2015?
23               MS. WOLLIN: Objection to form.
24               THE WITNESS:  No, I don't know.
25         Q.    Do you know whether they were
```

Page 281

1

2              CERTIFICATION BY REPORTER

3

4        I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6        That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9        That said witness was duly sworn

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16       I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22       IN WITNESS WHEREOF, I have hereunto

23   set my hand this 17th day of January, 2017.

24

25