# EXHIBIT 29

Серия АП

# ПРОСТОЙ ВЕКСЕЛЬ

№ 000735

На сумму _700 000-00 евро_
*(сумма цифрами)*

Дата, место составления векселя: _16 апреля 2014 года_
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): _ЗАО «Финансовая группа «Лайф»_
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
_Семьсот тысяч 00/100 евро плюс проценты из расчета 10 (Десять) процентов годовых_
*(сумма прописью)*
_Выплата процентов ежемесячно._

непосредственно предприятию(лицу): _Авагумян Карен Камоевич_
_Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г._
*(полные наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «16» апреля 2015 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: _г. Москва, ул. Беломорская, д.6А_
*(город, село и т.п.)*

Векселедатель

Абрамова Н.Ю.

М.П.

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _ЗАО Финансовая группа «Лайф»_

Подпись авалиста _ОАО АКБ «Пробизнесбанк»_  А.Д.Железняк

Дата _16 апреля 2014 г._  М.П.

| Series AP | **PROMISSORY NOTE** | No.000735 |

Amount: **EUR 700,000.00**
*(amount in figures)*

Date and place of issue: **April 16, 2014**
**Moscow, ul. Belomorskaya, d. 6A**

Company (person): **ZAO Financial Group "Life"**
*(full name and address of the maker)*
**Moscow, ul. Belomorskaya, d. 6A**

makes an unconditional promise to pay, under this promissory note, the following amount:

**EUR seven hundred thousand and 00/100 plus interest at the rate of 10 (ten) percent**
*(amount in words)*
**per annum. The interest is payable monthly.**

directly to the company (person): **Avagumyan Karen Kamoyevich**
**Passport 45 10 505095, issued by Directorate of the Federal Migration Service, Moscow, 07/24/2009**
*(full name and address of the beneficiary)*

or upon his direction to any other company (person).
The date of maturity of this promissory note is **April 16, 2015**
*(on demand, within certain time period of demand or making, on particular date)*

Place of payment: **Moscow, ul. Belomorskaya, d. 6A**
*(town, village etc.)*

**Maker of the note**
**Abramova N. YU.**    [signature]    [seal:] ZAO Financial Group "Life" [illegible]

L.S.

**FOR GUARANTOR** (promissory note guarantee)    [seal:] Probusinessbank [illegible]
Issued for    **ZAO Financial Group "Life"**
Guarantor's signature    **OAO AKB "Probusinessbank"** [signature]    A.D. Zheleznyak
Date  **April 16, 2014**    L.S.

AVP0000978_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         ) ss
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. AVP0000978.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 12th day of December, 2016.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York           Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500
London             Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143

| Серия ин | ПРОСТОЙ ВЕКСЕЛЬ | № 000765 |

На сумму: **1 500 000-00 долларов США**
*(сумма цифрами)*

Дата, место составления векселя: **20 июня 2014 года**
**г. Москва, ул. Беломорская, д.6А**

Предприятие(лицо): **ЗАО «Финансовая группа «Лайф»**
*(полное наименование и полный адрес векселедателя)*
**г. Москва, ул. Беломорская, д.6А**

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10 (Десять) процентов годовых. Выплата процентов ежемесячно.**
*(сумма прописью)*

непосредственно предприятию(лицу): **Авагумян Карен Камоевич**
**Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.**
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: **«22» июня 2015 г.**
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: **г. Москва, ул. Беломорская, д.6А**
*(город, село и т.п.)*

Векселедатель
**Абрямова Н.Ю.**

ДЛЯ АВАЛЯ (вексельное поручительство)
**ЗАО Финансовая группа «Лайф»**

За кого выдан _____
Подпись авалиста **ОАО АКБ «Пробизнесбанк»**                 **А.Д.Железняк**
Дата **20 июня 2014 г.**

М.П.

| Series IN | **PROMISSORY NOTE** | No.000765 |
|---|---|---|

Amount  USD 1,500,000.00
*(amount in figures)*

Date and place of issue  June 20, 2014
Moscow, ul. Belomorskaya, d. 6A

Company (person)  ZAO Financial Group "Life"
*(full name and address of the maker)*
Moscow, ul. Belomorskaya, d. 6A

makes an unconditional promise to pay, under this promissory note, the following amount:

**USD one million five hundred thousand and 00/100 plus interest at the rate of 10**
*(amount in words)*
**(ten) percent per annum. The interest is payable monthly.**

directly to the company (person):  Avagumyan Karen Kamoyevich
Passport 45 10 505095, issued by Directorate of the Federal Migration Service, Moscow, 07/24/2009
*(full name and address of the beneficiary)*

or upon his direction to any other company (person).
The date of maturity of this promissory note is  June 22, 2015
*(on demand, within certain time period of demand or making, on particular date)*

Place of payment  Moscow, ul. Belomorskaya, d. 6A
*(town, village etc.)*

**Maker of the note**
Abramova N. YU.   [signature]

[seal:] ZAO Financial Group "Life" [illegible]

L.S.

FOR GUARANTOR (promissory note guarantee)
Issued for  AO Financial Group "Life"
Guarantor's signature  OAO AKB "Probusinessbank" [signature]   A .D. Zheleznyak
Date  June 20, 2014   L.S.

[seal:] Probusinessbank [illegible]

AVP0000977_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
                   )
                   )  ss
                   )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. AVP0000977.

*[signature]*

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 12th day of December, 2016.

*[signature]*

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York          Washington, D.C.     Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1287  t: +1.312.242.3756   t: +1.713.353.3908   t: +1.415.576.9500

London            Paris                Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434  t: +852.2159.9143

| Серия АВ | ПРОСТОЙ ВЕКСЕЛЬ | № 000800 |

На сумму _____ 6 000 000-00 долларов США _____

Дата, место составления векселя _____ 06 августа 2014 года _____
г. Москва, ул. Беломорская, д.6А

Предприятие (лицо): _____ ЗАО «Финансовая группа «Лайф» _____
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
Шесть миллионов 00/100 долларов США плюс проценты по расчету
11 (Одиннадцать) процентов годовых. Выплата процентов ежеквартально.

непосредственно предприятию (лицу): _____ Белик Игорь Филиппович _____
Паспорт 45 09 074131 выдан ОВД «_____» г. Москвы 06.04.2007 г.

или по его приказу любому другому предприятию (лицу).
Этот вексель подлежит оплате в следующий срок: _____ 06 августа 2015 г. _____

(по предъявлении, во столько-то времени от составления, на определенный день)

Местом платежа является _____ г. Москва, ул. Беломорская, д.6А _____

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
За кого выдан _____ ЗАО «Финансовая группа «Лайф» _____
Подпись авалиста _____ ОАО АКБ «Пробизнесбанк» _____
Дата _____ 06 августа 2014 г. _____

Series **AB**     **PROMISSORY NOTE**     № **000800**

| | |
|---|---|
| Amount | **6,000,000.00 USD** |
| | *(amount in figures)* |
| Date and place of issue | **August 6, 2014** |
| | **Moscow, ul. Belomorskaya, d. 6A** |
| Company (person) | **ZAO Financial Group "Life"** |
| | *(full name and address of the maker)* |
| | **Moscow, ul. Belomorskaya, d. 6A** |

makes an unconditional promise to pay, under this promissory note, the following amount:
**Six million 00/100 USD**

*(amount in words)*

plus interest at the rate of **11 (eleven)** percent per annum. The interest is payable quarterly.

directly to the company (person):     **Renich Igor Feliksovich**

**Passport 45 09 074131, issued by Internal Affairs Department, "Fili Davidkova", Moscow, 04/06/2007**
*(full name and address of the beneficiary)*

or upon his direction to any other company (person).

The date of maturity of this promissory note is **August 6, 2015**

*(on demand, within certain time period of demand or making, on particular date)*

Place of payment:     **Moscow, ul. Belomorskaya, d. 6A**

*(town, village etc)*

*Maker of the note*

**Abramova N.Yu.**     [signature]     [seal:] ZAO Financial Group "Life" [illegible]

Affix stamp here

| | | |
|---|---|---|
| | **FOR GUARANTOR (Promissory note guarantee)** | [seal:] Probusinessbank |
| Issued for | **ZAO Financial Group "Life"** | |
| Guarantor's signature | **OAO AKB "Probusinessbank"** [signature] **A.D. Zheleznyak** | |
| Date | **August 6, 2014** | |

Affix stamp here



STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. AVP0000989.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 12th day of Dec., 2016.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York  t: +1.212.631.7432
Washington, D.C.  t: +1.202.828.1267
Chicago  t: +1.312.242.3756
Houston  t: +1.713.353.3909
San Francisco  t: +1.415.576.9500
London  t: +44.20.7553.4100
Paris  t: +33.1.42.68.51.47
Stockholm  t: +46.8.463.11.87
Frankfurt  t: +49.69.7593.8434
Hong Kong  t: +852.2159.9143

Серия ян

# ПРОСТОЙ ВЕКСЕЛЬ

№ 001937

На сумму: 2 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 19 января 2015 года
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): ЗАО «Финансовая группа «Лайф»
*(полное наименование и полный адрес векселедателя)*
г. Москва, ул. Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Два миллиона пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**11 (Одиннадцать) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).
Этот вексель подлежит оплате в следующий срок: «19» января 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определённый день)*

Местом платежа является: г. Москва, ул. Беломорская, д.6А
*(город, село и т.п.)*

Векселедатель
Абрамова Н.Ю.

ДЛЯ АВАЛЯ (вексельное поручительство)
ЗАО Финансовая группа «Лайф»

За кого выдан
Подпись авалиста ОАО АКБ «Пробизнесбанк»            А.Д.Железняк
Дата 19 января 2015 г.

М.П.

**Series YAN**

# PROMISSORY NOTE

№ 001937

| | |
|---|---|
| Amount | **2,500,000.00 USD** |
| | *(amount in figures)* |
| Date and place of issue | **January 19, 2015** |
| | **Moscow, ul. Belomorskaya, d. 6A** |
| Company (person) | **ZAO Financial Group "Life"** |
| | *(full name and address of the maker)* |
| | **Moscow, ul. Belomorskaya, d. 6A** |

makes an unconditional promise to pay, under this promissory note, the following amount:
**Two million 00/100 USD**

*(amount in words)*

**plus interest at the rate of 11 (eleven) percent per annum. The interest is payable monthly.**

directly to the company (person):   **Avagumyan Karen Kamoyevich**

**Passport 45 10 505095, issued by Directorate of the Federal Migration Service, Moscow, 07/24/2009**

*(full name and address of the beneficiary)*

or upon his direction to any other company (person):
The date of maturity of this promissory note is:   **January 19, 2016**

*(on demand, within certain time period of demand or making, on particular date)*

Place of payment:   **Moscow, ul. Belomorskaya, d. 6A**

*(town, village etc)*

*Maker of the note*

Abramova N.Yu. [signature]      [seal:] ZAO Financial Group "Life," [illegible]

Affix stamp here

**FOR GUARANTOR (promissory note guarantee)**

Issued for
Guarantor's signature
Date  January 19, 2015

ZAO Financial Group "Life" CJSC
OAO AKB "Probusinessbank" A.D.Zheleznyak
[seal:] Probusinessbank, [illegible]
Affix stamp here

AVP0000965_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. AVP0000965.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 12th day of Dec, 20 16.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified In Bronx County
My Commission Expires February 09, 2019

New York         Washington, D.C.    Chicago             Houston              San Francisco
t: +1.212.631.7432   t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London           Paris               Stockholm           Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143

Серия ин    **ПРОСТОЙ ВЕКСЕЛЬ**    № 001953

На сумму: 1 500 000-00 долларов США
*(сумма цифрами)*

Дата, место составления векселя: 22 июня 2015 года
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

Предприятие(лицо): **ВЕННОП ТРЕЙДИНГ ЛИМИТЕД**
*(полное наименование и полный адрес векселедателя)*
3106, Лимассол, Кипр, Гр. Ксенопулу, 17

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
**Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета**
*(сумма прописью)*
**10 (Десять) процентов годовых. Выплата процентов ежемесячно.**

непосредственно предприятию(лицу): Авагумян Карен Камоевич
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
*(полное наименование и адрес получателя)*

или по его приказу любому другому предприятию(лицу).

Этот вексель подлежит оплате в следующий срок: «22» июня 2016 г.
*(по предъявлении, во столько-то времени от предъявления или составления, в определенный день)*

Местом платежа является: 3106, Лимассол, Кипр, Гр. Ксенопулу, 17
*(город, село и т.п.)*

Векселедатель
Звягин М.    [подпись]    [печать: VENNOP TRADING LIMITED М.П.]

ДЛЯ АВАЛЯ (вексельное поручительство)

За кого выдан _____
Подпись авалиста _____
Дата _____    М.П.

| | | |
|---|---|---|
| Series IN | **PROMISSORY NOTE** | № 001953 |

| | |
|---|---|
| Amount | **1,500,000.00 USD** |
| | *(amount in figures)* |
| Date and place of issue | **June 22, 2015** |
| | **3106, Limassol, Cyprus, Gr. Xenopoúloy, 17** |
| Company (person) | **VENNOP TRADING LIMITED** |
| | *(full name and address of the maker)* |
| | **3106, Limassol, Cyprus, Gr. Xenopoúloy, 17** |

makes an unconditional promise to pay, under this promissory note, the following amount:
**One million and five hundred 00/100 USD**
*(amount in words)*
**plus interest at the rate of 10 (ten) percent per annum. The interest is payable monthly**

| | |
|---|---|
| directly to the company (person): | **Avagumyan Karen Kamoyevich** |

**Passport 45 10 505095, issued by Directorate of the Federal Migration Service, Moscow, 07/24/2009**
*(full name and address of the beneficiary)*

or upon his direction to any other company (person).
The date of maturity of this promissory note is: **June 22, 2016**
*(on demand, within certain time period of demand or making, on particular date)*

| | |
|---|---|
| Place of payment: | **3106, Limassol, Cyprus, Gr. Xenopoúloy, 17** |
| | *(town, village etc)* |

Maker of the note:

**Zvyagin M.**         [signature]

[seal:] VENNOP TRADING LIMITED

Affix stamp here

**FOR GUARANTOR (promissory note guarantee)**

Issued for
Guarantor's signature
Date

Affix stamp here

AVP0000961_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                                    ) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. AVP0000961.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 12th day of Dec, 20 15.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York  t: +1.212.631.7432
London  t: +44.20.7553.4100
Washington, D.C.  t: +1.202.828.1267
Paris  t: +33.1.42.68.51.47
Chicago  t: +1.312.242.3756
Stockholm  t: +46.8.463.11.87
Houston  t: +1.713.353.3909
Frankfurt  t: +49.69.7593.8434
San Francisco  t: +1.415.576.9500
Hong Kong  t: +852.2159.9143

| Серия ИН | ПРОСТОЙ ВЕКСЕЛЬ | № 002465 |

На сумму __1 500 000-00 долларов США__
(сумма цифрами)

Дата, место составления векселя __20 июня 2013 года__
г. Москва, ул. Беломорская, д.6А

Предприятие(лицо): __ЗАО «Финансовая группа «Лайф»__
(полное наименование и полный адрес векселедателя)
г.Москва, ул.Беломорская, д.6А

обязуется безусловно уплатить по этому векселю денежную сумму в размере:
__Один миллион пятьсот тысяч 00/100 долларов США плюс проценты из расчета 10__
(сумма прописью)
__(Десять) процентов годовых. Выплата процентов ежемесячно.__

непосредственно предприятию(лицу) __Авагумян Карен Камоевич__
Паспорт 45 10 505095 выдан УФМС по г. Москве, 24.07.2009 г.
(полное наименование и адрес получателя)

или по его приказу любому другому предприятию(лицу)

Этот вексель подлежит оплате в следующий срок: __«20» июня 2014 г.__

(без предъявления, по определенному времени от предъявления или составления, в определенный день)

Местом платежа является: __г. Москва, ул. Беломорская, д.6А__
(город, село и т.д.)

Векселедатель:
Абрамова Н.Ю.                        [подпись]                        М.П.

ДЛЯ АВАЛЯ(вексельное поручительство)
За кого выдан __ЗАО «Финансовая группа «Лайф»__
Подпись авалиста __ОАО АКБ «Пробизнесбанк»__        А.Д.Железняк
Дата __20 июня 2013 г.__                        М.П.

| Series IN | **PROMISSORY NOTE** | No.002465 |
|---|---|---|

| Amount | USD 1,500,000.00 |
|---|---|
| | *(amount in figures)* |
| Date and place of issue | June 20, 2013 |
| | Moscow, ul. Belomorskaya, d. 6A |
| Company (person) | ZAO Financial Group "Life" |
| | *(full name and address of the maker)* |
| | Moscow, ul. Belomorskaya, d. 6A |

makes an unconditional promise to pay, under this promissory note, the following amount:

**One million and five hundred thousand 00/100 USD plus interest at the rate of 10 (ten) percent per annum. The interest is payable monthly.**

*(amount in words)*

| directly to the company (person): | Avagumyan Karen Kamoyevich |
|---|---|
| Passport 45 10 505095, issued by Directorate of the Federal Migration Service, Moscow, 7/24/2009. |
| | *(full name and address of the beneficiary)* |

or upon his direction to any other company (person).

| The date of maturity of this promissory note is | June 20, 2014 |
|---|---|
| | *(on demand, within certain time period of demand or making, on particular date)* |
| Place of payment | Moscow, ul. Belomorskaya, d. 6A |
| | *(town, village etc.)* |

**Maker of the note**
Abramova N.Yu.                    [signature]

[seal:]
ZAO Financial Group "Life"
[illegible]
L.S.

**FOR GUARANTOR (promissory note guarantee)**
ZAO Financial Group "Life"

| Issued for | |
|---|---|
| Guarantor's signature | OAO AKB "Probusinessbank" |
| Date | June 20, 2013 |

[seal:]
Probusinessbank
A.D. Zheleznyak
[illegible]
L.S.

SL0002438_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached page with Bates No. SL0002438.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 12th day of December, 20 16.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York          Washington, D.C.      Chicago             Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                Stockholm           Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143