# EXHIBIT 30

| | |
|---|---|
| **From:** | Irina Zubiy <izubiy@gmail.com> |
| **Sent:** | Wednesday, June 08, 2016 9:06 PM |
| **To:** | Sabina Harrinarain |
| **Cc:** | Vadim Kolotnikov; FLETCHER ST. JEAN; Lyndis Wattley |
| **Subject:** | Re: urgent-Wonderworks-Bank account opening |

Dear Sabina

as per our conversation in the morning please send me credit card forms that Vadim provided to you, so we can put additional signatures where needed and proceed quicker

Thank you in advance!

Irina Zubiy
+1 978 493 4098

> On Jun 5, 2016, at 10:05 PM, Irina Zubiy <izubiy@gmail.com> wrote:
>
> Dear Sabina,
>
> please find attached fully signed company page. Can you please kindly send me forms that were provided to you by Vadim?
> As much time past already it is hard to remember how to fill in all the necessary pages, so if you can send me the forms that were already sign Vadim can correct them where appropriate
>
> Thank you!
>
> <DOC036.pdf>
>
> Irina Zubiy

>> On 30 May 2016, at 10:52, Sabina Harrinarain <sharrinarain@thebankofnevis.com> wrote:
>>
>> Dear Irina,
>>
>> Please see attached credit card forms.

1

SL0025789

Kind Regards,

**Sabina Harrinarain**

Business Development Officer
Bank of Nevis International Limited.
Main Street, Charlestown, Nevis

Phone:   (1) 869-469-0080 ext 324
Fax:  (1) 869-469-5798
Email:   sharrinarain@thebankofnevis.com
Website: www.thebankofnevis.com

**"Securing Your Financial Future"**

Please help to reduce waste and only print this e-mail if absolutely necessary.

---

**From:** Irina Zubiy [mailto:izubiy@gmail.com]
**Sent:** Friday, May 27, 2016 8:05 AM
**To:** Sabina Harrinarain
**Cc:** Vadim Kolotnikov; FLETCHER ST. JEAN; Lyndis Wattley
**Subject:** Re: urgent-Wonderworks-Bank account opening

Dear Sabina

as it took a while for revise all the documents and proceed with our request to
issue bank cards,
can you please kindly send me these forms that Vadim needs to sign and notarise?
I do not have any copies left as everything was sent to your office directly

Thank you in advance!

Irina Zubiy

Confidential

SL0025790

On 25 May 2016, at 08:25, Sabina Harrinarain
<sharrinarain@thebankofnevis.com> wrote:

Dear Vadim,

My apologies on the delayed response.  Please see below update as per
our credit card department:

**Higold:**

-     The signature of the authorized signatory is required on
  the company section of the application.
-     The notary public should sign as witness on the Lien Over
  Credit Balances and the Guarantee Form
- Section 2 of the Guarantee Form states the amount of
  US$10,000.00 which is the requested credit limit.  This form
  should state the amount of the lien.  Also, the Guarantee Form
  was not dated.

**Wonderworks:**

This application is currently in process and an update shall be provided
later this week.

Thank you.

Kind Regards,

**Sabina Harrinarain**

Business Development Officer
Bank of Nevis International Limited.
Main Street, Charlestown, Nevis

Phone:   (1) 869-469-0080 ext 324
Fax:   (1) 869-469-5798

3

Confidential

SL0025791

Email:  sharrinarain@thebankofnevis.com
Website: www.thebankofnevis.com

**"Securing Your Financial Future"**

Please help to reduce waste and only print this e-mail if absolutely necessary.

---

**From:** Lyndis Wattley [mailto:lwattley@thebankofnevis.com]
**Sent:** Thursday, May 19, 2016 4:43 AM
**To:** 'Sabina Harrinarain'
**Subject:** FW: urgent-Wonderworks-Bank account opening

Sabina,

Please advise on the status of the business cards for HG and WW as referenced in Vadim's email below.

Thanks,

*Ms Lyndis Wattley*
**Senior Manager**
<image001.jpg>
Bank of Nevis International Limited
P.O. Box 450
Main Street, Charlestown, Nevis

Phone:   (1) 869-469-0080 ext 341
Fax:      (1) 869-469-5798
Email:    lwattley@thebankofnevis.com
Website: www.boniltd.com

**From:** Vadim Kolotnikov [mailto:kolotnikov@gmail.com]
**Sent:** Wednesday, May 18, 2016 5:39 PM
**To:** Lyndis Wattley
**Subject:** Re: urgent-Wonderworks-Bank account opening

Dear Lyndis,

I'm really glad hearing from you.

sorry for delay in my replying. I have been travelling a lot since the last week.

I think we have made quite a good progress in our mutual cooperation since we started in Feb. We still have some initial issues incompleted (my business card for WW and HG, for

4

Confidential                                      SL0025792

instance), however, looking back on what have already been done I would say we are moving forward.

We would be glad to expand our business relationship and would really appreciate your help and client oriented approach doing this. Do you have in mind some particular ideas?

Rgrds,
Vadim

вт, 10 мая 2016 г. в 18:25, Lyndis Wattley <lwattley@thebankofnevis.com>:

Dear Vadim,

I trust that all is well. I am just writing you a quick note to ascertain your degree of satisfaction with the quality of service we have provided to you thus far.

Additionally, I am interested in discussing further if there are any other business we can do together. I would like as much as possible for you to expand your business relationship with us.

I look forward to hearing from you.

Take good care and kind regards,

*Ms Lyndis Wattley*
**Senior Manager**

Bank of Nevis International Limited
P.O. Box 450
Main Street, Charlestown, Nevis

Phone:   (1) 869-469-0080 ext 341
Fax:      (1) 869-469-5798
Email:    lwattley@thebankofnevis.com
Website: www.boniltd.com

**From:** Vadim Kolotnikov [mailto:kolotnikov@gmail.com]
**Sent:** Friday, February 19, 2016 11:53 PM

**To:** Kafkalias, Kyriakos; dsmall@thebankofnevis.com
**Cc:** Fletcher St. Jean; lwattley@thebankofnevis.com; Mercouri, Andreas; Sabina Harrinarain; Yulia Iosiphidou

5

Confidential                                                                                    SL0025793

**Subject:** Re: urgent-Wonderworks-Bank account opening

Dear Denicia,

This is just to clarify some issue raised in your letter.

The license of Probusinessbank was indeed revoked in August due to the current Central Bank Policy in Russia. In 2015 almost 100 banks was revoked. I enclosed some analysis of that situation.

WonderWorks was absolutely independent international line of bussineses of Segrey Leotiev and had no connections with Probusinessbank or Russial at all. Please see the Covengton's legal opinion on that matter attached.

As for relationship with MS the main reasons why WW closed the acccount were the following

1. By the end of the year MS stopped providing loans for trading for WW's type ( in term of the size) clients and WW moved to other brokers. Now it's Saxo. We can provide some statements from Saxo if needed

# Redacted - Non-Responsive

I hope this informstion would help you to get a whole picture for opening an account for WW in the nearest time as we discussed with Lyndis at our recent meeting in Nevis.

Please do not hesitate to contact me and my colleagues if you have any further questions.

We all are really interested in starting operations with your bank on a long -term basis.

Best regards,
Vadim Kolotnikov


пт, 19 февр. 2016, 21:26, Denicia Small
<dsmall@thebankofnevis.com>:

Good Day Kafkalias,

Our due diligence search  have revealed  that JSCB Probusiness Bank which was owned by the beneficial owner of Wonderworks Investment Ltd  Mr Sergey Leontiev had its  license revoked on August

6

SL0025794

12, 2015 by the Central Bank of Russia. The research cited under-capitalization, relaxed credit policy and allegations of fictitious assets and the possibility that the Central Bank would turn the case over to the criminal authorities. No further information was revealed as to whether such actions were taken. While we are not overly concerned about the revocation of a license due to under-capitalization and the inability to increase the Bank's provisioning, we are concerned as to whether the claim of fictitious assets bears any merit.

Additionally, as per email dated February 02, you indicated that the Morgan Stanley account was closed, when we requested for you to provide the most recent activity statements, as those provided were from January 2015 until August 2015. The closure of the Morgan Stanley account seems to coincide with the revocation of the license. We very much wish to proceed with the business relationship favourably, and thus is requesting explanations as to the issues identified.

As is known, we are mandated to undertake the strictest of due diligence in order to protect our license and our reputation. This account has been reviewed in-depth and is at the approval stage. Thus your urgent attention to the issues raised would be appreciated.

Kind Regards,

*Denicia Small*
Business Development Officer
Bank of Nevis International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080 Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

**From:** "Kafkalias, Kyriakos" <kkafkalias@tridenttrust.com>
**To:** Denicia Small <dsmall@thebankofnevis.com>, 'Sabina Harrinarain' <sharrinarain@thebankofnevis.com>
**Cc:** 'Fletcher St. Jean' <fstjean@thebankofnevis.com>, "Mercouri, Andreas" <amercouri@tridenttrust.com>, "Iosiphidou, Yulia" <yiosiphidou@tridenttrust.com>
**Sent:** 2/19/2016 4:19 AM
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

7

Could you please give us an estimation of time that you expect to
have the accounts opened?
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or
protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by
anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are
not authorized to and therefore must not disclose, copy, distribute or retain this message or any
part of this message.

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Wednesday, February 17, 2016 4:35 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'
**Subject:** RE: urgent-Wonderworks-Bank account opening


Thank you very much.  It is very much appreciated.

Regards


*Denicia Small*
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com



**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Wednesday, February 17, 2016 10:03 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'
**Subject:** RE: urgent-Wonderworks-Bank account opening


Dear Denicia,

8

SL0025796

Please find attached the register of members of Wonderheart as discussed.

At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Kafkalias, Kyriakos
**Sent:** Wednesday, February 17, 2016 2:42 PM
**To:** 'Denicia Small'; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

Please inform us of the next step.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Wednesday, February 17, 2016 2:06 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Received with thanks

9

SL0025797

***Denicia Small***
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

---

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Tuesday, February 16, 2016 10:59 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

Please find attached the rest of the documents as requested.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

---

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Monday, February 15, 2016 6:45 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Good Day Kafkalias,

I trust that all is well.  Kindly provide us with an update as it relates to getting the remaining documents necessary to complete the account opening process for Wonderworks Investment LLC.

Looking  forward to your response.

Confidential

SL0025798

Regards,


**Denicia Small**
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com


**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Tuesday, February 09, 2016 11:52 AM
**To:** 'Kafkalias, Kyriakos'; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; 'Iosiphidou, Yulia'; 'Mercouri, Andreas'
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Mr. Kafkalias,

Thank you for providing the reference letter for Vadim
Kolotnikov.

Here  is where we currently stand in regards to the account
opening  process:

1.    We are still waiting on the proof of address for Sergey
Leontiev, please ensure that it is translated in the event it is not
in English
2.    Awaiting the notarized /apostilled copy of Page 9
3.    Page  4 , I need you to remove the typed names in the
Chairman and Secretary section. Signatures only should be
inserted in these sections.

Once the above listed is provided, we would be able  to forward
your file for approval.

Regards,


**Denicia Small**
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798

11

Confidential
SL0025799

Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Tuesday, February 09, 2016 3:53 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

Please find attached the reference letter for Vadim Kolotnikov.

Please confirm that the only missing document is the utility bill
of Sergey Leontiev.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or
protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by
anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are
not authorized to and therefore must not disclose, copy, distribute or retain this message or any
part of this message.

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Monday, February 08, 2016 10:36 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Good Day Kafkalias

This letter is acceptable. I will await the remaining documents in
the meantime.

Regards,


*Denicia Small*
Business Development Officer
Bank of Nevis International Ltd

Confidential
SL0025800

P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

---

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Monday, February 08, 2016 5:14 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

Please find attached the professional reference letter for Mr
Sergey Leontiev and confirm if it is sufficient.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or
protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by
anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are
not authorized to and therefore must not disclose, copy, distribute or retain this message or any
part of this message.

---

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Wednesday, February 03, 2016 10:17 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Good Day Kafkalias,

I will review the documents forwarded and conduct my due
diligence. After which I will notify you on how we would
proceed forward.

Regards,

Confidential

SL0025801

***Denicia Small***
Business Development Officer
Bank of Nevis International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

---

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Wednesday, February 03, 2016 10:02 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Dear Denicia,

Please see below our answers in red.

Kindly inform us if you can proceed with the opening of the
accounts upon receiving scan copies of the rest of the below
mentioned documents and also send to us the allocation letter
prior to the despatching  the original documents to you.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or
protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by
anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are
not authorized to and therefore must not disclose, copy, distribute or retain this message or any
part of this message.

---

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Tuesday, February 02, 2016 4:11 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: urgent-Wonderworks-Bank account opening

Good Day  Kafkalias,

14

I have reviewed the documents provided to open an account for the captioned company , however please note that the following documents are still outstanding:

**Application Form**

- Page 4: The chairman and Secretary section needs to be signed –please find attached (third attachment).
- Page 9: This page needs to be signed  by both Mercouri & Kolotnikov and notarized- please find it attached (third attachment) fully signed. We will also send it in notarised form soon.


**Andreas Mercouri**
- Passport needs to be notarized –will send it soon

**Kolotnikov Vadim**

- The Professional Reference needs  to be provided from a lawyer or accountant. - will send it soon

**Sergey Leontiev**
- The professional reference needs to be provided by a lawyer or accountant- we will send it soon
- Proof of Address: This can be in the form of a utility bill or bank statement *(original, no more than six (6) months old)-you have already informed us that you can accept the internal passport as a proof of address. Please find it attached (second attachment) and confirm.*

**Other Document**

- Please provide statements for the last two months from Morgan Stanley. *To show most recent transactions and that the account is still active*. –the accounts with Morgan Stanley have been closed. Please find attached (first attachment) statements with Saxobank that is still open and inform us if are sufficient.

Should you have any questions, please do not hesitate to contact me.

Regards,

***Denicia Small***
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis

Confidential

SL0025803

Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Monday, February 01, 2016 8:46 AM
**To:** Denicia Small; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** urgent-Wonderworks-Bank account opening

Dear Sabina,

Please find attached additional documents and please inform if
you can proceed with the opening of the account.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or
protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by
anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are
not authorized to and therefore must not disclose, copy, distribute or retain this message or any
part of this message.

**From:** Kafkalias, Kyriakos
**Sent:** Friday, January 29, 2016 5:05 PM
**To:** 'Denicia Small'; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Wonderworks-Bank account opening

Dear Denicia,

Please inform us if you have any update on the below.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

16

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Denicia Small [mailto:dsmall@thebankofnevis.com]
**Sent:** Wednesday, January 27, 2016 9:29 PM
**To:** Kafkalias, Kyriakos; 'Sabina Harrinarain'
**Cc:** 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Wonderworks-Bank account opening

Good Day Kafkalias,

Thank you for providing the documents requested by Ms. Harrinarain. Please note that Ms. Harrinarain is out of office for the remainder of the week. In the meantime I will review the documents provided during the course of the week and advise you as soon as possible.


Kind Regards,


**_Denicia Small_**
Business Development Officer
Bank of Nevis  International Ltd
P.O. Box 450, Main Street
Charlestown, Nevis
Tel: 1-(869)-469-0080  Ext 243
Fax: 1-(869)-469-5798
Email: dsmall@thebankofnevis.com
Website: www.thebankofnevis.com


**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Wednesday, January 27, 2016 10:18 AM
**To:** Kafkalias, Kyriakos; Sabina Harrinarain
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Wonderworks-Bank account opening

Dear Sabina,

Please find attached the utility bill of Vadim Kolotnikov.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited

17

SL0025805

Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Kafkalias, Kyriakos
**Sent:** Wednesday, January 27, 2016 10:54 AM
**To:** 'Sabina Harrinarain'
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Wonderworks-Bank account opening

Dear Sabina,

Please inform us if the attached reference letter is sufficient for Mr Leontiev.

In addition, please inform us if you can issue a corporate card.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Kafkalias, Kyriakos
**Sent:** Tuesday, January 26, 2016 3:59 PM
**To:** 'Sabina Harrinarain'
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Wonderworks-Bank account opening

Dear Sabina,

Confidential

SL0025806

Please inform us if you have reviewed company description of the company.
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Kafkalias, Kyriakos
**Sent:** Monday, January 25, 2016 2:20 PM
**To:** 'Sabina Harrinarain'
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** Wonderworks-Bank account opening

Dear Sabina,

Please find attached:

1.   Professional reference (either from a lawyer or an accountant) please inform us if the attached letter is acceptable.  Yes this letter is acceptable.  Kindly ask the lawyer to sign the letter and include a letterhead. -Professional reference letter for Andreas Mercouri  signed with letterhead
2.   The passport copy provided is not clear.  Please ensure the passport copy provided is clear and all information is visible.  In addition, this needs to be notarized. Please find attached international passport.  This was not included.  Kindly advise. -International passport of Vadim Kolotnikov attached
3.   Original Utility Bill  -bank reference letter attached of Andreas Mercouri. Please inform us if you can accept it as a proof of address.

At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857

Confidential

SL0025807

www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Sabina Harrinarain [mailto:sharrinarain@thebankofnevis.com]
**Sent:** Friday, January 22, 2016 8:59 PM
**To:** Kafkalias, Kyriakos
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas; 'Sabina Harrinarain'
**Subject:** RE: Bank account opening

Dear Kyriakos,

Please see my notes below:

We require the below due diligence documents for Sergey Leontiev:

➢ The passport copies provided are not clear. Kindly ensure the passport copy provided is clear and notarized. International and internal passport attached. Thank you!
➢ We are unable to accept the bank reference provided from Probusinessbank. Kindly provide us with another bank reference where Mr. Leontiev has established a banking relationship.
➢ Professional reference letter
➢ Original utility bill (translated if it is not in English) Please inform us if you can accept the internal passport as proof of address. I will accept the internal passport as proof of address.

We require the below due diligence documents for Kolotnikov:

➢ The secondary I.D provided needs to be clearer. In addition, this document needs to be notarized. Please find attached the internal passport. Thank you!
➢ The passport copy provided is not clear. Please ensure the passport copy provided is clear and all information is visible. In addition, this needs to be notarized. Please find attached international passport. This was not included. Kindly advise.
➢ Professional reference letter
➢ Original utility bill (translated if it is not in English) Please inform us if you can accept the internal passport as proof of address. Please also find attached the proof of address. I will accept the internal passport as proof of address.

We require the below due diligence documents for Mercouri:

20

➢ The secondary I.D provided needs to be translated.  In addition, it should also be notarized. Attached .  This has not been notarized.
➢ Notarised passport copy. Attached
➢ Original Utility Bill
➢ Professional reference (either from a lawyer or an accountant) please inform us if the attached letter is acceptable.  Yes this letter is acceptable.  Kindly ask the lawyer to sign the letter and include a letterhead.
Kind Regards,

**Sabina Harrinarain**

Business Development Officer
Bank of Nevis International Limited.
Main Street, Charlestown, Nevis

Phone:   (1) 869-469-0080 ext 324
Fax:   (1) 869-469-5798
Email:   sharrinarain@thebankofnevis.com
Website: www.thebankofnevis.com

**"Securing Your Financial Future"**

Please help to reduce waste and only print this e-mail if absolutely necessary.

**From:** Kafkalias, Kyriakos [mailto:kkafkalias@tridenttrust.com]
**Sent:** Wednesday, January 20, 2016 8:55 AM
**To:** Sabina Harrinarain
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; Iosiphidou, Yulia; Mercouri, Andreas
**Subject:** RE: Bank account opening

Dear Sabina,

In respect to the Due Diligence  Documents please see below in red:
At your disposal
Best regards
Kyriakos Kafkalias
Senior Banking Administrator
Trident Trust Company (Cyprus) Limited
Tel: (357) 25820650
Dir: (357) 25024768
Fax: (357) 25361857
www.tridenttrust.com

The information in this email and any attachments is confidential and may be privileged or

21

SL0025809

protected by other legal rules. It is intended solely for the addressee(s). Access to this e-mail by anyone other than the addressee(s) is unauthorized. If you are not the intended recipient, you are not authorized to and therefore must not disclose, copy, distribute or retain this message or any part of this message.

**From:** Sabina Harrinarain [mailto:sharrinarain@thebankofnevis.com]
**Sent:** Tuesday, January 19, 2016 8:45 PM
**To:** Kafkalias, Kyriakos
**Cc:** 'Denicia Small'; 'Fletcher St. Jean'; 'Sabina Harrinarain'
**Subject:** RE: Bank account opening

Dear Kyriakos,

I have reviewed the documents provided and have created a list of necessary amendments and documents required to complete this application.  Please see below:

Application form:

Page 2: Kindly confirm how long Kolotnikov have lived at his current address.

Page 4: Please ensure this page is signed by Mercouri and someone on behalf of the Trident Trust Company (Cyrus) Limited
          Kindly confirm Mercouri is the only authorized signatory of the account.

Page 5: Kindly fill in the bank and professional reference details for each of the authorized signatory  and beneficial owner of the account.  This page can be printed and filled in as many times as needed.

Page 6: I see that the source of initial funds is listed as "capital gains" while the source of ongoing funds is listed as "investment income".  Kindly provide us with documentary proof in the form of a bank statement or a portfolio statement (at least 3 to 6 months) to support this.
          Kindly fill in the section advising how much funds is expected to be pay into the account per year.

Page 9: Please ensure this page is signed and notarized.  In addition, if Mercouri is the only authorized signatory on the account, then we do not require a signature for Vadim Kolotnikov.

Due Diligence
Documents:

Confidential

SL0025810

The information contained in this email message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance
upon this communication by persons other than the intended recipient may be subject to legal
restriction or sanction. If you think that you have received this E-mail message in error, please
reply to the sender and delete this email promptly.

The information contained in this email message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance
upon this communication by persons other than the intended recipient may be subject to legal
restriction or sanction. If you think that you have received this E-mail message in error, please
reply to the sender and delete this email promptly.

The information contained in this email message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance

upon this communication by persons other than the intended recipient may be subject to legal
restriction or sanction. If you think that you have received this E-mail message in error, please
reply to the sender and delete this email promptly.
<Credit Card Product Details.pdf><GUARANTEE
FORM.pdf><Application_BusinessCard.pdf><Application_Form_Gold_Card.pdf
>

Confidential

SL0025811