# EXHIBIT 35

 CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

WWW.TRIDENTTRUST.COM          TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential          SL0018143

                                                                 CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

### NAME OF COMPANY

Ambika Investments Limited

### AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

**Authorised Representative #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                              Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority       ✓ Individually       ... Jointly

**Authorised Representative #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                      Passport Number*

Occupation

Address

Phone                                            Fax

Email

Relationship to beneficial owner(s)

Authority       ✓ Individually       ... Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP     2

Confidential                                                                                      SL0018144

**TRIDENT TRUST**                                                                 CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

**Banking Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                   Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority       ☒ Individually       ☐ Jointly

**Banking Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                           Passport Number*

Occupation

Address


Phone                                                 Fax

Email

Relationship to beneficial owner(s)

Authority       ☐ Individually       ☐ Jointly


*A certified copy of the passport is required and should be attached

TCYP-C-AP    3

Confidential                                                                  SL0018145

**TridentTrust**   CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                             Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                                Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev
Signature                                            Date  31/08/2015

Name
Signature                                            Date

Name
Signature                                            Date

Name
Signature                                            Date

Name
Signature                                            Date

Name
Signature                                            Date

TCYP-C-AP   4

Confidential                                                                 SL0018146