# EXHIBIT 36



77 А В 102797

# ДОВЕРЕННОСТЬ

Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Щеглаев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьино Роща 21 мая 2013 года, код подразделения 770-083, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, будучи бенефициарным владельцем компании Вермения Холдингз Лимитед (VERMENIA HOLDINGS LIMITED), зарегистрированной 30 августа 2007 рег. номер НЕ 200650 по адресу: Кипр, г. Лимассол, ул. Грива Дигени, д. 115, (далее по тексту Компания), настоящей доверенностью уполномочиваю:

гр. Личкину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство: Российская Федерация, пол женский, паспорт 45 08 022269, выданный ОВД "Текстильщики" гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 1, кв. 76 и/или

гр. Попова Виталия Николаевича, 12 июня 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол мужской, паспорт 13 16 576634, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированного по адресу: г. Москва, ул. Голубинская, д. 15/10, кв. 482,

быть моими представителями (совместно или по отдельности) во всех государственных органах, финансовых учреждениях/банках, включая DEUTSCHE BANK TRUST COMPANY AMERICA 60 WALL STREET MAIL SUITE NYC60-980 10004 NEW YORK, NY, UNITED STATES), регистраторе компаний Республики Кипр/Британские Виргинские Острова: Трайдент Траст Компани Лимитед (Trident Trust Company Limited), перед Директорами и Акционером Компании, в рамках получения информации и документации о деятельности Компании, с правом предоставлять, получать, оформлять и подписывать любые документы, инструкции в осуществлении всех прав, принадлежащих Компании, и вытекающие из вышеуказанных договоров, включая, но не ограничиваясь:

- подписывать любые заявления, запросы и распоряжения, необходимых для получения информации и (или) документов,
- получать информацию и (или) документы.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Краснова Г.Е. по адресу: город Москва, ул. Яузская, д. 8, стр. 2, другой выдается Щеглаеву Александру Борисовичу.

доверитель _____ (подпись) Щеглаев Александр Борисович

Город Москва.

Седьмого июня две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной Красновым Германом Евгеньевичем, нотариусом города Москвы.

Доверенность подписана гр. Щеглаевым Александром Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 3-п-874

Взыскано по тарифу: 1500 руб. 00 коп.
В том числе взыскано за услуги правового и технического характера 1100 руб. 00 коп.

Нотариус _____ Краснов Герман Евгеньевич

Confidential

AVP0001111
SL0006048



КОПИЯ

77 А В 1027971

# ДОВЕРЕННОСТЬ

Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Щеглаев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-083, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, *будучи бенефициарным владельцем компании Верменда Холдинг Лимитед (VERMENDA HOLDINGS LIMITED), зарегистрированная 30 августа 2007 рег. номер ЗЕ 206659 по адресу: Кипр, г. Лимассол, ул. Грива Дигени, д. 115, (далее по тексту Компания) настоящей доверенностью уполномочиваю:*

гр. Лянину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство: Российская Федерация, пол: женский, паспорт 45 08 022269, выданный ОВД "Текстильщики" гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 1, кв. 76 и/или

гр. Попова Виталия Николаевича, 12 июля 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол: мужской, паспорт 45 16 576534, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированного по адресу: г. Москва, ул. Голубинская, д. 15/10, кв. 482,

быть моими представителями (совместно или по отдельности) во всех государственных органах, финансовых учреждениях/банках (включая DEUTSCHE BANK TRUST COMPANY AMERICA 60 WALL STREET MAIL SUITE NYC60-050 (1004 NEW YORK, NY, UNITED STATES), регистраторе компаний Республики Кипр/Британские Виргинские Острова, Трайдент Траст Кампани Лимитед (Trident Trust Company Limited), перед Директорами и Акционером Компании, в рамках получения информации и документации о деятельности Компании, с правом предоставлять, получать, оформлять и подписывать любые документы, инструкции и осуществлении всех прав, принадлежащих доверителю и вытекающие из вышеуказанных договоров, включая, но не ограничиваясь:

- подписывать любые заявления, запросы и распоряжения, необходимые для получения информации и (или) документов;
- получать информацию и (или) документы.

Доверенность выдана сроком на три года, **с правом передоверия** полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Краснова Г.Е. по адресу: город Москва, ул. Яузская, д. 8, стр. 2, другой выдается Щеглаеву Александру Борисовичу.

доверитель: *Щеглаев Александр Борисович*

Город Москва.

Седьмого июня две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной, Красновым Германом Евгеньевичем, нотариусом города Москвы.

Доверенность подписана гр. Щеглаевым Александром Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 3-2-814

Взыскано по тарифу: 1300 руб. 00 коп.
В том числе взыскано за услуги правового
и технического характера: 1100 руб. 00 коп.

Нотариус

г. Моск-

Confidential

AVP0001112
SL0006049



Лицензия 77 № 000058
от 14 апреля 2000 г.

Город Москва.

*Восьмого июня две тысячи шестнадцатого года.*

Я, Кламов Герман Евгеньевич, нотариус города Москвы, свидетельствую
верность этой копии с подлинником документа. В последнем подчисток, приписок,
зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей нет.

Мною, либо, обращающимся за совершением нотариального действия, разъяснено,
что при свидетельствовании верности копии документа не подтверждается законность
содержания документа и соответствие изложенных в нем фактов действительности.

Зарегистрировано в реестре за №
Взыскано по тарифу
Нотариус



AVP0001113

Confidential                                                          SL0006050

77 A B 1027971

# POWER OF ATTORNEY
### Moscow city, the seventh of June two thousand and sixteen.

I, citizen **Aleksandr Borisovich Scheglyaev**, born on May 4, 1968, place of birth: Moscow city, citizenship: Russian Federation, sex: male, passport 45 13 064310, issued by the Department of the Federal Migration Service Administration (OUFMS) of Russia for the Moscow city for the Maryina Roshcha district on May 21, 2013, subdivision code 770-083, registered at the address: Moscow, 11 Oktyabrskaya str., 125 Apt.,

being the beneficial owner of **VERMENDA HOLDINGS LIMITED**, incorporated on August 30, 2007 under registration number HE 206659 at: 115 Griva Digeni, Limassol, Cyprus (the "Company") hereby authorizes

citizen **Galina Ivanovna Lipina**, born on May 10, 1983, place of birth: Naberezhnye Chelny, Republic of Tatarstan, citizenship: Russian Federation, sex: female, passport 45 08 022269, issued by the "Tekstilshchiki" Division of Internal Affairs (OVD) of Moscow city on June 27, 2005, subdivision code 772-071, registered at the address: Moscow, 7/2 Lyublinskaya str., 1 Bl., 76 Apt.,

citizen **Vitaliy Nikolaevich Popov**, born on July 12, 1975, place of birth: Tomsk, citizenship: Russian Federation, sex: male, passport 45 16 576534, issued by the DIVISION OF THE FEDERAL MIGRATION SERVICE ADMINISTRATION (OUFMS) OF RUSSIA FOR MOSCOW CITY FOR THE TAGANSKY DISTRICT on April 28, 2016, subdivision code 770-009, registered at the address: Moscow, 15/10 Golubinskaya str., 482 Apt.,

be my representatives (collectively or individually) in all government authorities, financial institutions / banks (including DEUTSCHE BANK TRUST COMPANY AMERICA 60 WALL STREET MAIL SUITE NYC60-050 10004 NEW YORK, NY, UNITED STATES), the Registrar of Companies of the Republic of Cyprus / British Virgin Islands, Trident Trust Company Limited, before the Directors and Shareholders of the Company, while obtaining information and documents on the activities of the Company, with the right to submit, receive, execute and sign any documents and instructions, exercise all the rights of the principal arising from the above agreements, including, but not limited to

sign any statements, requests and orders necessary to receive information and (or) documents,

receive information and (or) documents.

This Power of Attorney is issued for a term of three years, with the right of substitution.

**The meaning of the Power of Attorney and its legal consequences, as well as the content of Articles 185 to 189 of the Civil Code of the Russian Federation were explained to me and meet my intentions.**

This Power of Attorney is made in two copies, one of which shall remain in the affairs of Notary of the city of Moscow Krasnov G. E. at: 8 Yauzskaya Str., bldg. 2, Moscow, and the second copy shall be given to Aleksandr Borisovich Scheglyaev.

*grantor*   */Shcheglyaev Aleksandr Borisovich/*          */signature/*
**Moscow city.**
**The seventh of June two thousand and sixteen.**
This Power of Attorney has been certified by me, Krasnov German Evgenyevich, the notary of Moscow city.

The Power of attorney has been signed by Shcheglyaev Aleksandr Borisovich in my presence. I attest the identity of the signatory, his legal capabilities have been verified.

Registered in the registry under the No. 3-2-817
Charged as per tariff: 1,300 roubles 00 kop.
Including for legal
and technical work: 1,100 roubles 00 kop.
            Notary        /signature/          Krasnov German Evgenyevich

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/                              *Mos-*

Confidential

AVP0001114

SL0006051

*-cow*

Stamp: License series 77 № 000058 dated 14 of April 2000.

City of Moscow

*The eighth of June two thousand and sixteen.*

I, Krasnov German Evgenyevich, the notary of Moscow city, hereby certify that the above is a true copy of the original document, in which no corrections, additions, alterations, crossed-out words or other changes were found.

It has been explained to a person applying for a notarial act to be performed, that in certifying a true copy of the original document validity of the content thereof and authenticity of facts stipulated therein are not attested

Registered under No. 7-7-29284

According to tariff the fee of 10 r. + 50 r. was collected (tech. works)

Notary                 / Signature/

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/

Confidential

AVP0001115

SL0006052

*6a.*

| | |
|---|---|
| Город Москва. | The city of Moscow. |
| Девятое июня две тысячи шестнадцатого года. | The ninth of June, two thousand sixteen. |

| | |
|---|---|
| Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком Котушко Кристиной Николаевной. | The present translation from Russian into English was made by me, certified translator Kotushko Kristina Nikolaevna. |

Переводчик */signature/*  Translator  */signature/*

| | |
|---|---|
| Город Москва. | The city of Moscow. |
| Девятое июня две тысячи шестнадцатого года. | The ninth of June, two thousand sixteen. |
| Я, Краснов Герман Евгеньевич, нотариус города Москвы, свидетельствую подлинность подписи, сделанной переводчиком Котушко Кристиной Николаевной в моём присутствии. Личность ее установлена. | I, Krasnov German Evgenievich, a Notary Public of the city of Moscow, do hereby certify the genuineness of the signature, affixed by translator, Kotushko Kristina Nikolaevna, in my presence. The signatory's identity is verified. |

| | |
|---|---|
| Зарегистрировано в реестре за номером № 7-7-29331 | Registered under the No.: 7-7-29331 |
| Взыскан тариф – 100 рублей | Tariff charged - 100 rubles. |
| Нотариус | Notary Public  */signature/* |

| | |
|---|---|
| Всего пронумеровано, прошнуровано и скреплено печатью: ____3____ листа(ов) | The following total number of sheets were stringed and sealed : ____3____ |
| Нотариус | Notary Public  */signature/*<br>*/Seal/:* Notary Public in and for the city of Moscow<br>G.E. Krasnov |

Confidential

AVP0001116<br>SL0006053

## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна: Российская Федерация
   Настоящий официальный документ
2. был подписан _____ Красновым Г.Е. _____
   (фамилия)
3. выступающим в качестве _____ нотариуса _____
4. скреплен печатью/штампом
   _____ нотариуса г. Москвы Краснова Г.Е. _____
   (название учреждения)

### УДОСТОВЕРЕНО

5. в городе _____ Москва _____      6. _____ 14.06.2016 г. _____
   (дата)

7.  Клопцовым Р.Р. заместителем начальника Главного
    управления Министерства юстиции Российской
    Федерации по Москве
    (название удостоверяющего органа)

8. за № _____ 77/17355-16 _____
9. печать/штамп                          10. подпись

Confidential

SL0006054





Прошито, пронумеровано и скреплено печатью

4 ( _клеи ра_ ) лист а

Заместитель начальника
Главного управления Министерства юстиции
Российской Федерации по Москве

Р.Р. Клюпцов

Confidential

AVP0001118
SL0006055



77 А В 1027971

# ДОВЕРЕННОСТЬ

### Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Щеглаев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-083, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, будучи бенефициарным владельцем компании *Верменда Холдингз Лимитед (VERMENDA HOLDINGS LIMITED)*, зарегистрированная 30 августа 2007 рег. номер ЭЕ 206659 по адресу: Кипр, г. Лимассол, ул. Грива Дигени, д. 115. (далее по тексту Компания), настоящей доверенностью уполномочиваю:

гр. Лилину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство: Российская Федерация, пол: женский, паспорт 45 08 022269, выданный ОРД "Текстильщики" гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 1, кв. 76 и/или

гр. Попова Виталия Николаевича, 12 июля 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол: мужской, паспорт 45 16 576534, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированного по адресу: г. Москва, ул. Голубинская, д. 15/10, кв. 482,

быть моими представителями (совместно или по отдельности) во всех государственных органах, финансовых учреждениях/банках (включая DEUTSCHE BANK TRUST COMPANY AMERICA 60 WALL STREET MAIL SUITE NYC60-050 10004 NEW YORK, NY, UNITED STATES), регистраторе компаний Республики Кипр/Британские Виргинские Острова, Трайдент Траст Кампани Лимитед (Trident Trust Company Limited), перед Директорами и Акционером Компании, в рамках получения информации и документации о деятельности Компании, с правом предоставить, получать, оформлять и подписывать любые документы, инструкции и осуществления всех прав, принадлежащих доверителю и вытекающие из вышеуказанных договоров, включая, но не ограничиваясь;

- подписывать любые заявления, запросы и распоряжения, необходимые для получения информации и (или) документов;

- получать информацию и (или) документы.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Красиова Г.Е. по адресу: город Москва, ул. Яузская, д. 8, стр. 2, другой выдается Щеглаеву Александру Борисовичу.

доверитель _(signature)_ Щеглаев Александр Борисович

Город Москва.

Седьмого июня две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной, Красиовым Германом Евгеньевичем, нотариусом города Москвы.

Доверенность подписана гр. Щеглаевым Александром Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 3-2-817

Взыскано по тарифу: 1300 руб. 00 коп.
В том числе взыскано за услуги правового и технического характера: 1100 руб. 00 коп.

Нотариус _(signature, seal)_   Красиов Герман Евгеньевич

Confidential



Лицензия 77 № 000058
от 14 апреля 2000 г.

Город Москва,

*Восьмого июля две тысячи Шестнадцатого года.*

Я, Кралева Галина Евгеньевна, нотариус города Москвы, свидетельствую верность
этой копии с подлинником документа. В последнем подчисток, приписок, зачеркнутых
слов и иных неоговоренных исправлений и ли каких-либо особенностей нет.

Место, лист, обязательному за содержанием подлинника действия, разрешения,
что при совершении сличения не вносил за несоответствие за подразделяется законность
совершенных документов в соответствии изложенных з мои данные зарегистрированы.

Зарегистрировано в реестре за № _____
Взыскано по тарифу _____
Нотариус

Confidential



77 А.В. 402/972

# ДОВЕРЕННОСТЬ

Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Шегмаев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство Российская Федерация, пол мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-087, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, *будучи бенефициарным владельцем компании Вермэнда Холдингз Лимитед (VERMENDA HOLDINGS LIMITED), зарегистрированная 30 августа 2007 рег. номер 36 196658 по адресу: Кипр, г. Лимассол, ул. Грива Дигениз, д. 115 (далее по тексту Компания), настоящей доверенностью уполномочиваю:*

гр. Линину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство Российская Федерация, пол женский, паспорт 45 08 022269, выданный ОВД "Текстильщики" гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 6, кв. 70 инкв;

гр. Попова Виталия Николаевича, 12 июля 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол мужской, паспорт 45 16 576554, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-099, зарегистрированного по адресу: г. Москва, ул. Товарищеская, д. 15/10, кв. 482,—

быть моими представителями (совместно или по отдельности) во всех государственных органах, финансовых учреждениях/банках, регистраторе компаний Республики Кипр/Британских Виргинских Островов, Трайдент Траст Кампани Лимитед (Tident Trust Company Limited), перед Директорами и Акционером Компании, с администрациями моих прав, вытекающих из бенефициарного владения Компанией, с правом:

1. подписывать любые заявления, передаточные распоряжения, залоговые распоряжения, распоряжения о переуступке прав залога, а также другие распоряжения, служащие основанием для проведения операций в реестре акционеров;

2. подписывать распоряжения, необходимые для получения информации и (или) документов из любого реестра владельцев ценных бумаг;

3. осуществлять любые действия связанные с общим собранием акционеров и собранием директоров Компании:

- участвовать на общем собрании акционеров и директоров (включая инициирование созыва);
- запрашивать всю необходимую информацию для созыва и проведения общего собрания;
- вносить предложения в решения, в том числе в повестку дня общего собрания;
- принять участие в обсуждении повестки дня;
- голосовать по вопросам повестки дня всеми ценными бумагами;
- подписывать все документы, необходимые для реализации прав акционеров;

4. предоставлять и подписывать инструкции директорам и акционеру Компании по вопросам принятия решений в дочерних компаниях, расписываться за меня и совершать все действия, связанные с выполнением этого поручения;

5. оспаривать принятые решения и заключенные сделки Компанией.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Краснова Г. Е. по адресу: города Москва, ул. Лусская, д. 8, стр. 2, другой выдается Шегмаеву Александр Борисовичу.

доверитель _____ _Michel Alexandre Борисович_

Confidential

AVP0001121

SL0006058



Город Москва.

Седьмого июня две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной, Красновым Германом Евгеньевичем, нотариусом города Москвы.

Доверенность подписана гр. Шаблиевым Александром Борисовичем в моём присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 2-1347

Взыскано тарифу: 1300 руб. 00 коп.
В том числе взыскано за услуги правового и технического характера 1100 руб. 00 коп.

Краснов Герман Евгеньевич

Confidential
AVP0001122
SL0006059

КОПИЯ

77 А В 1027972

# ДОВЕРЕННОСТЬ

Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Щеглев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-083, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 123, будучи бенефициарным владельцем компании *Верменда Холдингз Лимитед (VERMENDA HOLDINGS LIMITED)*, зарегистрированная 30 августа 2007 год, номер НЕ 206659 по адресу: Кипр, г. Лимассол, ул. Грива Дженис, д. 115 (далее по тексту Компания), настоящей доверенностью уполномочиваю:

гр. Лялину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство: Российская Федерация, пол: женский, паспорт 45 08 922269, выданный ОВД "Текстильщики" гор. Москвы, 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 72, корп. 1, кв. 76 и/или

гр. Попова Виталия Николаевича, 12 июня 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол: мужской, паспорт 45 16 576534, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированного по адресу: г. Москва, ул. Голубинская, д. 15/10, кв. 482,

быть моими представителями (совместно или по отдельности) во всех государственных органах, финансовых учреждениях/банках, регистратора компаний Республики Кипр/Британских Виргинских Островов, Трайдент Траст Кампани Лимитед (Trident Trust Company Limited), перед Директорами и Акционером Компании, с целью реализации моих прав, вытекающих из бенефициарного владения Компанией, с правом:

1. подписывать любые заявления, передаточные распоряжения, залоговые распоряжения, распоряжения о переуступке прав залога, а также другие распоряжения, служащие основанием для проведения операций в реестре акционеров;

2. подписывать распоряжения, необходимые для получения информации и (или) документов из любого реестра владельца ценных бумаг;

3. осуществлять любые действия связанные с общим собранием акционеров и собранием директоров Компании:

 - участвовать на общем собрании акционеров и директоров (включая инициирование/созыв);
 - запрашивать всю необходимую информацию для созыва и проведения общего собрания;
 - вносить предложения по решению, в том числе в повестку дня общего собрания;
 - принять участие в обсуждении повестки дня;
 - голосовать по вопросам повестки дня всеми ценными бумаги;
 - подписывать все документы, необходимые для реализации прав акционеров;

4. представлять и подписывать инструкции директорам и акционеру Компании по вопросам принятия решений в дочерних компаниях, расписываться за меня и совершать все действия, связанные с выполнением этого поручения;

5. оспаривать принятые решения и заключенные сделки Компанией.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Краснова Г.Р. по адресу: город Москва, ул. Яузская, д. 8, стр. 2, другой выдается Щеглеву Александр Борисовичу.

доверитель: _(подпись)_ _Щеглев Александр Борисович_

AVP0001123

Confidential

SL0006060

Город Москва.

Седьмого июня две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной, Красновым Германом Евгеньевичем, нотариусом города Москвы.

Доверенность подписана гр. Шигаевым **Александром** Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 3-2-879

Взыскано по тарифу: 1300 руб. 00 коп.
В том числе взыскано за услуги правового
и технического характера 1300 руб. 00 коп.



Краснов Герман Евгеньевич

AVP0001124

Confidential

SL0006061



Лицензия 77 № 000058
от 14 апреля 2000 г.

Город Москва.

Восьмого июня две тысячи Шестнадцатого года.

Я, Краснов Герман Евгеньевич, нотариус города Москвы, свидетельствую верность
копии с подлинником документа. В последнем подчисток, приписок, зачеркнутых
слов и иных неоговоренных исправлений или каких-либо особенностей нет.

Мною, лицу, обратившемуся за совершением нотариального действия, разъяснено,
что при свидетельствовании верности копии документа не подтверждается законность
содержания документа и соответствие изложенных в нём фактов действительности.

Зарегистрировано в реестре за № 7-7-292*83
Взыскано по тарифу 20,1 1000 ,0
Нотариус

Confidential

**COPY**

77 A B 1027972

# POWER OF ATTORNEY

### Moscow city, the seventh of June two thousand and sixteen.

I, citizen **Aleksandr Borisovich Scheglyaev**, born on May 4, 1968, place of birth: Moscow city, citizenship: Russian Federation, sex: male, passport 45 13 064310, issued by the Department of the Federal Migration Service Administration (OUFMS) of Russia for the Moscow city for the Maryina Roshcha district on May 21, 2013, subdivision code 770-083, registered at the address: Moscow, 11 Oktyabrskaya str., 125 Apt., *being the beneficial owner of VERMENDA HOLDINGS LIMITED, incorporated on August 30, 2007 under registration number HE 206659 at: 115 Griva Digeni, Limassol, Cyprus (the "Company") hereby authorize*

citizen **Galina Ivanovna Lipina**, born on May 10, 1983, place of birth: Naberezhnye Chelny, Republic of Tatarstan, citizenship: Russian Federation, sex: female, passport 45 08 022269, issued by the "Tekstilshchiki" Division of Internal Affairs (OVD) of Moscow city on June 27, 2005, subdivision code 772-071, registered at the address: Moscow, 7/2 Lyublinskaya str., 1 Bl., 76 Apt.,

citizen **Vitaliy Nikolaevich Popov**, born on July 12, 1975, place of birth: Tomsk, citizenship: Russian Federation, sex: male, passport 45 16 576534, issued by the DIVISION OF THE FEDERAL MIGRATION SERVICE ADMINISTRATION (OUFMS) OF RUSSIA FOR MOSCOW CITY FOR THE TAGANSKY DISTRICT on April 28, 2016, subdivision code 770-009, registered at the address: Moscow, 15/10 Golubinskaya str., 482 Apt.,

to be my representatives (collectively or individually) in all government authorities, financial institutions / banks, the Registrar of Companies of the Republic of Cyprus / British Virgin Islands, Trident Trust Company Limited, before the Directors and Shareholders of the Company, in order to exercise my rights arising from the beneficial ownership of the Company, with the right to:

1.    sign any statements, instruments of transfer, pledge orders, lien assignment orders, as well as other orders, which are the basis for operations in the stock ledger,

2.    sign orders necessary to obtain information and (or) documents from any register of holders of securities,

3.    take any action associated with the General Shareholders Meeting and the meeting of Directors of the Company:

-    participate at the General Shareholders Meeting and directors (including initiation / convocation);

-    request all necessary information for convening and holding of the general meeting;

-    make proposals for the resolution, including the agenda of the general meeting;

-    participate in the discussion of the agenda;

-    vote on the agenda items on all the securities;

-    sign all documents necessary to exercise the rights of shareholders;

4.    provide and sign instructions to the directors and shareholder of the Company on decision-making in subsidiaries, to sign for me and perform all actions in connection with this authorization.

5.    challenge decisions made and transactions concluded by the Company.

**This Power of Attorney is issued for a term of three years, with the right of substitution.**

**The meaning of the Power of Attorney and its legal consequences, as well as the content of Articles 185 to 189 of the Civil Code of the Russian Federation were explained to me and meet my intentions.**

This Power of Attorney **is made in two copies,** one of which shall remain in the affairs of Notary of the city of Moscow Krasnov G. E. at: 8 Yauzskaya Str., bldg. 2, Moscow, and the second copy shall be given to Aleksandr Borisovich Scheglyaev.

*principal*        */Shcheglyaev Aleksandr Borisovich/*        */signature/*

*Mos-*

Confidential

AVP0001126

SL0006063

*-cow*

'Moscow city.

The seventh of June two thousand and sixteen.

This Power of Attorney has been certified by me, Krasnov German Evgenyevich, the notary of Moscow city.

The Power of attorney has been signed by **Shcheglyaev Aleksandr Borisovich** in my presence. I attest the identity of the signatory, his legal capabilities have been verified.

Registered in the registry under the No. **3-2-818**

Charged as per tariff: 1,300 roubles 00 kop.

Including for legal

and technical work: 1,100 roubles 00 kop.

        Notary      /signature/      Krasnov German Evgenyevich

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/                   Mos-

*-cow*

Stamp: License series 77 № 000058 dated 14 of April 2000.

City of Moscow.

*The eighth of June two thousand and sixteen.*

I, Krasnov German Evgenyevich, the notary of Moscow city, hereby certify that the above is a true copy of the original document, in which no corrections, additions, alterations, crossed-out words or other changes were found. It has been explained to a person applying for a notarial act to be performed, that in certifying a true copy of the original document validity of the content thereof and authenticity of facts stipulated therein are not attested

Registered under No. **7-7-29283**

According to tariff the fee of 20 r. + 100 r. was collected (tech. works)

Notary       / Signature/

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/

Stamp:

Pierced, numbered and sealed in

2 (two) pages

Notary     /Signature/

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/

AVP0001127

Confidential

SL0006064

Город Москва.

Девятое июня две тысячи шестнадцатого года.

Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком Котушко Кристиной Николаевной.

Переводчик *Котушко Кристина Николаевна* 

Город Москва.

Девятое июня две тысячи шестнадцатого года.
Я, Краснов Герман Евгеньевич, нотариус города Москвы, свидетельствую подлинность подписи, сделанной переводчиком Котушко Кристиной Николаевной в моём присутствии. Личность её установлена.

Зарегистрировано в реестре
за номером № 7-7-29330
Взыскан тариф – 100 рублей

Нотариус

Всего пронумеровано, прошнуровано и скреплено печатью:   4   листа(ов)

Нотариус

---

The city of Moscow.

The ninth of June, two thousand sixteen.

The present translation from Russian into English was made by me, certified translator Kotushko Kristina Nikolaevna.

Translator   /signature/

The city of Moscow.

The ninth of June, two thousand sixteen.
I, Krasnov German Evgenievich, a Notary Public of the city of Moscow, do hereby certify the genuineness of the signature, affixed by translator, Kotushko Kristina Nikolaevna, in my presence. The signatory's identity is verified.

Registered under the No.: 7-7-29330

Tariff charged - 100 rubles.

Notary Public   /signature/

The following total number of sheets were stringed and sealed :   4

Notary Public /signature/
/Seal/: Notary Public in and for the city of Moscow
G.E. Krasnov

Confidential

## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна: Российская Федерация

Настоящий официальный документ

2. был подписан _____ Красновым Г.Е. _____

(фамилия)

3. выступающим в качестве _____ нотариуса

4. скреплен печатью/штампом _____

нотариуса г. Москвы Краснова Г.Е.

(название учреждения)

### УДОСТОВЕРЕНО

5. в городе _____ Москва _____   6. _____ 14.06.2016 г. _____

(дата)

7. Клопцовым Р.Р. заместителем начальника Главного

управления Министерства юстиции Российской

Федерации по Москве

(название удостоверяющего органа)

8. за № _____ 77/17354-16 _____

9. печать/штамп _____   10. подпись

Настоящий апостиль удостоверяет подлинность подписи и должность лица, подписавшего документ, и, в надлежащих случаях, подлинность печати или штампа, которыми скреплен этот документ. Апостиль не удостоверяет содержание документа, в отношении которого был выпущен.

Confidential





Прошито, пронумеровано и скреплено печатью
_5_ ( _пять_ ) лист _ов_

Заместитель  начальника
Главного управления Министерства юстиции
Российской Федерации по Москве

Р.Р. Клопцов

AVP0001130

SL0006067

Confidential



А.В. 1027973

# ДОВЕРЕННОСТЬ

Город Москва седьмое июня две тысячи шестнадцатого года

Я, гр. Шетлиев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол мужской, паспорт 4513 064316, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-083, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, будучи бенефициарным владельцем компании Вермёнда Холдингс Лимитед (VERMENDA HOLDINGS LIMITED), зарегистрированной 26 августа 2012 под номер НЕ 306639 по адресу: Кипр, г. Лимассол, ул. Грива Дигениса, д. 115 (далее по тексту Компания), настоящей доверенностью уполномочиваю

гр. Лялину Галину Ивановну, 16 мая 1964 года рождения, место рождения: гор. Набережные Челны, Респ. Татарстан, гражданство: Российская Федерация, пол женский, паспорт 45 08 022269, выданный ОВД Тексильщики гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 1, кв. 76 и/или

гр. Попова Виталия Николаевича, 12 июня 1973 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол мужской, паспорт 45 16 576534, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированного по адресу: г. Москва, ул. Гончарная, д. 15/16, кв. 482,

Быть моими представителями (совместно или по отдельности) во всех государственных органах, судах Российской Федерации и иностранных судах, финансовых учреждениях/банках, регистраторе компаний Республики Кипр/Британских Виргинских Островов, Трайдент Траст Компани Лимитед (Trident Trust Company Limited), перед Директорами/Акционерами Компании, с целью предоставления моих интересов связанных с Компанией, с правом предоставлять, получать, оформлять и подписывать любые документы, инструкции и осуществлять все права принадлежащих доверителю и вытекающие бенефициарного владения Компанией, в том числе подавать запросы, жалоб, заявления, ходатайств, уполномочивается знакомиться с материалами, делать выписки из них, снимать копии, давать устные и письменные объяснения, представлять доказательства, представлять свои доводы и соображения по всем возникающим вопросам в ходе исполнения вышеуказанных договоров, возражать против доводов и соображений других лиц, сторон договора, а также получать все необходимые документы из компетентных организаций и учреждений, удостоверять своей подписью копий документов при подаче заявлений и жалоб в государственные органы, арбитражные суды и суды общей юрисдикции или иной компетентный орган, а также совершать все иные действия, связанные с выполнением настоящего поручения.

Доверенность выдана сроком на три года, с правом передоверия полномочия по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статьей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Красновой, а второй по адресу: город Москва, ул. Якунина, д. 8, стр. 2, другой выдается Шетлиеву Александру Борисовичу.

_Доверитель_ _____ _Шетлиев Александр Борисович_ ____

Город Москва
Седьмого июня две тысячи шестнадцатого года.
Настоящая доверенность удостоверена мной, Красновой Германом Евгеньевичем, нотариусом города Москвы.
Доверенность подписана гр. Шетлиевым Александром Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 5-____

Взыскано по тарифу: 1300 руб 00 коп.
В том числе взыскано за услуги правового и технического характера 1100 руб. 00 коп.

Нотариус _____ Краснов Герман Евгеньевич

Confidential



**КОПИЯ**

77 А В 1027973

# ДОВЕРЕННОСТЬ



Город Москва, седьмого июня две тысячи шестнадцатого года.

Я, гр. Щегляев Александр Борисович, 04 мая 1968 года рождения, место рождения: гор. Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 13 064310, выданный Отделением УФМС России по гор. Москве по району Марьина Роща 21 мая 2013 года, код подразделения 770-063, зарегистрированный по адресу: Москва, ул. Октябрьская, д. 11, кв. 125, будучи бенефициарным владельцем компании Вермендa Холдингс Лимитед (VERMENDA HOLDINGS LIMITED), зарегистрированная 30 августа 2007 рег. номер 38 206659 по адресу: Кипр, г. Лимассол, ул. Грива Дженис, д. 115 (далее по тексту Компания), настоящей доверенностью уполномочиваю:

гр. Ляпину Галину Ивановну, 10 мая 1983 года рождения, место рождения: гор. Набережные Челны Респ. Татарстан, гражданство: Российская Федерация, пол: женский, паспорт 45 08 022269, выданный ОВД "Текстильщики" гор. Москвы 27 июня 2005 года, код подразделения 772-071, зарегистрированную по адресу: г. Москва, ул. Люблинская, д. 7/2, корп. 1, кв. 76 и/или

гр. Попову Виталию Николаевну, 12 июля 1975 года рождения, место рождения: гор. Томск, гражданство: Российская Федерация, пол: мужской, паспорт 45 16 576534, выданный ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ТАГАНСКИЙ 28 апреля 2016 года, код подразделения 770-009, зарегистрированную по адресу: г. Москва, ул. Голубинская, д. 15/16, кв. 482,

быть моими представителями (совместно или по отдельности) во всех государственных органах, судах Российской Федерации и иностранных судах, финансовых учреждениях/банках, регистраторе компаний Республики Кипр/Британские Виргинские Острова, Трайдент Траст Кампани Лимитед (Trident Trust Company Limited), перед Директорами и Акционером Компании, с целью предоставления моих интересов связанных с Компанией, с правом предоставить, получать, оформлять и подписывать любые документы, инструкции и осуществлении всех прав, принадлежащих доверителю и вытекающие бенефициарного владения Компанией, в том числе подачи запросов, жалоб, заявлений, ходатайств, уполномочивается знакомиться с материалами, делать выписки из них, снимать копии, давать устные и письменные объяснения, представлять доказательства, представлять свои доводы и соображения по всем возникающим вопросам в ходе исполнения вышеуказанных договоров, возражать против, поводов, соображений других лиц, сторон договора, а также получать все необходимые документы из компетентных организаций и учреждений, удостоверять своей подписью копии документов при подаче заявлений и жалоб в государственные органы, арбитражные суды и суды общей юрисдикции или иной компетентный орган, а также совершать все иные действия, связанные с выполнением настоящего поручения.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Смысл и значение доверенности, ее юридические последствия, а также содержание статей 185-189 Гражданского кодекса Российской Федерации мне разъяснены и соответствуют моим намерениям.

Настоящая доверенность составлена в двух экземплярах, один из которых остается в делах нотариуса города Москвы Краснова Г.Е., по адресу: город Москва, ул. Яузская, д. 8, стр. 2, другой выдается Щегляеву Александру Борисовичу.

доверитель     *Щегляев Александр Борисович* /подпись/

Город Москва.
Седьмого июня две тысячи шестнадцатого года.
Настоящая доверенность удостоверена мной, Красновым Германом Евгеньевичем, нотариусом города Москвы.
Доверенность подписана гр. Щегляевым Александром Борисовичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 5-2-810

Взыскано по тарифу: 1300 руб. 00 коп.
В том числе взыскано за услуги правового
и технического характера: 1100 руб. 00 коп.

Нотариус                              Краснов Герман Евгеньевич

г. Моск-

AVP0001132

Confidential                                                          SL0006069



~~B8~~

Лицензия 77 № 000058
от 14 апреля 2000 г.

Город Москва.

*Восьмого июня две тысячи шестнадцатого года.*

Я, Краскова Лариса Евгеньевна, нотариус города Москвы, свидетельствую верность этой копии с подлинником документа. В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей нет.

Зарегистрировано в реестре за № _____
Взыскано по тарифу _____
Нотариус



Confidential

COPY

77 A B 1027973

# POWER OF ATTORNEY

**Moscow city, the seventh of June two thousand and sixteen.**

I, citizen **Aleksandr Borisovich Scheglyaev**, born on May 4, 1968, place of birth: Moscow city, citizenship: Russian Federation, sex: male, passport 45 13 064310, issued by the Department of the Federal Migration Service Administration (OUFMS) of Russia for the Moscow city for the Maryina Roshcha district on May 21, 2013, subdivision code 770-083, registered at the address: Moscow, 11 Oktyabrskaya str., 125 Apt., *being the beneficial owner of VERMENDA HOLDINGS LIMITED, incorporated on August 30, 2007 under registration number HE 206659 at: 115 Griva Digeni, Limassol, Cyprus (the "Company") hereby authorize*

citizen **Galina Ivanovna Lipina**, born on May 10, 1983, place of birth: Naberezbnye Chelny, Republic of Tatarstan, citizenship: Russian Federation, sex: female, passport 45 08 022269, issued by the "Tekstilshchiki" Division of Internal Affairs (OVD) of Moscow city on June 27, 2005, subdivision code 772-071, registered at the address: Moscow, 7/2 Lyublinskaya str., 1 Bl., 76 Apt.,

citizen **Vitaliy Nikolaevich Popov**, born on July 12, 1975, place of birth: Tomsk, citizenship: Russian Federation, sex: male, passport 45 16 576534, issued by the DIVISION OF THE FEDERAL MIGRATION SERVICE ADMINISTRATION (OUFMS) OF RUSSIA FOR MOSCOW CITY FOR THE TAGANSKY DISTRICT on April 28, 2016, subdivision code 770-009, registered at the address: Moscow, 15/10 Golubinskaya str., 482 Apt.,

be my representatives (collectively or individually) in all government authorities, the courts of the Russian Federation and foreign courts, financial institutions / banks, the Registrar of Companies of the Republic of Cyprus / British Virgin Islands, Trident Trust Company Limited, before the Directors and Shareholders of the Company, in order to represent my interests associated with the Company, with the right to submit, receive, execute and sign any documents, instructions, and exercise all the rights of the principal arising from the beneficial ownership of the Company, including the submission of requests, complaints, statements, motions, are authorized to get acquainted with materials, take extracts therefrom, make copies, give oral and written explanations, to present evidence, to present their arguments and considerations on all issues during the performance of the above agreements, to oppose arguments, considerations of others, parties to the agreement, as well as to receive all the necessary documents from competent organizations and institutions, to certify with their signature the copies of documents when submitting applications and complaints to the government authorities, arbitration courts and courts of general jurisdiction or other competent authority, as well as perform all other actions in connection with this authorization.

**This Power of Attorney is issued for a term of three years, with the right of substitution.**

**The meaning of the Power of Attorney and its legal consequences, as well as the content of Articles 185 to 189 of the Civil Code of the Russian Federation were explained to me and meet my intentions.**

This Power of Attorney is made in two copies, one of which shall remain in the affairs of Notary of the city of Moscow Krasnov G. E. at: 8 Yauzskaya Str., bldg. 2, Moscow, and the second copy shall be given to Aleksandr Borisovich Scheglyaev.

| | | |
|---|---|---|
| *principal* | */Shcheglyaev Aleksandr Borisovich/* | */signature/* |

**Moscow city.**

**The seventh of June two thousand and sixteen.**

This Power of Attorney has been certified by me, Krasnov German Evgenyevich, the notary of Moscow city.

The Power of attorney has been signed by Shcheglyaev Aleksandr Borisovich in my presence. I attest the identity of the signatory, his legal capabilities have been verified.

Registered in the registry under the No. 3-2-819
Charged as per tariff: 1,300 roubles 00 kop.
Including for legal
and technical work: 1,100 roubles 00 kop.

Notary      /signature/      Krasnov German Evgenyevich

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/                    *Mos-*

AVP0001134

Confidential                                                    SL0006071

*-cow*

Stamp: License series 77 № 000058 dated 14 of April 2000.

City of Moscow.
*The eighth of June two thousand and sixteen.*
I, Krasnov German Evgenyevich, the notary of Moscow city, hereby certify that the above is a true copy of the original document, in which no corrections, additions, alterations, crossed-out words or other changes were found. It has been explained to a person applying for a notarial act to be performed, that in certifying a true copy of the original document validity of the content thereof and authenticity of facts stipulated therein are not attested

Registered under No. 7-7-29282
According to tariff the fee of 10 r. + 50 r. was collected (tech. works)
Notary            / Signature/

/Seal: NOTARY OF MOSCOW CITY, G.E. KRASNOV/

Confidential

Город Москва.
Девятое июня две тысячи шестнадцатого года.

Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком Котушко Кристиной Николаевной.

Переводчик *Котушко Кристина Николаевна* /signature/

Город Москва.
Девятое июня две тысячи шестнадцатого года.
Я, Краснов Герман Евгеньевич, нотариус города Москвы, свидетельствую подлинность подписи, сделанной переводчиком Котушко Кристиной Николаевной в моём присутствии. Личность её установлена.

Зарегистрировано в реестре
за номером № 7-7-29332
Взыскан тариф – 100 рублей

Нотариус

Всего пронумеровано, прошнуровано и скреплено печатью: ___3___ листа(ов)

Нотариус

The city of Moscow.
The ninth of June, two thousand sixteen.

The present translation from Russian into English was made by me, certified translator Kotushko Kristina Nikolaevna.

Translator   /signature/

The city of Moscow.
The ninth of June, two thousand sixteen.
I, Krasnov German Evgenievich, a Notary Public of the city of Moscow, do hereby certify the genuineness of the signature, affixed by translator, Kotushko Kristina Nikolaevna, in my presence. The signatory's identity is verified.

Registered under the No.: 7-7-29332

Tariff charged – 100 rubles.

Notary Public   /signature/

The following total number of sheets were stringed and sealed : ___3___

Notary Public /signature/
/Seal/: Notary Public in and for the city of Moscow
G.E. Krasnov

Confidential



## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна: **Российская Федерация**
   Настоящий официальный документ
2. был подписан                                *Красновым Г.Е.*
   (фамилия)
3. выступающим в качестве                       *нотариуса*
4. скреплен печатью/штампом
   *нотариуса г. Москвы Краснова Г.Е.*
   (название учреждения)

УДОСТОВЕРЕНО

5. в городе          *Москва*              6.       *14.06.2016 г.*
   (дата)
7. **Клопцовым Р.Р. заместителем начальника Главного**
   **управления Министерства юстиции Российской**
   **Федерации по Москве**
   (название удостоверяющего органа)
8. за №          *77/17358-16*
9. печать/штамп                    10. подпись

Настоящий апостиль удостоверяет подлинность подписи и должность лица, подписавшего документ, и, в соответствующем случае, подлинность печати или штампа, которыми скреплен этот документ. Апостиль не удостоверяет содержание документа, в отношении которого был выпущен.

Confidential





Прошито, пронумеровано и скреплено печатью

_4_ ( _четыре_ ) лист _а_

Заместитель начальника
Главного управления Министерства юстиции
Российской Федерации по Москве

Р.Р. Клопцов

Confidential