# EXHIBIT 37

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

**COMPANY**

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018148

 TRIDENT TRUST

**CYPRUS**

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Clervaux Investments Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr) Alexander Shcheglyaev

Nationality Russia                           Passport Number* 72 9273296

Occupation Economist

Address 11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                       Fax

Email shcheglyaev@gmail.com

Relationship to beneficial owner(s) Beneficial owner

Authority        ☑ Individually      ☐ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                  Passport Number*

Occupation

Address

Phone                                        Fax

Email

Relationship to beneficial owner(s)

Authority        ☑ Individually      ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        2

# ᙭᙭᙭ TRIDENT TRUST

CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                  Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☒ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                          Passport Number*

Occupation

Address

Phone                                                Fax

Email

Relationship to beneficial owner(s)

Authority        ☐ Individually        Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        3

### ɮ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS
Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                    Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                       Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                                   Date  31/08/2015

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

TCYP-C-AP        4

Confidential                                                  SL0018151

 TRIDENT TRUST

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

WWW.TRIDENTTRUST.COM

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

**☰☰☰ TRIDENT TRUST**                                                   C Y P R U S

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Fervault Assets Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority         ☑ Individually        ☐ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                            Passport Number*

Occupation

Address

Phone                                                 Fax

Email

Relationship to beneficial owner(s)

Authority         ☑ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        2

Confidential                                                                    SL0018153

## TRIDENT TRUST

CYPRUS

### BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owners to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and retrieve any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                 Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                             Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s):  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                         Passport Number*

Occupation

Address

Phone                                               Fax

Email

Relationship to beneficial owner(s):

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached

Confidential

SL0018154

# ⋙ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                                   Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                                             Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                                          Date  31/08/2015

Name

Signature                                          Date

Name

Signature                                          Date

Name

Signature                                          Date

Name

Signature                                          Date

Name

Signature                                          Date

TCYP-C-AP          4

Confidential

SL0018155

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018156



CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Inakima Holdings Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                   Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ✓ Individually          Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                          Passport Number*

Occupation

Address

Phone                                                Fax

Email

Relationship to beneficial owner(s)

Authority          ✓ Individually          Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP    2

Confidential

SL0018157

**TRIDENT TRUST**                                                          CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and retrieve any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                              Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                           Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☒ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                      Passport Number*

Occupation

Address

Phone                                            Fax

Email

Relationship to beneficial owner(s)

Authority        ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached.

TCYP-C-AP        3

# ☰☰ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address 11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                    Fax

Email shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                    Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                 Date 31/08/2015

Name

Signature                                 Date

Name

Signature                                 Date

Name

Signature                                 Date

Name

Signature                                 Date

Name

Signature                                 Date

TCYP-C-AP      4

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018160

# ЖЖ TRIDENT TRUST

CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Ingtine Trading Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                                 Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ✓ Individually          Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                             Passport Number*

Occupation

Address

Phone                                                  Fax

Email

Relationship to beneficial owner(s)

Authority          ✓ Individually          Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          2

**≫≫≫ TRIDENT TRUST**

CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                   Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                           Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☑ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                          Passport Number*

Occupation

Address

Phone                                                Fax

Email

Relationship to beneficial owner(s)

Authority        ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        3

SL0018162

**≫≫≫ TRIDENT TRUST**                                                                        CYPRUS

## INVOICING INSTRUCTIONS
Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1
Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2
Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                            Fax

Email

## DECLARATION
I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                        Date  31/08/2015

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

TCYP-C-AP        4

 **TRIDENTTRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018164



CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

### NAME OF COMPANY

Izatelom Investments Limited

### AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia


Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☑ Individually        ☐ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                            Passport Number*

Occupation

Address


Phone                                                 Fax

Email

Relationship to beneficial owner(s)

Authority        ☑ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        2

SL0018165

## ☰☰☰ TRIDENT TRUST

CYPRUS

### BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and remain any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

**Banking Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

**Banking Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                            Passport Number*

Occupation

Address

Phone                                                  Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          3

# ⅢⅢ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address 11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                     Fax

Email shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                       Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                   Date 31/08/2015

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

Name

Signature                                   Date

TCYP-C-AP    4

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

WWW.TRIDENTTRUST.COM

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

SL0018168

 **TRIDENT TRUST**

CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Kevina Holdings Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr) Alexander Shcheglyaev

Nationality Russia                     Passport Number* 72 9273296

Occupation Economist

Address 11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                  Fax

Email shcheglyaev@gmail.com

Relationship to beneficial owner(s) Beneficial owner

Authority         ✓ Individually       Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                            Passport Number*

Occupation

Address

Phone                                  Fax

Email

Relationship to beneficial owner(s)

Authority         ✓ Individually       Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP    2

SL0018169

# ✗✗✗ TRIDENT TRUST

CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☒ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                            Passport Number*

Occupation

Address

Phone                                                  Fax

Email

Relationship to beneficial owner(s)

Authority        ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        3

**₩₩ TRIDENT**TRUST                                                          C Y P R U S

### INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                             Fax

Email

### DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                                         Date  31/08/2015

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

Confidential                                        SL0018171


**TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018172



TRIDENTTRUST                                                              CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Lunare Trading Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)   Alexander Shcheglyaev

Nationality  Russia                              Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia


Phone  +7-929-659-38-94                         Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ✓ Individually       ___ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                      Passport Number*

Occupation

Address


Phone                                            Fax

Email

Relationship to beneficial owner(s)

Authority          ✓ Individually       ___ Jointly


*A certified copy of the passport is required and should be attached

Confidential                                                      SL0018173

## ۶۶۶ TRIDENT TRUST

### BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and retrieve any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                          Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                       Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                  Passport Number*

Occupation

Address

Phone                                        Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached

### ⫸ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS
Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                                  Fax

Email

## DECLARATION
I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                              Date  31/08/2015

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

TCYP-C-AP        4

 **TRIDENTTRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved. 7.14

Confidential
SL0018176

 **TRIDENTTRUST**

CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Madgwick Holdings Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                              Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority      ✓ Individually      ___ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                       Passport Number*

Occupation

Address

Phone                                             Fax

Email

Relationship to beneficial owner(s)

Authority      ✓ Individually      ___ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        2

## ⅀⅀⅀ TRIDENT TRUST

CYPRUS

### BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

**Banking Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                          Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                                      Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

**Banking Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                                  Passport Number*

Occupation

Address

Phone                                                        Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached.

TCYP-C-AP          3

### ☰☰☰ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                   Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                     Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                               Date  31/08/2015

Name

Signature                               Date

Name

Signature                               Date

Name

Signature                               Date

Name

Signature                               Date

Name

Signature                               Date

TCYP-C-AP      4

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved, 7.14

Confidential

SL0018180

 **TRIDENT TRUST**                                                                CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Owena Investments Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                    Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority      ✓ Individually      __ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                            Passport Number*

Occupation

Address

Phone                                                  Fax

Email

Relationship to beneficial owner(s)

Authority      ✓ Individually      __ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP      2

**≫≫≫ TRIDENT TRUST**                                                    CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and retrieve any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                              Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                           Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☒ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                      Passport Number*

Occupation

Address

Phone                                            Fax

Email

Relationship to beneficial owner(s)

Authority        ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP      **3**

Confidential                                                                      SL0018182

**₩₩ T**RIDENT **T**RUST                                                    **CYPRUS**

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                                Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                              Date  31/08/2015

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Confidential                                                              SL0018183

 TRIDENT TRUST

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018184

 **TRIDENT TRUST**

CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

### NAME OF COMPANY

Sidran Trading Limited

### AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia        Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94        Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority    ✓ Individually    ___ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality        Passport Number*

Occupation

Address

Phone        Fax

Email

Relationship to beneficial owner(s)

Authority    ✓ Individually    ___ Jointly

*A certified copy of the passport is required and should be attached.

TCYP-C-AP    2

**☰☰☰ TRIDENT TRUST**
                                                            CYPRUS

**BANKING INSTRUCTIONS**

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)   Alexander Shcheglyaev

Nationality  Russia                          Passport Number*  72 9273296

Occupation  Economist

Address   11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                      Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)   Beneficial owner

Authority          ☒ Individually          ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                  Passport Number*

Occupation

Address

Phone                                        Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached

                                        TCYP-C-AP      **3**

Confidential                                        SL0018186

**≡≡≡ TRIDENT TRUST**                                                                 C Y P R U S

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

**Invoicing Contact #1**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                                  Fax

Email  shcheglyaev@gmail.com

**Invoicing Contact #2**

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                                     Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

**Completed by**

Name  Alexander Shcheglyaev

Signature                                            Date  31/08/2015

Name

Signature                                            Date

Name

Signature                                            Date

Name

Signature                                            Date

Name

Signature                                            Date

Name

Signature                                            Date

T C Y P - C - A P        4

 TRIDENT TRUST

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018188

 **TRIDENT** TRUST

CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Trigor Trading Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr) Alexander Shcheglyaev

Nationality  Russia                                 Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                             Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☑ Individually        ☐ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                         Passport Number*

Occupation

Address

Phone                                               Fax

Email

Relationship to beneficial owner(s)

Authority          ☑ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached.

TCYP-C-AP      2

**≋ TRIDENT TRUST**

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and return any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                        Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                            Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                                Passport Number*

Occupation

Address

Phone                                                      Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached.

Confidential

SL0018190

**⋙ TRIDENT TRUST**                                                    CYPRUS

## INVOICING INSTRUCTIONS
Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1
Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2
Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                            Fax

Email

## DECLARATION
I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                        Date  31/08/2015

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

TCYP-C-AP    4

 TRIDENTTRUST

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018192



TRIDENT TRUST                                                                                    CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Valkera Investments Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                            Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                               Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ✓ Individually          Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                                     Passport Number*

Occupation

Address

Phone                                                          Fax

Email

Relationship to beneficial owner(s)

Authority          ✓ Individually          Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          2

# TRIDENT TRUST

CYPRUS

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                 Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                              Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                         Passport Number*

Occupation

Address

Phone                                               Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          3

# TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                           Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                             Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                         Date  31/08/2015

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

Name

Signature                                         Date

TCYP-C-AP         4

 **TRIDENT TRUST**

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved, 7.14

Confidential

SL0018196

 **TRIDENT TRUST**                                                                                 **CYPRUS**

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Veregar Holdings Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                                     Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                                                 Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☑ Individually        Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                                             Passport Number*

Occupation

Address

Phone                                                                   Fax

Email

Relationship to beneficial owner(s)

Authority        ☑ Individually        Jointly

*A certified copy of the passport is required and should be attached

Confidential                                                                 SL0018197

## ✷✷✷ TRIDENT TRUST

CYPRUS

### BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and receive any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                               Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                           Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☑ Individually        ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                       Passport Number*

Occupation

Address

Phone                                             Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          3

**TRIDENT TRUST**                                                    C Y P R U S

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                          Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                            Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                                        Date  31/08/2015

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

Name

Signature                                        Date

T C Y P - C - A P        4


TRIDENT TRUST

CYPRUS

CONFIDENTIAL

COMPANY

# Authorised Persons Form

**Trident Trust Company (Cyprus) Ltd**
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258-20-650
Fax +357-253-61-857
cyprus@tridenttrust.com

TCYP-C-AP

© 2014, Trident Trust. All rights reserved. 7.14

Confidential

SL0018204



CYPRUS

The following information is required from the beneficial owner(s) by Trident Trust Company (Cyprus) Ltd ("Trident") in order to appoint or change an authorised representative/banking instructions contact or the invoicing instructions.

## NAME OF COMPANY

Vesvora Trading Limited

## AUTHORISED REPRESENTATIVE

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors, to request and receive any and all information concerning the Company and to provide Trident and/or the Directors with instructions on behalf of the beneficial owner(s) and the beneficial owner(s) authorise Trident and/or the Directors to execute such instructions received by email, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Authorised Representative #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                           Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                       Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority        ☑ Individually        ☐ Jointly

### Authorised Representative #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                   Passport Number*

Occupation

Address

Phone                                         Fax

Email

Relationship to beneficial owner(s)

Authority        ☑ Individually        ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP        2

Confidential                                            SL0018205

**TRIDENT TRUST**

## BANKING INSTRUCTIONS

The Person(s) indicated here below is/are authorised by the beneficial owner(s) to directly contact Trident and/or the Directors and/or the Signatories of the Company's bank account(s), and to provide them with instructions and information for the execution of transfers and/or for any and all matters in connection with the company's bank account(s) and/or to request and retrieve any and all information concerning such bank account(s) and the beneficial owner(s) authorise Trident and/or the Directors and/or the Signatories of the Company's bank account(s) to execute such instructions received by e-mail, fax or in any other form from such Person(s). These authorisations shall be deemed to remain in force until the beneficial owner(s) expressly communicate their revocation to Trident.

### Banking Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Nationality  Russia                                   Passport Number*  72 9273296

Occupation  Economist

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone +7-929-659-38-94                                Fax

Email  shcheglyaev@gmail.com

Relationship to beneficial owner(s)  Beneficial owner

Authority          ☒ Individually          ☐ Jointly

### Banking Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Nationality                                           Passport Number*

Occupation

Address

Phone                                                 Fax

Email

Relationship to beneficial owner(s)

Authority          ☐ Individually          ☐ Jointly

*A certified copy of the passport is required and should be attached

TCYP-C-AP          3

                                    SL0018206

# ⫸ TRIDENT TRUST

CYPRUS

## INVOICING INSTRUCTIONS

Person(s) to whom invoices are to be sent (if different from above).

### Invoicing Contact #1

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)  Alexander Shcheglyaev

Address  11 Oktyabrskaya Street, apart.125, 127018, Moscow, Russia

Phone  +7-929-659-38-94                    Fax

Email  shcheglyaev@gmail.com

### Invoicing Contact #2

Full Name and Title (e.g. Mr, Mrs, Miss, Ms, Dr)

Address

Phone                                       Fax

Email

## DECLARATION

I/we hereby severally undertake and agree that the indemnity defined in the Terms of Business which form an integral part of the Letter of Engagement between myself/ourselves and Trident, shall extend to all and any acts, deeds, matters or things done or omitted to be done as a result, arising out of or in connection to the authorisations given herein, as if the instructions were given directly by myself/ourselves.

### Completed by

Name  Alexander Shcheglyaev

Signature                              Date  31/08/2015

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

Name

Signature                              Date

TCYP-C-AP    4