# EXHIBIT 38

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                   Plaintiff,
 6                                    Case No. 16-cv-3595
          -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                   Defendant.
 9
     - - - - - - - - - - - - - - - - - - - -x
10
                        January 11, 2017
11                      3:10 p.m.
12
13
14
15          Videotaped deposition of
16   ALEXANDER SHCHEGLYAEV, taken by Defendant,
17   pursuant to Notice, held at Hotel Kämp,
18   Pohjoisesplanadi 29, Helsinki, Finland,
19   before Sharon Lengel, a Registered
20   Professional Reporter, Certified Realtime
21   Reporter, and Notary Public of the State
22   of New York.
23
24                 *    *    *
25
```

```
 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6      BY:  MARSHALL KING, ESQ.
             ANDREI MALIKOV, ESQ.
 7
 8
 9      DEBEVOISE & PLIMPTON LLP
             Attorneys for Defendant
10           801 Pennsylvania Avenue, N.W.
             Washington, D.C. 20004
11
        BY:  NICHOLAS C. TOMPKINS, ESQ.
12           COLBY A. SMITH, ESQ.
13
14
15   ALSO PRESENT:
16           DAVID ROSS ELLIOTT, Videographer
17           PAVEL KHOKHLACHEV, Interpreter
18           VICTOR POTAPOV, Check Interpreter
19           VITALIY POPOV, ESQ.
20                *    *    *
21
22
23
24
25
```

1        SHCHEGLYAEV
2   ahead.
3       A.    I'm sorry.  I can explain my
4   position and why I'm saying that it's may
5   be.
6       Q.    Please, go ahead.
7       A.    It seems to me I am a
8   beneficial.  At a certain time in the
9   past, in the company called Probusiness,
10  there was a person -- just a second --
11  Aleksandra Vyulkova.  And because I knew
12  Alexander Zheleznyak, from time to time,
13  at various events, corporate events and
14  birthday parties, we would meet with
15  Aleksandra Vyulkova.
16           At one of the evenings, Vyulkova
17  made a proposal to me, because I finished
18  with my state service.  She proposed to me
19  to become the beneficiary of several
20  companies for a certain remuneration.  I
21  said that I agreed to that, as long as I
22  did not bear any financial risks and as
23  long as I did not have to sign for any
24  payments or be responsible for any of
25  those, after which I was asked to come to

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | SHCHEGLYAEV                                        |
| 2   | Cyprus and to process several companies.           |
| 3   | There, I met Mr. Brazhnikov --                     |
| 4   | his first name is Fiodor -- who                    |
| 5   | accompanied me when visiting registrars.           |
| 6   | I signed a number of papers, after which           |
| 7   | all the documents were taken away by               |
| 8   | Fiodor Brazhnikov.  And because I trusted          |
| 9   | the company Probusiness, I, therefore, did         |
| 10  | not ask any questions.                             |
| 11  | I was only worried about two                       |
| 12  | things:  My responsibility in relation to          |
| 13  | any financial transfers.  And, in this             |
| 14  | part, I was explained that -- it was               |
| 15  | explained to me that there was a director          |
| 16  | for this purposes, and the director                |
| 17  | receives instructions.  And I warned them          |
| 18  | straight-away that I will not be giving            |
| 19  | any payment instructions to anyone.  And           |
| 20  | the second issue was my remuneration.              |
| 21  | Now we come to the point which                     |
| 22  | explains why I said that maybe I'm a               |
| 23  | beneficiary in those companies, because I          |
| 24  | cannot state precisely the names of the            |
| 25  | companies where I am a beneficiary, and            |

1  SHCHEGLYAEV
2  also I cannot state the number of those
3  companies.
4      Q.    Thank you for that explanation.
5            Let me go back to a few things
6  that you said, just to make sure that I've
7  understood them clearly.
8            You said that Ms. Vyulkova, who
9  worked at Probusiness, first approached
10 you about taking on this role.
11           Did she offer any explanation
12 for why she needed you to take on this
13 role and responsibility?
14     A.    Yes, she did.  She explained to
15 me that, companies where there were other
16 beneficiaries, it was necessary to change
17 the beneficiaries, because a certain
18 number of years has elapsed.
19     Q.    Did you have any -- did she give
20 you any information on who the prior
21 beneficiaries had been?
22     A.    No.  The only thing, at the
23 time, when I was signing the documents, I
24 saw from who to who the transfer was made.
25 But I was not familiar with -- with those

Page 15

1            SHCHEGLYAEV
2  surnames.
3       Q.    Well, we'll look at some
4  documents in a minute and see if that may
5  refresh your memory.
6            As I recall, you described the
7  position that she asked you to take on as
8  that of the beneficiary of the company.
9            What was your understanding of
10 what the role of a beneficiary was in a
11 company of this kind?
12      A.    A person who is register -- in
13 whose name the company is registered.
14      Q.    In that position, did you make
15 any business decisions with respect to the
16 company's business activities?
17           MR. KING:  Objection to form.
18      A.    No.
19      Q.    Do you know, did someone else
20 make those decisions?
21      A.    As far as I know, I don't know
22 how the structure --
23           THE INTERPRETER:  Sorry.
24      A.    -- what the structure looked
25 like.  But all the instructions were given

Page 16

1        SHCHEGLYAEV
2   by Vyulkova.
3        I'm sorry.  At the moment of the
4   registration, I was giving an
5   authorization to Fiodor Brazhnikov, the
6   person who was there in Cyprus who met me
7   there.
8        Q.   Did you have an understanding of
9   what the business purpose of these
10  companies was, the companies for which you
11  acted as the beneficiary?
12        MR. KING:  Objection.  Lacks
13     foundation.
14        A.   Taking into account my own work
15  experience, I could only guess.
16        Q.   Did you ever speak with
17  Ms. Vyulkova about what the business
18  purpose of these companies was?
19        A.   Yes.
20        Q.   What did she tell you?
21        A.   She told me they were -- their
22  purpose was to participate in various
23  projects abroad, such as investing in
24  various funds and construction.
25        Q.   Did you ever speak with

1                     SHCHEGLYAEV
2       Q.    But you were never given access
3    to this email; is that right?
4       A.    They explained to me, "You're
5    not going to work there.  You're not
6    dealing with any financial documents,
7    anyway.  We're here, and we can provide
8    always some information to them."
9       Q.    So --
10      A.    And then they disappeared.
11      Q.    Okay.  But it was your
12   understanding that Ms. Vyulkova and
13   Mr. Brazhnikov would be the ones who would
14   use this email address that was set up
15   with your name.
16            MR. KING:  Objection.  Leading.
17      A.    I could not say who would be
18   using it.  It was obvious that Vyulkova
19   and Brazhnikov had access to this email.
20   But apart from them, I cannot say how many
21   other people have access to that email
22   address.
23      Q.    Okay.  With respect to the
24   second trip, do you remember the name of
25   the person who brought you the ticket?

Page 37

SHCHEGLYAEV

2  Q. Do you remember the names of any
3  of the people you spoke with at Trident
4  Trust?
5  A. Yes.
6  Q. Who did you speak with?
7  A. Farida, Alexia, Galina, and
8  there are two people I don't remember.
9  Q. How long were you in Cyprus on
10 the second trip?
11 A. One day.
12 Q. And did anyone travel with you?
13 Did anyone go with you on that trip?
14 A. No.
15 Q. And while you were there, were
16 you able to obtain a list of the companies
17 for which you were the beneficiary?
18 A. No.
19 Q. Did the people you spoke -- I'm
20 sorry. Go ahead.
21 A. After that, there were some
22 emails that came to my email address. All
23 of them were written in different forms.
24 I don't speak English very well, and also
25 my English is a day-to-day English. And

1  SHCHEGLYAEV
2  business English is something that escapes
3  me.  So I could not have a full picture
4  based on the communication with them.
5       Q.   And that was because the emails
6  were written in English; is that right?
7       A.   I would say this is the second
8  reason.  The first reason, they were very
9  different in terms of their form, and they
10 came from different people.  If it was
11 just a transparent letter -- for example,
12 "Mr. Shcheglyaev, you are beneficiary of
13 19 companies," such and such and such and
14 such would have been one thing.  But then
15 there were different emails coming or
16 different papers coming in.
17      Q.   We're getting near the end of
18 the media, so I think we need to take a
19 short break.
20           THE VIDEOGRAPHER:  Thank you.
21      This is the end of Media 1, Volume I,
22      of the video deposition of
23      Mr. Alexander Shcheglyaev.  Going off
24      the record at 4:27 p.m., as indicated
25      on the video screen.  Thank you.

Page 43

1      SHCHEGLYAEV
2  asked me to forward them to her.
3      Q.    How did you first learn that she
4  had become involved with the companies for
5  which you were the beneficiary?
6           MR. KING:  Objection.  Vague.
7      A.    When the bankruptcy of the bank
8  happened, Vyulkova disappeared, Brazhnikov
9  disappeared.  When I approached
10 Zheleznyak, he said that, "Unfortunately,
11 I don't know anything, because Vyulkova
12 was dealing with everything."
13          As far as I understand, a person
14 under the name of Brazhnikov was not even
15 known to Zheleznyak.  And in these
16 difficult conditions, when certain people
17 were not even contactable, some of them
18 disappeared; somebody left.  Very many
19 people tried to deal with this.
20          And because communication with
21 Zheleznyak was also limited, because he
22 was out of the country, very often, I did
23 not understand who was calling me and on
24 whose behalf and who represents which
25 party.

```
                                                    Page 91
 1                     SHCHEGLYAEV
 2        A.    Yes.
 3        Q.    Who informed you that the
 4   company -- well, had somebody informed you
 5   that Mr. Leontiev owned Wonderworks?
 6        A.    I can't tell you now precisely.
 7   It's possible that it came from our
 8   conversation with Mr. Popov.
 9        Q.    Take a look at Exhibit 6.  And,
10   again, I want to ask you about the first
11   paragraph of the statement where there's a
12   reference to Mr. SL Leontiev.
13              Leaving aside the date, am I
14   correct that, when Ms. Vyulkova came to
15   you and asked you to be a beneficial owner
16   of some companies, she never mentioned
17   representing Mr. Leontiev?  You understood
18   that she was representing Financial Group
19   "Life"; correct?
20              MR. SMITH:  Objection to form.
21        Leading the witness.
22        A.    Yes.
23        Q.    Could you look at Exhibit 7.
24              Am I correct, again, that the
25   reference to Mr. Leontiev was not
```

212-267-6868                www.veritext.com                516-608-2400

                                                          Page 92

1                     SHCHEGLYAEV
2    mentioned by Ms. Vyulkova?
3        A.    It was not mentioned by
4    Vyulkova.  But it wasn't a secret that one
5    of the heads was Leontiev.
6        Q.    One of the heads of Group Life;
7    correct?
8        A.    Yes.
9        Q.    Did you make more than one visit
10   with Mr. Popov to the notary?
11       A.    I think it was two.
12       Q.    Did Mr. Popov or anyone from
13   Avilon ask you for any other assistance in
14   connection with the problems that
15   Mr. Popov had explained to you?
16             MR. SMITH:  Objection to form.
17       A.    I'm afraid I didn't understand
18   your question.  I didn't quite understand
19   the question.
20       Q.    Okay.  Well, I'll rephrase it.
21             Let me ask a different question.
22             Did Mr. Popov offer you anything
23   in exchange for your assistance?
24             MR. SMITH:  Objection.
25       Foundation.

Page 108

CERTIFICATION

I, SHARON LENGEL, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of January, 2017.

_____
SHARON LENGEL, RPR, CRR

\* \* \*