# EXHIBIT 41

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3
      - - - - - - - - - - - - - - - - - - - - -x
 4
      SERGEY LEONTIEV,
 5
                      Plaintiff,
 6                                    Case No. 16-cv-3595
              -against-
 7
      ALEXANDER VARSHAVSKY,
 8
                      Defendant.
 9
      - - - - - - - - - - - - - - - - - - - - -x
10
                            December 14, 2016
11                          10:40 a.m.
12
13
14          Videotaped deposition of
15    KAREN AVAGUMYAN, taken by Plaintiff,
16    pursuant to Notice, held at the offices of
17    Roschier Asianajotoimisto Oy, Keskuskatu
18    7A, Helsinki, Finland, before
19    Sharon Lengel, a Registered Professional
20    Reporter, Certified Realtime Reporter, and
21    Notary Public of the State of New York.
22
23                  *       *       *
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6      BY:  MARSHALL KING, ESQ.
             ALISON A. WOLLIN, ESQ.
 7
 8
        DEBEVOISE & PLIMPTON LLP
 9           Attorneys for Defendant
             801 Pennsylvania Avenue, N.W.
10           Washington, D.C. 20004
11      BY:  NICHOLAS C. TOMPKINS, ESQ.
             COLBY A. SMITH, ESQ.
12
13
14   ALSO PRESENT:
15           DAVID ROSS ELLIOTT, Videographer
16           NATALIA MURINA, Interpreter
17           VICTOR POTAPOV, Check Interpreter
18           VITALIY POPOV, ESQ.
19                  *     *     *
20
21
22
23
24
25
```

Page 27

1                    AVAGUMYAN
2    "Life" is?
3        A.    I know it's a group of banks,
4    probably.
5        Q.    Do you know what Collection
6    Agency "Life" is?
7        A.    No.
8        Q.    Have you ever received payment
9    on any notes that were issued in your
10   name?
11       A.    Myself, I didn't.
12       Q.    Do you know if your father
13   received payment?
14       A.    I don't know.
15       Q.    Did you ask your father to
16   manage the relationship with the bank
17   relating to those notes?
18            MR. SMITH:  Objection to form.
19       A.    I didn't ask him myself, no.
20       Q.    He just did it?  He just did it?
21       A.    I mean, he is the one who
22   manages all the family money.
23       Q.    Did you ever assign your right
24   to payment under these notes to
25   Mr. Varshavsky?

```
                                                          Page 28
 1                       AVAGUMYAN
 2              MR. SMITH:  Objection to form.
 3       A.     (Through the interpreter) No.
 4       Q.     Did you ever ask your father
 5   what the terms of the notes were?
 6       A.     No.
 7       Q.     Did he tell you how much the
 8   notes were for?
 9       A.     We discussed the --
10              (Through the interpreter) We
11   discussed the interest rates.
12              He was telling me about the
13   interest rates.
14       Q.     What did he tell you about the
15   interest rates?
16       A.     They were different, I think,
17   sometimes, like, around '10, '11.  He was
18   telling me there was good interest rate.
19       Q.     Did you ever receive payment of
20   interest on any of these notes?
21       A.     Myself, no.
22       Q.     Do you know if your father
23   received payment of interest on these
24   notes?
25       A.     I don't know.
```

```
                                                   Page 59
 1                    AVAGUMYAN
 2      the next exhibit.  Plaintiff's 5, I
 3      think.
 4            (Plaintiff's Exhibit 5, An
 5      excerpt from a Russian publication,
 6      was hereby marked for identification,
 7      as of this date.)
 8      Q.    Plaintiff's Exhibit 5 is an
 9  excerpt from a Russian publication.
10            Could you take a look at the
11  Russian version.
12            Is that a publication that
13  you're familiar with?  Have you ever seen
14  that publication before?
15      A.    No.  No.
16      Q.    Did you ever come to learn that
17  Financial Group "Life" had given notice of
18  its liquidation?
19      A.    No.
20      Q.    Do you know if you or your
21  father ever filed a claim against
22  Financial Group "Life"?
23      A.    I myself didn't.  I don't know
24  exactly about my father.  He didn't tell
25  me.
```

Page 61

1          AVAGUMYAN
2  Abramova?
3      A.    I didn't communicate with
4  Abramova, no.
5      Q.    You know the name?
6      A.    Yeah.  I know that she was one
7  of the workers of the bank.
8      Q.    How do you know that?
9      A.    I've seen her in Avilon many
10 times together with other workers of the
11 group, of the Financial Group.
12     Q.    Was one of those other workers
13 named Yanna Krisiuk?
14     A.    Yeah, exactly.  I've seen them
15 together.
16     Q.    And they were -- but you've
17 never communicated with them about any
18 financial matters?
19     A.    I've communicated with Yanna
20 about my personal account.
21     Q.    What was -- tell me the
22 conversation that you had.
23     A.    No.  It was -- I mean, I was --
24 I was calling her several times when I
25 needed to -- to pay something.  My card

```
 1
 2                    CERTIFICATION
 3
 4        I, SHARON LENGEL, a Notary Public for
 5   and within the State of New York, do
 6   hereby certify:
 7        That the witness whose testimony as
 8   herein set forth, was duly sworn by me;
 9   and that the within transcript is a true
10   record of the testimony given by said
11   witness.
12        I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of
16   this matter.
17        IN WITNESS WHEREOF, I have hereunto
18   set my hand this 27th day of December,
19   2016.
20               [signature: Sharon Lengel]
21       _____
22              SHARON LENGEL
23                   *    *    *
24
25
```