# EXHIBIT 42



Форма № 50007

# Лист записи
## Единого государственного реестра юридических лиц

В Единый государственный реестр юридических лиц в отношении юридического лица

**ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ФИНАНСОВАЯ ГРУППА "ЛАЙФ"**
*полное наименование юридического лица*

основной государственный регистрационный номер (ОГРН)

| 5 | 0 | 6 | 7 | 7 | 4 | 6 | 5 | 9 | 6 | 8 | 7 | 0 |

**внесена запись о ликвидации** юридического лица

"05"   августа   2015 года
*(число) (месяц прописью) (год)*

за государственным регистрационным номером (ГРН)

| 6 | 1 | 5 | 7 | 7 | 4 | 7 | 6 | 7 | 6 | 6 | 1 | 9 |

Запись содержит следующие сведения:

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| Сведения о состоянии юридического лица и регистрирующем органе, в котором находится регистрационное дело, внесенные в Единый государственный реестр юридических лиц ||| 
| 1 | Сведения о состоянии юридического лица | Ликвидировано по решению его учредителей (участников) либо органа юридического лица, уполномоченного на то учредительными документами |
| Сведения о лице, принявшем решение при данном виде регистрации |||
| 2 | Вид лица, принявшего решение | Ликвидатор |
| 3 | Фамилия | САЛТЫКОВ |
| 4 | Имя | АЛЕКСЕЙ |
| 5 | Отчество | ГЕННАДЬЕВИЧ |
| Сведения о документах, представленных для внесения данной записи в Единый государственный реестр юридических лиц |||
| 1 |||
| 6 | Наименование документа | Р16001 ЗАЯВЛЕНИЕ О ЛИКВИДАЦИИ (ПО РЕШЕНИЮ УЧРЕДИТЕЛЕЙ (УЧАСТНИКОВ) ИЛИ ИНОГО ОРГАНА ЮЛ) |
| 7 | Документы представлены | на бумажном носителе |
| 2 |||
| 8 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 9 | Номер документа | 4914844657 |
| 10 | Дата документа | 29.07.2015 |
| 11 | Документы представлены | на бумажном носителе |

1

Confidential
SL0038698

| | | 3 |
|---|---|---|
| 12 | Наименование документа | ЛИКВИДАЦИОННЫЙ БАЛАНС |
| 13 | Документы представлены | на бумажном носителе |
| | | 4 |
| 14 | Наименование документа | РЕШЕНИЕ |
| 15 | Документы представлены | на бумажном носителе |
| | | 5 |
| 16 | Наименование документа | ДОВЕРЕННОСТЬ |
| 17 | Документы представлены | на бумажном носителе |

Лист записи выдан налоговым органом   Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве
*наименование регистрирующего органа*

"06"   августа   2015 года
*(число)  (месяц прописью)  (год)*

Главный государственный
налоговый инспектор                     Суханова Оксана Владимировна
                                        *Подпись, Фамилия, инициалы*
                                   МП

Confidential                                                              SL0038699

2



EC5E45423D14433CBF1D473A6C0DD4C4

Form **No. 50007**

## Record Sheet from the
## Unified State Register of Legal Entities

**A record on the liquidation of a legal entity was entered
in the Unified State Register of Legal Entities with respect to the legal entity**

**FINANCIAL GROUP "LIFE" CLOSED JOINT STOCK COMPANY**
*full name of the legal entity*

primary state registration number (OGRN)

| 5 | 0 | 6 | 7 | 7 | 4 | 6 | 5 | 9 | 6 | 8 | 7 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

<u>5</u>          <u>August</u>     <u>2015</u>
(date)  (month in words)  (year)

under state registration number (GRN)

| 6 | 1 | 5 | 7 | 7 | 4 | 7 | 6 | 7 | 6 | 6 | 1 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

The record contains the following information:

| No. | Item | Value |
|---|---|---|
| 1 | 2 | 3 |
| **Information on the status of the legal entity and the registering authority with which the registration file is kept entered in the Unified State Register of Legal Entities** | | |
| 1 | Information on the status of the legal entity | Liquidated by resolution of its founders (participants) or a body of the legal entity authorized to do so by the constitutive documents |
| **Information on the person who took the decision for this type of registration** | | |
| 2 | Type of person who took the decision | Liquidator |
| 3 | Last name | SALTYKOV |
| 4 | Name | ALEXEY |
| 5 | Patronymic | GENNADIEVICH |
| **Information on the documents submitted to enter this record in the Unified State Register of Legal Entities** | | |
| **1** | | |
| 6 | Document name | R16001 APPLICATION FOR LIQUIDATION (BY RESOLUTION OF THE FOUNDERS (PARTICIPANTS) OR ANOTHER BODY OF THE LEGAL ENTITY) |
| 7 | Documents submitted | in hard copy |
| **2** | | |
| 8 | Document name | DOCUMENT ON PAYMENT OF STATE DUTY |
| 9 | Document number | 4914844657 |
| 10 | Document date | July 29, 2015 |
| 11 | Documents submitted | in hard copy |

1

|    | 3                    |                           |
|----|----------------------|---------------------------|
| 12 | Document name        | LIQUIDATION BALANCE SHEET |
| 13 | Documents submitted  | in hard copy              |
|    | 4                    |                           |
| 14 | Document name        | RESOLUTION                |
| 15 | Documents submitted  | in hard copy              |
|    | 5                    |                           |
| 16 | Document name        | POWER OF ATTORNEY         |
| 17 | Documents submitted  | in hard copy              |

This record sheet was issued by the tax authority        Interdistrict Inspectorate No. 46 of the Federal Tax Service for the City of Moscow
                                                                     *name of registering authority*

 August          6,       2015
*(month in words)   (date)   (year)*


Chief state tax inspector                                    Oksana Vladimirovna Sukhanova
                                                              *Signature, last name, initials*
                                                          **Affix seal here** [signature]

[seal:] Federal Tax Service, Directorate of the Federal Tax Service of Russia for the City of Moscow, Interdistrict Inspectorate No. 46 of the Federal Tax Service for the City of Moscow, OGRN [Primary State Registration Number] [illegible]

2

Confidential                                                                                   SL0038699_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )  ss
                    )
COUNTY OF NEW YORK  )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0038698 – SL0038699.

Katherine Przybus, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this ___ day of January, 20 17.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified In Bronx County
My Commission Expires February 09, 2019

New York          Washington, D.C.      Chicago               Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                 Stockholm             Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143