# EXHIBIT 43

## Отчет о финансовых результатах
### за Январь - Июнь 2015 г.

| | Коды |
|---|---|
| Форма по ОКУД | 0710002 |
| Дата (число, месяц, год) | 8 \| 06 \| 2015 |

**Организация**  Закрытое акционерное общество "Финансовая группа "Лайф"   по ОКПО   97238903

**Идентификационный номер налогоплательщика**   ИНН   7743611080

**Вид экономической деятельности**  Консультирование по вопросам коммерческой деятельности и управления   по ОКВЭД   74.14

**Организационно-правовая форма / форма собственности**

ЗАО          / частная    по ОКОПФ / ОКФС   67 \| 16

**Единица измерения:**   в тыс. рублей    по ОКЕИ   384

| Пояснения | Наименование показателя | Код | За Январь - Июнь 2015 г. | За Январь - Июнь 2014 г. |
|---|---|---|---|---|
| | Выручка | 2110 | - | - |
| | Себестоимость продаж | 2120 | - | - |
| | Валовая прибыль (убыток) | 2100 | - | - |
| | Коммерческие расходы | 2210 | - | - |
| | Управленческие расходы | 2220 | - | - |
| | Прибыль (убыток) от продаж | 2200 | - | - |
| | Доходы от участия в других организациях | 2310 | - | - |
| | Проценты к получению | 2320 | - | - |
| | Проценты к уплате | 2330 | - | - |
| | Прочие доходы | 2340 | - | - |
| | Прочие расходы | 2350 | - | - |
| | Прибыль (убыток) до налогообложения | 2300 | - | - |
| | Текущий налог на прибыль | 2410 | - | - |
| | в т.ч. постоянные налоговые обязательства (активы) | 2421 | - | - |
| | Изменение отложенных налоговых обязательств | 2430 | - | - |
| | Изменение отложенных налоговых активов | 2450 | - | - |
| | Прочее | 2460 | - | - |
| | Чистая прибыль (убыток) | 2400 | - | - |

Confidential

SL0038687

Форма 0710002 с.2

| Пояснения | Наименование показателя | Код | За Январь - Июнь 2015 г. | За Январь - Июнь 2014 г. |
|---|---|---|---|---|
| | **СПРАВОЧНО** | | | |
| | Результат от переоценки внеоборотных активов, не включаемый в чистую прибыль (убыток) периода | 2510 | - | - |
| | Результат от прочих операций, не включаемый в чистую прибыль (убыток) периода | 2520 | - | - |
| | Совокупный финансовый результат периода | 2500 | - | - |
| | Базовая прибыль (убыток) на акцию | 2900 | - | - |
| | Разводненная прибыль (убыток) на акцию | 2910 | - | - |



Салтыков Алексей
Геннадьевич
(подпись)    (расшифровка подписи)

8 июня 2015 г.

SL0038688

**Profit and Loss Statement**
**for January–June 2015**

| | | Codes | | |
|---|---|---|---|---|
| | OKUD Form | 0710002 | | |
| | Date (day, month, year) | 8 | 06 | 2015 |

| | | | | |
|---|---|---|---|---|
| Organization | **Financial Group "Life" Closed Joint Stock Company** | OKPO code | 97238903 | |
| Taxpayer Identification Number | | INN | 7743611080 | |
| Type of Economic Activity | **Business and management consultancy** | OKVED code | 74.14 | |
| Organizational and legal form | form of ownership | | | |
| **CJSC** | **/ private** | OKOPF/OKFS code | 67 | 16 |
| Unit of measurement | **thousand rubles** | OKEI code | 384 | |

| Notes | Item | Code | For January–June 2015 | For January–June 2014 |
|---|---|---|---|---|
| | Revenue | 2110 | - | - |
| | Cost of goods sold | 2120 | - | - |
| | Gross profit (loss) | 2100 | - | - |
| | Commercial expenses | 2210 | - | - |
| | Administrative expenses | 2220 | - | - |
| | Profit (loss) from sales | 2200 | - | - |
| | Income from participation in other companies | 2310 | - | - |
| | Interest income | 2320 | - | - |
| | Interest expense | 2330 | - | - |
| | Other income | 2340 | - | - |
| | Other expenses | 2350 | - | - |
| | Profit (loss) before taxes | 2300 | - | - |
| | Current profit tax | 2410 | - | - |
| | Including permanent tax liabilities (assets) | 2421 | - | - |
| | Change in deferred tax liabilities | 2430 | - | - |
| | Change in deferred tax assets | 2450 | - | - |
| | Other | 2460 | - | - |
| | **Net profit (loss)** | 2400 | - | - |

SL0038687_T

Form 0710002 p. 2

| Notes | Item | Code | For January - June 2015 | For January - June 2014 |
|-------|------|------|-------------------------|-------------------------|
| | **FOR REFERENCE ONLY**<br><br>Result of revaluation of non-current assets not included in net profit (loss) of the period | 2510 | - | - |
| | Result of other transactions not included in net profit (loss) of the period) | 2520 | - | - |
| | Total profit (loss) for the period | 2500 | - | - |
| | Basic earnings (loss) per share | 2900 | - | - |
| | Diluted profit (loss) per share | 2910 | - | - |

| | | | |
|---|---|---|---|
| **Liquidator** | [signature] | **Alexey Gennadievich Saltykov** | |
| | (signature) | (printed name) | |
| **June 8, 2015** | | | |

[seal:] Financial Group "Life"
Closed Joint Stock Company, OGRN [Primary State Registration Number] 5067746596870, Moscow

Confidential

SL0038688_T

STATE OF NEW YORK      )
                                       )
                                     )      ss
COUNTY OF NEW YORK    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0038687 ☐SL0038688.

_____

Katherine Przybus, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this _____ day of _____, 20_____.

_____