# EXHIBIT 45

Утвержден решением единственного акционера ЗАО "Финансовая группа "Лайф" (Решение №3 от 30.06.2015 года) Генеральный директор ООО "АЛИВИКТ" Крылова М.М.

## Ликвидационный Бухгалтерский баланс
на 30 июня 2015 г.

| | Коды |
|---|---|
| Форма по ОКУД | 0710001 |
| Дата (число, месяц, год) | 30 / 06 / 2015 |
| Организация: Закрытое акционерное общество "Финансовая группа "Лайф"   по ОКПО | 97238903 |
| Идентификационный номер налогоплательщика   ИНН | 7743611080 |
| Вид экономической деятельности: Консультирование по вопросам коммерческой деятельности и управления   по ОКВЭД | 74.14 |
| Организационно-правовая форма / форма собственности: ЗАО / частная   по ОКОПФ / ОКФС | 67 / 16 |
| Единица измерения: в тыс. рублей   по ОКЕИ | 384 |

Местонахождение (адрес): 125195, Москва г, Беломорская ул, дом № 6А

| Пояснения | Наименование показателя | Код | На 30 июня 2015 г. | На 31 декабря 2014 г. | На 31 декабря 2013 г. |
|---|---|---|---|---|---|
| | **АКТИВ** | | | | |
| | **I. ВНЕОБОРОТНЫЕ АКТИВЫ** | | | | |
| | Нематериальные активы | 1110 | - | - | - |
| | Результаты исследований и разработок | 1120 | - | - | - |
| | Нематериальные поисковые активы | 1130 | - | - | - |
| | Материальные поисковые активы | 1140 | - | - | - |
| | Основные средства | 1150 | - | - | - |
| | Доходные вложения в материальные ценности | 1160 | - | - | - |
| | Финансовые вложения | 1170 | - | - | - |
| | Отложенные налоговые активы | 1180 | - | - | - |
| | Прочие внеоборотные активы | 1190 | - | - | - |
| | Итого по разделу I | 1100 | - | - | - |
| | **II. ОБОРОТНЫЕ АКТИВЫ** | | | | |
| | Запасы | 1210 | - | - | - |
| | Налог на добавленную стоимость по приобретенным ценностям | 1220 | - | - | - |
| | Дебиторская задолженность | 1230 | - | 7 | - |
| | Финансовые вложения (за исключением денежных эквивалентов) | 1240 | - | - | - |
| | Денежные средства и денежные эквиваленты | 1250 | - | 3 | 23 |
| | Прочие оборотные активы | 1260 | - | - | - |
| | Итого по разделу II | 1200 | - | 9 | 23 |
| | **БАЛАНС** | 1600 | - | 9 | 23 |

Confidential                                                                                                                           SL0038689

Форма 0710001 с.2

| Пояснения | Наименование показателя | Код | На 30 июня 2015 г. | На 31 декабря 2014 г. | На 31 декабря 2013 г. |
|---|---|---|---|---|---|
| | ПАССИВ | | | | |
| | III. КАПИТАЛ И РЕЗЕРВЫ | | | | |
| | Уставный капитал (складочный капитал, уставный фонд, вклады товарищей) | 1310 | 10 | 10 | 10 |
| | Собственные акции, выкупленные у акционеров | 1320 | - | - | - |
| | Переоценка внеоборотных активов | 1340 | - | - | - |
| | Добавочный капитал (без переоценки) | 1350 | - | - | - |
| | Резервный капитал | 1360 | - | - | - |
| | Нераспределенная прибыль (непокрытый убыток) | 1370 | (10) | (1) | 13 |
| | Итого по разделу III | 1300 | - | 9 | 23 |
| | IV. ДОЛГОСРОЧНЫЕ ОБЯЗАТЕЛЬСТВА | | | | |
| | Заемные средства | 1410 | - | - | - |
| | Отложенные налоговые обязательства | 1420 | - | - | - |
| | Оценочные обязательства | 1430 | - | - | - |
| | Прочие обязательства | 1450 | - | - | - |
| | Итого по разделу IV | 1400 | - | - | - |
| | V. КРАТКОСРОЧНЫЕ ОБЯЗАТЕЛЬСТВА | | | | |
| | Заемные средства | 1510 | - | - | - |
| | Кредиторская задолженность | 1520 | - | - | - |
| | Доходы будущих периодов | 1530 | - | - | - |
| | Оценочные обязательства | 1540 | - | - | - |
| | Прочие обязательства | 1550 | - | - | - |
| | Итого по разделу V | 1500 | - | - | - |
| | БАЛАНС | 1700 | - | 9 | 23 |

На момент принятия решения об утверждения ликвидационного бухгалтерского баланса Закрытого акционерного общества "Финансовая группа "Лайф" имущества нет, кредиторов нет, претензий третьих лиц не заявлено.



Руководитель _____   Салтыков Алексей Геннадьевич
                (подпись)         (расшифровка подписи)

Confidential
SL0038690

Approved by Resolution of the Sole Shareholder of Financial Group "Life" CJSC (Resolution No. 3 of June 30, 2015)
General Director of ALIVIKT LLC M.M. Krylova *[signature]*
[stamp:] ALIVIKT Limited Liability Company, state registration No. 1408019, MOSCOW, Registered in the register of seals, No. [illegible]

**Liquidation Balance Sheet**
**as of June 30, 2015**

|  |  | Codes |
|---|---|---|
| OKUD Form |  | **0710001** |
| Date (day, month, year) |  | **06 \| 30 \| 2015** |
| Organization | **Financial Group "Life" Closed Joint Stock Company** | |
| OKPO code |  | **97238903** |
| Taxpayer Identification Number | INN | **7743611080** |
| Type of Economic Activity | **Business and management consultancy** | |
| OKVED code |  | **74.14** |
| Organizational and legal form **CJSC** / form of ownership **private** | OKOPF/OKFS code | **67** \| **16** |
| Unit of measurement   thousand rubles | OKEI code | **384** |
| Location (address) **6A Belomorskaya ul., Moscow, 125195** | | |

| Notes | Item | Code | As of June 30, 2015 | As of December 31, 2014 | As of December 31, 2013 |
|---|---|---|---|---|---|
| | **ASSETS** | | | | |
| | **I. NON-CURRENT ASSETS** | | | | |
| | Intangible assets | 1110 | - | - | - |
| | Results of research and development | 1120 | - | - | - |
| | Intangible research assets | 1130 | - | - | - |
| | Tangible research assets | 1140 | - | - | - |
| | Fixed assets | 1150 | - | - | - |
| | Income bearing investments in tangible assets | 1160 | - | - | - |
| | Financial investments | 1170 | - | - | - |
| | Deferred tax assets | 1180 | - | - | - |
| | Other non-current assets | 1190 | - | - | - |
| | Total for Section I | 1100 | - | - | - |
| | **II. CURRENT ASSETS** | | | | |
| | Inventories | 1210 | - | - | - |
| | Value-added tax on acquired assets | 1220 | - | - | - |
| | Accounts receivable | 1230 | - | 7 | - |
| | Financial investments (other than cash equivalents) | 1240 | - | - | - |
| | Cash and cash equivalents | 1250 | - | 3 | 23 |
| | Other current assets | 1260 | - | - | - |
| | **Total for Section II** | 1200 | - | 9 | 23 |
| | **GRAND TOTAL** | 1600 | - | 9 | 23 |

Confidential                                                                                                                                          SL0038689

Form 0710001 p. 2

| Notes | Item | Code | As of June 30, 2015 | As of December 31, 2014 | As of December 31, 2013 |
|---|---|---|---|---|---|
| | **LIABILITIES** | | | | |
| | **III. EQUITY AND RESERVES** | | | | |
| | Charter capital (share capital, charter fund, contributions of partners) | 1310 | 10 | 10 | 10 |
| | Own shares redeemed from shareholders | 1320 | - | - | - |
| | Revaluation of non-current assets | 1340 | - | - | - |
| | Additional capital (less revaluation) | 1350 | - | - | - |
| | Reserve capital | 1360 | - | - | - |
| | Retained earnings (uncovered loss) | 1370 | (10) | (1) | 13 |
| | Total for Section III | 1300 | - | 9 | 23 |
| | **IV. LONG-TERM LIABILITIES** | | | | |
| | Loans and borrowings | 1410 | - | - | - |
| | Deferred tax liabilities | 1420 | - | - | - |
| | Estimated liabilities | 1430 | - | - | - |
| | Other liabilities | 1450 | - | - | - |
| | Total for Section IV | 1400 | - | - | - |
| | **V. SHORT-TERM LIABILITIES** | | | | |
| | Loans and borrowings | 1510 | - | - | - |
| | Accounts payable | 1520 | - | - | - |
| | Income of future periods | 1530 | - | - | - |
| | Estimated liabilities | 1540 | - | - | - |
| | Other liabilities | 1550 | - | - | - |
| | **Total for Section V** | 1500 | - | - | - |
| | **GRAND TOTAL** | 1700 | - | 9 | 23 |

There was no property, there were no creditors, and no third-party claims had been made by the time the resolution was adopted to approve the liquidation balance sheet of Financial Group "Life" Closed Joint Stock Company.

| | | | |
|---|---|---|---|
| **Director** | [signature] | **Alexey Gennadievich Saltykov** | |
| | (signature) | (printed name) | |

**June 30, 2015**

[seal:] Financial Group "Life"
Closed Joint Stock Company, OGRN [Primary State Registration Number] 5067746596870, Moscow

Confidential

SL0038690_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0038689 – SL0038690.

Katherine Przybus, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 22nd day of January, 20 17.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York            Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London              Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143