# EXHIBIT 47

Утвержден решением единственного акционера ЗАО "Финансовая группа "Лайф" (Решение №30 от 30.06.2015 года) Генеральный директор ООО "АЛИВИКТ" Крылова М.М.

# Ликвидационный Бухгалтерский баланс
## на 30 июня 2015 г.

|  | Коды |
|---|---|
| Форма по ОКУД | 0710001 |
| Дата (число, месяц, год) | 30 / 06 / 2015 |
| по ОКПО | 97238903 |
| ИНН | 7743611080 |
| по ОКВЭД | 74.14 |
| по ОКОПФ / ОКФС | 67 / 16 |
| по ОКЕИ | 384 |

Организация: Закрытое акционерное общество "Финансовая группа "Лайф"
Идентификационный номер налогоплательщика
Вид экономической деятельности: Консультирование по вопросам коммерческой деятельности и управления
Организационно-правовая форма / форма собственности: ЗАО / частная
Единица измерения: в тыс. рублей
Местонахождение (адрес): 125195, Москва г, Беломорская ул, дом № 6А

| Пояснения | Наименование показателя | Код | На 30 июня 2015 г. | На 31 декабря 2014 г. | На 31 декабря 2013 г. |
|---|---|---|---|---|---|
|  | **АКТИВ** |  |  |  |  |
|  | **I. ВНЕОБОРОТНЫЕ АКТИВЫ** |  |  |  |  |
|  | Нематериальные активы | 1110 | - | - | - |
|  | Результаты исследований и разработок | 1120 | - | - | - |
|  | Нематериальные поисковые активы | 1130 | - | - | - |
|  | Материальные поисковые активы | 1140 | - | - | - |
|  | Основные средства | 1150 | - | - | - |
|  | Доходные вложения в материальные ценности | 1160 | - | - | - |
|  | Финансовые вложения | 1170 | - | - | - |
|  | Отложенные налоговые активы | 1180 | - | - | - |
|  | Прочие внеоборотные активы | 1190 | - | - | - |
|  | Итого по разделу I | 1100 | - | - | - |
|  | **II. ОБОРОТНЫЕ АКТИВЫ** |  |  |  |  |
|  | Запасы | 1210 | - | - | - |
|  | Налог на добавленную стоимость по приобретенным ценностям | 1220 | - | - | - |
|  | Дебиторская задолженность | 1230 | - | 7 | - |
|  | Финансовые вложения (за исключением денежных эквивалентов) | 1240 | - | - | - |
|  | Денежные средства и денежные эквиваленты | 1250 | - | 3 | 23 |
|  | Прочие оборотные активы | 1260 | - | - | - |
|  | Итого по разделу II | 1200 | - | 9 | 23 |
|  | БАЛАНС | 1600 | - | 9 | 23 |

Confidential                                                                                       SL0038689

Форма 0710001 с.2

| Пояснения | Наименование показателя | Код | На 30 июня 2015 г. | На 31 декабря 2014 г. | На 31 декабря 2013 г. |
|---|---|---|---|---|---|
| | ПАССИВ | | | | |
| | III. КАПИТАЛ И РЕЗЕРВЫ | | | | |
| | Уставный капитал (складочный капитал, уставный фонд, вклады товарищей) | 1310 | 10 | 10 | 10 |
| | Собственные акции, выкупленные у акционеров | 1320 | - | - | - |
| | Переоценка внеоборотных активов | 1340 | - | - | - |
| | Добавочный капитал (без переоценки) | 1350 | - | - | - |
| | Резервный капитал | 1360 | - | - | - |
| | Нераспределенная прибыль (непокрытый убыток) | 1370 | (10) | (1) | 13 |
| | Итого по разделу III | 1300 | - | 9 | 23 |
| | IV. ДОЛГОСРОЧНЫЕ ОБЯЗАТЕЛЬСТВА | | | | |
| | Заемные средства | 1410 | - | - | - |
| | Отложенные налоговые обязательства | 1420 | - | - | - |
| | Оценочные обязательства | 1430 | - | - | - |
| | Прочие обязательства | 1450 | - | - | - |
| | Итого по разделу IV | 1400 | - | - | - |
| | V. КРАТКОСРОЧНЫЕ ОБЯЗАТЕЛЬСТВА | | | | |
| | Заемные средства | 1510 | - | - | - |
| | Кредиторская задолженность | 1520 | - | - | - |
| | Доходы будущих периодов | 1530 | - | - | - |
| | Оценочные обязательства | 1540 | - | - | - |
| | Прочие обязательства | 1550 | - | - | - |
| | Итого по разделу V | 1500 | - | - | - |
| | БАЛАНС | 1700 | - | 9 | 23 |

На момент принятия решения об утверждения ликвидационного бухгалтерского баланса Закрытого акционерного общества "Финансовая группа "Лайф" имущества нет, кредиторов нет, претензий третьих лиц не заявлено.



Салтыков Алексей Геннадьевич
(расшифровка подписи)

Confidential
SL0038690

Approved by Resolution of the Sole Shareholder of Financial Group "Life" CJSC (Resolution No. 3 of June 30, 2015)
General Director of ALIVIKT LLC M.M. Krylova *[signature]*
[stamp:] ALIVIKT Limited Liability Company, state registration No. 1408019, MOSCOW, Registered in the register of seals, No. [illegible]

**Liquidation Balance Sheet**
**as of June 30, 2015**

|  |  |
|---|---|
|  | Codes |
| OKUD Form | **0710001** |
| Date (day, month, year) | **06 \| 30 \| 2015** |
| OKPO code | **97238903** |

| | |
|---|---|
| Organization | **Financial Group "Life" Closed Joint Stock Company** |
| Taxpayer Identification Number | |
| Type of Economic Activity | **Business and management consultancy** |
| Organizational and legal form / form of ownership | |
| **CJSC** | **/ private** |
| Unit of measurement | thousand rubles |
| Location (address) | |
| **6A Belomorskaya ul., Moscow, 125195** | |

| | |
|---|---|
| INN | **7743611080** |
| OKVED code | **74.14** |
| OKOPF/OKFS code | **67**   **16** |
| OKEI code | **384** |

| Notes | Item | Code | As of June 30, 2015 | As of December 31, 2014 | As of December 31, 2013 |
|---|---|---|---|---|---|
| | **ASSETS** | | | | |
| | **I. NON-CURRENT ASSETS** | | | | |
| | Intangible assets | 1110 | - | - | - |
| | Results of research and development | 1120 | - | - | - |
| | Intangible research assets | 1130 | - | - | - |
| | Tangible research assets | 1140 | - | - | - |
| | Fixed assets | 1150 | - | - | - |
| | Income bearing investments in tangible assets | 1160 | - | - | - |
| | Financial investments | 1170 | - | - | - |
| | Deferred tax assets | 1180 | - | - | - |
| | Other non-current assets | 1190 | - | - | - |
| | Total for Section I | 1100 | - | - | - |
| | **II. CURRENT ASSETS** | | | | |
| | Inventories | 1210 | - | - | - |
| | Value-added tax on acquired assets | 1220 | - | - | - |
| | Accounts receivable | 1230 | - | 7 | - |
| | Financial investments (other than cash equivalents) | 1240 | - | - | - |
| | Cash and cash equivalents | 1250 | - | 3 | 23 |
| | Other current assets | 1260 | - | - | - |
| | **Total for Section II** | 1200 | - | **9** | **23** |
| | **GRAND TOTAL** | 1600 | - | **9** | **23** |

Confidential                                                                                                                                                    SL0038689

Form 0710001 p. 2

| Notes | Item | Code | As of June 30, 2015 | As of December 31, 2014 | As of December 31, 2013 |
|---|---|---|---|---|---|
| | **LIABILITIES** | | | | |
| | **III. EQUITY AND RESERVES** | | | | |
| | Charter capital (share capital, charter fund, contributions of partners) | 1310 | 10 | 10 | 10 |
| | Own shares redeemed from shareholders | 1320 | - | - | - |
| | Revaluation of non-current assets | 1340 | - | - | - |
| | Additional capital (less revaluation) | 1350 | - | - | - |
| | Reserve capital | 1360 | - | - | - |
| | Retained earnings (uncovered loss) | 1370 | (10) | (1) | 13 |
| | Total for Section III | 1300 | - | 9 | 23 |
| | **IV. LONG-TERM LIABILITIES** | | | | |
| | Loans and borrowings | 1410 | - | - | - |
| | Deferred tax liabilities | 1420 | - | - | - |
| | Estimated liabilities | 1430 | - | - | - |
| | Other liabilities | 1450 | - | - | - |
| | Total for Section IV | 1400 | - | - | - |
| | **V. SHORT-TERM LIABILITIES** | | | | |
| | Loans and borrowings | 1510 | - | - | - |
| | Accounts payable | 1520 | - | - | - |
| | Income of future periods | 1530 | - | - | - |
| | Estimated liabilities | 1540 | - | - | - |
| | Other liabilities | 1550 | - | - | - |
| | **Total for Section V** | 1500 | - | - | - |
| | **GRAND TOTAL** | 1700 | - | 9 | 23 |

There was no property, there were no creditors, and no third-party claims had been made by the time the resolution was adopted to approve the liquidation balance sheet of Financial Group "Life" Closed Joint Stock Company.

| | | |
|---|---|---|
| **Director** | [signature] | **Alexey Gennadievich Saltykov** |
| | (signature) | (printed name) |

**June 30, 2015**

[seal:] Financial Group "Life"
Closed Joint Stock Company, OGRN [Primary State Registration Number] 5067746596870, Moscow

Confidential

SL0038690_T



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )  ss
COUNTY OF NEW YORK     )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates Nos. SL0038689 – SL0038690.

Katherine Przybus, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 22nd day of January, 20 17.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York t: +1.212.631.7432
Washington, D.C. t: +1.202.828.1267
Chicago t: +1.312.242.3756
Houston t: +1.713.353.3909
San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100
Paris t: +33.1.42.68.51.47
Stockholm t: +46.8.463.11.87
Frankfurt t: +49.69.7593.8434
Hong Kong t: +852.2159.9143