# EXHIBIT 49

Решение № 3
Единственного акционера
Закрытого акционерного общества
«Финансовая компания «Лайф»
(далее по тесту именуемое «Общество»)

г. Москва

«30» июня 2015 года

В Обществе все голосующие акции принадлежат единственному Акционеру – Обществу с ограниченной ответственность «АЛИВИКТ», решение вопросов, отнесенное к компетенции Собрания акционером, принимаются Единственным акционером единолично и оформляются письменно.

Место принятия решения: город Москва.

Общее количество голосов, которыми обладают акционеры-владельцы голосующих акций общества – 100 (сто) голосов;

Число голосов, которыми обладают лица, включенные в список лиц, имеющие право на участие в общем собрании по всем вопросам повестки дня составляет 100 (сто) голосов, что составляет сто процентов размещенных обществом акций;

Количество голосов, которыми обладают акционеры, принимающие участие в собрании: 100 (сто) голосов.

Список лиц, акционеров, принимающих участие в общем собрании и количество принадлежащих им акций;

- Общество с ограниченной ответственностью «АЛИВИКТ» - 100 (сто) акций – 100% Уставного капитала.

**Собрание считается правомочным.**
**Собрание открыто.**
**По каждому вопросу повестки дня кворум имеется.**

### ЕДИНОЛИЧНО ПРИНЯЛ РЕШЕНИЕ:

1. Утвердить ликвидационный бухгалтерский Закрытого акционерного общества «Финансовая компания «Лайф».
2. Поручить Ликвидатору Закрытого акционерного общества «Финансовая компания «Лайф» Салтыкову Алексею Геннадьевичу обратиться с заявлением о государственной регистрации Закрытого акционерного общества «Финансовая компания «Лайф» в связи с его ликвидацией и внесением записи в Единый государственный реестр юридических лиц в соответствии с действующим законодательством Российской Федерации.
3. Настоящие решение вступает в силу с момента его подписания.

ПОДПИСЬ Акционера:
Генеральный директор
ООО «Аливикт»



Крылова М.М.

1

Confidential

SL0038692

Resolution No. 3
of the Sole Shareholder
of Financial Company "Life"
Closed Joint Stock Company
(hereinafter referred to as the Company)

Moscow                                                                                                                June 30, 2015

All of the voting shares in the Company are held by the sole Shareholder, ALIVIKT Limited Liability Company. Matters within the competence of the Meeting of Shareholders shall be resolved by the Sole Shareholder alone in writing.
Decisions shall be made in the city of Moscow.
The total number of votes held by shareholders who are holders of the company's voting shares is one hundred (100) votes.
The number of votes held by persons included on the list of persons eligible to participate in the general meeting on all items on the agenda is one hundred (100) votes, which comprises one hundred percent of the company's outstanding shares.
Number of votes held by the shareholders participating in the meeting: one hundred (100) votes.
List of persons/shareholders participating in the general meeting and number of shares held by them:
- ALIVIKT Limited Liability Company: one hundred (100) shares, 100% of the Charter Capital.
**The meeting shall be deemed duly constituted.**
**The meeting is open.**
**There is quorum for each item on the agenda.**

**IT WAS SOLELY RESOLVED:**
1. To approve the liquidation balance [sheet] of Financial Company "Life" Closed Joint Stock Company;
2. To instruct the Liquidator of Financial Company "Life" Closed Joint Stock Company Alexey Gennadievich Saltykov to file an application for state registration of Financial Company "Life" Closed Joint Stock Company in connection with its liquidation and the entry of a record in the Unified State Register of Legal Entities in accordance with the effective laws of the Russian Federation;
3. This resolution enters into force as of its signing.

Shareholder's SIGNATURE:                    [signature]                                     M.M. Krylova
General Director of
ALIVIKT LLC

[round seal:] ALIVIKT Limited Liability Company, state registration No. 1408019, MOSCOW, Registered in the register of seals, No. [illegible]

1



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )  ss
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document with Bates No. SL0038692.

_____
Katherine Przybus, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 22nd day of January, 2017.

_____

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York          Washington, D.C.     Chicago           Houston           San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris                Stockholm         Frankfurt         Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143