# EXHIBIT 55

| | № | C | Рынок | По рынку | RS-код | Название клиента | Сумма1 | Вал | Дата1 (доп.соглаш ении2) |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ID = 1 709 170 | 1 | Дол | | 30209 | AMBIKA INVESTMENTS LIMITED | 40,000,000.00 | USD | 10.11.2014 |
| 3 | ID = 1 500 767 | 2 | Дол | | 30200 | AMBIKA INVESTMENTS LIMITED | 30,000,000.00 | USD | 17.09.2012 |
| 4 | ID = 1 317 014 | 3 | Дол | | 30269 | AMBIKA INVESTMENTS LIMITED | 12,000,000.00 | USD | 23.09.2010 |
| 5 | ID = 1 767 503 | 4 | Дол | | 30001 | AMBIKA INVESTMENTS LIMITED | 8,000,000.00 | USD | 28.06.2013 |
| 6 | ID = 1 810 177 | 5 | Дол | | 30019 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD | 29.09.2014 |
| 7 | ID = 2 397 896 | 6 | Дол | | 30001 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD | 21.08.2014 |
| 8 | ID = 2 449 663 | 7 | Дол | | 17521 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 100,000,000.00 | RUR | 25.08.2014 |
| 9 | ID = 2 023 004 | 8 | Дол | | 17333 | ООО "АМИГО" | 100,000,000.00 | RUR | 20.03.2014 |
| 10 | ID = 2 310 636 | 9 | Дол | | 10885 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 95,000,000.00 | RUR | 25.05.2007 |
| 11 | ID = 2 177 310 | 10 | Дол | | 10885 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 60,000,000.00 | RUR | 31.07.2006 |
| 12 | ID = 1 859 838 | 11 | Дол | | 12330 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 50,000,000.00 | RUR | 26.09.2014 |
| 13 | ID = 1 749 579 | 12 | Дол | | 12330 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 45,000,000.00 | RUR | 29.09.2014 |
| 14 | ID = 2 453 714 | 13 | Дол | | 12330 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 31,000,000.00 | RUR | 29.09.2014 |
| 15 | ID = 2 426 814 | 14 | Дол | | 100461 | ООО "Клео-Логистик" | 500,000.00 | RUR | 30.06.2015 |
| 16 | ID = 1 810 176 | 15 | Дол | | 30019 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD | 30.06.2015 |
| 17 | ID = 2 426 810 | 16 | Дол% | | 100461 | ООО "Клео-Логистик" | 0.00 | RUR | 30.06.2015 |
| 18 | ID = 2 397 904 | 17 | Дол% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD | 30.06.2015 |
| 19 | ID = 2 025 606 | 18 | Дол% | | 17535 | ООО "АМИГО" | 0.00 | RUR | 15.06.2015 |
| 20 | ID = 1 767 597 | 19 | Дол% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD | 30.06.2015 |
| 21 | ID = 1 599 791 | 20 | Дол% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD | 30.06.2015 |
| 22 | ID = 2 453 716 | 21 | Дол% | | 12330 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 0.00 | RUR | 09.04.2015 |
| 23 | ID = 1 859 842 | 22 | Дол% | | 12330 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 0.00 | RUR | 30.06.2015 |
| 24 | ID = 1 317 016 | 23 | Дол% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | RUR | 30.06.2015 |
| 25 | ID = 1 749 581 | 24 | Дол% | | 12300 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 0.00 | RUR | 09.04.2015 |
| 26 | ID = 2 310 640 | 25 | Дол% | | 10885 | Общество с ограниченной ответственностью "Коллекторское агентство "Лайф" | 0.00 | RUR | 30.04.2015 |
| 27 | | | | | | Всего 25 | 568,500,000.00 | | |
| 28 | | | | | | Выделено 0 из 25 | 0.00 | | |

Confidential

SL0035142

| | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ставка | Сумма2 | Вал2 | Дата2 | Дия | Сяич | Комментарии | Тип сделки | Номер сделки | Сумма1 (RUR) | Сумма2 (RUR) |
| 1 | | | | | | | | | | | |
| 2 | 0.0000 | -40,000,000.00 | USD | 10.11.2024 | УКП1 | | | 3 Техническая сделка | 400/1-1 | 2,921,490,000.00 | -2,921,490,000.00 |
| 3 | 0.0000 | -30,000,000.00 | USD | 17.00.2022 | УКП1 | | | 3 Техническая сделка | 400 | 1,741,122,000.00 | -1,741,122,000.00 |
| 4 | 6.2000 | -12,000,000.00 | USD | 19.09.2020 | УКП1 | | | 3 Техническая сделка | 1040 | 696,448,800.00 | -696,448,800.00 |
| 5 | 6.6000 | -8,000,000.00 | USD | 28.06.2023 | БАНКП | | | 3 Техническая сделка | б/н | 464,299,200.00 | -464,299,200.00 |
| 6 | 13.5000 | -3,500,000.00 | USD | 19.09.2024 | УКП1 | | | 3 Техническая сделка | б/н | 203,130,900.00 | -203,130,900.00 |
| 7 | 13.5000 | -3,500,000.00 | USD | 19.09.2021 | БАНКП | | | 3 Техническая сделка | 114 | 203,130,900.00 | -203,130,900.00 |
| 8 | 9.0730 | -100,000,000.00 | RUR | 26.07.2023 | УКП1 | | | 3 Техническая сделка | 955 | 100,000,000.00 | -100,000,000.00 |
| 9 | 9.0730 | -100,000,000.00 | RUR | 10.11.2022 | ДМСБП | | | 3 Техническая сделка | 1123 | 100,000,000.00 | -100,000,000.00 |
| 10 | 11.5500 | 95,000,000.00 | RUR | 28.02.2020 | УКП1 | | | 3 Техническая сделка | б/н | 95,000,000.00 | 95,000,000.00 |
| 11 | 12.6500 | 60,000,000.00 | RUR | 31.01.2042 | УКП1 | | | 3 Техническая сделка | 080/12 | 60,000,000.00 | 60,000,000.00 |
| 12 | 9.0750 | -50,000,000.00 | RUR | 01.04.2024 | УКП1 | | | 3 Техническая сделка | б/н | 50,000,000.00 | -50,000,000.00 |
| 13 | 9.0750 | -45,000,000.00 | RUR | 01.04.2024 | УКП1 | | | 3 Техническая сделка | б/н | 45,000,000.00 | -45,000,000.00 |
| 14 | 0.5000 | -31,000,000.00 | RUR | 19.09.2021 | УКП1 | | | 3 Техническая сделка | б/н | 31,000,000.00 | -31,000,000.00 |
| 15 | 10.0000 | -500,000.00 | RUR | 15.07.2015 | ДМСБП | | | 3 Техническая сделка | 1001774406 | 500,000.00 | -500,000.00 |
| 16 | 13.5000 | -4,361,239.73 | RUR | 19.09.2024 | УКП1 | | | 3 Техническая сделка | б/н | 0.00 | -253,115,014.71 |
| 17 | 10.0000 | -2,054.79 | RUR | 15.07.2015 | ДМСБП | | | 3 Техническая сделка | 1001774400 | 0.00 | -2,054.79 |
| 18 | 13.5000 | -40,130.14 | RUR | 31.07.2015 | БАНКП | | | 3 Техническая сделка | 114 | 0.00 | -2,320,048.00 |
| 19 | 0.0750 | -745,890.42 | RUR | 16.07.2016 | ДМСБП | | | 3 Техническая сделка | 1125 | 0.00 | -745,890.42 |
| 20 | 6.6000 | -44,843.84 | RUR | 31.07.2015 | БАНКП | | | 3 Техническая сделка | б/н | 0.00 | -2,602,619.88 |
| 21 | 6.0000 | -152,876.71 | RUR | 31.07.2015 | УКП1 | | | 3 Техническая сделка | 498 | 0.00 | -8,872,566.77 |
| 22 | 0.5000 | -38,643.84 | RUR | 09.07.2015 | УКП1 | | | 3 Техническая сделка | б/н | 0.00 | -38,643.84 |
| 23 | 9.0730 | -365,376.71 | RUR | 31.07.2015 | УКП1 | | | 3 Техническая сделка | б/н | 0.00 | -365,376.71 |
| 24 | 6.0000 | -67,265.75 | USD | 31.07.2015 | УКП1 | | | 3 Техническая сделка | 1040 | 0.00 | -3,903,828.24 |
| 25 | 9.0750 | -1,010,140.40 | RUR | 09.07.2015 | УКП1 | | | 3 Техническая сделка | б/н | 0.00 | -1,010,140.40 |
| 26 | 0.0750 | 2,140,407.63 | RUR | 00.07.2015 | УКП1 | | | 3 Техническая сделка | б/н | 0.00 | 2,140,407.63 |
| 27 | | -577,505,869.88 | | | | | | | | 6,101,127,800.00 | -6,376,290,493.28 |
| 28 | | 0.00 | | | | | | | | 0.00 | 0.00 |

Confidential

SL0035143

| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Куратор | Менеджер | ЦФО1 | ЦФО2 | Формат | Офис | Банк | Код риска | РВПС | % РВПС | Условия |
| 1 | | | | | | | | | | | |
| 2 | | Ломов Александр Владимирович | СФ Финансы | Руководство | Нет ниши | МОК9 | PRDD | | | | С |
| 3 | | Ломов Александр Владимирович | СФ Финансы | Руководство | Нет ниши | МОК1 | PRDD | | | | С |
| 4 | | Ломов Александр Владимирович | СФ Финансы | Руководство | Нет ниши | МОК1 | PRBB | | | | С |
| 5 | Бриткина Татьяна Валериевна | Ломов Александр Владимирович | | | | ЭВЦО | VOLG | | | | С |
| 6 | | Менеджер не закреплен | | | | ВУЗЦО | VRNK | | | | С |
| 7 | Бриткина Татьяна Валериевна | Ломов Александр Владимирович | | | | ЭВЦО | VOLG | | | | С |
| 8 | | Москвина Ольга Витальевна | РД Москва | Операционный отдел | М 1 | МОК1 | PRBB | | | | С |
| 9 | | Москвина Ольга Витальевна | РД Москва | Операционный отдел | М 1 | МОК1 | PRDD | | | | С |
| 10 | Бриткина Татьяна Валериевна | Менеджер не закреплен | | | Нет ниши | ЭВЦО | VOLG | | | | С |
| 11 | Бриткина Татьяна Валериевна | Менеджер не закреплен | | | Нет ниши | ЭВЦО | VOLC | | | | С |
| 12 | | Менеджер не закреплен | | | Нет ниши | ВУЗЦО | VRNK | | | | С |
| 13 | | Менеджер не закреплен | | | Нет ниши | RVЗЧН | VRNK | | | | С |
| 14 | | Менеджер не закреплен | | | Нет ниши | ВУЗЦО | VRNK | | | | С |
| 15 | | Зеликович Александр Юрьевич | РД Москва | Формат 2 | Формат 2 | МОК14 | PRBB | | | | УС |
| 16 | | Менеджер не закреплен | | | | ВУЗЦО | VBNK | | | | С |
| 17 | | Зеликович Александр Юрьевич | РД Москва | Формат 2 | Формат 2 | МОК14 | PRDD | | | | УС |
| 18 | Бриткина Татьяна Валериевна | Зеликович Александр Юрьевич | РД Москва | Формат 2 | Формат 2 | ЭВЦО | VOLG | | | | С |
| 19 | | Москвина Ольга Витальевна | РД Москва | Операционный отдел | М 1 | МОК1 | PRBB | | | | С |
| 20 | Бриткина Татьяна Валериевна | Ломов Александр Владимирович | | | | ЭВЦО | VOLG | | | | С |
| 21 | | Ломов Александр Владимирович | СФ Финансы | Руководство | Нет ниши | МОК1 | PRRR | | | | С |
| 22 | | Менеджер не закреплен | | | Нет ниши | ВУЗЦО | VBNK | | | | С |
| 23 | | Менеджер не закреплен | | | Нет ниши | ВУЗЦО | VBNK | | | | С |
| 24 | | Ломов Александр Владимирович | СФ Финансы | Руководство | Нет ниши | МОК1 | PRDD | | | | С |
| 25 | Бриткина Татьяна Валериевна | Менеджер не закреплен | | | Нет ниши | DУОУН | VDNK | | | | С |
| 26 | Бриткина Татьяна Валериевна | Менеджер не закреплен | | | Нет ниши | ЭВЦО | VOLC | | | | С |
| 27 | | | | | | | | | | 0.00 | |
| 28 | | | | | | | | | | 0.00 | |

SL0035144

| | A | AG |
|---|---|---|
| | Продукт | П |
| 1 | | |
| 2 | Субординированный кредит | |
| 3 | Субординированный кредит | |
| 4 | Субординированный кредит | |
| 5 | Субординированный кредит | |
| 6 | Субординированный кредит | |
| 7 | Субординированный кредит | |
| 8 | Субординированный кредит | |
| 9 | Субординированный кредит | |
| 10 | Субординированный кредит | |
| 11 | Субординированный кредит | |
| 12 | Субординированный кредит | |
| 13 | Субординированный кредит | |
| 14 | Субординированный кредит | |
| 15 | Револьверный депозит | |
| 16 | Субординированный кредит | |
| 17 | Револьверный депозит | |
| 18 | Субординированный кредит | |
| 19 | Субординированный кредит | |
| 20 | Субординированный кредит | |
| 21 | Субординированный кредит | |
| 22 | Субординированный кредит | |
| 23 | Субординированный кредит | |
| 24 | Субординированный кредит | |
| 25 | Субординированный кредит | |
| 26 | Субординированный кредит | |
| 27 | | |
| 28 | | |

Confidential

SL0035145

| № | C | Рынок | По рынку | RS-код | Название клиента | Сумма1 | Вал |
|---|---|-------|----------|--------|------------------|--------|-----|
| ID = | | Дил | | 30269 | AMBIKA INVESTMENTS LIMITED | 40,000,000.00 | USD |
| ID = | | Дил | | 30269 | AMBIKA INVESTMENTS LIMITED | 30,000,000.00 | USD |
| ID = | | Дил | | 30269 | AMBIKA INVESTMENTS LIMITED | 12,000,000.00 | USD |
| ID = | | Дил | | 30001 | AMBIKA INVESTMENTS LIMITED | 8,000,000.00 | USD |
| ID = | | Дил | | 30019 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD |
| ID = | | Дил | | 30001 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD |
| ID = | | Дил | | 17621 | Общество с ограниченной ответственностью "Коллекторское | 100,000,000.00 | RUR |
| ID = | | Дил | | 17535 | ООО "АМИГО" | 100,000,000.00 | RUR |
| ID = | | Дил | | 19885 | Общество с ограниченной ответственностью "Коллекторское | 95,000,000.00 | RUR |
| ID = | | Дил | | 19885 | Общество с ограниченной ответственностью "Коллекторское | 50,000,000.00 | RUR |
| ID = | | Дил | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 50,000,000.00 | RUR |
| ID = | | Дил | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 45,000,000.00 | RUR |
| ID = | | Дил | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 31,000,000.00 | RUR |
| ID = | | Дил | | 100461 | ООО "Клео-Логистик" | 500,000.00 | RUR |
| ID = | | Дил% | | 30019 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Дил% | | 100461 | ООО "Клео-Логистик" | 0.00 | RUR |
| ID = | | Дил% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Дил% | | 17535 | ООО "АМИГО" | 0.00 | RUR |
| ID = | | Дил% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Дил% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Дил% | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 0.00 | USD |
| ID = | | Дил% | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 0.00 | RUR |
| ID = | | Дил% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Дил% | | 12330 | Общество с ограниченной ответственностью "Коллекторское | 0.00 | RUR |
| ID = | | Дил% | | 19885 | Общество с ограниченной ответственностью "Коллекторское | 0.00 | RUR |
| | | | | | **Всего 25** | 568,500,000.00 | |
| | | | | | Выделено 0 из 25 | 0.00 | |

PRODUCED IN NATIVE FORMAT

SL0035142

| Дата1 (доп.соглашений?) | Ставка | Сумма2 | Вал2 | Дата2 | Див | Свич | Комментарий | Тип сделки |
|---|---|---|---|---|---|---|---|---|
| 18.11.2014 | 6.6000 | -40,000,000.00 | USD | 18.11.2024 | УКП1 | | | 3 |
| 17.09.2012 | 6.0000 | -30,000,000.00 | USD | 17.09.2022 | УКП1 | | | 3 |
| 23.09.2010 | 6.2000 | -12,000,000.00 | USD | 19.09.2020 | УКП1 | | | 3 |
| 28.06.2013 | 6.6000 | -8,000,000.00 | USD | 28.06.2023 | БАНКП | | | 3 |
| 29.09.2014 | 13.5000 | -3,500,000.00 | USD | 19.09.2024 | УКП1 | | | 3 |
| 21.08.2014 | 13.5000 | -3,500,000.00 | USD | 19.09.2021 | БАНКП | | | 3 |
| 28.08.2014 | 9.0750 | -100,000,000.00 | RUR | 26.07.2023 | УКП1 | | | 3 |
| 28.08.2014 | 9.0750 | -100,000,000.00 | RUR | 18.11.2022 | ДМСБП | | | 3 |
| 29.05.2007 | 11.5500 | -95,000,000.00 | RUR | 28.02.2020 | УКП1 | | | 3 |
| 31.07.2006 | 12.6500 | -50,000,000.00 | RUR | 31.01.2042 | УКП1 | | | 3 |
| 29.09.2014 | 9.0750 | -50,000,000.00 | RUR | 01.04.2024 | УКП1 | | | 3 |
| 29.09.2014 | 9.0750 | -45,000,000.00 | RUR | 01.04.2024 | УКП1 | | | 3 |
| 29.09.2014 | 0.5000 | -31,000,000.00 | RUR | 01.04.2024 | УКП1 | | | 3 |
| 30.06.2015 | 10.0000 | -500,000.00 | RUR | 15.07.2015 | ДМСБП | | | 3 |
| 30.06.2015 | 13.5000 | -4,361,239.73 | USD | 19.09.2024 | УКП1 | | | 3 |
| 30.06.2015 | 10.0000 | -2,054.79 | RUR | 15.07.2015 | ДМСБП | | | 3 |
| 30.06.2015 | 13.5000 | -40,130.14 | USD | 31.07.2015 | БАНКП | | | 3 |
| 15.06.2015 | 9.0750 | -745,890.42 | RUR | 15.07.2015 | ДМСБП | | | 3 |
| 30.06.2015 | 6.6000 | -44,843.84 | USD | 31.07.2015 | БАНКП | | | 3 |
| 30.06.2015 | 6.0000 | -152,876.71 | USD | 31.07.2015 | УКП1 | | | 3 |
| 09.04.2015 | 0.5000 | -38,643.84 | RUR | 09.07.2015 | УКП1 | | | 3 |
| 30.06.2015 | 9.0750 | -385,376.71 | RUR | 31.07.2015 | УКП1 | | | 3 |
| 30.06.2015 | 6.6000 | -67,265.75 | USD | 31.07.2015 | УКП1 | | | 3 |
| 09.04.2015 | 9.0750 | -1,018,140.40 | RUR | 09.07.2015 | УКП1 | | | 3 |
| 09.04.2015 | 9.0750 | -2,149,407.53 | RUR | 09.07.2015 | УКП1 | | | 3 |
| | | -577,505,869.86 | | | | | | |
| | | 0.00 | | | | | | |

PRODUCED IN NATIVE FORMAT

SL0035142

| Номер сделки | Сумма1 (RUR) | Сумма2 (RUR) | Куратор | Менеджер |
|---|---|---|---|---|
| 436/1-1 | 2,321,496,000.00 | -2,321,496,000.00 | | Ломов Александр |
| 498 | 1,741,122,000.00 | -1,741,122,000.00 | | Ломов Александр |
| 1040 | 696,448,800.00 | -696,448,800.00 | | Ломов Александр |
| б/н | 464,299,200.00 | -464,299,200.00 | Бриткина Татьяна Валериевна | Ломов Александр |
| б/н | 203,130,900.00 | -203,130,900.00 | | Менеджер не закреплен |
| 114 | 203,130,900.00 | -203,130,900.00 | Бриткина Татьяна Валериевна | Ломов Александр |
| 988 | 100,000,000.00 | -100,000,000.00 | | Мосягина Ольга Витальевна |
| 1125 | 100,000,000.00 | -100,000,000.00 | | Мосягина Ольга Витальевна |
| б/н | 95,000,000.00 | -95,000,000.00 | Бриткина Татьяна Валериевна | Менеджер не закреплен |
| 989/12 | 50,000,000.00 | -50,000,000.00 | Бриткина Татьяна Валериевна | Менеджер не закреплен |
| б/н | 50,000,000.00 | -50,000,000.00 | | Менеджер не закреплен |
| б/н | 45,000,000.00 | -45,000,000.00 | | Менеджер не закреплен |
| б/н | 31,000,000.00 | -31,000,000.00 | | Менеджер не закреплен |
| 1001774406 | 500,000.00 | -500,000.00 | | Зеликович Александр Юрьевич |
| б/н | 0.00 | -253,115,014.71 | | Менеджер не закреплен |
| 1001774406 | 0.00 | -2,054.79 | | Зеликович Александр Юрьевич |
| 114 | 0.00 | -2,329,048.99 | Бриткина Татьяна Валериевна | Ломов Александр |
| 1125 | 0.00 | -745,890.42 | Бриткина Татьяна Валериевна | Мосягина Ольга Витальевна |
| б/н | 0.00 | -2,602,619.88 | Бриткина Татьяна Валериевна | Ломов Александр |
| 498 | 0.00 | -8,872,566.77 | | Ломов Александр |
| б/н | 0.00 | -38,643.84 | | Менеджер не закреплен |
| б/н | 0.00 | -385,376.71 | | Менеджер не закреплен |
| 1040 | 0.00 | -3,903,929.24 | | Ломов Александр |
| б/н | 0.00 | -1,018,140.40 | | Менеджер не закреплен |
| б/н | 0.00 | -2,149,407.53 | Бриткина Татьяна Валериевна | Менеджер не закреплен |
| | 6,101,127,800.00 | -6,376,290,493.28 | | |
| | 0.00 | 0.00 | | |

PRODUCED IN NATIVE FORMAT

SL0035142

| ЦФО1 | ЦФО2 | Формат | Офис | Банк | Код риска |
|---|---|---|---|---|---|
| СФ Финансы | Руководство | Нет ниши | МСК6 | PRBB | |
| СФ Финансы | Руководство | Нет ниши | МСК1 | PRBB | |
| СФ Финансы | Руководство | Нет ниши | МСК1 | PRBB | |
| | | | ЭВЦО | VOLG | |
| | | | ВУЗЦО | VBNK | |
| РД Москва | Операционный отдел | М 1 | ЭВЦО | VOLG | |
| РД Москва | Операционный отдел | М 1 | МСК1 | PRBB | |
| | | Нет ниши | МСК1 | PRBB | |
| | | Нет ниши | ЭВЦО | VOLG | |
| | | Нет ниши | ВУЗЦО | VBNK | |
| | | Нет ниши | ВУЗН | VBNK | |
| | | Нет ниши | ВУЗЦО | VBNK | |
| РД Москва | Формат 2 | Формат 2 | МСК14 | PRBB | |
| | | | ВУЗЦО | VBNK | |
| РД Москва | Формат 2 | Формат 2 | МСК14 | PRBB | |
| | | | ЭВЦО | VOLG | |
| РД Москва | Операционный отдел | М 1 | МСК1 | PRBB | |
| | | | ЭВЦО | VOLG | |
| СФ Финансы | Руководство | Нет ниши | МСК1 | PRBB | |
| | | Нет ниши | ВУЗЦО | VBNK | |
| | | Нет ниши | ВУЗЦО | VBNK | |
| СФ Финансы | Руководство | Нет ниши | МСК1 | PRBB | |
| | | Нет ниши | ВУЗН | VBNK | |
| | | Нет ниши | ЭВЦО | VOLG | |
| | | | | | |
| | | | | | |

PRODUCED IN NATIVE FORMAT

SL0035142

| РВПС | % РВПС | Условия | Продукт | П |
|---|---|---|---|---|
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | УС | Револьверный депозит | |
| | | С | Субординированный кредит | |
| | | УС | Револьверный депозит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| | | С | Субординированный кредит | |
| 0.00 | | | | |
| 0.00 | | | | |

PRODUCED IN NATIVE FORMAT

SL0035142

| № | C | Market | For market | RS-Code | Client | Amount1 | Currency |
|---|---|--------|-----------|---------|--------|---------|----------|
| ID = | | Dyul | | 30269 | AMBIKA INVESTMENTS LIMITED | 40,000,000.00 | USD |
| ID = | | Dyul | | 30269 | AMBIKA INVESTMENTS LIMITED | 30,000,000.00 | USD |
| ID = | | Dyul | | 30269 | AMBIKA INVESTMENTS LIMITED | 12,000,000.00 | USD |
| ID = | | Dyul | | 30001 | AMBIKA INVESTMENTS LIMITED | 8,000,000.00 | USD |
| ID = | | Dyul | | 30019 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD |
| ID = | | Dyul | | 30001 | AMBIKA INVESTMENTS LIMITED | 3,500,000.00 | USD |
| ID = | | Dyul | | 17621 | Life Collection Agency Limited Liability Company | 100,000,000.00 | RUR |
| ID = | | Dyul | | 17535 | AMIGO LLC | 100,000,000.00 | RUR |
| ID = | | Dyul | | 19885 | Life Collection Agency Limited Liability Company | 95,000,000.00 | RUR |
| ID = | | Dyul | | 19885 | Life Collection Agency Limited Liability Company | 50,000,000.00 | RUR |
| ID = | | Dyul | | 12330 | Life Collection Agency Limited Liability Company | 50,000,000.00 | RUR |
| ID = | | Dyul | | 12330 | Life Collection Agency Limited Liability Company | 45,000,000.00 | RUR |
| ID = | | Dyul | | 12330 | Life Collection Agency Limited Liability Company | 31,000,000.00 | RUR |
| ID = | | Dyul | | 100461 | Kleo-Logistik LLC | 500,000.00 | RUR |
| ID = | | Dyul% | | 30019 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Dyul% | | 100461 | Kleo-Logistik LLC | 0.00 | RUR |
| ID = | | Dyul% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Dyul% | | 17535 | AMIGO LLC | 0.00 | RUR |
| ID = | | Dyul% | | 30001 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Dyul% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Dyul% | | 12330 | Life Collection Agency Limited Liability Company | 0.00 | RUR |
| ID = | | Dyul% | | 12330 | Life Collection Agency Limited Liability Company | 0.00 | RUR |
| ID = | | Dyul% | | 30269 | AMBIKA INVESTMENTS LIMITED | 0.00 | USD |
| ID = | | Dyul% | | 12330 | Life Collection Agency Limited Liability Company | 0.00 | RUR |
| ID = | | Dyul% | | 19885 | Life Collection Agency Limited Liability Company | 0.00 | RUR |
| | | | | | **Total 25** | 568,500,000.00 | |
| | | | | | Allocated 0 of 25 | 0.00 | |

PRODUCED IN NATIVE FORMAT

SL0035142

| Date1 (supplemental agreements?) | Rate | Amount2 | Currency2 | Date2 | Div | swich | Comments | Transaction type |
|---|---|---|---|---|---|---|---|---|
| 11/18/2014 | 6.6000 | -40,000,000.00 | USD | 11/18/2024 | UKP1 | | | 3 Technical |
| 9/17/2012 | 6.0000 | -30,000,000.00 | USD | 9/17/2022 | UKP1 | | | 3 Technical |
| 9/23/2010 | 6.2000 | -12,000,000.00 | USD | 9/19/2020 | UKP1 | | | 3 Technical |
| 6/28/2013 | 6.6000 | -8,000,000.00 | USD | 6/28/2023 | BANKP | | | 3 Technical |
| 9/29/2014 | 13.5000 | -3,500,000.00 | USD | 9/19/2024 | UKP1 | | | 3 Technical |
| 8/21/2014 | 13.5000 | -3,500,000.00 | USD | 9/19/2021 | BANKP | | | 3 Technical |
| 8/28/2014 | 9.0750 | -100,000,000.00 | RUR | 7/26/2023 | UKP1 | | | 3 Technical |
| 8/28/2014 | 9.0750 | -100,000,000.00 | RUR | 11/18/2022 | DMSPB | | | 3 Technical |
| 5/29/2007 | 11.5500 | -95,000,000.00 | RUR | 2/28/2020 | UKP1 | | | 3 Technical |
| 7/31/2006 | 12.6500 | -50,000,000.00 | RUR | 1/31/2042 | UKP1 | | | 3 Technical |
| 9/29/2014 | 9.0750 | -50,000,000.00 | RUR | 4/1/2024 | UKP1 | | | 3 Technical |
| 9/29/2014 | 9.0750 | -45,000,000.00 | RUR | 4/1/2024 | UKP1 | | | 3 Technical |
| 9/29/2014 | 0.5000 | -31,000,000.00 | RUR | 4/1/2024 | UKP1 | | | 3 Technical |
| 6/30/2015 | 10.0000 | -500,000.00 | RUR | 7/15/2015 | DMSPB | | | 3 Technical |
| 6/30/2015 | 13.5000 | -4,361,239.73 | USD | 9/19/2024 | UKP1 | | | 3 Technical |
| 6/30/2015 | 10.0000 | -2,054.79 | RUR | 7/15/2015 | DMSPB | | | 3 Technical |
| 6/30/2015 | 13.5000 | -40,130.14 | USD | 7/31/2015 | BANKP | | | 3 Technical |
| 6/15/2015 | 9.0750 | -745,890.42 | RUR | 7/15/2015 | DMSPB | | | 3 Technical |
| 6/30/2015 | 6.6000 | -44,843.84 | USD | 7/31/2015 | BANKP | | | 3 Technical |
| 6/30/2015 | 6.0000 | -152,876.71 | USD | 7/31/2015 | UKP1 | | | 3 Technical |
| 4/9/2015 | 0.5000 | -38,643.84 | RUR | 7/9/2015 | UKP1 | | | 3 Technical |
| 6/30/2015 | 9.0750 | -385,376.71 | RUR | 7/31/2015 | UKP1 | | | 3 Technical |
| 6/30/2015 | 6.6000 | -67,265.75 | USD | 7/31/2015 | UKP1 | | | 3 Technical |
| 4/9/2015 | 9.0750 | -1,018,140.40 | RUR | 7/9/2015 | UKP1 | | | 3 Technical |
| 4/9/2015 | 9.0750 | -2,149,407.53 | RUR | 7/9/2015 | UKP1 | | | 3 Technical |
| | | -577,505,869.86 | | | | | | |
| | | 0.00 | | | | | | |

| Transaction number | Amount1 (RUR) | Amount2 (RUR) | Account manager | Manager |
|---|---|---|---|---|
| 436/1-1 | 2,321,496,000.00 | -2,321,496,000.00 | | Aleksandr Vladimirovich Lomov |
| 498 | 1,741,122,000.00 | -1,741,122,000.00 | | Aleksandr Vladimirovich Lomov |
| 1040 | 696,448,800.00 | -696,448,800.00 | | Aleksandr Vladimirovich Lomov |
| unnumbered | 464,299,200.00 | -464,299,200.00 | Tatyana Valerievna Britkina | Aleksandr Vladimirovich Lomov |
| unnumbered | 203,130,900.00 | -203,130,900.00 | | Manager not assigned |
| 114 | 203,130,900.00 | -203,130,900.00 | Tatyana Valerievna Britkina | Aleksandr Vladimirovich Lomov |
| 988 | 100,000,000.00 | -100,000,000.00 | | Olga Vitalievna Mosyagina |
| 1125 | 100,000,000.00 | -100,000,000.00 | | Olga Vitalievna Mosyagina |
| unnumbered | 95,000,000.00 | -95,000,000.00 | Tatyana Valerievna Britkina | Manager not assigned |
| 989/12 | 50,000,000.00 | -50,000,000.00 | Tatyana Valerievna Britkina | Manager not assigned |
| unnumbered | 50,000,000.00 | -50,000,000.00 | | Manager not assigned |
| unnumbered | 45,000,000.00 | -45,000,000.00 | | Manager not assigned |
| unnumbered | 31,000,000.00 | -31,000,000.00 | | Manager not assigned |
| 1001774406 | 500,000.00 | -500,000.00 | | Aleksandr Yurievich Zelikovich |
| unnumbered | 0.00 | -2,054.79 | | Manager not assigned |
| 1001774406 | 0.00 | -253,115,014.71 | | Aleksandr Yurievich Zelikovich |
| 114 | 0.00 | -2,329,048.99 | Tatyana Valerievna Britkina | Aleksandr Vladimirovich Lomov |
| 1125 | 0.00 | -745,890.42 | | Olga Vitalievna Mosyagina |
| unnumbered | 0.00 | -2,602,619.88 | Tatyana Valerievna Britkina | Aleksandr Vladimirovich Lomov |
| 498 | 0.00 | -8,872,566.77 | Tatyana Valerievna Britkina | Aleksandr Vladimirovich Lomov |
| unnumbered | 0.00 | -38,643.84 | | Manager not assigned |
| unnumbered | 0.00 | -385,376.71 | | Manager not assigned |
| 1040 | 0.00 | -3,903,929.24 | | Aleksandr Vladimirovich Lomov |
| unnumbered | 0.00 | -1,018,140.40 | | Manager not assigned |
| unnumbered | 0.00 | -2,149,407.53 | Tatyana Valerievna Britkina | Manager not assigned |
| | 6,101,127,800.00 | -6,376,290,493.28 | | |
| | 0.00 | 0.00 | | |

SL0035142

| Financial Reporting Center1 | Financial Reporting Center2 | Format | Office | Bank | Risk code |
|---|---|---|---|---|---|
| SF Finances | Management | No niche | MSK6 | PRBB | |
| SF Finances | Management | No niche | MSK1 | PRBB | |
| SF Finances | Management | No niche | MSK1 | PRBB | |
| | | | EVTsO | VOLG | |
| | | | VUZTsO | VBNK | |
| | | | EVTsO | VOLG | |
| RD Moscow | Operations department | M 1 | MSK1 | PRBB | |
| RD Moscow | Operations department | M 1 | MSK1 | PRBB | |
| | | No niche | EVTsO | VOLG | |
| | | No niche | EVTsO | VOLG | |
| | | No niche | VUZTsO | VBNK | |
| | | No niche | VUZUN | VBNK | |
| | | No niche | VUZTsO | VBNK | |
| RD Moscow | Format 2 | Format 2 | MCK14 | PRBB | |
| | | | VUZTsO | VBNK | |
| RD Moscow | Format 2 | Format 2 | MSK14 | PRBB | |
| | | | EVTsO | VOLG | |
| RD Moscow | Operations department | M 1 | MSK1 | PRBB | |
| | | | EVTsO | VOLG | |
| SF Finances | Management | No niche | MSK1 | PRBB | |
| | | No niche | VUZTsO | VBNK | |
| | | No niche | VUZTsO | VBNK | |
| SF Finances | Management | No niche | MSK1 | PRBB | |
| | | No niche | VUZUN | VBNK | |
| | | No niche | EVTsO | VOLG | |
| | | | | | |
| | | | | | |

PRODUCED IN NATIVE FORMAT

| Loan impairment reserve | % Loan impairment reserve | Conditions | Product | P |
|---|---|---|---|---|
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | US | Revolving deposit | |
| | | S | Subordinated loan | |
| | | US | Revolving deposit | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| | | S | Subordinated loan | |
| 0.00 | | | | |
| 0.00 | | | | |

PRODUCED IN NATIVE FORMAT

SL0035142



translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK  )
                   )   ss
                   )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached spreadsheet.

Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 3rd day of January, 20 17 .

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432
London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267
Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756
SL0035142
Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

PRODUCED IN NATIVE FORMAT