# EXHIBIT 56



Financial group
Life

**COMMERCIAL BANK "PROBUSINESSBANK" JSCB**

18/2 PETROVKA STR., BLD.1, MOSCOW 127051, RUSSIAN FEDERATION
TEL. +7 (495) 933-3737, FAX +7 (495) 733-8342, TELEX 414042
bank@prbb.ru, www.prbb.ru
Swift: probusiness/customers S.W.I.F.T. B/C: PRBMRUM

№ 54-23285

«11» Февраля 20 15 г.

Moscow                                                                   AMBIKA INVESTMENTS LIMITED
                                                                         115 Griva Digeni Avenue, P.C. 3101, Limassol, Cyprus
№ _____

Dear Sirs,

In connection with the audit of our financial statements as at 31/12/2014 please confirm by fax and/or e-mail and then original by mail directly to our auditors, ZAO Deloitte & Touche CIS, (Business Center "Aleksandrovskiy passage" 20 Karla Marksa Street, Ufa 450077, Russia, fax # +7 (347) 226 72 93, tel. # +7 (347) 226 72 92 (ext. 4869), e-mail ishaymuratova@deloitte.ru attn. *Irina Shaymuratova)*

the correctness and **completeness** of <u>balances on your deposit accounts with us</u> as at 31/12/2014, interest rates, period of deposits, type and value of collateral received.

|  | #1 | #2 | #3 |
|---|---|---|---|
| Account # | 44007840200000230269 | 44007840300000130269 | 44007840700000730269 |
| Currency | USD | USD | USD |
| Amount | 30 000 000.00 | 12 000 000.00 | 40 000 000.00 |
| Period of deposit | 17/09/2012 – 17/09/2022 | 19/09/2008 – 19/09/2020 | 18/11/2014 – 18/11/2024 |
| Interest rate | 6,6% | 6,6% | 6,6% |
| Collateral amount | no | no | no |
| Collateral agreement | no | no | no |

Also could you please furnish our auditors with information regarding <u>guarantees and letters of credit</u> issued by our bank on operations of your company and outstanding as at 31/12/2014.

Your prompt attention to this request will be appreciated.

Very truly yours,

Deputy Head of the Management Board _____ O. L. Fomenko

Confidential                                                                                                                                    SL0015624

## AMBIKA INVESTMENTS LIMITED

Attn. *Irina Shaymuratova*
ZAO Deloitte & Touche CIS
Business Center "Aleksandrovskiy passage"
20 Karla Marksa Street
Ufa 450077, Russia
fax # +7 (347) 226 72 93
tel. # +7 (347) 226 72 92 (ext. 4869)

At the close of business on the date listed above, our records indicated the following balance(s):

| Account name | Currency type | Balance as at 31/12/2014 | Interest rate/accrued interest as at 31/12/2014 | Overdue interest as at 31/12/2014 | Period of placement | Collateral type and value (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Guarantees and letters of credit:**

The information presented above is in agreement with our records

_____        _____
(Financial Institution Authorized        (Date)
Signature)

_____
Title

| EXCEPTIONS AND OR COMMENTS |
|---|
| |

Please return this form directly to our accountants:

ZAO Deloitte & Touche CIS
fax # +7 (347) 226 72 93
attn. *Irina Shaymuratova*

Confidential
SL0015625