# EXHIBIT 57

Rc

# WONDERWORKS INVESTMENTS LIMITED

## REPORT AND FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011



1276441 - 1

31 - 2 - 560469

CONFIDENTIAL

AVP0005607

**☩ TridentTrust**

Trident Trust Company (Cyprus) Ltd
Trident Centre
115 Griva Digeni Avenue
PO Box 58184
3731 Limassol, Cyprus
Tel +357-258 20 650
Fax +357-253 61 857
cyprus@tridenttrust.com
www.tridenttrust.com

Our Ref: C02844/HE32/VAP

29 Μαΐου 2012

**ΔΙΑ ΧΕΙΡΟΣ**
Έφορο Εταιρειών
Γραφείο Εφόρου Εταιρειών
Λευκωσία.

Αξιότιμε Κύριε

**Η.Ε. 289039 – Wonderworks Investments Limited
Ετήσιες Εκθέσεις και Οικονομικές Καταστάσεις**

Εσωκλείουμε για καταχώρηση τις Ετήσιες Εκθέσεις **29/05/2012** μαζί με τις Οικονομικές Καταστάσεις **31/12/2011** και παρακαλούμε όπως προβείτε στη σχετική καταχώρηση στον φάκελο της Εταιρείας.

Ευχαριστούμε.

Με εκτίμηση
**Trident Trust Company (Cyprus) Limited**
Διά:

Βάννα Πελαγίας
**Corporate Administrator**

Εσωκλ.

BAHAMAS • BARBADOS • BRITISH VIRGIN ISLANDS • CAYMAN ISLANDS • CYPRUS • DUBAI • GUERNSEY • HONG KONG • ISLE OF MAN • JERSEY • LUXEMBOURG
MAURITIUS • NEVIS • NEW ZEALAND • PANAMA • SEYCHELLES • SINGAPORE • SWITZERLAND • UNITED KINGDOM • UNITED STATES • US VIRGIN ISLAND

CONFIDENTIAL

AVP0005608

# WONDERWORKS INVESTMENTS LIMITED

## REPORT AND FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

## CONTENTS

| | PAGE |
|---|---|
| Board of Directors and other Officers | 1 |
| Report of the Board of Directors | 2 |
| Independent Auditor's report | 3 - 4 |
| Statement of comprehensive income | 5 |
| Statement of financial position | 6 |
| Statement of changes in equity | 7 |
| Cash flow statement | 8 |
| Notes to the financial statements | 9 - 14 |

CONFIDENTIAL
AVP0005609

# WONDERWORKS INVESTMENTS LIMITED

## BOARD OF DIRECTORS AND OTHER OFFICERS

| | |
|---|---|
| **Board of Directors:** | Andreas Mercouri |
| **Company Secretary:** | Trident Trust Company (Cyprus) Limited |
| **Independent Auditors:** | C. Symeonides & Co Limited<br>Chartered Certified Accountants<br>Trident Centre<br>115, Griva Digeni Avenue<br>P.O. Box 53110<br>CY-3300 Limassol, Cyprus |
| **Registered office:** | Amfitrionos Ydraiou, 7<br>3022, Limassol, Cyprus |
| **Banker:** | Hellenic Bank Public Company Limited |
| **Registration number:** | 289039 |

1

CONFIDENTIAL
AVP0005610

# WONDERWORKS INVESTMENTS LIMITED

## REPORT OF THE BOARD OF DIRECTORS

The Board of Directors presents its first report and audited financial statements of the Company for the period from 20 June 2011 to 31 December 2011.

### Incorporation
The Company Wonderworks Investments Limited was incorporated in Cyprus on 20 June 2011 as a private limited liability Company under the Cyprus Companies Law, Cap. 113.

### Principal activities
The company did not carry out any trading activities during the period under review.

### Review of current position, future developments and significant risks
The Company incurred a loss of US$23,154 for the period from 20 June 2011 to 31 December 2011, and, as of that date the Company's liabilities exceeded its assets by US$21,723. The Company is dependent upon the continuing financial support of its shareholder without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The shareholder has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 3 of the financial statements.

### Results
The Company's results for the period are set out on page 5. The net loss for the period is carried forward.

### Share capital
**Authorised capital**
Under its Memorandum the Company fixed its share capital at 5,000 ordinary shares of nominal value of €1 each.
**Issued capital**
Upon incorporation on 20 June 2011 the Company issued to the subscribers of its Memorandum of Association 1,000 ordinary shares of €1 each at par.

### Board of Directors
The member of the Company's Board of Directors as at 31 December 2011 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the period from 20 June 2011 to 31 December 2011.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

### Events after the reporting period
There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

### Independent Auditors
The Independent Auditors, C. Symeonides & Co Limited, have expressed their willingness to continue in office and a resolution giving authority to the Board of Directors to fix their remuneration will be proposed at the Annual General Meeting.

By order of the Board of Directors,

Andreas Mercouri
Director

Limassol, Cyprus, 23 April 2012

CONFIDENTIAL



**C. SYMEONIDES & CO LTD**
CHARTERED CERTIFIED ACCOUNTANTS

C. SYMEONIDES & CO LTD
Trident Centre
115 Griva Digeni Avenue
P.O. Box 53110
CY-3300 Limassol, Cyprus
Tel +357 - 258 20 650
Fax +357 - 253 61 857
Email csymeonides@csaudit.net

## Independent auditor's report

### To the Members of Wonderworks Investments Limited

**Report on the financial statements**

We have audited the accompanying financial statements of Wonderworks Investments Limited (the "Company") on pages 5 to 14, which comprise the statement of financial position as at 31 December 2011, and the statements of comprehensive income, changes in equity and cash flows for the period from 20 June 2011 to 31 December 2011, and a summary of significant accounting policies and other explanatory information.

*Board of Directors' responsibility for the financial statements*

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with International Financial Reporting Standards as adopted by the European Union and the requirements of the Cyprus Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those Standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation of financial statements that give a true and fair view in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by the Board of Directors as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

3

CONFIDENTIAL
AVP0005612

# Independent auditor's report (continued)

## To the Members of Wonderworks Investments Limited

*Opinion*

In our opinion, the financial statements give a true and fair view of the financial position of Wonderworks Investments Limited as at 31 December 2011, and of its financial performance and its cash flows for the period from 20 June 2011 to 31 December 2011 in accordance with International Financial Reporting Standards as adopted by the European Union and the requirements of the Cyprus Companies Law, Cap. 113.

*Emphasis of matter*

We draw attention to note 2 to the financial statements which indicates that the Company incurred a loss of US$23,154 during the period from 20 June 2011 to 31 December 2011, and, as at that date its liabilities exceeded its assets by US$21,724. The Company is dependent upon the continuing financial support of its shareholder without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The shareholder has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

**Report on other legal requirements**

Pursuant to the requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, we report the following:
- We have obtained all the information and explanations we considered necessary for the purposes of our audit.
- In our opinion, proper books of account have been kept by the Company.
- The Company's financial statements are in agreement with the books of account.
- In our opinion and to the best of our information and according to the explanations given to us, the financial statements give the information required by the Cyprus Companies Law, Cap. 113, in the manner so required.
- In our opinion, the information given in the report of the Board of Directors is consistent with the financial statements.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

**C. SYMEONIDES & CO LTD**

C. Symeonides & Co Limited
Chartered Certified Accountants

Limassol, Cyprus, 23 April 2012

4

CONFIDENTIAL                                                                                              AVP0005613

# WONDERWORKS INVESTMENTS LIMITED

## STATEMENT OF COMPREHENSIVE INCOME
Period from 20 June 2011 to 31 December 2011

|  | Note | 2011 US$ |
|---|---|---|
| Administration expenses | 5 | (19,053) |
| Other expenses | 6 | (2,820) |
| **Operating loss** | 7 | (21,873) |
| Finance costs | 8 | (1,281) |
| **Loss before tax** |  | (23,154) |
| Tax | 9 | - |
| **Net loss for the period** |  | (23,154) |
| Other comprehensive income |  | - |
| **Total comprehensive expense for the period** |  | (23,154) |

The notes on pages 9 to 14 form an integral part of these financial statements.

5

CONFIDENTIAL

# WONDERWORKS INVESTMENTS LIMITED

## STATEMENT OF FINANCIAL POSITION
31 December 2011

|  | Note | 2011 US$ |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash at bank and in hand | 10 | 503,913 |
|  |  | 503,913 |
| **Total assets** |  | 503,913 |
| **EQUITY AND LIABILITIES** | | |
| **Equity** | | |
| Share capital | 11 | 1,430 |
| Accumulated (losses) |  | (23,154) |
| **Total equity** |  | (21,724) |
| **Non-current liabilities** | | |
| Borrowings | 12 | 505,194 |
|  |  | 505,194 |
| **Current liabilities** | | |
| Trade and other payables | 13 | 20,443 |
|  |  | 20,443 |
| **Total liabilities** |  | 525,637 |
| **Total equity and liabilities** |  | 503,913 |

On 23 April 2012 the Board of Directors of Wonderworks Investments Limited authorised these financial statements for issue.

..................
Andreas Mercouri
Director

The notes on pages 9 to 14 form an integral part of these financial statements.

6

CONFIDENTIAL
AVP0005615

# WONDERWORKS INVESTMENTS LIMITED

## STATEMENT OF CHANGES IN EQUITY
Period from 20 June 2011 to 31 December 2011

|  | Note | Share capital US$ | Accumulated (losses) US$ | Total US$ |
|---|---|---|---|---|
| Net loss for the period |  | - | (23,154) | (23,154) |
| Issue of share capital | 11 | 1,430 | - | 1,430 |
| **Balance at 31 December 2011** |  | **1,430** | **(23,154)** | **(21,724)** |

Companies which do not distribute 70% of their profits after tax, as defined by the relevant tax law, within two years after the end of the relevant tax year, will be deemed to have distributed as dividends 70% of these profits. Special contribution for defence at 20% for the tax years 2012 and 2013 and 17% for 2014 and thereafter (in 2011 the rate was 15% up to 30 August 2011 and 17% thereafter) will be payable on such deemed dividends to the extent that the shareholders (companies and individuals) are Cyprus tax residents. The amount of deemed distribution is reduced by any actual dividends paid out of the profits of the relevant year at any time. This special contribution for defence is payable by the Company for the account of the shareholders.

The notes on pages 9 to 14 form an integral part of these financial statements.

7

CONFIDENTIAL

# WONDERWORKS INVESTMENTS LIMITED

## CASH FLOW STATEMENT
Period from 20 June 2011 to 31 December 2011

|  | Note | 2011 US$ |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Loss before tax | | (23,154) |
| Adjustments for: | | |
| Interest expense | 8 | 194 |
| Cash flows used in operations before working capital changes | | (22,960) |
| Increase in trade and other payables | | 20,443 |
| Net cash flows used in operating activities | | (2,517) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | - |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Proceeds from issue of share capital | | 1,430 |
| Proceeds from borrowings | | 505,194 |
| Interest paid | | (194) |
| Net cash flows from financing activities | | 506,430 |
| Net increase in cash and cash equivalents | | 503,913 |
| Cash and cash equivalents: | | |
| At beginning of the period | | - |
| At end of the period | 10 | 503,913 |

The notes on pages 9 to 14 form an integral part of these financial statements.

CONFIDENTIAL                                                                                              AVP0005617

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 1. Incorporation and principal activities

**Country of incorporation**

The Company Wonderworks Investments Limited (the "Company") was incorporated in Cyprus on 20 June 2011 as a private limited liability Company under the Cyprus Companies Law, Cap. 113. Its registered office is at Amfitrionos Ydralou, 7, 3022, Limassol, Cyprus.

**Principal activities**

The company did not carry out any trading activities during the period under review.

### 2. Accounting policies

The principal accounting policies adopted in the preparation of these financial statements are set out below.

**Going concern basis**

The Company incurred a loss of US$23,154 for the period from 20 June 2011 to 31 December 2011, and, as at that date its liabilities exceeded its assets by US$21,724. The Company is dependent upon the continuing financial support of its shareholder without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The shareholder has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

**Basis of preparation**

The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113. The financial statements have been prepared under the historical cost convention.

The preparation of financial statements in conformity with IFRSs requires the use of certain critical accounting estimates and requires Management to exercise its judgement in the process of applying the Company's accounting policies. It also requires the use of assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Although these estimates are based on Management's best knowledge of current events and actions, actual results may ultimately differ from those estimates.

**Adoption of new and revised IFRSs**

During the current period the Company adopted all the new and revised International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 20 June 2011.

At the date of approval of these financial statements, standards and interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these accounting standards in future periods will not have a material effect on the financial statements of the Company.

**Finance costs**

Interest expense and other borrowing costs are charged to profit or loss as incurred.

9

CONFIDENTIAL                                                                                                              AVP0005618

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 2. Accounting policies (continued)

**Foreign currency translation**

(1) **Functional and presentation currency**

Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency'). The financial statements are presented in United States Dollars (US$), which is the Company's functional and presentation currency.

(2) **Transactions and balances**

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at year-end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss.

**Tax**

The tax currently payable is based on taxable profit for the year. Taxable profit differs from profit as reported in profit or loss because it excludes items of income or expense that are taxable or deductible in other years and it further excludes items that are never taxable or deductible. The Company's liability for current tax is calculated using tax rates that have been enacted or substantively enacted by the reporting date.

**Financial instruments**

Financial assets and financial liabilities are recognised in the Company's statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Cash and cash equivalents

For the purpose of the cash flow statement, cash and cash equivalents comprise cash at bank cash with brokers and in hand.

Borrowings

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

**Share capital**

Ordinary shares are classified as equity.

**Non-current liabilities**

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

10

CONFIDENTIAL

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 3. Financial risk management

**Financial risk factors**
The Company is exposed to interest rate risk, credit risk, liquidity risk, currency risk, capital risk management and other risks arising from the financial instruments it holds. The risk management policies employed by the Company to manage these risks are discussed below:

**3.1 Interest rate risk**
Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. The Company's Management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

**3.2 Credit risk**
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables. Cash balances are held with high credit quality financial institutions and the Company has policies to limit the amount of credit exposure to any financial institution.

**3.3 Liquidity risk**
Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

**3.4 Currency risk**
Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arises when future commercial transactions and recognised assets and liabilities are denominated in a currency that is not the Company's measurement currency. The Company is exposed to foreign exchange risk arising from various currency exposures primarily with respect to the US Dollar and the Euro. The Company's Management monitors the exchange rate fluctuations on a continuous basis and acts accordingly.

**3.5 Capital risk management**
The Company manages its capital to ensure that it will be able to continue as a going concern while maximising the return to shareholders through the optimisation of the debt and equity balance.

**3.6 Other risks**
The general economic environment prevailing in Cyprus and internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

### 4. Critical accounting estimates and judgments

Estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances.

The Company makes estimates and assumptions concerning the future. The resulting accounting estimates will, by definition, seldom equal the related actual results. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are discussed below:

CONFIDENTIAL AVP0005620

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 4. Critical accounting estimates and judgments (continued)

- **Income taxes**

  Significant judgement is required in determining the provision for income taxes. There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

### 5. Administration expenses

|  | 2011 US$ |
|---|---:|
| Auditors' remuneration | 2,273 |
| Other professional fees | 16,780 |
|  | 19,053 |

### 6. Other expenses

|  | 2011 US$ |
|---|---:|
| Incorporation expenses | 2,820 |
|  | 2,820 |

### 7. Operating (loss)

|  | 2011 US$ |
|---|---:|
| Operating (loss) is stated after charging the following items: |  |
| Auditors' remuneration | 2,273 |
| Incorporation expenses | 2,820 |

### 8. Finance costs

|  | 2011 US$ |
|---|---:|
| Interest expense | 194 |
| Other finance expenses | 1,087 |
|  | 1,281 |

CONFIDENTIAL AVP0005621

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 9. Tax

The tax on the Company's results before tax differs from the theoretical amount that would arise using the applicable tax rates as follows:

|  | 2011 US$ |
|---|---:|
| Loss before tax | (23,154) |
| | |
| Tax calculated at the applicable tax rates | (2,315) |
| Tax effect of expenses not deductible for tax purposes | 2,315 |
| **Tax charge** | - |

The corporation tax rate is 10%.

Under certain conditions interest income may be subject to defence contribution at the rate of 15% (10% to 30 August 2011). In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 20% for the tax years 2012 and 2013 and 17% for 2014 and thereafter (in 2011 the rate was 15% up to 30 August 2011 and 17% thereafter).

### 10. Cash at bank and in hand

Cash balances are analysed as follows:

|  | 2011 US$ |
|---|---:|
| Cash with brokers | 500,000 |
| Cash at bank | 3,913 |
| | 503,913 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 3 of the financial statements.

### 11. Share capital

|  | 2011 Number of shares | 2011 US$ |
|---|---:|---:|
| **Authorised** | | |
| Ordinary shares of €1,00 each | 5,000 | 7,150 |
| | | |
| **Issued and fully paid** | | |
| Issue of shares | 1,000 | 1,430 |
| **Balance at 31 December** | 1,000 | 1,430 |

**Authorised capital**
Under its Memorandum the Company fixed its share capital at 5,000 ordinary shares of nominal value of €1 each.

**Issued capital**
Upon incorporation on 20 June 2011 the Company issued to the subscribers of its Memorandum of Association 1,000 ordinary shares of €1 each at par.

13

CONFIDENTIAL

# WONDERWORKS INVESTMENTS LIMITED

## NOTES TO THE FINANCIAL STATEMENTS
Period from 20 June 2011 to 31 December 2011

### 12. Borrowings

|  | 2011 US$ |
|---|---:|
| **Non current borrowings** | |
| Other loans | 505,194 |

### 13. Trade and other payables

|  | 2011 US$ |
|---|---:|
| Shareholder's current account - credit balance (Note 14) | 14,279 |
| Accruals | 6,164 |
|  | 20,443 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

### 14. Related party transactions

The following transactions were carried out with related parties:

#### 14.1 Shareholder's current account - credit balance (Note 13)

|  | 2011 US$ |
|---|---:|
| Wonderheart Assets Limited | 14,279 |
|  | 14,279 |

The shareholder's current account is interest free, and has no specified repayment date.

### 15. Contingent liabilities

The Company had no contingent liabilities as at 31 December 2011.

### 16. Commitments

The Company had no capital or other commitments as at 31 December 2011.

### 17. Events after the reporting period

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**Independent Auditor's report on pages 3 and 4**

CONFIDENTIAL                                                                 AVP0005623