# EXHIBIT 59

```
                                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    _____
 4    SERGEY LEONTIEV,
 5                             Plaintiff,
 6          -against-
 7    ALEXANDER VARSHAVSKY,
 8                             Defendant.
 9    Case No. 1:16-cv-03595-JSR
      _____
10
11                             January 6, 2017
                               9:33 a.m.
12
13
14
15          DEPOSITION of VADIM VORONIN,
16    taken by Defendant, pursuant to Notice,
17    held at the offices of DEBEVOISE &
18    PLIMPTON LLP, 919 Third Avenue, New York,
19    New York before Wayne Hock, a Notary
20    Public of the State of New York.
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4       Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6       BY:    MARY BETH MALONEY, ESQ.
                mmaloney@gibsondunn.com
 7
 8
         DEBEVOISE & PLIMPTON LLP
 9       Attorneys for Defendant
             919 Third Avenue
10           New York, New York 10022
11       BY:    WILLIAM H. TAFT V, ESQ.
                whtaft@debevoise.com
12              MEGAN CORRARINO, ESQ.
                mcorrarino@debevoise.com
13
14
15
         ALSO PRESENT:
16
17              WAYNE SALINE, Videographer
                VLADIMIR KHRENOV
18
19                  *     *     *
20
21
22
23
24
25
```

```
                                            Page 99
 1                 V. Voronin
 2       A.    Full picture in audited results
 3   provided in the financial statement.  This
 4   is the only way how to make a decision.
 5   It's good transactions or bad transaction.
 6             As I said, in my history, I had
 7   kind of negative interest rate effect.
 8   From the balance sheet point of view, it's
 9   wrong.  How come you have your borrowings
10   at seventeen, twenty percent and you have
11   your assets at fifteen percent?  But I
12   know that tomorrow this fifteen percent
13   will become ten percent because of Central
14   Bank on the way to cut their rates.  You
15   know?  I have to manage that position and
16   at certain points you have to do that
17   decisions.
18       Q.    So in your view and in your
19   opinion, it is not possible to make an
20   assessment as to whether a transaction is
21   commercially reasonable or not unless you
22   have assessed the full financial
23   statements of the counterparties; correct?
24       A.    Yes.
25             MS: MALONEY: Objection to form.
```

Page 113

1       V. Voronin
2       THE VIDEOGRAPHER: This ends tape
3   number two in the deposition of Vadim
4   Voronin.
5       We're going off the record.  The
6   time is 12:21.
7       (Whereupon a break was taken)
8       THE VIDEOGRAPHER: This marks the
9   beginning of tape number three in the
10  videotaped deposition of Vadim
11  Voronin.
12      We're going on the record.  The
13  time is 12:34.
14      Q.   Mr. Voronin, your report relies
15  on a number of documents issued by the
16  Russian Central Bank; correct?
17      A.   Correct.
18      Q.   Do you consider those reports to
19  be reliable?
20      A.   Yes.
21      Q.   In your opinion, is the Russian
22  Central Bank a professionally managed
23  agency?
24      A.   Yes.
25      Q.   And the reports that it

```
                                               Page 114
 1                    V. Voronin
 2    generates can generally be relied on for
 3    their accuracy; correct?
 4         A.    Yes.
 5               MS: MALONEY: Objection to form.
 6               THE WITNESS:  This is a --
 7               MS: MALONEY: You can answer yes
 8         or no.
 9               THE WITNESS:  My answer is yes
10         but it's a general question.
11         Q.    I did say general.
12               As a professional in the Russian
13    finance sector, you treat the reports of
14    the Russian Central Bank as reliable and
15    accurate; correct?
16         A.    Correct.
17         Q.    I saw on your resume that you --
18    at JP Morgan you had some responsibility
19    for forward contract products; correct?
20         A.    Correct.
21         Q.    Do forward -- could you briefly
22    describe what a forward contract in
23    securities would be?
24         A.    Okay.
25               I didn't make transactions in
```

Page 123

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of January, 2017.

*Wayne Hock* (signature)