# EXHIBIT 64



| Stock | Shares | Current Price | Market Value | % of book |
|---|---|---|---|---|
| AAPL | 339 850 | 115,15 | $ 39 133 727,50 | 32% |
| GOOGL | 19 450 | 661,93 | $ 12 874 538,50 | 11% |
| WFM | 247 346 | 34,43 | $ 8 516 122,78 | 7% |
| FB | 75 000 | 94,21 | $ 7 065 750,00 | 6% |
| EMC | 53 150 | 27,08 | $ 1 439 302,00 | 1% |
| QIHU | 99 000 | 64,61 | $ 6 396 390,00 | 5% |
| QCOM | 205 250 | 62,89 | $ 12 908 172,50 | 11% |
| BP | 397 485 | 35,71 | $ 14 194 189,35 | 12% |
| JPM | 57 450 | 67,78 | $ 3 893 961,00 | 3% |
| V | 75 450 | 74,01 | $ 5 584 054,50 | 5% |
| VMW | 69 100 | 84,96 | $ 5 870 736,00 | 5% |
| WFC | 45 700 | 57,36 | $ 2 621 352,00 | 2% |
| | | | | |
| Total | | | $ 120 498 296,13 | 100% |

AVP0002768