# EXHIBIT 66

**user@example.com**

| | |
|---|---|
| **From:** | azheleznyak777 <azheleznyak777@gmail.com> |
| **Sent:** | February 18, 2016 01:11 |
| **To:** | Varshavsky Alexander Lazaryevich |

Funds were raised over 10 years in cash and non-cash form, using companies controlled by the bank. Promissory notes or bank guarantees were issued as consideration. Client managers were regularly used to raise and repay funds and pay interest. The last repayment was in the amount of USD 17 million three months ago. After that, the money was sent in three directions: - for financing the bank's construction projects, - paying out previously attracted deposits and interest, - paying clients' expenses.

- for regulatory arbitration, repurchasing bad debt and problem loans. This bank product was more profitable than others for the client because of the higher interest rate. Sergei confirmed the debt and was prepared to sign an arrangement. Many officials knew about the funding method and their written confirmation exists.

I told this to Robert and he asked to have this confirmed by the lawyer. After that it will be possible to move on to the settlement.

Best regards, Alex!

Confidential                                                                                                                                       AVPE0004384

**user@example.com**

| | |
|---|---|
| **From:** | azheleznyak777 <azheleznyak777@gmail.com> |
| **Sent:** | 18 February 2016 01:11 |
| **To:** | Варшавский Александр Лазаревич |

Денежные средства привлекались в течении 10 лет в безналичной и наличной форме на компании подконтрольные банку. Против этого выдавались векселя компаний или гарантии банка. Привлечение денег,возврат и уплата процентов регулярно производилась через клиентских менеджеров. Последний возврат был в размере 17млн.дол.три месяца назад. Далее деньги направлялись по трем направлениям, - финансирование строительных проектов банка -выплата ранее привлеченных депозитов и процентов,оплату расходов клиентов.
-для регуляторного арбитража,выкупа плохих долгов,проблемных кредитов. Этот продукт банка был выгоднее других для клиента из за более высокого интереса. Долг Сергей подтверждал и готов был подписывать соглашение об урегулировании . О привлечении денежных средств знали многие должностные лица и есть их письменные подтверждения.


Это я рассказал Роберту и он просил чтобы адвокат это ему подтвердил. После чего можно будет перейти к соглашению.


Best regards,Alex!

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AVPE0004384