# EXHIBIT 12

## (Supplement)

```
                                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                    Plaintiff,
 6
                                  Case No. 16-cv-3595
          -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                    Defendant.
 9
     - - - - - - - - - - - - - - - - - - - -x
10
                         December 16, 2016
11                       10:12 a.m.
12
13
14           Videotaped deposition of
15   ANDREI PAVLOVICH, taken by Plaintiff,
16   pursuant to Notice, held at the offices of
17   Roschier Asianajotoimisto Oy, Keskuskatu
18   7A, Helsinki, Finland, before
19   Sharon Lengel, a Registered Professional
20   Reporter, Certified Realtime Reporter, and
21   Notary Public of the State of New York.
22
23              *       *       *
24
25
```

Page 2

1
2  A P P E A R A N C E S:
3
       GIBSON, DUNN & CRUTCHER LLP
4           Attorneys for Plaintiff
            200 Park Avenue
5           New York, New York 10166
6      BY:  MARSHALL KING, ESQ.
            ALISON A. WOLLIN, ESQ.
7
8
       DEBEVOISE & PLIMPTON LLP
9           Attorneys for Defendant
            801 Pennsylvania Avenue, N.W.
10          Washington, D.C. 20004
11     BY:  NICHOLAS C. TOMPKINS, ESQ.
            COLBY A. SMITH, ESQ.
12
13
14
15  ALSO PRESENT:
16          DAVID ROSS ELLIOTT, Videographer
17          NATALIA MURINA, Interpreter
18          VICTOR POTAPOV, Check Interpreter
19          VITALIY POPOV, ESQ.
20
                  *     *     *
21
22
23
24
25

```
 1                    PAVLOVICH
 2   Motors Moscow.
 3        Q.    Did you know Mr. Varshavsky
 4   before you started working at what was
 5   then New York Motors?
 6        A.    Himself and myself were
 7   competitors, because I used to work for a
 8   different automobile company.
 9        Q.    What was the name of the company
10   that you used to work at before Avilon?
11        A.    JSC Panavto.
12        Q.    Is Panavto affiliated with
13   Avilon today?
14        A.    No.
15        Q.    Has Panavto been affiliated with
16   Avilon at any point in time?
17        A.    No.
18        Q.    Do you have an ownership
19   interest in Avilon?
20        A.    Yes, I do.
21        Q.    What type of ownership interest?
22        A.    Five percent.
23        Q.    Do you own five percent directly
24   or through an intermediary company?
25        A.    Directly.
```