# EXHIBIT 14

## (Supplement)

Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ——————————————————————————————————————
4   SERGEY LEONTIEV,
5                          Plaintiff,
6           -against-
7   ALEXANDER VARSHAVSKY,
8                          Defendant.
9   Case No. 1:16-cv-03595-JSR

    ——————————————————————————————————————
10
11                      January 3, 2017
                        10:04 a.m.
12
13

                *** CONFIDENTIAL ***
14
15           DEPOSITION of SERGEY LEONTIEV,
16   taken by Defendant, pursuant to Notice,
17   held at the offices of DEBEVOISE &
18   PLIMPTON LLP, 919 Third Avenue, New York,
19   New York before Wayne Hock, a Notary
20   Public of the State of New York.
21
22
23
24
25

```
                                          Page 2

 1
 2   A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4       Attorneys for Plaintiff
                 200 Park Avenue
 5               New York, New York 10166
 6       BY:     ROBERT L. WEIGEL, ESQ.
                 rweigel@gibsondunn.com
 7               ESTER MURDUKHAYEVA, ESQ.
                 emurdukhayeva@gibsondunn.com
 8
 9       DEBEVOISE & PLIMPTON LLP
         Attorneys for Defendant
10               919 Third Avenue
                 New York, New York 10022
11
         BY:     SEAN HECKER, ESQ.
12               shecker@debevoise.com
                 NATHAN S. RICHARDS, ESQ.
13               nsrichards@debevoise.com
14
15
         ALSO PRESENT:
16
17               JONATHAN POPHAM, Videographer
                 P. ELANA PICK, Ph.D.,
18               Interpreter
                 VLADIMIR KHRENOV
19               ALEKSEI ROMANOVSKI
20                      *       *       *
21
22
23
24
25
```

1            S. Leontiev -- CONFIDENTIAL

2       A.    Yes, but you must understand

3    Probusinessbank had sixteen thousand

4    people.  What can you say about Avilon?

5    How many people worked --

6       Q.    Do you know how many people work

7    for Avilon?  You don't have any idea?

8       A.    No, I know that they were just

9    doing something very strange, that's why

10   I'm saying like that.  Just selling to FSB

11   and earning whole money for that or doing

12   lottery.  So it's kind of strange

13   business.

14            But I think it's not so

15   important what I think about Avilon at the

16   end.

17            So my understanding was that Mr.

18   Varshavsky I'm talking about.  That's the

19   point I wanted to explain to you.

20       Q.    Right.

21            And you understood that he was

22   there because Avilon had invested moneys

23   that had not been repaid; correct?

24       A.    I understood that Mr. Varshavsky

25   is the beneficiary of all these companies

Page 163

1          S. Leontiev -- CONFIDENTIAL

2    employees?

3        A.    I don't know.

4        Q.    You don't know that?

5        A.    No.

6        Q.    Do you know who controlled the

7    off-balance-sheet entities once the

8    license for Probusinessbank was revoked?

9        A.    The nominal directors.

10        Q.    But we agreed earlier, I

11    believe, that the nominal directors don't

12    actually exist.

13        A.    I mean formally.

14        Q.    So informally who controlled the

15    entities?

16        A.    Vyulkova.

17        Q.    Vyulkova?  After the license was

18    revoked?

19        A.    I'm just guessing.  You asked me

20    to guess so I'm guessing.

21        Q.    Well, I'm asking you what you

22    know.

23            MR. WEIGEL: Please don't guess.

24        Q.    After the license was revoked,

25    did Vyulkova stay in Moscow?

1          S. Leontiev -- CONFIDENTIAL

2      A.     I've heard she left Moscow.

3      Q.     You don't know where she is?

4      A.     No.

5      Q.     Have you had any discussions

6  after the license was revoked that led you

7  to believe that Ms. Vyulkova is still in

8  control of the off-balance-sheet entities?

9      A.     No, I don't know.

10     Q.     And you don't know who

11 controlled the off-balance-sheet entities

12 after the license was revoked; that's your

13 testimony?

14     A.     Yes.

15     Q.     But you did know, did you not,

16 that Mr. Kolotnikov was in a position to

17 control assets held by Vyulkova after the

18 license for Probusinessbank was revoked?

19     A.     No.

20            Why do you say that?

21     Q.     I'm asking you.

22            Do you know that?

23     A.     No.

24     Q.     Who did you think controlled

25 Valkera after the license for