# EXHIBIT 15

## (Supplement)

```
                                                          Page 1

 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   _____
 4   SERGEY LEONTIEV,
 5                          Plaintiff,
 6          -against-
 7   ALEXANDER VARSHAVSKY,
 8                          Defendant.
 9   Case No. 1:16-cv-03595-JSR

     _____
10
11                          December 16, 2016
                            9:50 a.m.
12
13
                *** CONFIDENTIAL ***
14
15           DEPOSITION of ALEXANDER
16   ZHELEZNYAK, taken by Defendant, pursuant
17   to Notice, held at the offices of
18   DEBEVOISE & PLIMPTON LLP, 919 Third
19   Avenue, New York, New York before Wayne
20   Hock, a Notary Public of the State of New
21   York.
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
          GIBSON, DUNN & CRUTCHER LLP
 4        Attorneys for Plaintiff
                  200 Park Avenue
 5                New York, New York 10166
 6        BY:     ROBERT L. WEIGEL, ESQ.
                  rweigel@gibsondunn.com
 7                ANDREI F. MALIKOV, ESQ.
                  amalikov@gibsondunn.com
 8
 9        DEBEVOISE & PLIMPTON LLP
          Attorneys for Defendant
10                919 Third Avenue
                  New York, New York 10022
11
          BY:     SEAN HECKER, ESQ.
12                shecker@debevoise.com
                  PETER S. ROSS, ESQ.
13                pross@debevoise.com
                  WILLIAM H. TAFT V, ESQ.
14                whtaft@debevoise.com
15
16        ALSO PRESENT:
17
                  RONALD MARRAZZO, Videographer
18                ROMAN SANNIKOV, Interpreter
                  EVGENIYA SOKOLOVA
19                VLADIMIR KHRENOV
                  ALEKSEI ROMANOVSKI
20
                      *       *       *
21
22
23
24
25
```

```
                                              Page 189
 1            A. Zheleznyak -- CONFIDENTIAL
 2       A.    Not much at this point.
 3       Q.    When was the last time you spoke
 4   to him?
 5       A.    I don't remember right now.
 6   I've spoken with him several times, more
 7   than once.  I don't remember the last
 8   time.  Maybe a month ago.
 9       Q.    And what was the substance of
10   your discussion with him a month ago?
11       A.    He just restated to me his
12   position that he was not involved at all
13   with these companies, that he was not
14   aware at all of what was going on with
15   these companies and does not want to be
16   involved with that in any way.
17       Q.    Did you call him or did he call
18   you?
19       A.    I think he called me and I
20   didn't get the phone and I believe I
21   called him back.
22       Q.    Do you have any basis for
23   believing that what he told you was false?
24       A.    Of course I don't because of
25   course he's nervous, he's upset.
```

Page 190

1    A. Zheleznyak -- CONFIDENTIAL
2    Q.   But you have no reason to
3 believe he actually had involvement with
4 any of the companies?
5    A.   No, he was not involved with
6 these companies.  He was only the legal
7 beneficiary.
8    Q.   Nominee?
9    A.   Nominee.
10   Q.   Do you have any other name you
11 use to refer to Mr. Shcheglyaev?
12   A.   Names?
13   Q.   Yes.
14   A.   What do you mean?  I didn't
15 understand the question.
16   Q.   Did you ever refer to him as a
17 nominee?
18   A.   No.
19   Q.   Straw man?
20   A.   No, he doesn't have any other
21 names, no.  Or nicknames.
22   Q.   Have you ever heard of a company
23 called Vesvora?
24   A.   I have no.
25   Q.   What's Vesvora?