# EXHIBIT 18

## (Supplement)

```
                                                     Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                     Plaintiff,
 6                                      Case No. 16-cv-3595
            -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                     Defendant.
 9
     - - - - - - - - - - - - - - - - - - - - -x
10
                        December 20, 2016
11                      9:35 a.m.
12
13
            *** CONFIDENTIAL ***
14
15          Videotaped deposition of
16   KAMO AVAGUMYAN, taken by Plaintiff,
17   pursuant to Notice, held at the offices of
18   Roschier Asianajotoimisto Oy, Keskuskatu
19   7A, Helsinki, Finland, before
20   Sharon Lengel, a Registered Professional
21   Reporter, Certified Realtime Reporter, and
22   Notary Public of the State of New York.
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6       BY: MARSHALL KING, ESQ.
             ALLISON A. WOLLIN, ESQ.
 7           ANDREI MALIKOV, ESQ.
 8
 9       DEBEVOISE & PLIMPTON LLP
             Attorneys for Defendant
10           801 Pennsylvania Avenue, N.W.
             Washington, D.C. 20004
11
         BY: NICHOLAS C. TOMPKINS, ESQ.
12           COLBY A. SMITH, ESQ.
             ALISA MELEKHINA, ESQ.
13
14
15   ALSO PRESENT:
16           DAVID ROSS ELLIOTT, Videographer
17           VICTORIA FRANTSEVA, Interpreter
18           VICTOR POTAPOV, Check Interpreter
19           VITALIY POPOV, ESQ.
20                   *       *       *
21
22
23
24
25
```

Page 10

```
 1        K. AVAGUMYAN - CONFIDENTIAL
 2        A.    Yes.  Before that, we had a
 3   company that was called ERK.
 4        Q.    What did ERK do?
 5        A.    It was dealing in real estate.
 6        Q.    Does ERK still exist?
 7        A.    Not as ERK anymore.
 8        Q.    Does it exist as a different
 9   company?
10        A.    We -- we restructurized it.  Now
11   it is called Avilon Plaza.
12        Q.    Is it owned by Avilon Automobile
13   Group?
14              MR. SMITH:  You mean Avilon
15        Plaza?  Is that what you're asking
16        about?
17              MR. KING:  Correct.
18        Q.    Is Avilon Plaza owned by Avilon
19   Automobile Group?
20        A.    We have a structure in Cyprus
21   that owns both Avilon Plaza and Avilon
22   Automobile Group.
23        Q.    What's the name of the structure
24   in Cyprus?
25        A.    Avilon Holding.
```