# EXHIBIT 21

## (Supplement)

```
                                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                    Plaintiff,
 6                                    Case No. 16-cv-3595
            -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                    Defendant.
 9
     - - - - - - - - - - - - - - - - - - - - -x
10
                         January 17, 2017
11                       7:10 a.m.
12
13
14
15          Videoconference deposition
16   of IRINA MONAKHOVA, taken by Plaintiff,
17   pursuant to Notice, held at the offices of
18   Gibson, Dunn & Crutcher LLP, 200 Park
19   Avenue, New York, New York, before
20   Sharon Lengel, a Registered Professional
21   Reporter, Certified Realtime Reporter, and
22   Notary Public of the State of New York.
23
24              *     *     *
25
```

```
 1
 2   A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
     BY:     MARSHALL KING, ESQ.
 6           ANDREI MALIKOV, ESQ.
 7
 8       MONASTYRSKY, ZYUBA, STEPANOV & PARTNERS (MZS)
             Attorneys for Plaintiff
 9           3/1 Novinsky Boulevard
             Moscow 121099
10           Russia
11   BY:     VLADIMIR KHRENOV, ESQ.
                 (Appearing via videoconference)
12
13
         DEBEVOISE & PLIMPTON LLP
14           Attorneys for Defendant and the witness
             801 Pennsylvania Avenue, N.W.
15           Washington, D.C. 20004
16   BY:     SEAN HECKER, ESQ.
             NICHOLAS C. TOMPKINS, ESQ.
17
18       -and-
19           JANE SHVETS, ESQ.
                 (Appearing via videoconference)
20
21
22   ALSO PRESENT:
23           ANNA MAZUROVA, Interpreter
24
                     *     *     *
25
```

1                MONAKHOVA
2   obligated to pay back the money?
3        A.    No.
4        Q.    Did you do any investigation
5   into Ambika?
6        A.    No.
7        Q.    After your conversation with
8   Ms. Krisjuk, what do you recall the next
9   steps were with respect to the
10  transaction?
11       A.    No.
12       Q.    Let me try that again.
13             What do you recall happening
14  next with respect to the transaction?
15       A.    We are talking about the events
16  that took place in 2008.  That is nine
17  years ago, and I do not remember step by
18  step what happened in each and every
19  transaction.
20       Q.    Did Ms. Krisjuk explain to you
21  anything about Ambika?
22       A.    No.
23       Q.    Did you review financial
24  statements from Ambika?
25       A.    No.