# EXHIBIT 38

## (Supplement)

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3
      - - - - - - - - - - - - - - - - - - - - -x
 4
      SERGEY LEONTIEV,
 5
                     Plaintiff,
 6                                        Case No. 16-cv-3595
             -against-
 7
      ALEXANDER VARSHAVSKY,
 8
                     Defendant.
 9
      - - - - - - - - - - - - - - - - - - - - -x
10
                        January 11, 2017
11                      3:10 p.m.
12
13
14
15           Videotaped deposition of
16    ALEXANDER SHCHEGLYAEV, taken by Defendant,
17    pursuant to Notice, held at Hotel Kämp,
18    Pohjoisesplanadi 29, Helsinki, Finland,
19    before Sharon Lengel, a Registered
20    Professional Reporter, Certified Realtime
21    Reporter, and Notary Public of the State
22    of New York.
23
24            *    *    *
25
```

```
 1
 2   A P P E A R A N C E S:
 3
       GIBSON, DUNN & CRUTCHER LLP
 4          Attorneys for Plaintiff
            200 Park Avenue
 5          New York, New York 10166
 6     BY:  MARSHALL KING, ESQ.
            ANDREI MALIKOV, ESQ.
 7
 8
 9     DEBEVOISE & PLIMPTON LLP
            Attorneys for Defendant
10          801 Pennsylvania Avenue, N.W.
            Washington, D.C. 20004
11
       BY:  NICHOLAS C. TOMPKINS, ESQ.
12          COLBY A. SMITH, ESQ.
13
14
15   ALSO PRESENT:
16          DAVID ROSS ELLIOTT, Videographer
17          PAVEL KHOKHLACHEV, Interpreter
18          VICTOR POTAPOV, Check Interpreter
19          VITALIY POPOV, ESQ.
20                *     *     *
21
22
23
24
25
```

Page 42

1  SHCHEGLYAEV
2  to the companies of which you are the
3  beneficiary?
4       A.    I'm just trying to remember,
5  just to explain the pause.
6             I don't think so.  But I might
7  be mistaken.
8       Q.    Do you know someone named Irina
9  Zubiy?
10      A.    Yes.
11      Q.    How do you know her?
12      A.    About the same way as I know
13 Ms. Vyulkova.  There were some corporate
14 events, some birthdays.  For a certain
15 period of time, she tried to deal with
16 those companies, but I didn't quite
17 understand what came out of it.
18      Q.    When you say, "For a period of
19 time, she tried to deal with those
20 companies," can you describe for us what
21 she did?
22      A.    From the unconfirmed information
23 that I have, she contacted Trident
24 herself.  And the emails that came from
25 Trident, that is, after February 2016, she