# EXHIBIT 59

(Supplement)

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------
 4   SERGEY LEONTIEV,
 5                                Plaintiff,
 6           -against-
 7   ALEXANDER VARSHAVSKY,
 8                                Defendant.
 9   Case No. 1:16-cv-03595-JSR
     ------------------------------------------
10
11                             January 6, 2017
                               9:33 a.m.
12
13
14
15          DEPOSITION of VADIM VORONIN,
16   taken by Defendant, pursuant to Notice,
17   held at the offices of DEBEVOISE &
18   PLIMPTON LLP, 919 Third Avenue, New York,
19   New York before Wayne Hock, a Notary
20   Public of the State of New York.
21
22
23
24
25
```

```
                                                         Page 2

 1
 2    A P P E A R A N C E S:
 3
          GIBSON, DUNN & CRUTCHER LLP
 4        Attorneys for Plaintiff
                200 Park Avenue
 5              New York, New York 10166
 6        BY:   MARY BETH MALONEY, ESQ.
                mmaloney@gibsondunn.com
 7
 8
          DEBEVOISE & PLIMPTON LLP
 9        Attorneys for Defendant
                919 Third Avenue
10              New York, New York 10022
11        BY:   WILLIAM H. TAFT V, ESQ.
                whtaft@debevoise.com
12              MEGAN CORRARINO, ESQ.
                mcorrarino@debevoise.com
13
14
15
          ALSO PRESENT:
16
                WAYNE SALINE, Videographer
17              VLADIMIR KHRENOV
18
19                     *     *     *
20
21
22
23
24
25
```

```
                                              Page 62
 1                  V. Voronin
 2   money from Ambika during 2014 and put that
 3   into the tier two capital.
 4       Q.    About $23 million?
 5       A.    Yeah, about $23 million.
 6       Q.    But half of the increase in the
 7   Ambika loans as reported is attributable
 8   to currency valuation?
 9       A.    Yes, absolutely, correct, good.
10       Q.    But none of that exercise tells
11   us what interest rate was charged on what
12   portion of the loans; correct?
13       A.    We see the range.  The range is
14   the same.  6.4 to 13.5 against 6.4 to
15   13.5.  Perhaps that was a rollover -- not
16   a rollover but a new loan.  And once
17   again, the Central Bank of Russia is a
18   regulator, considered this rate as a fair
19   price.  Otherwise, they will not allow to
20   take these subordinated loan into the tier
21   two capital, so it should be fair market
22   price applied.
23       Q.    You have reviewed the 2008 and
24   2011 loans from Ambika -- sorry, to Ambika
25   from Avilon AG; correct?
```

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400