# EXHIBIT 1

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                    Plaintiff,
 6                                   Case No. 16-cv-3595
             -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                    Defendant.
 9
     - - - - - - - - - - - - - - - - - - - -x
10
                        January 5, 2017
11                      9:41 a.m.
12
13
14
15           Videotaped deposition of
16   ALEXANDER VARSHAVSKY, taken by Plaintiff,
17   pursuant to Notice, held at the offices of
18   Gibson, Dunn & Crutcher LLP, 200 Park
19   Avenue, New York, New York, before
20   Sharon Lengel, a Registered Professional
21   Reporter, Certified Realtime Reporter, and
22   Notary Public of the State of New York.
23
24             *     *     *
25
```

```
 1
 2   A P P E A R A N C E S:
 3
       GIBSON, DUNN & CRUTCHER LLP
 4          Attorneys for Plaintiff
            200 Park Avenue
 5          New York, New York 10166
 6     BY:  ROBERT WEIGEL, ESQ.
            ANDREI MALIKOV, ESQ.
 7          ESTER MURDUKHAYEVA, ESQ.
 8
 9
       DEBEVOISE & PLIMPTON LLP
10          Attorneys for Defendant
            801 Pennsylvania Avenue, N.W.
11          Washington, D.C. 20004
12     BY:  SEAN HECKER, ESQ.
            ALISA MELEKHINA, ESQ.
13
14
15   ALSO PRESENT:
16          WAYNE SALINE, Videographer
17          ROMAN SANIKOV, Interpreter
18          ALEXANDER KULNEV, ESQ.
19                 *     *     *
20
21
22
23
24
25
```

Page 26

1                    VARSHAVSKY
2    Probusinessbank?
3         A.    Yes.
4         Q.    Do you know what his role was at
5    Probusinessbank?
6         A.    I think, like, CEO or --
7         Q.    Okay.  Did Mr. Zheleznyak
8    have -- was he an officer of Ambika?
9         A.    I don't know.
10        Q.    Did he have any position at
11   Ambika, to the best of your knowledge?
12        A.    I have no idea.
13        Q.    Okay.  What business is Ambika
14   in?
15        A.    Before all that happens, I have
16   no idea what the business they was in, the
17   Ambika was in.  But after the -- all this
18   happens, I just find out what -- the
19   Ambika was offshore company, which belong
20   to Zheleznyak and Leontiev.
21        Q.    Okay.
22        A.    At that point, I didn't know.
23        Q.    You said that before all this
24   happened.
25              Were you referring to the

1              VARSHAVSKY
2    takeover of the bank and --
3         A.    No.  Before they stopped paying
4    the interest and repaying the loan.
5         Q.    When did that happen?
6         A.    In August 2015.
7         Q.    Before that, before August 2015,
8    you had no idea what Ambika was?
9         A.    Absolutely.
10        Q.    Did you do any investigation
11   into Ambika's financial condition before
12   you lent it -- before your company lent it
13   $19.9 million?
14        A.    Me personally, not.
15        Q.    Okay.  Did anybody -- well,
16   first off, what is -- what is New York
17   Motors Moscow?
18        A.    It is the company which sells
19   cars.
20        Q.    What is its relationship to
21   Avilon?
22        A.    It was re-branding.  Before, it
23   was New York Motors Moscow.  Then it's
24   Avilon.
25        Q.    All right.  So New York Motors

1  VARSHAVSKY
2  my legal department.  I have no idea.
3       Q.   Did Mr. Zheleznyak tell you that
4  Ambika had any assets?
5       A.   Yes.
6       Q.   What assets did Mr. Zheleznyak
7  tell you was Ambika-owned?
8       A.   It's the company which buy and
9  sell the blue chips, like investment.  And
10 he showed me the list, what they own, what
11 kind of shares from which company.
12      Q.   Did Mr. Zheleznyak show you a
13 list of blue chip stocks that they owned
14 in 2008?
15      A.   No.
16      Q.   Okay.  And when the loan was
17 made in 2008, did Mr. Zheleznyak tell you
18 anything about what assets or liabilities
19 Ambika had?
20      A.   No.  He always was telling me,
21 "Your money is secure.  Your money is
22 guarantee.  We not keeping the money in
23 Russia.  We keeping the money outside of
24 Russia, specifically in London."  He
25 mentioned that many times, but not

1           VARSHAVSKY
2  specified.
3          (Plaintiff's Exhibit 62, An
4      email, Bates AVPE0000472, was hereby
5      marked for identification, as of this
6      date.)
7      Q.   Mr. Varshavsky, I've handed you
8  a document that was produced by your
9  lawyers.  It's been translated.  Feel free
10 to use the Russian or the English.
11          Do you see, at the bottom,
12 there's an email from Irina Monakhova --
13     A.   Monakhova.
14     Q.   Monakhova.  Thank you.
15          And she is the chief financial
16 officer of Avilon; is that correct?
17     A.   Yes.
18     Q.   And was she the chief financial
19 officer of Avilon in 2008?
20     A.   Yes.
21     Q.   Okay.  Who is Svetlana Geris?
22     A.   It's a person who used to work
23 at the New York office.
24     Q.   Okay.  And who is Valentina
25 Nazanskaya?

Page 44

1              VARSHAVSKY
2  the loan to Ambika?
3      A.   I have no idea.
4      Q.   I thought you said previously
5  that Probusinessbank and Ambika were
6  completely unrelated.
7           MR. HECKER:  Objection to --
8      Q.   Is that correct?
9           MR. HECKER:  Objection to form.
10     Mischaracterizes his testimony.
11     A.   I know Ambika is offshore
12  company which is not related to the bank.
13     Q.   Okay.  So do you know why
14  Probusinessbank was negotiating or
15  offering terms for Ambika?
16     A.   Because all the terms I was
17  negotiating with Zheleznyak.  Zheleznyak
18  negotiated for the both, for the Ambika
19  or -- from -- I don't know the name, but
20  he negotiate from -- for the offshore and
21  for the bank.
22     Q.   You didn't know the name of
23  Ambika at the time you negotiated with
24  Mr. Zheleznyak; is that correct?
25     A.   Absolutely not.

```
 1
 2                    CERTIFICATION
 3
 4      I, SHARON LENGEL, a Notary Public for
 5   and within the State of New York, do
 6   hereby certify:
 7      That the witness whose testimony as
 8   herein set forth, was duly sworn by me;
 9   and that the within transcript is a true
10   record of the testimony given by said
11   witness.
12      I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of
16   this matter.
17      IN WITNESS WHEREOF, I have hereunto
18   set my hand this 16th day of January,
19   2017.
20      [signature: Sharon Lengel]
21      _____
22      SHARON LENGEL, RPR, CRR
23                *     *     *
24
25
```