# EXHIBIT 3

| | |
|---|---|
| **From:** | First Class <firstclasspostbox@gmail.com> |
| **Sent:** | Monday, September 07, 2015 2:00 AM |
| **To:** | Andreou, Alexia; Kitallides, Elizabeth; Michael, Marina |
| **Subject:** | Forms |
| **Attachments:** | TCYP-Authorised Persons Form-V14.09_Ambika.pdf; TCYP-Authorised Persons Form-V14.09_Atessaco.pdf; TCYP-Authorised Persons Form-V14.09_Clervaux_2.pdf; TCYP-Authorised Persons Form-V14.09_Fervault.pdf; TCYP-Authorised Persons Form-V14.09_Inakima.pdf; TCYP-Authorised Persons Form-V14.09_Ingtine.pdf; TCYP-Authorised Persons Form-V14.09_Izatelom.pdf; TCYP-Authorised Persons Form-V14.09_Kevina.pdf; TCYP-Authorised Persons Form-V14.09_Lunare.pdf; TCYP-Authorised Persons Form-V14.09_Madgwick.pdf; TCYP-Authorised Persons Form-V14.09_Owena.pdf; TCYP-Authorised Persons Form-V14.09_Sidran.pdf; TCYP-Authorised Persons Form-V14.09_Trigor.pdf; TCYP-Authorised Persons Form-V14.09_Valkera.pdf; TCYP-Authorised Persons Form-V14.09_Veregar.pdf; TCYP-Authorised Persons Form-V14.09_Vermenda.pdf; TCYP-Authorised Persons Form-V14.09_Vesvora.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **VPID:** | MUB78/5328 |

Dear Alexia, Elizabeth, Marina,

Please, see attached files. I will explain them on meeting today.

Kind regards,
Fedor

Confidential                                                                                                                                   SL0018142