# EXHIBIT 4

```
                                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   _____
 4   SERGEY LEONTIEV,
 5                          Plaintiff,
 6            -against-
 7   ALEXANDER VARSHAVSKY,
 8                          Defendant.
 9   Case No. 1:16-cv-03595-JSR

     _____
10
11                          January 9, 2017
                            10:14 a.m.
12
13
                  *** CONFIDENTIAL ***
14
15          DEPOSITION of IRINA ZUBIY, taken
16   by Defendant, pursuant to Notice, held at
17   the offices of DEBEVOISE & PLIMPTON LLP,
18   919 Third Avenue, New York, New York
19   before Wayne Hock, a Notary Public of the
20   State of New York.
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4       Attorneys for Plaintiff
                 200 Park Avenue
 5               New York, New York 10166
 6       BY:     ALISON L. WOLLIN, ESQ., of
                 counsel
 7               awollin@gibsondunn.com
                 MASHA BRESNER, ESQ.
 8               mbresner@gibsondunn.com
 9
10
         DEBEVOISE & PLIMPTON LLP
11       Attorneys for Defendant
                 919 Third Avenue
12               New York, New York 10022
13       BY:     SEAN HECKER, ESQ.
                 shecker@debevoise.com
14               ALISA MELEKHINA, ESQ.
                 amelekhina@debevoise.com
15
16
17
         ALSO PRESENT:
18
19               JONATHAN POPHAM, Videographer
                 ANNA MAZUROVA, Interpreter
20               JONATHAN REICH
21
                      *      *      *
22
23
24
25
```

Page 112

1      I. Zubiy -- CONFIDENTIAL
2      A.    In Washington.  But I would
3  correct myself and they asked to collect
4  some information and, in order to do so, I
5  used this address.
6      Q.    Did you talk to Mr. Shcheglyaev
7  before using an e-mail address with his
8  name on it to communicate with Trident
9  Trust?
10     A.    Yes.
11     Q.    Did he authorize you to send
12 e-mails using an e-mail address with his
13 name on it?
14     A.    He knew that I would use the
15 e-mail address.
16     Q.    But that wasn't my question.
17           Did he authorize you to send
18 e-mails from an e-mail address that had
19 his name in it to Trident Trust?
20           MS. WOLLIN: Asked and answered.
21           THE WITNESS:  At some point.
22     Q.    What do you mean by that?
23 Please explain.
24     A.    We were on the phone call with
25 Trident Trust when I gave the e-mail

Page 113

1        I. Zubiy -- CONFIDENTIAL
2   address that will be used in order to
3   collect information and Mr. Shcheglyaev
4   was on this phone call as well and he said
5   yes to all the changes that were happening
6   at that time.
7        Q.   And after that time you sent
8   e-mails from an e-mail account that had
9   his name in it but he was unaware of that;
10  correct?
11           MS. WOLLIN: Objection.
12       Foundation.  Misstates her testimony.
13           THE WITNESS:  He knew that I
14       would use the e-mail address.
15       Q.   And did you copy him on e-mails
16  you sent to Trident Trust using an e-mail
17  address that had Shcheglyaev's name on it?
18       A.   No.
19       Q.   Did lawyers tell you to use an
20  e-mail address with Shcheglyaev's name to
21  collect information from Trident Trust?
22           MS. WOLLIN: Just answer that yes
23       or no.
24           THE WITNESS:  No.
25       Q.   That was something you did on

```
                                            Page 138
 1            I. Zubiy -- CONFIDENTIAL
 2      Q.    Those were made by other people;
 3   correct?
 4            MS. WOLLIN: Objection.
 5            THE WITNESS:  In some time
 6       previously, yes.
 7      Q.    Is it your understanding that
 8   that changed at some point?
 9      A.    I think it changed a lot after
10   the -- after some time.
11      Q.    Other than the conversation in
12   November of 2016, did you have any other
13   conversations with Mr. Shcheglyaev during
14   calendar year 2016 about the companies for
15   which he was identified as the beneficial
16   owner?
17      A.    Yes.
18      Q.    Tell me about those discussions.
19      A.    There were a couple of them.
20            Which one do you want to hear?
21   Maybe there is some specific information
22   you are interested in.
23      Q.    So how many conversations do you
24   think there were during 2016?
25      A.    Around ten.
```

Page 139

1      I. Zubiy -- CONFIDENTIAL
2      Q.    Tell me about the first one you
3  remember in 2016.
4      A.    I think that the first one was
5  when we had a phone call with Mr.
6  Shcheglyaev where I told him that I would
7  like to introduce him to Trident Trust and
8  also say that that's the new e-mail
9  address that will be used in order to
10 communicate with Trident Trust and to give
11 Trident Trust the phone number of Mr.
12 Shcheglyaev.
13     Q.    And approximately when did that
14 conversation take place?
15     A.    In spring 2016.
16     Q.    And what e-mail address had been
17 used prior to that conversation with
18 Trident Trust where you established a new
19 e-mail address?  Which e-mails had been
20 used prior to that to communicate with
21 Trident Trust?
22     A.    On behalf of whom?
23     Q.    On behalf of Mr. Shcheglyaev, to
24 use Shcheglyaev's name.
25           MS. WOLLIN: Objection.

```
                                              Page 197
 1              I. Zubiy -- CONFIDENTIAL
 2       Q.     And you signed these e-mails
 3   Alexander?
 4       A.     Yes.
 5       Q.     But it wasn't Alexander sending
 6   the e-mails, it was you; right?
 7       A.     Yes.
 8       Q.     Who is Farida Karimova?
 9       A.     A former employee of Trident
10   Trust.
11       Q.     The e-mail starts with an e-mail
12   from you April 21, 2016, subject
13   companies.  It says, "dear Farida, could I
14   at least get some documents to have a look
15   at.  I appreciate that bank statements
16   take time but maybe the corporate
17   documents, a list of all the BO and
18   authorized persons.  Thanks for
19   understanding."
20              Do you see that?
21       A.     Yes.
22       Q.     Can you explain the context in
23   which you made this request to Trident
24   Trust?
25       A.     On the phone call with Mr.
```

1       I. Zubiy -- CONFIDENTIAL
2   Shcheglyaev, myself, and Farida from
3   Trident Trust, when I pointed out that
4   there will be new e-mail address used to
5   obtain information regarding the companies
6   where Mr. Shcheglyaev is beneficial owner,
7   I also mentioned to Farida that it would
8   be nice to have the list of the companies
9   that are managed by Trident Trust and at
10  the same time owned by Mr. Shcheglyaev.
11  So it was kind of in mind to that
12  conversation.
13      Q.    Did you ask Mr. Shcheglyaev for
14  a list of all the companies for which he
15  was listed as the beneficial owner?
16            MS. WOLLIN: Objection to form.
17            THE WITNESS:  He didn't know the
18      companies that he was the beneficial
19      owner.
20      Q.    And did you ask for all the bank
21  statements with respect to all of the
22  companies for which he was the beneficial
23  owner?
24      A.    Yes.
25      Q.    Who asked you to do this?

Page 281

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of January, 2017.

*Wayne Hock* (signature)