# EXHIBIT 5

```
                                                    Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3
      - - - - - - - - - - - - - - - - - - - -x
 4
      SERGEY LEONTIEV,
 5
                     Plaintiff,
 6                                  Case No. 16-cv-3595
             -against-
 7
      ALEXANDER VARSHAVSKY,
 8
                     Defendant.
 9
      - - - - - - - - - - - - - - - - - - - -x
10
                        January 17, 2017
11                      7:10 a.m.
12
13
14
15          Videoconference deposition
16    of IRINA MONAKHOVA, taken by Plaintiff,
17    pursuant to Notice, held at the offices of
18    Gibson, Dunn & Crutcher LLP, 200 Park
19    Avenue, New York, New York, before
20    Sharon Lengel, a Registered Professional
21    Reporter, Certified Realtime Reporter, and
22    Notary Public of the State of New York.
23
24            *    *    *
25
```

```
 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4          Attorneys for Plaintiff
            200 Park Avenue
 5          New York, New York 10166
 6      BY: MARSHALL KING, ESQ.
            ANDREI MALIKOV, ESQ.
 7
 8      MONASTYRSKY, ZYUBA, STEPANOV & PARTNERS (MZS)
            Attorneys for Plaintiff
 9          3/1 Novinsky Boulevard
            Moscow 121099
10          Russia
11      BY: VLADIMIR KHRENOV, ESQ.
               (Appearing via videoconference)
12
13
        DEBEVOISE & PLIMPTON LLP
14          Attorneys for Defendant and the witness
            801 Pennsylvania Avenue, N.W.
15          Washington, D.C. 20004
16      BY: SEAN HECKER, ESQ.
            NICHOLAS C. TOMPKINS, ESQ.
17
18      -and-
19          JANE SHVETS, ESQ.
               (Appearing via videoconference)
20
21
22   ALSO PRESENT:
23          ANNA MAZUROVA, Interpreter
24
                    *     *     *
25
```

1                    MONAKHOVA
2        A.    No.
3        Q.    And who prepared the contracts?
4        A.    The contracts are always
5    prepared by lawyers.
6        Q.    I mean lawyers on their side or
7    lawyers on your side?
8        A.    I don't recall.
9        Q.    You said that Ms. Krisjuk gave
10   you the name of the company for where the
11   money would be placed.
12              What did she tell you about
13   that?
14       A.    That that was their company, and
15   that was where the money would be placed.
16       Q.    Okay.  Did she tell you the
17   name?
18       A.    Of course.
19       Q.    Had you ever heard of Ambika
20   before?
21       A.    No.
22       Q.    Did you ask her any questions
23   about Ambika?
24       A.    No.
25       Q.    Did you ask her who would be

```
                                               Page 24
 1              MONAKHOVA
 2   obligated to pay back the money?
 3        A.    No.
 4        Q.    Did you do any investigation
 5   into Ambika?
 6        A.    No.
 7        Q.    After your conversation with
 8   Ms. Krisjuk, what do you recall the next
 9   steps were with respect to the
10   transaction?
11        A.    No.
12        Q.    Let me try that again.
13              What do you recall happening
14   next with respect to the transaction?
15        A.    We are talking about the events
16   that took place in 2008.  That is nine
17   years ago, and I do not remember step by
18   step what happened in each and every
19   transaction.
20        Q.    Did Ms. Krisjuk explain to you
21   anything about Ambika?
22        A.    No.
23        Q.    Did you review financial
24   statements from Ambika?
25        A.    No.
```

1              MONAKHOVA
2      Q.    Did you ask anyone at Avilon to
3   perform any diligence on Ambika?
4      A.    No.
5      Q.    What was your understanding of
6   what Ambika would do with the money?
7      A.    I had no understanding
8   whatsoever of what Ambika would do with
9   the money.
10     Q.    Where did Avilon get the money
11  that it loaned to Ambika?
12           MR. HECKER:  Objection to form.
13     Vague.
14     A.    The money came to our account
15  from New York Motors Corporation.
16     Q.    What was New York Motors
17  Corporation?
18     A.    This is one of the shareholder
19  companies, one of our shareholders.
20     Q.    And how was it decided that the
21  money would come to Avilon from New York
22  Motors Corporation?
23     A.    I know nothing about it.
24     Q.    Have you ever heard the phrase
25  "technical loan"?

1                    MONAKHOVA
2    Zheleznyak had control of Ambika; is that
3    correct?
4         A.    Yes.
5         Q.    Okay.  Did you have an
6    understanding of whether Ms. Abramova and
7    Ms. Krisjuk had control of Ambika?
8         A.    No, nor in the same shape or
9    form as Mr. Zheleznyak and Mr. Leontiev.
10   They may have had authorities to represent
11   its interests or to give instructions to
12   the employees.  But, according to my
13   understanding, Krisjuk or Abramova did not
14   directly or indirectly own Ambika.
15        Q.    And am I correct that the sole
16   source of your information concerning the
17   ownership of Ambika was your discussion
18   with Ms. Krisjuk?
19             MR. HECKER:  Objection to form.
20        Foundation.
21        A.    I don't recall.
22        Q.    But you don't recall doing any
23   investigation or diligence on Ambika; is
24   that correct?
25        A.    Why?  I clearly recall we did

```
                                              Page 40
 1                  MONAKHOVA
 2   not.
 3        Q.    Okay.  And you don't recall
 4   discussing Ambika with Mr. Varshavsky;
 5   correct?
 6        A.    Absolutely correct.  Yes.
 7        Q.    And you don't recall discussing
 8   Ambika with Mr. Zheleznyak, do you?
 9             MR. HECKER:  Objection to form.
10        Vague as to time.
11        Q.    I'll ask it again.
12             Prior to signing the loan
13   agreement in December of 2008, you don't
14   recall discussing Ambika with
15   Mr. Zheleznyak; is that correct?
16        A.    I don't recall.
17        Q.    And prior to signing the loan
18   agreement in December of 2008, you never
19   discussed Ambika with Mr. Leontiev; is
20   that correct?
21        A.    I did not meet with Mr. Leontiev
22   then.  By then, I had not met him.
23        Q.    Okay.  So the answer to my
24   question is yes, that is correct.
25        A.    I did not discuss Ambika with
```

Page 180

**CERTIFICATION**

I, SHARON LENGEL, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of January, 2017.

_____
SHARON LENGEL, RPR, CRR

\* \* \*