# **EXHIBIT 6**

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - -x
 4
     SERGEY LEONTIEV,
 5
                    Plaintiff,
 6                                   Case No. 16-cv-3595
          -against-
 7
     ALEXANDER VARSHAVSKY,
 8
                    Defendant.
 9
     - - - - - - - - - - - - - - - - - - - -x
10
                      January 9, 2017
11                    9:40 a.m.
12
              *** CONFIDENTIAL ***
13
14
15          Videotaped deposition of
16   VITALIY POPOV, taken by Plaintiff,
17   pursuant to Notice, held at the offices of
18   Roschier Asianajotoimisto Oy, Keskuskatu
19   7A, Helsinki, Finland, before
20   Sharon Lengel, a Registered Professional
21   Reporter, Certified Realtime Reporter, and
22   Notary Public of the State of New York.
23
24              *     *     *
25
```

```
                                                     Page 2

 1
 2   A P P E A R A N C E S:
 3
        GIBSON, DUNN & CRUTCHER LLP
 4           Attorneys for Plaintiff
             200 Park Avenue
 5           New York, New York 10166
 6      BY:  MARSHALL KING, ESQ.
             ANDREI MALIKOV, ESQ.
 7
 8
 9
        DEBEVOISE & PLIMPTON LLP
10           Attorneys for Defendant
             801 Pennsylvania Avenue, N.W.
11           Washington, D.C. 20004
12      BY:  NICHOLAS C. TOMPKINS, ESQ.
             COLBY A. SMITH, ESQ.
13
14
15   ALSO PRESENT:
16           DAVID ROSS ELLIOTT, Videographer
17           PAVEL KHOKHLACHEV, Interpreter
18           VICTOR POTAPOV, Check Interpreter
19                  *     *     *
20
21
22
23
24
25
```

Page 20

```
 1              POPOV - CONFIDENTIAL
 2   Ms. Monakhova told you that?
 3            MR. SMITH:  Objection to form.
 4      A.    No.  I already said that it was
 5   Yanna Krisiuk who said that it was their
 6   company, a company of the shareholders of
 7   the bank.
 8      Q.    So did Ms. Monakhova tell you
 9   anything about Ambika?
10      A.    I don't remember.
11      Q.    And when you say the
12   shareholders of the bank, did you know who
13   they were, who the shareholders of the
14   bank were in December of 2008?
15      A.    No.
16      Q.    Did you ask Ms. Monakhova why
17   the loan was being made?
18            MR. SMITH:  Objection.
19      A.    Monakhova said that it was our
20   shareholders who provided the loan to the
21   shareholders of the bank, and this is all
22   I know.
23      Q.    Did you ask Ms. Monakhova why it
24   was being structured as a loan from New
25   York Motors Moscow to Ambika?
```

```
                                              Page 21
 1              POPOV - CONFIDENTIAL
 2       A.     No.
 3       Q.     Did you have any discussion with
 4  Ms. Monakhova or Ms. Krisiuk about the
 5  interest rate for the loan?
 6       A.     I did not discuss the financial
 7  conditions of the contract.  This was the
 8  responsibility of the financial
 9  department.  Monakhova told me the
10  conditions of the loan.
11       Q.     Is it fair to say, then, that
12  your role was simply to document an
13  agreement that had been reached by
14  Ms. Monakhova with Probusinessbank?
15              MR. SMITH:  Objection to form.
16       A.     Once again, Monakhova did not
17  reach an agreement with Probusinessbank.
18  The agreement was made between the
19  shareholders of our company and the
20  shareholders of Probusinessbank.
21       Q.     Okay.  Is it fair to say that
22  your role was simply to document this
23  agreement that had been reached as opposed
24  to negotiating any of the terms of the
25  agreement?
```

Page 22

1          POPOV - CONFIDENTIAL
2      A.    Yes.
3      Q.    Do you remember any discussions
4  about whether Ambika was creditworthy?
5      A.    No.  I don't remember
6  discussions.
7      Q.    Other than your discussions with
8  Ms. Monakhova, did you have any
9  discussions with anyone else within New
10 York Motors Moscow concerning the
11 agreement at the time?
12     A.    Possibly Semenova, but I don't
13 remember.
14     Q.    Do you recall any discussions
15 about what kind of security there would be
16 for repayment of the loan?
17     A.    I do not remember any
18 discussions.
19     Q.    In Exhibit 7, after the first
20 couple of pages, there are a number of
21 additional agreements relating to this
22 loan.
23           Did you have any involvement
24 with any of these additional agreements?
25     A.    Possibly.  I do not remember

Page 178

1

2              CERTIFICATION

3

4     I, SHARON LENGEL, a Notary Public for
5  and within the State of New York, do
6  hereby certify:
7     That the witness whose testimony as
8  herein set forth, was duly sworn by me;
9  and that the within transcript is a true
10 record of the testimony given by said
11 witness.
12    I further certify that I am not
13 related to any of the parties to this
14 action by blood or marriage, and that I am
15 in no way interested in the outcome of
16 this matter.
17    IN WITNESS WHEREOF, I have hereunto
18 set my hand this 17th day of January,
19 2017.
20 *[signature: Sharon Lengel]*

21 _____
22 SHARON LENGEL, RPR, CRR
23              *    *    *
24
25