# EXHIBIT 9

# FILED UNDER SEAL

Page 1

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------------
4  SERGEY LEONTIEV,
5                           Plaintiff,
6         -against-
7  ALEXANDER VARSHAVSKY,
8                           Defendant.
9  Case No. 1:16-cv-03595-JSR

   ------------------------------------------
10
11                          January 12, 2017
                            9:45 a.m.
12
13
                  *** CONFIDENTIAL ***
14
15         DEPOSITION of VADIM KOLOTNIKOV,
16  taken by Defendant, pursuant to Notice,
17  held at the offices of DEBEVOISE &
18  PLIMPTON LLP, 919 Third Avenue, New York,
19  New York before Wayne Hock, a Notary
20  Public of the State of New York.
21
22
23
24
25

```
 1
 2   A P P E A R A N C E S:
 3
         GIBSON, DUNN & CRUTCHER LLP
 4       Attorneys for Plaintiff
                 200 Park Avenue
 5               New York, New York 10166
 6       BY:     ROBERT L. WEIGEL, ESQ.
                 rweigel@gibsondunn.com
 7               ESTER MURDUKHAYEVA, ESQ.
                 emurdukhayeva@gibsondunn.com
 8
 9
         DEBEVOISE & PLIMPTON LLP
10       Attorneys for Defendant
                 919 Third Avenue
11               New York, New York 10022
12       BY:     SEAN HECKER, ESQ.
                 shecker@debevoise.com
13               NATHAN S. RICHARDS, ESQ.
                 nsrichards@debevoise.com
14
15
         ALSO PRESENT:
16
17               RONALD MARRAZZO, Videographer
                 ANNA MAZUROVA, Interpreter
18               VLADIMIR KHRENOV
                 ALEKSEI ROMANOVSKI
19
20                   *     *     *
21
22
23
24
25
```



Page 60

1        V. Kolotnikov -- CONFIDENTIAL

[Lines 2–25 redacted]

1    V. Kolotnikov -- CONFIDENTIAL
2    ████ ███ ███ ██ █ ███ ███ █
3    ██ ████
4        ███ ██ █████ ██ █████
5    ██████
6    Q.    No, I asked you if other than --
7            MR. HECKER: Read back my
8    question and try to answer my
9    question. ███ ██ ███ ████ █ █
10   █████ ███ ███ ██ █ ██████
11   ████ ██ ██
12           THE INTERPRETER: (Complying).
13           MR. WEIGEL: I'm going to object.
14   It's overbroad.
15           If you have anything you can add
16   to what he's asked, please do so.
17       ███ █████ █ ██████ █
18   █████ ███ ██ ████ █ ██ ██
19   ██ █████ █ █████ █████ ██
20   █████ █████ █ ██ ████ █ ███
21   ██████
22   █ ████ ██ ██ █ ████ ██████
23   █████ █ ██████ ██████ █ ██
24   ██████
25   ██ ██████ █████ █████ ████

1  V. Kolotnikov -- CONFIDENTIAL



Page 66

1  V. Kolotnikov -- CONFIDENTIAL

[Lines 2–25 redacted]

Page 67

1  V. Kolotnikov -- CONFIDENTIAL
2  MR. WEIGEL: I object.
3  Argumentative.
4  ███████  ██████████  ██████  █████  ████████
5  ██  ██  ███████  ██  ██  ██  ██  ██
6  █████  ██  █████  ████████  ███████  ██
7  █████  ██████████  ██████  ██  █████████
8  █████  ██  ████  ██  ██████  ██
9  █████████
10  ██  █████  █████  ████████  ██████████  ██
11  ███  █████  ████  ███  ██████
12      Q.    This document says that the
13  beneficial owner of Wonderworks was Mr.
14  Sergey Leontiev.
15            Did you know that to be true at
16  the time that you signed this
17  certification?
18      A.    I don't know at what point in
19  time the document was prepared because
20  there is no date here, but that is
21  possible.
22      Q.    It's possible that you knew he
23  was beneficial owner of Wonderworks when
24  you certified that he was, in fact, the
25  beneficial owner of Wonderworks?  Is that

Page 255

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of January, 2017.

*[Signature: Wayne Hock]*