UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                   :

SERGEY LEONTIEV,                        :

                 Plaintiff,             :

    -against-                             :    No. 16-cv-03595 (JSR)

ALEXANDER VARSHAVSKY,         :

                Defendant.        :
------------------------------------------------------------x

**PLAINTIFF SERGEY LEONTIEV'S NOTICE OF APPLICATION FOR COSTS**

PLEASE TAKE NOTICE that upon the accompanying bill of costs, the declaration of Marshall R. King, dated March 13, 2017, and the exhibits attached thereto, and all other pleadings and proceedings herein, Plaintiff Sergey Leontiev will and hereby does move this Court before the Judgment Clerk, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street Room 200, New York, New York at 10:00 a.m. on March 27, 2017, or as soon thereafter as counsel may be heard for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Rule 54.1 of the Local Rules of the Southern District of New York, and 28 U.S.C. § 1920, granting costs sought by Mr. Leontiev and granting such further relief as this Court deems proper.

Dated:  March 13, 2017             Respectfully submitted,
         New York, New York

                                          *s/ Marshall R. King*
                                          Robert L. Weigel
                                          Marshall R. King
                                          GIBSON, DUNN & CRUTCHER LLP
                                          200 Park Avenue
                                          New York, NY  10166-0193
                                          Telephone:  212.351.4000
                                          Facsimile:  212.351.4035

                                          *Attorneys for Plaintiff Sergey Leontiev*