# EXHIBIT A

Case 1:16-cv-03595-JSR   Document 71-2   Filed 03/13/17   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SERGEY LEONTIEV,

    Plaintiff,

    -v-

ALEXANDER VARSHAVSKY,

    Defendant.
------------------------------------x

16 Civ. 3595 (JSR)

FINAL JUDGMENT

JED S. RAKOFF, U.S.D.J.

    Before the Court is plaintiff Sergey Leontiev's motion for summary judgment on his first, and only remaining, cause of action. Upon consent of the parties, see transcript dated March 1, 2017, the Court hereby grants summary judgment in favor of the plaintiff and declares that Sergey Leontiev owes no debt or obligation to defendant Alexander Varshavsky in the defendant's personal capacity with respect to the loans and other debt instruments described in paragraph 32 of the complaint in this case, see ECF No. 1.

    The Clerk of the Court is directed to close the motion at docket entry number 49 and to close this case.

    SO ORDERED.

Dated:    New York, NY
           March 1, 2017

                                        JED S. RAKOFF, U.S.D.J.