# EXHIBIT C

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, May 13, 2016 6:52 PM |
| **To:** | Barbera, Gino; Arias, Angel |
| **Subject:** | Pay.gov Payment Confirmation: NYSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the NYSD ECFHelpdesk at (212) 805-0800.

Application Name: NYSD CM ECF
Pay.gov Tracking ID: 25RJVGER
Agency Tracking ID: 0208-12301084
Transaction Type: Sale
Transaction Date: May 13, 2016 6:52:17 PM

Account Holder Name: Gino Barbera
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1006

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.