# EXHIBIT D

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | **Invoice #:** | NY2842358 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 12/29/2016 |
| | | | **Balance Due:** | $2,258.20 |

| **Case:** | Leontiev v. Vashavsky | **Matter #:** | 56885-00001 |
|---|---|---|---|
| **Job #:** | 2494638 \| Job Date: 12/20/2016 \| Delivery: Normal | | |
| **Billing Atty:** | Alison L. Wollin, Esq | | |
| **Location:** | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A \| 00100 Helsinki | | |
| **Sched Atty:** | Alison L. Wollin, Esq \| Gibson Dunn & Crutcher LLP | | |

| **Witness** | **Description** | **Amount** |
|---|---|---|
| Kamo Avagumyan | Transcript Services | $950.55 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $66.90 |
| | Realtime Services | $796.50 |
| | Rough Draft | $309.75 |
| | Expenses | $0.00 |
| | Delivery and Handling | $39.50 |
| **Notes:** | **Invoice Total:** | $2,258.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,258.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Invoice #: | NY2842358 |
|---|---|---|---|
| | | Job #: | 2494638 |
| | | Invoice Date: | 12/29/2016 |
| | | Balance: | $2,258.20 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2840579<br>12/28/2016<br>$3,793.65 |

| | | | | |
|---|---|---|---|---|
| **Case:** | Leontiev v. Varshavsky | | **Matter #:** | 56885-00001 |
| **Job #:** | 2492612 \| Job Date: 12/14/2016 \| Delivery: Normal | | | |
| **Billing Atty:** | Alison L. Wollin, Esq | | | |
| **Location:** | Roschier Asianajotoimisto Oy | | | |
| | Keskuskatu 7 A \| 00100 Helsinki | | | |
| **Sched Atty:** | Alison L. Wollin, Esq \| Gibson Dunn & Crutcher LLP | | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $554.00 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $78.00 |
| Karen Avagumyan | Realtime Services | $450.00 |
| | Rough Draft | $175.00 |
| | Expenses | $2,400.00 |
| | Delivery and Handling | $41.65 |

| | | |
|---|---|---|
| **Notes:** Travel and Non-Sitting Days | **Invoice Total:** | $3,793.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,793.65 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 64 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | NY2840579<br>2492612<br>12/28/2016<br>$3,793.65 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Robert L. Weigel, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | **Invoice #:** | NY2863391 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 1/25/2017 |
| | | | **Balance Due:** | $2,217.94 |

| **Case:** | Leontiev v. Vashavsky |
|---|---|
| **Job #:** | 2512946 \| Job Date: 1/12/2017 \| Delivery: Normal |
| **Billing Atty:** | Robert L. Weigel, Esq |
| **Location:** | Debevoise & Plimpton |
| | 919 Third Avenue \| Room 35F \| New York, NY 10022 |
| **Sched Atty:** | \| Debevoise & Plimpton LLP |

| **Witness** | **Description** | **Amount** |
|---|---|---|
| Vadim Kolotnikov CONF | Transcript Services | $971.75 |
| | Exhibit Management | $200.40 |
| | Realtime Services | $444.85 |
| | Rough Draft | $358.75 |
| | Delivery and Handling | $45.89 |
| Vadim Kolotnikov AEO | Transcript Services | $123.50 |
| | Realtime Services | $40.30 |
| | Rough Draft | $32.50 |

| **Notes:** | | **Invoice Total:** | $2,217.94 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,217.94 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 36 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** | NY2863391 |
|---|---|---|---|
| | | **Job #:** | 2512946 |
| | | **Invoice Date:** | 1/25/2017 |
| | | **Balance:** | $2,217.94 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #: | NY2860002 |
|---|---|---|---|---|
| | | | Invoice Date: | 1/20/2017 |
| | | | Balance Due: | $1,070.60 |

| Case: | Leontiev v. Varshavsky |
|---|---|
| Job #: | 2512944 \| Job Date: 1/11/2017 \| Delivery: Normal |
| Billing Atty: | Alison L. Wollin, Esq |
| Location: | Debevoise & Plimpton |
| | 919 Third Avenue \| 35th \| New York, NY 10022 |
| Sched Atty: | \| Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
| Charles W. Laurence | Transcript Services | $526.50 |
| | Exhibit Management | $94.60 |
| | Realtime Services | $232.50 |
| | Rough Draft | $187.50 |
| | Delivery and Handling | $29.50 |
| **Notes:** | **Invoice Total:** | $1,070.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,070.60 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 41 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Invoice #: | NY2860002 |
|---|---|---|---|
| | | Job #: | 2512944 |
| | | Invoice Date: | 1/20/2017 |
| | | Balance: | $1,070.60 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Robert L. Weigel, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:** NY2851486<br>**Invoice Date:** 1/10/2017<br>**Balance Due:** $2,935.30 |

| | |
|---|---|
| **Case:** | Leontiev v. Varshavsky |
| **Job #:** | 2511857 \| Job Date: 1/3/2017 \| Delivery: Normal |
| **Billing Atty:** | Robert L. Weigel, Esq |
| **Location:** | Debevoise & Plimpton |
| | 919 3rd Avenue \| New York, NY 10022 |
| **Sched Atty:** | \| Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
| S Leontiev - AEO | Transcript Services | $133.25 |
| | Realtime Services | $44.95 |
| | Rough Draft | $36.25 |
| Sergey Leontiev | Transcript Services | $1,361.75 |
| | Exhibit Management | $190.00 |
| | Realtime Services | $630.85 |
| | Rough Draft | $508.75 |
| | Delivery and Handling | $29.50 |
| **Notes:** | **Invoice Total:** | $2,935.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,935.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 51 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** NY2851486<br>**Job #:** 2511857<br>**Invoice Date:** 1/10/2017<br>**Balance:** $2,935.30 |
|---|---|---|

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Marshall King, Esq
Gibson Dunn
200 Park Avenue
47th Floor
New York, NY, 10166

**Invoice #:** NY2862673
**Invoice Date:** 1/25/2017
**Balance Due:** $2,068.64

**Case:** Leontiev v. Varshavsky
**Job #:** 2521235 | Job Date: 1/17/2017 | Delivery: Expedited
**Billing Atty:** Marshall King, Esq
**Location:** Gibson Dunn & Crutcher LLP
200 Park Avenue | 47th Floor | New York, NY 10166
**Sched Atty:** Alison Chapin, Esq | Gibson Dunn & Crutcher LLP

**Matter #:** 56885-00001

| Witness | Description | Amount |
|---|---|---|
| Irina Monakhova | Transcript Services | $721.50 |
| | Transcript - Expedited Fee | $231.00 |
| | Professional Attendance | $0.00 |
| | Exhibit Management | $150.75 |
| | Realtime Services | $651.00 |
| | Rough Draft | $262.50 |
| | Expenses | $0.00 |
| | Delivery and Handling | $51.89 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,068.64 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,068.64 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 36 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** NY2862673
**Job #:** 2521235
**Invoice Date:** 1/25/2017
**Balance:** $2,068.64

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #: | NY2842221 |
|---|---|---|---|---|
| | | | Invoice Date: | 12/29/2016 |
| | | | Balance Due: | $1,953.30 |

| Case: | Leontiev v. Vashavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2492613 | Job Date: 12/16/2016 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $806.35 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $81.20 |
| Andrei Pavlovich | Realtime Services | $670.50 |
| | Rough Draft | $260.75 |
| | Expenses | $0.00 |
| | Delivery and Handling | $39.50 |

| Notes: | | Invoice Total: | $1,953.30 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,953.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | NY2842221 |
|---|---|---|---|
| | | Job #: | 2492613 |
| | | Invoice Date: | 12/29/2016 |
| | | Balance: | $1,953.30 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2857147<br>1/18/2017<br>$3,895.30 |
|---|---|---|---|---|

| Case: | Leontiev v. Varshavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2494641 | Job Date: 1/9/2017 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| **Witness** | **Description** | **Amount** |
|---|---|---|
| | Transcript Services | $1,105.05 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $162.00 |
| Vitaliy Popov | Realtime Services | $931.50 |
| | Rough Draft | $362.25 |
| | Expenses | $1,200.00 |
| | Delivery and Handling | $39.50 |

| Notes: | | **Invoice Total:** | $3,895.30 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $3,895.30 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 43 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | NY2857147<br>2494641<br>1/18/2017<br>$3,895.30 |
|---|---|---|---|

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Alison L. Wollin, Esq | | Invoice #: | NY2842501 |
|---|---|---|---|---|
| | Gibson Dunn | | Invoice Date: | 12/29/2016 |
| | 200 Park Avenue | | Balance Due: | $2,395.45 |
| | 47th Floor | | | |
| | New York, NY, 10166 | | | |

| Case: | Leontiev v. Varshavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2492615 | Job Date: 12/19/2016 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $960.85 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $181.35 |
| Yulia Semenova | Realtime Services | $805.50 |
| | Rough Draft | $313.25 |
| | Expenses | $0.00 |
| | Delivery and Handling | $39.50 |

| Notes: | | Invoice Total: | $2,395.45 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,395.45 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | Invoice #: | NY2842501 |
|---|---|---|---|---|
| **To pay online, go to** | Please remit payment to: | | Job #: | 2492615 |
| **www.veritext.com** | Veritext | | Invoice Date: | 12/29/2016 |
| | P.O. Box 71303 | | | |
| 42700 | Veritext accepts all major credit cards | Chicago IL 60694-1303 | Balance: | $2,395.45 |
| | (American Express, Mastercard, Visa, Discover) | | | |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Marshall King, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2857240<br>1/18/2017<br>$1,676.90 |
|---|---|---|---|---|

| Case: | Leontiev v. Varshavsky |
|---|---|
| Job #: | 2512718 \| Job Date: 1/11/2017 \| Delivery: Normal |
| Billing Atty: | Marshall King, Esq |
| Location: | Hotel Kämp |
| | Pohjoisesplanadi 29 \| Paavo Nurmi Room 3 on the 2nd floor \| 00100 Helsinki |
| Sched Atty: | \| Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $693.05 |
| | Professional Attendance | $95.00 |
| | Exhibit Management | $55.60 |
| Alexander Shcheglyaev | Realtime Services | $571.50 |
| | Rough Draft | $222.25 |
| | Expenses | $0.00 |
| | Delivery and Handling | $39.50 |
| **Notes:** | **Invoice Total:** | $1,676.90 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,676.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 43 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #:<br>Job #:<br>Invoice Date:<br>Balance: | NY2857240<br>2512718<br>1/18/2017<br>$1,676.90 |
|---|---|---|---|

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Robert L. Weigel, Esq |
| | Gibson Dunn |
| | 200 Park Avenue |
| | 47th Floor |
| | New York, NY, 10166 |

| Invoice #: | NY2856167 |
| Invoice Date: | 1/17/2017 |
| Balance Due: | $2,402.90 |

| Case: | Leontiev v. Varshavsky |
| Job #: | 2505668 | Job Date: 1/5/2017 | Delivery: Normal |
| Billing Atty: | Robert L. Weigel, Esq |
| Location: | Gibson Dunn & Crutcher LLP |
| | 200 Park Avenue | 47th Floor | New York, NY 10166 |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP |

| Matter #: | 56885-00001 |

| Witness | Description | Amount |
|---|---|---|
| Alexander Varshavsky | Transcript Services | $932.75 |
| | Professional Attendance | $0.00 |
| | Exhibit Management | $244.40 |
| | Realtime Services | $852.50 |
| | Rough Draft | $343.75 |
| | Expenses | $0.00 |
| | Delivery and Handling | $29.50 |

| Notes: | | Invoice Total: | $2,402.90 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,402.90 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 44 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2856167 |
| Job #: | 2505668 |
| Invoice Date: | 1/17/2017 |
| Balance: | $2,402.90 |

42700

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Mary Beth Maloney, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2852549<br>1/11/2017<br>$1,100.70 |
|---|---|---|---|---|

| Case: | Leontiev v. Varshavsky |
|---|---|
| Job #: | 2512940 \| Job Date: 1/6/2017 \| Delivery: Normal |
| Billing Atty: | Mary Beth Maloney, Esq |
| Location: | Debevoise & Plimpton |
|  | 919 Third Avenue \| 35th \| New York, NY 10022 |
| Sched Atty: | \| Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
|  | Transcript Services | $520.00 |
|  | Exhibit Management | $136.80 |
| Vadim Voronin | Realtime Services | $229.40 |
|  | Rough Draft | $185.00 |
|  | Delivery and Handling | $29.50 |

| Notes: | | Invoice Total: | $1,100.70 |
|---|---|---|---|
|  |  | Payment: | $0.00 |
|  |  | Credit: | $0.00 |
|  |  | Interest: | $0.00 |
|  |  | Balance Due: | $1,100.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2852549 |
|---|---|
| Job #: | 2512940 |
| Invoice Date: | 1/11/2017 |
| Balance: | $1,100.70 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Robert L. Weigel, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:** | NY2834260 |
|---|---|---|---|
| | | **Invoice Date:** | 12/20/2016 |
| | | **Balance Due:** | $0.00 |

| **Case:** | Leontiev v. Varshavsky |
|---|---|
| **Job #:** | 2502724 | Job Date: 12/16/2016 | Delivery: Normal |
| **Billing Atty:** | Robert L. Weigel, Esq |
| **Location:** | Debevoise & Plimpton |
| | 919 3rd Avenue | New York, NY 10022 |
| **Sched Atty:** |  | Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
| **Alexander Zheleznyak** | Transcript - Split Between Parties/Your Share | $757.25 |
| | Exhibit Management | $144.00 |
| | Realtime Services | $361.15 |
| | Rough Draft | $291.25 |
| | Transcript Services | $39.00 |
| | Delivery and Handling | $29.50 |
| **Notes:** | **Invoice Total:** | $1,622.15 |
| | **Payment:** | ($1,622.15) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY2834260 |
|---|---|
| **Job #:** | 2502724 |
| **Invoice Date:** | 12/20/2016 |
| **Balance:** | $0.00 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2857242<br>1/18/2017<br>$2,528.10 |

| | |
|---|---|
| **Case:** | Leontiev v. Varshavsky |
| **Job #:** | 2512943 \| Job Date: 1/9/2017 \| Delivery: Normal |
| **Billing Atty:** | Alison L. Wollin, Esq |
| **Location:** | Debevoise & Plimpton |
| | 919 Third Avenue \| 35th \| New York, NY 10022 |
| **Sched Atty:** | \| Debevoise & Plimpton LLP |

| Witness | Description | Amount |
|---|---|---|
| Irina Zubiy AEO | Transcript Services | $68.25 |
| | Realtime Services | $13.95 |
| | Rough Draft | $11.25 |
| Irina Zubiy Conf | Transcript Services | $1,072.50 |
| | Exhibit Management | $442.25 |
| | Realtime Services | $492.90 |
| | Rough Draft | $397.50 |
| | Delivery and Handling | $29.50 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $2,528.10 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,528.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 43 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY2857242<br>**Job #:** 2512943<br>**Invoice Date:** 1/18/2017<br>**Balance:** $2,528.10 |
|---|---|---|

42700