# EXHIBIT E

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2842748<br>12/29/2016<br>$1,350.00 |

| | | | |
|---|---|---|---|
| **Case:** | Leontiev v. Vashavsky | **Matter #:** | 56885-00001 |
| **Job #:** | 2494638 \| Job Date: 12/20/2016 \| Delivery: Normal | | |
| **Billing Atty:** | Alison L. Wollin, Esq | | |
| **Location:** | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A \| 00100 Helsinki | | |
| **Sched Atty:** | Alison L. Wollin, Esq \| Gibson Dunn & Crutcher LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Kamo Avagumyan | Translation & Interpretation | $1,350.00 |
| **Notes:** | | **Invoice Total:** $1,350.00 |
| | | **Payment:** $0.00 |
| | | **Credit:** $0.00 |
| | | **Interest:** $0.00 |
| | | **Balance Due:** $1,350.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to<br>www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #:<br>Job #:<br>Invoice Date:<br>Balance: | NY2842748<br>2494638<br>12/29/2016<br>$1,350.00 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2842735<br>12/29/2016<br>$1,350.00 |

| | | | |
|---|---|---|---|
| **Case:** | Leontiev v. Varshavsky | **Matter #:** | 56885-00001 |
| **Job #:** | 2492612 \| Job Date: 12/14/2016 \| Delivery: Normal | | |
| **Billing Atty:** | Alison L. Wollin, Esq | | |
| **Location:** | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A \| 00100 Helsinki | | |
| **Sched Atty:** | Alison L. Wollin, Esq \| Gibson Dunn & Crutcher LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Karen Avagumyan | Translation & Interpretation | | $1,350.00 |
| **Notes:** | | **Invoice Total:** | $1,350.00 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,350.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | NY2842735<br>2492612<br>12/29/2016<br>$1,350.00 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| **Bill To:** | Marshall King, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | **Invoice #:** | NY2862892 |
|---|---|---|---|
| | | **Invoice Date:** | 1/25/2017 |
| | | **Balance Due:** | $1,600.00 |

| **Case:** | Leontiev v. Varshavsky | **Matter #:** | 56885-00001 |
|---|---|---|---|
| **Job #:** | 2521235 \| Job Date: 1/17/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Marshall King, Esq | | |
| **Location:** | Gibson Dunn & Crutcher LLP | | |
| | 200 Park Avenue \| 47th Floor \| New York, NY 10166 | | |
| **Sched Atty:** | Alison Chapin, Esq \| Gibson Dunn & Crutcher LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Irina Monakhova | Translation & Interpretation | $1,170.00 |
| | Transcript Services | $430.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,600.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,600.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 36 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.veritext.com<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** | NY2862892 |
|---|---|---|---|
| | | **Job #:** | 2521235 |
| | | **Invoice Date:** | 1/25/2017 |
| | | **Balance:** | $1,600.00 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #: | NY2842618 |
|---|---|---|---|---|
| | | | Invoice Date: | 12/29/2016 |
| | | | Balance Due: | $1,350.00 |

| Case: | Leontiev v. Vashavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2492613 | Job Date: 12/16/2016 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Andrei Pavlovich | Translation & Interpretation | | $1,350.00 |
| Notes: | | Invoice Total: | $1,350.00 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,350.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY2842618 |
|---|---|
| Job #: | 2492613 |
| Invoice Date: | 12/29/2016 |
| Balance: | $1,350.00 |

42700

**Veritext  New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | Invoice #: | NY2857910 |
|---|---|---|---|
| | | Invoice Date: | 1/18/2017 |
| | | Balance Due: | $1,350.00 |

| Case: | Leontiev v. Varshavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2494641 | Job Date: 1/9/2017 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy<br>Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Vitaliy Popov | Translation & Interpretation | | $1,350.00 |
| **Notes:** | | **Invoice Total:** | $1,350.00 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,350.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2857910 |
|---|---|
| Job #: | 2494641 |
| Invoice Date: | 1/18/2017 |
| Balance: | $1,350.00 |

42700

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Alison L. Wollin, Esq<br>Gibson Dunn<br>200 Park Avenue<br>47th Floor<br>New York, NY, 10166 | | Invoice #: | NY2842733 |
|---|---|---|---|---|
| | | | Invoice Date: | 12/29/2016 |
| | | | Balance Due: | $1,690.00 |

| Case: | Leontiev v. Varshavsky | Matter #: | 56885-00001 |
|---|---|---|---|
| Job #: | 2492615 | Job Date: 12/19/2016 | Delivery: Normal | | |
| Billing Atty: | Alison L. Wollin, Esq | | |
| Location: | Roschier Asianajotoimisto Oy | | |
| | Keskuskatu 7 A | 00100 Helsinki | | |
| Sched Atty: | Alison L. Wollin, Esq | Gibson Dunn & Crutcher LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Yulia Semenova | Translation & Interpretation | | $1,350.00 |
| | Transcript Services | | $340.00 |
| Notes: | | Invoice Total: | $1,690.00 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,690.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 63 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42700

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY2842733 |
|---|---|
| Job #: | 2492615 |
| Invoice Date: | 12/29/2016 |
| Balance: | $1,690.00 |