UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SERGEY LEONTIEV

                         Plaintiff,

       - v -

ALEXANDER VARSHAVSKY

                        Defendant.
-----------------------------------------------------------X

No. 16-cv-03595 (JSR)

(PROPOSED)
MODIFICATION TO
PROTECTIVE ORDER

JED S. RAKOFF, U.S.D.J.

      WHEREAS, the facts at issue in *Avilon Automotive Group, et al. v. Sergey Leontiev, et al.*, Index Number 656007/2016, Supreme Court of New York, New York County (the "State Court Action") are similar to the facts underlying this action and on which the parties in this action took discovery;

      NOW, THEREFORE, upon the agreement of the parties, the Protective Order entered in this action (Dkt. No. 40) (the "Protective Order") is modified as follows:

      1.     The requirement in Paragraph 16 of the Protective Order that all "Discovery Material" designated "Confidential" be returned or destroyed, shall be extended until 30 days following the final disposition of the State Court Action.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 24, 2017