```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SERGEY LEONTIEV,                                              :
                                                              :
                            Plaintiff,                        :
                                                              :   Case No. 1:16-cv-03595 (JSR)
           - v. -                                             :
                                                              :
ALEXANDER VARSHAVSKY,                                         :
                                                              :
                            Defendant.                        :
                                                              :
------------------------------------------------------------- X
```

### DECLARATION OF SEAN HECKER
### IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR COSTS

I, SEAN HECKER, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Debevoise & Plimpton LLP and am counsel of record for Defendant Alexander Varshavsky.

2. I respectfully submit this Declaration in support of Defendant's opposition to Plaintiff's Application for Costs.

3. Attached hereto as Exhibit A is a true and correct copy of a transcript, dated March 1, 2017, of oral argument in the above-captioned matter on Plaintiff's Motion for Summary Judgment.

I swear under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2017.

/s/ Sean Hecker
Sean Hecker
DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax: (212) 909-6836
shecker@debevoise.com

*Counsel to Defendant Alexander Varshavsky*